IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                Defendant. | Case No. 1:16-cv-1534-JEB |

**[PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of the briefs, declarations, exhibits and all materials filed in support of and in opposition to the motion for a preliminary injunction,

It is hereby ORDERED that the Standing Rock Sioux Tribe's motion for preliminary injunction is GRANTED. Defendant U.S. Army Corps of Engineers is hereby ENJOINED to:

1. Withdraw Nationwide Permit 12 as applied to Dakota Access Pipeline; and

2. Withdraw verifications and authorizations issued on July 25, 2016 for Dakota Access Pipeline, LLC, to discharge into federally regulated waters at 204 individual sites along the length of the pipeline.

      Such injunction shall remain in place until further notice from this Court.

SO ORDERED.

Dated: _____         _____
                                                           JAMES E. BOASBERG
                                                           United States District Judge

(No. 1:16-cv-1534-JEB) - 2

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*