IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>      Plaintiff,<br><br> v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>      Defendant. | Case No. 1:16-cv-1534-JEB |

**[PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED HEARING**

Upon consideration of the Plaintiff's application for Preliminary Injunction, request for an expedited hearing, and request to present live testimony, it is hereby

ORDERED that the Plaintiff's motion for an expedited hearing is GRANTED, and the hearing date will be set on _____.

It is FURTHER ORDERED that the Plaintiff's motion to present live testimony is

(No. 1:16-cv-1534-JEB) - 1

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

GRANTED.  Plaintiff will provide a list of witnesses and proposed time allotments no later than 7 days before the above hearing date.

SO ORDERED.

Dated: _____

_____
JAMES E. BOASBERG
United States District Judge

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*