**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE § <br> §<br> Plaintiff, §<br> §<br>v. §<br> §<br>U.S. ARMY CORPS OF ENGINEERS §<br> §<br> Defendant. §<br> §<br> § | **Case No. 1:16-CV-01534** |

**PROPOSED RESPONSIVE PLEADING**

Pursuant to Fed. R. Civ. P. 24(c) and Local Civil Rule 7(j), Proposed Intervenor Dakota Access, LLC hereby submits its pleading setting forth the claim or defense for which intervention is sought. Plaintiff has filed a motion for preliminary injunction and has requested an expedited hearing. Proposed Intervenor is seeking intervention in order to position itself to promptly file an opposition to Plaintiff's motion for preliminary injunction and to participate in further proceedings in this matter in defense of federal agency decisions regarding the various federal permits, authorizations, and verifications at issue in this case and in opposition to Plaintiff's claims.

Proposed Intervenor is seeking intervention to defend against Plaintiffs' six claims of relief alleging violations of The National Environmental Policy Act ("NEPA"), the Clean Water Act ("CWA"), the Rivers and Harbors Act ("RHA"), and the National Historic Preservation Act ("NHPA") with regard to federal authorizations or other actions or processes related to the Dakota Access Pipeline ("DAPL")

If granted intervention, Proposed Intervenor will answer or move on any schedule agreed upon by it and the other parties to this proceeding or established by this Court.

- 2 -

Dated: August 5, 2016

               */s/ Kimberly H. Caine*_____
               Kimberly H. Caine, DCBA #974926
               William J. Leone, CSBA #11403
               *(Pro Hac Vice Application Pending)*
               Robert D. Comer, CSBA #16810
               *(Pro Hac Vice Application Pending)*
               Norton Rose Fulbright US LLP
               799 9th Street NW, Suite 1000
               Washington, DC  20001-4501
               202-662-0200
               kim.caine@nortonrosefulbright.com
               william.leone@nortonrosefulbright.com
               bob.comer@nortonrosefulbright.com

               Edward V. A. Kussy, DCBA #982417
               Alan M. Glen, Texas SBN #08250100
               *(Pro Hac Vice Application Pending)*
               Nossaman LLP
               1666 K Street, NW, Suite 500
               Washington, DC 20006
               202-887-1400
               ekussy@nossaman.com
               aglen@nossaman.com