Case No. 1:16-cv-1534-JEB

# CHEYENNE RIVER SIOUX TRIBE
# EXHIBIT 2

Case No. 1:16-cv-1534-JEB



DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS, OMAHA DISTRICT
GARRISON PROJECT OFFICE
201 1ST STREET, PO BOX 527
RIVERDALE, NORTH DAKOTA 58565-0527

RECEIVED APR 02 2015

March 31, 2015

Natural Resource Section

Mr. Steven Vance
Cheyenne River Sioux Tribe
98 South Willow Road
Eagle Butte South Dakota 57625

Re: Public Service Commission of ND: Notice of Public Hearing Regarding Dakota Access Pipeline Project

**Case Number PU-14-842**

Dear Mr. Vance:

This is a courtesy notification of an upcoming public hearing that addresses one of the recent pipeline proposals affecting Lake Sakakawea in North Dakota. This proposal, and referenced meeting, concerns the proposed installation of crude oil transmission lines across Lake Sakakawea flowage easements and that is also proposed to cross Lake Oahe by directional bore in Morton and Emmons County.

Notices of this type are posted online by the Public Service Commission of North Dakota at the following link:

http://www.psc.nd.gov/public/notices/noticespipelines.php

Additional information regarding activities in the North Dakota Oil Fields is available at:

http://ndhealth.gov/EHS/Spills/

The referenced public meeting will not be hosted by the U.S. Army Corps of Engineers. For more information contact the Public Service Commission, State Capitol, Bismarck, North Dakota 58505, 701-328-2400; or Relay North Dakota, 1-800-366-6888TTY. If you require any auxiliary aids or services, such as readers, signers, or Braille materials, please notify the Commission at least 24 hours in advance.

David I. Cain
Field Archeologist

STATE OF NORTH DAKOTA
PUBLIC SERVICE COMMISSION

Dakota Access, LLC
Dakota Access Pipeline Project
Siting Application

Case No. PU-14-842

NOTICE OF FILINGS AND NOTICE OF HEARINGS

March 25, 2015

On December 22, 2014, Dakota Access, LLC (Dakota Access) filed applications for a certificate of corridor compatibility and for a route permit concerning approximately 358 miles of 12-, 20-, 24-, and 30-inch diameter crude oil pipeline and associated facilities in Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, and Emmons Counties, North Dakota; and terminals near Stanley in Mountrail County, near Tioga in Williams County, near Epping in Williams County, near Trenton in Williams County, near Watford City in McKenzie County, and near Johnsons Corner in McKenzie County.

Also on December 22, 2014, Dakota Access filed an application for waivers of procedures and time schedules established under North Dakota Century Code sections 49-22-07.2, 49-22-08, 49-22-08.1, 49-22-13, and North Dakota Administrative Code section 69-06-01-02, requiring separate filings, separate notices, and separate hearings on such applications.

On March 25, 2015, the Commission deemed complete the applications for a certificate of corridor compatibility and for a route permit, conditioned on receiving, from the applicant ten days prior to the first hearing in this case, the wetlands and waterbody field survey report, the wildlife inventory field survey report, the habitat assessment field survey report, and the tree and shrub inventory report.

Three separate public hearings will be held, scheduled as follows, with each providing an overview of the project, but focusing on specific geographic portions of the project in the specific areas of each hearing.

May 28, 2015, at 8:30 a.m. Central Time, at the Baymont Inn (formerly the Seven Seas Hotel), 2611 Old Red Trail, Mandan, North Dakota 58554. This hearing will focus primarily on portions of the project in Mercer, Morton, and Emmons Counties.

June 15, 2015, at 9:00 a.m. Mountain Time, at the High Plains Cultural Center, 194 Central Ave South, Killdeer, North Dakota 58640. This hearing will focus primarily on portions of the project in McKenzie, Dunn, and Mercer Counties.

June 26, 2015, at 9:00 a.m. Central Time, at the Ernie French Center, 14120 Highway 2, Williston, North Dakota 58502. This hearing will focus primarily on portions of the project in Mountrail, Williams, and McKenzie Counties.

The issues to be considered in the application for waiver of procedures and time schedules include:

1. Are the proposed facilities of such length, design, location, or purpose that they will produce minimal adverse effects and that adherence to applicable procedures and time schedules may be waived?
2. Is it appropriate for the Commission to waive any procedures and time schedules as requested in the application?

The issues to be considered in the applications for a certificate of corridor compatibility and a route permit are:

1. Will the location and operation of the proposed facilities produce minimal adverse effects on the environment and upon the welfare of the citizens of North Dakota?
2. Are the proposed facilities compatible with the environmental preservation and the efficient use of resources?
3. Will the proposed facility locations minimize adverse human and environmental impact while ensuring continuing system reliability and integrity and ensuring that energy needs are met and fulfilled in an orderly and timely fashion?

For more information contact the Public Service Commission, State Capitol, Bismarck, North Dakota 58505, 701-328-2400; or Relay North Dakota 1-800-366-6888 TTY. If you require any auxiliary aids or services, such as readers, signers, or Braille materials please notify the Commission.

**PUBLIC SERVICE COMMISSION**

| Randy Christmann | Julie Fedorchak | Brian P. Kalk |
|---|---|---|
| Commissioner | Chairman | Commissioner |

