Case No. 1:16-cv-1534-JEB

# CHEYENNE RIVER SIOUX TRIBE

# EXHIBIT 4

Case No. 1:16-cv-1534-JEB



Mnicoujou        Itazipco        **CHEYENNE RIVER SIOUX TRIBE**
Cultural Preservation Office
PO BOX 590 98 S. Willow St.
Eagle Butte, South Dakota 57625
Telephone: (605) 964-7554
Fax: (605) 964-7552

**Steven Vance**
**Tribal Historic Preservation Officer**
stevev.crstpres@outlook.com

Siha Sapa        Oohenumpa

Date: August 17, 2015

Richard Harnois
Sr. Field Archaeologist
Department of the Army
Corps of Engineers, Omaha District
Oahe Project
28563 Powerhouse Road
Pierre, SD 57501-6174

The Cheyenne River Sioux Tribe (CRST) appreciates the opportunity to comment to the proposed Dakota Access Pipeline (DAPL) project.

Information received from the Corp on October 29, 2014 was of proposed soil boring in Section 10 and 11, Township 134N, Range 79 W, Morton and Emmons Counties, North Dakota.

A formal comment was sent to Martha Chieply, Regulatory Chief for the Corp by the Tribal Historic Preservation Officer (THPO) of Standing Rock Sioux Tribe (SRST), Waste Win Young. Specific questions, concerns, suggestions, and requests were stated in the letter.

- Opposed to any geotechnical boring.
- Mitigation for site 32MO0001, an earth lodge village.
- The current Environmental Assessment (EA) in insufficient for oil pipelines.
- A request that an Environmental Impact Statement (EIS) be completed.
- A Class III Archaeological Study, with Tribal involvement, be conducted.
- Risks of disturbing burials by dredging the Missouri, other tributaries.
- Disagrees with the "No Historic Properties Affected" determination.
- Concerns for all residents along the proposed route of the quality of water.

Has any of these been addressed?

Respectfully she shared the comments with other THPO's that have ancestral connection to the location mentioned.

As THPO for CRST I support the comments submitted by THPO Waste Win Young and thought this would have initiated more dialog between agencies and Tribes. I assumed the Corp would have involved more of the Tribes with aboriginal association to the proposed project by offering a field visit or an opportunity to conduct a "Tribal Survey". The letter from the Corp dated October 24, 2014 noted 9 unevaluated sites, 2 not eligible, and 1 eligible. Studies were conducted in 1980, 1983, and 2009. Again no Tribal participation.

I have objection to the process of identification conducted by past and present companies who are contracted by proponents of applicants. Their archaeologists continue to state that Tribes migrated to this continent. Similar to the Columbus story, these do not reflect to the Oceti Sakowin.

Examples that discredit this would be buffalo skulls dating 500 – 10,000 years old with charcoal in them. Projectile points (arrow heads) dating to 8,000 years old. They may have no meaning to scientists and other disciplines but these match Tribal history and culture of the Northern Plains Indigenous People.

The reason for mentioning this is the few sites identified are unevaluated or not eligible. The two (2) "isolated find/flake" as not eligible I disagree with. Again the evaluation and determination was without Tribal involvement and reflect the European view.

DAPL cannot address the affects to cultural and historical resources, Sacred sites (water included), Traditional Cultural Properties, Properties of Cultural or Religious Significant to Tribe, etc., of the proposed pipeline when they have not been properly identified.

Another concern of mine is the question of the "Appendix C" of 33 CFR Part 325 that determines the permit area. I asked this of the Advisory Council on Historic Preservation (ACHP) and they also question it. ACHP needs to be invited into the discussion.

The other agencies not participating is a question. The proposed route crosses many bodies of water and birds have to land in these waters. There has been a concern of why birds have been slowly changing their migratory route by slowly moving west to travel north. Again a natural cycle Native Nations monitor. I sense it is from modern development that affects waterbodies. Fish and Wildlife needs to be in the discussion.

CRST has concern of all the bodies of water proposed to be crossed, not just the Missouri. Other crossing (horizontal directional drilling/boring), of creeks, streams, lakes, or rivers will all eventually empty into Lake Oahe. Which will then travel on to the Mississippi and the Gulf. This is not a local concern but a global concern.

These bodies of water were utilized by Natives and were "bloodlines" of survival when traveling across this land. Today America calls them Interstate Highways or Freeways.

Recent findings of the quality of pipes have serious concerns. Pipe that have been placed in fields and stored for numerous months are questioned of their condition by the time they are to be placed underground. There are specific timeframes these pipes are to be inspected for corrosion and prepared with a protective coating prior to installation. Photos of pipe stored for up to two (2) years by companies show no coating. These pipes sit stacked on top of each other, four pipes high, through all extremes of weather conditions in the northern plains area. Rodents and other animals have made nests or homes inside

the bottom pipes. Their waste deposits are corrosive. Birds have nested and defecated on the pipe which is also corrosive.

The welding also is a recent discovery on pipe previously buried and proposed to be buried. Welds have been examined and there is discovery of faulty welding. The difference from one welder finishing a shift and the next welder coming on have discrepancies. Fractures as long as six feet have been welded shut instead of replacing them. When these defects are brought to the attention of the company the person or persons reporting is usually terminated and replaced.

The aggressive pace this company has conducted itself brings these to question. It is not "if" the pipe will leak but "when". The long term effects of a leak or major spill will remain with local residence and those downstream, while companies move on.

The northern hemisphere of this continent has been long inhabited by numerous Native Nations and their travels took them into each other's territory. This happened long before the arrival of European immigrants and explorers. These Tribes maintained their own order as to where they would establish their territory or encampments. These homes were never permanent as homes are today. As Tribes traveled and bartered between each other their journey could take them far to the north into today Canada. They would also journey far south into now South America. These travels would span over several years and decades. Modern day studies attempt to portray these travels as annual, they are wrong.

The Tribes who were here before this managed to move about with little disturbance from other Nations, until the arrival of European and Spanish people. Tribes treated the land as a living being which they lived in harmony with. They did not disrupt the way the land evolved over time, they adjusted. The Spirit that came from Earth strengthened the Spirit in their bodies and respect was shown for this. Today this energy of Spirit is missing in the research of history. I will state that all Native sites identified have "feeling", one of the criterion for eligibility.

Never will the real history of this continent be discovered under the means of how this country wishes to educate people. Scientists continue to report theories when most of them were taught by their parents of a "creation".

We will continue to pass oral tradition and Creation Stories amongst our own, praying their generation will have better opportunity from the present.

CRST request continued communication with this proposed project.

Respectfully

*Steve Vance*

Cc; file