Case No. 1:16-cv-1534-JEB

# CHEYENNE RIVER SIOUX TRIBE

# EXHIBIT 5

Case No. 1:16-cv-1534-JEB

From: Steve Vance <stevev.crstpres@outlook.com>
Date: 8/3/16 8:35 AM (GMT-07:00)
To: haroldcfrazier@yahoo.com, Matt Vogel <vogel143@gmail.com>
Subject: Fw: DAPL Tribal Monitoring - Cheyenne River Sioux Tribe


Anpet'u wast'e,


I received a phone call this morning on my way to work and Michelle Dippel of HDR, the contract archaeological firm, asking if CRST wants to participate in the construction monitoring. She asked if I had any questions and I responded no and I would pass this information on.


My outlook email made some updates with their page and I tried to include Mark Roy in the forward. Could you forward this on to which are involved with DAPL?


 Pilamayelo,


Steve Vance, THPO
Cheyenne River Sioux Tribe
Cultural Preservation Office
P.O. Box 590  98 S. Willow St.
Eagle Butte, SD  57625-0590
605-964-7554
stevev.crstpres@outlook.com


---

**From:** Dippel, Michelle <Michelle.Dippel@hdrinc.com>
**Sent:** Wednesday, August 3, 2016 7:30 AM
**To:** stevev.crstpres@outlook.com
**Cc:** jes.39@live.com; Tim Bowen; Chiefly, Martha S NWO; Ames, Joel O NWO; Monica.Howard@energytransfer.com; Edwards, Jack; Tom.Siguaw@energytransfer.com
**Subject:** DAPL Tribal Monitoring - Cheyenne River Sioux Tribe

Mr. Vance,

As we discussed on our call a few moments ago, I am providing a 48-hour notice that construction is scheduled to start on PCN 2 in North Dakota on Friday August 5th.  Janet Stephenson is the EI for this stretch and is copied on this email.  She will be your point of contact to get additional details regarding the specific timing and activities at this location. In addition Janet can provide information regarding safety training for your staff and scheduling.

The contact number for the Janet is:  903-216-1626

Please call me if you have any questions, and please do let me know if you intend to participate so I can inform DAPL staff and the USACE.

Thanks and have a great day,

Michelle

**Michelle Dippel**
**HDR**
**D** 512.685.2906] **M** 512.539.6909

hdrinc.com/follow-us