Case No. 1:16-cv-1534-JEB

# CHEYENNE RIVER SIOUX TRIBE
# EXHIBIT 1

Case No. 1:16-cv-1534-JEB



DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS, OMAHA DISTRICT
1616 CAPITOL AVEUNE
OMAHA NE 68102

MAY 06 2016

District Commander

Mr. Harold Frazier, Chairman
Cheyenne River Sioux Tribe
PO Box 590
Eagle Butte, South Dakota 57625

Dear Chairman Frazier:

At a recent Dakota Access Pipeline (DAPL) meeting, Mr. Steve Vance, Cheyenne River Sioux Tribe Tribal Historic Preservation Officer requested a meeting. In trying to coordinate the meeting, Mr. Joel Ames, Omaha District Tribal Liaison indicated that you had left him a voicemail confirming your interest in meeting. Unfortunately it appears we have been unsuccessful in identifying any potential meeting dates.

I take requests to meet with Tribes seriously and would like to meet to discuss not only the DAPL project, but any other topics you may want to discuss. My hope is that we can arrange a meeting prior to making a decision on the DAPL project, but in the meantime we will continue to work with your staff as we progress forward.

I seek opportunities such as this to work collaboratively on matters of mutual interest. If you have any additional questions or concerns, please contact me or Mr. Joel Ames at 402-995-2909, or via e-mail at joel.o.ames@usace.army.mil.

Sincerely,

John W. Henderson, P.E.
Colonel, Corps of Engineers
District Commander