Case No. 1:16-cv-1534-JEB

# CHEYENNE RIVER SIOUX TRIBE
# EXHIBIT 2

Case No. 1:16-cv-1534-JEB



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, OMAHA DISTRICT
1616 CAPITOL AVENUE
OMAHA NE 68102-4901

JUN 22 2016

REPLY TO
ATTENTION OF

District Commander

Harold C. Frazier, Chairman
Cheyenne River Sioux Tribe
PO Box 590
Eagle Butte, SD 57625

Dear Chairman Frazier,

   I am writing to confirm receipt of your letter dated June 3, 2016 regarding the Dakota Access Pipeline (DAPL). The U.S. Army Corps of Engineers is committed to meaningful and transparent consultation with our Tribal partners. Efforts to arrange a meeting have continued. On April 29 2016, Mr. Ames spoke with Vice-chairman LeBeau, at the conclusion of a SRST Meeting, in an attempt to arrange a meeting. Additionally, on May 6, 2016 I sent you a letter (attached) addressing your Tribes request, neither action has received a response.

   To best address the concerns in your letter, I am providing you a recent Question and Answer summary from the consultation meetings that have been held over the past months. I hope this will clarify some of the procedural and technical questions you posed.

   Additionally, the Advisory Council on Historic Preservation sent an inquiry (attached) to Ms. Jo-Ellen Darcy, the Assistant Secretary of the Army for Civil Works and the Agency Head. In that letter, similar questions were raised about Section 106 and consultation as were raised in your letter. I will ensure you receive a copy of Ms. Darcy's response, who will respond shortly.

   My staff is always available to answer questions. Please contact Ms. Martha Chieply at (402) 995-2451 if you have any questions.

Sincerely,

John W. Henderson, P.E.
Colonel, Corps of Engineers
District Commander

Enclosures


Printed on Recycled Paper