IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　　Defendant. | Case No. 1:16-cv-1534-JEB |

**DECLARATION OF JOYE BRAUN IN SUPPORT OF CHEYENNE RIVER SIOUX TRIBE'S UNOPPOSED MOTION TO INTERVENE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE**

1. The information contained herein is based on my personal knowledge, and I am competent to testify to the contents contained herein if I am called to do so in any proceeding.

2. My name is Joye Braun.

3. I am an enrolled member of the Cheyenne River Sioux Tribe.

4. I was raised in a culturally traditional Lakota family and adhere to traditional Lakota spiritual teachings, ceremonies, and values.

5. I am a journalist and photojournalist. I have written articles for such publications as the Argus Leader, Tribal College Journal, Reznet News, and the Rocky Boy News on Indian and Lakota issues. I have photojournalistic credits in the New York Times and The Wall Street Journal.

1

6. As a Lakota woman, I believe that it is my duty to work for the welfare of my people and the environment, as well as saving our cultural traditions and ceremonies. As a result I have devoted my life to community organizing on behalf of my people.

7. I am currently affiliated with Indigenous Environmental Network, a nonprofit headquartered out of Bemidji, Minnesota that exists to protect sacred sites, land, water, air, natural resources, and the health of indigenous people.

8. I am currently camped with a group of community activists on the Standing Rock Sioux Reservation at the confluence of the Cannonball and Missouri Rivers directly adjacent to the site where Dakota Access intends to dig its pipeline under the Missouri River. Our purpose is to monitor and protest the Dakota Access Pipeline.

9. Prior to the damming of the Missouri River, Lakota oral tradition teaches that the River was a superhighway for Indian people, including the four bands of the Cheyenne River Sioux Tribe, who traveled up and down the Missouri River to trade, socialize, and practice their religion. As a result, there are innumerable archeological, historical, and sacred sites along the banks of the Missouri.

10. This site is of powerful cultural and spiritual significance to the four bands of the Cheyenne River Sioux Tribe. The name of the Cannonball River comes from an unusual hydrologic phenomenon that occurred at this place prior to the flooding of the Missouri in the 1950s. This place where the Cannonball River flowed into the Missouri created a whirling eddy that captured stones and boulders that were being carried downstream and rolled until they were smooth and perfectly spherical like cannonballs and then deposited them on the bank.

11. The four bands of the Cheyenne River Sioux Tribe considered these unusual stones to be sacred and made pilgrimages and worshipped there from time immemorial.

12. This site is especially important to us because, unlike many other sacred sites, it was spared from the massive deluge that created Lake Oahe when the Army Corps of Engineers dammed our river in the 1950s.

13. I and other members of our encampment at this sacred stone site have observed numerous historically important Lakota sites around and adjacent to the Dakota Access Pipeline digging site, including Lakota burial cairns, historical Sundance grounds, and other culturally significant material. In light of the density of the cultural and historical materials left by our ancestors here and the proximity to the dig site, I have no doubt that there are similar materials on the permit site itself.

14. Importantly, the four bands of the Cheyenne River Sioux Tribe have relied upon and still rely upon the waters of the Missouri, now Lake Oahe, for their subsistence. As a part of our Lakota religion, which I practice, the life-giving waters of the Missouri River are considered to be sacred.

I declare under the penalty of perjury that the foregoing is true and correct

Dated: August 9, 2016

Joye Braun