Case No. 1:16-cv-1534-JEB

# CHEYENNE RIVER SIOUX TRIBE

# EXHIBIT 1

Case No. 1:16-cv-1534-JEB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE and CHEYENNE RIVER SIOUX TRIBE, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, <br><br> Defendant. | Case No. 1:16-cv-1534-JEB |

**DECLARATION OF ROBERT WALTERS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I.   QUALIFICATIONS AND RELEVANT EXPERIENCE

1. My name is Robert Walters. I am an enrolled member, blood affiliation of the Cheyenne River Sioux Tribe. I was born on the Cheyenne River Sioux Reservation and have lived on the Reservation for my entire life. I currently reside on the Cheyenne River Sioux Reservation.

2. I have been actively involved in Lakota cultural and spiritual practices and ceremonies for twenty-six (26) years. Currently I serve the Cheyenne River Sioux Tribe as a Community Intervention Specialist ("CIS"). In my capacity as a tribal CIS I

am often required to apply my knowledge of traditional Lakota culture and spiritual practices.

3. I was elected and have served three (3) terms for a total of twelve (12) years on the Cheyenne River Sioux Tribal Council. During my time as an elected Tribal Council Member I was often tasked with working on Tribal historic preservation issues and water issues. Specifically, I undertook a leadership role in the Tribe's establishment, construction, and management of the Mni Waste Water Company, a tribally chartered water agency which provides potable water on the Cheyenne River Sioux Reservation.

4. I have reviewed numerous documents related to the Dakota Access Pipeline (DAPL). I am familiar with the determination of the U.S. Corps of Army Engineers to issue a permit to allow construction and operation of DAPL. I have visited the proposed construction site and am very familiar with the area and physical landscape through which the pipeline will travel.

II. HISTORICAL, CULTURAL, AND RELIGIOUS SIGNIFICANCE OF THE MISSOURI RIVER WATER SYSTEM.

5. Historically the Lakota people lived along the banks of the Missouri river and its tributaries. Meaning the ancestors of all of the enrolled members of the Cheyenne River Sioux Tribe once lived along these river banks. These places are of significant historical importance to the Tribe and its members.

6. During my time serving as an elected leader of the Cheyenne River Sioux Tribe I became familiar with numerous ancient and historical sites located along these river banks. These ancient and historical river bank site are tribal cultural treasures which cannot be replaced.

7. The water of the Missouri river and its tributaries is essential to many traditional Lakota cultural and spiritual practices. Water from these bodies is gathered and used in numerous ceremonies, such as the sweat lodge ceremony. In traditional Lakota culture water is the equivalent of life, and the water which is gathered from the Missouri river and its tributaries serves an irreplaceable role in traditional medicinal ceremonies and practices. The water located in these bodies is our first medicine.

III. HISTORICAL, CULTURAL, AND RELIGIOUS SIGNIFICANCE OF THE PIPELINE CONSTRUCTION SITE.

8. The proposed construction route of the DAPL project includes the tribe's 1851 treaty territory. The land is the Cheyenne River Sioux Tribe's traditional and irreplaceable homeland. The territory, and more specifically the proposed construction site, is a sacred place for Lakota people and serves as a place of religious worship. It is our version of a "church."

9. The construction site contains many Lakota medicinal plants which are traditionally gathered for use in cultural and religious ceremonies and practices. The Treaty guarantees Cheyenne River Sioux tribal members the right to gather these medicinal plants for use in our traditional ceremonies and practices.

10. There is also a high probability that the proposed construction site includes ancient vision quest sites or other sites of significant and irreplaceable cultural and spiritual value to the Lakota people.

IV. THE CHEYENNE RIVER SIOUX TRIBE AND ITS INDIVIDUAL TRIBAL MEMBERS WILL BE IRREPARABLY HARMED BY THE CONSTRUCTION AND OPERATION OF THE PIPELINE.

11. Should construction activity proceed unabated it is my opinion that the Tribe and its individual tribal members will be permanently and irrevocably harmed. Construction operations will likely destroy medicinal plants located in the area, damage certain as yet undiscovered historical, cultural and spiritual sites, and contaminate the region's water in such a way that would significantly harm the Tribe's and its members' ability to conduct traditional medicinal and spiritual ceremonies and practices.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 16, 2016, at Eagle Butte, South Dakota.

*Robert Walters*
_____
Robert Walters