Case No. 1:16-cv-1534-JEB

CHEYENNE RIVER SIOUX TRIBE

EXHIBIT 3

Case No. 1:16-cv-1534-JEB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,** | |
| **Plaintiff,** | **Case No. 1:16-cv-1534-JEB** |
| **v.** | |
| **U.S. ARMY CORPS OF ENGINEERS,** | |
| **Defendant.** | |

### DECLARATION OF CHAIRMAN HAROLD FRAZIER IN SUPPORT OF CHEYENNE RIVER SIOUX TRIBE'S JOINDER TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

1.      The information contained herein is based on my personal knowledge, and I am competent to testify to the contents contained herein if I am called to do so in any proceeding.

2.      My name is Harold Frazier.

3.      I am the duly elected Chairman of the Cheyenne River Sioux Tribe ("Tribe"), and I served as Chairman from 2000 to 2004 and from 2014 to the present.

4.      On September 14, 2015, after several previous attempts to communicate with the Corps and arrange government-to-government consultation, I received a letter dated September 3, 2015 for which the stated purpose was to "initiate Section 106 consultation and review, determine [the Tribe's] interest in consulting on [DAPL Preconstruction Notification] . . . and to gather information that will assist the Corps in identifying historic properties. The letter further requested that I "let the Corps know if [I] would like to consult on [DAPL Preconstruction Notifications]. The Corps' letter was surprising and, honestly, shocking as myself and other leadership of the Cheyenne River Sioux Tribe had attempted to consult on the matter and arrange government-to-

government consultation for several months prior to receiving this letter.  A true and correct copy of the September 3, 2015 letter from Colonel Henderson to me is attached hereto as **"Exhibit 1."**

5.      On October 22, 2015, I received a similar letter from the United States Department of Fish and Wildlife ("USFWS") indicating that it was also "initiating consultation and coordination under Section 106 . . . concerning the proposed Dakota Access Pipeline."  However, the Area for Potential Effect ("APE") survey had already been conducted without Cheyenne River Sioux Tribe's input. A true and correct copy of the October 22, 2015 letter from United States Fish and Wildlife Service's Deputy Regional Director to me is attached hereto as **"Exhibit 2."**

I declare under the penalty of perjury that the foregoing is true and correct

Dated: August 16, 2016

Harold Frazier,
Chairman, Cheyenne River Sioux Tribe