Case No. 1:16-cv-1534-JEB

# CHEYENNE RIVER SIOUX TRIBE

# EXHIBIT 2

Case No. 1:16-cv-1534-JEB

 

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Mountain-Prairie Region

IN REPLY REFER TO:
FWS/R6/Archaeology
Mail Stop 60130

MAILING ADDRESS:
Post Office Box 25486
Denver Federal Center
Denver, Colorado 80225-0486

STREET LOCATION:
134 Union Boulevard
Lakewood, Colorado 80228-1807

Chairman Harold Frazier
Cheyenne River Sioux Tribe
P.O. Box 590
Eagle Butte, SD 57625

OCT 22 2015

Dear Chairman Frazier:

The U.S. Fish and Wildlife Service (Service) Mountain-Prairie Region is initiating consultation and coordination under Section 106 of the National Historic Preservation Act (NHPA) with federally-recognized tribes concerning the proposed Dakota Access Pipeline (DAPL). This approximately 1,135 mile-long pipeline is 12–30 inches in diameter initiating in the Bakken oil field of northwest North Dakota and terminating in south-central Illinois (map enclosed).

The proposed route crosses five parcels with Service easements in two North Dakota counties (Mountrail and Williams) and 65 parcels with easements in 13 South Dakota counties (Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, and Lincoln). These easements are on private lands and provide the Service limited interests for the protection of the habitat. Because the Service will be issuing a Special Use Permit, the project constitutes an undertaking as defined in the NHPA regulations (36CFR800.15(y)). Under Section 101(d)(6)(B) of NHPA, we are requesting government-to-government consultation with the Cheyenne River Sioux Tribe regarding potential cultural resource concerns and interests.

The Area of Potential Effect (APE) parcels in North Dakota consist of a total of 128 acres. Of these, 96 acres were surveyed to a predominately intensive Class III level with some small portions surveyed to a reconnaissance Class II level. The remaining 32 acres were previously surveyed for various projects between 2009-2013. The results of the DAPL survey are documented in the report *Dakota Access Class II/III Cultural Resources Inventory of the Crossings of United States Fish and Wildlife Service Easements,* prepared by Merjent Inc., May 2015, with revisions in October 2015. Copies of this report are available upon request as electronic files or as hard copies.

For South Dakota, the APE includes 1,126 acres of easement parcels; all of which were surveyed to a Class III level with shovel tests conducted on approximately 15% of the land with poor ground visibility. Although small portions of the APE were previously surveyed, all areas were surveyed for this project. The results of this survey are documented in the report *Level III Intensive Cultural Resources Survey for Dakota Access Pipeline Project, Grassland and Wetland Easement Crossings in Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake,*

2

*McCook, Minnehaha, Turner, and Lincoln Counties, South Dakota*, and an addendum, prepared by Gray & Pape, Inc., May 2015, with revisions in October 2015. As with the South Dakota documentation, reports are available upon request as electronic files or as hard copies.

One cultural resource, 32MNX0334, was previously recorded just north of the APE approximately 1.2 miles south of the town of Ross, ND, in Mountrail County. The documentation on this resource is limited to a notation that cultural material of unknown cultural or temporal affiliation was found within a 160-acre block in 1980. Attempts to relocate the site during the current survey were unsuccessful. No additional cultural resources were located within the APE for the easement parcels in North Dakota.

Five cultural resources were identified during the survey of the Service easement parcels in South Dakota (39CA0282, 39ED2007, 39FK0112, 39KB0041, and 39KB2003). Two of these resources are prehistoric: site 39CA0282 (eight miles southwest of the town of Eureka, SD) contains five prehistoric stone circles with a stone cairn and 39KB0041 (2.5 miles southeast of the town of Manchester, SD) where an isolated prehistoric Besant projectile point was found. The other three resources consist of a historical farmstead/homestead, 39FK0112 (three miles northeast of the town of Wecota, SD) and two historical rail lines, 39ED2007 (4.5 miles west of the town of Roscoe, SD) and 39KB2003 (three miles west of the town of Manchester, SD).

Resources 39KB0041 and 39FK0112 are recommended as ineligible for inclusion in the National Register of Historic Places and no further work is recommended. Sites 39CA0282, 39ED2007, and 39KB2003 are recommended as eligible for inclusion in the National Register of Historic Places; however, sites 39ED2007 and 39KB2003 will be avoided by horizontal directional drilling. Site 39CA0282 is located on the edge of the survey corridor, but outside of the proposed project workspace, so will not be directly impacted by construction activities. Exclusionary fencing will be installed along the northern border of the site, if necessary, and construction activities will be monitored by an Environmental Inspector (EI).

Your response to this letter acknowledging your interest in participating in this undertaking as a consulting party, identifying any historic properties, including Traditional Cultural Properties (TCPs) that may exist within the project's APE, and providing contact information for additional potential consultants is greatly appreciated. Enclosed is a list of potential consulting parties who received this letter. Any suggestions for additions or corrections to this list are welcome.

Please provide a response by December 11, 2015, so that we may discuss this undertaking. If you do not respond within this time frame, you may request consulting party status in the future; however, the project may advance without your input. Should you have any questions about this project, you may contact Regional Historic Preservation Officer Meg Van Ness at (303) 236-8103 or Meg_VanNess@fws.gov.

3

Thank you for your consideration of this request and please do not hesitate to contact us if you have questions or would like additional information.

Sincerely,

*[signature]*

~~Deputy~~ Regional Director

Enclosures:   Proposed pipeline route
Proposed pipeline route through North Dakota detail
Proposed pipeline route through South Dakota detail
Contacts for consultation





Figure 1
Dakota Access Pipeline Project
Dakota Access, LLC
Vicinity Map
North Dakota



Figure 2
Dakota Access Pipeline Project
Dakota Access, LLC
Vicinity Map
South Dakota

# U.S. FISH AND WILDLIFE SERVICE: REGION 6
## Dakota Access Pipeline (DAPL): Contacts for Consultation
### October 2015

**Assiniboine and Sioux Tribes**
    Chairman A.T. Stafne
    Assiniboine and Sioux Tribes
    P.O. Box 1027
    Poplar, MT  59255-1027

    Mr. Darrell "Curly" Youpee, THPO
    Assiniboine and Sioux Tribes
    P.O. Box 1027
    Poplar, MT  59255-1027

**Cheyenne River Sioux Tribe**
    Chairman Harold Frazier
    Cheyenne River Sioux Tribe
    P.O. Box 590
    Eagle Butte, SD  57625

    Mr. Steve Vance, THPO
    Cheyenne River Sioux Tribe
    P.O. Box 590
    Eagle Butte, SD  57625

    Ms. Donna Rae Petersen
    Cheyenne River Sioux Tribe
    P.O. Box 590
    Eagle Butte, SD 57625

**Crow Creek Sioux Tribe**
    Chairwoman Roxanne Sazue
    Crow Creek Sioux Tribe
    P.O. Box 50
    Fort Thompson, SD 57339

    Mr. Darrell Zephier, THPO
    Crow Creek Sioux Tribe
    P.O. Box 286
    Fort Thompson, SD  57339

**Crow Nation**
    Chairman Darrin Old Coyote
    Crow Nation
    P.O. Box 159
    Crow Agency, MT 59022-0159

    Mr. Emerson Bull Chief
    Crow Nation, Cultural Resources Office
    P.O. Box 159
    Crow Agency, MT 59022-0159

**Flandreau Santee Sioux Tribe**
    President Anthony Reider
    Flandreau Santee Sioux Tribe
    P.O. Box 283
    Flandreau, SD  57028

    Mr. Garrie Kills A Hundred, THPO
    Flandreau Santee Sioux Tribe
    P.O. Box 283
    Flandreau, SD 57028-0283

    Ms. Carol Robertson
    Flandreau Santee Sioux Tribe
    P.O. Box 283
    Flandreau, SD 57028-0283

**Lower Brule Sioux Tribe**
    Chairman Kevin Wright
    Lower Brule Sioux Tribe
    P.O. Box 187
    Lower Brule, SD 57548-0187

    Ms. Clair Green
    Lower Brule Sioux Tribe
    P.O. Box 187
    Lower Brule, SD 57548-0187

**Lower Sioux Indian Community**
    Chairman Robert Larsen
    Lower Sioux Indian Community
    P.O. Box 308
    Morton, MN 56270

    Ms. Grace Goldtooth-Campos, THPO
    Lower Sioux Indian Community
    32469 County Highway
    Morton, MN 56270

**Northern Cheyenne Tribe**
    President Llevando Fisher
    Northern Cheyenne Tribe
    P.O. Box 128
    Lame Deer, MT 59043-0128

    Mr. James Walksalong, THPO
    Northern Cheyenne Tribe
    P.O. Box 128
    Lame Deer, MT 59043-0128

**Oglala Sioux Tribe**
    President John Yellow Bird Steele
    Oglala Sioux Tribe
    P.O. Box 2070
    Pine Ridge, SD 57770

    Mr. Dennis Yellow Thunder, THPO
    Oglala Sioux Tribe
    PO Box 129
    Kyle, SD 57752-0129

**Omaha Tribe of Nebraska**
    Chairman Clifford Wolfe Jr.
    Omaha Tribe of Nebraska
    P.O. Box 368
    Macy, NE 68039-0368

    Mr. Thomas Parker, THPO
    Omaha Tribe of Nebraska
    P.O. Box 368
    Macy, NE 68039-0368

**Ponca Tribe of Nebraska**
    Chairman Larry Wright Jr.
    Ponca Tribe of Nebraska
    P.O. Box 288
    Niobrara, NE 68760-0288

    Mr. Randy Teboe, Cultural Director
    Ponca Tribe of Nebraska
    P.O. Box 288
    Niobrara, NE 68760-0288

**Prairie Island Indian Community**
    President Ronald Johnson
    Prairie Island Indian Community
    5636 Sturgeon Lake Road
    Welch, MN 55809-9635

    Mr. Michael Bergervoet, THPO
    Prairie Island Indian Community
    Department of Land and Environment
    5636 Sturgeon Lake Road
    Welch, MN 55089

**Rosebud Sioux Tribe**
    President William Kindle
    Rosebud Sioux Tribe
    P.O. Box 430
    Rosebud, SD 57570

    Mr. Russell Eagle Bear, THPO
    Rosebud Sioux Tribe
    P.O. Box 809
    Rosebud, SD 57570

**Santee Sioux Nation**
    Chairman Roger Trudell
    Santee Sioux Nation
    108 Spirit Lake Avenue West
    Niobrara, NE 68760

    Mr. Richard Thomas, THPO
    Santee Sioux Nation
    108 Spirit Lake Avenue West
    Niobrara, NE 68760

**Sisseton-Wahpeton Oyate**
Chairman Bruce Renville
Sisseton-Wahpeton Oyate
P.O. Box 509
Agency Village, SD 57262-0509

Ms. Dianne Desrosiers, THPO
Sisseton-Wahpeton Oyate
Old Agency Box 717
Agency Village, SD   57262-0509

**Spirit Lake Tribe**
Chairwoman Myra Pearson
Spirit Lake Tribe
P.O. Box 359
Fort Totten, North Dakota 58335

Dr. Erich Longie
Cultural Resources Coordinator
Spirit Lake Tribe
P.O. Box 359
Fort Totten, North Dakota   58335

**Standing Rock Sioux Tribe**
Chairman Dave Archambault II
Standing Rock Sioux Tribe
P.O. Box D
Fort Yates, ND   58538-0522

Ms. Waste' Win Young, THPO
Standing Rock Sioux Tribe
P.O. Box D
Fort Yates, ND   58538-0522

**Three Affiliated Tribes**
Chairman Mark N. Fox
Three Affiliated Tribes
404 Frontage Road
New Town, ND   58763

Mr. Elgin Crows Breast, THPO
Three Affiliated Tribes
404 Frontage Road
New Town, ND   58763-9404

**Turtle Mountain Band of Chippewa**
Chairman Richard McCloud
Turtle Mountain Band of Chippewa
P.O. Box 900
Belcourt, ND 58316

Mr. Bruce Nadean, THPO
Turtle Mountain Band of Chippewa
P.O. Box 900
Belcourt, ND 58316

**Winnebago Tribe**
Chair Darla LaPointe
Winnebago Tribe
PO Box 687
Winnebago, NE 68701-0687

Ms. Emily DeLeon, THPO
Winnebago Tribe
Cultural Resources Office
PO Box 687
Winnebago, NE 68701-0687

**Yankton Sioux Tribe**
Chairman Robert Flying Hawk
Yankton Sioux Tribe
P.O. Box 1153
Wagner, SD   57380-1153

Mr. Perry Little, THPO
Yankton Sioux Tribe
P.O. Box 1153
Wagner, SD   57380-1153

**South Dakota State Historic Preservation Office**
Mr. Jay D. Vogt, SHPO
South Dakota State Historic
Preservation Office
901 Governors Drive
Pierre, SD   57501-2217

**North Dakota State Historic Preservation Office**
Ms. Fern Swenson, Deputy SHPO
North Dakota State Historic
Preservation Office
612 East Boulevard Ave.
Bismarck, ND   58505

**Advisory Council on Historic Preservation**
    Ms. Najah Duvall-Gabriel
    Advisory Council on Historic Preservation
    401 F Street NW, Suite 308
    Washington, DC 20001-2637


**U.S. Army Corps of Engineers**
    Col. John W. Henderson, Commander
    Corps of Engineers – Omaha District Office
    1616 Capitol Ave.
    Omaha, NE  68102

    Mr. Joel Ames, Tribal Liaison
    Corps of Engineers – Omaha District Office
    1616 Capitol Ave.
    Omaha, NE  68102

    Mr. Davis Cain, Archaeologist
    Corps of Engineers – Garrison Office
    Project Office
    201 1st Street
    Riverdale, ND  58565-0527

1261

**UNITED STATES
DEPARTMENT OF THE INTERIOR**
FISH AND WILDLIFE SERVICE
POST OFFICE BOX 25486
DENVER FEDERAL CENTER
DENVER COLORADO 80225-0486

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL

7005 1820 0000 6780 2873

$7.45 0
US POSTAGE
FIRST-CLASS
06 S0008155951
80228

RECEIVED
OCT 26 2015
CRST MAIL ROOM

# FIRST CLASS MAIL

RECEIVED
OCT 27 2015
CRST CHAIRMAN'S OFFICE

Chairman Harold Frazier
Cheyenne River Sioux Tribe
P.O. Box 590
Eagle Butte, SD 57625

