Case No. 1:16-cv-1534-JEB

# CHEYENNE RIVER SIOUX TRIBE

# EXHIBIT 4

Case No. 1:16-cv-1534-JEB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE and CHEYENNE RIVER SIOUX TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant. | Case No. 1:16-cv-1534-JEB |

**DECLARATION OF MELVIN GARREAU, SR IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I. QUALIFICATIONS AND RELEVANT EXPERIENCE

1. My name is Melvin Garreau, Sr. I am an enrolled member, blood affiliation of the Cheyenne River Sioux Tribe. I was born on the Cheyenne River Sioux Reservation on June 11, 1927 and have lived on the Reservation for my entire life. I am a fluent Lakota speaker. I currently reside on the Cheyenne River Sioux Reservation. I have been actively involved in Lakota cultural and spiritual practices and ceremonies for my entire life.

2. I served as the Chief Judge for the Cheyenne River Sioux Tribal Court for four (4) years. Prior to my service as the Chief Judge I served as an elected Tribal Council Member for four (4) years. During my time as an elected Tribal Council Member I was often tasked with working on Tribal water issues. In particular, during my time on the Tribal Council I worked in a leadership capacity in establishing the Tribe's potable water system.

3. I have reviewed documents related to the Dakota Access Pipeline (DAPL). I am familiar with the determination of the U.S. Corps of Army Engineers to issue a permit to allow construction and operation of DAPL. I am very familiar with the area and physical landscape through which the pipeline will travel.

II. HISTORICAL, CULTURAL, AND RELIGIOUS SIGNIFICANCE OF THE MISSOURI RIVER WATER SYSTEM.

4. In Lakota there is a phrase, Mni Wichoni (water is life). Water forms the basis of daily life on the Cheyenne River Sioux Reservation and is a critically important component of the cultural and spiritual life of the Tribe's individual members.

5. In addition to the Tribe and individual tribal members, much of the culturally important and treaty protected plant and wildlife within the 1851 and 1968 Treaty territory is dependent upon the Missouri River and its tributaries. Any adverse impacts on the land and water would potentially cause these important cultural resources to become negatively impacted.

6. The water of the Missouri river and its tributaries is essential to many traditional Lakota cultural and spiritual practices. Is is used in numerous ceremonies, such as the Sun Dance. In traditional Lakota culture water is the equivalent of life, and the water which is gathered from the Missouri river and its tributaries serves an irreplaceable role in the traditional practices of the Cheyenne River Sioux Tribe and its individual members.

III.     HISTORICAL, CULTURAL, AND RELIGIOUS SIGNIFICANCE OF THE PIPELINE CONSTRUCTION SITE.

7. The proposed construction route of the DAPL project includes the tribe's treaty territory. The land is the Cheyenne River Sioux Tribe's traditional and irreplaceable homeland. The land on which the DAPL project is proposed to be built contains the graves of the Tribe's ancestors. The Tribe's treaty territory has been the home of the Cheyenne River Sioux Tribe for thousands of years; meaning there are innumerable cultural, historic, and spiritual sites that have not yet been identified and would be lost to us forever if they're not afforded an adequate archeological survey and subsequent protection.

8. The construction site contains many culturally significant plants, animals and fish which used in everyday tribal life and cultural practices. The Treaty guarantees Cheyenne River Sioux tribal members the right to gather these resources.

IV.     THE CHEYENNE RIVER SIOUX TRIBE AND ITS INDIVIDUAL TRIBAL MEMBERS WILL BE IRREPARABLY HARMED BY THE CONSTRUCTION AND OPERATION OF THE PIPELINE.

9. Should construction activity proceed it is my informed opinion that the Tribe and its individual tribal members will be permanently and irrevocably harmed. Construction operations will likely destroy the Tribe's cultural resources and irreversably damage certain undiscovered historical, cultural and spiritual sites. Finally, construction and operation of the DAPL project will also likely contaminate the region's water in such a way that would significantly harm the Tribe's and its members' ability to conduct traditional and spiritual practices.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 16, 2016, at Eagle Butte, South Dakota.

_____
Melvin Garreau