## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STANDING ROCK SIOUX TRIBE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **Case No. 1:16-CV-01534-JEB** |
| U.S. ARMY CORPS OF ENGINEERS | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## DAKOTA ACCESS, LLC'S MOTION FOR LEAVE
## TO FILE SUPPLEMENTAL DECLARATION

Pursuant to LCvR 65.1(c), Intervenor Dakota Access LLC ("Intervenor") hereby respectfully moves this Court for leave to file the supplemental declaration of Joey Mahmoud (see Attachment 1) in support of Intervenor's Opposition to Plaintiff's Motion for a Preliminary Injunction ("Opposition"), filed August 18, 2016. As discussed in Intervenor's Opposition and Mr. Mahmoud's Declaration in support thereof, Mr. Mahmoud has been personally involved with the business dealings of Intervenor and the Dakota Access Pipeline ("DAPL"), has been personally involved in the application, authorization, verification, and other permitting procedures that DAPL was subject to and are subject of this litigation, and is the Vice President of Intervenor and the Executive Vice President of Engineering & Construction of Energy Transfer Partners, L.P., a beneficial owner of Dakota Access.

Mr. Mahmoud's supplemental declaration supplements his declaration in support of Intervenor's Opposition by providing information on the location, geography, and topography of the Lake Oahe crossing, which will help the Court further understand Intervenor's argument that Plaintiff does not have and cannot show a likelihood of irreparable harm. Since this information

- 1 -

consists solely of photographs and a map, it offers the court clarity in a manner that does not and cannot unduly prejudice any party.

Undersigned counsel has conferred about this motion with counsel for Defendant and Plaintiff.  Counsel for Defendant does not oppose this motion, and counsel for Plaintiff did not state a position prior to filing this motion.

Accordingly, Intervenor respectfully moves this Court to grant Intervenor's request to file a supplemental declaration in support of its Opposition to Plaintiff's motion for a preliminary injunction.

Dated: August 23, 2016

Respectfully submitted,

*/s/ Kimberly H. Caine*

NORTON ROSE FULBRIGHT US LLP
Kimberly H. Caine, DCBA #974926
William J. Leone, CSBA #11403
Robert D. Comer, CSBA #16810
799 9th Street NW, Suite 1000
Washington, DC  20001-4501
202-662-0200
kim.caine@nortonrosefulbright.com
william.leone@nortonrosefulbright.com
bob.comer@nortonrosefulbright.com


NOSSAMAN LLP
Edward V. A. Kussy, DCBA #982417
Robert D. Thornton, DCBA #966176
Alan M. Glen, Texas SBN #08250100
*(Pro Hac Vice Application Pending)*
1666 K Street, NW, Suite 500
Washington, DC 20006
202-887-1400
ekussy@nossaman.com
rthornton@nossaman.com
aglen@nossaman.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016, I electronically filed the foregoing *Motion for Leave to File Supplemental Declaration* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Kimberly H. Caine*
_____

Kimberly H. Caine

# Attachment 1

Case No. 1:16-cv-01534-JEB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE      §
        §
       Plaintiff,         §
        §
        §
v.         §
        §        **Case No. 1:16-CV-01534-JEB**
U.S. ARMY CORPS OF ENGINEERS      §
        §
       Defendant.        §
        §
        §

## SUPPLEMENTAL DECLARATION OF JOEY MAHMOUD IN SUPPORT OF OPPOSITION TO PRELIMINARY INJUNCTION

1.       My name is Joey Mahmoud.  I am over 21 years of age, of sound mind, and duly qualified to make this declaration.  I make this declaration based upon my personal knowledge, including without limitation (i) my personal involvement with the business dealings of Dakota Access LLC ("Dakota Access") and the Dakota Access Pipeline ("DAPL"); (ii) my personal involvement in the application, authorization, verification, and other permitting procedures that DAPL was subject to and are subject of this litigation; and (iii) my position as Vice President of Dakota Access and Executive Vice President of Engineering & Construction of Energy Transfer Partners, L.P., a beneficial owner of Dakota Access.

2.       Exhibit A, attached to this declaration, is a collection of 5 accurate aerial photographs of the Lake Oahe crossing. Exhibit B, attached to this declaration, is an accurate map reflecting the utility line and various utility towers at the Lake Oahe Crossing.  Exhibits A and B show that the Lake Oahe crossing is already traversed by a transmission line, power line, and road, and further show that the area is used for agricultural purposes.

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on August 23, 2016.

Joey Mahmoud