**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STANDING ROCK SIOUX TRIBE | § § § | |
| Plaintiff, | § § | |
| v. | § § | **Case No. 1:16-CV-01534-JEB** |
| U.S. ARMY CORPS OF ENGINEERS | § § | |
| Defendant. | § § § § | |

# Exhibit B

