UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
---------------------------X

STANDING ROCK SIOUX TRIBE,

                    Plaintiff

                    v.                    Civil Action 16-1534.

U.S. ARMY CORPS OF ENGINEERS,

                    Defendant

---------------------------X
                                    Washington, D.C
                            Wednesday, August 24, 2016
                                    2:00 P.M.

        TRANSCRIPT OF HEARING ON PRELIMINARY INJUNCTION
          BEFORE THE HONORABLE JAMES E. BOASBERG
                  UNITED STATES DISTRICT JUDGE
APPEARANCES:

For the Plaintiff:   Jan Hasselman, Esq.
                     Stephanie Tsosie, Esq.
                     EARTHJUSTICE LEGAL DEFENSE FUND
                     705 Second Avenue, Suite 203
                     Seattle, WA 98104-1711
                     (206) 343-7340


Intervenor Cheyenne  Nicole E. Ducheneaux, Esq.
River Sioux Tribe:   FREDERICKS PEEBLES & MORGAN LLP
                     3610 North 163rd Plaza
                     Omaha, NE 68116
                     (402) 333-4053




Court Reporter:      Lisa Walker Griffith, RPR
                     U.S. District Courthouse
                     Room 6507
                     Washington, D.C.  20001
                     (202) 354-3247

APPEARANCES:   (Cont'd.)


For the Defendant:   Matthew M. Marinelli, Esq.
                     Erica M. Zilioli, Esq.
                     U.S. DEPARTMENT OF JUSTICE
                     Environment & Natural Resources Division
                     P.O. Box 663, Ben Franklin Station
                     Washington, DC 20044-0663
                     (202) 305-0293


For Intervenor       Bill Leone, Esq.
Dakota Access:       Norton Rose Fulbright US LLP
                     799 9th Street NW, Suite 1000
                     Washington, DC 20001-4501
                     (202) 662-0200

1                   **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  This is civil action 16-1534.

3    Standing Rock Sioux Tribe versus United States Army Corps

4    of Engineers.

5              Counsel, please approach podium and identify

6    yourself for the record.

7              MR. HASSELMAN:  Good afternoon, Your Honor.  I'm

8    Jan Hasselman on behalf of the Standing Rock Sioux.  I'm

9    joined by cocounsel, Stephanie Tsosie.  And with the

10   Court's permission, I've asked the Chairman of the Standing

11   Rock Sioux Tribe to join me at counsel's table.

12             THE COURT:  That's fine.  Would you identify him?

13             MR. HASSELMAN:  David Archambault.

14             THE COURT:  Good afternoon, to you, sir.

15             MS. DUCHENEAUX:  Good afternoon, my name is

16   Nicole Ducheneaux.  I represent the plaintiff intervenor,

17   the Cheyenne River Sioux Tribe.  And I am joined by the

18   Attorney General of the Cheyenne River Sioux Tribe, Marc

19   Roy.

20             THE COURT:  Okay, good afternoon to both of you.

21             MS. DUCHENEAUX:  Thank you.

22             MR. MARINELLI:  Good afternoon, Your Honor.  My

23   name is Matt Marinelli.  I'm with the United States

24   Department of Justice, representing the United States Army

25   Corps of Engineers.  With me at counsel table is Erica

 1    Zilioli also of Department of Justice, and Melanie Casner

 2    of the Corps of Engineers.

 3              THE COURT:  Okay.  Good afternoon to you folks.

 4              MR. LEONE:  Good afternoon, Your Honor.  My name

 5    is Bill Leone from the law firm of Norton Rose Fulbright,

 6    representing the intervenor, Dakota Access.  With me at

 7    counsel table is my partner, Bob Comer, an associate of

 8    ours, Mr. Andrew Elkhoury and in-house counsel for Dakota

 9    Access, Keegan Pieper.  I'll call him the project manager

10    for lack of a better title, Mr. Joey Mahmoud, also of

11    Dakota Access.

12              THE COURT:  Welcome to all of you folks.

13              I appreciate the fact that everybody has worked

14    hard to complete the briefing in such a short time period,

15    which is the case with preliminary injunctions.  I

16    appreciate the quality of the argument.  These are

17    certainly not easy issues.  They are legally complicated

18    issues.  And they obviously have significance for both the

19    tribes that are the plaintiffs in the case and for the

20    defense.

21              I appreciate the fact that there are members in

22    the audience who have come to watch this and you are all

23    welcome here in this court.  I would ask everyone to please

24    observe appropriate rules of decorum in the court as we

25    proceed.

1          I know that this case certainly, that there are

2     strong feelings that arise out of it.  But again, my

3     decision has to be based on the law and the facts as I see

4     it.  And everyone should know that I won't be issuing a

5     decision today.  We'll have argument today.  And that I

6     will likely issue an opinion in about two weeks.  Just so

7     everyone knows, that it is likely timetable here.

8               All right.  So let's start with Mr. Hasselman.

9               MR. HASSELMAN:  Thank you, Your Honor.

10              I'm very honored to be here today representing

11    the Standing Rock Sioux Tribe.  And on behalf of the

12    Standing Rock Government, I want to thank the Court and

13    acknowledge that we've given you and your staff a lot to

14    deal with in a short timeframe.

15              I also want to acknowledge the many Standing Rock

16    elected officials and staff as well as members and

17    supporters that made the long trip from the Dakotas to be

18    here today.

19              They're here because this pipeline is a threat to

20    their cultural survival.  They're here because the law

21    gives the tribe important rights to protect its culture.

22    And they're here because, in the absence of preliminary

23    injunctive relief the pipeline will be completed before

24    those rights can be vindicated.  So this is a very big

25    lawsuit about a very big pipeline.

1          The focus of today's motion, of course, is the

2    Army Corps' compliance with Section 106 of the National

3    Historic Preservation Act.  The need for relief is most

4    urgent with respect to those rights in light of the ongoing

5    construction.  I would like to focus on three key issues.

6          The first issue concerns the Section 106 process

7    that took place with respect to the 204 places along the

8    pipeline where the Army Corps issued a Clean Water Act

9    verification.  The focus of our concern is the exceedingly

10   narrow scope of the process and the lack of genuine

11   opportunity for the tribe to participate in identification

12   and protection of cultural resources.

13          The second issue concerns the remainder of the

14   pipeline.  The vast majority of the pipeline's impacts to

15   water didn't receive any oversight or authorization by the

16   Corps.  Without any notification or authorization there is

17   no Section 106 review.  We'll talk about why that is

18   unlawful.

19          Finally I'll address the balance of harms as

20   between the tribe and the pipeline company and the scope of

21   the injunction in light of what we know about its status.

22          Let me start with the first issue, which is the

23   Section 106 process on the 204 permit verifications.

24          THE COURT:  Before you get there, let me ask you.

25   So one of the challenges is to Nationwide Permit 12 itself.

1   As the name suggests, this is a nationwide permit that is

2   renewed every five years.

3          But if you are challenging the issuance of the

4   permit itself, how is the Corps supposed to comply with

5   Section 106 in 2012 for example when it's issued, when NWP

6   12 does not specify a particular project?  It's a

7   nationwide permit.  How are they supposed to comply with

8   Section 106?

9          MR. HASSELMAN:  Well, that's right.  The Section

10  106 says when the government issues a license or

11  authorization they have to consider the impacts on historic

12  properties.  I think everybody understands that didn't

13  happen at the time they issued it.

14          THE COURT:  Could it have?

15          MR. HASSELMAN:  There were mechanisms under the

16  act such as programmatic agreements.  There are certainly

17  nationwide permits that have truly benign or even

18  beneficial effects that I think could be dealt with.

19          But they either need to look at the front end of

20  the process or at the time of the issuance or at the site

21  specific time.  I think the issue here is that they never

22  looked at either time.

23          THE COURT:  We want to talk about the second

24  shortly.  But as to the first, you of course didn't

25  challenge the issuance of the permit in 2012, probably

1  wouldn't have had standing to challenge it anyway, right?

2          MR. HASSELMAN:  I don't think we would have had

3  standing or a ripe case.

4          THE COURT:  So therefore, if that's true then

5  how, for the same reason, how is the Corps supposed to have

6  consulted with everyone in the whole country because

7  potentially there would be specific projects that might

8  fall under the rubric of--

9          MR. HASSELMAN:  I don't think we're saying that

10  they need to have consulted with everybody in the whole

11  country at the front end.  What we're saying is that they

12  enabled a system in which there was never an opportunity to

13  look at historic impacts.  This is a 1200 mile pipeline

14  that crosses thousands of waters in a very culturally rich

15  area.

16          Now, we know with respect to the 204 sites there

17  was some kind of process.  And we could talk about the

18  adequacy of that process.  With respect to the thousands of

19  other places where this permit crosses water, the Corps

20  essentially pre-authorized the construction of the pipeline

21  back in 2012 with no opportunity for there to be a Section

22  106 process.

23          THE COURT:  Moving from that, but do you believe

24  the Corps violates 106 every time it looks at a proposed

25  activity and determines it is not likely to warrant Section

1    106 consultation but doesn't notify any tribal parties?

2              MR. HASSELMAN:  We're not, I don't think we're

3    here talking about every time.  We're talking about this

4    pipeline.

5              THE COURT:  So in other words, you would agree

6    that there are certain acts that don't need approval.  In

7    other words, if for example, the Corps were going to repair

8    say a small defect in a preexisting line, there wouldn't

9    need to be a whole new cultural survey and review, right?

10             MR. HASSELMAN:  I think that is right.  If you

11   look at the list of nationwide permits, there are things in

12   there like, you know, cranberry bog watering and soil

13   management for wildlife and repair of existing structures.

14   I don't think that's what we're talking about.

15             I think the heart of the problem here is the use

16   of Nationwide 12, which the nationwide permit system is

17   supposed to be all about activities with truly de minimis

18   impacts to the water for the purpose of crude oil

19   pipelines, which have very significant impacts to waters.

20   And, as we see in this case, a very significant impact to

21   historic and cultural resources that are not being assessed

22   in any way.

23             THE COURT:  But if you are agreeing with my

24   contention that there are occasions on which they don't

25   need to conduct cultural surveys when they're doing some

1   kind of repair, some small act, wouldn't that cover some of

2   the 204 sites?  Wouldn't that characterize some of the 204

3   sites here?

4          MR. HASSELMAN:  I think, we're not talking about

5   the 204 sites.  We're talking about the 2,000 or how ever

6   many sites that never received, there was no notification

7   to the Corps, there was no verification from the Corps and

8   there was never a process.

9          Is there a way to do a Section 106 process on a

10  long linear project?  Sure.  The tribes do it all the time.

11  They do Section 106 on highways and transmission lines and

12  utilities.  They go out and they work with the agency and

13  the proponent.  And where it is appropriate, they do

14  surveys.  It is not something new or unreasonable or

15  impractical that we're asking for here.

16         THE COURT:  But again, so let's take Lake Oahe,

17  is that correct pronunciation?

18         MR. HASSELMAN:  Yes.

19         THE COURT:  Putting that aside for the moment, on

20  the 204 verifications, you are not contending that there

21  are sites of significance at each of those, right?

22         MR. HASSELMAN:  What we're contending is that we

23  were never given the opportunity to look.

24         THE COURT:  Okay.  So but again, it's your burden

25  here, of course, as you seek a preliminary injunction.  So

1   as you sit here today, aside from Lake Oahe, have you

2   identified any particular sites of the 204 that concern

3   significant cultural and historic properties?

4           MR. HASSELMAN:  Are we talking about the merits

5   of the adequacy of their consultation or are we talking

6   about the showing of irreparable harm?

7           THE COURT:  This issue I think straddles both and

8   we will talk about irreparable harm further.  But I guess

9   what I'm trying to figure out is how hypothetical are these

10  sites that you say are being violated by these sections of

11  the pipeline.

12          MR. HASSELMAN:  The injunction is governed under

13  an NRDC versus Winters standard.  We have to show a

14  likelihood of harm.  If that means we need to give you a

15  map with every culturally significant site in the

16  pipeline's route, we can't meet that standard.  And the

17  reason we can't meet it is because of the violation of law

18  that happened.  We were never given the opportunity to

19  survey the pipeline route.  Now this is what we were asking

20  for from the very beginning of the consultation, to

21  participate in surveys.

22          We never had that opportunity so it's using the

23  fact of the illegality of our lack of participation in the

24  process as a sword against an injunction.

25          THE COURT:  Can I ask you a related question?  I

1   couldn't find, at least in my review, a map of the tribes

2   ancestral home lands in the record.  Do we have a map of

3   that?

4           MR. HASSELMAN:  I think the closest thing we have

5   in the record is the tribal resolution that's identified in

6   I think Mr. Mentz's declaration, that the ancestral home

7   land was where the Buffalo roamed and that's this area.

8           THE COURT:  Isn't that rather broad?

9           MR. HASSELMAN:  It is broad.  But the law gives

10  the tribe and the other tribes the opportunity to go out

11  and evaluate the potential for impacts to historic sites.

12  The fact that it is a long pipeline doesn't mean that this

13  is an impossible task, as I've tried to emphasize.  This is

14  the kind of thing they do all the time.

15          Plainly the record is most focused on the Lake

16  Oahe site immediately adjacent to the reservation.  But the

17  tribe and other tribes are concerned about impacts to

18  cultural sites all along the length of the pipeline.

19          THE COURT:  If you define the ancestral home land

20  as where the Buffalo roam, then you would contend that all

21  204 sites are within that boundary?

22          MR. HASSELMAN:  That there needs to be an

23  opportunity to consult.  Now, once that opportunity is -- I

24  don't know what it means as a practical matter.  I think

25  that there are multiple tribes that are effected.  There is

1   a way to conduct the process that is not unduly burdensome

2   on anybody.

3          But the 1992 amendments of the National Historic

4   Preservation Act put the tribes in the driver's seat when

5   it comes to identifying their own cultural and religious

6   sites.  And those sites exist throughout the midwest or

7   throughout the area of impact.

8          THE COURT:  Could you define for me generally on

9   a map of the United States where the buffalo roam?  I mean,

10  in other words, I'm not talking about giving me specific

11  lines.  But are we talking about three quarters of the

12  United States, half, from the Mississippi river to--

13         MR. HASSELMAN:  I think what we're talking about

14  here is where ever the boundaries are, the pipeline's

15  length falls within it.

16         THE COURT:  But again, we're going back to what

17  the Corps had to do and the Corps' notice and duty to

18  consult which again seems to be unlimited under this

19  formulation.

20         MR. HASSELMAN:  I don't think that's what we're

21  talking about.  There is a process where the tribe is

22  invited to participate.  And again, they said from day one,

23  there are really important areas at stake here.  We want to

24  participate.  We're ready to go.  We're committed to

25  participating in those surveys.

1          We know how to do it.  They look, if there is no

2     historic or religious sites, the process is over.  If there

3     are, there is a discussion around mitigation.

4          THE COURT:  Let me switch gears a little bit and

5     continue to ask about the individual verifications.  What

6     is your position on which agency determines whether an

7     undertaking has occurred?  I sort of ask that because the

8     NHPA only requires that a Section 106 analysis happen when

9     an agency engages in a federal undertaking, as you know.

10    But it certainly can't be true that ACHP regulations trump

11    an agency's ability to determine its own jurisdiction,

12    right?

13         MR. HASSELMAN:  The Corps makes the determination

14    but you judge that determination under an arbitrary and

15    capricious contrary to law standard.

16         THE COURT:  That's what I'm getting at.  Why is

17    it arbitrary and capricious?  Why is their definition of

18    undertaking arbitrary and capricious?

19         MR. HASSELMAN:  Their definition is arbitrary and

20    capricious because they define the undertaking as 204

21    separate crossings.  And it is the extent of the pipeline

22    within their direct jurisdiction.  And everybody

23    understands that their jurisdiction is the water.  This is

24    not about expanding their jurisdiction.

25         THE COURT:  We all agree that they don't have

1   jurisdiction over a private pipeline on private land.

2         MR. HASSELMAN:  They don't have Clean Water Act

3   jurisdiction.  When they issue a permit for that segment of

4   pipeline that crosses the water, the law requires them to

5   think about the indirect impacts of that action.  And the

6   indirect impacts of that action is 150 foot swath of

7   industrial construction on either side of the crossing.

8         I think it is very hard to say that the pipeline

9   that goes into and out of a pond, stream or wetland or

10  river is not related in some way to the permit.

11        THE COURT:  I've got a series of questions.  So

12  forgive me for continuing to ask.

13        One of the other claims when you talked about the

14  consultation was that it was too late.  But let me ask you

15  this.  Assuming it was too late, is that the end of the

16  game for the Corps?  In other words, let's say the agency

17  does a lousy job consulting early, but then makes up for it

18  later on and does whatever it can during the permitting

19  activity.  Are they forever doomed because they didn't do

20  as good a job earlier or can't they remedy it by better

21  work as the case goes forward?

22        MR. HASSELMAN:  I don't think it is a question of

23  what theoretically they can't do.  I think what we have is

24  here.  And what happened here was that, by the time there

25  was an offer to come look at the, PCN area -- I'm sorry,

1   the preconstruction notification areas, it was in March of

2   this year.

3         The pipeline route had been completely

4   determined.  Pipes were stacked up, construction was

5   scheduled.  And the offer that came was so limited that

6   essentially the Army Corps said, okay, you can stand with

7   your -- I'm being metaphorical here, but you can stand with

8   your boots in the mud and look at the area of water, but

9   you are not allowed to go survey that pipeline route that

10  connects those areas of water.  So, whether or not they can

11  fix it, they didn't fix it here.

12        THE COURT:  All right.  Let's move to the

13  irreparable harm.  And talk to me, again, make out your

14  case for why you believe there is irreparable harm here.

15        MR. HASSELMAN:  I think it is very important for

16  the tribe that they have their own words being used in this

17  discussion.  So, I would like to read briefly from some of

18  the declarations because it is not for me to describe this.

19  Chairman Archambault is explaining why historic sites are

20  so important and this is what he said.

21        "History connects the dots of our identity and

22  our identity was almost obliterated.  Our land was taken,

23  our language forbidden, our stories, our history were

24  almost forgotten.  What land, language and identity remains

25  is derived from our cultural sites.  Sites of historic and

1   cultural significance are important to us because they are

2   a spiritual connection to our ancestors, even if we don't

3   have access to all these sites, their existence perpetuates

4   the connection.  When such a site is destroyed, the

5   connection is lost."

6          Mr. Eagle said -- Mr. Eagle is a veteran of the

7   U.S. Army.  "To me and the members of the tribe destruction

8   of, or disrespect to these cultural sites feels just like

9   it would feel if a pipeline was dug through middle of

10  Arlington National Cemetery, turning over grave stones and

11  displacing graves."

12         This is the very definition of irreparable harm.

13  Those sites can't be put back, they can't be fixed.  Once

14  they're gone, they're gone forever.  And another piece of

15  tribe's heritage and history is lost.

16         THE COURT:  Let me ask you-- and those are

17  important statements that you've read and significant ones,

18  and ones I certainly appreciate.

19         Let me ask you for a technical matter, how close

20  to the existing, is it existing pipeline under Lake Oahe or

21  is it a utility line that's under Lake Oahe?

22         MR. HASSELMAN:  I think there is a gas pipeline

23  that was put in, in the eighties.

24         THE COURT:  How close to the gas pipeline is this

25  going to run?  I am going to ask Dakota some of these

1   technical questions too.  But your understanding of how

2   close are we're talking about.

3          MR. HASSELMAN:  I think in places it's close, and

4   in other places, it's not close, and that's probably the

5   best I can do.

6          I do want to emphasize that the fact that there

7   is a pipeline there doesn't mean that there is nothing left

8   to protect or to go look for.  That pipeline was put in

9   before the 1992 amendments that gave the tribe a role.

10         THE COURT:  Tell me then, what construction

11  activity in particular is going to lead to the destruction

12  of historic properties?

13         MR. HASSELMAN:  I think the clearest and most

14  obvious answer is the clearing and grading.  We are

15  dismayed to see how far along that is.  It hasn't happened

16  yet at the Lake Oahe site, which is the focus of the

17  dispute.  As for the later stages, I can't really tell you

18  where along the line of construction it becomes pointless

19  to have a survey.  But I think the critical thing is to

20  prevent any additional clearing and grading.

21         THE COURT:  What specifically about the clearing

22  and grading process causes the harm?

23         MR. HASSELMAN:  Taking a bulldozer and plowing up

24  the earth and any sites that are there.

25         THE COURT:  But in terms of, is it surface, is it

1  below the surface, both, is there anything in particular?

2           MR. HASSELMAN:  It's both.  These are ancient

3  sites.  They're not sitting on the grass waiting to be

4  seen.  They're covered in some amount of vegetation or

5  soil.  There are burial sites.

6           THE COURT:  Getting back to my earlier question

7  that you characterized as at least belonging in part to

8  irreparable injury.  Again, aside from Lake Oahe, can you

9  point me at this point to any specific place on the

10 pipeline route that is likely to be damaged by the

11 construction process?

12          MR. HASSELMAN:  Well again, since we haven't had

13 the opportunity to look there are limits around that.  But

14 what we have shown are examples that have come to our

15 attention through one way or another.  One of those

16 examples is Exhibit 29.  I think it perfectly illustrates

17 the problem here because it shows the bore hole and the

18 access road that the Army considered part of the area of

19 potential effects.  And that was where they believe Section

20 106 was authorized.

21          And then it shows the pipeline route leading

22 directly out of the bore hole.  And on that map it's figure

23 3 in Exhibit 29, there are known archeological sites that

24 are on that map.  Now, they haven't been out there, they

25 haven't surveyed those.  But those are sites that will be

1    destroyed.

2          Another example is Exhibit 44.  That is one of

3    the cultural surveys, it only covers two counties in North

4    Dakota.   And they found numerous sites that their report

5    said would be destroyed.  Now the Pipeline's response is,

6    well, we sent out a team and they're not eligible for

7    national registry status.  Well, the law gives the tribe

8    the opportunity to be part of that identification and

9    assessment process.  We have testimony from cultural

10   experts about how rich some of these areas are.

11          I mean, if that doesn't meet a Winter standard, I

12   don't know what would.  We've given a variety of different

13   evidence to show that there is a very high likelihood of

14   lost cultural sites in the pipeline's route.

15          THE COURT:  Okay.  I'll give you a couple of

16   minutes to wrap up and then save five minutes for rebuttal.

17          MR. HASSELMAN:  I just want to say, Your Honor,

18   there are a lot more issues in this case than just the

19   Section 106.  There are big issues under NEPA and the Clean

20   Water Act.  We didn't move for preliminary injunction on

21   those issues because our assessment was that the flow of

22   oil, which is the critical issue of concern, was not

23   sufficiently imminent to warrant an injunction.

24          But we certainly want to have a conversation with

25   you at some point about those issues.  One outcome of that

1   might be that they need to be looking at another place

2   besides the tribe's door step.   I think there is a way to

3   set up an injunction where the tribe can protect its rights

4   and protect its cultural resources on what has not already

5   been damaged, and allow something else to keep going on in

6   the pipeline.  But they're doing that at their own risk.

7          So, there is a major inter-agency dispute here

8   about the scope and the quality of this consultation.

9   There is a big legal issue.  Without a preliminary

10  injunction, any victory for the tribe on those issues will

11  be hollow.

12         I understand the burden we're putting on you,

13  Your Honor, but frankly at the speed at which they're

14  going, if their claim is correct that so much of the

15  grading and clearing is done, in two weeks, I don't know

16  that there is going to be anything left.  So, we're asking

17  you to grant the injunction where it can still do some

18  good.

19         THE COURT:  Okay.  Thank you very much.

20         All right.  Who are we going to hear from first?

21         MR. MARINELLI:  Good afternoon, Your Honor.  Matt

22  Marinelli for the United States Army, Corps of Engineers.

23         The defendants and defendant intervenor would

24  like to split their time with the Corps receiving 17

25  minutes and Dakota Access receiving 13 minutes.  But I

1   think both the Corps and Dakota Access are willing to be

2   flexible based on what the Court would like to hear.

3          THE COURT:  I want some specific answers about

4   the pipeline itself.  I don't know if you are prepared to

5   give that or whether that is better for Mr. Leone to give.

6          MR. MARINELLI:  I'm happy to answer one question

7   you posed, and then yield to Mr. Leone if you would like to

8   hear from him first, Your Honor.

9          THE COURT:  Again, whoever thinks they are better

10  able to tell me about the dimensions, some of the technical

11  aspects of the pipeline, that's what I'd like to hear

12  first.

13         MR. MARINELLI:  I would direct the Court to ECF

14  6-24, page 53 and ECF 6-26, page 101, which have a graphic

15  representation of the co-location.

16         THE COURT:  Without waiting for me to pull of

17  that up, tell me the diameter of the pipeline, how big is

18  it.

19         MR. MARINELLI:  I need to yield to Mr. Leone on

20  that point, Your Honor.

21         THE COURT:  Let me ask him and we'll bring you

22  back.  I'm happy to share time as you want.

23         MR. MARINELLI:  Thank you.

24         THE COURT:  Mr. Leone, before you begin, I'll

25  just tell you please, there is actually local rule that

will go into effect that should have gone into effect

already.  No briefs under 12 point font.  (A) it is not

appropriate; and (B) when you are dealing with judges who

may be on the cusp of needing reading glasses, it is never

a good idea to challenge their sight, particularly below

standard font and footnotes that are microscopic.  So

again, that rule should have gone into effect already but

it will be stricken in the future.

MR. LEONE:  I apologize, Your Honor.  We intended

to provide a 12 point type; it was a different type face

but it was supposed to be 12 point.  If we didn't get that

done, I apologize.

THE COURT:  Okay, because it looked like a

circumvention of the page limits to me.

That said, let's go to the dimensions of the

pipeline itself.  I don't know how pipelines are typically

measured.  Is it in diameter?  Tell me about that.

MR. LEONE:  I'll answer as many questions as I

can.  With your forbearance, I have the right people in the

room with us today to answer questions that I can't.

The pipeline is a 30 inch pipeline in diameter.

THE COURT:  Is it underground throughout its

entire 1162 miles?

MR. LEONE:  It is, Your Honor.  Except for an

occasional valve, as I understand it, that will appear on

1  the ground on a fen site where there might be a valve for

2  maintenance.

3            THE COURT:  How much has already been built?

4            MR. LEONE:  The latest information I have on

5  this, Your Honor, is that in the State of North Dakota, 90

6  percent of the grading has been completed.  In the State of

7  South Dakota, 100 percent of the grading has been

8  completed.  Over the entire length of the pipeline,

9  approximately 76 percent of the pipe route has been cleared

10  and graded.  And the pipeline is 48 percent complete.  And

11  by complete, I mean cleared, graded, trenched, pipe in the

12  ground, backfilled, reclaimed.

13            THE COURT:  Got it.  And if no injunction is

14  issued, and given regular other -- weather -- I don't know

15  what other interruptions could occur but standard

16  interruptions, when is your expectation that oil flow will

17  begin?

18            MR. LEONE:  No oil flow before January 1, Your

19  Honor.  That's the scheduled end use date.

20            THE COURT:  Of the 204 sites, how many of those

21  has pipe already been laid across or I guess, it is going

22  to be under all those, right?

23            MR. LEONE:  Correct.  Your Honor, I would need to

24  get that answer from my client.  I can try and do that.

25            THE COURT:  All right.  Go ahead.  Approximate is

1    fine.

2            MR. LEONE:  The answer, Your Honor, is all but

3    11.

4            THE COURT:  Then lastly, let's get back to that,

5    the issue that Mr. Marinelli mentioned, which is the

6    proximity to the other pipeline, Lake Oahe.  Can you

7    describe that for me?

8            MR. LEONE:  In Mr. Mahmoud's declaration at

9    paragraph 18, he describes the co-location.  And the pipe

10   runs parallel to the existing northern gas line that runs

11   under the lake.  Its distance from that pipeline varies

12   from 22 feet in some locations to 300 in others.

13           THE COURT:  Great.  Okay.  Thank you.

14           Unless there is a specific other point you think

15   would be helpful for me to know about these specifics, I'll

16   switch back to Mr. Marinelli.

17           MR. LEONE:  The only other point with respect to

18   the location of the pipeline under Lake Oahe, Your Honor,

19   is to remember that the drilling technique that is being

20   used here to bore under the lake for the pipe is different

21   from what was used for the gas pipeline.  So our pipe is

22   actually 115 feet approximately.

23           THE COURT:  The briefs talk about 90 feet.  Is

24   that the gas line is 90 feet?

25           MR. LEONE:  No, the elevation below the bed of

1  the lake can vary.  It ranges from a minimum of 90 feet

2  below the bed of the lake to a maximum of 115 feet below

3  the bed of the lake.

4          THE COURT:  All right,  thank you very much.

5          MR. LEONE:  Thank you.

6          THE COURT:  We'll bring you back shortly.

7          Okay.  Mr. Marinelli, go ahead, I'll let you

8  begin.  Actually, let's stick with irreparable injury which

9  is where we ended Mr. Hasselman's questioning with.  Let me

10  also ask you, does any of the pipeline traverse land that

11  has not been previously subject to major construction?  And

12  if so, in what proximity is this to the tribal land to the

13  Standing Rock, do you know that?

14          MR. MARINELLI:  I think with respect to the

15  second part of Your Honor's question, the closest that the

16  pipeline gets to Standing Rock, the Standing Rock Sioux

17  Tribe's reservation is at Lake Oahe where it passes

18  approximately half a mile north of the reservation.

19          As to your question about whether the entirety of

20  the pipeline route is I think co-located with other

21  construction activities, my understanding is it is not 100

22  percent co-located but I can't tell you the exact

23  percentage.  I know it is co-located at Lake Oahe for

24  example.

25          THE COURT:  So you don't believe that the harm

1    then has to be to the specific limits of the Standing Rock

2    Tribe's current land?

3         MR. MARINELLI:  No, well, so, I think there are

4    two separate issues here.  I think first, I think that

5    Standing Rock Sioux Tribe and other tribes do have a role

6    in the Section 106 process of their trust lands.  And I

7    think that's reflected in the manner in which the Corps has

8    approached consultation in this case.

9         But I think in the reply brief, plaintiff raises

10   the idea of a trust duty applying to this case.  And I

11   would like to direct the Court to the D.C. Circuit's El

12   Paso Natural Gas Company, the United States decision at 750

13   F3d. 863, specifically page 895, which addressed what is

14   required to establish an enforceable trust duty in this

15   circuit.  And essentially plaintiff needs to identify a

16   statute or regulation that establishes an action mandating

17   duty.  And they have not done that here.

18        THE COURT:  Okay.  But you certainly do believe

19   that the irreparable harm must be to this tribe's

20   interests?

21        MR. MARINELLI:  Yes.

22        THE COURT:  And then give me your response to Mr.

23   Hasselman's position that those interests vis-a-vis their

24   ancestral home range is where the buffalo roam.

25        MR. MARINELLI:  Your Honor, as I think the Court

1    recognized, that presents a very challenging standard if

2    the tribe can define it interests for purposes of a

3    preliminary injunction as essentially the better part of

4    the United States, including areas of Illinois that anchor

5    -- are far removed from their current lands, and far

6    removed from the four state area delineated as the Sioux

7    home land by intervenor Cheyenne River Sioux.

8          But as to the -- to further expand on the

9    question of irreparable injury, I think the Corps followed

10   a procedure in this case where it actively sought to engage

11   in consultation with plaintiff Standing Rock Sioux, and in

12   September of 2015 scheduled a meeting about the bore holes

13   that Mr. Hasselman referenced.  And that meeting was

14   canceled by Standing Rock.

15         It scheduled a series of meetings with a number

16   of tribes with which it consulted or sought to consult,

17   giving them the opportunity ask questions, to provide

18   information about the -- in relation to the surveys

19   provided by Dakota Access.  And then it scheduled, then it

20   participated in a series of meetings with plaintiff

21   Standing Rock, both before and after the turn of this year.

22         One of those meetings was with the principal

23   Deputy Assistant Secretary of the Army for Civil Works.

24   That was -- our brief did not provide the correct paragraph

25   for that, for that citation.  That is addressed in

1    paragraph 29 of the declaration of Omaha District Tribal

2    Liaison Joel Ames.

3            THE COURT:  I guess what is difficult for me and

4    Mr. Hasselman is urging prompter action, and

5    understandably.  So what is difficult for me in this case,

6    it's not just the volume and the legal issues involved, but

7    there is this diametrically opposed positions by both sides

8    on the consultation that occurred.

9            It's not just a question that you folks are

10   disagreeing about the meaning of statutes or regulations,

11   or their application.  It's that the plaintiff is saying

12   you didn't remotely come close to consulting and you folks

13   are saying of course we sufficiently consulted.  So, how am

14   I, particularly under the pressure of a compressed

15   preliminary injunction schedule, supposed to resolve this

16   factual dispute?

17           MR. MARINELLI:  I would direct the Court to the

18   tribe's own words.  In its letter of May 17, 2016 letter

19   where it acknowledged that the United States Army Corps of

20   Engineers invited it to survey preconstruction notification

21   area and it respectfully declined.

22           I think going back to your question about, I

23   think the equitable factors here, I think it would not

24   reach an equitable result if a tribe could decline to

25   provide the information, the very information that it

1   claims is essential to the process.

2          THE COURT:  But they're saying, too late, you got

3   involved with this too late.

4          MR. MARINELLI:  Respectfully, I think that the

5   Corps' record in this case shows otherwise.  I think three

6   times the Corps moved the pipeline based on consultation

7   with the Upper Sioux and the Osage Tribes.  That occurred,

8   I think the Osage date is in March of this year.  I don't

9   know the Upper Sioux date off the top of my head but I'm

10  certain that they followed that January consultation

11  meeting.

12         THE COURT:  All right.  Let me move beyond

13  irreparable harm for a few minutes here and ask you, going

14  back to the NWP 12 challenge.  Is it fair to say that the

15  Corps did not consider or evaluate potential impacts on

16  cultural and historic resources at numerous waterway

17  crossings where Dakota Access did not seek individual

18  verifications under NWP 12?

19         MR. MARINELLI:  No, I think there are two ways in

20  which the Corps addressed that concern.  First, the Corps

21  attached general conditions to its nationwide permits

22  requiring preconstruction notice if parties encountered --

23  permittees encountered sites that were eligible or

24  potentially eligible for inclusion on the National

25  Register.

1          What that lead to this in case was Dakota Access

2    going out and surveying, as I understand, the entire length

3    of pipeline in North and South Dakota.  Those surveys being

4    sent to the tribes and the Corps of Engineers.  And I

5    direct the Court to, this is Exhibit 16 to Martha Chieply's

6    declaration, page 117 of 117 in that declaration.  Where

7    the archeologist for the Corps' Omaha District wrote a memo

8    addressing his review of those surveys which focused on the

9    Omaha District's responsibility which is North and South

10   Dakota.  So he specifically stated that he reviewed the

11   non-preconstruction notification crossings.

12          THE COURT:  We're talking about all 200?

13          MR. MARINELLI:  No, well the 200 is the

14   preconstruction notification crossings.  I understood that

15   your question was focused on the non-preconstruction

16   notification areas.

17          THE COURT:  But the Flanagan South Pipeline at

18   issue in Sierra Club, it seems that they were all, that

19   more diligent work was conducted there than here.  Is that

20   fair to say?  And if so, why is it enough that was done in

21   this case?

22          MR. MARINELLI:  I have not reviewed the entire

23   administrative record in either indicate case frankly.

24          THE COURT:  I have not --

25          MR. MARINELLI:  I'm not sure how, I don't

1   understand how plaintiffs are saying that or supporting

2   that, for that matter.  I think that the level, if Your

3   Honor is focusing on a level of preconstruction

4   notifications as indicative of work, I think that relates

5   to unique features of topography.  And I'm not sure the raw

6   number means much.

7          THE COURT:  Okay.  Let me give you a couple of

8   minutes to finish up on the merits issue.  Then I'll move

9   to Mr. Leone.

10         MR. MARINELLI:  I think just one point about the

11  Corps' consultation with tribes regarding the promulgation

12  of Nationwide Permit 12 and its regional conditions, I

13  direct the Court to review 13 and 14 of our brief.  Exhibit

14  14 is a letter explicitly consulting with the Cheyenne

15  River Sioux Tribe in 2009 regarding the NHPA component of

16  the nationwide permit issuance.  And Exhibit 13 is a

17  schedule that lays out how in 2007, immediately after

18  promulgating the 2007 nationwide permits, the Corps began a

19  consultation process with tribes regarding the 2012

20  reissuance.

21         THE COURT:  Okay.  Thank you very much.  I

22  appreciate it.

23         Let's move to Mr. Leone.  I'll let you make a

24  couple --

25         Thank you, Mr. Marinelli.

1      Now that I've gotten statistics out of you, I'll

2  hear from you, your response on some of these points that

3  Mr. Hasselman has raised.

4      MR. LEONE:  Your Honor, let me start with I think

5  the issue that is underlying some of your questions, which

6  is the question of what has been done to, and what is being

7  done to protect historical resources from damage in the

8  short term.  And I think that is the issue.  Let me start

9  with this fact for you.  I'm going to try to give you some

10  facts that will help you with your decision.

11      As we've said in our papers, 100 percent of the

12  length of the pipeline was surveyed in North and South

13  Dakota, not just the PCN sites and not just the water

14  crossings.  But 100 percent of the pipeline was certified

15  by qualified archeologists.

16      When I say qualified archeologists, I mean

17  archeologists that meet federal requirements for

18  qualification, and in North Dakota, they're actually

19  certified.  And if they weren't certified, then those

20  reports I think would have been rejected by someone.

21      Those surveys, the results of those surveys were

22  shared with the tribes and with the SHPOs in North Dakota

23  and South Dakota, who reviewed the results of our analysis.

24  So I think Mr. Hasselman tries to create the impression

25  that there was basically unsupervised surveying being done

by Dakota Access, and no one has ever looked at it.  That's

just not true.  There was oversight of those surveys.  And

the results were shared with the tribes as part of

consultation process.

In addition, Your Honor, the whole design of this

project from commencement has been intended and designed to

avoid damaging historic resources.  I'll give you some

aggregate numbers and then give you some examples that tie

to the declarations submitted by the plaintiffs.

I think we indicate in our papers that after the

initial pipeline was initially preliminarily routed, there

was further consultation and further historic surveys done.

The pipeline was rerouted, the design was changed.  Some of

the work spaces were changed, all in an effort to avoid

every registered historic site.  By registered, I mean

registered or eligible for registration.  I think the

number in our papers is like 140 changes in the State of

North Dakota alone in order to avoid touching historic

sites.

Now, I want to jump from that to the only

concrete examples of harm that are in the declarations from

the plaintiff.  I mined through them trying to separate

what we would have said were certainly sincere concerns but

no doubt speculative in some way, to those that appear to

be concrete in some way, a specific site and a specific

1    concern addressed.

2            I want to address those, not because there is

3    harm there or -- but because they're such a good

4    illustration of the efforts that have been made by Dakota

5    Access to avoid damage to historic resources.

6            The first site raised by the plaintiff was site

7    32 WI 1744.  I'll call it the 32 W site.  It's a cairn site

8    or a stone feature site.  That site is almost a mile, point

9    eight miles away from the pipeline.  And when it was

10   surveyed by Dakota Access archeologists, they found that it

11   was not eligible for registration on the National Register

12   and the SHPO for that location concurred.

13           So an example of avoidance, however, Your Honor,

14   because, notwithstanding the fact that there would have

15   been disagreement about whether these artifacts were

16   protectable or not, the line was routed in such a way as to

17   avoid.

18           The second example is the 30 BE 0029 site.  It is

19   actually 39 BE 0029, there's a typographical error in the

20   declaration.  This was a site where the original siting of

21   the pipeline would have impacted a cultural site, a

22   potentially cultural site.

23           We consulted with the Upper Sioux Tribe.  And as

24   a result of that consultation, we rerouted the pipeline, we

25   buried the pipeline 95 feet under ground with the HDD

1   technique to avoid disturbing the site.  Now, that

2   consultation that took place with the Upper Sioux Tribe is

3   the same opportunity for consultation that was provided to

4   the Standing Rock Sioux Tribe.  The Standing Rock Sioux

5   Tribe, as Matt said, declined that invitation.  The Upper

6   Sioux Tribe accepted that invitation.  As a result of their

7   input, there was both consultation and avoidance.  The

8   third site, Your Honor, is what I call the mole dirt site.

9   There's a reference in the declaration--

10          THE COURT:  I think the point, given the time

11   here--

12          MR. LEONE:  Okay, you got that?

13          There are other examples, Your Honor.  The Iowa

14   Wildlife Management Site is especially poignant because

15   that was the site where the Standing Rock Tribe went with

16   the Upper Sioux Tribe.  They determined through a ceremony,

17   as I understand it, that the site was significant.

18          As a result, Dakota Access responded by burying

19   the pipeline 111 feet below the site, so a 2100 foot span,

20   so that it won't disturb the site in any way, and not

21   because there is a concession that it was historically

22   significant but because there was concern expressed and we

23   wanted to avoid an argument.

24          THE COURT:  One of Mr. Hasselman's points is the

25   destruction occurs through grading and clearing.  Now

1   you've said, you are saying that 90 percent is complete in

2   North Dakota, 100 percent in South Dakota.

3        Why isn't the grading and clearing likely to

4   destroy significant sites in the process that has yet to

5   occur?

6        MR. LEONE:  Your Honor, we have extensive

7   precautions in place to avoid that and that we recite them

8   in the paper.  But the most important ones are, first the

9   location of the access roads and the pipe are pre-state

10   notices given to the tribe.  The construction is supervised

11   by an archeological monitor and a tribal monitor.  There is

12   an unanticipated discovery plan in place.  I'll just call

13   it a stop, evaluate and--

14        THE COURT:  All right.  I think GC-21 requires

15   you to take remedial steps, if you run into something.  But

16   why should the tribe trust -- how does the tribe know that

17   you are going to do that?

18        You've got, as you point out through your papers,

19   there is a strong economic interest in getting this

20   pipeline built, getting the oil flowing in terms of money,

21   jobs, et cetera.  So why should they think that you won't

22   brush over, I mean metaphorically, I guess perhaps

23   literally, anything that you come up with, but what is

24   their assurance that you folks will take seriously anything

25   that you run across during the construction process?

1          MR. LEONE:  I think as you say, the condition

2    requires it and we're obligated to do it.  But more than

3    that, Your Honor, there has been an entire process that has

4    led up to this point of grading and clearing.  This is not

5    dropping a bulldozer in the middle of the prairie and

6    taking off; it is not a cowboy environment.

7          As I said, 100 percent of the length of this

8    pipeline, all the way up to the Oahe crossing has been

9    previously surveyed by multiple archeologists.  There were

10   site visits at the site involving the tribe, the tribal

11   archeologists, the tribal chairman.  All of those were

12   opportunities to identify any potential historic resource

13   that might be damaged by that clearing and grading.  And

14   there was no restriction put on that.

15         Mr. Hasselman said they weren't given access.

16   That is just not true.  I could cite you if we had more

17   time, and I think it is in our papers, many, many instances

18   of consultation by at least four tribes that participated

19   in the consultation over the years leading up to --

20   literally in the years leading up to this project.  One

21   tribe participated back in the very beginning, I think in

22   2014; others participated in late 2015 and early 2016.

23         And for those that participated, accommodations

24   were made.  And so, Your Honor, I would say that there is

25   no evidence that was revealed by all of that pre-work of a

1    sensitive historic artifact in the path of this pipeline or

2    its access roads.  There were on site precautions to make

3    sure that they could be dealt with if anything happens.

4            THE COURT:  I know you mention in the paper the

5    presence of tribal monitors.  Can you describe how that

6    process works?

7            MR. LEONE:  Your Honor, my understanding is that

8    tribal monitors are allowed to accompany the construction

9    crews on site as construction is happening.

10           THE COURT:  This isn't just they can visit once

11   in a while, but they're able to be present?  Is that your

12   understanding?

13           MR. LEONE:  Your Honor, as I understand it, there

14   have been hundreds of members of the tribe present at the

15   site for weeks.  And yes, they can be present during the

16   construction.

17              To put meat into that, Your Honor, as I

18   understand it, the unanticipated discovery plan has been

19   triggered six times in the course of this construction.  In

20   each instance, the discovery turned out to be nothing.  But

21   in each instance, construction on the pipeline stopped; the

22   requisite people were called, including the tribe.  Site

23   visits were then conducted.  Evaluation was made and the

24   determination was made that there was not an artifact that

25   was being damaged.

1        THE COURT:  Don't you still need an easement for

2    the Lake Oahe crossing?

3        MR. LEONE:  My understanding, Your Honor, is

4    that the easement has been issued; that the notification --

5    the requisite notification has been provided to Congress.

6    There is a 14 day notice period.

7        THE COURT:  All right.

8        MR. MARINELLI:  Your Honor, my understanding as

9    of this morning is that the easement is still at the

10   Pentagon and it is still under consideration.

11       THE COURT:   I'm just trying to get a sense of

12   what is the earliest you could begin construction at the

13   Lake Oahe site.

14       MR. LEONE:  Your Honor, as soon as we get the

15   easement and the waiting period is either waived or

16   satisfied, we would be ready to begin construction.  We've

17   got a little bit of access road construction yet to do, a

18   few days worth.

19       But I'm glad you've asked this question because

20   this is really a critical point for this company.  We

21   didn't seek to postpone this hearing, although we could

22   have I supposed because it is really urgent to us to get a

23   decision here.  That the gating issue here for our delivery

24   date of January 1st is the Oahe bore.

25       As I understand it, and you'll see this in the

1    affidavits, it's a 90 to 120 day process to complete that

2    bore and put the pipeline in place.   It needs to really be

3    ready for testing by about the first week in December so

4    that deliveries can begin on January 1.   You can tell from

5    the calendar already that even a two week injunction or a

6    one week injunction or a three week injunction poses a

7    critical path, threat to this project.

8          Now I have been under the impression until just

9    three minutes ago that the easements had been issued and we

10   were in the 14 days waiting period.   So this is news to me.

11         THE COURT:   So what this means, am I correct to

12   infer that, if there is a 14 day waiting period then

13   construction cannot begin for at least 14 days from today?

14         MR. LEONE:   I think the actual bore under the

15   river has to await the easement.   But the construction of

16   the drill pads and the access roads can take place and we

17   would commence doing that immediately -- well, we will

18   continue to do that.

19         THE COURT:   Okay.   I'll give you another minute

20   or two if there are any last points that you want to raise.

21         MR. LEONE:   Your Honor, I had a whole plan that

22   was 13 minutes long.   It just seems wrong to try to start

23   it with one minute left.

24         But I will say that,  I think this is probably

25   the most important point that my client would like me to

1    express to you.  There is lots of back and forth in the

2    papers about this.  What does the ACHP decide to do and

3    what does the Corps decide to do, how do you reconcile that

4    conflict?

5          There is only one set of rules that has been

6    submitted for public comment, amended, subjected to

7    judicial review, 25 years in existence, consistently

8    applied by the Corps.  Congress could have changed this

9    rule any time in the last 25 years.  Both parties have held

10   the bat during that time.  It could have been change by

11   executive order at any time during that time.  It hasn't

12   been.

13         The ACHP once announced that it wanted to make a

14   rule and then didn't do it.  And then, as of last week, and

15   this is in the papers that you have, sent out a letter

16   calling for the convening of a study group to determine

17   whether it should have a rule about pipeline historic

18   impacts.

19         But there is no rule there.  So, if you are in

20   Mr. Mahmoud's position and you are trying to plan an 1100

21   mile pipeline that costs almost $4 billion, all you can do

22   is rely on the rules that are in place.  That's what we've

23   done.  It would be horribly unfair to this company, and

24   there are members of the labor unions that are here in the

25   audience today, it would be horribly unfair to these people

1    to change the rules at this point when they're this close

2    to completing this important project.

3         THE COURT:  Okay.  Thanks very much.

4         Mr. Hasselman, let's give you a few minutes for

5    rebuttal.  And I'll let you, instead of peppering you with

6    questions, I'll let you start by rebutting specific points

7    that you would like to.

8         MR. HASSELMAN:  I want to start with this idea

9    that we declined the right to participate.  Your Honor, you

10   made a point that our perception was that it came too late.

11   But that wasn't actually the whole issue.

12        The problem with the offer to survey was that it

13   was for the two preconstruction notification sites in North

14   Dakota.  There are 359 miles of pipeline in North Dakota.

15   They were allowed to look at two of the sites and they were

16   allowed to look at the areas within direct jurisdiction,

17   not the pipeline route into and out of.

18        They made a decision that participating in that

19   process was to validate or legitimize the process in some

20   way that would be used against them.  We're seeing right

21   now, there were other tribes that decided to participate in

22   these narrow surveys.  And we're hearing: Look, it's all

23   okay.

24        Well, in our view, those examples show exactly

25   what the problem is.  In those narrow, few areas where

1  tribes were allowed to go and survey they found deeply

2  important sites.  In Oahe, the state archeologist declared

3  it eligible for the National Register on the spot.  These

4  are sites that their archeologists would have had to

5  literally step over in order to miss.

6       So we weren't taking our ball and going home.  We

7  were saying this isn't how the process should be happening.

8  We should have the opportunity to survey beyond these tiny

9  areas of Corps jurisdiction.

10       You also asked the question, Your Honor, about

11  the extent to which they considered the impacts outside of

12  the 204 permit areas.  We have the record, there is nothing

13  in the record that shows that we even know where those

14  sites are.  There is no obligation for them to notify.  So

15  the Court does not have in its record any information about

16  where those sites are.

17       A Corps staffer gave what he called a quick look

18  at their cultural sites and didn't see any problems.  Well,

19  the site was, the look was quick enough that it didn't

20  notice the proximity to waters that the U.S. has not

21  actually culled out.

22       You also asked a question about monitoring.  Does

23  the opportunity to monitor avoid irreparable harm?  Well,

24  that's the very last stage of a multistep process of

25  identification, evaluation, determination of adverse

1   effects and then mitigation.

2         If their own archeologists can't identify these

3   resources, I don't know how the guys that are driving the

4   bulldozer are going to be able to.  And Mr. Mentz and Mr.

5   Eagle can't run fast enough in front of the bulldozers in

6   order to do surveys, that's just not how it works.

7         THE COURT:  But they're saying the six

8   unanticipated discovery incidents that they refer to

9   already I trust may have been triggered in part by your

10  tribal monitors.   Right?   In other words, you have folks

11  there too.

12        And why isn't the process working when they tell

13  me, look, we've had -- we're not ignoring these

14  unanticipated discoveries.  We're taking all of them

15  seriously.

16        MR. HASSELMAN:  The unanticipated discoveries

17  plan deals with uncovering sites in the active of their

18  destruction.  That's not what this statute is about.  This

19  statute is about identifying and protecting them up front

20  and, if necessary, making changes to the plan so that those

21  sites are not destroyed.

22        The last point, Your Honor, that I would like to

23  make is with respect to the equities and the financial

24  costs and so on that are involved.  They're the ones that

25  started construction before they had all their permits.

1  They started construction months ago, months before their

2  permits were issued.

3          Just yesterday, our utilities board entered a

4  stay of construction there because there are important

5  legal issues being worked out in Iowa.  And as we've just

6  discussed, there is still no easement.

7          So, it is kind of making a mockery of the process

8  to build the pipeline up to the edge of the water before

9  you've gotten your permit.  And wait for the permit and

10 expect there would be a fair process.

11         If it is true that they still can't start the

12 digging, there is an opportunity to go out, to enjoin the

13 clearing and grading and construction that would happen on

14 either side of Lake Oahe, and in other places where there

15 hasn't been damaged.  Give the tribe the opportunity to go

16 out and look at those places.  They haven't had that

17 opportunity.  They were allowed to look in the narrow areas

18 of Corps jurisdiction.  They were not allowed to survey the

19 pipeline route to make sure that these sites were not

20 getting destroyed.

21         THE COURT:  They're not able to do that now?  In

22 other words, what is preventing the tribe from doing that

23 now?

24         MR. HASSELMAN:  From right now going out?  So,

25 the opportunity, I mean, there has been no invitation, no

 1   opportunity.  We just heard the pipeline is almost

 2   complete.

 3          THE COURT:  I thought you were talking about at

 4   Lake Oahe.

 5          MR. HASSELMAN:  At Lake Oahe, anywhere where it

 6   has not been cleared, we would like an injunction to

 7   prevent additional harm or construction until those surveys

 8   can take place.

 9          THE COURT:  How long does that take?

10          MR. HASSELMAN:  It depends.  If there is nothing

11   there, then that's the end of process.  If there is

12   something there, then there is a discussion about the

13   seriousness of the impacts and whether they can be

14   mitigated.  They're saying it is very easy for us to

15   mitigate impacts.  Okay.  We can have that conversation.

16          THE COURT:  Thank you.

17          Let me just ask Mr. Leone one other question on

18   that point.  What kind of square area are we talking about

19   that remains to be cleared and graded at the Lake Oahe

20   site?

21          MR. LEONE:  My understanding, Your Honor, is that

22   on the east side of Lake Oahe, the construction -- well,

23   the grading and clearing is pretty much complete.  The

24   access road and the drill site pad is there.  On the west

25   side, the last I heard was that there were a couple of

1  thousand feet, 2,000 feet of access road left to be put in

2  and then the drill pad itself is 200 feet by 200 feet.

3          THE COURT:  So what is your position on, if you

4  can't -- I guess, you are saying that you can start work

5  now on that access road; you just can't do the actual

6  drilling yet.

7          MR. LEONE:  Your Honor, the only thing that has

8  prevented work on the access road has been demonstrations

9  and trespass.  The federal court in North Dakota has

10  enjoined those now, the governor has declared a -- I don't

11  know, a state of unrest I supposed and is deploying

12  additional resources to permit construction to restart and

13  we hope that could restart immediately.

14          THE COURT:  Let me ask you this: Are there tribal

15  monitors there with regard to that access road and drill

16  pad?

17          MR. LEONE:  Your Honor, the tribal access

18  monitors are welcome at that site.  There was an exchange

19  of correspondence about safety training.  And there was an

20  invitation and a requirement that the tribal monitor have

21  safety training that I think it was rejected.  The tribe,

22  as I understand it, Your Honor, has already surveyed that

23  area once, but the monitor is an additional fall back

24  protection.

25          THE COURT:  All right.  Thank you very much.

1          MR. LEONE:  Thank you.

2          THE COURT:  Again, let me reiterate my thanks to

3    counsel for their very fine work on a complicated topic,

4    both legally and factually, and in very expedite time.  I

5    also appreciate the sensitivity of both sides.

6          And of the members of the audience today, I know

7    many of you came from a long way for this hearing.  You are

8    very welcome in this federal courthouse in Washington, D.C.

9    This is your courthouse.  And we welcome everybody here who

10   has an interest in a matter.  That's what our democracy and

11   our judicial system is premised on.  So I'm glad to see you

12   all here and thank you for making that effort.

13         I understand this case is important, as I said

14   earlier, important both to the two tribes that are parties

15   and as well as to the pipeline, its employees and others

16   effected.

17         So, it is never easy making decisions that, no

18   matter which way they come out, are going to adversely

19   effect a fair number of people.  Unfortunately that's what

20   is inherent in my job.

21         So, as I said, I know Mr. Hasselman, you are

22   looking for something sooner.  Given the volume here, even

23   to decide -- to really decide it thoroughly on the merits

24   takes considerably longer than two weeks.  So I will do my

25   best to have an opinion out in two weeks, certainly by the

1    end of that week so that would be by September 9th.  And if

2    I can get it out sooner, I will.

3         And again, I'm somewhat encouraged by the fact

4    that the Oahe drilling cannot occur before I can get an

5    opinion out.  So if there is an injunction it would not

6    come too late.

7         So again, I will do my best to do that.  And then

8    following my opinion, there has been an answer I think

9    filed today I saw by Dakota Access I think.  Is that right?

10        MR. LEONE:  That's right, Your Honor.

11        THE COURT:  But, since this is an APA case,

12   typically what is going to happen, there would be a

13   briefing, regardless of whether I issue the injunction or

14   not, we then have briefing on the merits.

15        What I will do when I issue the injunction is

16   I'll invite the parties to meet and confer and submit a

17   proposed briefing schedule.  Of course, the losing side in

18   the injunction may wish to appeal.  In which case, I'm

19   willing to stay this pending such appeal or perhaps the

20   losing side will want to go forward on the merits anyway.

21        But we can actually have a status -- in fact, why

22   don't we set a status now and that way folks can come back

23   and we can go forward from there.

24        Could we do September 14 at 2:00?  I'm actually

25   in trial starting September 7 through the 13th.  But I

1  could do the 14th at 2:00, Mr. Hasselman.  If you are

2  coming from Seattle, if you want to appear by phone for

3  that matter, that would be just for scheduling, I'm happy

4  to accommodate that.

5          MR. HASSELMAN:  That would be great, thank you.

6          THE COURT:  Is that a convenient date for you,

7  Mr. Marinelli?

8          MR. MARINELLI:  I may have a family vacation but

9  my cocounsel can.

10          THE COURT:  Mr. Leone, what about you?

11          MR. LEONE:  The 14th should be fine, Your Honor.

12          THE COURT:  Mr. Marinelli, don't disrupt your

13  vacation for that.  It will just be a scheduling matter.

14  Thank you everyone.

15                  (Whereupon, at 3:15 p.m., the hearing

16  concluded.)

17

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER

I, Lisa Walker Griffith, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Lisa Walker Griffith, RPR                    Date

**$**

$4 [1]  42/21

**-**

------------------------X [1]  1/8
------------------------X [1]  1/2

**0**

0029 [2]  35/18 35/19
0200 [1]  2/10
0293 [1]  2/6
0663 [1]  2/5

**1**

100 [6]  24/7 26/21 33/11 33/14 37/2 38/7
1000 [1]  2/9
101 [1]  22/14
106 [16]  6/2 6/6 6/17 6/23 7/5 7/8 7/10 8/22
 8/24 9/1 10/9 10/11 14/8 19/20 20/19 27/6
11 [1]  25/3
1100 [1]  42/20
111 [1]  36/19
115 [2]  25/22 26/2
1162 [1]  23/23
117 [2]  31/6 31/6
12 [9]  6/25 7/6 9/16 23/2 23/10 23/11 30/14
 30/18 32/12
120 [1]  41/1
1200 [1]  8/13
13 [4]  21/25 32/13 32/16 41/22
13th [1]  50/25
14 [7]  32/13 32/14 40/6 41/10 41/12 41/13
 50/24
140 [1]  34/17
14th [2]  51/1 51/11
150 [1]  15/6
1534 [2]  1/5 3/2
16 [1]  31/5
16-1534 [2]  1/5 3/2
163rd [1]  1/18
17 [2]  21/24 29/18
1711 [1]  1/15
1744 [1]  35/7
18 [1]  25/9
1992 [2]  13/3 18/9
1st [1]  40/24

**2**

2,000 [2]  10/5 48/1
200 [4]  31/12 31/13 48/2 48/2
20001 [1]  1/23
20001-4501 [1]  2/9
20044-0663 [1]  2/5
2007 [2]  32/17 32/18
2009 [1]  32/15
2012 [4]  7/5 7/25 8/21 32/19
2014 [1]  38/22
2015 [2]  28/12 38/22
2016 [3]  1/9 29/18 38/22
202 [3]  1/24 2/6 2/10
203 [1]  1/14
204 [12]  6/7 6/23 8/16 10/2 10/2 10/5 10/20
 11/2 12/21 14/20 24/20 44/12
206 [1]  1/15
21 [1]  37/14
2100 [1]  36/19
22 [1]  25/12
24 [2]  1/9 22/14
25 [2]  42/7 42/9
26 [1]  22/14
29 [3]  19/16 19/23 29/1
2:00 [3]  1/9 50/24 51/1

**3**

30 [2]  25/21 35/18
300 [1]  25/12
305-0293 [1]  2/6
32 [2]  35/7 35/7
3247 [1]  1/24
333-4053 [1]  1/19
343-7340 [1]  1/15
354-3247 [1]  1/24
359 [1]  43/14
3610 [1]  1/18
39 [1]  35/19
3:15 [1]  51/15

**4**

402 [1]  1/19
4053 [1]  1/19
44 [1]  20/2
4501 [1]  2/9
48 [1]  24/10

**5**

53 [1]  22/14

**6**

6-24 [1]  22/14
6-26 [1]  22/14
6507 [1]  1/23
662-0200 [1]  2/10
663 [1]  2/5
68116 [1]  1/18

**7**

705 [1]  1/14
7340 [1]  1/15
750 [1]  27/12
76 [1]  24/9
799 [1]  2/9

**8**

863 [1]  27/13
895 [1]  27/13

**9**

90 [6]  24/5 25/23 25/24 26/1 37/1 41/1
95 [1]  35/25
98104-1711 [1]  1/15
9th [2]  2/9 50/1

**A**

ability [1]  14/11
able [4]  22/10 39/11 45/4 46/21
about [55]
above [1]  52/7
above-entitled [1]  52/7
absence [1]  5/22
accepted [1]  36/6
access [27]  2/8 4/6 4/9 4/11 17/3 19/18 21/25
 22/1 28/19 30/17 31/1 34/1 35/5 35/10 36/18
 37/9 38/15 39/2 40/17 41/16 47/24 48/1 48/5
 48/8 48/15 48/17 50/9
accommodate [1]  51/4
accommodations [1]  38/23
accompany [1]  39/8
ACHP [3]  14/10 42/2 42/13
acknowledge [2]  5/13 5/15
acknowledged [1]  29/19
across [2]  24/21 37/25
act [7]  6/3 6/8 7/16 10/1 13/4 15/2 20/20
action [6]  1/5 3/2 15/5 15/6 27/16 29/4
active [1]  45/17
actively [1]  28/10
activities [2]  9/17 26/21

activity [3]  8/25 15/19 18/11
acts [1]  9/6
actual [2]  41/14 48/5
actually [9]  22/25 25/22 26/8 33/18 35/19
 43/11 44/21 50/21 50/24
addition [1]  34/5
additional [4]  18/20 47/7 48/12 48/23
address [2]  6/19 35/2
addressed [4]  27/13 28/25 30/20 35/1
addressing [1]  31/8
adequacy [2]  8/18 11/5
adjacent [1]  12/16
administrative [1]  31/23
adverse [1]  44/25
adversely [1]  49/18
affidavits [1]  41/1
after [3]  28/21 32/17 34/10
afternoon [8]  3/7 3/14 3/15 3/20 3/22 4/3 4/4
 21/21
again [14]  5/2 10/16 10/24 13/16 13/18
 13/22 16/13 19/8 19/12 22/9 23/7 49/2 50/3
 50/7
against [2]  11/24 43/20
agency [5]  10/12 14/6 14/9 15/16 21/7
agency's [1]  14/11
aggregate [1]  34/8
ago [2]  41/9 46/1
agree [2]  9/5 14/25
agreeing [1]  9/23
agreements [1]  7/16
ahead [2]  24/25 26/7
all [31]  4/12 4/22 5/8 9/17 10/10 12/14 12/18
 12/20 14/25 16/12 17/3 21/20 24/22 24/25
 25/2 26/4 30/12 31/12 31/18 34/14 37/14
 38/8 38/11 38/25 40/7 42/21 43/22 45/14
 45/25 48/25 49/12
allow [1]  21/5
allowed [7]  16/9 39/8 43/15 43/16 44/1
 46/17 46/18
almost [5]  16/22 16/24 35/8 42/21 47/1
alone [1]  34/18
along [4]  6/7 12/18 18/15 18/18
already [8]  21/4 23/2 23/7 24/3 24/21 41/5
 45/9 48/22
also [7]  4/1 4/10 5/15 26/10 44/10 44/22 49/5
although [1]  40/21
am [4]  3/17 17/25 29/13 41/11
amended [1]  42/6
amendments [2]  13/3 18/9
Ames [1]  29/2
amount [1]  19/4
analysis [2]  14/8 33/23
ancestors [1]  17/2
ancestral [4]  12/2 12/6 12/19 27/24
anchor [1]  28/4
ancient [1]  19/2
Andrew [1]  4/8
announced [1]  42/13
another [5]  17/14 19/15 20/2 21/1 41/19
answer [7]  18/14 22/6 23/18 23/20 24/24
 25/2 50/8
answers [1]  22/3
any [17]  6/15 6/16 9/1 9/22 11/2 18/20 18/24
 19/9 21/10 26/10 36/20 38/12 41/20 42/9
 42/11 44/15 44/18
anybody [1]  13/2
anything [5]  19/1 21/16 37/23 37/24 39/3
anyway [2]  8/1 50/20
anywhere [1]  47/5
APA [1]  50/11
apologize [2]  23/9 23/12
appeal [2]  50/18 50/19
appear [3]  23/25 34/24 51/2

## A

APPEARANCES [2] 1/12 2/1
application [1] 29/11
applied [1] 42/8
applying [1] 27/10
appreciate [6] 4/13 4/16 4/21 17/18 32/22 49/5
approach [1] 3/5
approached [1] 27/8
appropriate [3] 4/24 10/13 23/3
approval [1] 9/6
Approximate [1] 24/25
approximately [3] 24/9 25/22 26/18
arbitrary [4] 14/14 14/17 14/18 14/19
Archambault [2] 3/13 16/19
archeological [2] 19/23 37/11
archeologist [2] 31/7 44/2
archeologists [8] 33/15 33/16 33/17 35/10 38/9 38/11 44/4 45/2
are [91]
area [10] 8/15 12/7 13/7 15/25 16/8 19/18 28/6 29/21 47/18 48/23
areas [11] 13/23 16/1 16/10 20/10 28/4 31/16 43/16 43/25 44/9 44/12 46/17
argument [3] 4/16 5/5 36/23
arise [1] 5/2
Arlington [1] 17/10
ARMY [11] 1/6 3/3 3/24 6/2 6/8 16/6 17/7 19/18 21/22 28/23 29/19
around [2] 14/3 19/13
artifact [2] 39/1 39/24
artifacts [1] 35/15
as [57]
aside [3] 10/19 11/1 19/8
ask [16] 4/23 6/24 11/25 14/5 14/7 15/12 15/14 17/16 17/19 17/25 22/21 26/10 28/17 30/13 47/17 48/14
asked [4] 3/10 40/19 44/10 44/22
asking [3] 10/15 11/19 21/16
aspects [1] 22/11
assessed [1] 9/21
assessment [2] 20/9 20/21
Assistant [1] 28/23
associate [1] 4/7
Assuming [1] 15/15
assurance [1] 37/24
attached [1] 30/21
attention [1] 19/15
Attorney [1] 3/18
audience [4] 4/22 42/25 49/6
August [1] 1/9
authorization [3] 6/15 6/16 7/11
authorized [2] 8/20 19/20
Avenue [1] 1/14
avoid [9] 34/7 34/14 34/18 35/5 35/17 36/1 36/23 37/7 44/23
avoidance [2] 35/13 36/7
await [1] 41/15
away [1] 35/9

## B

back [14] 8/21 13/16 17/13 19/6 22/22 25/4 25/16 26/6 29/22 30/14 38/21 42/1 48/23 50/22
backfilled [1] 24/12
balance [1] 6/19
ball [1] 44/6
based [3] 5/3 22/2 30/6
basically [1] 33/25
bat [1] 42/10
be [59]
because [22] 5/19 5/20 5/22 8/6 11/17 14/7

14/20 15/19 16/18 17/1 19/17 20/21 23/13 35/2 35/3 35/14 36/17 36/22 40/16 40/19 40/22 46/4
becomes [1] 18/18
bed [3] 25/25 26/2 26/3
been [31] 16/3 19/24 21/5 24/3 24/6 24/7 24/9 24/21 26/11 33/6 33/20 34/6 35/4 35/15 38/3 38/8 39/14 39/18 40/4 40/5 41/8 41/9 42/5 42/10 42/12 45/9 46/15 46/25 47/6 48/8 50/8
before [11] 1/11 5/23 6/24 18/9 22/24 24/18 28/21 45/25 46/1 46/8 50/4
began [1] 32/18
begin [7] 22/24 24/17 26/8 40/12 40/16 41/4 41/13
beginning [1] 11/20 38/21
behalf [1] 3/8 5/11
being [10] 9/21 11/10 16/7 16/16 25/19 31/3 33/6 33/25 39/25 46/5
believe [5] 8/23 16/14 19/19 26/25 27/18
belonging [1] 19/7
below [6] 19/1 23/5 25/25 26/2 26/2 36/19
Ben [1] 2/5
beneficial [1] 7/18
benign [1] 7/17
besides [1] 21/2
best [3] 18/5 49/25 50/7
better [5] 4/10 15/20 22/5 22/9 28/3
between [1] 6/20
beyond [2] 30/12 44/8
big [5] 5/24 5/25 20/19 21/9 22/17
Bill [2] 2/8 4/5
billion [1] 42/21
bit [2] 14/4 40/17
board [1] 46/3
BOASBERG [1] 1/11
Bob [1] 4/7
bog [1] 9/12
boots [1] 16/8
bore [7] 19/17 19/22 25/20 28/12 40/24 41/2 41/14
both [13] 3/20 4/18 11/7 19/1 19/2 22/1 28/21 29/7 36/7 42/9 49/4 49/5 49/14
boundaries [1] 33/14
boundary [1] 12/21
Box [1] 2/5
brief [3] 27/9 28/24 32/13
briefing [4] 4/14 50/13 50/14 50/17
briefly [1] 16/17
briefs [1] 23/2 25/23
bring [2] 22/21 26/6
broad [2] 12/8 12/9
brush [1] 37/22
buffalo [4] 12/7 12/20 13/9 27/24
build [1] 46/8
built [2] 24/3 37/20
bulldozer [3] 18/23 38/5 45/4
bulldozers [1] 45/5
burden [2] 10/24 21/12
burdensome [1] 13/1
burial [1] 19/5
buried [1] 35/25
burying [1] 36/18

## C

cairn [1] 35/7
calendar [1] 41/5
call [4] 4/9 35/7 36/8 37/12
called [2] 39/22 44/17
calling [1] 42/16
came [1] 16/5 43/10 49/7
can [32] 5/24 11/25 15/18 16/6 16/7 16/10 18/5 19/8 21/3 21/17 23/19 24/24 25/6 26/1

28/2 39/20 39/10 39/15 41/4 41/4 41/16 42/21 47/8 47/13 47/15 48/15 50/2 50/4 50/21 50/22 50/23 51/9
can't [15] 11/16 11/17 14/10 15/20 15/23 17/13 17/13 18/17 23/20 26/22 45/2 45/5 46/11 48/4 48/5
canceled [1] 28/14
cannot [2] 41/13 50/4
capricious [4] 14/15 14/17 14/18 14/20
case [19] 4/15 4/19 5/1 8/3 9/20 15/21 16/14 20/18 27/8 27/10 28/10 29/5 30/5 31/1 31/21 31/23 49/13 50/11 50/18
Casner [1] 4/1
causes [1] 18/22
Cemetery [1] 17/10
ceremony [1] 36/16
certain [2] 9/6 30/10
certainly [9] 4/17 5/1 7/16 14/10 17/18 20/24 27/18 34/23 49/25
CERTIFICATE [1] 52/4
certified [3] 33/14 33/19 33/19
certify [1] 52/5
cetera [1] 37/21
Cheyenne [5] 1/17 3/17 3/18 28/7 32/14
Chieply's [1] 31/5
circuit [1] 27/15
Circuit's [1] 27/11
circumvention [1] 23/14
citation [1] 28/25
cite [1] 38/16
civil [3] 1/5 3/2 28/23
claim [1] 21/14
claims [2] 15/13 30/1
Clean [3] 6/8 15/2 20/19
cleared [4] 24/9 24/11 47/6 47/19
clearest [1] 18/13
clearing [10] 18/14 18/20 18/21 21/15 36/25 37/3 38/4 38/13 46/13 47/23
client [2] 24/24 41/25
close [7] 17/19 17/24 18/2 18/3 18/4 29/12 43/1
closest [2] 12/4 26/15
Club [1] 31/18
co [5] 22/15 25/9 26/20 26/22 26/23
co-located [3] 26/20 26/22 26/23
co-location [2] 22/15 25/9
cocounsel [2] 3/9 51/9
COLUMBIA [1] 1/1
come [8] 4/22 15/25 19/14 29/12 37/23 49/18 50/6 50/22
Comer [1] 4/7
comes [1] 13/5
coming [1] 51/2
commence [1] 41/17
commencement [1] 34/6
comment [1] 42/6
committed [1] 13/24
company [4] 6/20 27/12 40/20 42/23
complete [7] 4/14 24/10 24/11 37/1 41/1 47/2 47/23
completed [3] 5/23 24/6 24/8
completely [1] 16/3
completing [1] 43/2
compliance [1] 6/2

## C

complicated [2] 4/1 49/3
comply [2] 7/4 7/7
component [1] 32/15
compressed [1] 29/14
concern [6] 6/9 11/2 20/22 30/20 35/1 36/22
concerned [1] 12/17
concerns [3] 6/6 6/13 34/23
concession [1] 36/21
concluded [1] 51/16
concrete [2] 34/21 34/25
concurred [1] 35/12
condition [1] 38/1
conditions [2] 30/21 32/12
conduct [2] 9/25 13/1
conducted [2] 31/19 39/23
confer [1] 50/16
conflict [1] 42/4
Congress [2] 40/5 42/8
connection [3] 17/2 17/4 17/5
connects [2] 16/10 16/21
consider [2] 7/11 30/15
considerably [1] 49/24
consideration [1] 40/10
considered [2] 19/18 44/11
consistently [1] 42/7
construction [28] 6/5 8/20 15/7 16/4 18/10 18/18 19/11 26/11 26/21 37/10 37/25 39/8 39/9 39/16 39/19 39/21 40/12 40/16 40/17 41/13 41/15 45/25 46/1 46/4 46/13 47/7 47/22 48/12
consult [3] 12/23 13/18 28/16
consultation [20] 9/1 11/5 11/20 15/14 21/8 27/8 28/11 29/8 30/6 30/10 32/11 32/19 34/4 34/12 35/24 36/2 36/3 36/7 38/18 38/19
consulted [5] 8/6 8/10 28/16 29/13 35/23
consulting [3] 15/17 29/12 32/14
Cont'd [1] 2/1
contend [1] 12/20
contending [2] 10/20 10/22
contention [1] 9/24
continue [2] 14/5 41/18
continuing [1] 15/12
contrary [1] 14/15
convenient [1] 51/6
convening [1] 42/16
conversation [2] 20/24 47/15
CORPS [34] 1/6 3/3 3/25 4/2 6/8 6/16 7/4 8/5 8/19 8/24 9/7 10/7 10/7 13/17 14/13 15/16 16/6 21/22 21/24 22/1 27/7 28/9 29/19 30/6 30/15 30/20 30/20 31/4 32/18 42/3 42/8 44/9 44/17 46/18
Corps' [5] 6/2 13/17 30/5 31/7 32/11
correct [6] 10/17 21/14 24/23 28/24 41/11 52/6
correspondence [1] 48/19
costs [2] 42/21 45/24
could [15] 7/14 7/18 8/17 13/8 24/15 29/24 38/16 39/3 40/12 40/21 42/8 42/10 48/13 50/24 51/1
couldn't [1] 12/1
counsel [5] 3/5 3/25 4/7 4/8 49/3
counsel's [1] 3/11
counties [1] 20/3
country [2] 8/6 8/11
couple [4] 20/15 32/7 32/24 47/25
course [6] 6/1 7/24 10/25 29/13 39/19 50/17
court [14] 1/1 1/22 4/23 4/24 5/12 22/2 22/13 27/11 27/25 29/17 31/5 32/13 44/15 48/9
Court's [1] 3/10
courthouse [3] 1/22 49/8 49/9

cover [1] 10/1
covered [1] 19/4
covers [1] 20/5
cowboy [1] 38/6
cranberry [1] 9/12
create [1] 33/24
crews [1] 39/9
critical [4] 18/19 20/22 40/20 41/7
crosses [3] 8/14 8/19 15/4
crossing [3] 15/7 38/8 40/2
crossings [5] 14/21 30/17 31/11 31/14 33/14
crude [1] 9/18
culled [1] 44/21
cultural [19] 5/20 6/12 9/9 9/21 9/25 11/3 12/18 13/5 16/25 17/1 17/8 20/3 20/9 20/14 21/4 30/16 35/21 35/22 44/18
culturally [2] 8/14 11/15
culture [1] 5/21
current [2] 27/2 28/5
cusp [1] 23/4

## D

D.C [4] 1/8 1/23 27/11 49/8
Dakota [30] 2/8 4/6 4/8 4/11 17/25 20/4 21/25 22/1 24/5 24/7 28/19 30/17 31/1 31/3 31/10 33/13 33/18 33/22 33/23 34/1 34/18 35/4 35/10 36/18 37/2 37/2 43/14 43/14 48/9 50/9
Dakotas [1] 5/17
damage [2] 33/7 35/5
damaged [5] 19/10 21/5 38/13 39/25 46/15
damaging [1] 34/7
date [6] 24/19 30/8 30/9 40/24 51/6 52/12
David [1] 3/13
day [4] 13/22 40/6 41/1 41/12
days [3] 40/18 41/10 41/13
DC [2] 2/5 2/9
de [1] 9/17
deal [1] 5/14
dealing [1] 23/3
deals [1] 45/17
dealt [2] 7/18 39/3
December [1] 41/3
decide [4] 42/2 42/3 49/23 49/23
decided [1] 43/21
decision [6] 5/3 5/5 27/12 33/10 40/23 43/18 35/20 36/9
declarations [3] 16/18 34/9 34/21
declared [2] 44/2 48/10
decline [1] 29/24
declined [3] 29/21 36/5 43/9
decorum [1] 4/24
deeply [1] 44/1
defect [1] 9/8
defendant [3] 1/7 2/3 21/23
defendants [1] 21/23
defense [2] 1/14 4/20
define [4] 12/19 13/8 14/20 28/2
definition [3] 14/17 14/19 17/12
delineated [1] 16/25
deliveries [1] 41/4
delivery [1] 40/23
democracy [1] 49/10
demonstrations [1] 48/8
DEPARTMENT [3] 2/4 3/24 4/1
depends [1] 47/10
deploying [1] 48/11
Deputy [1] 28/23
derived [1] 16/25
describe [3] 16/18 25/7 39/5
describes [1] 25/9

design [2] 34/5 34/13
designed [1] 34/6
destroy [1] 37/4
destroyed [5] 17/4 20/1 20/5 45/21 46/20
destruction [4] 17/7 18/11 36/25 45/18
determination [4] 14/13 14/14 39/24 44/25
determine [2] 14/11 42/16
determined [2] 16/4 36/16
determines [2] 8/25 14/6
diameter [3] 22/17 23/17 23/21
diametrically [1] 29/7
did [3] 28/24 30/15 30/17
didn't [12] 6/15 7/12 7/24 15/19 16/11 20/20 23/11 29/12 40/2 42/14 44/18 44/19
different [3] 20/12 23/10 25/20
difficult [2] 29/3 29/5
digging [1] 46/12
diligent [1] 31/19
dimensions [2] 22/10 23/15
direct [7] 14/22 22/13 27/11 29/17 31/5 32/13 43/16
directly [1] 19/22
dirt [1] 36/8
disagreeing [1] 29/10
disagreement [1] 35/15
discoveries [2] 45/14 45/16
discovery [4] 37/12 39/18 39/20 45/8
discussed [1] 46/6
discussion [3] 14/3 16/17 47/12
dismayed [1] 18/15
displacing [1] 17/11
dispute [3] 18/17 21/7 29/16
disrespect [1] 17/8
disrupt [1] 51/12
distance [1] 25/11
DISTRICT [6] 1/1 1/1 1/11 1/22 29/1 31/7
District's [1] 31/9
disturb [1] 36/20
disturbing [1] 36/1
Division [1] 2/4
do [36] 8/23 10/9 10/10 10/11 10/13 12/2 12/14 13/17 14/1 15/19 15/23 18/5 18/6 21/17 24/24 26/13 27/5 27/18 37/17 38/2 40/17 41/18 42/2 42/3 42/3 42/14 42/21 45/6 46/21 48/5 49/24 50/7 50/7 50/15 50/24 51/1
does [10] 7/6 15/17 15/18 26/10 37/16 42/2 42/3 44/15 44/22 47/9
doesn't [4] 9/1 12/12 18/7 20/11
doing [4] 9/25 21/6 41/17 46/22
don't [25] 8/2 8/9 9/2 9/6 9/14 9/24 12/24 13/20 14/25 15/2 15/22 17/2 20/12 21/15 22/4 23/16 24/14 26/25 30/8 31/25 40/1 45/3 48/10 50/22 51/12
done [9] 21/15 23/12 27/17 31/20 33/6 33/7 33/25 34/12 42/23
doomed [1] 15/19
door [1] 21/2
dots [1] 16/21
doubt [1] 34/24
drill [4] 41/16 47/24 48/2 48/15
drilling [3] 25/19 48/6 50/4
driver's [1] 13/4
driving [1] 45/3
dropping [1] 38/5
Ducheneaux [2] 1/17 3/16
dug [1] 17/9
during [5] 15/18 37/25 39/15 42/10 42/11
duty [4] 13/17 27/10 27/14 27/17

## E

each [3] 10/21 39/20 39/21
Eagle [3] 17/6 17/6 45/5
earlier [3] 15/20 19/6 49/14

# E

earliest [1] 40/12
early [2] 15/17 38/22
earth [1] 18/24
EARTHJUSTICE [1] 1/14
easement [6] 40/1 40/4 40/9 40/15 41/15 46/6
easements [1] 41/9
east [1] 47/22
easy [3] 4/17 47/14 49/17
ECF [2] 22/13 22/14
economic [1] 37/19
edge [1] 46/8
effect [4] 23/1 23/1 23/7 49/19
effected [2] 12/25 49/16
effects [3] 7/18 19/19 45/1
effort [2] 34/14 49/12
efforts [1] 35/4
eight [1] 35/9
eighties [1] 17/23
either [6] 7/19 7/22 15/7 31/23 40/15 46/14
El [1] 27/11
elected [1] 5/16
elevation [1] 25/25
eligible [6] 20/6 30/23 30/24 34/16 35/11 44/3
Elkhoury [1] 4/8
else [1] 21/5
emphasize [2] 12/13 18/6
employees [1] 49/15
enabled [1] 8/12
encountered [2] 30/22 30/23
encouraged [1] 50/3
end [6] 7/19 8/11 15/15 24/19 47/11 50/1
ended [1] 26/9
enforceable [1] 27/14
engage [1] 28/10
engages [1] 14/9
ENGINEERS [7]   1/6 3/4 3/25 4/2 21/22 29/20 31/4
enjoin [1] 46/12
enjoined [1] 48/10
enough [3] 31/20 44/19 45/5
entered [1] 46/3
entire [5] 23/23 24/8 31/2 31/22 38/3
entirety [1] 26/19
entitled [1] 52/7
environment [2] 2/4 38/6
equitable [2] 29/23 29/24
equities [1] 45/23
Erica [2] 2/3 3/25
error [1] 35/19
especially [1] 36/14
Esq [6] 1/13 1/13 1/17 2/3 2/3 2/8
essential [1] 30/1
essentially [4] 8/20 16/6 27/15 28/3
establish [1] 27/14
establishes [1] 27/16
et [1] 37/21
evaluate [3] 12/11 30/15 37/13
evaluation [2] 39/23 44/25
even [5] 7/17 17/2 41/5 44/13 49/22
ever [3] 10/5 13/14 34/1
every [5] 7/2 8/24 9/3 11/15 34/15
everybody [5] 4/13 7/12 8/10 14/22 49/9
everyone [5] 4/23 5/4 5/7 8/6 51/14
evidence [2] 20/13 38/25
exact [1] 26/22
exactly [1] 43/24
example [6] 7/5 9/7 20/2 26/24 35/13 35/18
examples [6] 19/14 19/16 34/8 34/21 36/13 43/24

exceedingly [1] 6/9
Except [1] 23/24
exchange [1] 48/18
executive [1] 42/11
Exhibit [6] 19/16 19/23 20/2 31/5 32/13 32/16
exist [1] 13/6
existence [2] 17/3 42/7
existing [4] 9/13 17/20 17/20 25/10
expand [1] 28/8
expanding [1] 14/24
expect [1] 46/10
expectation [1] 24/16
expedite [1] 49/4
experts [1] 20/10
explaining [1] 16/19
explicitly [1] 32/14
express [1] 42/1
expressed [1] 36/22
extensive [1] 37/6
extent [2] 14/21 44/11

# F

F3d [1] 27/13
face [1] 23/10
fact [9] 4/13 4/21 11/23 12/12 18/6 33/9 35/14 50/3 50/21
factors [1] 29/23
facts [2] 5/3 33/10
factual [1] 29/16
factually [1] 49/4
fair [4] 30/14 31/20 46/10 49/19
fall [2] 8/8 48/23
falls [1] 13/15
family [1] 15/7
far [3] 18/15 28/5 28/5
fast [1] 45/5
feature [1] 35/8
features [1] 32/5
federal [4] 14/9 33/17 48/9 49/8
feel [1] 17/9
feelings [1] 5/2
feels [1] 17/8
feet [12] 25/12 25/22 25/23 25/24 26/1 26/2 35/25 36/19 48/1 48/1 48/2 48/2
fen [1] 24/1
few [4] 30/13 40/18 43/4 43/25
figure [2] 11/9 19/22
filed [1] 50/9
Finally [1] 6/19
financial [1] 45/23
find [1] 12/1
fine [4] 3/12 25/1 49/3 51/11
finish [1] 32/8
firm [1] 4/5
first [11] 6/6 6/22 7/24 21/20 22/8 22/12 27/4 30/20 35/6 37/8 41/3
five [2] 7/2 20/16
fix [2] 16/11 16/11
fixed [1] 17/13
Flanagan [1] 31/17
flexible [1] 22/2
flow [3] 20/21 24/16 24/18
flowing [1] 37/20
focus [4] 6/1 6/5 6/9 18/16
focused [2] 12/15 31/8 31/15
focusing [1] 32/3
folks [7] 4/3 4/12 29/9 29/12 37/24 45/10 50/22
followed [2] 28/9 30/10
following [1] 50/8
font [2] 23/2 23/6
foot [2] 15/6 36/19

footnotes [1] 23/6
forbearance [1] 23/19
forbidden [1] 16/23
foregoing [1] 52/6
forever [2] 15/19 17/14
forgive [1] 15/12
forgotten [1] 16/24
formulation [1] 13/19
forth [1] 42/1
forward [3] 15/21 50/20 50/23
found [3] 20/4 35/10 44/1
four [2] 28/6 38/18
Franklin [1] 2/5
frankly [2] 21/13 31/23
FREDERICKS [1] 1/17
front [4] 7/19 8/11 45/5 45/19
Fulbright [2] 2/8 4/5
FUND [1] 1/14
further [4] 11/8 28/8 34/12 34/12
future [1] 23/8

# G

game [1] 15/16
gas [6] 17/22 17/24 25/10 25/21 25/24 27/12
gating [1] 40/23
gave [2] 18/9 44/17
GC [1] 37/14
GC-21 [1] 37/14
gears [1] 14/4
general [2] 3/18 30/21
generally [1] 13/8
genuine [1] 6/10
get [9] 6/24 23/11 24/24 25/4 40/11 40/14 40/22 50/2 50/4
gets [1] 26/16
getting [5] 14/16 19/6 37/19 37/20 46/20
give [12] 11/14 20/15 22/5 22/5 27/22 32/7 33/9 34/7 34/8 41/19 43/4 46/15
given [5] 5/13 10/23 11/18 20/12 24/14 36/10 37/10 38/15 49/22
gives [3] 5/21 12/9 20/7
giving [2] 13/10 28/17
glad [2] 40/19 49/11
glasses [1] 23/4
go [14] 10/12 12/10 13/24 16/9 18/8 23/1 23/15 24/25 26/7 44/1 46/12 46/15 50/20 50/23
goes [2] 15/9 15/21
going [20] 9/7 13/16 17/25 17/25 18/11 21/5 21/14 21/16 21/20 24/21 29/22 30/13 31/2 33/9 37/17 44/6 45/4 46/24 49/18 50/12
gone [4] 17/14 17/14 23/1 23/7
good [12] 3/7 3/14 3/15 3/20 3/22 4/3 4/4 15/20 21/18 21/21 23/5 35/3
got [6] 15/11 24/13 30/2 36/12 37/18 40/17
gotten [2] 33/1 46/9
governed [1] 11/12
government [2] 5/12 7/10
governor [1] 48/10
graded [3] 24/10 24/11 47/19
grading [12] 18/14 18/20 18/22 21/15 24/6 24/7 36/25 37/3 38/4 38/13 46/13 47/23
grant [1] 21/17
graphic [1] 22/14
grass [1] 19/3
grave [1] 17/10
graves [1] 17/11
great [2] 25/13 51/5
Griffith [3] 1/22 52/5 52/12
ground [3] 24/1 24/12 35/25
group [1] 42/16
guess [5] 11/8 24/21 29/3 37/22 48/4
guys [1] 45/3

**H**

had [13] 8/1 8/2 11/22 13/17 16/3 19/12 38/16 41/9 41/21 44/4 45/13 45/25 46/16
half [2] 13/12 26/18
happen [4] 7/13 14/8 46/13 50/12
happened [3] 11/18 15/24 18/15
happening [2] 39/9 44/7
happens [1] 39/3
happy [3] 22/6 22/22 51/3
hard [2] 4/14 15/8
harm [14] 11/6 11/8 11/14 16/13 16/14 17/12 18/22 26/25 27/19 30/13 34/21 35/3 44/23 47/7
harms [1] 6/19
has [35] 4/13 5/3 14/7 21/4 24/3 24/6 24/7 24/9 24/21 26/11 27/1 27/7 33/3 33/6 34/1 34/6 37/4 38/3 38/3 38/8 39/18 40/4 40/5 41/15 42/5 44/20 46/25 47/6 48/7 48/8 48/9 48/10 48/22 49/10 50/8
hasn't [3] 18/15 42/11 46/15
Hasselman [11] 1/13 3/8 5/8 28/13 29/4 33/3 33/24 38/15 43/4 49/21 51/1
Hasselman's [3] 26/9 27/23 36/24
have [60]
haven't [4] 19/12 19/24 19/25 46/16
HDD [1] 35/25
he [5] 16/20 25/9 31/10 31/10 44/17
head [1] 30/9
hear [5] 21/20 22/2 22/8 22/11 33/2
heard [2] 47/1 47/25
hearing [5] 1/10 40/21 43/22 49/7 51/15
heart [1] 9/15
held [1] 42/9
help [1] 33/10
helpful [1] 25/15
here [36] 4/23 5/7 5/10 5/18 5/19 5/20 5/22 7/21 9/3 9/15 10/3 10/15 10/25 11/1 13/14 13/23 15/24 15/24 16/7 16/11 16/14 19/17 21/7 25/20 27/4 27/17 29/23 30/13 31/19 36/11 40/23 40/23 42/24 49/9 49/12 49/22
heritage [1] 17/15
high [1] 20/13
highways [1] 10/11
him [4] 3/12 4/9 22/8 22/21
his [1] 31/8
historic [20] 6/3 7/11 8/13 9/21 11/3 12/11 13/3 14/2 16/19 16/25 18/12 30/16 34/7 34/12 34/15 34/18 35/5 38/12 39/1 42/17
historical [1] 33/7
historically [1] 36/21
history [3] 16/21 16/23 17/15
hole [2] 19/17 19/22
holes [1] 28/12
hollow [1] 21/11
home [6] 12/2 12/6 12/19 27/24 28/7 44/6
Honor [42] 3/7 3/22 4/4 5/9 20/17 21/13 21/21 22/8 22/20 23/9 23/24 24/5 24/19 24/23 25/2 25/18 27/25 32/3 33/4 34/5 35/13 36/8 36/13 37/6 38/3 38/24 39/7 39/13 39/17 40/3 40/8 40/14 41/21 43/9 44/10 45/22 47/21 48/7 48/17 48/22 50/10 51/11
Honor's [1] 26/15
HONORABLE [1] 1/11
honored [1] 5/10
hope [1] 48/13
horribly [2] 42/23 42/25
house [1] 4/8
how [27] 7/4 7/7 8/5 8/5 10/5 11/9 14/1 17/19 17/24 18/1 18/15 20/10 22/17 23/16 24/3 24/20 29/13 31/25 32/1 32/17 37/16 39/5 42/3 44/7 45/3 45/6 47/9
however [1] 35/13
hundreds [1] 39/14
hypothetical [1] 11/9

**I**

I'd [1] 22/11
I'll [17] 4/9 6/19 20/15 22/24 23/18 25/15 26/7 32/8 32/23 33/1 34/7 35/7 37/12 41/19 43/5 43/6 50/16
I'm [22] 3/7 3/8 3/23 5/10 11/9 13/10 14/16 15/25 16/7 22/6 22/22 30/9 31/25 32/5 33/9 40/11 40/19 49/11 50/3 50/18 50/24 51/3
I've [4] 3/10 12/13 15/11 33/1
idea [3] 23/5 27/10 43/8
identification [3] 6/11 20/8 44/25
identified [2] 11/2 12/5
identify [5] 3/5 3/12 27/15 38/12 45/2
identifying [2] 13/5 45/19
identity [3] 16/21 16/22 16/24
ignoring [1] 45/13
illegality [1] 11/23
Illinois [1] 28/4
illustrates [1] 19/16
illustration [1] 35/4
immediately [4] 12/16 32/17 41/17 48/13
imminent [1] 20/23
impact [2] 9/20 13/7
impacted [1] 35/21
impacts [14] 6/14 7/11 8/13 9/18 9/19 12/11 12/17 15/5 15/6 30/15 42/18 44/11 47/13 47/15
important [13] 5/21 13/23 16/15 16/20 17/1 17/17 37/8 41/25 43/2 44/2 46/4 49/13 49/14
impossible [1] 12/13
impractical [1] 10/15
impression [2] 33/24 41/8
in-house [1] 4/8
inch [1] 23/21
incidents [1] 45/8
including [2] 28/4 39/22
inclusion [1] 30/24
indicate [2] 31/23 34/10
indicative [1] 32/4
indirect [2] 15/5 15/6
individual [2] 14/5 30/17
industrial [1] 15/7
infer [1] 41/12
information [5] 24/4 28/18 29/25 29/25 44/15
inherent [1] 49/20
initial [1] 34/11
initially [1] 34/11
injunction [21] 1/10 6/21 10/25 11/12 11/24 20/20 20/23 21/3 21/10 21/17 24/13 28/3 29/15 41/5 41/6 41/6 47/6 50/5 50/13 50/15 50/18
injunctions [1] 4/15
injunctive [1] 5/23
injury [3] 19/8 26/8 28/9
input [1] 36/7
instance [2] 39/20 39/21
instances [1] 38/17
instead [1] 43/5
intended [2] 23/9 34/6
inter [1] 21/7
inter-agency [1] 21/7
interest [2] 37/19 49/10
interests [3] 27/20 27/23 28/2
interruptions [2] 24/15 24/16
intervenor [6] 1/17 2/8 3/16 4/6 21/23 28/7
invitation [4] 36/5 36/6 46/25 48/20
invite [1] 50/16
invited [2] 13/22 29/20
involved [3] 29/6 30/3 45/24
involving [1] 38/10
Iowa [2] 36/13 46/5
irreparable [11] 11/6 11/8 16/13 16/14 17/12 19/8 26/8 27/19 28/9 30/13 44/23
is [233]
isn't [5] 12/8 37/3 39/10 44/7 45/12
issuance [4] 7/3 7/20 7/25 32/16
issue [18] 5/6 6/6 6/13 6/22 7/21 11/7 15/3 20/22 21/9 25/5 31/18 32/8 33/5 33/8 40/23 43/11 50/13 50/15
issued [7] 6/8 7/5 7/13 24/14 40/4 41/9 46/2
issues [12] 4/17 4/18 6/5 7/10 20/18 20/19 20/21 20/25 21/10 27/4 29/6 46/5
issuing [1] 5/4
it [122]
it's [14] 7/5 7/6 10/24 11/22 18/3 18/4 19/2 19/22 29/6 29/9 29/11 35/7 41/1 43/22
its [13] 5/21 6/21 14/11 21/3 21/4 23/22 25/11 29/18 30/21 32/12 39/2 44/15 49/15
itself [5] 6/25 7/4 22/4 23/16 48/2

**J**

JAMES [1] 1/11
Jan [2] 1/13 3/8
January [4] 24/18 30/10 40/24 41/4
job [3] 15/17 15/20 49/20
jobs [1] 37/21
Joel [1] 29/2
Joey [1] 4/10
join [1] 3/11
joined [2] 3/9 3/17
judge [2] 1/11 14/14
judges [1] 23/3
judicial [2] 42/7 49/11
jump [1] 34/20
jurisdiction [9] 14/11 14/22 14/23 14/24 15/1 15/3 43/16 44/9 46/18
just [25] 5/6 17/8 20/17 20/18 22/25 29/6 29/9 32/10 33/13 33/13 34/2 37/12 38/16 39/10 40/11 41/8 41/22 45/6 46/3 46/5 47/1 47/17 48/5 51/3 51/13
JUSTICE [3] 2/4 3/24 4/1

**K**

Keegan [1] 4/9
keep [1] 21/5
key [1] 6/5
kind [5] 8/17 10/1 12/14 46/7 47/18
know [24] 5/1 5/4 6/21 8/16 9/12 12/24 14/1 14/9 20/12 21/15 22/4 23/16 24/14 25/15 26/13 26/23 30/9 37/16 39/4 44/13 45/3 48/11 49/6 49/21
known [1] 19/23
knows [1] 5/7

**L**

labor [1] 42/24
lack [3] 4/10 6/10 11/23
laid [1] 24/21
lake [23] 10/16 11/1 12/15 17/20 17/21 18/16 19/8 25/6 25/11 25/18 25/20 26/1 26/2 26/3 26/17 26/23 40/2 40/13 46/14 47/4 47/5 47/19 47/22
land [9] 12/7 12/19 15/1 16/22 16/24 26/10 26/12 27/2 28/7
lands [3] 12/2 27/6 28/5
language [2] 16/23 16/24
last [6] 41/20 42/9 42/14 44/24 45/22 47/25
lastly [1] 25/4
late [7] 15/14 15/15 30/2 30/3 38/22 43/10 50/6
later [2] 15/18 18/17
latest [1] 24/4

## L

law [8]  4/5 5/3 5/20 11/17 12/9 14/15 15/4 20/7
lawsuit [1]  5/25
lays [1]  32/17
lead [2]  18/11 31/1
leading [3]  19/21 38/19 38/20
least [4]  12/1 19/7 38/18 41/13
led [1]  38/4
left [4]  18/7 21/16 41/23 48/1
legal [4]  1/14 21/9 29/6 46/5
legally [2]  4/17 49/4
legitimize [1]  43/19
length [6]  12/18 13/15 24/8 31/2 33/12 38/7
Leone [10]  2/8 4/5 22/5 22/7 22/19 22/24 32/9 32/23 47/17 51/10
let [19]  6/22 6/24 14/4 15/14 17/16 17/19 22/21 26/7 26/9 30/12 32/7 32/23 33/4 33/8 43/5 43/6 47/17 48/14 49/2
let's [9]  5/8 10/16 15/16 16/12 23/15 25/4 26/8 32/23 43/4
letter [4]  29/18 29/18 32/14 42/15
level [2]  32/2 32/3
Liaison [1]  29/2
license [1]  7/10
light [2]  6/4 6/21
like [15]  6/5 9/12 16/17 17/8 21/24 22/2 22/7 22/11 23/13 27/11 34/17 41/25 43/7 45/22 47/6
likelihood [2]  11/14 20/13
likely [5]  5/6 5/7 8/25 19/10 37/3
limited [1]  16/5
limits [3]  19/13 23/14 27/1
line [6]  9/8 17/21 18/18 25/10 25/24 35/16
linear [1]  10/10
lines [2]  10/11 13/11
Lisa [3]  1/22 52/5 52/12
list [1]  9/11
literally [3]  37/23 38/20 44/5
little [2]  14/4 40/17
LLP [2]  1/17 2/8
local [1]  22/25
located [3]  26/20 26/22 26/23
location [5]  22/15 25/9 25/18 35/12 37/9
locations [1]  25/12
long [6]  5/17 10/10 12/12 41/22 47/9 49/7
longer [1]  49/24
look [17]  7/19 8/13 9/11 10/23 14/1 15/25 16/8 18/8 19/13 43/15 43/16 43/22 44/17 44/19 45/13 46/16 46/17
looked [3]  7/22 23/13 34/1
looking [2]  21/1 49/22
looks [1]  8/24
losing [2]  50/16 50/20
lost [3]  17/5 17/15 20/14
lot [2]  5/13 20/18
lots [1]  42/1
lousy [1]  15/17

## M

made [7]  5/17 35/4 38/24 39/23 39/24 43/10 43/18
Mahmoud [1]  4/10
Mahmoud's [2]  25/8 42/20
maintenance [1]  24/2
major [2]  21/7 26/11
majority [1]  6/14
make [6]  16/13 32/23 39/2 42/13 45/23 46/19
makes [2]  14/13 15/17
making [4]  45/20 46/7 49/12 49/17
management [2]  9/13 36/14

## M (col 2)

manager [1]  4/9
mandating [1]  27/16
manner [1]  27/7
many [7]  5/15 10/6 23/18 24/20 38/17 38/17 49/7
map [6]  11/15 12/1 12/2 13/9 19/22 19/24
Marc [1]  3/18
March [2]  11/6 30/8
Marinelli [9]  2/3 3/23 21/22 25/5 25/16 26/7 32/25 51/7 51/12
Martha [1]  31/5
Matt [3]  3/23 21/21 36/5
matter [6]  12/24 17/19 32/2 49/10 49/18 51/3 51/13 52/7
Matthew [1]  2/3
maximum [1]  26/2
may [5]  23/4 29/18 45/9 50/18 51/8
me [39]  3/11 3/25 4/6 6/22 6/24 13/8 13/10 14/4 15/12 15/14 16/13 16/18 17/7 17/16 17/19 18/10 19/9 22/10 22/16 22/17 22/21 23/14 23/17 25/7 25/15 26/9 27/22 29/3 29/5 30/12 32/7 33/4 33/8 41/10 41/25 45/13 47/17 48/14 49/2
mean [9]  12/12 13/9 18/7 20/11 24/11 33/16 34/15 37/22 46/25
meaning [1]  
means [4]  11/14 12/24 32/6 41/11
measured [1]  23/17
meat [1]  39/17
mechanisms [1]  7/15
meet [5]  11/16 11/17 20/11 33/17 50/16
meeting [3]  28/12 28/13 30/11
meetings [3]  28/15 28/20 28/22
Melanie [1]  4/1
members [6]  4/21 5/16 17/7 39/14 42/24 49/6
memo [1]  31/7
mention [1]  39/4
mentioned [1]  25/5
Mentz [1]  45/4
Mentz's [1]  12/6
merits [5]  11/4 32/8 49/23 50/14 50/20
metaphorical [1]  16/7
metaphorically [1]  37/22
microscopic [1]  23/6
middle [2]  17/9 38/5
midwest [1]  13/6
might [4]  27/21 24/1 24/1 38/13
mile [4]  8/13 26/18 35/8 42/21
miles [3]  23/23 35/9 43/14
mined [1]  34/22
minimis [1]  9/17
minimum [1]  26/1
minute [2]  41/19 41/23
minutes [9]  20/16 20/16 21/25 21/25 30/13 32/8 41/9 41/22 43/4
miss [1]  44/5
Mississippi [1]  13/12
mitigate [1]  47/15
mitigated [1]  47/14
mitigation [2]  14/3 45/1
mockery [1]  46/7
mole [1]  36/8
moment [1]  10/19
money [1]  37/20
monitor [5]  37/11 37/11 44/23 48/20 48/23
monitoring [1]  44/22
monitors [5]  39/5 39/8 45/10 48/15 48/18
months [2]  46/1 46/1
more [4]  20/18 31/19 38/2 38/16
MORGAN [1]  1/17
morning [1]  40/9
most [5]  6/3 12/15 18/13 37/8 41/25

## (col 3)

motion [1]  6/1
move [5]  16/13 20/20 30/12 32/8 32/23
moved [1]  30/6
Moving [1]  8/23
Mr [24]  22/5 22/7 22/19 22/24 26/7 27/22 28/13 29/4 32/9 32/23 32/25 33/3 33/24 36/24 38/15 43/4 45/4 45/4 45/4 47/17 49/21 51/1 51/7 51/10 51/12
Mr. [11]  4/8 4/10 5/8 12/6 17/6 17/6 25/5 25/8 25/16 26/9 42/20
Mr. Andrew [1]  4/8
Mr. Eagle [2]  17/6 17/6
Mr. Hasselman [1]  5/8
Mr. Hasselman's [1]  26/9
Mr. Joey [1]  4/10
Mr. Mahmoud's [2]  25/8 42/20
Mr. Marinelli [2]  25/5 25/16
Mr. Mentz's [1]  12/6
much [9]  21/14 21/19 24/3 26/4 32/6 32/21 43/3 47/23 48/25
mud [1]  16/8
multiple [2]  12/25 38/9
multistep [1]  44/24
must [1]  27/19
my [22]  3/15 3/22 4/4 4/7 5/2 9/23 12/1 19/6 24/24 26/21 30/9 39/7 40/3 40/8 41/25 47/21 49/2 49/20 49/24 50/7 50/8 51/9

## N

name [4]  3/15 3/23 4/4 7/1
narrow [4]  6/10 43/22 43/25 46/17
national [7]  6/2 13/3 17/10 20/7 30/24 35/11 44/3
nationwide [11]  6/25 7/1 7/7 7/17 9/11 9/16 9/16 30/21 32/12 32/16 32/18
Natural [2]  2/4 27/12
NE [1]  1/18
necessary [1]  45/20
need [11]  6/3 7/19 8/10 9/6 9/9 9/25 11/14 21/1 22/19 24/23 40/1
needing [1]  23/4
needs [3]  12/22 27/15 41/2
NEPA [1]  20/19
never [9]  7/21 8/12 10/6 10/8 10/23 11/18 11/22 23/4 49/17
new [2]  9/9 10/14
news [1]  41/10
NHPA [2]  14/8 32/15
Nicole [2]  1/17 3/16
no [22]  6/17 8/21 10/6 10/7 14/1 23/2 24/13 24/18 25/25 27/3 30/19 31/13 34/1 34/24 38/14 38/25 42/19 44/14 46/6 46/25 46/25 49/17
non [2]  31/11 31/15
non-preconstruction [2]  31/11 31/15
north [14]  1/18 20/3 24/5 26/18 31/3 31/9 33/12 33/18 33/22 34/18 37/2 43/13 43/14 48/9
northern [1]  25/10
Norton [2]  2/8 4/5
not [58]
nothing [4]  18/7 39/20 44/12 47/10
notice [4]  13/17 30/22 40/6 44/20
notices [1]  37/10
notification [10]  6/16 10/6 16/1 29/20 31/11 31/14 31/16 40/4 40/5 43/13
notifications [1]  32/4
notify [2]  9/1 44/14
notwithstanding [1]  35/14
now [17]  8/16 11/19 12/23 19/24 20/5 33/1 34/20 36/1 36/25 41/8 43/21 46/21 46/23 46/24 48/5 48/10 50/22
NRDC [1]  11/13

**N**

number [4] 28/15 32/6 34/17 49/19
numbers [1] 34/8
numerous [2] 20/4 30/16
NW [1] 2/9
NWP [3] 7/5 30/14 30/18

**O**

Oahe [22] 10/16 11/1 12/16 17/20 17/21
18/16 19/8 25/6 25/18 26/17 26/23 38/8 40/2
40/13 40/24 44/2 46/14 47/4 47/5 47/19
47/22 50/4
obligated [1] 38/2
obligation [1] 44/14
obliterated [1] 16/22
observe [1] 4/24
obvious [1] 18/14
obviously [1] 4/18
occasional [1] 23/25
occasions [1] 9/24
occur [3] 24/15 37/5 50/4
occurred [3] 14/7 29/8 30/7
occurs [1] 36/25
off [2] 30/9 38/6
offer [3] 15/25 16/5 43/12
officials [1] 5/16
oil [5] 9/18 20/22 24/16 24/18 37/20
okay [17] 3/20 4/3 10/24 16/6 20/15 21/19
23/13 25/13 26/7 27/18 32/7 32/21 36/12
41/19 43/3 43/23 47/15
Omaha [4] 1/18 29/1 31/7 31/9
once [5] 12/23 17/13 39/10 42/13 48/23
one [17] 6/25 13/22 15/13 19/15 19/15 20/2
20/25 22/6 28/22 32/10 34/1 36/24 38/20
41/6 41/23 42/5 47/17
ones [4] 17/17 17/18 37/8 45/24
ongoing [1] 6/4
only [6] 14/8 20/3 25/17 34/20 42/5 48/7
opinion [4] 5/6 49/25 50/5 50/8
opportunities [1] 38/12
opportunity [20] 6/11 8/12 8/21 10/23 11/8
11/22 12/10 12/23 12/23 19/13 20/8 28/17
36/3 44/8 44/23 46/12 46/15 46/17 46/25
47/1
opposed [1] 29/7
order [4] 34/18 42/11 44/5 45/6
original [1] 35/20
Osage [2] 30/7 30/8
other [22] 8/19 9/5 9/7 12/10 12/17 13/10
15/13 15/16 18/4 24/14 24/15 25/6 25/14
25/17 26/20 27/5 36/13 43/21 45/10 46/14
46/22 47/17
others [3] 25/12 38/22 49/15
otherwise [1] 30/5
our [27] 6/9 11/23 16/21 16/22 16/22 16/23
16/23 16/23 16/25 17/2 19/14 20/21 25/21
28/24 32/13 33/11 33/23 34/10 34/17 38/17
40/23 43/10 43/24 44/6 46/3 49/10 49/11
ours [1] 4/8
out [25] 5/2 10/12 11/9 12/10 15/9 16/13
19/22 19/24 20/6 31/2 32/17 33/1 37/18
39/20 42/15 43/17 44/21 46/5 46/12 46/16
46/24 49/18 49/25 50/2 50/5
outcome [1] 20/25
outside [1] 44/11
over [7] 14/2 15/1 17/10 24/8 37/22 38/19
44/5
oversight [2] 6/15 34/2
own [6] 13/5 14/11 16/16 21/6 29/18 45/2

**P**

p.m [2] 1/9 51/15

P.O [1] 2/5
pad [3] 47/24 48/2 48/16
pads [1] 41/16
page [5] 22/14 22/14 23/14 27/13 31/6
paper [2] 37/8 39/4
papers [7] 33/11 34/10 34/17 37/18 38/17
42/2 42/15
paragraph [3] 25/9 28/24 29/1
parallel [1] 25/10
part [7] 19/7 19/18 20/8 26/15 28/3 34/3
45/9
participate [6] 6/11 11/21 13/22 13/24 43/9
43/21
participated [5] 28/20 38/18 38/21 38/22
38/23
participating [2] 13/25 43/18
participation [1] 11/23
particular [4] 7/6 11/2 18/11 19/1
particularly [2] 23/5 29/14
parties [5] 9/1 30/22 42/9 49/14 50/16
partner [1] 4/7
Paso [1] 27/12
passes [1] 26/17
path [2] 39/1 41/7
PCN [2] 15/25 33/13
PEEBLES [1] 1/17
pending [1] 50/19
Pentagon [1] 40/10
people [3] 23/19 39/22 42/25 49/19
peppering [1] 43/5
percent [10] 24/6 24/7 24/9 24/10 26/22
33/11 33/14 37/1 37/2 38/7
percentage [1] 26/23
perception [1] 43/10
perfectly [1] 19/16
perhaps [2] 37/22 50/19
period [5] 4/14 40/6 40/15 41/10 41/12
permission [1] 3/10
permit [6] 6/23 6/25 7/1 7/4 7/7 7/25 8/19
9/16 15/3 15/10 32/12 32/16 44/12 46/9 46/9
48/12
permits [6] 7/17 9/11 30/21 32/18 45/25 46/2
permittees [1] 30/23
permitting [1] 15/18
perpetuates [1] 17/3
phone [1] 50/21
piece [1] 17/14
Pieper [1] 4/9
pipe [7] 24/9 24/11 24/21 25/9 25/20 25/21
37/9
pipeline [68]
pipeline's [5] 6/14 11/16 13/14 20/5 20/14
pipelines [2] 9/19 23/16
Pipes [1] 16/4
place [10] 6/7 19/9 21/1 36/2 37/7 37/12 41/2
41/16 42/22 47/8
places [6] 6/7 8/19 18/3 18/4 46/14 46/16
Plainly [1] 12/15
plaintiff [10] 1/4 1/13 3/16 27/9 27/15 28/11
28/20 29/11 34/22 35/6
plaintiffs [3] 4/19 32/1 34/9
plan [6] 37/12 39/18 41/21 42/20 45/17
45/20
Plaza [1] 1/18
please [3] 3/5 4/23 22/25
plowing [1] 18/23
podium [1] 3/5
poignant [1] 36/14
point [20] 19/9 19/9 20/25 22/20 23/2 23/10
23/11 25/14 25/17 32/10 35/8 36/10 37/18
38/4 40/20 41/25 43/1 43/10 45/22 47/18
pointless [1] 18/18
points [1] 33/2 36/24 41/20 43/6

pond [1] 15/9
posed [1] 23/5
poses [1] 41/6
position [4] 14/6 27/23 42/20 48/3
positions [1] 29/7
postpone [1] 40/21
potential [4] 12/11 19/19 30/15 38/12
potentially [3] 8/7 30/24 35/22
practical [1] 12/24
prairie [1] 38/5
pre [3] 8/20 37/9 38/25
pre-authorized [1] 8/20
pre-state [1] 37/9
pre-work [1] 38/25
precautions [2] 37/7 39/2
preconstruction [8] 16/1 29/20 30/22 31/11
31/14 31/15 32/3 43/13
preexisting [1] 9/8
preliminarily [1] 34/11
preliminary [8] 1/10 4/15 5/22 10/25 20/20
21/9 28/3 29/15
premised [1] 49/11
prepared [1] 22/4
presence [1] 39/5
present [3] 39/11 39/14 39/15
presents [1] 28/1
Preservation [2] 6/3 13/4
pressure [1] 29/10
pretty [1] 47/23
prevent [2] 18/20 47/7
prevented [1] 48/8
preventing [1] 46/22
previously [2] 26/11 38/9
principal [1] 28/22
private [2] 15/1 15/1
probably [3] 7/25 18/4 41/24
problem [4] 9/15 19/17 43/12 43/25
problems [1] 44/18
procedure [1] 28/10
proceed [1] 4/25
proceedings [1] 52/7
process [33] 6/6 6/10 6/23 7/20 8/7 8/18
8/22 10/8 10/9 11/24 13/1 13/21 14/2 18/22
19/11 20/9 27/6 30/1 32/19 34/4 37/4 37/25
38/3 39/6 41/1 43/19 43/19 44/7 44/24 45/12
46/7 46/10 47/11
programmatic [1] 7/16
project [7] 4/9 7/6 10/10 34/6 38/20 41/7
43/2
projects [1] 8/7
prompter [1] 29/4
promulgating [1] 32/18
promulgation [1] 32/11
pronunciation [1] 10/17
properties [3] 7/12 11/3 18/12
proponent [1] 10/13
proposed [2] 8/24 50/17
protect [5] 5/21 18/8 21/3 21/4 33/7
protectable [1] 35/16
protecting [1] 45/19
protection [2] 6/12 48/24
provide [4] 23/10 28/17 28/24 29/25
provided [3] 28/19 36/3 40/5
proximity [3] 25/6 26/12 44/20
public [1] 42/6
pull [1] 22/16
purpose [1] 9/18
purposes [1] 28/2
put [8] 13/4 17/13 17/23 18/8 38/14 39/17
41/2 48/1
putting [2] 10/19 21/12

**Q**

qualification [1] 33/18

**Q**

qualified [2] 33/15 33/16
quality [2] 4/16 21/8
quarters [1] 13/11
question [15] 11/25 15/22 19/6 22/6 26/15 26/19 28/9 29/9 29/22 31/15 33/6 40/19 44/10 44/22 47/17
questioning [1] 26/9
questions [7] 15/11 18/1 23/18 23/20 28/17 33/5 43/6
quick [2] 44/17 44/19

**R**

raise [1] 41/20
raised [2] 33/3 35/6
raises [1] 27/9
range [1] 27/24
ranges [1] 26/1
rather [1] 12/8
raw [1] 32/5
reach [1] 29/24
read [2] 16/17 17/17
reading [1] 23/4
ready [3] 13/24 40/16 41/3
really [6] 13/23 18/17 40/20 40/22 41/2 49/23
reason [2] 8/5 11/17
rebuttal [2] 20/16 43/5
rebutting [1] 43/6
receive [1] 6/15
received [1] 10/6
receiving [2] 21/24 21/25
recite [1] 37/7
reclaimed [1] 24/12
recognized [1] 28/1
reconcile [1] 42/3
record [10] 3/6 12/2 12/5 12/15 30/5 31/23 44/12 44/13 44/15 52/6
refer [1] 45/8
reference [1] 36/9
referenced [1] 28/13
reflected [1] 27/7
regard [1] 48/15
regarding [3] 32/11 32/15 32/19
regardless [1] 50/13
regional [1] 32/12
Register [3] 30/25 35/11 44/3
registered [3] 34/15 34/15 34/16
registration [2] 34/16 35/11
registry [1] 20/7
regular [1] 24/14
regulation [1] 27/16
regulations [2] 14/10 29/10
reissuance [1] 32/20
reiterate [1] 49/2
rejected [2] 33/20 48/21
related [2] 11/25 15/10
relates [1] 32/4
relation [1] 28/18
relief [2] 5/23 6/3
religious [2] 13/5 14/2
rely [1] 42/22
remainder [1] 6/13
remains [2] 16/24 47/19
remedial [1] 37/15
remedy [1] 15/20
remember [1] 25/19
remotely [1] 29/12
removed [2] 28/5 28/6
renewed [1] 7/2
repair [3] 9/7 9/13 10/1
reply [1] 27/9

report [1] 20/4
Reporter [2] 1/22 52/4
reports [1] 33/20
represent [1] 3/16
representation [1] 22/15
representing [3] 3/24 4/6 5/10
required [1] 27/14
requirement [1] 48/20
requirements [1] 33/17
requires [4] 14/8 15/4 37/14 38/2
requiring [1] 30/22
requisite [2] 39/22 40/5
rerouted [2] 34/13 35/24
reservation [3] 12/16 26/17 26/18
resolution [1] 12/5
resolve [1] 29/15
resource [1] 38/12
resources [10] 2/4 6/12 9/21 21/4 30/16 33/7 34/7 35/5 45/3 48/12
respect [7] 6/4 6/7 8/16 8/18 25/17 26/14 45/23
respectfully [2] 29/21 30/4
responded [1] 36/18
response [3] 20/5 27/22 33/2
responsibility [1] 31/9
restart [2] 48/12 48/13
restriction [1] 38/14
result [4] 29/24 35/24 36/6 36/18
results [3] 33/21 33/23 34/3
revealed [1] 38/25
review [6] 6/17 9/9 12/1 31/8 32/13 42/7
reviewed [3] 31/10 31/22 33/23
rich [2] 8/14 20/10
right [23] 5/8 7/9 8/1 9/9 9/10 10/21 14/12 16/12 21/20 23/19 24/22 24/25 26/4 30/12 37/14 40/7 43/9 43/20 45/10 46/24 48/25 50/9 50/10
rights [4] 5/21 5/24 6/4 21/3
ripe [1] 8/3
risk [1] 21/6
river [8] 1/17 3/17 3/18 13/12 15/10 28/7 32/15 41/15
road [7] 19/18 40/17 47/24 48/1 48/5 48/8 48/15
roads [3] 37/9 39/2 41/16
roam [2] 12/20 13/9 27/24
roamed [1] 12/7
ROCK [18] 1/3 3/3 3/8 3/11 5/11 5/12 5/15 26/13 26/16 26/16 27/1 27/5 28/11 28/14 28/21 36/4 36/4 36/15
role [2] 18/9 27/5
room [2] 1/23 23/20
Rose [2] 8/8
route [11] 11/16 11/19 16/3 16/9 19/10 19/21 20/14 24/9 26/20 43/17 46/19
routed [2] 34/11 35/16
Roy [1] 3/19
RPR [2] 1/22 52/12
rubric [1] 8/8
rule [6] 22/25 23/7 42/9 42/14 42/17 42/19
rules [4] 4/24 42/5 42/22 43/1
run [4] 17/25 37/15 37/25 45/5
runs [2] 25/10 25/10

**S**

safety [2] 48/19 48/21
said [14] 13/22 16/6 16/20 17/6 20/5 23/15 33/11 34/23 36/5 37/1 38/7 38/15 49/13 49/21
same [2] 8/5 36/3
satisfied [1] 40/16
save [1] 20/16
saw [1] 50/9

say [11] 9/8 11/10 15/8 15/16 20/17 30/14 31/19 33/16 38/1 38/24 41/24
saying [11] 8/9 8/11 29/11 29/13 30/2 32/1 37/1 44/7 45/7 47/14 48/4
says [1] 7/10
schedule [3] 29/15 32/17 50/17
scheduled [5] 16/5 24/19 28/12 28/15 28/19
scheduling [2] 51/3 51/13
scope [3] 6/10 6/20 21/8
seat [1] 13/4
Seattle [2] 1/15 51/2
second [5] 1/14 6/13 7/23 26/15 35/18
Secretary [1] 28/23
Section [15] 6/2 6/6 6/17 6/23 7/5 7/8 7/9 8/21 8/25 10/9 10/11 14/8 19/19 20/19 27/6
sections [1] 11/10
see [6] 5/3 9/20 18/15 40/25 44/18 49/11
seeing [1] 43/20
seek [3] 29/15 30/17 40/21
seems [3] 13/18 31/18 41/22
seen [1] 19/4
segment [1] 15/3
sense [1] 40/11
sensitive [1] 39/1
sensitivity [1] 49/5
sent [3] 20/6 31/4 42/15
separate [1] 14/21 27/4 34/22
September [4] 28/12 50/1 50/24 50/25
series [3] 15/11 28/15 28/20
seriously [2] 37/24 45/15
seriousness [1] 47/13
set [3] 21/3 42/5 50/22
share [1] 22/22
shared [2] 33/22 34/3
short [3] 4/14 5/14 33/8
shortly [2] 7/24 26/6
should [9] 5/4 23/1 23/7 37/16 37/21 42/17 44/7 44/8 51/11
show [3] 11/13 20/13 43/24
showing [1] 11/6
shown [1] 19/14
shows [4] 19/17 19/21 30/5 44/13
SHPO [1] 35/12
SHPOs [1] 33/22
side [6] 15/7 46/14 47/22 47/25 50/17 50/20
sides [2] 29/7 49/5
Sierra [1] 31/18
sight [1] 23/5
significance [3] 4/18 10/21 17/1
significant [8] 9/19 9/20 11/3 11/15 17/17 36/17 36/22 37/4
since [2] 19/12 50/11
sincere [1] 34/23
SIOUX [22] 1/3 1/17 3/3 3/8 3/11 3/17 3/18 5/11 26/16 27/5 28/6 28/7 28/11 30/7 30/9 32/15 35/23 36/2 36/4 36/4 36/16
sir [1] 3/14
sit [1] 11/1
site [37] 7/20 11/15 12/16 17/4 18/16 24/1 34/15 34/25 35/6 35/6 35/7 35/7 35/8 35/8 35/18 35/20 35/21 35/22 36/1 36/8 36/8 36/14 36/15 36/17 36/19 36/20 38/10 38/10 39/2 39/9 39/15 39/22 40/13 44/19 47/20 47/24 48/18
sites [42] 8/16 10/2 10/3 10/5 10/6 10/21 11/2 11/10 12/11 12/18 12/21 13/6 13/6 14/2 16/19 16/25 16/25 17/3 17/8 17/13 18/24 19/3 19/5 19/23 19/25 20/4 20/14 24/20 20/23 33/13 34/19 37/4 43/13 43/15 44/2 44/4 44/14 44/16 44/18 45/17 45/21 46/19
siting [1] 35/20
sitting [1] 19/3
six [2] 39/19 45/7

**S**

small [2] 9/8 10/1
so [51] 5/6 5/8 5/24 6/25 8/4 9/5 10/16 10/24
10/25 11/22 15/11 16/5 16/10 16/17 16/20
21/7 21/14 21/16 23/6 25/21 26/12 26/25
27/3 29/5 29/13 31/10 31/20 33/24 35/13
36/19 36/20 37/21 38/24 41/3 41/10 41/11
42/19 44/6 44/14 45/20 45/24 46/7 46/24
48/3 49/11 49/17 49/21 49/24 50/1 50/5 50/7
soil [2] 9/12 19/5
some [24] 8/17 9/25 10/1 10/9 12/10 15/10
16/17 17/25 19/4 20/10 20/25 21/17 22/3
22/10 25/12 33/2 33/5 33/9 34/7 34/8 34/13
34/24 34/25 43/19
someone [1] 33/20
something [5] 10/14 21/5 37/15 47/12 49/22
somewhat [1] 50/3
soon [1] 40/14
sooner [2] 49/22 50/2
sorry [1] 15/25
sort [1] 14/7
sought [2] 28/10 28/16
South [7] 24/7 31/3 31/9 31/17 33/12 33/23
37/2
spaces [1] 34/14
span [1] 36/19
specific [10] 7/21 8/7 13/10 19/9 22/3 25/14
27/1 34/25 34/25 43/6
specifically [3] 18/21 27/13 31/10
specifics [1] 25/15
specify [1] 7/6
speculative [1] 34/24
speed [1] 21/13
spiritual [1] 17/2
split [1] 21/24
spot [1] 44/3
square [1] 47/18
stacked [1] 16/4
staff [2] 5/13 5/16
staffer [1] 44/17
stage [1] 44/24
stages [1] 18/17
stake [1] 13/23
stand [2] 16/6 16/7
standard [7] 11/13 11/16 14/15 20/11 23/6
24/15 28/1
standing [20] 1/3 3/3 3/8 3/10 5/11 5/12 5/15
8/1 8/3 26/13 26/16 26/16 27/1 27/5 28/11
28/14 28/21 36/4 36/4 36/15
start [9] 5/8 6/22 33/4 33/8 41/22 43/6 43/8
46/11 48/4
started [2] 45/25 46/1
starting [1] 50/25
state [7] 24/5 24/6 28/6 34/17 37/9 44/2
48/11
stated [1] 31/10
statements [1] 17/17
STATES [11] 1/1 1/11 3/3 3/23 3/24 13/9
13/12 21/22 27/12 28/4 29/19
Station [1] 2/5
statistics [1] 33/1
status [4] 6/21 20/7 50/21 50/22
statute [3] 27/16 45/18 45/19
statutes [1] 29/10
stay [2] 46/4 50/19
step [2] 21/2 44/5
Stephanie [2] 1/13 3/9
steps [1] 37/15
stick [1] 26/8
still [6] 21/17 40/1 40/9 40/10 46/6 46/11
stone [1] 35/8
stones [1] 17/10

stop [1] 37/13
stopped [1] 39/21
stories [1] 16/23
straddles [1] 11/7
stream [1] 15/9
Street [1] 2/9
stricken [1] 23/8
strong [2] 5/2 37/19
structures [1] 9/13
study [1] 42/16
subject [1] 26/11
subjected [1] 42/6
submit [1] 50/16
submitted [2] 34/9 42/6
such [6] 4/14 7/16 17/4 35/3 35/16 50/19
sufficiently [2] 20/23 29/13
suggests [1] 7/1
Suite [2] 1/14 2/9
supervised [1] 37/10
supporters [1] 5/17
supporting [1] 32/1
supposed [8] 7/4 7/7 8/5 9/17 23/11 29/15
40/22 48/11
sure [5] 10/10 31/25 32/5 39/3 46/19
surface [2] 18/25 19/1
survey [9] 9/9 11/19 16/9 18/19 29/20 43/12
44/1 44/8 46/18
surveyed [5] 19/25 33/12 35/10 38/9 48/22
surveying [2] 31/2 33/25
surveys [15] 9/25 10/14 11/21 13/25 20/3
28/18 31/3 31/8 33/21 33/21 34/2 34/12
43/22 45/6 47/7
survival [1] 16/9
swath [1] 15/6
switch [2] 14/4 25/16
sword [1] 11/24
system [3] 8/12 9/16 49/11

**T**

table [3] 3/11 3/25 4/7
take [6] 10/16 37/15 37/24 41/16 47/8 47/9
taken [1] 16/22
takes [1] 49/24
taking [4] 18/23 38/6 44/6 45/14
talk [6] 6/17 7/23 8/17 11/8 16/13 25/23
talked [1] 15/1
talking [15] 9/3 9/3 9/14 10/4 10/5 11/4 11/5
13/10 13/11 13/13 13/21 18/2 31/12 47/3
47/18
task [1] 12/13
team [1] 20/6
technical [3] 17/19 18/1 22/10
technique [2] 25/19 36/1
tell [9] 18/10 18/17 22/10 22/17 22/25 23/17
26/22 41/4 45/12
term [1] 33/8
terms [1] 18/25 37/20
testimony [1] 20/9
testing [1] 41/3
than [4] 20/18 31/19 38/2 49/24
thank [16] 3/21 5/9 5/12 21/9 22/23 25/13
26/4 26/5 32/21 32/25 47/16 48/25 49/1
49/12 51/5 51/14
thanks [2] 43/3 49/2
that [311]
that's [22] 3/12 7/9 8/4 9/14 12/5 12/7 13/20
14/16 17/21 18/4 22/11 24/19 27/7 34/1
42/22 44/24 45/6 45/18 47/11 49/10 49/19
50/10
their [28] 5/20 11/5 13/5 14/17 14/19 14/22
14/23 14/24 16/16 17/3 20/4 21/6 21/14
21/24 23/5 27/6 27/23 28/5 29/11 36/6 37/24
44/4 44/18 45/2 45/17 45/25 46/1 49/3

them [8] 15/4 28/17 34/22 37/7 43/20 44/14
45/1 45/19
then [29] 8/4 12/20 13/17 18/10 19/21 20/16
22/7 25/4 27/1 27/22 28/19 28/19 32/8 33/19
34/8 39/23 41/12 42/14 42/14 45/1 47/11
47/12 48/2 50/7 50/14
theoretically [1] 15/23
there [108]
there's [2] 35/19 36/9
therefore [1] 8/4
these [18] 4/16 11/9 11/10 17/3 17/8 17/25
19/2 20/10 25/15 33/2 35/15 42/25 43/22
44/3 44/8 45/2 45/13 46/19
they [62]
they're [20] 5/19 5/20 5/22 9/25 17/14 17/14
19/3 19/4 20/6 21/6 21/13 30/2 33/18 35/3
39/11 43/1 45/7 45/24 46/21 47/14
thing [4] 12/4 12/14 18/19 48/7
things [1] 9/11
think [65]
thinks [1] 22/9
third [1] 36/8
this [84]
thoroughly [1] 49/23
those [36] 5/24 6/4 10/21 13/6 13/25 16/10
17/13 17/16 19/15 19/25 19/25 20/21 20/25
21/10 24/20 24/22 27/23 28/22 31/3 31/8
33/19 33/21 33/21 34/2 34/24 35/2 38/11
38/23 43/24 43/25 44/13 44/16 45/20 46/16
47/7 48/10
thought [1] 47/3
thousand [1] 48/1
thousands [2] 8/14 8/18
threat [2] 5/19 41/7
three [5] 6/5 13/11 30/5 41/6 41/9
through [7] 17/9 19/15 34/22 36/16 36/25
37/18 50/25
throughout [3] 13/6 13/7 23/22
tie [1] 34/8
time [19] 4/14 7/13 7/20 7/21 7/22 8/24 9/3
10/10 12/14 15/24 21/24 22/22 36/10 38/17
42/9 42/10 42/11 42/11 49/4
timeframe [1] 5/14
times [2] 36/9 39/19
timetable [1] 5/7
tiny [1] 44/8
title [1] 4/10
today [10] 5/5 5/5 5/10 5/18 11/1 13/20
41/13 42/25 49/6 50/9
today's [1] 6/1
too [8] 15/14 15/15 18/1 30/2 30/3 43/10
45/11 50/6
took [2] 6/7 36/2
top [1] 30/9
topic [1] 49/3
topography [1] 32/5
touching [1] 34/18
training [2] 48/19 48/21
transcript [2] 1/10 52/6
transmission [1] 10/11
traverse [1] 26/10
trenched [1] 24/11
trespass [1] 48/9
trial [1] 50/25
tribal [13] 9/1 12/5 26/12 29/1 37/11 38/10
38/11 39/5 39/8 45/10 48/14 48/17 48/20
tribe [40] 1/3 1/17 3/3 3/11 3/17 3/18 5/11
5/21 6/11 6/20 12/10 12/17 13/21 16/16 17/7
18/9 20/7 21/3 21/10 27/5 28/2 29/24 32/15
35/23 36/2 36/4 36/5 36/6 36/15 36/16 37/10
37/16 37/16 38/10 38/21 39/14 39/22 46/15
46/22 48/21
tribe's [6] 17/15 21/2 26/17 27/2 27/19 29/18

**T**

tribes [19] 4/9 10/10 12/7 12/10 12/17
12/25 13/4 27/5 28/16 30/7 31/4 32/11 32/19
33/22 34/3 38/18 43/21 44/1 49/14
tried [1] 12/13
tries [1] 33/24
triggered [2] 39/19 45/9
trip [1] 5/17
true [5] 8/4 14/10 34/2 38/16 46/11
truly [2] 7/17 9/17
trump [1] 14/10
trust [5] 27/6 27/10 27/14 37/16 45/9
try [3] 24/24 33/9 41/22
trying [4] 11/9 34/22 40/11 42/20
Tsosie [1] 1/13 3/9
turn [1] 28/21
turned [1] 39/20
turning [1] 17/10
two [12] 5/6 20/3 21/15 27/4 30/19 41/5
41/20 43/13 43/15 44/14 49/24 49/25
type [2] 23/10 23/10
typically [2] 23/16 50/12
typographical [1] 35/19

**U**

U.S [5] 1/6 1/22 2/4 17/7 44/20
unanticipated [5] 37/12 39/18 45/8 45/14
45/16
uncovering [1] 45/17
under [19] 7/15 8/8 11/12 13/18 14/14 17/20
17/21 20/19 23/2 24/22 25/11 25/18 25/20
29/14 30/18 35/25 40/10 41/8 41/14
underground [1] 23/22
underlying [1] 33/5
understand [10] 21/12 23/25 31/2 32/1
36/17 39/13 39/18 40/25 48/22 49/13
understandably [1] 29/5
understanding [7] 18/1 26/21 39/7 39/12
40/3 40/8 47/21
understands [2] 7/12 14/23
understood [1] 31/14
undertaking [4] 14/7 14/9 14/18 14/20
unduly [1] 13/9
unfair [2] 42/23 42/25
Unfortunately [1] 49/19
unions [1] 42/24
unique [1] 33/2
UNITED [11] 1/1 1/11 3/3 3/23 3/24 13/9
13/12 21/22 27/12 28/4 29/19
unlawful [1] 6/18
Unless [1] 25/14
unlimited [1] 13/18
unreasonable [1] 10/14
unrest [1] 48/11
unsupervised [1] 33/25
until [2] 41/8 47/7
up [14] 15/17 16/4 18/23 20/16 21/3 22/17
32/8 37/23 38/4 38/8 38/19 39/20 45/19 46/8
Upper [6] 30/7 30/9 35/23 36/2 36/5 36/16
urgent [2] 6/4 40/22
urging [1] 29/4
us [5] 2/8 17/1 23/20 40/22 47/14
use [2] 9/15 24/19
used [4] 16/16 25/20 25/21 43/20
using [1] 11/22
utilities [2] 10/12 46/3
utility [1] 17/21

**V**

vacation [2] 51/8 51/13
validate [1] 43/19
valve [2] 23/25 24/1

**W**

WA [1] 1/15
wait [1] 46/9
waiting [5] 19/3 22/16 40/15 41/10 41/12
waived [1] 40/15
Walker [3] 1/22 52/5 52/12
want [5] 5/12 5/15 7/23 13/23 18/6 20/17
20/24 22/2 32/22 34/20 35/2 41/20 43/8
50/20 51/2
wanted [2] 36/23 42/13
warrant [2] 8/25 20/23
was [69]
Washington [5] 1/8 1/23 2/5 2/9 49/8
wasn't [1] 43/11
watch [1] 4/22
water [12] 6/8 6/15 8/19 9/18 14/23 15/2
15/4 16/8 16/10 20/20 33/13 46/8
watering [1] 9/12
waters [8] 8/14 9/19 44/20
waterway [1] 30/16
way [15] 9/22 10/9 13/1 15/10 19/15 21/2
34/24 34/25 35/16 36/20 38/8 43/20 49/7
49/18 50/22
ways [1] 30/19
we [71]
we'll [4] 5/5 6/17 22/21 26/6
we're [24] 8/9 8/11 9/2 9/2 9/3 9/14 10/4
10/5 10/15 10/22 13/13 13/16 13/20 13/24
13/24 18/2 21/12 21/16 31/12 38/2 43/20
43/22 45/13 45/14
we've [7] 5/13 20/12 33/11 40/16 42/22
45/13 46/5
weather [1] 24/14
Wednesday [1] 1/9
week [6] 41/3 41/5 41/6 41/6 42/14 50/1
weeks [5] 5/6 21/15 39/15 49/24 49/25
welcome [3] 4/12 4/23 48/18 49/8 49/9
well [13] 5/16 7/9 19/12 20/6 20/7 27/3 31/13
41/17 43/24 44/18 44/23 47/22 49/15
went [1] 36/15
were [32] 11/5 9/7 10/23 11/18 11/19 16/4
16/23 30/23 31/18 33/21 34/3 34/14 34/23
35/15 38/9 38/11 38/24 39/2 39/22 39/23
41/10 43/15 43/15 43/21 44/1 44/7 46/2
46/17 46/18 46/19 47/3 47/25
weren't [3] 33/19 38/15 44/6
west [1] 47/24
wetland [1] 15/9

what [52] 6/21 8/11 9/14 10/22 11/9 11/19
12/24 13/13 13/16 13/20 14/5 14/16 15/23
15/23 19/24 16/20 16/24 18/10 18/21 19/14
20/12 21/4 22/2 22/11 24/15 25/21 26/12
27/13 29/3 29/5 31/1 33/6 33/6 34/23 36/8
37/23 40/12 41/11 42/2 42/3 42/22 42/25
44/17 45/18 46/22 47/18 48/3 49/10 49/19
50/12 50/15 51/10
whatever [1] 15/18
when [16] 7/5 7/10 9/25 13/4 14/8 15/3
15/13 17/4 23/3 24/16 33/16 35/9 43/1 45/12
50/15
where [27] 6/8 8/19 10/13 12/7 12/20 13/9
13/14 13/21 18/18 19/19 21/3 21/17 24/1
26/9 26/17 27/24 28/10 29/19 30/17 31/6
35/20 36/15 43/25 44/13 44/16 46/14 47/5
Whereupon [1] 51/15
whether [8] 14/6 16/10 22/5 26/19 35/15
42/17 47/13 50/13
which [24] 4/15 6/22 8/12 9/16 9/19 9/24
13/18 14/6 18/16 20/22 21/13 22/14 25/5
26/8 27/7 27/13 28/6 30/20 31/8 31/9 33/5
44/11 49/18 50/18
while [1] 39/11
who [5] 4/22 21/20 23/3 33/23 49/9
whoever [1] 22/9
whole [6] 8/6 8/10 9/9 34/5 41/21 43/11
why [11] 6/17 14/16 14/17 16/14 16/19
31/20 37/3 37/16 37/21 45/12 50/21
WI [1] 35/7
wildlife [2] 9/13 36/14
will [19] 5/6 5/23 11/8 19/25 21/10 23/1 23/8
23/25 24/16 33/10 37/24 41/17 41/24 49/24
50/2 50/7 50/15 50/20 51/13
willing [1] 22/1 50/19
Winter [1] 20/11
Winters [1] 11/13
wish [1] 50/18
within [4] 12/21 13/15 14/22 43/16
Without [3] 6/16 21/9 22/16
won't [3] 5/4 36/20 37/21
words [8] 9/5 9/7 13/10 15/16 16/16 29/18
45/10 46/22
work [9] 10/12 15/21 31/19 32/4 34/14 38/25
48/4 48/8 49/3
worked [2] 4/13 46/5
working [2] 45/12
works [3] 28/23 39/6 45/6
worth [1] 40/18
would [42] 3/12 4/23 6/5 8/2 8/7 9/5 12/20
16/17 17/9 20/5 20/12 21/23 22/2 22/7 22/13
24/23 25/15 27/11 29/17 29/23 33/20 34/21
35/14 35/21 34/8 40/16 41/17 41/25 42/23
42/25 43/7 43/20 44/4 45/22 46/10 46/13
47/6 50/1 50/5 50/12 51/3 51/5
wouldn't [4] 8/1 9/8 10/1 10/2
wrap [1] 20/16
wrong [1] 41/22
wrote [1] 31/7

**Y**

year [3] 16/2 28/21 30/8
years [5] 7/2 38/19 38/20 42/7 42/9
yes [3] 10/18 27/21 39/15
yesterday [1] 46/3
yet [4] 18/16 37/4 40/17 48/6
yield [2] 22/7 22/19
you [137]
you'll [1] 40/25
you've [5] 17/17 37/1 37/18 40/19 46/9
your [66]
yourself [1] 3/6