Case No. 1:16-cv-1534-JEB

# EXHIBIT 1

Case No. 1:16-cv-1534-JEB

