Case No. 1:16-cv-1534-JEB

# EXHIBIT 2

Case No. 1:16-cv-1534-JEB



MORTON CO., ND