Case No. 1:16-cv-1534-JEB

# EXHIBIT 3

Case No. 1:16-cv-1534-JEB

Project Name: **Makoche Wowapi Photo Log**

| FEATURE ID | PICTURE # | DIRECTION FACING | DESCRIPTION |
|---|---|---|---|
| km2F083116 | 73 | E | DIAMOND CAIRN (GRAVE) |
| Tm1F083116 | 74 | E | TRI-ANGLE CAIRN (GRAVE) |
| Tm2F083116 | 76 | E | CAIRN (GRAVE) |
| km3F083116 | 77 | E | CAIRN (GRAVE) |
| Tm3F083116 | 78 | E | WHISTLE CAIRN (GRAVE) |
| Tm5F083116 | 79 | E | CAIRN IN HOOKED STAFF (GRAVE) |
| Tm6F083116 | 80 | E | CAIRN IN HOOKED STAFF (GRAVE) |
| Tm7F083116 | 81 | E | 1m RING IN HOOKED STAFF (GRAVE) |
| Tm11F083116 | 82 | E | 1m CAIRN IN BIG DIPPER EFFIGY |
| Tm14F083116 | 83 | E | RING WITH GRAVE |
| Tm15F083116 | 84 | E | CAIRN (GRAVE) |
| Tm16F083116 | 85 | E | CAIRN (GRAVE) IN LIGHTING BOLT EFFIGY |
| Tm17F083116 | 86 | E | CAIRN (GRAVE) IN LIGHTING BOLT EFFIGY |
| Tm1F090116 | 87 | E | CAIRN (GRAVE) |
| km12F083116 | 88 | E | VEIW OF CAIRN (Grave) BY R.O.W LOOKING EAST |
| km12F083116 | 89 | E | CAIRN (GRAVE) |
| km12F083116 | 90 | E | VIEW OF FEATURE IN R.O.W (D.A.P.L) 2m NORTH OF KM12F083116 |

# Makoche Wowapi

**PROJECT NAME:** Meyer Property  **DATE:** 08/30/2016  **PAGE:** 1 of 2

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM1F083016 | 6.5 | 6.5 | 40+ | yes | yes | yes | 100 38 20.53 | 46 27 14.98 |

ARCHTYPE: Ring with alignment with cairn  DESCRIPTION: Ring with grave with Arc

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM2F083016 | 5 | 3.5 | 23 | No | yes | yes | 100 38 20.28 | 46 27 15.05 |

ARCHTYPE: Effigy  DESCRIPTION: 1/2 Moon effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM3F083016 | 4 | 4 | 21 | No | yes | yes | 100 38 20.41 | 46 27 15.21 |

ARCHTYPE: Effigy  DESCRIPTION: 1/2 Moon effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM4F083016 | 8 | 7 | 23 | No | yes | yes | 100 38 20.07 | 46 27 15.21 |

ARCHTYPE: Ring  DESCRIPTION: Ring

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM5F083016 | 3 | 4 | 10 | No | yes | yes | 100 38 19.96 | 46 27 15.08 |

ARCHTYPE: Effigy  DESCRIPTION: 1/2 Moon Effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM6F083016 | 4 | 3 | 10 | No | yes | yes | 100 38 20.23 | 46 27 15.20 |

ARCHTYPE: Effigy  DESCRIPTION: Coup Stick Effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA1F083016 | 3 | 5 | 7 | No | yes | yes | 100 38 20.97 | 46 27 13.49 |

ARCHTYPE: Alignment  DESCRIPTION: Letter V shaped alignment

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA2F083016 | 13 | 18 | 17 | yes | yes | yes | 100 38 21.23 | 46 27 13.17 |

ARCHTYPE: Alignment w/ 2 Depressions & cairn  DESCRIPTION: Arc w/ 2 Deppression & grave cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA3F083016 | 5 | 5 | 6 | No | yes | yes | 100 38 21.62 | 46 27 13.19 |

ARCHTYPE: Alignment  DESCRIPTION: Arc

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA4F083016 | 9 | 4 | 24 | No | yes | yes | 100 38 21.49 | 46 27 13.19 |

ARCHTYPE: Multiple Stone Features  DESCRIPTION: Double Arc w/alignment

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA5F083016 | 6 | 5 | 17 | No | yes | yes | 100 38 21.19 | 46 27 12.96 |

ARCHTYPE: Multiple Stone Features  DESCRIPTION: 2 connected Rings w/ Arc

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA6F083016 | 3 | 3 | 5 | No | yes | yes | 100 38 21.16 | 46 27 13.02 |

ARCHTYPE: Ring  DESCRIPTION: Ring

# Makoche Wowapi

**PROJECT NAME:** Meyer Property  **DATE:** 08/30/2016  **PAGE:** 2 of 2

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X / Y |
|---|---|---|---|---|---|---|---|
| LA7F083016 | 3 | 3 | 7 | No | Yes | Yes | X= 100 38 20.97  Y= 46 27 12.99 |
| ARCHTYPE: Ring | | | | DESCRIPTION: Ring | | | |
| LA8F083016 | 10 | 10 | 13 | No | Yes | Yes | X= 100 38 20.75  Y= 46 27 12.97 |
| ARCHTYPE: Ring | | | | DESCRIPTION: Ring | | | |
| LA9F083016 | 2.5 | 3 | 16 | Yes | Yes | Yes | X= 100 38 21.06  Y= 46 27 12.76 |
| ARCHTYPE: Multiple Stone Features | | | | DESCRIPTION: Arc w/ ring w/ center grave | | | |
| LA10F083016 | 3 | 4 | 14 | No | Yes | Yes | X= 100 38 20.82  Y= 46 27 12.67 |
| ARCHTYPE: Ring within a Ring | | | | DESCRIPTION: Ring within a Ring | | | |
| LA11F083016 | 6 | 6 | 14 | No | Yes | Yes | X= 100 38 20.62  Y= 46 27 12.67 |
| ARCHTYPE: Ring with Alignment | | | | DESCRIPTION: Ring with Arc | | | |
| LA12F083016 | 5 | 4 | 6 | No | Yes | Yes | X= 100 38 20.62  Y= 46 27 12.60 |
| ARCHTYPE: Arc | | | | DESCRIPTION: Arc | | | |
| LA13F083016 | 3 | 2.5 | 5 | No | Yes | Yes | X= 100 38 20.32  Y= 46 27 12.71 |
| ARCHTYPE: Ring | | | | DESCRIPTION: Ring | | | |
| LA14F083016 | 8 | 6 | 14 | No | Yes | Yes | X= 100 38 20.21  Y= 46 27 12.78 |
| ARCHTYPE: Ring within Ring | | | | DESCRIPTION: Ring within Ring | | | |
| | | | | | | | X= Y= |
| ARCHTYPE: | | | | DESCRIPTION: | | | |
| | | | | | | | X= Y= |
| ARCHTYPE: | | | | DESCRIPTION: | | | |
| | | | | | | | X= Y= |
| ARCHTYPE: | | | | DESCRIPTION: | | | |
| | | | | | | | X= Y= |
| ARCHTYPE: | | | | DESCRIPTION: | | | |

# Makoche Wowapi

Project Name: MEYER PROPERTY    Date: 8-30-16    Feature ID: TM1F083016    Photo #
TM2F083016
TM3F083016
TM4F083016
TM5F083016
TM6F083016



**MAP/DRAWING IS NOT TO SCALE**

# Makoche Wowapi

Project Name: MEYER PROPERTY    Date: 8-30-16    Feature ID: LA1F 083016    Photo # N/A

LA2F 083016
LA3F 083016
LA4F 083016
LA5F 083016
LA6F 083016
LA7F 083016
LA8F 083016
LA9F 083016
LA10F 083016
LA11F 083016
LA12F 083016
LA13F 083016
LA14F 083016



**MAP/DRAWING IS NOT TO SCALE**