Case No. 1:16-cv-1534-JEB

# EXHIBIT 4

# Makoche Wowapi

| PROJECT NAME: Meyer Property | DATE: 08/31/2016 | PAGE: 1 of 3 |
|---|---|---|

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| KM1F083116 | 4 | 5 | 1 | yes | yes | No | 100 38 26.10 | 46 27 17.20 |

ARCHTYPE: Depression with Cairn   DESCRIPTION: Grave within a depression

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| KM2F083116 | 4 | 4 | 14 | yes | yes | yes | 100 38 28.64 | 46 27 17.27 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM1F083116 | 1 | 1 | 15 | yes | yes | yes | 100 38 29.02 | 46 27 17.34 |

ARCHTYPE: Effigy Cairn   DESCRIPTION: Triangle grave cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM2F083116 | 1 | 1 | 6 | yes | yes | yes | 100 38 29.17 | 46 27 17.21 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA1F083116 | 3 | 3 | 8 | No | yes | No | 100 38 30.88 | 46 27 18.66 |

ARCHTYPE: Arc   DESCRIPTION: Arc

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| KM3F083116 | 5 | 5 | 19 | yes | yes | yes | 100 38 32.24 | 46 27 19.72 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA2F083116 | 1 | 1 | 4 | yes | yes | No | 100 38 32.97 | 46 27 19.41 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM3F083116 | 1.5 | 1.5 | 7 | yes | yes | yes | 100 38 34.78 | 46 27 18.48 |

ARCHTYPE: Effigy with Cairn   DESCRIPTION: Whistle, effigy with Grave cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| KM4F083116 | 14 | 14 | 32 | yes | yes | yes | 100 38 34.53 | 46 27 20.71 |

ARCHTYPE: Alignment with Cairn   DESCRIPTION: Alignment with Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| KM5F083116 | 10 | 9 | 60 | No | yes | yes | 100 38 35.35 | 46 27 21.30 |

ARCHTYPE: Effigy with Alignment   DESCRIPTION: Bear Effigy with alignment

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA3F083116 | 5 | 9 | 15 | yes | yes | yes | 100 38 36.18 | 46 27 20.10 |

ARCHTYPE: Effigy with Depression   DESCRIPTION: Crescent Moon with center depression

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM4F083116 | 14 | 7 | 30 | yes | yes | yes | 100 38 35.11 | 46 27 20.59 |

ARCHTYPE: Effigy with Cairn   DESCRIPTION: Hook Staff with Grave Cairn

# Makoche Wowapi

**PROJECT NAME:** Meyer Property  **DATE:** 08/31/2016  **PAGE:** 2 of 3

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= / Y= |
|---|---|---|---|---|---|---|---|
| TM5F083116 | 1 | 1 | 5 | Yes | Yes | Yes | X= 100 38 35.20 / Y= 46 27 20.68 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | |
| TM6F083116 | 1 | 1 | 6 | Yes | Yes | Yes | X= 100 38 35.27 / Y= 46 27 20.78 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | |
| TM7F083116 | 1 | 1 | 8 | No | Yes | Yes | X= 100 38 35.20 / Y= 46 27 20.89 |
| ARCHTYPE: Ring | | | | DESCRIPTION: Ring | | | |
| TM8F083116 | 6 | 10 | 25+ | Yes | Yes | Yes | X= 100 38 35.04 / Y= 46 27 20.85 |
| ARCHTYPE: Effigy with Cairn | | | | DESCRIPTION: Hook Staff with Grave Cairn | | | |
| TM9F083116 | 2.5 | 2.5 | 8 | No | Yes | Yes | X= 100 38 34.96 / Y= 46 27 20.98 |
| ARCHTYPE: Effigy | | | | DESCRIPTION: Triangle Effigy connected to TM8F083116 | | | |
| TM10F083116 | 2.5 | 3 | 8 | No | Yes | Yes | X= 100 38 34.87 / Y= 46 27 20.96 |
| ARCHTYPE: Alignment | | | | DESCRIPTION: Box alignment connected to TM8F083116 | | | |
| KM6F083116 | 2.5 | 2 | 7 | Yes | Yes | Yes | X= 100 38 37.05 / Y= 46 27 20.63 |
| ARCHTYPE: Alignment | | | | DESCRIPTION: Letter V alignment grave | | | |
| LA4F083116 | 4 | 5 | 8 | No | Yes | Yes | X= 100 38 36.48 / Y= 46 27 20.48 |
| ARCHTYPE: Arc | | | | DESCRIPTION: Arc | | | |
| LA5F083116 | 5 | 5 | 19 | No | Yes | Yes | X= 100 38 37.44 / Y= 46 27 21.42 |
| ARCHTYPE: Effigy | | | | DESCRIPTION: Crescent Moon Effigy | | | |
| LA6F083116 | 1 | 1 | 3 | Yes | Yes | Yes | X= 100 38 37.86 / Y= 46 27 21.82 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | |
| KM9F083116 | 1 | 1 | 4 | Yes | Yes | Yes | X= 100 38 40.68 / Y= 46 27 24.19 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | |
| TM11F083116 | 1 | 1 | 4 | Yes | Yes | Yes | X= 100 38 41.35 / Y= 46 27 23.40 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | |

# Makoche Wowapi

| PROJECT NAME: Meyer Property | DATE: 08/31/2016 | PAGE: 3 of 3 |
| --- | --- | --- |

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TM12F083116 | 2 | 4 | 14 | NO | Yes | Yes | 100 38 41.45 | 46 27 23.38 |
| ARCHTYPE: Effigy | | | | DESCRIPTION: 1/2 Moon Effigy | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TM13F083116 | 12 | 15 | 36 | NO | Yes | Yes | 100 38 41.37 | 46 27 23.37 |
| ARCHTYPE: Effigy | | | | DESCRIPTION: Big Dipper Effigy | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| KM10F083116 | 7 | 6 | 31 | Yes | Yes | Yes | 100 38 42.93 | 46 27 24.36 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TM14F083116 | 4 | 4 | 13 | Yes | Yes | Yes | 100 38 43.93 | 46 27 25.76 |
| ARCHTYPE: Ring | | | | DESCRIPTION: Ring | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TM15F083116 | 2 | 2 | 18 | Yes | Yes | Yes | 100 38 43.89 | 46 27 25.77 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| KM12F083116 | 1 | 1 | 4 | Yes | Yes | Yes | 100 39 25.25 | 46 27 47.25 |
| ARCHTYPE: Effigy Cairn | | | | DESCRIPTION: Grave Cairn Effigy connected to TM18F083116 | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TM16F083116 | 1 | 1 | 5 | Yes | Yes | Yes | 100 39 25.83 | 46 27 46.35 |
| ARCHTYPE: Cairn with alignment | | | | DESCRIPTION: Grave Cairn with alignment | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TM17F083116 | 1 | 1 | 5 | Yes | Yes | Yes | 100 39 26.25 | 46 27 47.48 |
| ARCHTYPE: Effigy Cairn | | | | DESCRIPTION: Triangle Effigy Grave Cairn | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TM18F083116 | 3 | 20 | 29 | Yes | Yes | Yes | 100 39 26.09 | 46 27 47.34 |
| ARCHTYPE: Effigy with 2 Cairns | | | | DESCRIPTION: Lightning Bolt Effigy with 2 Grave Cairns | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LA7F083116 | 16 | 15 | 36 | NO | Yes | Yes | 100 39 26.93 | 46 27 47.07 |
| ARCHTYPE: Effigy | | | | DESCRIPTION: Crescent Moon Effigy | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LA8F083116 | 1 | 1 | 2 | Yes | Yes | Yes | 100 39 27.09 | 46 27 47.19 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn within LA7F083116 | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |
| ARCHTYPE: | | | | DESCRIPTION: | | | | |

# Makoche Wowapi

Project Name: MEYER PROPERTY      Date: 8-31-16      Feature ID: KM1F083116    Photo # N/A



# Makoche Wowapi

<u>Project Name:</u> MEYER  PROPERTY   <u>Date:</u>  8-31-16    <u>Feature ID:</u> km 2f 083116   <u>Photo #</u> 73





KM2F083116

PHOTO #73

# Makoche Wowapi

Project Name: MEYER PROPERTY    Date: 8-31-16    Feature ID: Tm1F 0831 16  Photo #74

Tmaf 0831 16   —   76



N

F1

F2



07/28/2016

Photo # 74



TM 2F 083116

PHOTO # 76

# Makoche Wowapi

Project Name: **MEYER PROPERTY**   Date: **8-31-16**   Feature ID: **LAIF083116**   Photo #**N/A**



**MAP/DRAWING IS NOT TO SCALE**

# Makoche Wowapi

Project Name: MEYER PROPERTY      Date: 8-31-16      Feature ID: KM3F083116   Photo # 77



**MAP/DRAWING IS NOT TO SCALE**

KM3F083116

PHOTO # 77



# Makoche Wowapi

Project Name: **MEYER PROPERTY**     Date: **8-31-16**     Feature ID: **LA2F083116**     Photo #**N/A**



# Makoche Wowapi

Project Name: MEYER PROPERTY   Date: 8-31-16        Feature ID: Tm 3F83116   Photo # 78





PHOTO # 78

TM3F083116

# Makoche Wowapi

Project Name: MEYER PROPERTY      Date: 8-31-16      Feature ID: KM 4F 083116      Photo # N/A



N

13m

13 m

# Makoche Wowapi

Project Name: MEYER PROPERTY   Date: 8-31-16   Feature ID: KMSF 083116 Photo #N/A



# Makoche Wowapi

Project Name: MEYER PROPERTY     Date: 8-31-16     Feature ID: LA3F 083116     Photo # N/A



N

# Makoche Wowapi

Project Name: MEYER   PROPERTY   Date: 8-31-16     Feature ID: Photo ID:

Tm4F083116
Tm5F083116  — # 79
Tm6F083116
Tm7F083116  — # 81
Tm8F083116
Tm9F083116
Tm10F083116



**MAP/DRAWING IS NOT TO SCALE**



TM5F0831l6

PHOTO #79



TM 6F 083116

PHoTo # 80

TM7F0831Lc

Photo # 81



# Makoche Wowapi

Project Name: MEYER PROPERTY     Date: 8-31-16     Feature ID: KM6F083116     Photo #N/A



# Makoche Wowapi

Project Name: **MEYER PROPERTY**   Date: **8-31-16**   Feature ID: **LA 4F 083116**   Photo # **N/A**

# Makoche Wowapi

Project Name: MEYER PROPERTY     Date: 8-31-16     Feature ID: LA5F083116   Photo #N/A
LA6F083116



F5

F6

N

# Makoche Wowapi

Project Name: **MEYER PROPERTY**      Date: **8-31-16**      Feature ID: **KM9F 083116**   Photo #**N/A**



**DAPL ROW   SOUTH EDGE**

N

# Makoche Wowapi

Project Name: MEYER PROPERTY    Date: 8-31-16    Feature ID: Tm 11F 083116   Photo # 82
Tm 12F 083116
Tm 13F 083116



F11

N

12m

F12

F13

15m



TM 11F083116

PhoTo # 82

# Makoche Wowapi

Project Name: MEYER PROPERTY     Date: 8-31-16     Feature ID: KM10F083116   Photo # N/A



# Makoche Wowapi

Project Name: **MEYER PROPERTY**   Date: **8-31-16**   Feature ID: **TM 14F083116**  Photo # **83**
**TM 15F083116**  **84**





TM14F083116

PHOTO # 83



TM15F083116

PHOTO # 84

# Makoche Wowapi

Project Name: MEYER  PROPERTY     Date:  8-31-16     Feature ID: km12F0831l6    Photo # N/A



DAPL ROW ×  SOUTH EDGE ×

Tm16F 083116
Tm17F 083116
Tm18F 083116

**MAP/DRAWING IS NOT TO SCALE**

# Makoche Wowapi

Project Name: MEYER PROPERTY     Date: 8-31-16     Feature ID: Tm16F083116   Photo # 85
86

Tm17F083116

Tm18F083116



KM12F083116
PHOTO # 89, 88

PHOTO #
90

F18

F17

F16

DAPL ROW    SOUTH EDGE

N

**MAP/DRAWING IS NOT TO SCALE**



PHOTO # 86

TM17F083116



PHOTO # 85

TM16F083116

PHOTO # 88

KM12F083116

PHOTO # 89

KM12F083116

PHOTO # 90

KMIAF083116

# Makoche Wowapi

Project Name: MEYER PROPERTY   Date: 8-31-16   Feature ID: LA 7F083116 Photo # N/A

LA 8F083116

