IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>              Plaintiff,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>              Defendant. | Case No. 1:16-cv-1534-JEB |

**DECLARATION OF JAN HASSELMAN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Jan Hasselman, declare as follows:

1. I am counsel of record for plaintiff Standing Rock Sioux Tribe. I am a member in good standing of the Washington state bar, and have been admitted to practice before this Court *pro hac vice*.

2. At approximately 2 p.m. on Saturday, September 3, 2016, I began receiving email and text messages that construction had commenced at the site described by Tim Mentz in his declaration filed the previous day.

3. After coordinating with my client, I attempted to contact, via email, counsel for both defendant and defendant-intervenor and indicated that plaintiff was preparing a motion for a

(No. 1:16-cv-1534-JEB) - 1

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

temporary restraining order, and offered to discuss the matter further.  I did not receive any response to the email, which was sent at approximately 4 p.m. that day.

    4.    All parties of record will receive notice of the filing of this TRO motion via ECF.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 4, 2016

                      */s/ Jan E. Hasselman*
                      Jan E. Hasselman, WSBA # 29107

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2016, I electronically filed the foregoing *Declaration of Jan Hasselman In Support of Motion For Temporary Restraining Order* with the Clerk of the Court using the CM/ECF system.

*/s/ Jan E. Hasselman*
Jan E. Hasselman

(No. 1:16-cv-1534-JEB) - 3

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*