IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                Defendant. | Case No. 1:16-cv-1534-JEB |

**[PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER**

This Court has reviewed the motion for a temporary restraining order, accompanying declarations and memorandum, and the record in this case. It hereby GRANTS the motion and orders as follows:

1.    Defendant-intervenor, and all employees, agents, contractors, and subcontractors, are ENJOINED from any additional work at the site west of Highway 1806 that was cleared on September 3, 2016; and

2.    Defendant-intervenor, and all employees, agents, contractors, and subcontractors, are ENJOINED from any additional construction work on the pipeline within 20 miles in either direction of Lake Oahe pending this Court's ruling on the pending motion for a preliminary

(No. 1:16-cv-1534-JEB) - 1

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

injunction.

SO ORDERED.

Dated: _____

                                        JAMES E. BOASBERG
                                        United States District Judge

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2016, I electronically filed the foregoing *Proposed Order Granting Motion for TRO* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman
