**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| STANDING ROCK SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-01534 (JEB) |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNITED STATES ARMY CORPS OF ENGINEERS' RESPONSE TO
PLAINTIFF'S AND INTERVENOR-PLAINTIFF'S
MOTIONS FOR TEMPORARY RESTRAINING ORDER**

The United States Army Corps of Engineers ("Corps") does not oppose Plaintiff Standing

Rock Sioux Tribe's and Intervenor-Plaintiff Cheyenne River Sioux Tribe's Motions for a

Temporary Restraining Order as to any additional construction work on the pipeline within 20

miles on either side of Lake Oahe in North Dakota until this Court rules on Plaintiff's pending

Motion for Preliminary Injunction.

As set forth in the Corps' Opposition to Plaintiff's Motion for Preliminary Injunction

[ECF No. 21], Plaintiff is unlikely to prevail on the merits of its claims for lack of tribal

consultation under Section 106 of the National Historic Preservation Act.  The Corps fulfilled its

statutory responsibilities for areas within the Corps' jurisdiction by engaging in national,

regional, and site-specific consultation.  Beyond Lake Oahe itself, there were no preconstruction

notifications and thus no specific Corps authorizations within the area of the proposed temporary

restraining order (i.e., 20 miles in either direction of Lake Oahe).  The Corps therefore believes

that the majority of lands that would be the subject of the proposed temporary restraining order,

including the site described in the Mentz declaration, are not within the Corps' jurisdiction.

Nonetheless, the Corps is aware that Dakota Access, LLC's work near Lake Oahe has

been the subject of several recent confrontations.  The Corps acknowledges that the public

interest would be served by preserving peace near Lake Oahe until the Court can render its well-

considered opinion on Plaintiff's Motion for Preliminary Injunction.[1]  The Corps therefore does

not oppose this short and discrete temporary restraining order.


Dated: September 5, 2016                                     Respectfully submitted,

                                                            JOHN C. CRUDEN
                                                            Acting Assistant Attorney General
                                                            Environment & Natural Resources Division

                                           By:      /s/  *Erica Zilioli*

                                                            MATTHEW MARINELLI, IL Bar 6277967
                                                            U.S. Department of Justice
                                                            Natural Resources Section
                                                            P.O. Box 7611
                                                            Benjamin Franklin Station
                                                            Washington, DC 20044
                                                            Phone: (202) 305-0293
                                                            Fax: (202) 353-2021
                                                            matthew.marinelli@usdoj.gov

                                                            ERICA M. ZILIOLI, D.C. Bar 488073
                                                            U.S. Department of Justice
                                                            Environmental Defense Section
                                                            P.O. Box 7611
                                                            Washington, DC 20044
                                                            Phone: (202) 514-6390
                                                            Fax: (202) 514-8865
                                                            Erica.Zilioli@usdoj.gov

---

[1] Intervenor-Plaintiff Cheyenne River Sioux Tribe also moves for a temporary restraining order to prevent Dakota Access from "engaging with or antagonizing" protestors.  ECF No. 31 at 1. Although this matter is outside the scope of this lawsuit, the Corps would not oppose a temporary restraining order on this basis in the interest of public safety.

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 5th day of September, 2016, a copy of the foregoing was filed

through the Court's CM/ECF management system and electronically served on counsel of

record.


/s/  *Erica Zilioli*
Erica M. Zilioli