**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STANDING ROCK SIOUX TRIBE | § § | |
| Plaintiff, | § § | |
| v. | § § | **Case No. 1:16-CV-01534-JEB** |
| U.S. ARMY CORPS OF ENGINEERS | § § | |
| Defendant. | § § § | |

# Declaration of Joey Mahmoud

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> U.S. ARMY CORPS OF ENGINEERS § <br> § <br> Defendant. § <br> § <br> § | Case No. 1:16-CV-01534-JEB |

### DECLARATION OF JOEY MAHMOUD IN SUPPORT OF DAKOTA ACCESS, LLC'S COMBINED RESPONSE TO STANDING ROCK SIOUX TRIBE'S MOTION TO SUPPLEMENT AND MOTIONS FOR TEMPORARY RESTRAINING ORDER BY STANDING ROCK SIOUX TRIBE AND CHEYENNE RIVER SIOUX TRIBE

1.  My name is Joey Mahmoud. I am over 21 years of age, of sound mind, and duly qualified to make this declaration. I make this declaration based upon my personal knowledge, including without limitation, (i) my personal involvement with the business dealings of Dakota Access, LLC ("Dakota Access") and the Dakota Access Pipeline ("DAPL"); (ii) my personal involvement in the application, authorization, verification, and other permitting procedures that DAPL was subject to and that are the subject of this litigation; and (iii) my position as Vice President of Engineering of Dakota Access, LLC and Senior Vice President of Engineering of Energy Transfer Partners, L.P. a beneficial owner of Dakota Access.

2.  I have reviewed Dakota Access' Combined Response to Standing Rock Sioux Tribe's Motion to Supplement and Motions for Temporary Restraining Order by Standing Rock Sioux Tribe and Cheyenne River Sioux Tribe, and I attest to the veracity of the facts set forth by Dakota Access in support of this Response.

2

3.     Exhibit A is a true and correct copy of aerial map images of the Dakota Access Pipeline Project in Morton County, North Dakota.

4.     Exhibit B is a true and correct copy of a press release from the Morton County Sheriff Department issued on September 3, 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 6, 2016.

_____
Joey Mahmoud

2