Case No. 1:16-cv-1534-JEB

# EXHIBIT 1



Makoce Wowapi Points Map

Case No. 1:16-cv-1534-JEB

# EXHIBIT 2

Case No. 1:16-cv-1534-JEB



MORTON CO., ND

Case No. 1:16-cv-1534-JEB

# EXHIBIT 3

Case No. 1:16-cv-1534-JEB

Project Name

# Makoche Wowapi
## Photo Log

| FEATURE ID | PICTURE # | DIRECTION FACING | DESCRIPTION |
|---|---|---|---|
| KM2F083116 | 73 | E | DIAMOND CAIRN (GRAVE) |
| Tm1F083116 | 74 | E | TRI-ANGLE CAIRN (GRAVE) |
| Tm2F083116 | 76 | E | CAIRN (GRAVE) |
| KM3F083116 | 77 | E | CAIRN (GRAVE) |
| Tm3F083116 | 78 | E | WHISTLE CAIRN (GRAVE) |
| Tm5F083116 | 79 | E | CAIRN IN HOOKED STAFF (GRAVE) |
| Tm6F083116 | 80 | E | CAIRN IN HOOKED STAFF (GRAVE) |
| Tm7F083116 | 81 | E | 1m RING IN HOOKED STAFF |
| Tm11F083116 | 82 | E | 1m CAIRN IN BIG DIPPER EFFIGY (GRAVE) |
| Tm14F083116 | 83 | E | RING WITH GRAVE |
| Tm15F083116 | 84 | E | CAIRN (GRAVE) |
| Tm16F083116 | 85 | E | CAIRN (GRAVE) IN LIGHTING BOLT EFFIGY |
| Tm17F083116 | 86 | E | CAIRN (GRAVE) IN LIGHTING BOLT EFFIGY |
| Tm1F090116 | 87 | E | CAIRN (GRAVE) |
| KM12F083116 | 88 | E | VEIW OF CAIRN (Grave) BY R.O.W LOOKING EAST |
| KM12F083116 | 89 | E | CAIRN (GRAVE) |
| KM12F083116 | 90 | E | VIEW OF FEATURE IN R.O.W (D.A.P.L) |
| | | | 2m NORTH OF KM12F083116 |
| | | | |
| | | | |
| | | | |
| | | | |

# Makoche Wowapi

**PROJECT NAME:** Meyer Property    **DATE:** 08/30/2016    **PAGE:** 1 of 2

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| TM1F083016 | 6.5 | 6.5 | 40+ | Yes | Yes | Yes | X= 100 38 20.53  Y= 46 27 14.98 |

ARCHTYPE: Ring with alignment with cairn   DESCRIPTION: Ring with grave with Arc

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| TM2F083016 | 5 | 3.5 | 23 | No | Yes | Yes | X= 100 38 20.28  Y= 46 27 15.05 |

ARCHTYPE: Effigy   DESCRIPTION: 1/2 moon effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| TM3F083016 | 4 | 4 | 21 | No | Yes | Yes | X= 100 38 20.41  Y= 46 27 15.21 |

ARCHTYPE: Effigy   DESCRIPTION: 1/2 Moon effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| TM4F083016 | 8 | 7 | 23 | No | Yes | Yes | X= 100 38 20.07  Y= 46 27 15.21 |

ARCHTYPE: Ring   DESCRIPTION: Ring

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| TM5F083016 | 3 | 4 | 10 | No | Yes | Yes | X= 100 38 19.96  Y= 46 27 15.08 |

ARCHTYPE: Effigy   DESCRIPTION: 1/2 Moon Effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| TM6F083016 | 4 | 3 | 10 | No | Yes | Yes | X= 100 38 20.23  Y= 46 27 15.20 |

ARCHTYPE: Effigy   DESCRIPTION: Coop Stick Effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| LA1F083016 | 3 | 5 | 7 | No | Yes | Yes | X= 100 38 20.97  Y= 46 27 13.49 |

ARCHTYPE: Alignment   DESCRIPTION: Letter V shaped alignment

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| LA2F083016 | 13 | 18 | 17 | Yes | Yes | Yes | X= 100 38 21.23  Y= 46 27 13.17 |

ARCHTYPE: Alignment w/ 2 Depressions & cairn   DESCRIPTION: Arc w/ 2 Deppression & grave cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| LA3F083016 | 5 | 5 | 6 | No | Yes | Yes | X= 100 38 21.62  Y= 46 27 13.19 |

ARCHTYPE: Alignment   DESCRIPTION: Arc

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| LA4F083016 | 9 | 4 | 24 | No | Yes | Yes | X= 100 38 21.49  Y= 46 27 13.19 |

ARCHTYPE: Multiple Stone Features   DESCRIPTION: Double Arc w/alignment

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| LA5F083016 | 6 | 5 | 17 | No | Yes | Yes | X= 100 38 21.19  Y= 46 27 12.96 |

ARCHTYPE: Multiple Stone Features   DESCRIPTION: 2 connected Rings w/ Arc

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X/Y |
|---|---|---|---|---|---|---|---|
| LA6F083016 | 3 | 3 | 5 | No | Yes | Yes | X= 100 38 21.16  Y= 46 27 13.02 |

ARCHTYPE: Ring   DESCRIPTION: Ring

# Makoche Wowapi

| PROJECT NAME: Meyer Property | DATE: 08/30/2016 | PAGE: 2 of 2 |
|---|---|---|

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| LA7F083016 | 3 | 3 | 7 | No | Yes | Yes | X= 100 38 20.97 Y= 46 27 12.99 |
| ARCHTYPE: Ring | | | | DESCRIPTION: Ring | | | |
| LA8F083016 | 10 | 10 | 13 | No | Yes | Yes | X= 100 38 20.75 Y= 46 27 12.97 |
| ARCHTYPE: Ring | | | | DESCRIPTION: Ring | | | |
| LA9F083016 | 2.5 | 3 | 16 | Yes | Yes | Yes | X= 100 38 21.06 Y= 46 27 12.76 |
| ARCHTYPE: Multiple Stone Features | | | | DESCRIPTION: Arc w/ ring w/ center grave | | | |
| LA10F083016 | 3 | 4 | 14 | No | Yes | Yes | X= 100 38 20.82 Y= 46 27 12.67 |
| ARCHTYPE: Ring within a Ring | | | | DESCRIPTION: Ring within a Ring | | | |
| LA11F083016 | 6 | 6 | 14 | No | Yes | Yes | X= 100 38 20.62 Y= 46 27 12.67 |
| ARCHTYPE: Ring with Alignment | | | | DESCRIPTION: Ring with Arc | | | |
| LA12F083016 | 5 | 4 | 6 | No | Yes | Yes | X= 100 38 20.62 Y= 46 27 12.60 |
| ARCHTYPE: Arc | | | | DESCRIPTION: Arc | | | |
| LA13F083016 | 3 | 2.5 | 5 | No | Yes | Yes | X= 100 38 20.32 Y= 46 27 12.71 |
| ARCHTYPE: Ring | | | | DESCRIPTION: Ring | | | |
| LA14F083016 | 8 | 6 | 14 | No | Yes | Yes | X= 100 38 20.21 Y= 46 27 12.78 |
| ARCHTYPE: Ring within Ring | | | | DESCRIPTION: Ring within Ring | | | |
| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= Y= |
| ARCHTYPE: | | | | DESCRIPTION: | | | |
| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= Y= |
| ARCHTYPE: | | | | DESCRIPTION: | | | |
| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= Y= |
| ARCHTYPE: | | | | DESCRIPTION: | | | |
| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= Y= |
| ARCHTYPE: | | | | DESCRIPTION: | | | |

# Makoche Wowapi

Project Name: **MEYER PROPERTY**     Date: **8-30-16**     Feature ID: **Tm1F083016**     Photo #

Tm2F083016
Tm3F083016
Tm4F083016
Tm5F083016
Tm6F083016



**MAP/DRAWING IS NOT TO SCALE**

# Makoche Wowapi

<u>Project Name:</u> MEYER PROPERTY    <u>Date:</u> 8-30-16    <u>Feature ID:</u> LA 1F 083016    <u>Photo #</u> N/A

LA 2F 083016
LA 3F 083016
LA 4F 083016
LA 5F 083016
LA 6F 083016
LA 7F 083016
LA 8F 083016
LA 9F 083016
LA 10F 083016
LA 11F 083016
LA 12F 083016
LA 13F 083016
LA 14F 083016



**MAP/DRAWING IS NOT TO SCALE**

Case No. 1:16-cv-1534-JEB

# EXHIBIT 4

Case No. 1:16-cv-1534-JEB

# Makoche Wowapi

| PROJECT NAME: Meyer Property | DATE: 08/31/2016 | PAGE: 1 of 3 |
|---|---|---|

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| KM1F083116 | 4 | 5 | 1 | yes | yes | No | X= 100 38 26.10  Y= 46 27 17.20 |

ARCHTYPE: Depression with Cairn   DESCRIPTION: Grave within a depression

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| KM2F083116 | 4 | 4 | 14 | yes | yes | yes | X= 100 38 28.64  Y= 46 27 17.27 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| TM1F083116 | 1 | 1 | 15 | Yes | Yes | Yes | X= 100 38 29.02  Y= 46 27 17.34 |

ARCHTYPE: Effigy Cairn   DESCRIPTION: Triangle grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| TM2F083116 | 1 | 1 | 6 | yes | yes | yes | X= 100 38 29.17  Y= 46 27 17.21 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| LA1F083116 | 3 | 3 | 8 | No | Yes | No | X= 100 38 30.88  Y= 46 27 18.66 |

ARCHTYPE: Arc   DESCRIPTION: Arc

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| KM3F083116 | 5 | 5 | 19 | yes | yes | Yes | X= 100 38 32.24  Y= 46 27 19.72 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| LA2F083116 | 1 | 1 | 4 | yes | yes | No | X= 100 38 32.97  Y= 46 27 19.41 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| TM3F083116 | 1.5 | 1.5 | 7 | Yes | yes | yes | X= 100 38 34.78  Y= 46 27 18.48 |

ARCHTYPE: Effigy with Cairn   DESCRIPTION: Whistle, effigy with Grave cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| KM4F083116 | 14 | 14 | 32 | Yes | yes | yes | X= 100 38 34.53  Y= 46 27 20.71 |

ARCHTYPE: Alignment with Cairn   DESCRIPTION: Alignment with Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| KM5F083116 | 10 | 9 | 60 | No | Yes | Yes | X= 100 38 35.35  Y= 46 27 21.30 |

ARCHTYPE: Effigy with Alignment   DESCRIPTION: Bear Effigy with alignment

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| LA3F083116 | 5 | 9 | 15 | Yes | Yes | yes | X= 100 38 36.18  Y= 46 27 20.10 |

ARCHTYPE: Effigy with Depression   DESCRIPTION: Crescent Moon with center depression

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | |
|---|---|---|---|---|---|---|---|
| TM4F083116 | 14 | 7 | 30 | Yes | Yes | Yes | X= 100 38 35.11  Y= 46 27 20.59 |

ARCHTYPE: Effigy with Cairn   DESCRIPTION: Hook Staff with Grave Cairn

# Makoche Wowapi

| PROJECT NAME: Meyer Property | DATE: 08/31/2016 | PAGE: 2of 3 |
|---|---|---|

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM5F083116 | 1 | 1 | 5 | Yes | Yes | Yes | 100 38 35.20 | 46 27 20.68 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM6F083116 | 1 | 1 | 6 | Yes | Yes | Yes | 100 38 35.27 | 46 27 20.78 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM7F083116 | 1 | 1 | 8 | No | Yes | Yes | 100 38 35.20 | 46 27 20.89 |
| ARCHTYPE: Ring | | | | DESCRIPTION: Ring | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM8F083116 | 6 | 10 | 25+ | Yes | Yes | Yes | 100 38 35.04 | 46 27 20.85 |
| ARCHTYPE: Effigy with Cairn | | | | DESCRIPTION: Hook Staff with Grave Cairn | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM9F083116 | 2.5 | 2.5 | 8 | No | Yes | Yes | 100 38 34.96 | 46 27 20.98 |
| ARCHTYPE: Effigy | | | | DESCRIPTION: Triangle Effigy connected to TM8F083116 | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM10F083116 | 2.5 | 3 | 8 | No | Yes | Yes | 100 38 34.87 | 46 27 20.96 |
| ARCHTYPE: Alignment | | | | DESCRIPTION: Box alignment connected to TM8F083116 | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| KM6F083116 | 2.5 | 2 | 7 | Yes | Yes | Yes | 100 38 37.05 | 46 27 20.63 |
| ARCHTYPE: Alignment | | | | DESCRIPTION: Letter V alignment grave | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA4F083116 | 4 | 5 | 8 | No | Yes | Yes | 100 38 36.48 | 46 27 20.48 |
| ARCHTYPE: Arc | | | | DESCRIPTION: Arc | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA5F083116 | 5 | 5 | 19 | No | Yes | Yes | 100 38 37.44 | 46 27 21.42 |
| ARCHTYPE: Effigy | | | | DESCRIPTION: Crescent Moon Effigy | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA6F083116 | 1 | 1 | 3 | Yes | Yes | Yes | 100 38 37.86 | 46 27 21.82 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| KM9F083116 | 1 | 1 | 4 | Yes | Yes | Yes | 100 38 40.68 | 46 27 24.19 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | | |

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM11F083116 | 1 | 1 | 4 | Yes | Yes | Yes | 100 38 41.35 | 46 27 23.40 |
| ARCHTYPE: Cairn | | | | DESCRIPTION: Grave Cairn | | | | |

# Makoche Wowapi

| PROJECT NAME: Meyer Property | DATE: 08/31/2016 | PAGE: 3 of 3 |
|---|---|---|

**NOTES:**

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM12F083116 | 2 | 4 | 14 | NO | Yes | Yes | 100 38 41.45 | 46 27 23.38 |

ARCHTYPE: Effigy   DESCRIPTION: 1/2 Moon Effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM13F083116 | 12 | 15 | 36 | NO | Yes | Yes | 100 38 41.37 | 46 27 23.37 |

ARCHTYPE: Effigy   DESCRIPTION: Big Dipper Effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| KM10F083116 | 7 | 6 | 31 | Yes | Yes | Yes | 100 38 42.93 | 46 27 24.36 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM14F083116 | 4 | 4 | 13 | Yes | Yes | Yes | 100 38 43.93 | 46 27 25.76 |

ARCHTYPE: Ring   DESCRIPTION: Ring

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM15F083116 | 2 | 2 | 18 | Yes | Yes | Yes | 100 38 43.89 | 46 27 25.77 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| KM12F083116 | 1 | 1 | 4 | Yes | Yes | Yes | 100 39 25.25 | 46 27 47.25 |

ARCHTYPE: Effigy Cairn   DESCRIPTION: Grave Cairn Effigy connected to TM18F083116

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM16F083116 | 1 | 1 | 5 | Yes | Yes | Yes | 100 39 25.83 | 46 27 46.35 |

ARCHTYPE: Cairn with alignment   DESCRIPTION: Grave Cairn with alignment

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM17F083116 | 1 | 1 | 5 | Yes | Yes | Yes | 100 39 26.25 | 46 27 47.48 |

ARCHTYPE: Effigy Cairn   DESCRIPTION: Triangle Effigy Grave Cairn

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| TM18F083116 | 3 | 20 | 29 | Yes | Yes | Yes | 100 39 26.09 | 46 27 47.34 |

ARCHTYPE: Effigy with 2 cairns   DESCRIPTION: Lightning Bolt Effigy with 2 Grave Cairns

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA7F083116 | 16 | 15 | 36 | NO | Yes | Yes | 100 39 26.93 | 46 27 47.07 |

ARCHTYPE: Effigy   DESCRIPTION: Crescent Moon Effigy

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
| LA8F083116 | 1 | 1 | 2 | Yes | Yes | Yes | 100 39 27.09 | 46 27 47.19 |

ARCHTYPE: Cairn   DESCRIPTION: Grave Cairn within LA7F083116

| FEATURE ID | N/S | E/W | STONE COUNT | GRAVE | SODDED | GENERATIONAL | X= | Y= |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

ARCHTYPE:   DESCRIPTION:

# Makoche Wowapi

Project Name: MEYER PROPERTY     Date: 8-31-16     Feature ID: KM 1F083116     Photo # N/A



DAPL ROW   x   SOUTH EDGE   x

**MAP/DRAWING IS NOT TO SCALE**

# Makoche Wowapi

Project Name: __MEYER  PROPERTY__    Date:  __8-31-16__    Feature ID: __km2f083116__   Photo # __73__





KM2F 083116

PHOTO # 73

# Makoche Wowapi

Project Name: MEYER PROPERTY   Date: 8-31-16   Feature ID: Tm 1F 083116 Photo # 74
                                                     Tmaf 083116   —   76



**MAP/DRAWING IS NOT TO SCALE**



7/16/2015

Photo # 74



TM 2F 083116

PHOTO # 76

# Makoche Wowapi

Project Name: **MEYER PROPERTY**    Date: **8-31-16**    Feature ID: **LAIF083116**    Photo # N/A



# Makoche Wowapi

Project Name: MEYER PROPERTY     Date: 8-31-16     Feature ID: KM3F083116   Photo # 77



KM3F08311b

PHOTO # 77



# Makoche Wowapi

Project Name: **MEYER  PROPERTY**     Date: **8-31-16**     Feature ID: **LA2F083116**   Photo #**N/A**

# Makoche Wowapi

Project Name: MEYER PROPERTY  Date: 8-31-16    Feature ID: TM 3F83116   Photo # 78





PHOTO # 78

TM3F083116

# Makoche Wowapi

Project Name: **MEYER PROPERTY**    Date: **8-31-16**    Feature ID: **KM 4F 083116**    Photo #**N/A**



# Makoche Wowapi

Project Name: **MEYER PROPERTY**    Date: **8-31-16**    Feature ID: **KMSF 083116**  Photo #**N/A**



DAPL ROW

SOUTH EDGE

N

10m

9m

# Makoche Wowapi

Project Name: **MEYER PROPERTY**     Date: **8-31-16**     Feature ID: **LA3F 083116**     Photo # **N/A**



# Makoche Wowapi

Project Name: MEYER PROPERTY   Date: 8-31-16   Feature ID: Tm6F083116   Photo #P

Tm4F083116
Tm5F083116   — # 79
Tm7F083116   — # 81
Tm8F083116
Tm9F083116
Tm10F083116



**MAP/DRAWING IS NOT TO SCALE**



TM5F08311G

PHOTO #79



TM 6F 083116

PHoTo # 80

TM7F083116

Photo # 81



# Makoche Wowapi

<u>Project Name:</u> **MEYER PROPERTY**     <u>Date:</u> **8-31-16**     <u>Feature ID:</u> **KMGF083116**   <u>Photo #</u>**N/A**



# Makoche Wowapi

Project Name: **MEYER PROPERTY**      Date: **8-31-16**      Feature ID: **LA 4F 0831 16**   Photo #**N/A**

# Makoche Wowapi

Project Name: MEYER PROPERTY    Date: 8-31-16    Feature ID: LA5F083116    Photo #N/A

LA6F083116



# Makoche Wowapi

Project Name: **MEYER PROPERTY**     Date:  **8-31-16**     Feature ID: **KM9F 083116**   Photo # **N/A**



# Makoche Wowapi

Project Name: MEYER PROPERTY     Date: 8-31-16     Feature ID: Tm 11F 083116   Photo # 82

Tm12F 083116

Tm13F 083116





TM 11F083116

Photo # 82

# Makoche Wowapi



# Makoche Wowapi

Project Name: __MEYER  PROPERTY__    Date: __8-31-16__    Feature ID: __TM 14F083116__ Photo # __83__

__TM 15F083116__    __84__



**MAP/DRAWING IS NOT TO SCALE**



TM14F083116

PHOTO # 83



TM15F083116

PHOTO # 84

# Makoche Wowapi

Project Name: **MEYER PROPERTY**   Date: **8-31-16**   Feature ID: **km12F0831l6**   Photo # **N/A**



# Makoche Wowapi

Project Name: MEYER PROPERTY    Date: 8-31-16    Feature ID: Tm16F083116   Photo # 85
                                                                          86
                                                                Tm17F083116
                                                                Tm18F083116



KM12F083116
PHOTO # 89, 88

PHOTO #
90

F18

F17

F16

DAPL ROW — SOUTH EDGE

N

**MAP/DRAWING IS NOT TO SCALE**

PHOTO # 86

TM17F08311G



PHOTO # 85

TM16F083114

PHOTO # 88

KM12F0831116

PHOTO # 89

KM12F083116

PHOTO # 90

KM1AF083116

# Makoche Wowapi

Project Name: __MEYER PROPERTY__ Date: __8-31-16__ Feature ID: __LA7F083116__ Photo # __N/A__

LA8F083116



**MAP/DRAWING IS NOT TO SCALE**