UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,** *et al.*,<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**U.S. ARMY CORPS OF ENGINEERS,** *et al.*,<br><br>    **Defendants.** | Civil Action No. 16-1534 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's Motion for a Preliminary Injunction is DENIED; and

2. Parties shall appear for the scheduled status conference on September 16, 2016, at 2:00 PM.

**SO ORDERED.**

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  September 9, 2016