IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　　　Defendant. | Case No. 1:16-cv-1534-JEB |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

　　　　Standing Rock Sioux Tribe, the Plaintiff, appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of the District Court for the District of Columbia, entered in *Standing Rock Sioux Tribe v. U.S. Army Corps of Engineers*, Case No. 1:16-cv-1534-JEB on September 9, 2016, Order Denying Motion for Preliminary Injunction.

Dated:  September 9, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jan E. Hasselman*
　　　　　　　　　　　　　　　　　　　　Patti A. Goldman, DCB # 398565
　　　　　　　　　　　　　　　　　　　　Jan E. Hasselman, WSBA # 29107
　　　　　　　　　　　　　　　　　　　　(*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Stephanie Tsosie, WSBA # 49840
　　　　　　　　　　　　　　　　　　　　(*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Earthjustice

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

705 Second Avenue, Suite 203
Seattle, WA  98104
Telephone:  (206) 343-7340
pgoldman@earthjustice.org
jhasselman@earthjustice.org
stsosie@earthjustice.org

*Attorneys for Plaintiff*

(No. 1:16-cv-1534-JEB) - 2

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 9, 2016, I electronically filed the foregoing *Notice of Appeal to The United States Court of Appeals for The District of Columbia Circuit* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman

(No. 1:16-cv-1534-JEB) - 3

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*