IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-01534 (JEB) |
| ) | |
| UNITED STATES ARMY CORPS OF ) | |
| ENGINEERS, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES ARMY CORPS OF ENGINEERS' RESPONSE TO PLAINTIFF'S MOTION FOR INJUNTION PENDING APPEAL OR EXTENSION OF TEMPORARY RESTRAINING ORDER**

The United States Army Corps of Engineers' ("Corps") provides this response to Plaintiff Standing Rock Sioux Tribe's and Intervenor-Plaintiff Cheyenne River Sioux Tribe's Motions for Injunction Pending Appeal. The Corps opposes Plaintiff's proposed injunction pending appeal. For the reasons stated in the Corps' Response to Plaintiff Standing Rock Sioux Tribe's and Intervenor-Plaintiff Cheyenne River Sioux Tribe's Motions for a Temporary Restraining Order [ECF 32], the Corps does not oppose an extension of the temporary restraining order, as set forth in the Court's September 6, 2016 Order, until Friday, September 16, 2016. The Corps will continue to assess and possibly revise this position in consideration of public safety concerns.

Dated: September 9, 2016                Respectfully submitted,

                                        JOHN C. CRUDEN
                                        Assistant Attorney General
                                        Environment & Natural Resources Division

                                By:     /s/ *Erica Zilioli*

                                        MATTHEW MARINELLI, IL Bar 6277967
                                        U.S. Department of Justice

Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0293
Fax: (202) 353-2021
matthew.marinelli@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of September, 2016, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

/s/  *Erica Zilioli*
Erica M. Zilioli
