**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,** | |
| **Plaintiff,** | **Case No. 1:16-cv-1534-JEB** |
| **and** | |
| **CHEYENNE RIVER SIOUX TRIBE,** | |
| **Intervenor-Plaintiff,** | |
| **v.** | |
| **U.S. ARMY CORPS OF ENGINEERS,** | |
| **Defendant.** | |
| **and** | |
| **DAKOTA ACCESS, LLP,** | |
| **Intervenor-Defendant.** | |

**[PROPOSED] ORDER GRANTING INTERVENOR-PLAINTIFF CHEYENNE RIVER
SIOUX TRIBE'S MOTION FOR RECONSIDERATION OF MINUTE ORDER
STRIKING AMENDED COMPLAINT**

This Court has reviewed the Intervenor-Plaintiff Cheyenne River Sioux Tribe's Motion for

Reconsideration of Minute Order Striking Amended Complaint.  The Court hereby GRANTS the

Motion.


SO ORDERED.

Dated: _____

 

 

_____
JAMES E. BOASBERG
United States District Judge