# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:16-cv-01534 (JEB) |

## NOTICE OF LODGING ADMINISTRATIVE RECORD

Defendant the United States Army Corps of Engineers ("Corps") hereby gives notice of lodging the administrative record for the Corps' decisions challenged by Plaintiff Standing Rock Sioux Tribe in this case. The declarations certifying the contents of the administrative record are attached as Exhibit 1. The index of documents contained in the administrative record is attached as Exhibit 2. The Corps will serve the administrative record on counsel via hand delivery at the status hearing today.

Dated: November 10, 2016

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

By: /s/ *Matthew Marinelli*

MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0293

Fax: (202) 353-2021
matthew.marinelli@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 10th day of November, 2016, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

                      /s/ *Erica Zilioli*
                      Erica Zilioli