# Exhibit 1

## Certifications

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE

    Plaintiffs,

    v.

U.S. ARMY CORPS OF
ENGINEERS

    Defendants.

Case No. 1:16-cv-01534

# DECLARATION OF PAUL ST. LOUIS

In accordance with the provisions of 28 U.S.C. § 1746, I, Paul St. Louis, declare as follows to the best of my memory and knowledge:

1. I am presently employed as the Section 408 Coordinator (Emergency Management Specialist) in the Emergency Management Division of the Rock Island District of the United States Army Corps of Engineers ("the Corps"), Rock Island District, and I have been coordinating Section 408 reviews for the Rock Island District since approximately February 2013; however, the designation of Section 408 Coordinator was not given until EC 1165-2-216 was issued in July of 2014. I was originally hired into the Emergency Management Division as an Emergency Management Specialist in 2012. Prior to this assignment, I worked as a construction control representative within the Engineering and Construction Division of the Rock Island District between April 2010 and October 2012.

2. I graduated from Michigan Technological University in 2008 with a Bachelor of Science degree in Construction Management and with and Associates degree in Civil Engineering Technology.

3. As part of my normal duties as a Section 408 Coordinator, I am responsible for interpreting policy and regulation to meet the needs of management and assigned functional responsibilities. I primarily coordinate the technical and policy reviews performed by various Rock Island District functional offices that ensure alterations to federally constructed civil works projects, within the Rock Island District Authority of the Rivers and Harbors Act of 1899, will not be injurious to the public interest and will not impair the usefulness of such work.

4. I am the assigned Section 408 Coordinator and Project Manager from the Rock Island District for the Dakota Access Pipeline across the Mississippi River Project (DAPL). As part of my duties for the DAPL, I was involved in numerous discussions and decisions pertaining to the Section 408 permission letter signed on July 25, 2016.

5. I have reviewed the administrative record and hereby certify that the record contains all documents relied on by the Rock Island District in reaching its permission decision.

Executed on this 25th day of October 2016.

*[signature]*

Paul St. Louis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | Case No. 1:16-cv-1534-JEB |

**DECLARATION OF AMY C. HENKE CERTIFYING
THE SECTION 404/10/NWP 12 ADMINISTRATIVE RECORD**

I, Amy C. Henke, declare as follows:

1. My name is Amy C. Henke. I am an Environmental Engineer and employed by the United States Department of the Army, Corps of Engineers, Mississippi Valley Division, St. Louis District as a Regulatory Branch Project Manager.

2. I was the Section 404/10/NWP 12 Project Manager for the matters challenged in this action that have resulted in two final agency decisions: 1) Memorandum for Record and Nationwide Permit Verification Letter Dated July 25, 2016, and 2) Memorandum for Record and Nationwide Permit Verification Letter Dated August 5, 2016.

3. I am familiar with the documents that are contained in the U.S. Army Corps of Engineers – St. Louis District's Section 404/10/NWP 12 Administrative Record for this case. The Administrative Record contains those documents and materials that were directly or

1

indirectly considered by the agency decision maker for the issues challenged in the matter listed above.

4. To the best of my knowledge and belief, it is hereby certified that the material annexed and described in the index constitute a true, correct, and complete copy of the administrative record in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 28th day of October, 2016

_____
Amy C. Henke, Environmental Engineer
St. Louis District
U.S. Army Corps of Engineers

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | Case No. 1:16-cv-1534-JEB |

**DECLARATION OF EDWARD C. RODRIGUEZ CERTIFYING
THE SECTION 408 ADMINISTRATIVE RECORD**

I, Edward C. Rodriguez, declare as follows:

1.  My name is Edward C. Rodriguez. I am a Civil Engineer and employed by the United States Department of the Army, Corps of Engineers, Mississippi Valley Division, St. Louis District as the Inspection of Completed Works Program Manager.

2.  I was the Section 408 Project Manager for the matters challenged in this action that have resulted in three final agency decisions: 1) OD-R 15-009 Dakota Access Pipeline USACE MVS Section 408 Approval Letter Dated August 4, 2016, 2) DAPL Section 408 Summary of Findings Dated August 3, 2016, and 3) Mitigated Finding of No Significant Impact, Dakota Access Pipeline Project, Section 408 Crossings of Federal Projects and Flowage Easements for Pike, Morgan, Scott, and Fayette Counties, Illinois dated August 3, 2016.

3.  I am familiar with the documents that are contained in the U.S. Army Corps of Engineers – St. Louis District's Section 408 Administrative Record for this case. The

1

2

Administrative Record contains those documents and materials that were directly or indirectly considered by the agency decision maker for the issues challenged in the matter listed above.

4. To the best of my knowledge and belief, it is hereby certified that the material annexed and described in the index constitute a true, correct, and complete copy of the administrative record in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 31st day of October, 2016

_____
Edward C. Rodriguez, ICW PM
St. Louis District
U.S. Army Corps of Engineers

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE,   )
                             )
     Plaintiff,              )
                             )
v.                           )   Case No. 1:16-cv-01534 (JEB)
                             )
UNITED STATES ARMY CORPS OF  )
ENGINEERS,                   )
                             )
     Defendant.              )
                             )

### CERTIFICATION OF INDEX TO THE
### ADMINISTRATIVE RECORD FOR THE
### PROMULGATION OF THE NATIONWIDE PERMITS

I, David B. Olson, am currently employed as a General Biological Scientist for the U.S. Army Corps of Engineers, Headquarters, Directorate of Civil Works, Operations and Regulatory Community of Practice, 441 G Street NW, Washington, D.C. 20314-1000. In that capacity, I am responsible for the promulgation of the U.S. Army Corps of Engineers' Nationwide General Permits under section 404(e) of the Clean Water Act.

I certify that the attached is a true and correct index of the Administrative Record pertaining to the Nationwide General Permits published in the Federal Register on February 21, 2012 (77 Fed. Reg. 10,184).

I swear under penalty of perjury that the foregoing is true and correct.

Dated: November 3, 2016

_____
David B. Olson

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDING ROCK SIOUX TRIBE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:16-cv-01534 (JEB) |

## CERTIFICATION OF INDEX TO THE
## ADMINISTRATIVE RECORD FOR THE
## <u>NORTHWESTERN DIVISION ADMINISTRATIVE RECORD FOR NATIONWIDE PERMIT REGIONAL CONDITIONS</u>

I, David W. Gesl, am currently employed as the Regulatory Program Manager for the U.S. Army Corps of Engineers, Northwestern Division, Directorate of Civil Works, Programs Support Division, 1201 NE Lloyd Blvd., Portland, OR, 97232. In that capacity, I am responsible for coordinating the promulgation of the Northwestern Division's regional conditions to the U.S. Army Corps of Engineers' Nationwide General Permits under section 404(e) of the Clean Water Act.

I certify that the attached is a true and correct index of the Administrative Record pertaining to the regional conditions applicable to Omaha District and Nationwide Permit Number 12 for the Nationwide General Permits published in the Federal Register on February 21, 2012 (77 Fed. Reg. 10,184).

I swear under penalty of perjury that the foregoing is true and correct.

Dated: November 3, 2016

_____
David W. Gesl

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STANDING ROCK SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:16-cv-1534-JEB |
| | ) | |
| U.S. ARMY CORPS OF ENGINEERS, | ) | CERTIFICATION OF JOEL AMES |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION OF JOEL AMES

1. I am currently employed as the Tribal Liaison for the United States Army Corps of Engineers (USACE), Omaha District (Omaha District). I advise the Commander, Department Heads, Branch Chiefs and Program Managers on all matters associated with Tribal coordination and consultation. I was responsible for outreach, coordination, and consultation with Tribes in connection with Omaha District actions related to the Dakota Access Pipeline (DAPL) Project.

2. I hereby certify that the documents identified in the Administrative Record Index accompanying this declaration were compiled from the USACE, Omaha District, office files and compose the full and complete administrative record of USACE, Omaha District, regarding Tribal coordination and consultation in conjunction with the DAPL Project, as determined to the best of my ability. The Administrative Record does not include the KMZ data because it requires special software to use. It will be made available upon request.

3. We are providing Plaintiff's attorney with electronic copies of the administrative record on a DVD in PDF Format, except that Excel documents have been provided in native format to preserve formatting.

1

4.  This declaration is made under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ___1___ day of November, 2016.

_____
Joel O. Ames, Tribal Liaison
Omaha District Corps of Engineers

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE, )
 )
    Plaintiff, )
 )
v. ) Case No. 1:16-cv-01534 (JEB)
 )
UNITED STATES ARMY CORPS OF ) **CERTIFICATION OF MARTHA**
ENGINEERS, ) **CHIEPLY**
 )
    Defendant. )
 )

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Martha Chieply, state the following:

    1.    I am currently employed as the Regulatory Branch Chief, Omaha District, Northwestern Division, for the United States Army Corps of Engineers (USACE or Corps), Omaha District. I am responsible for the oversight and execution of the permit and enforcement program under the regulatory authority of the Clean Water Act and the Rivers and Harbors Act for the Omaha District, USACE.

    2.    I hereby certify that the documents identified in the Administrative Record Index accompanying this declaration were compiled from the USACE, Omaha District, office files and compose the full and complete administrative record of USACE, Omaha District, for the Regulatory decisions challenged in this case, as determined to the best of my ability, except that USACE has not included the KMZ data in this record since it requires special software to use. It will be made available upon request.

    3.    We are providing Plaintiff's attorney with electronic copies of the administrative record on a DVD in PDF Format, except that Excel documents have been provided

1

in native format to preserve formatting.

4. This declaration is made under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this first (1) day of November, 2016.

CHIEPLY.MARTHA.S.1230524919
Digitally signed by CHIEPLY.MARTHA.S.1230524919
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USA, cn=CHIEPLY.MARTHA.S.1230524919
Date: 2016.11.01 11:16:06 -04'00'

Martha S. Chieply
Regulatory Branch Chief, Operations Division
Omaha District Corps of Engineers

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:16-cv-01534 (JEB) <br><br> **CERTIFICATION OF BRENT COSSETTE** |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Brent Cossette, state the following:

1.  I am currently employed as a Natural Resource Specialist in the USACE, Omaha District. I coordinate the review and approval/denial under 33 U.S.C. 408 (Section 408) of third party requests to modify, occupy or use federal navigation and flood control structures operated and maintained by the USACE, Omaha District. I was primarily responsible for processing the Section 408 request from Dakota Access for permission to place a crude oil pipeline across USACE flowage easement lands north of the Garrison Project and on Lake Oahe project lands.

2.  I hereby certify that the documents identified in the Administrative Record Index accompanying this declaration were compiled from the USACE, Omaha District, office files and compose the full and complete administrative record of USACE, Omaha District, for the Section 408 decisions challenged in this case, as determined to the best of my ability, except that USACE has not included the KMZ data in this record since it requires special software to use. It will be made available upon request.

3.  We are providing Plaintiff's attorney with electronic copies of the

administrative record on a DVD in PDF Format, except that Excel documents have been provided in native format to preserve formatting.

4. This declaration is made under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ___1___ day of November, 2016.

Brent J. Cossette
Section 408 Coordinator
Omaha District Corps of Engineers

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Standing Rock Sioux Tribe** <br> **P.O. Box D** <br> **Building No. 1, North Standing Rock Avenue** <br> **Fort Yates, ND 58538** <br><br> **Plaintiffs,** <br><br> v. <br><br> **U.S. Army Corps of Engineers** <br> **441 G Street NW** <br> **Washington, DC 20314-1000** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:16-cv-01534 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DECLARATION OF Michael Hayes

In accordance with the provisions of 28 U.S.C. § 1746, I, Michael Hayes, declare as follows to the best of my memory and knowledge:

1. I am presently employed as Chief of the Iowa Section in the Regulatory Branch of the Rock Island District (MVR) of the United States Army Corps of Engineers ("the Corps"), and I have been serving in this capacity since November 2015. Prior to my current assignment, I served as a Regulatory Project Manager in the Iowa Section of the Regulatory Branch. I was originally hired into the Regulatory Branch as a Regulatory Biologist in September 1989.

2. I graduated from Augustana College (Rock Island) in 1989 with a Liberal Arts degree with an emphasis in Environmental Studies.

3. As part of my normal duties as a Regulatory Project Manager, I was responsible for interpreting policy and regulation to meet the needs of management and assigned functional responsibilities. I primarily evaluated Department of the Army Section 404 and Section 10 applications for nationwide and individual permit actions and investigated unauthorized activities in waters of the United States and/or navigable waters of the United States within the regulatory authority of the Section 404 of the Clean Water Act and Section 10 of the Rivers and Harbors Act of 1899.

4. I was assigned the portion of the Dakota Access Pipeline Project (DAPL) in the Rock Island District when I was a Regulatory Project Manager. I retained responsibility for DAPL when I was promoted to my current position as Chief of the Iowa Section. As part of my duties for DAPL, I was involved in numerous discussions and decisions pertaining to the Nationwide Permit Verification letter signed on July 25, 2016.

5. I have reviewed the administrative record and hereby certify that to the best of my knowledge the record contains all documents relied upon by MVR in reaching its verification decision.

Executed on this 1st day November 2016.

Michael Hayes