**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>   Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>   Plaintiff-Intervenor,<br><br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>   Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>   Defendant-Intervenor. | Case Number: 16-cv-1534 (JEB) |

# Exhibit A

# US Army Corps of Engineers

# Dakota Access Pipeline (DAPL)

# USACE Information Package

7 November 2016




# GENERAL BACKGROUND




# What is Dakota Access Pipeline (DAPL)?



Figure 1 – Map of Dakota Access Pipeline with Cannonball River Inset

**Background:** Dakota Access, LLC proposes to construct and operate the DAPL Project to connect Bakken and Three Forks crude oil production areas in North Dakota to existing infrastructure in Illinois. In North Dakota, the project crosses federal flowage easements at the Missouri River upstream of Lake Sakakawea in Williams County and federally-owned lands at Lake Oahe in Morton and Emmons counties. The DAPL Project spans approximately **1,168-mile**, crude oil pipeline system designed to carry up oil from the Bakken and Three Forks production region of North Dakota from Stanley, ND to Patoka, IL.

**USACE Actions:** USACE has regulatory jurisdiction over about 3% of the pipeline's total length, specifically where it crosses Corps-held flowage easements or Corps-managed federal property. Dakota Access applied for permits to build sections of the pipeline through three USACE Districts (Omaha, Rock Island, St. Louis). Beginning in SEP 14, the Corps conducted formal consultations with tribal representatives in accordance with Section 106 of the National Historic Preservation Act. The Corps' administrative record details over 250 interactions between various stakeholders for the DAPL project. All interested tribes were notified for opportunity to monitor construction areas within Omaha District (NWO), but none accepted.

USACE verified 203 water crossings (Figure 1) met the terms and conditions of ensuring National Environmental Policy Act (NEPA) and National Historic Preservation Act compliance for Nationwide Permits (NWP) 12, including at Lake Oahe, ND. On 25 JUL 16, USACE Omaha District (NWO) granted two Section 408 permissions for the DAPL project. One permission gave consent to cross flowage easements held by USACE at Lake Sakakawea, ND; the other provided an easement to cross federal property administered by USACE for flood control & navigation at Lake Oahe, ND.




US Army Corps of Engineers ®    U.S. ARMY

# Origin of DAPL Protests

**North Dakota**

The United States Army Corps of Engineers drafted environmental assessments (EAs) for water crossings in North Dakota from 8 DEC 15 to 8 JAN 16. The EAs were accepted on 11 JAN 16. The Corps met with Standing Rock Sioux Tribe (SRST) on several occasions, completed on-site visits with SRST and made changes to the EA to address information received. Additionally, the U.S Fish and Wildlife Service concurred that the portions of the DAPL project that cross federal real property interests administered by USACE will have either "No Effect" or "May Affect, But Not Likely to Adversely Affect" on listed species

On 10 AUG, protestors began to interfere with DAPL construction on private land near the Lake Oahe crossing in Cannon Ball, ND. SRST led protest is in opposition to pipeline construction in this area. Protestors claim USACE failed to conduct proper cultural and historical reviews before granting approval for the pipeline. By 19 AUG, the Governor of North Dakota declared a state of emergency as the number of protestors grew to approximately 1500 and eventually caused pipeline construction to cease, due to safety concerns.

The SRST filed a law suit challenging USACE decisions along the pipeline's route. SRST requested a court order suspending the Corps' NWP 12 verifications, which effectively shut down construction. While awaiting decision, on 4 SEP, the SRST asked the court for emergency relief based on allegations that the construction was destroying cultural sites. On 6 SEP, the court partially granted the request and halted construction for about a mile west of Lake Oahe and 20 miles east of Lake Oahe.

On 9 SEP, the D.C. District Court ruled that the "Corps of Engineers has complied with the National Historic Preservation Act and that the Tribe has not shown it will suffer injury that would be prevented by an injunction the Court could issue." In mid-SEP, the Omaha District (NWO) coordinated with the SRST leadership for a (Special Use Permit) to allow protestors to occupy campgrounds on USACE property south of Cannonball River in North Dakota. The SUP was approved on 22 SEP.

In late OCT, protestor and law enforcement activities significantly changed the DAPL protest dynamic. Protestors fired at Law Officers, destroyed DAPL equipment, and illegally blocked roads. Law Enforcement set up perimeters to keep protesters south of the Cantapeta Creek Bridge on HWY 1806 and on USACE property. The Law Enforcement restriction of protestors allows DAPL to finish installing the pipeline toward Lake Oahe.

**Other Locations**

Thus far, there have been five protests at USACE offices in response to DAPL; HQUSACE (35 people on 5 AUG, 3 on 3 NOV), Northwestern Division HQ (160 people on 31 OCT), Philadelphia District (500 people on 2 NOV), and Omaha District (50 people on 8 SEP). These were peaceful protests and were handled appropriately. However, the escalating volatility of the situation and recent threat on Social Media against USACE may indicate an increased potential for violence than what has been previously experienced.

4

# Dakota Access Pipeline (DAPL) Protests at USACE Offices



Northwestern DIV HQ
160 PPL on 31 OCT
Portland, OR

Omaha HQ
50 PPL on 8 SEP
Omaha, NE

Chicago HQ
40 PPL on 4 NOV
Chicago, IL

Philadelphia HQ
~500 PPL on 2 NOV
Omaha, NE

San Francisco HQ
Planned (15 NOV)
San Francisco, CA

New England District
Planned (15 NOV)
Concord, MA &
Essex Junction, VT

HQUSACE
35 PPL on 5 AUG
3 PPL on 3 NOV
Washington, DC

**LEGEND**
- USACE
- Planned Protest
- Protest (Last 24 Hours)
- Past Protest
- Violent Protest

**Lessons Learned:**
- Senior Leader engagement to demonstrate USACE concern and receive petitions and correspondence. (HQUSACE, NWO, NAP)
- Planned Protest Actions – Contact local Law Enforcement, alert building security, inform workforce and provide options for alternate entry and tele-work. (NWO)

**USACE Actions:**
- DCG sent guidance to senior leaders this evening
- USACE added CCIR 21 Planned or Active Protest/Demonstrations at USACE Facilities or Sites.
- OPS Protect scheduled web forum to discuss security measures and protestor engagement. 7-9 NOV 1400-1500 EDT
- G3, OPS Protect, PAO, and Counsel developed Employee and Leader guidance DAPL packages.




# EMPLOYEE GUIDANCE




# Signs of Escalation
# Verbal and Non-Verbal

| | | |
|---|---|---|
| Threats – Direct | Forced or strained speech | Personal space violation |
| Threats – Veiled | A nervous laugh or laughing at inappropriate times | Standing toe to toe |
| Threats – Conditional | Yelling or screaming | Finger pointing |
| Boasts of prior violence | Non-stop profanity | Making fists |
| Confused thinking | Slurred speech | Staring through you |
| An increase in pitch when speaking | Person refuses any eye contact | Face flushing |
| Repetitive word use, parroting and or echoing | Someone blocks egress | Heavy breathing |
| Receiving emails, text messages, or letters that are written in ALL CAPs | | |

7




Force Protection Concerns/Influencers
# Open Source Force Protection Concerns/Influencers

- **Protesters are arriving from around the world and the U.S.**, and are reportedly impacting the local communities like Cannon Ball, North Dakota.

- **Colorado woman charged with attempted murder** while participating in the protests; as protests continue to grow, more engagements with law enforcement are likely.

- **Local Law Enforcement resources are stretched**; use of temporary holding cells and writing numbers on those in custody drew media attention critical of law enforcement; numerous allegations of excessive force have been made.

- **Facebook "Check In"** at Standing Rock Sioux gets more than a million supporters

- **Hollywood A-Listers joining the protesters** either on the ground, through social media, developing TV ads or leading protests in other cities; reports of Rev. Jesse Jackson traveling to North Dakota.

- **Families of police officers** are reportedly being threatened, followed home, and having their residence photographed and video taped.




9

# Engaging with Protesters

**Employees:**

- Do not debate with protesters or supporters in person or on social media

- Employees should consider not wearing USACE logos or paraphernalia to and from work; Military members should consider wearing civilian clothes to and from work and change into uniform at the office.

- Employees should identify multiple routes to and from work; avoid protesters completely and do not attempt to cross through gatherings; protests may appear peaceful but can escalate quickly

- If engaged or cornered by protesters or hostile supporters, employees should do everything they can to remain professional and de-escalate the situation:

    - **Get their name:** People respond favorably to their own name. It also makes the conversation more personal.
    - **Use Active Listening; Maintain Eye Contact:** Clarifying, paraphrasing and open-ended questions all help to ensure that the person is aware you have understood their frustrations completely.
    - **Speak slowly and suspend judgement:** Empathy needs to be shown during conflict situations. Even if you do not agree with the person's position, expressing an understanding why that person feels a particular way will help resolve the conflict.
    - **Get them to say yes:** Use clarifying questions and providing summaries during the conversation all help to confirm you have understood their point. When you clarify using a statement such as, "So you are feeling frustrated because of XYZ, is that right?"
    - **Don't use clichés:** The worst of these being "Calm Down".
    - **Ask for their idea or solution**: This assures the person that their concerns are being heard, and potentially being reviewed. Ask to take notes if you have the ability.
    - **Consistency in Courtesy:** maintain the position of positive brand ambassador and consummate professional.
    - **Remove yourself from the situation at the first opportunity.**

- If threatened call Law Enforcement immediately (Dial 9-1-1)




10

# Dakota Access Pipeline Desk Card

    Thank you for your call to express your concerns about the Dakota Access Pipeline.  The Department of the Army is currently reviewing its decisions related to the pipeline and is exploring a range of options that consider the concerns raised by tribes and other stakeholders.  We are unable to speculate on when the review will be completed or what the outcome of that review will be.  If you would like, I would be more than happy to take your name and where you are calling from to add to the list of people who have called to express their concerns about the Dakota Access Pipeline.  As an alternative, I can also provide you with a phone number for the headquarters of the U.S. Army Corps of Engineers that you can call to express your concerns.  That number is 202-761-8700.




# Dakota Access Pipeline Personal Card

| **Dakota Access Pipeline** | **Dakota Access Pipeline** | **Dakota Access Pipeline** |
|---|---|---|
| Thank you for your concern regarding the Dakota Access Pipeline. The Department of the Army is reviewing its decisions related to the pipeline. I am unable to speculate on when that review will be completed. If you would like I can provide you with a phone number to the U.S. Army Corps of Engineers that you can call to express your concerns. USACE Phone Number : 202-761-8700.  Building Strong® | Thank you for your concern regarding the Dakota Access Pipeline. The Department of the Army is reviewing its decisions related to the pipeline. I am unable to speculate on when that review will be completed. If you would like I can provide you with a phone number to the U.S. Army Corps of Engineers that you can call to express your concerns. USACE Phone Number : 202-761-8700.  Building Strong® | Thank you for your concern regarding the Dakota Access Pipeline. The Department of the Army is reviewing its decisions related to the pipeline. I am unable to speculate on when that review will be completed. If you would like I can provide you with a phone number to the U.S. Army Corps of Engineers that you can call to express your concerns. USACE Phone Number : 202-761-8700.  Building Strong® |
| **Dakota Access Pipeline** | **Dakota Access Pipeline** | **Dakota Access Pipeline** |
| Thank you for your concern regarding the Dakota Access Pipeline. The Department of the Army is reviewing its decisions related to the pipeline. I am unable to speculate on when that review will be completed. If you would like I can provide you with a phone number to the U.S. Army Corps of Engineers that you can call to express your concerns. USACE Phone Number : 202-761-8700.  Building Strong® | Thank you for your concern regarding the Dakota Access Pipeline. The Department of the Army is reviewing its decisions related to the pipeline. I am unable to speculate on when that review will be completed. If you would like I can provide you with a phone number to the U.S. Army Corps of Engineers that you can call to express your concerns. USACE Phone Number : 202-761-8700.  Building Strong® | Thank you for your concern regarding the Dakota Access Pipeline. The Department of the Army is reviewing its decisions related to the pipeline. I am unable to speculate on when that review will be completed. If you would like I can provide you with a phone number to the U.S. Army Corps of Engineers that you can call to express your concerns. USACE Phone Number : 202-761-8700.  Building Strong® |
| **Dakota Access Pipeline** | **Dakota Access Pipeline** | **Dakota Access Pipeline** |
| Thank you for your concern regarding the Dakota Access Pipeline. The Department of the Army is reviewing its decisions related to the pipeline. I am unable to speculate on when that review will be completed. If you would like I can provide you with a phone number to the U.S. Army Corps of Engineers that you can call to express your concerns. USACE Phone Number : 202-761-8700.  Building Strong® | Thank you for your concern regarding the Dakota Access Pipeline. The Department of the Army is reviewing its decisions related to the pipeline. I am unable to speculate on when that review will be completed. If you would like I can provide you with a phone number to the U.S. Army Corps of Engineers that you can call to express your concerns. USACE Phone Number : 202-761-8700.  Building Strong® | Thank you for your concern regarding the Dakota Access Pipeline. The Department of the Army is reviewing its decisions related to the pipeline. I am unable to speculate on when that review will be completed. If you would like I can provide you with a phone number to the U.S. Army Corps of Engineers that you can call to express your concerns. USACE Phone Number : 202-761-8700.  Building Strong® |




# Reporting Protocol

- **Serious Incident/Activity Reports (SIR/SAR):**
    - Report potential protests and active protest activity under the recently approved CCIR #21 (Planned or active protests/demonstrations at USACE facilities or sites).
    - Security Managers at the District, Division, FOAs and Labs log threats as Serious Incident Report (SIR) or Serious Activity Reports (SAR) in ENGLINK.
    - These SIR/SARs are then captured, screened, passed to local and state law enforcement and/or logged into the FBI eGuardian System by the OPD CRIMINT Analyst at HQs to create a case for investigative follow up by the FBI.
- **SPOTREP**
    - DIVs submit an after actions report on the incident highlighting actions by USACE, lessons learned and any documents that were exchanged (Petitions).




13

# LEADER GUIDANCE




# Protest Preparation Guidance

Thus far, there have been five protests at USACE offices in response to DAPL; HQUSACE (35 people on 5 AUG, 3 on 3 NOV), Northwestern Division HQ (160 people on 31 OCT), Philadelphia District (500 people on 2 NOV), and Omaha District (50 people on 8 SEP).

- Each of the protests were conducted peacefully and were handled appropriately

- However, the escalating volatility of the situation and recent threat on Social Media against USACE may indicate an increased potential for violence than *what has been* previously experienced

 **HQUSACE Operational Protection Division will provide question & answer session webinar on protest TTPs on 7-9 NOV from 1400-1500 EST.**

**Commanders/Leaders:**

- Engage with local law enforcement, building security counsel and community leaders in order to be made aware of any permits that were issued for planned protests. This will indicate the day, time and location of approved protests to enhance command planning.

- If a protest takes place that has not been permitted by local government, contact law enforcement immediately

- Assess the impacts to mission and execute the best strategy (status quo, telework, COOP) that mitigates impacts (NAB AAR – Post Baltimore Riots/Freddie Gray Trial)

- Ask that employees not become involved in any situation that could become volatile in person or through social media

- Assess employee sympathizers to the DAPL cause; access to USACE buildings, information, etc that has not been approved or vetted could escalate the situation

- If protests turn violent or employees are threated call Law Enforcement Immediately (Dial 9-1-1)




15

# Security at Stand-Alone Facilities

- **In response to the Chattanooga Shootings** in July 2015 OPD (with guidance from DoD and HQDA) and in coordination with the divisions, FOAs, and Labs has taken actions to mitigate the risk at all USACE Stand-Alone Facilities. In FY 16 these included:
    - ✓ COORDINATION WITH LOCAL LAW ENFORCEMENT AND FIRST RESPONDERS.
    - ✓ ENSURING EVERY FACILITY HAS AN EMERGENCY ACTION PLAN
    - ✓ ENFORCING ACCESS CONTROL MEASURES TO INCLUDE FORCE PROTECTION MEASURES (FPCON) AND RANDOM ANTI-TERRORISM MEASURES (RAM).
    - ✓ REGULARLY CONDUCTING ACTIVE SHOOTER RESPONSE TRAINING AND MASS WARNING NOTIFICATION WITH EMPLOYEES AND STAFF
    - ✓ CONDUCT ANNUAL RISK ASSESSMENT AND MAKE ADJUSTMENTS BASED ON CURRENT AND EMERGING THREATS
- **IAW HQDA EXORD 011-16 (FRAGO 3)** HQDA States: *"COMMANDERS WILL PRIORITIZE COMPLETION OF LOE2 PHYSICAL SECURITY ENHANCEMENTS AND COMPLETE NECESSARY FORCE PROTECTION UPGRADES IN FY17 WITH EXISTING COMMAND FUNDS."*
    - ❏ IDENTIFY LOCAL RISK THRESHOLDS FOR PROTECTION ENHANCEMENTS, INCLUDING ARMING.
    - ❏ PRIORITIZE AND PERFORM LOE 2 PHYSICAL SECURITY UPGRADES AND PROCEDURAL SECURITY ENHANCEMENTS RESULTING FROM POST-CHATTANOOGA SECURITY SURVEYS AND ASSESSMENTS IN ORDER TO MEET IDENTIFIED DOD POST-CHATTANOOGA MINIMUM STANDARDS (ACCESS CONTROL, BALISTIC PROTECTION, ALTERNATE EGRESS).
- In 1st QTR FY17, OPD, in coordination with the divisions, FOAs, and Labs, is developing the guidance for minimum standards at our facilities and then the deep dive to identify the required equipment and costs. USACE will use a common sense approach to meeting the DoD Minimum Standards taking into consideration the type of structure (ie. Dams), the public mission different than other Army Commands (Visitor Centers vs. Recruiting Stations), and various tenant vs owner relationship.




16

# Senior Leader Protest Engagement Card

**Dakota Access Pipeline**

We value our long-standing relationships with Native American Tribes and have great respect for the cultures, traditions, and concerns of those Tribes. We respect their right to peacefully protest and look forward to continuing to strengthening our relationships in the future. We welcome all messages from concerned citizens voicing their opinion about the Dakota Access Pipeline.

The Department of the Army is currently reviewing its decisions related to the pipeline and is exploring a range of options that consider the concerns raised by tribes and other stakeholders. We are unable to speculate on when the review will be completed or what the outcome of that review will be. I will be more than happy to accept your petition on behalf of the Army. Citizen comments concerning the Dakota Access Pipeline can be made by calling 202-761-8700.

Media queries can be made by emailing or calling our public affairs team at HQ-PUBLICAFFAIRS@usace.army.mil or by calling 202-761-8700. Thank you.

Building Strong®

**Dakota Access Pipeline**

We value our long-standing relationships with Native American Tribes and have great respect for the cultures, traditions, and concerns of those Tribes. We respect their right to peacefully protest and look forward to continuing to strengthening our relationships in the future. We welcome all messages from concerned citizens voicing their opinion about the Dakota Access Pipeline.

The Department of the Army is currently reviewing its decisions related to the pipeline and is exploring a range of options that consider the concerns raised by tribes and other stakeholders. We are unable to speculate on when the review will be completed or what the outcome of that review will be. I will be more than happy to accept your petition on behalf of the Army. Citizen comments concerning the Dakota Access Pipeline can be made by calling 202-761-8700.

Media queries can be made by emailing or calling our public affairs team at HQ-PUBLICAFFAIRS@usace.army.mil or by calling 202-761-8700. Thank you.

Building Strong®

**Dakota Access Pipeline**

We value our long-standing relationships with Native American Tribes and have great respect for the cultures, traditions, and concerns of those Tribes. We respect their right to peacefully protest and look forward to continuing to strengthening our relationships in the future. We welcome all messages from concerned citizens voicing their opinion about the Dakota Access Pipeline.

The Department of the Army is currently reviewing its decisions related to the pipeline and is exploring a range of options that consider the concerns raised by tribes and other stakeholders. We are unable to speculate on when the review will be completed or what the outcome of that review will be. I will be more than happy to accept your petition on behalf of the Army. Citizen comments concerning the Dakota Access Pipeline can be made by calling 202-761-8700.

Media queries can be made by emailing or calling our public affairs team at HQ-PUBLICAFFAIRS@usace.army.mil or by calling 202-761-8700. Thank you.

Building Strong®

**Dakota Access Pipeline**

We value our long-standing relationships with Native American Tribes and have great respect for the cultures, traditions, and concerns of those Tribes. We respect their right to peacefully protest and look forward to continuing to strengthening our relationships in the future. We welcome all messages from concerned citizens voicing their opinion about the Dakota Access Pipeline.

The Department of the Army is currently reviewing its decisions related to the pipeline and is exploring a range of options that consider the concerns raised by tribes and other stakeholders. We are unable to speculate on when the review will be completed or what the outcome of that review will be. I will be more than happy to accept your petition on behalf of the Army. Citizen comments concerning the Dakota Access Pipeline can be made by calling 202-761-8700.

Media queries can be made by emailing or calling our public affairs team at HQ-PUBLICAFFAIRS@usace.army.mil or by calling 202-761-8700. Thank you.

Building Strong®


