IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor. | Case Number: 16-cv-1534 (JEB) |

**DEFENDANT-INTERVENOR DAKOTA ACCESS, LLC'S
EXPEDITED MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendant-Intervenor Dakota Access, LLC respectfully moves the Court to order Defendant United States Army Corps of Engineers to supplement the Administrative Record filed on November 10, 2016 with specified additional documents needed for this Court's adjudication of this matter.  *See* D.E. 55.  Dakota Access, LLC has conferred with Plaintiffs and the Corps pursuant to Local Civil Rule 7(m) and the Court's November 10, 2016 Minute Order.  Neither the Plaintiffs nor the Corps take a position on this motion at this time.

Dakota Access respectfully requests expedited consideration of this motion.  Delay has already cost Dakota Access nearly a hundred million dollars, and further delay in the

consideration of this case would add millions of dollars more each month in costs which cannot be recovered.

Dakota Access therefore proposes the following expedited schedule:

- Documents to supplement the administrative record shall be due November 21, 2016 if no objections are raised.

- Objections to this motion to supplement the administrative record shall be due on Friday, November 18, 2016.

- A hearing, if necessary, to consider this motion to supplement the record shall take place on or after Tuesday, November 22, 2016 at the convenience of the Court.

The categories of documents subject to this motion are described at pages 5-8 of the accompanying Memorandum of Points and Authorities.

Dated:  November 15, 2016

Kimberly H. Caine
William J. Leone (*Pro Hac Vice* granted)
Robert D. Comer (*Pro Hac Vice* granted)
NORTON ROSE FULBRIGHT US LLP
799 9th St. NW, Suite 1000
Washington, D.C. 20001-4501
(202) 662-0200

Edward V. A. Kussy
Robert D. Thornton
Alan M. Glen
NOSSAMAN LLP
1666 K Street, NW, Suite 500
Washington, DC 20006
202-887-1400

　　/s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
(202) 530-9557 (fax)
wscherman@gibsondunn.com

*Counsel for Defendant–Intervenor Dakota Access LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2016, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Columbia using the CM/ECF system. Service was accomplished by the CM/ECF system on the following counsel:

>Patti A. Goldman
>Jan E. Hasselman
>EARTHJUSTICE
>705 Second Avenue, Suite 203
>Seattle, WA  98104
>(206) 343-7340
>pgoldman@earthjustice.org
>jhasselman@earthjustice.org
>
>*Counsel for Plaintiff Standing Rock Sioux Tribe*
>
>
>Nicole E. Ducheneaux,
>FREDERICKS PEEBLES & MORGAN, LLP
>3610 North 163rd Plaza
>Omaha, NE 68116
>(402) 333-4053
>nducheneaux@ndnlaw.com
>
>Conly J. Schulte
>FREDERICKS PEEBLES & MORGAN, LLP
>1900 Plaza Drive
>Louisville, CO  80027
>(303) 673-9600
>cshulte@ndnlaw.com
>
>*Counsel for Plaintiff–Intervenor Cheyenne River Sioux Tribe*

Matthew M. Marinelli
Erica M. Zilioli
U.S. DEP'T OF JUSTICE
Environment & Natural Resources Division
P.O. Box 7415
Washington, D.C. 20044
(202) 514-2000
Matthew.Marinelli@usdoj.gov
Erica.zilioli@usdoj.gov

*Counsel for Defendant U.S. Army Corps of Engineers*

   /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Defendant–Intervenor Dakota Access, LLC*