**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>          Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>          Plaintiff-Intervenor,<br><br>     v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>          Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>          Defendant-Intervenor. | Case Number: 16-cv-1534 (JEB) |

### **[PROPOSED] ORDER GRANTING DAKOTA ACCESS'S EXPEDITED MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Upon consideration of Defendant–Intervenor's Motion to Supplement the Administrative Record it is hereby

ORDERED that Defendant–Intervenor's motion is GRANTED; and it is

FURTHER ORDERED that Defendant United States Army Corps of Engineers is directed to supplement the record by filing the requested documents within seven (7) days of this order.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. James Boasberg
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2016, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Columbia using the CM/ECF system. Service was accomplished by the CM/ECF system on the following counsel:

> Patti A. Goldman
> Jan E. Hasselman
> EARTHJUSTICE
> 705 Second Avenue, Suite 203
> Seattle, WA  98104
> (206) 343-7340
> pgoldman@earthjustice.org
> jhasselman@earthjustice.org
>
> *Counsel for Plaintiff Standing Rock Sioux Tribe*
>
>
> Nicole E. Ducheneaux,
> FREDERICKS PEEBLES & MORGAN, LLP
> 3610 North 163rd Plaza
> Omaha, NE 68116
> (402) 333-4053
> nducheneaux@ndnlaw.com
>
> Conly J. Schulte
> FREDERICKS PEEBLES & MORGAN, LLP
> 1900 Plaza Drive
> Louisville, CO  80027
> (303) 673-9600
> cshulte@ndnlaw.com
>
> *Counsel for Plaintiff–Intervenor Cheyenne River Sioux Tribe*

Matthew M. Marinelli
Erica M. Zilioli
U.S. DEP'T OF JUSTICE
Environment & Natural Resources Division
P.O. Box 7415
Washington, D.C. 20044
(202) 514-2000
Matthew.Marinelli@usdoj.gov
Erica.zilioli@usdoj.gov

*Counsel for Defendant U.S. Army Corps of Engineers*

  /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Defendant–Intervenor Dakota Access, LLC*