**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                  Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                  Plaintiff-Intervenor,<br><br>       v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>                  Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>                  Defendant-Intervenor. | Case Number: 16-cv-1534 (JEB) |

## [PROPOSED] ORDER GRANTING DAKOTA ACCESS'S MOTION TO EXPEDITE CONSIDERATION OF ITS CROSS-CLAIM

Upon consideration of Defendant-Intervenor's Motion to Expedite Consideration of Its Cross-Claim, it is hereby

ORDERED that Defendant-Intervenor's motion is GRANTED; and it is

FURTHER ORDERED that

Dakota Access shall file its motion for summary judgment no later than December 5, 2016.

Any opposition to that motion shall be filed no later than December 19, 2016.

Dakota Access's reply in support of its motion for shall be filed no later than December 27, 2016.

A hearing on the motion be held on or about January 3, 2017.

						_____
						Hon. James Boasberg
						United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2016, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Columbia using the CM/ECF system. Service was accomplished by the CM/ECF system on the following counsel:

>Patti A. Goldman
>Jan E. Hasselman
>EARTHJUSTICE
>705 Second Avenue, Suite 203
>Seattle, WA  98104
>(206) 343-7340
>pgoldman@earthjustice.org
>jhasselman@earthjustice.org
>
>*Counsel for Plaintiff Standing Rock Sioux Tribe*
>
>
>Nicole E. Ducheneaux,
>FREDERICKS PEEBLES & MORGAN, LLP
>3610 North 163rd Plaza
>Omaha, NE 68116
>(402) 333-4053
>nducheneaux@ndnlaw.com
>
>Conly J. Schulte
>FREDERICKS PEEBLES & MORGAN, LLP
>1900 Plaza Drive
>Louisville, CO  80027
>(303) 673-9600
>cshulte@ndnlaw.com
>
>*Counsel for Plaintiff-Intervenor Cheyenne River Sioux Tribe*

    Matthew M. Marinelli
    Erica M. Zilioli
    U.S. DEP'T OF JUSTICE
    Environment & Natural Resources Division
    P.O. Box 7415
    Washington, D.C.  20044
    (202) 514-2000
    Matthew.Marinelli@usdoj.gov
    Erica.zilioli@usdoj.gov

    *Counsel for Defendant U.S. Army Corps of Engineers*

          /s/ William S. Scherman
         William S. Scherman
         GIBSON, DUNN & CRUTCHER LLP
         1050 Connecticut Avenue, N.W.
         Washington, D.C. 20036
         (202) 955-8500
         wscherman@gibsondunn.com

         *Counsel for Defendant-Intervenor Dakota Access, LLC*