# EXHIBIT  1

*Standing Rock Sioux Tribe v. United States Army Corps of Engineers*
Case No. 1:16-cv-01534 (JEB)
United States Army Corps of Engineers' Opposition to Expedited Motion to Supplement the
Administrative Record



**VIA CERTIFIED MAIL and EMAIL**

October 21, 2014

Brent Cossette
Natural Resource Specialist
Environmental Stewardship
CENWO-OD-TN
United States Army Corps of Engineers, Omaha District
1616 Capital Avenue, Suite 9000
Omaha, NE  68102
Brent.J.Cossette@usace.army.mil

Re:     **Request for Pipeline Easement and Temporary Construction License for the Proposed Dakota Access Pipeline Project at Lake Oahe**

Dear Mr. Cossette:

Dakota Access, LLC, is proposing the Dakota Access Pipeline (DAPL) Project; an approximate 1,100 mile long, 30-inch diameter light crude oil pipeline project beginning near Stanley, North Dakota, and routing through South Dakota, Iowa and ending at Patoka, Illinois.  DAPL is proposed to cross the Missouri River (Lake Oahe) on the boarder of Morton and Emmons Counties in North Dakota. Dakota Access understands that this crossing involves COE owned and controlled lands on both sides of this waterbody (**Figure 1**).

Dakota Access is currently securing access rights on private and COE lands to perform geotechnical analysis of the subsurface at this crossing to determine a feasible crossing method.  It is currently anticipated that the pipeline will cross Lake Oahe via Horizontal Directional Drill (HDD).  The proposed pipeline is routed across the Lake where two linear utilities already exist, an overhead powerline and a buried natural gas pipeline.

The purpose of this letter is to formally request the COE easement process be initiated as well as the process for DAPL to secure a temporary construction license.

**DAPL Project Crossing and Easement Information**
The proposed pipeline will cross Lake Oahe and COE lands on both the east and west side of the waterbody.  The proposed crossing is located in Section 10, Township 134 North, Range 79 West in Morton County, North Dakota, and Section 11, Township 134 North, Range 79 West in Emmons County, North Dakota (**Figure 1**).



**DAKOTA ACCESS, LLC**
An **ENERGY TRANSFER** Company

Dakota Access is securing a 50 foot wide permanent easement along the entire Project alignment that is generally centered on the pipeline (i.e. 25 feet on either side of the centerline).  Dakota Access understands that the distance from the western boundary of COE owned lands to the eastern boundary of COE lands on both sides of the lake at the proposed crossing location is approximately 6,450 feet.  The final length of the requested easement will be determined upon final design of the crossing subsequent to performing a geotechnical analysis.

A temporary construction license is also requested at this time due to the current uncertainty of the HDD layout and if any conventional pipeline installation will be required, if either or both the HDD entry/exit point would be located within COE lands, if access to the waterbody would be required for temporary water rights, etc.  The proposed typical construction easement for the DAPL is 150 feet wide (and includes the 50 feet of permanent easement). HDD entry/exit points are typically 200 feet or 250 feet square.  All dimensions will be firmed up in the Environmental Assessment to be prepared based on design that is currently ongoing.

We appreciate your assistance with this request for a permanent easement and temporary construction license at Lake Oahe. We understand this formal DAPL Project request for a pipeline easement and temporary construction license from the COE will officially initiate the COE easement process. Should you have any questions or comments, or require any other information for this request, please contact me at 713.989.7186, Monica.Howard@energytransfer.com, or at Dakota Access, LLC, c/o Monica Howard, 1300 Main Street Rm 14.030, Houston, TX 77002.

Sincerely,

**Dakota Access, LLC**

Monica Howard
Director Environmental Sciences

cc:     Phillip Sheffield, COE Natural Resource Manager Oahe Project

Enc.    Figure 1 – Preliminary Proposed Easement at Missouri River/Lake Oahe