# EXHIBIT 3

*Standing Rock Sioux Tribe v. United States Army Corps of Engineers*
Case No. 1:16-cv-01534 (JEB)
United States Army Corps of Engineers' Opposition to Expedited Motion to Supplement the
Administrative Record



**NORTON ROSE FULBRIGHT**

August 11, 2016

Norton Rose Fulbright US LLP
Tabor Center
1200 17th Street, Suite 1000
Denver, Colorado  80202-5835
United States

Direct line +1 303 801 2728
bob.comer@nortonrosefulbright.com

Tel +1 303 801 2700
Fax +1 303 801 2777
nortonrosefulbright.com

Via email: erica.zilioli@usdoj.gov

Erica Zilioli, Esq.
U.S. Department of Justice
Division of Environment and Natural Resources
Washington, D.C.

Dear Erica:

This letter is to confirm our recent conversation regarding the upcoming decision of the U.S. Army Corps of Engineers ("Corps") to issue the easement to cross Lake Oahe by Horizontal Directional Drilling for the Dakota Access pipeline. Dakota Access, LLC, has informed me that it will not engage in executing the Horizontal Directional Drill beneath, over or through the Federal property associated with the Lake Oahe easement until the court rules at the hearing on August 24, 2016.

Sincerely,

Robert D. Comer

RDC/SD

Cc:   Jan Hasselman

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.