# EXHIBIT 4

*Standing Rock Sioux Tribe v. United States Army Corps of Engineers*
Case No. 1:16-cv-01534 (JEB)
United States Army Corps of Engineers' Opposition to Expedited Motion to Supplement the
Administrative Record

| | |
|---|---|
| **From:** | Zilioli, Erica (ENRD) |
| **To:** | Comer, Bob |
| **Cc:** | Jan Hasselman (jhasselman@earthjustice.org); Marinelli, Matthew (ENRD) |
| **Subject:** | RE: DAPL Letter |
| **Date:** | Thursday, August 11, 2016 6:52:32 PM |

Thanks, Bob.  To be clear, nothing has been decided on the easement as it still has to go through the remaining review process.  But I appreciate your client's willingness to commit to hold off on drilling at the lake in the event the easement is issued before the Judge rules on the motion for preliminary injunction.

Thanks,
Erica


Erica M. Zilioli
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
T: 202.514.6390
F: 202.514.8865
Erica.Zilioli@usdoj.gov

---

**From:** Comer, Bob [mailto:bob.comer@nortonrosefulbright.com]
**Sent:** Thursday, August 11, 2016 6:42 PM
**To:** Zilioli, Erica (ENRD) <EZilioli@ENRD.USDOJ.GOV>
**Cc:** Jan Hasselman (jhasselman@earthjustice.org) <jhasselman@earthjustice.org>
**Subject:** DAPL Letter

Erica, attached please find the DAPL letter we discussed concerning the Lake Oahe easement. Please contact me should you have any questions. Bob.

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.