IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDING ROCK SIOUX TRIBE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, )<br>)<br>Defendant. )<br>) | Case No. 1:16-cv-01534 (JEB) |

**UNITED STATES ARMY CORPS OF ENGINEERS'
NOTICE REGARDING RECENTLY ISSUED PUBLIC DOCUMENT**

Pursuant to this Court's order at the November 10, 2016 status conference, Defendant the United States Army Corps of Engineers hereby provides notice of a document issued by the United States Department of the Army on December 4, 2016.  *See* Exhibit 1.

Dated: December 4, 2016

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

By:    /s/  *Matthew Marinelli*

MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0293
Fax: (202) 353-2021
matthew.marinelli@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section

P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of December, 2016, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

                                    /s/ *Matthew Marinelli*
                                    Matthew Marinelli