# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDING ROCK SIOUX TRIBE, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>CHEYENNE RIVER SIOUX TRIBE, )<br>)<br>Plaintiff-Intervenor )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>DAKOTA ACCESS, LLC, )<br>)<br>Defendant-Intervenor and Cross-Claimant )<br>) | Case No. 1:16-cv-01534 (JEB) |

## UNITED STATES ARMY CORPS OF ENGINEERS' MOTION TO DISMISS

Defendant United States Army Corps of Engineers, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and United States District Court for the District of Columbia Local Rule 7 hereby moves for the Court to dismiss Dakota Access's cross-claim because Dakota Access does not plausibly allege that the United States Department of the Army ("Army") completed the administrative decision-making process required to grant Dakota Access an easement to install a pipeline under Corps-managed Federal land at Lake Oahe pursuant to the Mineral Leasing Act.

Dated: January 6, 2017                                             Respectfully submitted,

                    JOHN C. CRUDEN
                    Assistant Attorney General
                    Environment & Natural Resources Division

By:    /s/ *Matthew Marinelli*
       MATTHEW MARINELLI, IL Bar 6277967
       U.S. Department of Justice
       Natural Resources Section
       P.O. Box 7611
       Benjamin Franklin Station
       Washington, DC 20044
       Phone: (202) 305-0293
       Fax: (202) 353-2021
       matthew.marinelli@usdoj.gov

       ERICA M. ZILIOLI, D.C. Bar 488073
       U.S. Department of Justice
       Environmental Defense Section
       P.O. Box 7611
       Washington, DC 20044
       Phone: (202) 514-6390
       Fax: (202) 514-8865
       Erica.Zilioli@usdoj.gov

       *Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## CERTIFICATE OF SERVICE

I hereby certify that, on the 6th day of January, 2017, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

<u>/s/  Matthew Marinelli</u>

MATTHEW MARINELLI