IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                Defendant. | Case No. 1:16-cv-1534-JEB |

**STANDING ROCK SIOUX TRIBE'S MOTION TO DISMISS; CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Standing Rock Sioux Tribe ("Tribe") hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the cross-claim filed by Dakota Access Pipeline LLC ("DAPL"), and cross-moves for summary judgment under Fed. R. Civ. P. 56.  The Tribe seeks summary judgment (and opposes DAPL's motion for summary judgment) on the narrow question presented under the Declaratory Judgments Act of whether DAPL already has the right under MLA § 185 to construct its pipeline across federal property at Lake Oahe.  All other claims raised in DAPL's complaint must be dismissed for failure to identify a "final agency action" under the Administrative Procedures Act, 5 U.S.C. § 706(2).  This motion is supported by the accompanying memorandum, the declaration of Jan Hasselman, and exhibits thereto.  A

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

proposed order is attached herewith.

Dated:  January 6, 2017                                  Respectfully submitted,

                    */s/ Jan E. Hasselman*
                    Patti A. Goldman, DCB # 398565
                    Jan E. Hasselman, WSBA # 29107
                    (*Admitted Pro Hac Vice*)
                    Stephanie Tsosie, WSBA # 49840
                    (*Admitted Pro Hac Vice*)
                    Earthjustice
                    705 Second Avenue, Suite 203
                    Seattle, WA  98104
                    Telephone:  (206) 343-7340
                    pgoldman@earthjustice.org
                    jhasselman@earthjustice.org
                    stsosie@earthjustice.org

                    ***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2017, I electronically filed the foregoing *Standing Rock Sioux Tribe's Motion to Dismiss; Cross-Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman

(No. 1:16-cv-1534-JEB) - 3

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*