**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>      Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>      Plaintiff–Intervenor,<br><br>  v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>      Defendant–Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>      Defendant–Intervenor–Cross Claimant. | Case Number: 16-cv-1534 (JEB) |

**CROSS-CLAIMANT DAKOTA ACCESS, LLC'S MOTION UNDER THE
ALL WRITS ACT TO PREVENT PUBLICATION OF ENVIRONMENTAL-
IMPACT-STATEMENT NOTICE IN FEDERAL REGISTER, AND
EMERGENCY MOTION FOR INTERIM RELIEF THROUGH A
TEMPORARY RESTRAINING ORDER**

  Pursuant to Local Rule 65.1 and the All Writs Act, 28 U.S.C. § 1651, Cross-Claimant Dakota Access, LLC respectfully seeks two emergency orders: (1) a preliminary injunction barring the U.S. Army Corps of Engineers (the "Corps") from publishing a Federal Register notice related to an Environmental Impact Statement for the Dakota Access Pipeline project until the Court issues a judgment fully resolving Dakota Access's cross-claim; and (2) a temporary restraining order preventing such publication pending resolution of Dakota Access's motion for a preliminary injunction.

Dakota Access respectfully requests that the Court order the Corps to file any opposition to this motion by Thursday, January 19, 2017, Dakota Access to file a reply by January 23, 2017, and to hold a hearing to consider this motion at the Court's earliest availability thereafter. Any temporary restraining order would automatically dissolve after the Court resolves Dakota Access's motion for a preliminary injunction.

| | |
|---|---|
| Kimberly H. Caine<br>William J. Leone<br>Robert D. Comer<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th St. N.W., Suite 1000<br>Washington, D.C. 20001-4501<br>(202) 662-0200 | William S. Scherman<br>David Debold<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 955-8500<br>wscherman@gibsondunn.com |
| Edward V. A. Kussy<br>NOSSAMAN LLP<br>1666 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>(202) 887-1400 | |

*Counsel for Defendant–Intervenor–Cross Claimant Dakota Access, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Columbia using the CM/ECF system. Service was accomplished by the CM/ECF system on the following counsel:

>Patti A. Goldman
>Jan E. Hasselman
>EARTHJUSTICE
>705 Second Avenue, Suite 203
>Seattle, WA  98104
>(206) 343-7340
>pgoldman@earthjustice.org
>jhasselman@earthjustice.org
>
>*Counsel for Plaintiff Standing Rock Sioux Tribe*
>
>
>Nicole E. Ducheneaux,
>FREDERICKS PEEBLES & MORGAN, LLP
>3610 North 163rd Plaza
>Omaha, NE 68116
>(402) 333-4053
>nducheneaux@ndnlaw.com
>
>Conly J. Schulte
>FREDERICKS PEEBLES & MORGAN, LLP
>1900 Plaza Drive
>Louisville, CO 80027
>(303) 673-9600
>cshulte@ndnlaw.com
>
>*Counsel for Plaintiff–Intervenor Cheyenne River Sioux Tribe*

Matthew M. Marinelli
Erica M. Zilioli
U.S. DEP'T OF JUSTICE
Environment & Natural Resources Division
P.O. Box 7415
Washington, D.C. 20044
(202) 514-2000
Matthew.Marinelli@usdoj.gov
Erica.zilioli@usdoj.gov

*Counsel for Defendant–Cross Defendant U.S. Army Corps of Engineers*

   /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Defendant–Intervenor–Cross Claimant Dakota Access, LLC*