**No. 16-5259**                          **September Term, 2016**

1:16-cv-01534-JEB

Filed On: January 18, 2017 [1656317]

Standing Rock Sioux Tribe,

      Appellant

Cheyenne River Sioux Tribe,

      Appellee

    v.

United States Army Corps of Engineers and
Dakota Access LLC,

      Appellees

## M A N D A T E

In accordance with the order of January 18, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

              BY:      /s/
                                           Robert J. Cavello
                                           Deputy Clerk

Link to the order filed January 18, 2017