# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-cv-01534 (JEB) |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) |
| Defendant. | ) |

## UNITED STATES ARMY CORPS OF ENGINEERS' NOTICE REGARDING RECENTLY ISSUED PUBLIC DOCUMENT

Pursuant to this Court's order at the December 9, 2016 status conference, the United States Army Corps of Engineers ("Corps") hereby provides notice of a Memorandum issued by the Acting Secretary of the Army on January 31, 2017. *See* Exhibit 1. The Memorandum initiated the steps outlined in the January 24, 2017 Presidential Memorandum, which directs the Secretary of the Army to instruct the Assistant Secretary of the Army for Civil Works and the Corps, including the Commanding General and Chief of Engineers, to expeditiously review requests for approvals associated with the construction and operation of the Dakota Access Pipeline in compliance with the law. Issuance of the January 31st Memorandum does not mean that a final decision on the application for an easement to construct the Dakota Access pipeline under Corps-managed Federal land at Lake Oahe has been made. The Army will make any decisions once a full review and analysis is completed in accordance with the Presidential Memorandum.

Dated: February 1, 2017                             Respectfully submitted,

                                                            JEFFREY H. WOOD
                                                            Acting Assistant Attorney General
                                                            Environment & Natural Resources Division

                                      By:       /s/  *Erica Zilioli*

                                                            MATTHEW MARINELLI, IL Bar 6277967
                                                            U.S. Department of Justice
                                                            Natural Resources Section
                                                            P.O. Box 7611
                                                            Benjamin Franklin Station
                                                            Washington, DC 20044
                                                           Phone: (202) 305-0293
                                                           Fax: (202) 353-2021
                                                           matthew.marinelli@usdoj.gov

                                                           ERICA M. ZILIOLI, D.C. Bar 488073
                                                           U.S. Department of Justice
                                                           Environmental Defense Section
                                                           P.O. Box 7611
                                                           Washington, DC 20044
                                                           Phone: (202) 514-6390
                                                           Fax: (202) 514-8865
                                                           Erica.Zilioli@usdoj.gov

                                                           *Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of February, 2017, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

/s/ *Erica Zilioli*
Erica Zilioli