# Exhibit 1

*Standing Rock Sioux Tribe v. United States Army Corps of Engineers*,
Case No. 1:16-cv-1534 (JEB)
January 31, 2017 Department of the Army Memorandum



**SECRETARY OF THE ARMY**
**WASHINGTON**

3 1 JAN 2017

MEMORANDUM FOR THE ASSISTANT SECRETARY OF THE ARMY FOR CIVIL WORKS AND THE CHIEF OF ENGINEERS/COMMANDING GENERAL, U.S. ARMY CORPS OF ENGINEERS

SUBJECT: Presidential Memorandum — Construction of the Dakota Access Pipeline

1. On 24 January 2017, the President of the United States issued the enclosed memorandum to the Secretary of the Army that addresses the construction of the Dakota Access Pipeline. The Presidential Memorandum (PM) contains a policy statement (Section 1), a set of directives (Section 2), and several general provisions (Section 3).

2. In furtherance of the policies set forth in Section 1 of the PM, I hereby instruct you, pursuant to Section 2(a), entitled *Pipeline Approval Review*, to take all actions necessary and appropriate to fully and unequivocally comply with the specific directives listed in subparagraphs (a)(i) thru (a)(v) of this section. In fulfilling your joint responsibilities, you shall strictly comply with Headquarters, Department of the Army, General Orders No. 2017-01 (5 January 2017).

3. With regard to Section 2(b) of the PM, entitled *Publication*, a copy of the PM has already been sent to the Speaker of the House of Representatives, the President pro tempore of the Senate, the Majority Leader of the Senate, and the Governors of each State located along the Dakota Access Pipeline. Additionally, the PM was published in the Federal Register on 30 January 2017 (82 FR 8661).

4. Given the sensitive issues and legal challenges that lie ahead regarding the approval of the remaining easement to cross Federal lands pursuant to Section 28 of the Mineral Leasing Act, it is imperative that I be kept apprised of any significant development, in a timely manner, especially when it bears on the Army's ability to execute the directives listed in Section 2(a)(i)-(v) of the PM.

Robert M. Speer
Acting

Enclosure