# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:16-cv-01534 (JEB) |

## UNITED STATES ARMY CORPS OF ENGINEERS' NOTICE REGARDING RECENTLY ISSUED PUBLIC DOCUMENTS

Pursuant to this Court's order at the December 9, 2016 status conference, the United States Army Corps of Engineers hereby provides notice of: (1) the United States Department of the Army's notification to Congress of its intention to grant an easement to Dakota Access, LLC to construct a pipeline under Corps-managed federal land at Lake Oahe; (2) the Army's Memorandum regarding Compliance with the January 23, 2017 Presidential Memorandum; and (3) a proposed Federal Register Notice of Termination of the Intent to Prepare an Environmental Impact Statement in Connection with Dakota Access, LLC's Request for an Easement to Cross Lake Oahe, North Dakota.  *See* Exhibits 1-3.

Dated: February 7, 2017

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

By:   /s/ *Matthew Marinelli*

MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section

P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0293
Fax: (202) 353-2021
matthew.marinelli@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 7th day of February, 2017, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

                                            /s/ *Matthew Marinelli*
                                            Matthew Marinelli