AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Standing Rock Sioux Tribe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:16-cv-1534 |
| U.S. Army Corps of Engineers | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, U.S. Army Corps of Engineers.                                                          .

Date:      02/09/2017

/s/ Reuben S. Schifman
*Attorney's signature*

Reuben S. Schifman, NY Bar
*Printed name and bar number*

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Washington DC 20044
*Address*

reuben.schifman@usdoj.gov
*E-mail address*

(202) 305-4224
*Telephone number*

(202) 305-0506
*FAX number*