IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| CHEYENNE RIVER SIOUX TRIBE, | ) |
| | ) |
| Intervenor-Plaintiff | ) Case No. 1:16-cv-1534-JEB |
| | ) |
| v. | ) |
| | ) |
| U.S. ARMY CORPS OF ENGINEERS, | ) |
| | ) |
| Defendant-Cross-Defendant | ) |
| | ) |
| and | ) |
| | ) |
| DAKOTA ACCESS, LLP, | ) |
| | ) |
| Intervenor-Defendant-Cross-Claimant | ) |
| | ) |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), undersigned counsel, Richard A. Guest, hereby enters his appearance in this action as counsel for proposed *Amicus Curiae* Great Plains Tribal Chairman's Association. Mr. Guest's bar number and contact information are as follows:

U.S. District Court (D.C.) Bar No. 477572
Native American Rights Fund
1514 P Street, NW (Rear), Suite D
Washington, DC 20005
Telephone: (202) 785-4166
Facsimile: (202) 822-0068
richardg@narf.org

2

Respectfully submitted this 10th day of February, 2017.

                            */s/ Richard A. Guest*
                            Richard A. Guest
                            U.S. District Court (D.C.) Bar No. 477572
                            NATIVE AMERICAN RIGHTS FUND
                            1514 P Street NW (Rear) Suite D
                            Washington, DC 20005
                            Tel: (202) 785-4166
                            Fax: (202) 822-0068
                            richardg@narf.org

                            *Attorney for Proposed Amicus Curiae*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.4(d), I certify that on February 10, 2017, I electronically filed the foregoing NOTICE OF APPEARANCE pursuant to LCvR 5.4(c)(1), which operates to effect service of the document on all other counsel in this case who have obtained CM/ECF passwords.

/s/ Richard A. Guest
Richard A. Guest
U.S. District Court (D.C.) Bar No. 477572
*Attorney for Proposed Amicus Curiae*