AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STANDING ROCK SIOUX TRIBE, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:16-cv-01534-JEB |
| U.S. ARMY CORPS OF ENGINEERS, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Plaintiff Steve Vance

Date:   02/11/2017

*Attorney's signature*

Joseph V. Messineo
*Printed name and bar number*

Fredericks Peebles & Morgan LLP
3610 North 163rd Plaza
Omaha, NE  68116

*Address*

jmessineo@ndnlaw.com
*E-mail address*

(402) 333-4053
*Telephone number*

(402) 333-4761
*FAX number*