AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, et al.<br>*Plaintiff*<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al.<br>*Defendant* | Case No. 1:16-cv-01534-JEB |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Plaintiff Steve Vance.

Date: 02/11/2017

/s/ Nicole E. Ducheneaux
*Attorney's signature*

Nicole E. Ducheneaux
*Printed name and bar number*

Fredericks Peebles & Morgan LLP
3610 North 163rd Plaza
Omaha, NE  68116
*Address*

nducheneaux@ndnlaw.com
*E-mail address*

(402) 333-4053
*Telephone number*

(402) 333-4761
*FAX number*