IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE,

        Plaintiff,

and

CHEYENNE RIVER SIOUX TRIBE,

        Plaintiff-Intervenor,

   v.

U.S. ARMY CORPS OF ENGINEERS,

        Defendant-Cross-Defendant,

and

DAKOTA ACCESS, LLC,

        Defendant-Intervenor-Cross Claimant.

Case No. 1:16-cv-1534-JEB

**STANDING ROCK SIOUX TRIBE'S EXPEDITED MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Standing Rock Sioux Tribe ("Tribe") hereby moves for partial summary judgment under Fed. R. Civ. P. 56 on an expedited schedule. The Tribe seeks partial summary

(No. 1:16-cv-1534-JEB) - 1

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

judgment on the key issues in this case; specifically, whether the Corps' issuance of the easement at Lake Oahe, as well as prior authorizations, violated its duties under Tribal Treaties, the National Environmental Policy Act, and Clean Water Act.  The Tribe is moving on a subset of the issues in this case because it believes that these issues can be resolved on an expedited schedule prior to the commencement of operations.  On February 13, 2017, the Court adopted the Tribe's proposed schedule for briefing on this motion, under which oppositions to this motion would be filed on March 7, 2017, and the Tribe's response March 21, 216.

This motion is supported by the accompanying memorandum, the declaration of Jan Hasselman and exhibits thereto, the Declaration of Richard B. Kuprewicz (filed under seal).  A proposed order is attached herewith.

Dated:  February 14, 2017				Respectfully submitted,

*/s/ Jan E. Hasselman*
Patti A. Goldman, DCB # 398565
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
Telephone:  (206) 343-7340
pgoldman@earthjustice.org
jhasselman@earthjustice.org
stsosie@earthjustice.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2017, I electronically filed the foregoing *Standing Rock Sioux Tribe's Expedited Motion for Partial Summary Judgment* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman