**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STANDING ROCK SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CHEYENNE RIVER SIOUX TRIBE, | ) | |
| | ) | |
| Intervenor-Plaintiff | ) | Case No. 1:16-cv-1534-JEB |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. ARMY CORPS OF ENGINEERS, | ) | |
| | ) | |
| Defendant-Cross-Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DAKOTA ACCESS, LLP, | ) | |
| | ) | |
| Intervenor-Defendant- | ) | |
| Cross-Claimant | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), undersigned counsel, Michael L. Roy, hereby enters his appearance in this action as counsel for proposed *Amicus Curiae* Oglala Sioux Tribe. Mr. Roy's bar number and contact information is as follows:

> D.C. Bar No. 411841
> Hobbs, Straus, Dean & Walker
> 2120 L St. NW, Suite 700
> Washington, DC  20037
> 202-822-8282 (Tel.)
> 202-296-8834 (Fax)
> mroy@hobbsstraus.com

1

Respectfully submitted,

*/s/ Michael L. Roy* _____
Michael L. Roy (DC Bar No. 411841)
Hobbs, Straus, Dean & Walker, LLP
2120 L Street NW, Suite 700
Washington, DC 20037
202-822-8282 (Tel.)
202-2968834   (Fax)

Attorney for Proposed *Amicus Curiae* Oglala Sioux Tribe

February 21, 2017

Respectfully submitted,

*/s/ Michael L. Roy* _____
Michael L. Roy (DC Bar No. 411841)
Hobbs, Straus, Dean & Walker, LLP
2120 L Street NW, Suite 700
Washington, DC 20037
202-822-8282 (Tel.)
202-2968834   (Fax)

Attorney for Proposed *Amicus Curiae* Oglala Sioux Tribe

February 21, 2017

Respectfully submitted,

*/s/ Michael L. Roy* _____
Michael L. Roy (DC Bar No. 411841)
Hobbs, Straus, Dean & Walker, LLP
2120 L Street NW, Suite 700
Washington, DC 20037
202-822-8282 (Tel.)
202-2968834   (Fax)

Attorney for Proposed *Amicus Curiae* Oglala Sioux Tribe

February 21, 2017

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.4(d), I certify that on February 21, 2017, I electronically filed the foregoing NOTICE OF APPEARANCE pursuant to LCvR 5.4(c)(1), which operates to effect service of the document on all other counsel in this case who have obtained CM/ECF passwords.

> */s/ Michael L. Roy*
> Michael L. Roy (DC Bar No. 411841)
>
> Attorney for Proposed *Amicus Curiae* Oglala Sioux Tribe