IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                                 Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                            Plaintiff-Intervenor,<br><br>                v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                            Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>                            Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-01534-JEB |

**STATUS REPORT OF DAKOTA ACCESS, LLC**

    Pursuant to the Court's February 13, 2017 Order, Dakota Access, LLC ("Dakota Access") hereby provides this status report on construction of the Dakota Access Pipeline at Lake Oahe.

    Dakota Access reports that the pilot hole is complete. The company is currently reaming the hole—*i.e.,* making it larger in order to accept the pipe. As of now, Dakota Access estimates and targets that the pipeline will be complete and ready to flow oil anywhere between the week of March 6, 2017 and April 1, 2017.

    Dakota Access will file its next status report on February 27, 2017.

Dated:  February 21, 2017                                    Respectfully submitted,

  /s/ William S. Scherman

Kimberly Caine                                     William S. Scherman
William J. Leone                                David Debold
Robert D. Comer                              GIBSON, DUNN & CRUTCHER LLP
NORTON ROSE FULBRIGHT US LLP        1050 Connecticut Avenue, N.W.
799 9th St. NW, Suite 1000                 Washington, D.C.  20036
Washington, D.C.  20001-4501            (202) 955-8500
(202) 662-0200                                  wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2017, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

    /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*