# EXHIBIT O

*Standing Rock Sioux Tribe v. United States Army Corps of Engineers*
Case No. 1:16-cv-01534 (JEB)
United States Army Corps of Engineers' Opposition to Cheyenne River Sioux Tribe's
Motion for Preliminary Injunction



THE SECRETARY OF THE INTERIOR
WASHINGTON

FEB 0 6 2017

**Memorandum**

To: Acting Solicitor

From: K. Jack Haugrud, Acting Secretary

Subject: Temporary Suspension of Certain Solicitor M-Opinions Pending Review

To facilitate the regulatory review process first announced by the President's Chief of Staff by memorandum dated January 20, 2017, and the review directed by the President on January 24, 2017, in his "Presidential Memorandum Regarding Construction of the Dakota Access Pipeline," I hereby suspend and temporarily withdraw the following Opinions of the Solicitor issued after November 6, 2017, to enable agency officials appointed or designated by the President after 12 noon on January 20, 2017, to review the opinions and the underlying regulations or decisions to which they apply:

- M-37042
- M-37041
- M-37039
- M-37038

Each of these opinions was written in part to support regulations, decisions, or nationwide guidance or policies that are currently under review by the new Administration. The temporary withdrawal should remain in place until the Secretary, Deputy Secretary, or Solicitor has completed their review, and determined whether the opinion should be reinstated, modified, or revoked. Please ensure that the Solicitor's website reflects the temporary withdrawal. My directive is made under the authority of Section 2 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262), 209 DM 3.2, and other applicable authorities.