IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                Plaintiff-Intervenor,<br><br>   v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                Defendant,<br><br>and<br><br>DAKOTA ACCESS LLC,<br><br>   Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-01534-JEB |

**STATUS REPORT OF DAKOTA ACCESS, LLC**

Pursuant to the Court's February 13, 2017 Order, Dakota Access, LLC ("Dakota Access") hereby provides this updated status report on construction of the Dakota Access Pipeline at Lake Oahe.

The company is currently using various techniques to take the next steps in reaming the hole–*i.e.,* making it larger, in order to accept the pipe. Dakota Access remains on the same schedule as previously reported to the Court, and Dakota Access continues to estimate and target that the pipeline will be complete and ready to flow oil anywhere between the week of March 6, 2017 and April 1, 2017.

Dakota Access will file its next status report on March 6, 2017.

2

Dated: February 27, 2017                                             Respectfully submitted,

  /s/ William S. Scherman

| | |
|---|---|
| Kimberly Caine | William S. Scherman |
| William J. Leone | David Debold |
| Robert D. Comer | GIBSON, DUNN & CRUTCHER LLP |
| NORTON ROSE FULBRIGHT US LLP | 1050 Connecticut Avenue, N.W. |
| 799 9th St. NW, Suite 1000 | Washington, D.C. 20036 |
| Washington, D.C. 20001-4501 | (202) 955-8500 |
| (202) 662-0200 | wscherman@gibsondunn.com |

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2017, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

    /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access LLC*