IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE,

                  Plaintiff,

and

CHEYENNE RIVER SIOUX TRIBE,

                  Plaintiff-Intervenor,

    v.

U.S. ARMY CORPS OF ENGINEERS,

                  Defendant,

and

DAKOTA ACCESS, LLC,

    Defendant-Intervenor-Cross Claimant.

Case No. 1:16-cv-01534-JEB

## STATUS REPORT OF DAKOTA ACCESS, LLC

Pursuant to the Court's February 13, 2017 Order, Dakota Access, LLC ("Dakota Access") hereby provides this updated status report on construction of the Dakota Access Pipeline at Lake Oahe.

The company is making very good progress in using various techniques to take the final steps in reaming the hole—i.e., making it larger, in order to accept the pipe. That process is now complete for the 36-inch ream pass. One final ream pass remains, and it is 33% completed. Dakota Access now projects that the final ream pass will be completed this week.

As a result, Dakota Access anticipates that it will be ready to put oil in this part of the line the week of March 13 or the week of March 20, but it is more likely to occur the week of March 13.

Dakota Access will file its next status report on March 13, 2017.

Dated:  March 6, 2017

Kimberly Caine
William J. Leone
Robert D. Comer
NORTON ROSE FULBRIGHT US LLP
799 9th St. NW, Suite 1000
Washington, D.C.  20001-4501
(202) 662-0200

Respectfully submitted,

 /s/ William S. Scherman
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2017, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

    /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*