**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,** | |
| Plaintiff, | Case No. 1:16-cv-1534-JEB |
| and | |
| **CHEYENNE RIVER SIOUX TRIBE,** | |
| Intervenor-Plaintiff, | |
| v. | NOTICE OF APPEAL |
| **U.S. ARMY CORPS OF ENGINEERS,** | |
| Defendant – Cross-Defendant. | |
| and | |
| **DAKOTA ACCESS, LLP,** | |
| Intervenor-Defendant Cross-Claimant. | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Intervenor-Plaintiff, Cheyenne River Sioux Tribe hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of the District Court for the District of Columbia entered in *Standing Rock Sioux Tribe, et al. v. U.S. Army Corps of Engineers, et al.,* Case No. 1:16-cv-1534-JEB on March 7, 2017, Order Denying the Cheyenne River Sioux Tribe's Motion for Preliminary Injunction (ECF 157).

Dated: March 10, 2017

                           CHEYENNE RIVER SIOUX TRIBE,
                           Intervenor-Plaintiff,

By: /s/ Nicole E. Ducheneaux
Nicole E. Ducheneaux
Fredericks Peebles & Morgan LLP
3610 North 163rd Plaza
Omaha, NE 68116
Telephone: (402) 333-4053
Facsimile: (402) 333-4761
Email: nducheneaux@ndnlaw.com

Conly J. Schulte
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9839
Email: cschulte@ndnlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of March 2017, a copy of the foregoing was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

/s/ Nicole E. Ducheneaux