IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                                    Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                                    Plaintiff-Intervenor,<br><br>      v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                                    Defendant,<br><br>and<br><br>DAKOTA ACCESS LLC,<br><br>                Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-01534-JEB |

**STATUS REPORT OF DAKOTA ACCESS, LLC**

Pursuant to the Court's February 13, 2017 Order, Dakota Access, LLC ("Dakota Access") hereby provides this updated status report on construction of the Dakota Access Pipeline at Lake Oahe.

The company has almost completed reaming the hole—*i.e.*, making it larger, in order to accept the pipe and is taking final passes this week that will occur just before the pipe is pulled through the hole. The company anticipates pulling the pipe through this week and then commencing final testing.

As a result, Dakota Access projects that oil may be introduced in this part of the line between Monday, March 20, 2017 and Wednesday, March 22, 2017, depending upon the success of the testing.

Dakota Access will file its next status report on March 20, 2017.

Dated:  March 13, 2017

Respectfully submitted,

 /s/ William S. Scherman

| | |
|---|---|
| Kimberly Caine | William S. Scherman |
| William J. Leone | David Debold |
| Robert D. Comer | GIBSON, DUNN & CRUTCHER LLP |
| NORTON ROSE FULBRIGHT US LLP | 1050 Connecticut Avenue, N.W. |
| 799 9th St. NW, Suite 1000 | Washington, D.C.  20036 |
| Washington, D.C.  20001-4501 | (202) 955-8500 |
| (202) 662-0200 | wscherman@gibsondunn.com |

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2017, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

   /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access LLC*