IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>       Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>       Intervenor Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>       Defendant,<br><br>and<br><br>DAKOTA ACCESS LLC,<br><br>       Intervenor Defendant. | Case No. 1:16-cv-01534-JEB |

**STATUS REPORT OF DAKOTA ACCESS, LLC**

Pursuant to the Court's February 13, 2017 Order, Dakota Access, LLC ("Dakota Access") hereby provides this updated status report on construction of the Dakota Access Pipeline at Lake Oahe. Due to recent coordinated physical attacks along the pipeline that pose threats to life, physical safety, and the environment, the remainder of this status report is filed under seal.

[redacted]

[redacted]

[redacted]

[redacted]

1



These coordinated attacks will not stop line-fill operations.  With that in mind, the company now believes that oil may flow sometime this week.

Dakota Access will file its next status report on March 27, 2017.

Dated:  March 20, 2017

Kimberly Caine
William J. Leone
Robert D. Comer
NORTON ROSE FULBRIGHT US LLP
799 9th St. NW, Suite 1000
Washington, D.C.  20001-4501
(202) 662-0200

Respectfully submitted,

 /s/ William S. Scherman
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2017, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

      /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*