IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Plaintiff-Intervenor,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS**



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Dated: April 14, 2017

*/s/ Jan E. Hasselman*
Patti A. Goldman, DCB # 398565
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
Telephone: (206) 343-7340
pgoldman@earthjustice.org
jhasselman@earthjustice.org
stsosie@earthjustice.org

*Attorneys for Plaintiff Standing Rock Sioux Tribe*

*/s/ Robert D. Comer*
Kimberley Caine
William J. Leone
Robert D. Comer
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, D.C. 20001-4501
(202) 662-0200

*/s/ William Scherman*
William S. Scherman
David Debold
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com
DDebold@gibsondunn.com

*Counsel for Dakota Access, LLC*

*/s/ Rueben S. Schifman*
Jeffrey H. Wood
Acting Assistant Attorney General
Reuben S. Schifman
Amarveer S. BRar
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, D.C. 20044
(202) 305-4224 (Schifman)
(202) 305-0479 (Brar)
reuben.schifman@usdoj.gov
amarveer.brar@usdoj.gov

Erica M. Zilioli
U.S. Department of Justice
Environmental Defense Section
P.O. Box 761
Washington, D.C. 20044
(202) 514-6390
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

| DESCRIPTION | AR PAGE NOS. |
|---|---|
| February 8, 2017 Easement | USACE_ESMT000001-42[1] |
| Email exchanges between USACE and Energy Transfer, dated February 7-8, 2017 | USACE_ESMT000086-88 |
| 2/7/2017 Lamont Memo | USACE_ESMT000100-102 |
| 2/7/2017 Letter to Federal Register Withdrawing EIS NOI | USACE_ESMT000103-104 |
| February 7, 2017 Congressional Notifications | USACE_ESMT000105-120 |
| Memorandum from K. Jack Haugrud, Acting Secretary of the Interior, to Acting Solicitor, dated February 6, 2017 | USACE_ESMT000167 |
| February 3, 2017 Memorandum | USACE_ESMT00224-359 |
| January 24, 2017, Presidential Memorandum | USACE_ESMT00463-465 |
| USACE Memorandum re: Implementation Guidance for the Assistant Secretary of the Army for Civil Works Memorandum on the Proposed Dakota Access Pipeline Crossing at Lake Oahe, North Dakota, dated December 22, 2016 | USACE_ESMT000534-536 |
| December 4, 2016 Memorandum | USACE_ESMT00602-605 |
| EarthFax Report | USACE_ESMT000611-651 |
| December 3, 2016 Memorandum | USACE_ESMT000652-700 |
| 12/2/2016 Email re: further Corps meetings with SRST | USACE_ESMT000849-850 |
| November 2016 document provides additional information regarding landslide risks in the vicinity of Oahe | USACE_ESMT000936-947 |
| November 22, 2016 Letter | USACE_ESMT0000969 |
| 11/22/2016 Email re: protests at DAPL | USACE_ESMT000970-971 |
| 11/14/2016 Letter from Darcy to Archambault, Warren and Mahmoud | USACE_ESMT001000-1001 |

[1] The U.S. Army Corps of Engineers notes that certain documents appear multiple times in the administrative record, and parties may have cited different page ranges in their briefs than those produced in this Joint Appendix.



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| DESCRIPTION | AR PAGE NOS. |
|---|---|
| November 14, 2016 Army and DOI Statement Regarding DAPL | USACE_ESMT001002 |
| Analysis of Kuprewicz Report | USACE_ESMT001005-1007 |
| Letter from Dave Archambault, II, Chairman, Standing Rock Sioux Tribe, to Jo-Ellen Darcy, USACE, dated October 28, 2016; Accufacts Report | USACE_ESMT001067-1093 |
| October 20, 2016 Memorandum | USACE_ESMT001213-1249 |
| List of Incidents | USACE_ESMT001255-1256 |
| Pipeline Incidents by System Type: Significant | USACE_ESMT001257-1258 |
| Hazardous Liquid Pipeline Miles and Tanks by Commodity | USACE_ESMT001259 |
| Letter from Douglas Hayes, Honor the Earth, Sierra Club Indigenous Environmental Network, to Jo-Ellen Darcy, Chip Smith, Lowry Crook, John Henderson, USACE, dated October 10, 2016 | USACE_ESMT001262-1292 |
| Letter from Dave Archambault, II, Standing Rock Sioux Tribe, to Jo-Ellen Darcy, Assistant Secretary of the Army, dated October 3, 2016 [Not all exhibits included] | USACE_ESMT001300-1325 |
| 9/9/2016 Joint Statement Regarding SRST v. Corps | USACE_ESMT001484-1485 |
| Congressional Research Service, DOT's Federal Pipeline Safety Program: Background and Key Issues for Congress, Paul W. Parfomak, dated May 20, 2016 | USACE_ESMT002259-2295 |
| Dakota Access, LLC/Company Affiliates, Pipeline Leaks or Losses of Structural Integrity Since 2012 | USACE_ESMT0002904-2906 |
| Dakota Access Pipeline Project, North Dakota Public Service Commission Combined Application for Certificate of Corridor Compatibility and Route Permit, dated December 2014 [Excerpts] | USACE_ESMT003524, 3530-3534, 3550-3553 |
| Notes for 18-19 Feb. 2016 Tribal Meeting in Niobrara, NE | USACE_DAPL0004777-4778 |
| Letter from Kraig McPeek and Scott Larson, U.S. Department of the Interior, Fish and Wildlife Service, to Martha Chieply, U.S. Army Corps of Engineers, dated May 2, 2016 | USACE_DAPL0005570-5588 |



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| DESCRIPTION | AR PAGE NOS. |
|---|---|
| Email exchange between Martha Chieply, Amy Kenke, Gary Lez and Danny Mcclendon, dated May 20, 2016 | USACE_DAPL0005729 |
| Letter from Lawrence Roberts, Acting Assistant Secretary, U.S. Department of the Interior, to Brent Cossette, U.S. Army Corps of Engineers, dated March 29, 2016 | USACE_DAPL0005750-5751 |
| Letter from Sara Childers, Tribal Historic Preservation Office, to Lt. Gen. Thomas Bostick, U.S. Army Corps of Engineers, dated May 23, 2016 | USACE_DAPL0006056-6058 |
| Email from Sara Lake to Patrick Murphy, and exchange between Todd Semonite, Patrick Murphy, Jo Ellen Darcy, Donald Jackson, and others with U.S. Army Corps of Engineers, dated July 27, 2016 to August 5, 2016 | USACE_DAPL0006423-6426 |
| 4/28/2016 Memo re: spill frequency considerations | USACE_DAPL0012395-12397 |
| Nationwide Permit 12 Decision Document | USACE_DAPL0016861-16910 |
| Memorandum for Record (Mar. 16, 2012) | USACE_DAPL0063839-63874 |
| 7/11/2016 SRST Letter re: nationwide permits consultation | USACE_DAPL0064004 |
| 6/22/2016 Henderson Letter providing Q&A Summary | USACE_DAPL0064062 |
| 6/13/2016 Letter providing Q&A Summary | USACE_DAPL0064120-64132 |
| 6/3/2016 CRST Letter re: consultation | USACE_DAPL0064137-64139 |
| Responses to Questions, (June 2, 2016) | USACE_DAPL0064143-64152 |
| Email string regarding archeological and cultural sites dated May 19, 2016 to May 20, 2016 | USACE_DAPL0064200-64203 |
| 5/19/2016 CRST Comments | USACE_DAPL0064221-64224 |



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| DESCRIPTION | AR PAGE NOS. |
|---|---|
| 5/11/2016 SRST Letter re: not to send lawyers to meet Henderson | USACE_DAPL0064280-64281 |
| 5/9/2016 Email re: CRST | USACE_DAPL0064289 |
| 5/6/2016 Henderson Letter to Tribes | USACE_DAPL0064300 |
| Letter from Jan Hasselman and Stephanie Tsosie, Earthjustice, to Col. John Henderson and Lowry A. Crook, dated April 26, 2016 [Excerpts from attachments] | USACE_DAPL0064441-64572; 64830-64862; 64870-65019; 65286-65302; 65320-65343; 65380-65396 |
| Letter from Chairman Robert Flying Hawk, Yankton Sioux Tribe, to John W. Henderson, U.S. Army Corps of Engineers, dated April 13, 2016 | USACE_DAPL0065507-65513 |
| Appendix I to July 25, 2016 Environmental Assessment (EA) | USACE_DAPL0066105-66145 |
| Letter from Dave Archambault, II, Tribal Council, Standing Rock Sioux Tribe, to Lowry A. Cook and Col. John Henderson, P.E., U.S. Army Corps of Engineers, dated March 24, 2016 | USACE_DAPL0066166-66221 |
| Letter from Doug Hayes, Sierra Club, to Col. John W. Henderson, Col. Craig Baumgartner, Col. Anthony Mitchell, and Ed. Rodriguez, U.S. Army Corps of Engineers, and Kraig McPeek, U.S. Fish and Wildlife Service, dated March 21, 2016 | USACE_DAPL0066240-66257 |
| Letter from Philip S. Strobel, U.S. EPA, Region 8, to U.S. Army Corps of Engineers, dated March 11, 2016 | USACE_DAPL0066288-66292 |
| 3/7/2016 Email re: phone call | USACE_DAPL0066310-66311 |
| 2/29/2016 SRST Invitation to Henderson | USACE_DAPL0066360-66363 |
| 2/12/2016 SRST Comments | USACE_DAPL0066476-66483 |
| 1/27/21016 SRST Letter | USACE_DAPL0066548-66551 |



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| DESCRIPTION | AR PAGE NOS. |
|---|---|
| Letter from Dave Archambault, II, Chairman, Standing Rock Sioux Tribe, to Brent Cossette, U.S. Army Corps of Engineers, dated January 8, 2016 | USACE_DAPL0066765-66780 |
| 12/10/2015 Memo to CRST Agency | USACE_DAPL0066801-66806 |
| Letter from Kelly Morgan, Ph.D., Tribal Historic Preservation Office, Standing Rock Sioux Tribe, to Martha Chieply, U.S. Army Corps of Engineers, dated December 8, 2015 | USACE_DAPL0066811-66813 |
| 11/20/2015 Letter notifying CRST of consultation meeting | USACE_DAPL0066820-66821 |
| Standing Rock Sioux Tribe Endangered/ Threatened Species Cannonball River | USACE_DAPL0066902-66906 |
| Letter from Waste Win Young, Tribal Historic Preservation Office, Standing Rock Sioux Tribe, to Eric Stasch, Army Corps of Engineers, dated August 21, 2015 | USACE_DAPL0066988-66989 |
| Letter from Waste Win Young, Tribal Historic Preservation Office, Standing Rock Sioux Tribe, to Martha Chieply, Army Corps of Engineers, dated April 8, 2015 | USACE_DAPL0067021-67034 |
| Letter from Waste Win Young, Standing Rock Sioux Tribe, to Martha Chieply, Army Corps of Engineers, dated February 25, 2015 | USACE_DAPL0067074-67075 |
| 10/24/2014 DAPL Geotech PA Info Letter | USACE_DAPL0067130-67136 |
| Email exchanges between Waste Win Young, Standing Rock Sioux Tribe, and U.S. Army Corps of Engineers Staff, dated September 16-29, 2014 | USACE_DAPL0067145-67151 |
| Email from Joel Ames to Julie Price, dated September 24, 2014 | USACE_DAPL0067157 |
| 12/4/2013 Letter re: EA | USACE_DAPL0067166-67168 |
| 7/25/2016 Proposal to discharge fill material into WOUS | USACE_DAPL0067246-67341 |



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| DESCRIPTION | AR PAGE NOS. |
|---|---|
| Nationwide Permit Verification | USACE_DAPL0067342-67367 |
| Memorandum for Record: Department of the Army Memorandum Documenting Nationwide Permit/Regional General Permit Verification, dated July 25, 2016 | USACE_DAPL0067368-67381 |
| Memorandum for Record (July 25, 2016) | USACE_DAPL0067382-67391 |
| 7/6/2016 CRST Response to USFWS | USACE_DAPL0067565-67567 |
| 5/20/2016 CRST Letter | USACE_DAPL0067923-67926 |
| 5/2/2016 CRST Comments | USACE_DAPL0068220-68222 |
| Email "Quick summary of conference call with EPA," dated February 25, 2016 | USACE_DAPL0068891 |
| Letter from Dave Archambault, II, Chairman, Standing Rock Sioux Tribe, to Brent Cossette, U.S. Army Corps of Engineers, dated January 8, 2016 | USACE_DAPL0069152-69169 |
| 9/3/2015 Henderson Letter re: consultation | USACE_DAPL0069758-69787 |
| 8/12/2015 SRST Request for Meeting | USACE_DAPL0069809-69812 |
| 8/17/2015 CRST Comment on DAPL | USACE_DAPL0069815-69817 |
| 3/23/2015 Corps Email re: CRST | USACE_DAPL0070574-70575 |
| 2/17/2015 Letter re: consultation | USACE_DAPL0070663-70664 |
| 10/2/2014 Email re: alignment | USACE_DAPL0071114-71117 |



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| DESCRIPTION | AR PAGE NOS. |
|---|---|
| July 25, 2016 Finding of No Significant Impact (FONSI) | USACE_DAPL0071174-71179 |
| Section 408 Permission Package: Operations Division Real Estate Routing and Review, dated May 26, 2016 | USACE_DAPL0071180-71214 |
| July 25, 2016 Environmental Assessment (EA) with Appendices C, D, E, F, G, H, J, K, L, M | USACE_DAPL0071220-71990 |
| ProjNet: Environmental Review of DAPL – Comments and Resolutions | USACE_DAPL0072161-72270 |
| 5/25/2016 Summary of EA Comments | USACE_DAPL0072424-72436 |
| Dakota Access Pipeline (DAPL) Regulatory | USACE_DAPL0072442-72447 |
| Summary of Comments on EA | USACE_DAPL0072463-72475 |
| Memorandum from Brent Cossette and Jonathan Shelman, USACE, to Tom Siguaw, Dakota Access, and Steve Rowe, HDR Engineering, “DAPL – Route Comparison and Environmental Justice Considerations,” dated April 12, 2016 | USACE_DAPL0073033-73043 |
| Draft EA | USACE_DAPL0073062-73183 |
| EA Comment Matrix | USACE_DAPL0073611-73620 |
| Letter from Doug Hayes on behalf of Sierra Club Chapters to Ed Rodriguez, USACE, re: Comments on the Proposed Dakota Access Pipeline Project, Public Notice No. OD-R-15-009, dated February 5, 2016 | USACE_DAPL0073854-73880 |
| Letter from Philip Strobel, US EPA Region 10, to Brent Cossette, USACE, dated January 8, 2016 | USACE_DAPL0074021-74024 |
| Energy Transfer Company, Dakota Access Pipeline Project, North Dakota Missouri River Crossing Spili [sic] Modei [sic] Discussion [SEALED] | USACE_DAPL0074092-0074110 |



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| DESCRIPTION | AR PAGE NOS. |
|---|---|
| Appendix B to July 25, 2016 Environmental Assessment (EA) | USACE_DAPL0074227-74581 |
| Lake Oahe Crossing Spili [sic] Modei [sic] Discussion [SEALED] | USACE_DAPL0074713-74729 |
| Geographical Response Plan, Pipeline Crossing at the Missouri River, Emmons County, North Dakota, Version 1, August 2015 | USACE_DAPL0074733-74746 |
| Appendix A to July 25, 2016 Environmental Assessment (EA) | USACE_DAPL0074980-75099 |
| Draft Request for Consent to Easement | USACE_DAPL0075355-75358 |
| Letter from Lance M. Foster, Tribal Historic Preservation Office, Iowa Tribe of Kansas and Nebraska, to John M. Fowler, Advisory Council on Historic Preservation, dated March 22, 2016 | USACE_DAPL0080015-80017 |
| 7/13/2016 Letter to participate in tribal monitoring | USACE_DAPL0086333 |
| 12/23/2014 Letter from Noel to Howard | OAHE0000016[2] |
| Metes & Bounds of Easement | OAHE0000028 |
| 10/21/2014 DA Request for Pipeline Easement | OAHE0000034-36 |
| DA Application for Transportation System on Federal Land | OAHE0000202-213 |
| 9/10/2015 Email sending congressional notification letters | OAHE0000246-249 |
| Congressional notification letters | OAHE0000250-255 |
| 6/21/2016 Email Sending Draft Easement | OAHE0000464-469 |
| Draft Easement | OAHE0000470-482 |
| 6/15/2015 Email from Simpson to Howard | OAHE0000625-626 |

[2] The Corps notes that the OAHE Bates-labeled documents were cited in briefs before the production of the easement administrative record on March 21, 2017. The Corps is evaluating whether certain documents should be part of the administrative record.



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| DESCRIPTION | AR PAGE NOS. |
|---|---|
| 8/5/2015 Email Re Congressional Notification | OAHE0001138-1140 |
| Map of Proposed Easement | OAHE0001227 |



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2017, I electronically filed the foregoing *Joint Appendix of Administrative Record Citations* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*