**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, <br><br> Plaintiffs, <br><br> and <br><br> CHEYENNE RIVER SIOUX TRIBE, <br><br> Intervenor Plaintiff, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, <br><br> Defendant, <br><br> and <br><br> DAKOTA ACCESS, LLC, <br><br> Intervenor Defendant. | Case No. 1:16-cv-01534-JEB |

**[PROPOSED] ORDER GRANTING DAKOTA ACCESS'S MOTION TO COMPEL PROMPT COMPLETION OF ADMINISTRATIVE RECORD**

Upon consideration of Intervenor Defendant Dakota Access's Motion to Compel Prompt Completion of Administrative Record it is hereby ORDERED that Dakota Access's motion is GRANTED.  The Corps shall produce within __ days of this Order all records (including emails, telephone logs, and calendars) of the Departments of the Army, the Interior, and Justice, as well as those held, received, or issued by the White House, that relate to the Dakota Access Pipeline project and that were in existence on or before January 18, 2017, including the following:

- All documents that relate to the preparation and substance of a September 9, 2016 Joint Statement issued by the three Executive Branch Departments, as well as all documents considered by the three Departments in developing and issuing that Joint Statement.

- All documents pertaining to an October 10 Joint Statement by the same Departments, including the determination whether to reconsider any previous decisions, and all documents considered as part of that determination.

- All documents considered in reaching the determination that the Army announced on November 14, and then reiterated on December 4, that the permits at issue here "comported with legal requirements."

- All documents that discuss the granting of the July 25, 2016 permissions and all that were considered in deciding to announce delay of the easement.

It is so Ordered.

_____
Hon. James Boasberg
United States District Judge