IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>      Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>      Intervenor Plaintiff,<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>      Defendant,<br><br>and<br><br>DAKOTA ACCESS LLC,<br><br>      Intervenor Defendant. | Case No. 1:16-cv-01534-JEB |

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Dakota Access, LLC is a nongovernmental entity. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Dakota Access, LLC states that it is owned 75% by Dakota Access Holdings, LLC and 25% by Phillips 66 DAPL Holdings LLC. These companies are in turn owned as follows:

1. Dakota Access Holdings, LLC is wholly owned by Bakken Pipeline Investment LLC which is wholly owned by Bakken Holdings Company, LLC, which is in turn owned 60% by LaGrange Acquisition, L.P. and 40% by Sunoco Pipeline, L.P.

2. Phillips 66 DAPL Holdings LLC is owned equally (20% each) by Phillips 66 DE Holdings 20A LLC, Phillips 66 DE Holdings 20B LLC, Phillips 66 DE Holdings 20C LLC, Phillips 66 DE Primary LLC, and Phillips 66 DE Holdings 20D LLC. Each of these companies are wholly owned by Phillips 66 Project Development, Inc.

I, the undersigned, counsel of record for Dakota Access, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Dakota Access, LLC which have any outstanding securities in the hands of the public:

1. Phillips 66 Company.  Phillips 66 Company holds an ownership interest in Dakota Access, LLC through several privately held subsidiaries.

2. Energy Transfer Partners, L.P. ("ETP").  ETP holds an ownership interest in Dakota Access, LLC through several privately held subsidiaries.

3. Energy Transfer Equity, L.P. ("ETE").  ETE holds an ownership interest in Dakota Access, LLC through several privately held subsidiaries.

4. Sunoco Logistics Partners L.P. ("SLP").  SLP holds an ownership interest in Dakota Access, LLC through several privately held subsidiaries.

These representations are made in order that judges of this Court may determine the need for recusal.

- 3 -

| | |
|---|---|
| Dated: May 17, 2017 | Respectfully submitted, |

| | |
|---|---|
| Kimberly H. Caine | /s/ William S. Scherman |
| William J. Leone | William S. Scherman |
| Robert D. Comer | David Debold |
| NORTON ROSE FULBRIGHT US LLP | GIBSON, DUNN & CRUTCHER LLP |
| 799 9th St. NW, Suite 1000 | 1050 Connecticut Avenue, N.W. |
| Washington, D.C. 20001-4501 | Washington, D.C. 20036 |
| (202) 662-0200 | (202) 955-8500 |