**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**STANDING ROCK SIOUX TRIBE,** *et al.*,

      **Plaintiffs,**

      v.

**U.S. ARMY CORPS OF ENGINEERS,** *et al.*,

      **Defendants.**

          Civil Action No. 16-1534 (JEB)

---

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1. Plaintiff Standing Rock Sioux Tribe's [117] Motion for Partial Summary Judgment is GRANTED IN PART AND DENIED IN PART;

2. Defendant U.S. Army Corps of Engineers' [173] corresponding Cross-Motion for Partial Summary Judgment is GRANTED IN PART AND DENIED IN PART;

3. Plaintiff-Intervenor Cheyenne River Sioux Tribe's [131] Motion for Partial Summary Judgment is DENIED IN PART;

4. Defendant U.S. Army Corps of Engineers' and Defendant-Intervenor Dakota Access LLC's corresponding [186, 187] Cross-Motions for Partial Summary Judgment are GRANTED IN PART;

5. The matter is REMANDED to the Corps for further analysis as set forth in the Opinion; and

6.  The parties shall appear on June 21, 2017, at 2:30 PM for a status conference to

discuss further scheduling in the case.

**SO ORDERED.**

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  June 14, 2017