IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:16-CV-1534-JEB |
| ) | |
| UNITED STATES ARMY CORPS OF ) | |
| ENGINEERS, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF INTERVENORS SARA JUMPING EAGLE, ET AL
IN RESPONSE TO COURT ORDER

PLEASE TAKE NOTICE THAT Intervenors Sara Jumping Eagle, et al., hereby agree to the conditions set forth in the Court's June 14, 2017 Order, and specifically, they agree to dismiss all claims asserted in their Proposed Complaint against President Donald Trump, such that their Complaint shall be coterminous with the Complaint of the current Plaintiffs in the case.

Additionally, the undersigned counsel hereby notifies the Court that he is currently traveling and will be outside the District of Columbia on June 21, 2017, during the status conference scheduled for that day. Intervenors Sara Jumping Eagle, et al. therefore respectfully request leave of the Court for their lead counsel, attorney Bruce I. Afran, to appear on their behalf telephonically. Mr. Afran is a member in good standing of the Bar of the State of New Jersey (Bar No. 010751986).

Respectfully submitted,

s/Oliver B. Hall

| | |
|---|---|
| Bruce I. Afran | 2515 Cliffbourne Place NW |
| NJ Bar # 010751986 | DC Bar No. 976463 |
| 10 Braeburn Dr. | Washington, DC 20009 |
| Princeton, NJ 08540 | 617-953-0161 |
| 609-454-7435 | oliverbhall@gmail.com |

*Counsel of Record*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of June, 2017, I filed the foregoing Notice of Intervenors Sara Jumping Eagle et al in Response to Court Order via the Court's CM/ECF filing system, which will effect service upon all counsel of record.

                                            s/Oliver B. Hall
                                            Oliver B. Hall