IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>　　　　　　Intervenor Plaintiff,<br><br>　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　　　　　　　Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>　　　　　　Intervenor Defendant. | Case No. 1:16-cv-01534-JEB |

**JOINT MOTION TO SET A BRIEFING SCHEDULE**

The Court has asked the parties to be prepared to discuss further scheduling in this case during the upcoming June 21, 2017 status conference. One of the scheduling matters is briefing on the question of the appropriate remedy in light of the Court's Order and Memorandum Opinion of June 14, 2017. To assist the Court on that scheduling issue, Intervenor Defendant Dakota Access, LLC, Plaintiff Standing Rock Sioux Tribe, Intervenor Plaintiff Cheyenne River Sioux Tribe, and Defendant United States Army Corps of Engineers, have conferred and hereby jointly move the Court to set the following briefing schedule:

1

- Opening briefs of no more than 20 pages each to be submitted by July 17, 2017, by Defendant United States Army Corps of Engineers and Intervenor Defendant Dakota Access.

- Responses of no more than 40 pages in total to be submitted by August 7, 2017, by Plaintiff Standing Rock Sioux Tribe and Intervenor Plaintiff Cheyenne River Sioux Tribe.

- Replies of no more than 10 pages each to be submitted by August 17, 2017, by Defendant United States Army Corps of Engineers and Intervenor Defendant Dakota Access.

- Sur-replies of no more than 20 pages in total to be submitted by August 28, 2017, by Plaintiff Standing Rock Sioux Tribe and Intervenor Plaintiff Cheyenne River Sioux Tribe.

The parties respectfully request that the Court schedule briefing as jointly agreed.

Dated:  June 20, 2017                                                  Respectfully submitted,


/s/ Reuben Schifman                              /s/ William S. Scherman
Reuben Schifman, NY BAR                       William S. Scherman
Matthew Marinelli, IL Bar 6277967             David Debold
Amarveer S. Brar, CA Bar 309615               GIBSON, DUNN & CRUTCHER LLP
U.S. DEPARTMENT OF JUSTICE                    1050 Connecticut Avenue, N.W.
Natural Resources Section                     Washington, D.C.  20036
P.O. Box 7611                                 (202) 955-8500
Benjamin Franklin Station                     wscherman@gibsondunn.com
Washington, DC 20044
Phone: (202) 305-0479 (Brar)                  Kimberley Caine
Phone: (202) 305-4224 (Schifman)              William J. Leone
Phone: (202) 305-0293 (Marinelli)             Robert D. Comer
Fax: (202) 305-0506                           NORTON ROSE FULBRIGHT US LLP
amarveer.brar@usdoj.gov                       799 9th St. NW, Suite 1000
reuben.schifman@usdoj.gov                     Washington, D.C.  20001-4501
matthew.marinelli@usdoj.gov                   (202) 662-0200

Erica M. Zilioli, D.C. Bar 488073             *Counsel for Dakota Access, LLC*
U.S. DEPARTMENT OF JUSTICE
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044

Phone: (202) 514-6390


*Counsel for the United States Army Corps of Engineers*

/s/ Conly J. Schulte
Conly J. Schulte, *Pro Hac Vice*
FREDERICKS PEEBLES &MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9839
Email: cschulte@ndnlaw.com

Nicole E. Ducheneaux, *Pro Hac Vice*
FREDERICKS PEEBLES & MORGAN LLP
3610 North 163rd Plaza
Omaha, NE 68116
Telephone: 402-333-4053
Facsimile: 402-333-4761
Email: nducheneaux@ndnlaw.com

*Counsel for Cheyenne River Sioux Tribe*

/s/ Jan E. Hasselman
Patti A. Goldman, DCB # 398565
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
Telephone: (206) 343-7340
pgoldman@earthjustice.org
jhasselman@earthjustice.org
stsosie@earthjustice.org

*Counsel for Standing Rock Sioux Tribe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2017, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

      /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*