UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE )<br><br>Plaintiffs, )<br><br>and )<br><br>CHEYENNE RIVER SIOUX TRIBE, )<br><br>Intervenor-Plaintiff )<br><br>v. )<br><br>U.S. ARMY CORPS OF ENGINEERS, )<br><br>Defendant, )<br>and )<br><br>DAKOTA ACCESS, LLC, )<br><br>Intervenor-Defendant- ) | Case No. 1:16-cv-1534-JEB |

**NOTICE OF WITHDRAWAL**

The undersigned counsel, of the law firm the Native American Rights Fund, hereby requests counsel and the clerk's office remove the following name and addresses from the official service list for this matter.

1

Richard A. Guest
Native American Rights Fund
1514 P. Street, NW (Rear)
Suite D
Washington, DC 20005
email:  richardg@narf.org

        Respectfully submitted,

         /s/ Richard A. Guest
        Richard A. Guest
        Native American Rights Fund
        1514 P. Street, NW (Rear)
        Suite D
        Washington, DC 20005
        (202) 785-4166
        (202) 822-0068 (fax)
        richardg@narf.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2017, a copy of the foregoing was served by electronic mail using the CM/ECF system, which will then send notification of such filing to all counsel of record.

                                                          /s/ Richard A. Guest