# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                              Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                              Intervenor Plaintiff,<br><br>                   v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                              Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>                              Intervenor Defendant. | Civil Action No. 16-1534-JEB<br>(consolidated with Case Nos. 16-1796 & 17-267) |

**JOINDER OF DAKOTA ACCESS, LLC IN DEFENDANT UNITED STATES ARMY CORPS OF ENGINEERS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Dakota Access, LLC ("Dakota Access") joins the cross-motion for partial summary judgment filed by the United States Army Corps of Engineers and the United States Fish and Wildlife Service (collectively "the Corps") on the claims raised in the Yankton Sioux Tribe's motion for partial summary judgment. The Tribe moved for partial summary judgment on several claims. The Corps included in its response a cross-motion for partial summary judgment. Now that the Corps—the party named as Defendant in the Tribe's complaint—has moved for summary

judgment, Dakota Access joins in the Corps's opposition and cross-motion for all of the reasons stated in both the Corps's response and the response filed by Dakota Access.

Dated:  January 10, 2018                                    Respectfully submitted,

  /s/ William S. Scherman

| | |
|---|---|
| Kimberley Caine | William S. Scherman |
| William J. Leone | David Debold |
| Robert D. Comer | GIBSON, DUNN & CRUTCHER LLP |
| NORTON ROSE FULBRIGHT US LLP | 1050 Connecticut Avenue, N.W. |
| 799 9th St. NW, Suite 1000 | Washington, D.C.  20036 |
| Washington, D.C.  20001-4501 | (202) 955-8500 |
| (202) 662-0200 | wscherman@gibsondunn.com |

*Counsel for Dakota Access, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2018, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

    /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*