IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant.<br><br>and<br><br>DAKOTA ACCESS, LLP,<br><br>Intervenor-Defendant. | Case No. 1:16-cv-1534-JEB<br>[Consolidated with 1:16-cv-1796 and 1:17-cv-267] |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk (jointly, "Plaintiffs") and Defendants U.S. Army Corps of Engineers and U.S. Fish and Wildlife Service (jointly, "Defendants") respectfully request that the deadlines for Plaintiffs' reply/response and Defendants' and Intervenor-Defendant's reply regarding Plaintiffs' motion for partial summary judgment and Defendants' cross motion for partial summary judgment be extended. Specifically, the Parties jointly request that the deadline for Plaintiffs' reply/response be extended to January 26, 2018, and that the deadline for Defendants' and Intervenor-Defendant's reply be extended to February 9, 2017.

WHEREFORE, Plaintiffs and Defendants respectfully request that this Court grant their joint motion for extension of time.

Dated: January 18, 2018.

YANKTON SIOUX TRIBE, et al.

By: *Jennifer S. Baker*
Jennifer S. Baker, OKBA# 21938
(*Pro Hac Vice*)
Jeffrey S. Rasmussen, WA #21121
(*Pro Hac Vice*)
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 673-9600
Facsimile: (303) 673-9155
jbaker@ndnlaw.com
jrasmussen@ndnlaw.com
*Attorneys for Plaintiffs*

*s/ Patricia A. Marks*
Fredericks Peebles & Morgan LLP
401 9th Street, N.W., Suite 700
Washington, D.C. 20004
Phone:  (202) 450-4887
Facsimile:  (202) 450-5106
pmarks@ndnlaw.com
*Attorney for Plaintiffs*

*/s/ Matthew Marinelli*
Matthew Marinelli, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone:  (202) 305-0293
Fax:  (202) 305-0506
matthew.marinelli@usdoj.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

_____
Ashley Klinglesmith, Legal Assistant