# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, | ) |
| Plaintiff, | ) |
| and | ) |
| CHEYENNE RIVER SIOUX TRIBE, | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) Case No. 1:16-cv-01534 (JEB) |
| | ) [Consolidated with 1:16-cv-1796 |
| UNITED STATES ARMY CORPS OF ENGINEERS | ) and 1:17-cv-267] |
| and | ) |
| UNITED STATES FISH AND WILDLIFE SERVICE, | ) |
| Defendants, | ) |
| and | ) |
| DAKOTA ACCESS, LLC, | ) |
| Defendant-Intervenor and Cross-Claimant | ) |

**JOINT MOTION TO STAY DEADLINE TO RESPOND TO CHEYENNE RIVER SIOUX TRIBE'S MOTION TO COMPEL**

Pursuant to Rules 6 and 7.2 of the Rules of the United States District Court for the District of Columbia, the United States Army Corps of Engineers ("Corps"), Dakota Access, LLP, the Cheyenne River Sioux Tribe, and the Standing Rock Sioux Tribe ("the parties") respectfully request that this Court stay the deadline to respond to the Cheyenne River Sioux Tribe's Motion to Compel Meaningful Consultation so that the parties may attempt to negotiate a joint briefing schedule by February 23, 2018. Defendants' responses are currently due on February 21, 2018. This is the parties' first such motion. In support of the joint motion the parties aver the following.

1. On February 7, 2018, Cheyenne River filed a motion to compel the Corps to engage in "meaningful consultation" regarding its ongoing remand analysis. ECF No. 327.

2. Defendants' response to Cheyenne River's motion is currently due on February 21, 2018.

3. On February 16, 2018, Cheyenne River and Standing Rock notified Defendants that Standing Rock is evaluating whether it wishes to file a motion regarding consultation relating to the Corps' remand analysis but that Standing Rock will not reach a final decision regarding whether to file such a motion until February 27, 2018.

4. The parties wish to brief Cheyenne River's motion to compel in as efficient a manner as is reasonably possible. They therefore request until February 23, 2018 to attempt to negotiate a briefing schedule for Cheyenne River's motion and any motion that Standing Rock may file. The parties respectfully submit that the relief requested in this motion will aid in judicial economy so that both motions can be briefed in an orderly and coordinated manner.

WHEREFORE the parties respectfully request that this Court stay the deadline for Defendants to response to Cheyenne River's motion to compel and that the parties submit a proposal for further briefing on the consultation motion(s) by February 23, 2018.

## CONCLUSION

Dated: February 20, 2018

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

By:   */s/   Matthew Marinelli*
REUBEN S. SCHIFMAN, NY Bar
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0293 (Marinelli)
Phone: (202) 305-4224 (Schifman)
Fax: (202) 305-0506
matthew.marinelli@usdoj.gov
reuben.schifman@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

/s/ William S. Scherman by /s/ Matthew
Marinelli pursuant to written authorization
on February 20, 2018
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP 1050
Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

Kimberley Caine
William J. Leone
Robert D. Comer
NORTON ROSE FULBRIGHT US LLP 799 9th
St. NW, Suite 1000
Washington, D.C. 20001-4501
(202) 662-0200

*Attorneys for the Dakota Access LLP*

/s/ Nicole E. Ducheneaux by /s/ Matthew
Marinelli pursuant to written authorization
on February 20, 2018
Nicole E. Ducheneaux, *Pro Hac Vice*
Joseph V. Messineo, *Pro Hac Vice*
Fredericks Peebles & Morgan LLP
3610 North 163rd Plaza
Omaha, NE 68116
Telephone: (402) 333-4053
Fax: (402) 333-4761
nducheneaux@ndnlaw.com

*Attorneys for the Cheyenne River Sioux Tribe*

/s/ Jan E. Hasselman by /s/ Matthew
Marinelli pursuant to written authorization
on February 20, 2018
Patti A. Goldman, DCB # 398565
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104

Telephone: (206) 343-7340
pgoldman@earthjustice.org
jhasselman@earthjustice.org
stsosie@earthjustice.org

*Attorneys for the Standing Rock Sioux Tribe*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of February, 2018, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

/s/  Matthew Marinelli
Matthew Marinelli
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0293
Fax: (202) 305-0506
matthew.marinelli@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>   Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>   Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>   Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>   Defendant-Intervenor. | Case No. 1:16-cv-01534 (JEB)<br>(consolidated with Cases No.<br>1:16-cv-01796 & 1:17-cv-00267) |

**[PROPOSED] ORDER**

This matter is before the Court on the United States Army Corps of Engineers, Dakota Access, LLP, the Cheyenne River Sioux Tribe, and the Standing Rock Sioux Tribe's Joint Motion to Stay the Deadline to Respond to Cheyenne River's Motion to Compel. Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that

   1.   The motion should be and hereby is GRANTED; and

2.	The deadline for Federal Defendants and Dakota Access to respond to Cheyenne River's motion is stayed and the parties shall submit a proposal for further briefing on the consultation motion(s) by February 23, 2018.

     SO ORDERED.

Date: _____   _____
                JAMES E. BOASBERG
                United States District Judge