# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant – Cross-Defendant.<br><br>and<br><br>DAKOTA ACCESS, LLP,<br><br>Intervenor-Defendant Cross-Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos.<br>16-cv-1796 and 17-cv-267)<br><br><br><br>NOTICE OF SEPARATION OF COUNSEL AND MOTION FOR REMOVAL OF COUNSEL OF RECORD |

COMES NOW Intervenor-Plaintiff Cheyenne River Sioux Tribe ("CRST") to inform the Court, parties and counsel that Conly Schulte, who has appeared on behalf of CRST as counsel, is no longer associated with the law firm of Fredericks Peebles and Morgan LLP ("FPM"). See Affidavit of Barbra Baker filed simultaneously herewith. FPM remains legal counsel for CRST in this matter. Mr. Schulte should be removed from service lists and other notifications associated with this matter.

Pursuant to LCvR 7(m), CRST's counsel contacted the Defendant U.S. Army Corps of Engineers ("Corps") and Intervenor-Defendant Dakota Access, LLP ("Dakota Access") regarding

1

this Motion on February 27, 2018.  Both the Corps and Dakota Access have responded and indicated that they do not oppose this motion.

WHEREFORE, CRST respectfully requests that Conly Schulte be removed as counsel of record for CRST and removed from all service lists.

Respectfully submitted this 27th day of February, 2018.

                                      CHEYENNE RIVER SIOUX TRIBE,
                                      Intervenor-Plaintiff,

By:   /s/ Nicole E. Ducheneaux
      Nicole E. Ducheneaux
      Fredericks Peebles & Morgan LLP
      3610 North 163rd Plaza
      Omaha, NE  68116
      Telephone:  (402) 333-4053
      Facsimile:  (402) 333-4761
      Email: nducheneaux@ndnlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February 2018, a copy of the foregoing was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                                      /s/ Nicole E. Ducheneaux

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant – Cross-Defendant.<br><br>and<br><br>DAKOTA ACCESS, LLP,<br><br>Intervenor-Defendant Cross-Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos.<br>16-cv-1796 and 17-cv-267)<br><br><br><br>AFFIDAVIT OF<br>BARBRA BAKER |

1. The information contained herein is based upon my personal knowledge, and I am competent to testify to the matters herein if called to do so in any proceeding.

2. My name is Barbra Baker. I am employed by the Fredericks Peebles & Morgan LLP as Firm Controller / Firm Administrator. I am familiar with the ownership structure of the Firm and employment arrangements with the Firm.

3. I can confirm that Conly Schulte is no longer associated with the law firm of Fredericks Peebles & Morgan LLP.

1

Dated: February 27, 2018

                                                                                    Barbra Baker

STATE OF NEBRASKA    )
                              ) ss:
COUNTY OF DOUGLAS  )

The foregoing instrument was acknowledged before me this 27th day of February, 2018 by Barbra Baker.

                                                                               Carol J. Cyriacks
                                                                               Notary Public

General Notary - State of Nebraska
CAROL J. CYRIACKS
My Comm. Exp. Jan. 12, 2021.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,**<br><br>   Plaintiff,<br><br>and<br><br>**CHEYENNE RIVER SIOUX TRIBE,**<br><br>   Intervenor-Plaintiff,<br><br>v.<br><br>**U.S. ARMY CORPS OF ENGINEERS,**<br><br>   Defendant – Cross-Defendant.<br><br>and<br><br>**DAKOTA ACCESS, LLP,**<br><br>   Intervenor-Defendant Cross-Claimant. | **Case No. 1:16-cv-1534-JEB**<br>**(and Consolidated Case Nos.**<br>**16-cv-1796 and 17-cv-267)** |

**[PROPOSED] ORDER GRANTING INTERVENOR-PLAINTIFF CHEYENNE RIVER SIOUX TRIBE'S NOTICE OF SEPARATION OF COUNSEL AND MOTION FOR REMOVAL OF COUNSEL OF RECORD**

  Upon consideration of the Notice of Separation of Counsel and Motion for Removal of Counsel of Record, the Court orders that Intervenor-Plaintiff Cheyenne River Sioux Tribe's Notice of and Motion for Removal of Counsel of Record Conly Schulte is hereby GRANTED.

Dated: _____         _____
                          JAMES E. BOASBERG
                          United States District Judge