IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE;
YANKTON SIOUX TRIBE; ROBERT
FLYING HAWK; OGLALA SIOUX
TRIBE,

                Plaintiffs,

and

CHEYENNE RIVER SIOUX TRIBE,

                Intervenor Plaintiff,

    v.

U.S. ARMY CORPS OF ENGINEERS,

                Defendant,

and

DAKOTA ACCESS, LLC,

                Intervenor Defendant.

Case No. 1:16-cv-01534-JEB
[Consolidated with 1:16-cv-1796 and 1:17-cv-267]

**INTERVENOR DEFENDANT DAKOTA ACCESS, LLC'S
MOTION TO STAY RESOLUTION OF MOTION TO COMPEL PROMPT
COMPLETION OF ADMINISTRATIVE RECORD**

In accordance with the Court's January 30, 2018 Minute Order, Intervenor Defendant Dakota Access, LLC ("Dakota Access") respectfully moves the Court to stay resolution of Dakota Access's Motion to Compel Prompt Completion of the Administrative Record ("Motion to Compel"), D.E. 216, for another thirty days while Dakota Access pursues the outstanding records through other means. The Minute Order requires Dakota Access to notify the Court by March 1, 2018 "whether it will withdraw the Motion, seek a stay of the Motion, or ask for the Court to resolve it." Dakota Access is pursuing many of the relevant records through a Freedom of Information Act ("FOIA") request to the Department of Justice, Department of the Army, Department

of Interior, and Council for Environmental Quality. Accordingly, Dakota Access respectfully requests that the court stay resolution of its Motion to Compel to allow time for processing Dakota Access's FOIA request.

## CONCLUSION

For the foregoing reasons, Dakota Access respectfully requests that the Court grant this motion to stay resolution of its Motion to Compel.

Dated:  March 1, 2018

Respectfully submitted,

  /s/ William S. Scherman

Kimberley Caine
William J. Leone
Robert D. Comer
NORTON ROSE FULBRIGHT US LLP
799 9th St. NW, Suite 1000
Washington, D.C. 20001-4501
(202) 662-0200

William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2018, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

    /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>      Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>      Intervenor Plaintiff,<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>      Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>      Intervenor Defendant. | Case No. 1:16-cv-01534-JEB<br>[Consolidated with 1:16-cv-1796 and 1:17-cv-267] |

**[PROPOSED] ORDER GRANTING INTERVENOR DEFENDANT
DAKOTA ACCESS, LLC'S MOTION TO STAY RESOLUTION OF MOTION TO
COMPEL PROMPT COMPLETION OF ADMINISTRATIVE RECORD**

The Court orders that Intervenor Defendant Dakota Access, LLC's motion to stay resolution of its Motion to Compel Prompt Completion of the Administrative Record ("Motion") is GRANTED.

Dakota Access, LLC shall update the Court by March 31, 2018 whether it will withdraw the Motion, seek a further stay of the Motion, or ask for the Court to resolve it.

**SO ORDERED** this __ day of March, 2018.

                The Honorable James E. Boasberg
                United States District Judge