# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, | ) |
| Plaintiff, | ) |
| and | ) |
| CHEYENNE RIVER SIOUX TRIBE, | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) Case No. 1:16-cv-01534 (JEB) |
| | ) [Consolidated with 1:16-cv-1796 |
| UNITED STATES ARMY CORPS OF ENGINEERS | )  and 1:17-cv-267] |
| and | ) |
| UNITED STATES FISH AND WILDLIFE SERVICE, | ) |
| Defendants, | ) |
| and | ) |
| DAKOTA ACCESS, LLC, | ) |
| Defendant-Intervenor and Cross-Claimant | ) |

**UNITED STATES ARMY CORPS OF ENGINEERS'**
**NOTICE REGARDING THE REMAND SCHEDULE**

On October 6, 2018, the Corps notified the Court that by April 2, 2018 it expected to be able to complete the additional analysis contemplated in the Court's remand order. ECF No. 281. As a result of difficulties in obtaining requested information from the Plaintiff Tribes in a timely manner, the Corps no longer believes it will be able to complete the remand by April 2,

2018. As the Corps provided in its February 1, 2018 Status Report, ECF No. 326, the Corps sought information or analysis related to the remand from Dakota Access the Plaintiffs, and their provision of this data or the Corps' review of that information or analysis, "may cause the Corps to either shorten or lengthen this expected review period." Because the Corps is still awaiting information from the Tribes, and needs to analyze the information it only recently received from Standing Rock, it does not anticipate completing its remand analysis by April 2, 2018.

As described in more detail in the Corps' opposition to the Tribe's remand related motions, beginning in September 2017, the Corps sought information from all Plaintiff Tribes, respectively, regarding each Tribe's hunting, fishing, and other cultural practices as they relate to the Corps' analysis on remand. The Corps initially asked for this information within 30 days but has to date not received a substantive response from Cheyenne River, Yankton, or Oglala. The Corps received a response from Standing Rock on March 5, 2018 and additional information on March 15, 2018.

Standing Rock's submissions consist of more than 300 pages of information. The Corps is in the process of reviewing these submissions, determining whether they includes the requested information, and deciding the next steps in the remand process.

As the Corps has not yet received any information from Cheyenne River, Yankton, or Ogallala, it intends to ask the Tribes to provide any information it may wish to provide by a date certain. Subject to the approval of the Court, after this time period, the Corps will file a further Notice providing an updated estimate for the time in which it expects to conclude the remand process. This estimate will depend on what information it has obtained from the Tribes, and how much additional time, if any, is required to analyze this information so as to further evaluate "the impacts of an oil spill on Standing Rock's fishing and hunting rights and on environmental

justice" and "the degree to which the project's effects are likely to be highly controversial in light of critiques of [the Corps'] scientific methods and data." *Standing Rock Sioux Tribe v. U.S. Army Corps of Eng'rs*, 2017 U.S. Dist. LEXIS 91297 at *5 (D.D.C. June 14, 2017).

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

Dated: March 16, 2018

By: */s/ Reuben S. Schifman*____
REUBEN S. SCHIFMAN, NY Bar
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0293 (Marinelli)
Phone: (202) 305-4224 (Schifman)
Fax: (202) 305-0506
matthew.marinelli@usdoj.gov
reuben.schifman@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## CERTIFICATE OF SERVICE

  I hereby certify that, on the 16th day of March, 2018, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

             */s/ Reuben Schifman*
             REUBEN SCHIFMAN
             U.S. Department of Justice
             Natural Resources Section
             P.O. Box 7611
             Benjamin Franklin Station
             Washington, DC 20044
             Phone: (202) 305-4224
             Fax: (202) 305-0506
             reuben.schifman@usdoj.gov