UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor and Cross-Claimant. | Civil Action No. 16-1534 (JEB) (and Consolidated Case Nos. 16-1769 and 16-267) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff Yankton Sioux Tribe's [292] Motion for Partial Summary Judgment is DENIED;

2. Defendant U.S. Army Corps of Engineers' [320] Corresponding Cross-Motion for Partial Summary Judgment is GRANTED;

1

3.  Defendant-Intervenor Dakota Access LLC's Corresponding [321] Cross-Motion for Partial Summary Judgment is GRANTED; and

4.  Judgment is ENTERED for Defendants as to Count One of Plaintiff's Complaint and as to Plaintiff's NHPA and NEPA claims.

SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  March 19, 2018