IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STANDING ROCK SIOUX TRIBE, | ) | |
|     Plaintiff, | ) | |
| and | ) | |
| CHEYENNE RIVER SIOUX TRIBE, | ) | |
|     Plaintiff-Intervenor, | ) | |
| v. | ) | Case No. 1:16-cv-01534 (JEB) |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | (consolidated with Cases No. 1:16-cv-01796 & 1:17-cv-00267) |
|     Defendant, | ) | |
| and | ) | |
| DAKOTA ACCESS, LLC, | ) | |
|     Defendant-Intervenor. | ) | |

**UNITED STATES ARMY CORPS OF ENGINEERS'
STATUS REPORT REGARDING REMAND**

Pursuant to the Court's order dated October 18, 2017, the U.S. Army Corps of Engineers (Corps) files this status report regarding the progress of the remand. The Corps continues to work on the three remand issues.

The Corps has reviewed various submittals from Energy Transfer Partners including a risk analysis, Geographic Response Plan, Integrity Management Plan, and has worked with Energy Transfer Partners to develop environmental justice data, and hunting and fishing impacts analysis. The Corps has also continued its ongoing discussions with Energy Transfer Partners about the information they have provided.

1

The Corps sought information from the Plaintiff Tribes as well, beginning in September 2017, and continues to seek that information. The Corps has yet to receive any information from the Cheyenne River Sioux Tribe, Yankton Sioux Tribe, or Oglala Sioux Tribe, including information that Cheyenne River stated it would produce no later than March 2, 2018. ECF No. 327 at 4. The Corps sent letters to these Tribes setting a final deadline of April 20, 2018 for receipt of that information and stating that the Corps would finalize its review with the information it has at that point. Ex. 1. Further, the Corps has provided additional information to the Tribes as outlined in previous filings with this Court. *See* ECF No. 337 at 17. The Corps is also working with the Cheyenne River Sioux Tribe to set up a meeting.

The Corps is reviewing information submitted by the Standing Rock Sioux Tribe on March 5, 2018 and March 15, 2018. The Corps also met with representatives of the Standing Rock Sioux Tribe on March 26, 2018 to discuss remand issues. The Corps is working with the Standing Rock Sioux Tribe to set up another meeting.

The Corps notified this Court that it would not be able to meet the previous remand schedule provided to the Court. ECF No. 338. While the Corps has made substantial progress in its evaluation of the remand issues, the Corps will need to complete its review of the information submitted by the Standing Rock Sioux Tribe and review any information provided by the other Tribes before being able to provide an estimated completion date. Based upon the Corps' April 20, 2018 deadline for providing the requested information, the Corps hopes to be able to provide the Court with a status report on May 2, 2018 setting forth the date on which it expects to complete the remand process.

Dated: April 2, 2018                                             Respectfully submitted,

                                                                 JEFFREY H. WOOD
                                                                 Acting Assistant Attorney General

Environment & Natural Resources Division

By: */s/ Matthew Marinelli*.
AMARVEER S. BRAR, CA Bar 309615
REUBEN SCHIFMAN, NY BAR
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0479 (Brar)
Phone: (202) 305-4224 (Schifman)
Phone: (202) 305-0293 (Marinelli)
Fax: (202) 305-0506
amarveer.brar@usdoj.gov
reuben.schifman@usdoj.gov
matthew.marinelli@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

# Exhibit 1

Standing Rock Sioux Tribe v. United States Army Corps of Engineers

Case No. 1:16-cv-1534 (JEB) (D.D.C.)



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, OMAHA DISTRICT
1616 CAPITOL AVENUE
OMAHA NE 68102-4901

March 30, 2018

ATTENTION
District Commander

Chairman Mike Faith
Standing Rock Sioux Tribe
Bldg. #1, North Standing Rock Avenue
P.O. Box D
Fort Yates, North Dakota 58538

Dear Chairman Faith:

I am writing to express my appreciation to you, the Tribal Council, and the Tribe as a whole for meeting with my staff and me on March 26, 2018. It would assist the U.S. Army Corps of Engineers' (Corps') review of the three issues that the U.S. District Court for the District of Columbia remanded to the Corps on June 14, 2017, if we could review the slides and other documentation that was part of the presentations by the Tribe's technical team. As you are aware, to help with that review, the Corps requested information from your Tribe on September 25, 2017, and we have continued to request that information.

The Corps continues to believe that our remand analysis would benefit from the information submitted by your Tribe. On March 5, 2018, the Corps received a report, with appendices, that provided information on the Tribe's position regarding the "impacts of an oil spill from the Dakota Access Pipeline", and we look forward to receiving the documentation referenced during the March 26, 2018, meeting with the Tribe. It is unclear to me whether your Tribe is planning on providing any other information that addresses the remand issues. However, we must finalize our review of the three remand issues. To that end, I am setting a deadline of April 20, 2018, for the receipt of documentation or information responsive to our requests. After this date, we will have to finalize our review with the information that we have. We will determine the remaining steps in the remand process in light of the information we have from your Tribe. We still plan to respond to your questions raised at the March 26th meeting.

If you have questions regarding the requested information, please contact me or your staff can contact Mr. Brent Cossette at (402) 995-2712 or by e-mail at brent.j.cossette@usace.army.mil.

Sincerely,

John L. Hudson, P.E.
Colonel, Corps of Engineers
District Commander

cc: (w/encl):

Jan Hasselman
EarthJustice, Incorporated.
705 2nd Ave, Suite 203
Seattle, Washington 98104-1711



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, OMAHA DISTRICT
1616 CAPITOL AVENUE
OMAHA NE 68102-4901

March 30, 2018

REPLY TO
ATTENTION
District Commander

Chairman Harold Frazier
Cheyenne River Sioux Tribe
P. O. Box 590
Eagle Butte, South Dakota 57625

Dear Chairman Frazier:

   I write to you to again express our appreciation regarding your expressed interest in being involved in the U.S. Army Corps of Engineers' (Corps) review of the three issues that the U.S. District Court for the District of Columbia remanded to the Corps on June 14, 2017. To help with that review, the Corps requested information from your Tribe on September 25, 2017, and we have continued to request that information. In response, your Tribe stated that it was compiling documentation and information that was responsive to the Corps' requests. In your January 30th letter, the Tribe stated that the Corps would receive this documentation and information by the end of February 2018. The Corps has not received this information as of the date of this letter.

   The Corps continues to believe that our remand analysis would benefit from the information submitted by your Tribe. However, we also must finalize our review of the three remand issues. To that end, I am setting a deadline of April 20, 2018, for the receipt of documentation or information responsive to our previous requests. After this date, we will have to finalize our review with the information that we have. We will determine the remaining steps in the remand process and whether we need any additional information from your Tribe after you submit that information.

   If you have questions regarding the requested information or how it will inform the remand analysis, please contact me or your staff can contact Mr. Brent Cossette at 402-995-2712 or by e-mail at brent.j.cossette@usace.army.mil.

Sincerely,

John L. Hudson, P.E.
Colonel, Corps of Engineers
District Commander

cc:
Nicole Ducheneaux
Fredericks Peebles & Morgan LLP
3610 N. 163rd Plaza
Omaha, Nebraska 68116

Printed on Recycled Paper



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, OMAHA DISTRICT
1616 CAPITOL AVENUE
OMAHA NE 68102-4901

March 30, 2018

REPLY TO
ATTENTION
District Commander

Chairman Robert Flying Hawk
Yankton Sioux Tribe
P.O. Box 1153
800 Main SW
Wagner, South Dakota 57380

Dear Chairman Flying Hawk:

    I write to you again to express our appreciation regarding your expressed interest in being involved in the U.S. Army Corps of Engineers' (Corps') review of the three issues that the U.S. District Court for the District of Columbia remanded to the Corps on June 14, 2017. To help with that review, the Corps requested information from your Tribe on October 20, 2017, and we have continued to request that information. In a response letter dated January 30, 2018, the Tribe stated that it was in the process of gathering and compiling documentation and information that was responsive to the Corps' request for information set forth to the Corps' requests. The Corps has not received this information as of the date of this letter.

    The Corps continues to believe that our remand analysis would benefit from the information submitted by your Tribe. However, we also must finalize our review of the three remand issues. To that end, I am setting a deadline of April 20, 2018, for the receipt of documentation or information responsive to our previous requests. After this date, we will have to finalize our review with the information that we have. We will determine the remaining steps in the remand process and whether we need any additional information from your Tribe after you submit that information.

    If you have questions regarding the requested information or how it will inform the remand analysis, please contact me or your staff can contact Mr. Brent Cossette at 402-995-2712 or by e-mail at brent.j.cossette@usace.army.mil.

Sincerely,

John L. Hudson, P.E.
Colonel, Corps of Engineers
District Commander

cc:
Jennifer S. Baker
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, Colorado 80027



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, OMAHA DISTRICT
1616 CAPITOL AVENUE
OMAHA NE 68102-4901

March 30, 2018

REPLY TO
ATTENTION
District Commander

President Troy "Scott" Weston
Oglala Sioux Tribe
P. O. Box 2070
Pine Ridge, South Dakota 57770

Dear President Weston:

   I write to you again to express our appreciation regarding your interest in being involved in the U.S. Army Corps of Engineers' (Corps') review of the three issues that the U.S. District Court for the District of Columbia remanded to the Corps on June 14, 2017. To help with that review, the Corps requested information from your Tribe on September 25, 2017, and we have continued to request that information. In a response letter dated December 20, 2017, you provided an initial response to our request for specific information and documentation related to hunting and fishing, general game species studies or reports, and/or distinct cultural practices of the Tribe connected to Lake Oahe. It is unclear to me whether your Tribe is planning on providing any other information that addresses those issues.

   The Corps continues to believe that our remand analysis would benefit from the information submitted by your Tribe. However, we also must finalize our review of the three remand issues. To that end, I am setting a deadline of April 20, 2018, for the receipt of documentation or information responsive to our previous requests. After this date, we will have to finalize our review with the information that we have. We will determine the remaining steps in the remand process and whether we need any additional information from your Tribe after you submit that information.

   If you have questions regarding the requested information or how it will inform the remand analysis, please contact me or your staff can contact Mr. Brent Cossette at 402-995-2712 or by e-mail at brent.j.cossette@usace.army.mil.

Sincerely,

John L. Hudson, P.E.
Colonel, Corps of Engineers
District Commander

cc:
Jennifer P. Hughes
Michael Roy
Hobbs Straus Dean & Walker, LLP
2120 L Street NW, Suite 700
Washington, District of Columbia 20037

Printed on Recycled Paper