## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE,

     Plaintiff,

     and

CHEYENNE RIVER SIOUX TRIBE,

     Plaintiff-Intervenor,

       v.

U.S. ARMY CORPS OF ENGINEERS,

     Defendant,

     and

DAKOTA ACCESS, LLC,

     Defendant-Intervenor and Cross-
     Claimant.

Civil Action No. 16-1534 (JEB) (and Consolidated Case Nos. 16-1796 and 17-267)

### THIRD BI-MONTHLY REPORT OF DAKOTA ACCESS, LLC REGARDING PIPELINE CONDITIONS AT LAKE OAHE

Pursuant to the Court's order dated December 4, 2017, Dakota Access, LLC files this third bi-monthly report regarding the ten specified conditions at the segment of the Dakota Access Pipeline ("DAPL") crossing Lake Oahe. This report covers the period February 23, 2018 through April 27, 2018.

    **a.**    **Inline-inspection run results or direct-assessment results performed on the pipeline during the reporting period:**

Consistent with the timing established in the easement conditions, there have been no inline-inspection runs or direct assessments performed on the pipeline segment during the reporting period.

**b.** **The results of all internal-corrosion management programs and any actions taken in response to findings of internal corrosion:**

Maintenance pigging was done March 2, 2018, and retrieved water and solids were tested.  Pigging, water and solids sampling, and coupon corrosion rate results to date are consistent with parameters expected at this stage of the pipeline's operation.  No changes to the internal corrosion program were made during this reporting period based on these results.

**c.** **Any new encroachment on the right-of-way during the reporting period:**

There have been no encroachments on the right-of-way at the pipeline segment during the reporting period.

**d.** **Any new integrity threats identified during the reporting period:**

There have been no integrity threats identified at the pipeline segment during the reporting period.

**e.** **Any reportable incidents that occurred during the reporting period:**

There have been no reportable incidents at the pipeline segment during the reporting period.

**f.** **Any leaks or ruptures that occurred during the reporting period:**

There have been no leaks or ruptures at the pipeline segment during the reporting period.

**g.** **A list of all repairs on the segment made during the reporting period:**

There have been no repairs on the pipeline segment during the reporting period.

**h.      Ongoing damage-prevention initiatives on the pipeline and an evaluation of their success or failure:**

Damage-prevention initiatives continue to be successfully implemented along the pipeline segment in conjunction with damage-prevention initiatives for the pipeline route more generally.  These include aerial patrolling to help identify any unknown activities near the pipeline, and standard facility markings and signage, State one-call systems, routine inspections, public awareness programs, and other security measures to help avoid and mitigate third-party damage.  To date the systems in place for the pipeline segment have been effective with no damage identified.

**i.      Any changes in procedures used to assess and monitor the segment:**

There have been no changes in procedures used to assess and monitor the pipeline segment during the reporting period.

**j.      Any company mergers, acquisitions, transfers of assets, or other events affecting the management of the segment:**

There have been no mergers, acquisitions, transfers of assets, or other events affecting the management of the pipeline segment during the reporting period.

Dated:  April 30, 2018                                        Respectfully submitted,

 /s/ William S. Scherman
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

Kimberley Caine
William J. Leone
Robert D. Comer
NORTON ROSE FULBRIGHT US LLP
799 9th St. NW, Suite 1000
Washington, D.C.  20001-4501
(202) 662-0200

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April, 2018, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

 /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*