IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor. | Case No. 1:16-cv-01534 (JEB)<br>(consolidated with Cases No.<br>1:16-cv-01796 & 1:17-cv-00267) |

**UNITED STATES ARMY CORPS OF ENGINEERS'**
**STATUS REPORT REGARDING REMAND**

Pursuant to the Court's order dated October 18, 2017, the U.S. Army Corps of Engineers (Corps) respectfully submits this status report regarding the progress of the remand.

As previously reported, the Corps has reviewed various submittals from Energy Transfer Partners including a spill risk analysis, Geographic Response Plan, Integrity Management Plan, and has worked with Energy Transfer Partners to develop environmental justice data, and an analysis regarding potential impacts to hunting and fishing. This review continues. The Corps has also continued its ongoing discussions with Energy Transfer Partners regarding the information Energy Transfer provided.

1

As also previously reported, the Corps sought remand information from the Plaintiff Tribes beginning in September 2017. The Corps continues to review and consider (1) information submitted by the Standing Rock Sioux Tribe in letters dated March 5 and March 15, 2018, and (2) issues identified at a March 26, 2018 meeting with Standing Rock. The Corps sent letters to the Tribes setting a final deadline of April 20, 2018, for receipt of the requested information and stating that the Corps would finalize its review with the information it has at that point. ECF No. 348-1. In response, the Cheyenne River Sioux Tribe, the Yankton Sioux Tribe, and the Oglala Sioux Tribe provided information to the Corps on April 20, 2018. The Corps is reviewing that material. Each Tribe has requested meetings with Corps. Accordingly, the Corps is currently scheduled to meet with each Tribe by June 1.

While the Corps has made substantial progress in its evaluation of the remand issues, the Corps will need to complete its review, consideration and analysis of the information submitted by the Tribes and consider any issues identified at the upcoming meetings with the Tribes before being able to finalize an expected remand completion date. The Corps respectfully proposes to provide the Court with a status report on June 8, 2018, identifying the specific date on which it expects to complete the remand process.

Dated: May 2, 2018

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

By: */s/Matthew Marinelli.*
AMARVEER S. BRAR, CA Bar 309615
REUBEN SCHIFMAN, NY BAR
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station

3

    Washington, DC 20044
    Phone: (202) 305-0479 (Brar)
    Phone: (202) 305-4224 (Schifman)
    Phone: (202) 305-0293 (Marinelli)
    Fax: (202) 305-0506
    amarveer.brar@usdoj.gov
    reuben.schifman@usdoj.gov
    matthew.marinelli@usdoj.gov

    ERICA M. ZILIOLI, D.C. Bar 488073
    U.S. Department of Justice
    Environmental Defense Section
    P.O. Box 7611
    Washington, DC 20044
    Phone: (202) 514-6390
    Fax: (202) 514-8865
    Erica.Zilioli@usdoj.gov

    *Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC