IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor. | Case No. 1:16-cv-01534 (JEB)<br>(consolidated with Cases No. 1:16-cv-01796 & 1:17-cv-00267) |

**UNITED STATES ARMY CORPS OF ENGINEERS'
STATUS REPORT REGARDING REMAND**

Pursuant to the Court's order dated May 3, 2018, the U.S. Army Corps of Engineers (Corps) respectfully submits this status report regarding the progress of the remand and "identifying the specific date on which the Corps expects to complete the remand process." Minute Order (May 3, 2018).

As previously reported, the Corps has reviewed various submittals from Energy Transfer Partners including a spill risk analysis, Geographic Response Plan, Integrity Management Plan, and has worked with Energy Transfer Partners to develop environmental justice data, and an analysis regarding potential impacts to hunting and fishing. This review continues. The Corps

has also continued its ongoing discussions with Energy Transfer Partners regarding the information Energy Transfer provided, including meetings during the week of June 4.

As previously reported, the Corps sought remand information from the Plaintiff Tribes beginning in September 2017 and is reviewing the information submitted by the Tribes. Each Tribe had also requested meetings with Corps and the Corps has now met with representatives of each tribe. The Corps met again with the Standing Rock Sioux Tribe on May 22. The Corps met with the Cheyenne River Sioux Tribe on May 29 and the Yankton Sioux Tribe on May 31. The Corps then met with the Oglala Sioux Tribe on June 1. The Corps is in the process of reviewing information from those meetings.

The Corps has made substantial progress in its evaluation of the remand issues. To complete its review, the Corps plans to finish its consideration and analysis of the information submitted by the Tribes and consider issues identified at the meetings with the Tribes. The Corps expects to review all appropriate information and issue its decision on the remand issues no later than August 10, 2018.

Dated: June 8, 2018                                  Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

By: */s/ Matthew Marinelli*.
AMARVEER S. BRAR, CA Bar 309615
REUBEN SCHIFMAN, NY BAR
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0479 (Brar)
Phone: (202) 305-4224 (Schifman)
Phone: (202) 305-0293 (Marinelli)

Fax: (202) 305-0506
amarveer.brar@usdoj.gov
reuben.schifman@usdoj.gov
matthew.marinelli@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC