# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE;
YANKTON SIOUX TRIBE; ROBERT
FLYING HAWK; OGLALA SIOUX
TRIBE,

                              Plaintiffs,

and

CHEYENNE RIVER SIOUX TRIBE,

                         Intervenor Plaintiff,

    v.

U.S. ARMY CORPS OF ENGINEERS,

                            Defendant,

and

DAKOTA ACCESS, LLC,

                      Intervenor Defendant.

Case No. 1:16-cv-01534-JEB
[Consolidated with Case
Nos. 1:16-cv-1796 and 1:17-cv-267]

**INTERVENOR DEFENDANT DAKOTA ACCESS, LLC'S
MOTION TO EXTEND STAY OF RESOLUTION OF MOTION TO COMPEL
PROMPT COMPLETION OF ADMINISTRATIVE RECORD**

In accordance with the Court's August 2, 2018 Minute Order, Intervenor Defendant Dakota Access, LLC ("Dakota Access") respectfully moves the Court to extend the stay of resolution of Dakota Access's Motion to Compel Prompt Completion of the Administrative Record ("Motion to Compel"), D.E. 216, while Dakota Access continues to pursue the outstanding records through other means. The Minute Order requires Dakota Access to inform the Court on or before September 3, 2018 "whether it will withdraw the Motion, seek a further stay of the Motion, or ask for the Court to resolve it." Dakota Access continues to pursue many of the relevant records through a

Freedom of Information Request ("FOIA") request to the Department of Justice, Department of the Army, Department of Interior, and Council for Environmental Quality. However, Dakota Access's FOIA request is still in process.[1] Accordingly, Dakota Access respectfully requests that the Court further stay consideration of its Motion to Compel to allow time for processing Dakota Access's FOIA request.

## CONCLUSION

For the foregoing reasons, Dakota Access respectfully requests that the Court grant its motion to extend the stay of resolution of its Motion to Compel.

Dated: September 10, 2018

Respectfully submitted,

 /s/ William S. Scherman

| | |
|---|---|
| Kimberley Caine | William S. Scherman |
| William J. Leone | David Debold |
| Robert D. Comer | GIBSON, DUNN & CRUTCHER LLP |
| NORTON ROSE FULBRIGHT US LLP | 1050 Connecticut Avenue, N.W. |
| 799 9th St. NW, Suite 1000 | Washington, D.C. 20036 |
| Washington, D.C. 20001-4501 | (202) 955-8500 |
| (202) 662-0200 | wscherman@gibsondunn.com |

*Counsel for Dakota Access, LLC*

---

[1] Although, through an oversight by counsel, this motion is being filed today rather than on September 3, the passage of an additional week has not altered the fact that Dakota Access's FOIA request is still in process.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2018, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

      /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,

        Plaintiffs,

and

CHEYENNE RIVER SIOUX TRIBE,

        Intervenor Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS,

        Defendant,

and

DAKOTA ACCESS, LLC,

        Intervenor Defendant.

Case No. 1:16-cv-01534-JEB
[Consolidated with Case Nos. 1:16-cv-1796 and 1:17-cv-267]

## [PROPOSED] ORDER GRANTING INTERVENOR DEFENDANT DAKOTA ACCESS, LLC'S MOTION TO EXTEND STAY OF RESOLUTION OF MOTION TO COMPEL PROMPT COMPLETION OF ADMINISTRATIVE RECORD

The Court orders that Intervenor Defendant Dakota Access, LLC's Motion to Extend Stay of Resolution of its Motion to Compel Prompt Completion of the Administrative Record ("Motion") is GRANTED.

Dakota Access, LLC shall update the Court by October 1, 2018 whether it will withdraw the Motion, seek a further stay of the Motion, or ask for the Court to resolve it.

**SO ORDERED** this __ day of _____, 2018.

        The Honorable James E. Boasberg
        United States District Judge