IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>　　　　　　　Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>　　　　　Intervenor Plaintiff,<br><br>　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br>　　　　　　　Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>　　　　　Intervenor Defendant. | Case No. 1:16-cv-01534-JEB |

**PLAINTIFF OGLALA SIOUX TRIBE'S MOTION TO EXTEND THE TIME TO
FILE A PROPOSAL FOR POST-REMAND PROCEEDINGS**

Plaintiff Oglala Sioux Tribe ("OST") hereby moves to extend its time to file a proposal for post-remand proceedings, from November 1, 2018, to November 15, 2018. As grounds for this motion, the Tribe states as the following:

1.　　On August 31, 2018, plaintiff United States Army Corps of Engineers ("Corps") advised that it had completed the remand, and filed with the Court its 2-page Memorandum for the Record. ECF Nos. 362 and 362-1. The Corps advised that the Memorandum for the Record "is supported by the Corps' over 100-page Remand analysis as well as the administrative record. The remand analysis is undergoing a confidentiality review before release." ECF No. 362 at 1.

2. On October 1, 2018, a "Joint Status Report" was filed by Plaintiff Standing Rock Sioux Tribe ("SRST"), Plaintiff-Intervenor Cheyenne River Sioux Tribe ("CRST"), the Corps, and Defendant-Intervenor Dakota Access LLC ("DAPL"). ECF No. 364. The Joint Status Report stated that the Remand analysis (with proposed redactions) had been shared with SRST and CRST for their review, but that SRST and CRST "have not previously had the opportunity to review the Corps' remand analysis and make appropriate government-level decisions as to whether and/or how to proceed with this litigation." *Id*. at 2. The parties to the Joint Status Report proposed that "As expeditiously as possible, but no later than November 1, 2018, the Parties shall submit proposals for post-remand proceedings." *Id*. at 2.

3. OST was not a party to the October 1, 2018 Joint Status Report, nor was it contacted regarding the report beforehand. Unlike SRST and CRST, OST was not provided a copy of the Remand analysis prior to the filing of the Joint Status report on October 1, 2018.

4. This Court essentially adopted the proposal in the Joint Status Report by minute order entered October 2, 2018, which stated: "the parties shall file proposals for post-remand proceedings on or before November 1, 2018." Whereas the Joint Status Report was submitted on behalf of SRST, CRST, the Corps and DAPL, the minute order applies to OST because OST's separate case against the Corps was consolidated with this case by minute order entered March 16, 2017.

5. The Corps provided the undersigned counsel for OST with the Remand analysis (with proposed redactions) on October 9, 2018. That version was subject to the Protective Order applicable in this case. The Corps provided the undersigned counsel with the Remand analysis with agreed-upon redactions on October 24, 2018.

6. The period from October 9 to present has been insufficient to complete a technical review of the Remand analysis, and to advise the OST Tribal Council and receive direction as to whether and/or how to proceed with this litigation. The proposed extension will enable undersigned counsel to advise the OST Tribal Council and to receive direction from it.

7. Undersigned counsel has conferred with counsel for the other parties concerning this motion. SRST, CRST, and plaintiff Yankton Sioux Tribe consent to the motion. The Corps and plaintiffs Sarah Jumping Eagle et al. do not oppose the motion. DAPL advises that it opposes the motion.

8. A proposed order is enclosed.

Respectfully submitted,

_____/s/_____
Michael L. Roy (DC Bar No. 411841)
mroy@hobbsstraus.com
Jennifer P. Hughes (DC Bar No. 458321)
jhughes@hobbsstraus.com
Elliott A. Milhollin (DC Bar No. 474322)
emilhollin@hobbsstraus.com
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW, Suite 700
Washington, DC  20037
202-822-8282 (Tel.)
202-296-8834 (Fax)
Attorneys for Oglala Sioux Tribe

Mario Gonzalez
Gonzalez Law Office
522 7th St 202
Rapid City, SD 57701
(605) 716-6355
Of Counsel for the Oglala Sioux Tribe

October 30, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>     Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>     Intervenor Plaintiff,<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br>     Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>     Intervenor Defendant. | Case No. 1:16-cv-01534-JEB |

**[PROPOSED] ORDER GRANTING PLAINTIFF OGLALA SIOUX TRIBE'S MOTION TO EXTEND THE TIME TO FILE A PROPOSAL FOR POST-REMAND PROCEEDINGS**

The Court orders that Plaintiff Oglala Sioux Tribe's motion to extend its time to file a proposal for post-remand proceedings is GRANTED.

Oglala Sioux Tribe shall file a proposal for post-remand proceedings by November 15, 2018.

**SO ORDERED** this __ day of _____ 2018.

_____
The Honorable James E. Boasberg
District Judge