IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>        Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>       Intervenor Plaintiff,<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>        Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>      Intervenor Defendant. | Case No. 1:16-cv-01534-JEB<br>[Consolidated with Case Nos. 1:16-cv-1796 and 1:17-cv-267] |

**INTERVENOR DEFENDANT DAKOTA ACCESS, LLC'S
OPPOSITION TO OGLALA SIOUX TRIBE'S MOTION TO EXTEND**

  Intervenor Defendant Dakota Access, LLC opposes Oglala Sioux Tribe's motion to alter the timeline for the parties to propose a schedule for post-remand proceedings. The U.S. Army Corps of Engineers announced its post-remand decision on August 31, 2018. In the October 1, 2018 Joint Status Report, D.E. 364, Dakota Access expressed its belief that the deadline to propose further scheduling in this case should be October 15. The Court instead granted the request of Standing Rock Sioux Tribe and Cheyenne River Sioux Tribe, joined by the Corps, to have until November 1.

Oglala Sioux Tribe now asks the Court to extend the deadline.  Nothing prevents Oglala or any other party from proposing deadlines for the further conduct of this case based on the assumption that at least one plaintiff will decide to continue litigating this case.  The inability of a plaintiff to decide by now whether to continue litigating need not—and should not—hold up setting a schedule that will bring this longstanding case to an efficient conclusion.  Therefore, Dakota Access proposes that the Court maintain the current deadline for proposing a schedule for the post-remand phase of this case.

Dated:  October 30, 2018

Respectfully submitted,

 /s/ William S. Scherman
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2018, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

/s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*