# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE;<br>YANKTON SIOUX TRIBE; ROBERT<br>FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>      Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>      Intervenor Plaintiff,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>      Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>      Intervenor Defendant. | Case No. 1:16-cv-01534 (JEB)<br><br>(Consolidated with Cases No.<br>1:16-cv-1796 and 1:17-cv-00267) |

## PLAINTIFF YANKTON SIOUX TRIBE'S MOTION TO EXTEND THE TIME TO FILE A PROPOSAL FOR POST-REMAND PROCEEDINGS

Plaintiff Yankton Sioux Tribe ("Yankton") hereby moves to extend its time to file a proposal for post-remand proceedings from November 1, 2018, to November 15, 2018. As grounds for this motion, Yankton asserts the following:

1.      On August 31, 2018, Plaintiff United States Army Corps of Engineers ("Corps") advised that it had completed the remand process and filed with the Court a 2-page Memorandum for the Record. ECF Nos. 362 and 362-1. The Corps asserted that the Memorandum for the Record "is supported by the Corps' over 100-page Remand analysis as

well as the administrative record.  The remand analysis is undergoing a confidentiality review before release."  ECF No. 362 at 1.

2. On October 1, 2018, Plaintiff Standing Rock Sioux Tribe ("SRST"), Plaintiff-Intervenor Cheyenne River Sioux Tribe ("CRST"), the Corps, and Defendant-Intervenor Dakota Access LLC ("DAPL") filed a Joint Status Report.  ECF No. 364.  The Joint Status Report stated that the Remand analysis (with proposed redactions) had been shared with SRST and CRST for their review, but that SRST and CRST "have not previously had the opportunity to review the Corps' remand analysis and make appropriate government-level decisions as to whether and/or how to proceed with this litigation."  *Id*. at 2.  The parties to the Joint Status Report proposed that "[a]s expeditiously as possible, but no later than November 1, 2018, the Parties shall submit proposals for post-remand proceedings."  *Id*. at 2.

3. Yankton was not a party to the October 1, 2018 Joint Status Report, nor was it contacted regarding the report beforehand.  Unlike SRST and CRST, Yankton was not provided a copy of the Remand analysis prior to the filing of the Joint Status Report on October 1, 2018.

4. This Court essentially adopted the proposal in the Joint Status Report by minute order entered October 2, 2018, which stated:  "the parties shall file proposals for post-remand proceedings on or before November 1, 2018."  Whereas the Joint Status Report was submitted on behalf of SRST, CRST, the Corps, and DAPL, the minute order applies to all parties in this consolidated case, including Yankton.

5. The Corps provided undersigned counsel with its Remand analysis (with proposed redactions) on October 10, 2018.  The Corps provided undersigned counsel with the Remand analysis with agreed-upon redactions on October 30, 2018.

6. The period from October 10, 2018 to present has been insufficient to complete a technical review of the Remand analysis and to advise Yankton and receive direction as to

whether and/or how to proceed with this litigation. The proposed extension will enable undersigned counsel to advise Yankton and to receive direction from it.

7. Undersigned counsel has conferred with counsel for the other parties concerning this motion. The Corps and Plaintiffs Sarah Jumping Eagle, et al. do not oppose the motion. DAPL advises that it opposes the motion.

8. A proposed order is enclosed.

Respectfully submitted,

**FREDERICKS PEEBLES & MORGAN LLP**

_____
Jennifer S. Baker, OKBA# 21938
(*Pro Hac Vice*)
Jeffrey S. Rasmussen, WA #21121
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 673-9600
Facsimile: (303) 673-9155
jbaker@ndnlaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

s/*Jennifer S. Baker*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>      Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>      Intervenor Plaintiff,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>      Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>      Intervenor Defendant. | Case No. 1:16-cv-01534 (JEB)<br><br>(Consolidated with Cases No. 1:16-cv-1796 and 1:17-cv-00267) |

**[PROPOSED] ORDER GRANTING PLAINTIFF YANKTON SIOUX TRIBE'S MOTION TO EXTEND THE TIME TO FILE A PROPOSAL FOR POST-REMAND PROCEEDINGS**

The Court orders that Plaintiff Yankton Sioux Tribe's motion to extend its time to file a proposal for post-remand proceedings is GRANTED.

Yankton Sioux Tribe shall file a proposal for post-remand proceedings by November 15, 2018.

**SO ORDERED** this _____ day of _____, 2018.

_____
The Honorable James E. Boasberg
District Judge