**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,**<br><br>    **Plaintiff,**<br><br>  and<br><br>**CHEYENNE RIVER SIOUX TRIBE,**<br><br>    Intervenor-Plaintiff,<br><br>  v.<br><br>**U.S. ARMY CORPS OF ENGINEERS,**<br><br>    Defendant – Cross-Defendant.<br><br>  and<br><br>**DAKOTA ACCESS, LLC,**<br><br>    Intervenor-Defendant Cross-Claimant. | Case No. 1:16-cv-01534-JEB |

**PLAINTIFF-INTERVENOR CHEYENNE RIVER SIOUX TRIBE'S MOTION TO EXTEND THE TIME TO FILE A PROPOSAL FOR POST-REMAND PROCEEDINGS**

Plaintiff-Intervenor Cheyenne River Sioux Tribe ("CRST") hereby moves to extend its time to file a proposal for post-remand proceedings, from November 1, 2018, to November 6, 2018. As grounds for this motion, the CRST states as the following:

1. On August 31, 2018, Plaintiff United States Army Corps of Engineers ("Corps") advised that it had completed the remand and filed with the Court its 2-page Memorandum for the Record. ECF Nos. 362 and 362-1. The Corps advised that the Memorandum for the Record "is supported by the Corps' over 100-page Remand analysis as well as the administrative record. The remand analysis is undergoing a confidentiality review before release." ECF No. 362 at 1.

2. On October 1, 2018, a Joint Status Report was filed by Plaintiff Standing Rock Sioux Tribe ("SRST"), Plaintiff-Intervenor CRST, the Corps, and Defendant-Intervenor Dakota Access, LLC. ECF No. 364. The Joint Status Report stated that the Remand analysis (with proposed redactions) had been shared with SRST and CRST for their review, but that SRST and CRST "have not previously had the opportunity to review the Corps' remand analysis and make appropriate government-level decisions as to whether and/or how to proceed with this litigation." *Id*. at 2. In good faith, the parties to the Joint Status Report proposed that, "As expeditiously as possible, but no later than November 1, 2018, the Parties shall submit proposals for post-remand proceedings." *Id*. at 2.

3. CRST requires additional time to evaluate the Remand analysis.

4. This Motion by the CRST requests the same relief granted to the Oglala Sioux Tribe and the Yankton Sioux Tribe in this Court's Minute Order of October 30, 2018.

5. The undersigned has conferred with all parties pursuant to LCvR 7(m) concerning this Motion. The Corps, Plaintiffs Standing Rock Sioux Tribe, Yankton Sioux Tribe, Robert Flying Hawk, Oglala Sioux Tribe, and the Jumping Eagle Plaintiffs consent to this Motion. Defendant Dakota Access, LLC advises that it opposes this Motion.

6. A proposed Order is enclosed with this Motion pursuant to LCvR 7(c).

DATED:  October 30, 2018

                CHEYENNE RIVER SIOUX TRIBE,
                Intervenor-Plaintiff,


        By:   /s/ Nicole E. Ducheneaux
              Nicole E. Ducheneaux
              Fredericks Peebles & Morgan LLP
              3610 North 163rd Plaza
              Omaha, NE  68116
              Telephone:  (402) 333-4053
              Facsimile:  (402) 333-4761
              Email: nducheneaux@ndnlaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2018 a copy of the foregoing was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.


                      /s/ Nicole E. Ducheneaux

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,**<br><br>        Plaintiff,<br><br>    and<br><br>**CHEYENNE RIVER SIOUX TRIBE,**<br><br>        Intervenor-Plaintiff,<br><br>    v.<br><br>**U.S. ARMY CORPS OF ENGINEERS,**<br><br>        Defendant – Cross-Defendant.<br><br>    and<br><br>**DAKOTA ACCESS, LLP,**<br><br>        Intervenor-Defendant Cross-Claimant. | Case No. 1:16-cv-01534-JEB |

**[PROPOSED] ORDER GRANTING INTERVENOR-PLAINTIFF CHEYENNE RIVER SIOUX TRIBE'S MOTION FOR EXTENSION OF TIME TO FILE A PROPOSAL FOR POST-REMAND PROCEEDINGS**

On motion of Intervenor-Plaintiff Cheyenne River Sioux Tribe for an extension of time to file a proposal for post-remand proceedings, this Court hereby **GRANTS** the Motion for Extension of Time to File a Proposal for Post-Remand Proceedings.  The Cheyenne River Sioux Tribe's proposal for post-remand proceedings shall be due on November 6, 2018.

Dated: _____

                                                                                                 JAMES E. BOASBERG
                                                                                                 United States District Judge