IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE;
YANKTON SIOUX TRIBE; ROBERT
FLYING HAWK; OGLALA SIOUX
TRIBE,

         Plaintiffs,

and

CHEYENNE RIVER SIOUX TRIBE,

       Intervenor Plaintiff,

  v.

U.S. ARMY CORPS OF ENGINEERS,

         Defendant,

and

DAKOTA ACCESS, LLC,

       Intervenor Defendant.

Case No. 1:16-cv-01534-JEB
[Consolidated with Case
Nos. 1:16-cv-1796 and 1:17-cv-267]

**INTERVENOR DEFENDANT DAKOTA ACCESS, LLC'S
RESPONSE TO CHEYENNE RIVER SIOUX TRIBE'S MOTION TO EXTEND**

  Intervenor Defendant Dakota Access, LLC **does not** oppose giving Cheyenne River Sioux Tribe the same extension granted earlier today to Oglala Sioux Tribe and Yankton Sioux Tribe. (Cheyenne River did not seek Dakota Access's position after the Court ruled on those other motions. Instead it relied on replies to emails that preceded the Court's ruling.) In the interest of trying to achieve consensus (or at least partial consensus) from the various parties on a proposed post-remand schedule, Dakota Access suggests that the Court set the same November 6, 2018 due date for all parties to set forth their positions on post-remand scheduling.

Dated:  October 30, 2018  Respectfully submitted,


 /s/ William S. Scherman
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2018, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

    /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*