IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                Plaintiff,<br><br>  and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                Plaintiff-Intervenor,<br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                Defendant-Cross Defendant,<br><br>  and<br><br>DAKOTA ACCESS, LLC,<br><br>                Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br>STATUS REPORT |

In its Oct. 2, minute order, this Court directed the parties to submit "proposals for post-remand proceedings" by Nov. 1. Plaintiff Standing Rock Sioux Tribe ("Tribe") respectfully submits this status report to comply with that minute order and update the Court as to its intentions in this case.

On October 18, 2018, the Standing Rock Sioux Tribe council, the Tribe's governing body, voted unanimously to file a new complaint challenging the decision of the U.S. Army Corps of Engineers ("Corps") on remand. Simultaneous with this status report, the Tribe is filing a supplemental complaint under Fed. R. Civ. P. 15(d) challenging the Corps' decision on remand, along with a motion for leave to file as required by the rule. Defendants U.S. Army

STATUS REPORT
(No. 1:16-cv-1534-JEB)

- 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Corps of Engineers ("Corps") and Dakota Access Pipeline LLC ("DAPL") have declined to take a position on that motion until they have had the opportunity to review it.

The Tribe also has been unable to reach agreement with the Corps regarding a schedule for post-remand proceedings. Accordingly, the Tribe proposes the following schedule to be adopted by this Court:

| | |
|---|---|
| Nov. 12 | Deadline for response to motion for leave to supplement complaint. |
| Nov. 16 | If motion for leave to supplement is opposed, any reply in support of motion for leave shall be filed by this date. |
| Dec. 14 | If the motion for leave to supplement is unopposed, the Corps shall file a certified copy of the administrative record supporting the remand by this date. |

If the motion for leave to supplement is opposed, and this Court grants the motion, the Corps shall file a certified copy of the administrative record supporting the remand within 30 days of the Court's decision.

Under either scenario, once the administrative record is filed, the parties shall jointly propose a schedule within 14 days for resolving disputes over the administrative record, if any, and a schedule for filing cross motions for summary judgment on the remand analysis.

Undersigned counsel proposed this schedule to all parties to this case. The Corps stated that it will likely need more than 45 days to compile the administrative record. DAPL did not respond with a position.

STATUS REPORT
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

- 2 -

Respectfully submitted this 1st day of November, 2018.

/s/ Jan E. Hasselman
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCBA # 398565
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
stsosie@earthjustice.org
pgoldman@earthjustice.org

*Attorneys for Plaintiff*

STATUS REPORT
(No. 1:16-cv-1534-JEB)

- 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2018, I electronically filed the foregoing *Status Report* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman

STATUS REPORT
(No. 1:16-cv-1534-JEB)

- 4 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*