**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| STANDING ROCK SIOUX TRIBE, | ) | |
| Plaintiff, | ) | |
| and | ) | |
| CHEYENNE RIVER SIOUX TRIBE, | ) | |
| Plaintiff-Intervenor, | ) | |
| v. | ) | Case No. 1:16-cv-01534 (JEB) |
| | ) | (consolidated with Cases No. |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | 1:16-cv-01796 & 1:17-cv-00267) |
| Defendant, | ) | |
| and | ) | |
| DAKOTA ACCESS, LLC, | ) | |
| Defendant-Intervenor. | ) | |

**UNITED STATES ARMY CORPS OF ENGINEERS' AND DAKOTA ACCESS'S
JOINT STATUS REPORT**

The Corps and Dakota Access respectfully submit this joint status report and proposed

schedule to comply with the Court's October 31, 2018 minute order providing that "all parties

may have until November 6, 2018, to set forth their positions on post-remand scheduling."

Plaintiffs and Plaintiff-intervenors (collectively "Plaintiffs") have six operative

complaints pending and may file up to six more supplemental complaints.  There have been

multiple preliminary injunction orders and orders on motion for summary judgment to date.  But

it is unclear what claims each Plaintiff intends to pursue, what claims each Plaintiff agrees are

now moot, and what claims each Plaintiff believes are resolved by this Court's earlier orders.

The proposed schedule below is intended to facilitate an orderly resolution of all pending claims, including those brought by Plaintiff-intervenors, while conserving the resources of the Parties and the Court.  To that end, the schedule below seeks to resolve all outstanding claims, as well as any new claims allowed by the Court, in a single round of summary judgment briefing, and includes a proposal for the Parties to confer and jointly propose a means of addressing each claim specifically.

The Corps attempted to coordinate with the Plaintiffs.  The Corps requested the Plaintiffs who had not already done so provide the Corps a proposed schedule by November 2, 2018, so that there would be adequate time for review by officials at the Corps and Department of Justice.[1]  The Plaintiffs did not provide a schedule by this date, and the schedule they did ultimately provide on November 5 was significantly different from the approach proposed below.  The Corps proposed to all Parties a schedule similar to that below but as of the time of filing this status report had heard back only from Plaintiff Standing Rock, who advised they do not agree to this approach.

Given the competing proposals and multitude of claims in this case, the Corps and Dakota Access believe a brief status conference by November 16, 2018, or a date thereafter convenient to the Court, to discuss the Parties' proposals would be useful to the Court.

---

[1] Standing Rock provided a proposed schedule in its filing of November 1, 2018. ECF No. 372.

**Proposed schedule:**

| Motions to amend or supplement | |
|---|---|
| 7 days after entry of scheduling order | Deadline to move to amend or supplement complaints |
| 21 days after motions to amend or supplement are filed | Deadline for response to all motions for leave to supplement or amend complaints |
| 7 days after responses to motion to amend or supplement are filed are filed | Deadline for any reply in support of motion for leave to supplement or amend complaints |
| **Status report regarding disposition of all pending claims** | |
| 21 days after entry of scheduling order | The Parties shall confer and file a joint status report or individual status reports identifying their proposals as to how to proceed on each claim.  Plaintiffs shall identify each claim they intend to continue pursuing.  For each such claim the Parties shall identify whether they will (1) agree to convert a preliminary ruling of this Court on the claim into ruling on Summary Judgment; (2) propose a schedule if initial dispositive motions will be litigated on any claims; or (3) include this claim in the Summary Judgment briefing described below. |
| **Lodging of administrative record** | |
| 90 days after entry of scheduling order | Deadline for the Corps to lodge a certified copy of the administrative record supporting the remand. |
| **Motions regarding the administrative record** | |
| 21 days after lodging of administrative record | Deadline for any motion challenging the completeness of the administrative record, the applicability of any exceptions to record review, or for inclusion of extra-record materials in summary judgment briefing. |
| 21 days after motions regarding the administrative record, if any, are filed | Deadline for responses to any motion regarding the administrative record |
| 14 days after response(s) to any motion regarding the administrative record, if any, are filed | Deadline for replies in support of any motion regarding the administrative record. |
| **Proposal for Summary Judgment Briefing** | |
| 21 days after the Court's decision resolving any record motions; or, if no record motion is filed, 21 days after the lodging of the administrative record | The Parties shall confer and file a joint status report or individual status reports identifying proposed final summary judgment schedules for resolving the merits of all remaining Plaintiffs' claims. |

Dakota Access agrees to this proposal with two differences.  It would give 60 days (not 90) for the Corps to lodge the administrative record.  And, instead of deferring the schedule for summary judgment briefing, Plaintiffs would each file a single summary judgment motion within 45 days of the Court's resolution of motions regarding the administrative record (or, if there are no motions, within 45 days of the record's lodging), with 30 days for the Corps and Dakota Access to file their oppositions and cross-motions, another 30 days for Plaintiffs' replies/oppositions, and 21 days for replies by the Corps and Dakota Access.

Dated: November 6, 2018                                Respectfully submitted,

                                                       Jean E. Williams
                                                       Deputy Assistant Attorney General
                                                       Environment & Natural Resources Division

                                                       By: */s/ Reuben Schifman*
                                                       REUBEN SCHIFMAN, NY BAR
                                                       BRIAN COLLINS
                                                       U.S. Department of Justice
                                                       Natural Resources Section
                                                       P.O. Box 7611
                                                       Benjamin Franklin Station
                                                       Washington, DC 20044
                                                       Phone: (202) 305-4224 (Schifman)
                                                       Phone: (202) 598-3550 (Collins)
                                                       Fax: (202) 305-0506
                                                       Reuben.Schifman@usdoj.gov
                                                       Brian.M.Collins@usdoj.gov

                                                       ERICA M. ZILIOLI, D.C. Bar 488073
                                                       U.S. Department of Justice
                                                       Environmental Defense Section
                                                       P.O. Box 7611
                                                       Washington, DC 20044
                                                       Phone: (202) 514-6390
                                                       Fax: (202) 514-8865
                                                       Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

  /s/ William S. Scherman
William S. Scherman
David Debold
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

Kimberley Caine
William J. Leone
Robert D. Comer
Norton Rose Fulbright US LLP
799 9th St. NW, Suite 1000
Washington, D.C.  20001-4501
(202) 662-0200

*Attorneys for Dakota Access, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2018, I electronically filed a true and exact

copy of the above *Status Report* with the Clerk of Court using the CM/ECF system, which will

send notice of such filing to all registered CM/ECF users.

*/s/ Reuben Schifman*