**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE;<br>YANKTON SIOUX TRIBE; ROBERT<br>FLYING HAWK; OGLALA SIOUX<br>TRIBE,<br><br>Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Intervenor Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br>Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>Intervenor Defendant. | Case No. 1:16-cv-01534-JEB |

**PLAINTIFFS OGLALA SIOUX TRIBE, CHEYENNE RIVER SIOUX TRIBE,
YANKTON SIOUX TRIBE, STEVE VANCE AND ROBERT FLYING HAWK'S JOINT
POSITION ON POST-REMAND SCHEDULING**

Plaintiffs Oglala Sioux Tribe, Cheyenne River Sioux Tribe, Yankton Sioux Tribe, Steve Vance, and Robert Flying Hawk (collectively "Plaintiffs") hereby submit their Joint Position on Post-Remand Scheduling.  The Plaintiffs propose as follows:

1.  Plaintiffs' motions for summary judgment on the remaining claims in their complaints shall be filed within 30 days of the entry of the scheduling order following the submission by the parties of their positions on post-remand scheduling.  Defendants' oppositions and cross-motions shall be filed within thirty days of the filing of Plaintiffs' motions.  Plaintiffs'

briefs in reply and in opposition to Defendants' cross-motions shall be filed within thirty days of the filing of Defendants' cross-motions.  Defendants' reply briefs shall be due within 15 days of the filing of Plaintiffs' reply/opposition briefs.

2. The Plaintiffs' motions to file supplemental complaints shall be filed within 30 days of the entry of the scheduling order.  Defendants' oppositions, if any, shall be filed within thirty days of the filing of Plaintiffs' motions.  Plaintiffs' briefs in reply shall be filed within thirty days of the filing of Defendants' oppositions.

3. Defendant United States Army Corps of Engineers shall file a certified copy of the administrative record no later than thirty days from the grant of the motions to supplement the complaints, or within thirty days of the filing of any Plaintiff's motion to supplement the complaint that is not opposed.

4. The Plaintiffs recognize that Plaintiff Standing Rock Sioux Tribe ("SRST") has already filed a motion to file a supplemental complaint (Doc. No. 371), and a Status Report (Doc. No. 372) proposing a schedule based on the submission of that motion.  Plaintiffs express no view as to the scheduling for responses to SRST's motion to file the supplemental complaint.

5. The Plaintiffs concur with SRST that once the administrative record is filed, the parties shall jointly propose a schedule within 14 days for resolving disputes over the administrative record, if any, and a schedule for filing cross motions for summary judgment on the remand analysis.

Undersigned counsel proposed this schedule to all parties to this case.  It is the Plaintiffs' understanding that the Army Corps and Dakota Access will be filing an alternative proposed schedule.  Counsel for SRST has no objection to entry of a separate schedule in the consolidated

case as long as it does not impact the schedule in the SRST case proposed on November 1, 2018.

Counsel for Jumping Eagle Plaintiffs has no objection to this Proposed Schedule.

Respectfully submitted this 6th day of November 2018.


By:   /s/ Joseph V. Messineo
    Joseph V. Messineo
    Fredericks Peebles & Morgan LLP
    3610 North 163rd Plaza
    Omaha, NE  68116
    Telephone:  (402) 333-4053
    Facsimile:  (402) 333-4761
    Email: jmessineo@ndnlaw.com
    *Counsel for Cheyenne River Sioux Tribe*
    *and Steve Vance*

By:   /s/ Jennifer S. Baker
    Jennifer S. Baker, *Pro Hac Vice*
    Jeffrey S. Rasmussen, WA #21121
    Fredericks Peebles & Morgan LLP
    1900 Plaza Drive
    Louisville, CO  80027
    Telephone:  (303) 673-9600
    Facsimile (303) 673-9155
    jbaker@ndnlaw.com
    *Counsel for Yankton Sioux Tribe and*
    *Robert Flying Hawk*


By:   /s/ Michael L. Roy
    Michael L. Roy (DC Bar No. 411841)
    mroy@hobbsstraus.com
    Jennifer P. Hughes (DC Bar No. 458321)
    jhughes@hobbsstraus.com
    Elliott A. Milhollin (DC Bar No. 474322)
    emilhollin@hobbsstraus.com
    Hobbs, Straus, Dean & Walker, LLP
    2120 L Street, NW, Suite 700
    Washington, DC  20037
    Telephone:  (202) 822-8282
    Facsimile:  (202) 296-8834
    *Counsel for Oglala Sioux Tribe*

    Mario Gonzalez
    Gonzalez Law Office
    522 7th St 202
    Rapid City, SD 57701
    Telephone:  (605) 716-6355
    *Of Counsel for the Oglala Sioux Tribe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of November, 2018 a copy of the foregoing was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

/s/ Joseph V. Messineo