## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br>YANKTON SIOUX TRIBE; ROBERT FLYING<br>HAWK; OGLALA SIOUX TRIBE,<br><br>                Plaintiffs,<br><br>   and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                Plaintiff-Intervenor,<br><br>   and<br><br>SARA JUMPING EAGLE, ET AL.,<br><br>                Plaintiff-Intervenors,<br>     v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                Defendant-Cross<br>                Defendant,<br><br>   and<br><br>DAKOTA ACCESS, LLC,<br><br>                Defendant-Intervenor-<br>                Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796<br>and 17-cv-267)<br><br>**UNOPPOSED MOTION TO AMEND<br>PROTECTIVE ORDER** |

On June 7, 2017, the Court entered a Protective Order governing the treatment of certain confidential information that was being exchanged among the parties.  ECF No. 235.  On June 19, 2017, the Court ordered that proposed Plaintiff-Intervenors, Sara Jumping Eagle, Ladonna Brave Bull Allard, Virgil Taken Alive, Cheyenne Garcia, William Wild Bill Left Hand, Maxine

Brings Him Back-Janis, Kathy Willcuts, Crystal Cole, Russell Vazquez, Thomas E. Barber, Sr., Tateolowan Garcia, Chani Phillips, and Wastewin Young (the Jumping Eagle Intervenors), be permitted to intervene in the case, and their complaint in intervention was filed the same day. ECF Nos. 246, 248; *see also* Minute Order dated June 19, 2017.  As they were not permitted to intervene prior to the entry of the protective order, the Jumping Eagle Intervenors were not included in the protective order that was submitted by the Corps on June 6, 2017.  *See* ECF No. 234.   On October 6, 2017, Plaintiff Standing Rock Sioux Tribe moved to revise the protective order, and the Court granted that motion by minute order the same day.  See ECF No. 282 and Minute Order dated October 6, 2017.

The Parties are continuing to exchange information that includes confidential information that is subject to the Protective Order, including the Corps' recently completed remand analysis. As a result, the Corps respectfully requests that the June 7, 2017 protective order be modified to include the Jumping Eagle Intervenors.  The proposed Second Revised Protective Order attached as Exhibit A to this Motion is identical to the Revised Protective Order submitted by Standing Rock in ECF No. 282, except that the signature date has been changed, footnote 1 has been edited to reflect the fact that the referenced documents are attached to ECF No. 234-1, and the Jumping Eagle Intervenors have been added to the caption and to the recitation of parties in the first paragraph of the order.  The Corps respectfully requests that the Court enter the attached second amended protective order to clarify that the Jumping Eagle Intervenors are subject to the protective order.

Dated: December 19, 2018                              Respectfully submitted,

                                                     JEAN E. WILLIAMS
                                                     Acting Assistant Attorney General

Environment & Natural Resources Division

By: /s/ *Brian Collins*
BRIAN COLLINS, TX Bar 24038827
AMARVEER S. BRAR, CA Bar 309615
REUBEN SCHIFMAN, NY BAR
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0479 (Brar)
Phone: (202) 305-4224 (Schifman)
Phone: (202) 305-0293 (Marinelli)
Phone: (202) 305-0428 (Collins)
Fax: (202) 305-0506
amarveer.brar@usdoj.gov
reuben.schifman@usdoj.gov
matthew.marinelli@usdoj.gov
brian.m.collins@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps
of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2018, I electronically filed the foregoing

Unopposed Motion to Amend Protective Order with the Clerk of the Court using the CM/ECF

system, which will send notification of this filing to the attorneys of record and all registered

participants.


*/s/ Brian Collins*
Brian Collins