## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, <br><br>              Plaintiffs, <br><br> and <br><br> CHEYENNE RIVER SIOUX TRIBE, <br><br>              Intervenor Plaintiff, <br><br>         v. <br><br> U.S. ARMY CORPS OF ENGINEERS, <br><br>              Defendant, <br><br> and <br><br> DAKOTA ACCESS, LLC, <br><br>              Intervenor Defendant. | Case No. 1:16-cv-01534-JEB (and consolidated case nos. 16-cv-1796 and 17-cv-267) |

## PLAINTIFF OGLALA SIOUX TRIBE'S NOTICE
## REGARDING NON-REMAND CLAIMS IT WILL PURSUE

By minute order entered December 12, 2018, the Court ordered that "If any Plaintiff seeks to pursue any other claim (beyond NHPA) not related to the remand, it must identify such claim in a filing by December 19, 2018, or such clam will be dismissed." Plaintiff Oglala Sioux Tribe ("Tribe") hereby identifies the following non-remand claims it seeks to pursue, by reference to the Tribe's initial Complaint filed in *Oglala Sioux Tribe v. U.S. Army Corps of Engineers*, case no. 17-cv-00267 (filed Feb. 11, 2017), later consolidated with this case, and the Tribe's proposed First Amended Complaint, ECF Doc. No. 376-1 (which is identical to the

Tribe's initial Complaint, except for an additional sentence added to the Second Cause of

Action):

I.     FIRST CAUSE OF ACTION: VIOLATION OF NEPA AND APA

II.    SECOND CAUSE OF ACTION: VIOLATION OF NEPA, APA, AND
       REGULATION

V.     FIFTH CAUSE OF ACTION: BREACH OF TRUST, MNI WICONI PROJECT
       ACT, AND THE APA

Respectfully submitted,

s/ *Michael L. Roy*
Michael L. Roy (DC Bar No. 411841)
mroy@hobbsstraus.com
Jennifer P. Hughes (DC Bar No. 458321)
jhughes@hobbsstraus.com
Elliott A. Milhollin (DC Bar No. 474322)
emilhollin@hobbsstraus.com
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW, Suite 700
Washington, DC  20037
202-822-8282 (Tel.)
202-296-8834 (Fax)
Attorneys for Oglala Sioux Tribe

Mario Gonzalez
Gonzalez Law Office
522 7th St 202
Rapid City, SD 57701
(605) 716-6355
Of Counsel for the Oglala Sioux Tribe

December 19, 2018