**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,**<br><br>**Plaintiff,**<br><br>**and**<br><br>**CHEYENNE RIVER SIOUX TRIBE,**<br><br>**Intervenor-Plaintiff,**<br><br>**v.**<br><br>**U.S. ARMY CORPS OF ENGINEERS,**<br><br>**Defendant.**<br><br>**and**<br><br>**DAKOTA ACCESS, LLP,**<br><br>**Intervenor-Defendant.** | **Case No. 1:16-cv-1534-JEB**<br>**[Consolidated with 1:16-cv-1796 and 1:17-cv-267]**<br><br>**IDENTIFICATION OF CLAIMS TO BE PURSUED** |

Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk hereby identify the claims from their original Complaint (ECF 1) that they seek to pursue pursuant to the Court's Minute Order of December 12, 2018, as follows:

1. Plaintiffs' Second Claim for Relief, with respect to Executive Order 13175 and agency and departmental policies, regarding development of the environmental assessment.

2. Plaintiffs' Third Claim for Relief, with respect to Executive Order 13175 and agency and departmental policies, regarding the issuance of Nationwide Permit 12.

3. Plaintiffs' Fourth Claim for Relief, with respect to Executive Order 13175 and agency and departmental policies, regarding the verification of preconstruction notifications.

4. Plaintiffs' Seventh Claim for Relief, violation of the Clean Water Act and the Administrative Procedure Act for failing to consider the public interest when authorizing the Nationwide Permit 12 verifications for preconstruction notifications.

Dated: December 19, 2018.

YANKTON SIOUX TRIBE AND ROBERT FLYING HAWK

By: *s/ Jennifer S. Baker*
Jennifer S. Baker, OKBA# 21938
(*Pro Hac Vice*)
Jeffrey S. Rasmussen, WA #21121
(*Pro Hac Vice*)
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 673-9600
Facsimile: (303) 673-9155
jbaker@ndnlaw.com
jrasmussen@ndnlaw.com
*Attorneys for Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk*

*s/ Patricia A. Marks*
Fredericks Peebles & Morgan LLP
401 9th Street, N.W., Suite 700
Washington, D.C. 20004
Phone: (202) 450-4887
Facsimile: (202) 450-5106
pmarks@ndnlaw.com
*Attorneys for Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

*s/ Catherine A. Wiland*
Catherine A. Wiland
Legal Assistant