**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, | Case No. 1:16-cv-1534-JEB (and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

        Plaintiffs,

    and

CHEYENNE RIVER SIOUX TRIBE,

        Plaintiff-Intervenor,

    and

SARA JUMPING EAGLE, ET AL.,

        Plaintiff-Intervenors,
    v.

U.S. ARMY CORPS OF ENGINEERS,

        Defendant-Cross Defendant,

    and

DAKOTA ACCESS, LLC,

        Defendant-Intervenor-Cross Claimant.

## NOTICE AND WITHDRAWAL OF MOTION TO STAY

The Federal Defendants hereby provide notice that appropriations for the Department of Justice have been restored. As a result, the Federal Defendants withdraw their previously-filed Motion for a Stay, ECF No. 394.

Counsel for Federal Defendants have resumed work on this case and are conferring with the Plaintiffs, Intervenors and United States Army Corps of Engineers regarding the administrative record. At this time, Federal Defendants expect to be able to comply with the deadlines identified in the

December 12, 2018 scheduling order, including those related to the Administrative Record.  However, in the event Federal Defendants need any additional time we will advise the parties and move the court as soon as possible.

Respectfully submitted this 28th day of January, 2019,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice


By: */s/ Reuben Schifman*
REUBEN SCHIFMAN, NY BAR
BRIAN COLLINS, TX Bar 24038827
AMARVEER S. BRAR, CA Bar 309615
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0479 (Brar)
Phone: (202) 305-4224 (Schifman)
Phone: (202) 305-0293 (Marinelli)
Phone: (202) 305-0428 (Collins)
Fax: (202) 305-0506
amarveer.brar@usdoj.gov
reuben.schifman@usdoj.gov
matthew.marinelli@usdoj.gov
brian.m.collins@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC


## CERTIFICATE OF SERVICE

I, Reuben S. Schifman, hereby certify that on January 28, 2019, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically

to the registered participants as identified in the Notice of Electronic Filing.


*/s/ Reuben Schifman____*
REUBEN S. SCHIFMAN