**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>　　　　Plaintiffs,<br><br>　and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>　　　　Plaintiff-Intervenor,<br><br>　and<br><br>SARA JUMPING EAGLE, ET AL.,<br><br>　　　　Plaintiff-Intervenors,<br>　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　Defendant-Cross Defendant,<br><br>　and<br><br>DAKOTA ACCESS, LLC,<br><br>　　　　Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**MOTION TO MODIFY SCHEDULE**

Pursuant to the Court's Order of December 12, 2018, the Federal Defendants shall lodge the Administrative Record by January 31, 2019. The Federal Defendants have been working diligently to assemble the Record, and were preparing to lodge it today. However, in reviewing the Record, Federal Defendants identified additional required redactions and documents that may need to be removed. These changes require new bates stamping and other processing of the Record as well before it can be lodged. As a result of this additional work, Federal Defendants expect to be able to lodge the record by

February 4, 2019.

The Parties conferred and no Party objected to extending the dates identified in the Court's order of December 12, 2019, by three or more days as follows:

- The Federal Defendants shall lodge the Administrative Record by February 4, 2019;
- Any party shall file any challenge to the completeness of the Administrative Record by February 18, 2019;
- Oppositions are due by February 28, 2019; and
- Replies are due by March 6, 2019.[1]

Therefore, Federal Defendants respectfully request the Court modify its Order of December 12, 2018 to reflect the schedule above, and allow additional time to lodge the Administrative Record.

Respectfully submitted this 31st day of January, 2019.

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        Environment & Natural Resources Division
        U.S. Department of Justice

        By: */s/ Reuben Schifman*
        REUBEN SCHIFMAN, NY BAR
        BRIAN COLLINS, TX Bar 24038827
        AMARVEER S. BRAR, CA Bar 309615
        MATTHEW MARINELLI, IL Bar 6277967
        U.S. Department of Justice
        Natural Resources Section
        P.O. Box 7611
        Benjamin Franklin Station
        Washington, DC 20044
        Phone: (202) 305-0479 (Brar)
        Phone: (202) 305-4224 (Schifman)
        Phone: (202) 305-0293 (Marinelli)
        Phone: (202) 305-0428 (Collins)
        Fax: (202) 305-0506
        amarveer.brar@usdoj.gov
        reuben.schifman@usdoj.gov
        matthew.marinelli@usdoj.gov

---

[1] This date is extended more than three days to accommodate a scheduling conflict with counsel for Plaintiff Oglala Sioux Tribe.

brian.m.collins@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## CERTIFICATE OF SERVICE

I, Reuben S. Schifman, hereby certify that on January 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Reuben Schifman*___
REUBEN S. SCHIFMAN