IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>              Plaintiff,<br><br>  and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>              Plaintiff-Intervenor,<br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>              Defendant-Cross Defendant,<br><br>  and<br><br>DAKOTA ACCESS, LLC,<br><br>              Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br><br>**MOTION TO MODIFY SCHEDULE** |

      Plaintiffs Standing Rock Sioux Tribe respectfully moves for a modification to the schedule governing briefing regarding the recently filed administrative record in this case. Pursuant to the Court's previous order, the index to the Administrative Record was lodged with this Court on January 31, and copies of the record delivered to the parties on compact disc. However, the disc sent to the Tribe was corrupted and unreadable. Counsel for Department of Justice worked with the Tribe to provide the record via alternative means, but that process has only just been completed. Weather in Seattle (where the Tribe's counsel is located) has resulted in office and court closures, further delaying the process.

MOTION TO MODIFY SCHEDULE
(No. 1:16-cv-1534-JEB) - 1

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Accordingly, The Tribe has proposed a modified schedule that extends the existing deadlines as follows:

- Challenges to the completeness of the administrative record shall be filed by February 27th, 2019.
- Oppositions to such motions will be due March 11, 2019
- Replies will be due March 18, 2019.

Undersigned counsel has conferred with the other parties in this litigation and no party opposes this modification.

Respectfully submitted this 14th day of February, 2019.

*/s/ Jan E. Hasselman*
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCBA # 398565
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
stsosie@earthjustice.org
pgoldman@earthjustice.org

*Attorneys for Plaintiff*

MOTION TO MODIFY SCHEDULE
(No. 1:16-cv-1534-JEB) - 2

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2019, I electronically filed the foregoing MOTION TO MODIFY SCHEDULE with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman

MOTION TO MODIFY SCHEDULE
(No. 1:16-cv-1534-JEB) - 3

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*