**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>      Plaintiffs,<br><br>  and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,<br><br>      Plaintiff-Intervenors,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>      Defendant-Cross Defendant,<br><br>  and<br><br>DAKOTA ACCESS, LLC,<br><br>      Defendant-Intervenor-Cross Claimant. | Case No: 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to LCvR 83.6(b), undersigned counsel, Alan M. Glen, hereby withdraws his appearance in this action as *pro hac vice* counsel for Intervenor Defendant Dakota Access, LLC ("Dakota Access"). Dakota Access moved for admission and appearance of counsel, Docket No. 23, and this Court granted the motion by minute order on August 19, 2016. Accordingly, Dakota Access has no further need for *pro hac vice* representation by counsel in this matter.

The declaration of Kimberly H. Caine, counsel of record for Dakota Access, indicating the consent of Dakota Access to the withdrawal of Alan M. Glen is attached to this notice.

Dated: March 25, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Alan M. Glen*
　　　　　　　　　　　　　　　　　　Alan M. Glen, TX SBN 08250100
　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　Nossaman LLP
　　　　　　　　　　　　　　　　　　816 Congress Avenue, Suite 970
　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　Telephone: 512.813.7973
　　　　　　　　　　　　　　　　　　Facsimile: 512.651.0670
　　　　　　　　　　　　　　　　　　Email: aglen@nossaman.com

　　　　　　　　　　　　　　　　　　*Counsel for Dakota Access, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2019, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

          */s/ Alan M. Glen*
          Alan M. Glen, TX SBN 08250100
          *Admitted Pro Hac Vice*
          Nossaman LLP
          816 Congress Avenue, Suite 970
          Austin, TX 78701
          Telephone:  512.813.7973
          Facsimile:   512.651.0670
          Email: aglen@nossaman.com

*Counsel for Dakota Access, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>    Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor-Cross Claimant. | Case No: 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

## DECLARATION OF KIMBERLY H. CAINE ON BEHALF OF DAKOTA ACCESS, LLC CONSENTING TO WITHDRAWAL OF COUNSEL

I, Kimberly H. Caine, as lead counsel to Intervenor Defendant Dakota Access, LLC ("Dakota Access"), declare that Dakota Access hereby consents to the withdrawal of Alan M. Glen as *pro hac vice* counsel in the above-captioned matter. Dakota Access moved for admission and appearance of counsel, Docket No. 23, and this Court granted the motion by minute order on August 19, 2016.

                                                                                      _/s/ Kimberly H. Caine_    3/4/19
                                                                                       Kimberly H. Caine            Date
                                                                                        Dakota Access, LLC