IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant.<br><br>and<br><br>DAKOTA ACCESS, LLP,<br><br>Intervenor-Defendant. | Case No. 1:16-cv-1534-JEB<br>[Consolidated with 1:16-cv-1796 and 1:17-cv-267]<br><br>NOTICE OF CHANGE OF FIRM NAME |

Pursuant to LCvR 5.1(c) (1), notice is hereby given that effective April 1, 2019, Fredericks Peebles & Morgan LLP has changed its name to Fredericks Peebles & Patterson LLP. The Firm's and its lawyers' addresses, phone numbers, fax numbers, and email addresses have not been affected by this change.

Respectfully submitted this 4th day of April, 2019.

            YANKTON SIOUX TRIBE AND ROBERT FLYING HAWK

            By: *s/ Jennifer S. Baker*
            Jennifer S. Baker, OKBA# 21938
            (*Pro Hac Vice*)
            Jeffrey S. Rasmussen, WA #21121

1

(*Pro Hac Vice*)
Fredericks Peebles & Patterson LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 673-9600
Facsimile: (303) 673-9155
jbaker@ndnlaw.com
jrasmussen@ndnlaw.com
*Attorneys for Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk*

*s/ Patricia A. Marks*
Fredericks Peebles & Patterson LLP
401 9th Street, N.W., Suite 700
Washington, D.C. 20004
Phone:  (202) 450-4887
Facsimile:  (202) 450-5106
pmarks@ndnlaw.com
*Attorneys for Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2019, a copy of the foregoing was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                                                             *s/ Catherine A. Wiland*
                                                             Catherine A. Wiland
                                                            Legal Assistant