IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br> v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br>**NOTICE OF CHANGE OF ADDRESS AND LAW FIRM** |

  COMES NOW legal counsel for the Plaintiff-Intervenor, the Cheyenne River Sioux Tribe to notify the Court of their change of address and law firm. The Plaintiff-Intervenor legal counsel's new contact information is:

Nicole E. Ducheneaux
Big Fire Law and Policy Group
1404 Ft. Crook Road South
Bellevue, Nebraska 68005
P: 531-466-8725
F: 531-466-8792
NDucheneaux@bigfirelaw.com

Dated:  April 15, 2019	Respectfully submitted,

/s/ Nicole E. Ducheneaux
Big Fire Law & Policy Group LLP
1404 South Fort Crook Road
Bellevue, NE 68005
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
Email: nducheneaux@bigfirelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I electronically filed the foregoing *Notice of Change of Address and Law Firm* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Nicole Ducheneaux*