IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                Plaintiff-Intervenor,<br>   v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>                Defendant-Intervenor-<br>                Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br>**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

      Pursuant to Civil Local Rule 83.2(d), Intervenor Cheyenne River Sioux Tribe moves for the admission and appearance of attorney Tracey A. Zephier pro hac vice in the above-entitled action. This Motion is supported by the Tracey A. Zephier filed herewith. As set forth in Ms. Zephier's declaration, she is admitted and an active member in good standing in the following courts and bars: South Dakota State Bar, Cheyenne River Sioux Tribal Court, Standing Rock Sioux Tribal Court, Oglala Sioux Tribal Court, United States District Court for the District of South Dakota, and the United States Federal Court of Claims. This Motion is supported and signed by Nicole E. Ducheneaux, an active and sponsoring member of the Bar of this Court.

Dated:  April 15, 2019                               Respectfully submitted,

                                                     /s/ Nicole E. Ducheneaux
                                                     Big Fire Law & Policy Group LLP
                                                     1404 South Fort Crook Road
                                                     Bellevue, NE 68005
                                                     Telephone: (531) 466-8725
                                                     Facsimile: (531) 466-8792
                                                     Email: nducheneaux@bigfirelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically filed the foregoing Motion for Admission of Attorney *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Nicole Ducheneaux

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Plaintiff-Intervenor,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br>**DECLARATION OF TRACEY A. ZEPHIER IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*** |

I, Tracey A. Zephier, hereby declare:

1. My name, office address, telephone and facsimile numbers, and email address are as follows:

   Tracey A. Zephier
   Cheyenne River Sioux Tribe
   Office of the Attorney General
   P.O. Box 590
   Eagle Butte, SD 57625
   Telephone: (605) 964-6686
   Facisimile (605) 964-1160
   Email: crstag@protonmail.com

2. I have been admitted to the following courts and bars:

   a. South Dakota State Bar
   b. Cheyenne River Sioux Tribal Court

1

      c.     Standing Rock Sioux Tribal Court
      d.     Oglala Sioux Tribal Court
      e.     United States District Court- District of South Dakota
      f.     United States Federal Court of Claims

3. I have never been disciplined by any bar.

5. I am currently in good standing with all states, courts, and bars in which I am admitted.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not practice law from an office located in the District of Columbia.

8. I am not a member of the D.C. Bar nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of April 2019

*Tracey Zephier*
_____
Tracey A. Zephier
Cheyenne River Sioux Tribe
Office of the Attorney General
P.O. Box 590
Eagle Butte, SD 57625
Telephone: (605) 964-6686
Facisimile (605) 964-1160
Email: crstag@protonmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>     Plaintiff,<br><br> and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>     Plaintiff-Intervenor,<br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>     Defendant-Cross Defendant,<br><br> and<br><br>DAKOTA ACCESS, LLC,<br><br>     Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

  The Court has reviewed the Plaintiff- Intervenor Cheyenne River Sioux Tribe's motion for admission of attorney Tracey A. Zephier *pro hac vice*. Upon consideration of that motion, the Court grants attorney Tracey A. Zephier *pro hac vice* admission to the Court.

  IT IS SO ORDERED.


Dated: _____       _____
                        United States District Court Judge