# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant.<br><br>and<br><br>DAKOTA ACCESS, LLP,<br><br>Intervenor-Defendant. | Case No. 1:16-cv-1534-JEB<br>[Consolidated with 1:16-cv-1796 and 1:17-cv-267] |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), undersigned counsel, Patricia A. Marks, hereby enters her appearance in this action as counsel for Intervenor-Plaintiff Cheyenne River Sioux Tribe. Ms. Marks' bar number and contact information are as follows:

U.S. District Court (D.C.) Bar No. 446702
Fredericks Peebles & Patterson LLP
401 9th Street, N.W., Suite 700
Washington, D.C. 20004
Phone: (202) 450-4887
Facsimile: (202) 450-5106

Dated this 15th day of April, 2019.

Respectfully submitted,

/s/ Patricia Ann Marks

_____

Patricia A. Marks
Fredericks Peebles & Patterson LLP
401 9th Street, N.W., Suite 700
Washington, D.C. 20004
Phone: (202) 450-4887
Facsimile: (202) 450-5106
pmarks@ndnlaw.com
*Attorney for Intervenor-Plaintiff Cheyenne River Sioux Tribe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April, 2019, a copy of the foregoing was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

          /s/ Patricia Ann Marks_____
          Patricia A. Marks