**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,**<br><br>**Plaintiff,**<br><br>**and**<br><br>**CHEYENNE RIVER SIOUX TRIBE,**<br><br>**Intervenor-Plaintiff,**<br><br>**v.**<br><br>**U.S. ARMY CORPS OF ENGINEERS,**<br><br>**Defendant.**<br><br>**and**<br><br>**DAKOTA ACCESS, LLP,**<br><br>**Intervenor-Defendant.** | **Case No. 1:16-cv-1534-JEB [Consolidated with 1:16-cv-1796 and 1:17-cv-267]** |

**NOTICE OF NAME CHANGE OF INTERVENOR-PLAINTIFF CHEYENNE RIVER SIOUX TRIBE'S COUNSEL**

Pursuant to LCvR 5.1(c)(1), notice is hereby given that effective April 1, 2019, Fredericks Peebles & Morgan LLP has changed its name to Fredericks Peebles & Patterson LLP. Please direct all future correspondence to:

Fredericks Peebles & Patterson LLP
401 9th Street, N.W., Suite 700
Washington, D.C. 20004
Phone: (202) 450-4887
Facsimile: (202) 450-5106

Dated this 15th day of April, 2019.

Respectfully submitted,

_/s/ Patricia Marks____________________
Patricia A. Marks
Fredericks Peebles & Patterson LLP
401 9th Street, N.W., Suite 700
Phone: (202) 450-4887
Facsimile: (202) 450-5106
pmarks@ndnlaw.com
*Attorney for Intervenor-Plaintiff Cheyenne River Sioux Tribe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April, 2019, a copy of the foregoing was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

_/s/_Patricia Marks______________
Patricia A. Marks