# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE,**<br><br>    Plaintiff,<br><br>    and<br><br>**CHEYENNE RIVER SIOUX TRIBE,**<br><br>    Plaintiff-Intervenor, *et al.*,<br><br>    v.<br><br>**U.S. ARMY CORPS OF ENGINEERS,**<br><br>    Defendant,<br><br>    and<br><br>**DAKOTA ACCESS, LLC,**<br><br>    Defendant-Intervenor and Cross-Claimant. | Civil Action No. 16-1534 (JEB) (and Consolidate Case Nos. 16-267 and 16-1769) |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion to Complete the Administrative Record is GRANTED IN PART and DENIED IN PART;

2. Plaintiffs shall, within fourteen days, file a Notice containing a list of sources substantively cited in the Remand Analysis to support a factual proposition;

3. Defendant shall, in the fourteen days thereafter, indicate which, if any, of those documents it objects to including in the record; and

4. Defendant shall, within fourteen days, submit an affidavit detailing its legal rationale for the redaction of the as-built drawings and the reasons, if any, that the information could not be revealed to Plaintiffs subject to the protective order.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: May 8, 2019