AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STANDING ROCK SIOUX TRIBE, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:16-cv-01534-JEB |
| U.S. Army Corps of Engineers, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff-Intervenor Cheyenne River Sioux Tribe.

Date:   05/14/2019

/s/jmessineo
*Attorney's signature*

Joseph V. Messineo
*Printed name and bar number*

Big Fire Law & Policy Group LLP
1404 Fort Crook Road South
Bellevue, NE 68005

*Address*

jmessineo@bigfirelaw.com
*E-mail address*

(531) 466-8725
*Telephone number*

(531) 466-8792
*FAX number*