IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>        Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>        Plaintiff-Intervenor,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>        Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>        Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br>STATUS REPORT AND JOINT PROPOSED BRIEFING SCHEDULE |

In its February 14, 2019, minute order, this Court directed the parties to submit a joint proposed schedule for motions for summary judgment within seven days of its ruling on motions pertaining to the administrative record. Accordingly, following the Court's decision on the record motion dated June 11, 2019, the parties[1] have conferred and jointly propose the following schedule:

By June 26, 2019, the United States Army Corps of Engineers will add additional

---

[1] The Parties consulted the Jumping Eagle Plaintiffs but they have not expressed an opinion on this proposed schedule.

STATUS REPORT AND JOINT
PROPOSED BRIEFING SCHEDULE
(No. 1:16-cv-1534-JEB)          - 1 -

documents to the remand administrative record. *See, e.g.*, ECF Nos. 402, 426.

All plaintiffs will file motions for summary judgment by August 16, 2019. Plaintiffs will coordinate to ensure that arguments are not repeated.

Defendants and intervenors will file cross-motions for summary judgment and oppositions to all plaintiffs' motions by October 9, 2019.

Plaintiffs will file their oppositions to the cross-motions, and replies in support of their summary judgment motions, by October 30, 2019.

Defendant and intervenors will file their reply briefs by November 20, 2019.

The page limits of the local rules will apply to all briefs but plaintiffs may share pages such that a longer brief by one party is permitted as long another plaintiff's brief is shorter by an equal or greater amount of pages.

Dated:  June 18, 2019                                        Respectfully Submitted,

| | |
|---|---|
| */s/ Jan E. Hasselman* | */s/ Joseph V. Messineo* |
| Jan E. Hasselman, WSBA # 29107 | Joseph V. Messineo |
| (*Admitted Pro Hac Vice*) | Big Fire Law & Policy Group LLP |
| Patti A. Goldman, DCB # 398565 | 1404 Fort Crook Road South |
| Stephanie Tsosie, WSBA # 49840 | Bellevue, NE 68005 |
| (*Admitted Pro Hac Vice*) | Telephone: (531) 466-8725 |
| Earthjustice | Facsimile: (531) 466-8792 |
| 705 Second Avenue, Suite 203 | jmessineo@bigfirelaw.com |
| Seattle, WA 98104 | *Counsel for Cheyenne River Sioux Tribe and* |
| Telephone: (206) 343-7340 | *Steve Vance* |
| pgoldman@earthjustice.org | |
| jhasselman@earthjustice.org | |
| stsosie@earthjustice.org | |
| *Attorneys for Plaintiff Standing Rock Sioux Tribe* | |
| | |
| */s/ Michael L. Roy* | */s/ Jennifer S. Baker* |
| Michael L. Roy (DC Bar No. 411841) | Jennifer S. Baker, *Pro Hac Vice* |
| mroy@hobbsstraus.com | Jeffrey S. Rasmussen, WA #21121 |
| Jennifer P. Hughes (DC Bar No. 458321) | Fredericks Peebles & Patterson LLP |
| jhughes@hobbsstraus.com | 1900 Plaza Drive |
| Elliott A. Milhollin (DC Bar No. 474322) | Louisville, CO 80027 |

STATUS REPORT AND JOINT
PROPOSED BRIEFING SCHEDULE
(No. 1:16-cv-1534-JEB)                                   - 2 -

*Counsel continued from previous page:*
emilhollin@hobbsstraus.com
Hobbs, Straus, Dean &Walker, LLP 2120 L Street, NW, Suite 700
Washington, DC 20037
Telephone: (202) 822-8282
Facsimile: (202) 296-8834
*Counsel for Oglala Sioux Tribe*

*/s/ David Debold*
William S. Scherman
David Debold
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com
DDebold@gibsondunn.com
*Counsel for Dakota Access, LLC*

*Counsel continued from previous page:*
Telephone: (303) 673-9600
Facsimile (303) 673-9155
jbaker@ndnlaw.com
*Counsel for Yankton Sioux Tribe and Robert Flying Hawk*

*/s/ Ben Schifman*
Jean E. Williams
Deputy Assistant Attorney General
Reuben S. Schifman
Amarveer S. Brar
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, D.C. 20044
(202) 305-4224 (Schifman)
(202) 305-0479 (Brar)
reuben.schifman@usdoj.gov
amarveer.brar@usdoj.gov
*Attorneys for the United States Army Corps of Engineers*


Erica M. Zilioli
U.S. Department of Justice
Environmental Defense Section
P.O. Box 761
Washington, D.C. 20044
(202) 514-6390
Erica.Zilioli@usdoj.gov
*Attorneys for the United States Army Corps of Engineers*

STATUS REPORT AND JOINT
PROPOSED BRIEFING SCHEDULE
(No. 1:16-cv-1534-JEB)                - 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2019 I electronically filed the foregoing *Status Report and Joint Proposed Briefing Schedule* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman

STATUS REPORT AND JOINT
PROPOSED BRIEFING SCHEDULE
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*