# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>        Plaintiffs,<br><br>  and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>        Plaintiff-Intervenor,<br><br>  and<br><br>SARA JUMPING EAGLE, ET AL.,<br><br>        Plaintiff-Intervenors,<br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>        Defendant-Cross Defendant,<br><br>  and<br><br>DAKOTA ACCESS, LLC,<br><br>        Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

## NOTICE OF ADDITION OF DOCUMENTS TO THE ADMINISTRATIVE RECORD FOR THE ARMY CORPS' REMAND ANALYSIS

Defendant the United States Army Corps of Engineers ("Corps") hereby gives notice that in accordance with the Court's Order of June 19, 2019, it has added additional documents to the Administrative Record for the remand analysis challenged in the above-captioned cases. Attached as Exhibit A is a certification and index of the additional documents that are being added to the remand Administrative Record.

Respectfully submitted this 26th day of June, 2019.

    LAWRENCE VANDYKE
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

By: */s/ Reuben Schifman*
REUBEN SCHIFMAN, NY BAR
BRIAN COLLINS, TX Bar 24038827
AMARVEER S. BRAR, CA Bar 309615
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Phone: (202) 305-0479 (Brar)
Phone: (202) 305-4224 (Schifman)
Phone: (202) 305-0428 (Collins)
Fax: (202) 305-0506
amarveer.brar@usdoj.gov
reuben.schifman@usdoj.gov
brian.m.collins@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## **CERTIFICATE OF SERVICE**

I, Reuben S. Schifman, hereby certify that on June 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Reuben Schifman*
REUBEN S. SCHIFMAN

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, </br></br> Plaintiff, </br></br> and </br></br> CHEYENNE RIVER SIOUX TRIBE, </br></br> Plaintiff-Intervenor, </br></br> v. </br></br> UNITED STATES ARMY CORPS OF ENGINEERS, </br></br> Defendant, </br></br> and </br></br> DAKOTA ACCESS, LLC, </br></br> Defendant-Intervenor. | Case No. 1:16-cv-01534 (JEB) </br> (consolidated with Cases No. </br> 1:16-cv-01796 & 1:17-cv-00267) |

## **CERTIFICATION OF THE ADMINISTRATIVE RECORD ON REMAND**

1. I, Colonel John L. Hudson, am currently the District Commander and District Engineer for the U.S. Army Corps of Engineers, Omaha District. In that capacity, I oversee all activities and operations of the Omaha District, which includes the Lake Oahe project.

2. On February 4, 2019, I certified the Administrative Record pertaining to the issues remanded by this Court. ECF No. 398-1.

3. I certify that the attached is a true and correct index of additional documents that are being added to the Administrative Record for the issues remanded by the District Court of the District of Columbia.

4. The Administrative Record includes, to the best of my knowledge, all documents that were directly or indirectly relied on by the U.S. Army Corps of Engineers. Furthermore, this additional set of record documents contains seven documents from a quoted passage taken from the July 2016 EA (RAR000011-12 of the Remand Analysis) that the Corps has agreed to add to the remand record pursuant to its understanding of the Court's May 8, 2019 Opinion. *See* ECF No. 426 at 2; ECF No. 418 at 6-7.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2019

COL John L. Hudson

| | Standing Rock Sioux Tribe v. United States Army Corps of Engineers Dakota Access Pipeline Remand Administrative Record Index | | | | | | |
|---|---|---|---|---|---|---|---|
| **Production Begin** | **Production End** | **Date** | **Subject/Description** | **From/Author** | **To** | **File Name** | **Remarks** |
| RAR017092 | RAR017100 | 8/27/2018 | Email string regarding YST Consultation Protocols and Photography Permit between Thomas Tracy and Jennifer Baker (4/20/18-8/27/18), with attachment. | Tracy, Thomas J. (NWO) | Baker, Jennifer S. (Fredericks Peebles & Morgan, LLP) | RAR017092-RAR017100.pdf | |
| RAR017101 | RAR017140 | 8/22/2018 | Email transmitting the first draft DAPL Remand - Hunting and Fishing section, and discussing the review process, with attachment. | Boyd, Milton W. (HQUSACE) | Cossette, Brent J. (NWO); Kruger, Heath R. (NWO); Shelman, Johnathan A. (NWO); Grow, Catherine E. (NWO); Tracy, Thomas J. (NWO) | RAR017101-RAR017140.pdf | SUBJECT TO PROTECTIVE ORDER |
| RAR017141 | RAR017144 | 6/14/2018 | Email string discussing Fort Yates status and the location of the water intakes, with attachment. | Cossette, Brent J. (NWO) | Rowe, Steve (HDR, Inc.); Ames, Omar J. (Joel) (NWO) | RAR017141-RAR017144.pdf | |
| RAR017145 | RAR017155 | Undated | Attachment: Draft Conditions for Missouri River Water Intakes. | | | RAR017145-RAR017155.pdf | |
| RAR017156 | RAR017159 | 6/13/2018 | Email string discussing Fort Yates status and the location of the water intakes. | Stasch, Eric D. (NWO) | Ames, Omar J. (Joel) (NWO); Rowe, Steve (HDR, Inc.) | RAR017156-RAR017159.pdf | |
| RAR017160 | RAR017160 | 5/2/2018 | NWO response to YST's letter discussing protocols for government-to-government relations. | Hudson, John L. COL (NWO) | Flying Hawk, Robert (Chairman - YST) | RAR017160-RAR017160.pdf | |
| RAR017161 | RAR017161 | 5/2/2018 | NWO response to OST's letter acknowledging receipt of requested information, and the 6/1/2018 meeting. | Hudson, John L. COL (NWO) | Weston, Troy Scott (President - OST) | RAR017161-RAR017161.pdf | |
| RAR017162 | RAR017162 | 5/2/2018 | NWO response to OST's letter acknowledging receipt of requested information, and the 5/30/2018 meeting. | Hudson, John L. COL (NWO) | Frazier, Harold (Chairman - CRST) | RAR017162-RAR017162.pdf | |
| RAR017163 | RAR017163 | 4/24/2018 | Meeting invite for the 6/4/2018 meeting to discuss the supplemental infromation provided by SRST, OST, and YST. | Cossette, Brent J. (NWO) | Cossette, Brent J. (NWO); Kruger, Heath R. (NWO); Laux, Eric A. (NWO); Shelman, Johnathan A. (NWO); Grow, Catherine E. (NWO); Ames, Omar J. (Joel) (NWO); Jacobsen, Julie A. (NWO); Rowe, Steve (HDR, Inc.); Aubele, Michael C. (ETP); Borkland, Carl G. (Sunoco Logistics) (ETP) | RAR017163-RAR017163.pdf | |
| RAR017164 | RAR017164 | 4/24/2018 | Meeting invite for the 5/7/2018 meeting to discuss the supplemental infromation provided by SRST, OST, and YST. | Cossette, Brent J. (NWO) | Cossette, Brent J. (NWO); Kruger, Heath R. (NWO); Laux, Eric A. (NWO); Shelman, Johnathan A. (NWO); Grow, Catherine E. (NWO); Ames, Omar J. (Joel) (NWO); Jacobsen, Julie A. (NWO); Rowe, Steve (HDR, Inc.); Aubele, Michael C. (ETP); Borkland, Carl G. (Sunoco Logistics) (ETP) | RAR017164-RAR017164.pdf | |
| RAR017165 | RAR017165 | 2/8/2018 | Meeting invite for the 2/8/2018 meeting as a placeholder to discuss the DAPL Spill Model comment review. | Rowe, Steve (HDR, Inc.) | Rowe, Steve (HDR, Inc.); Cossette, Brent J. (NWO); Harlon, William D. III (NWO); Weber, Christopher | RAR017165-RAR017165.pdf | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RAR017166 | RAR017198 | 1/24/2018 | Email requesting a response to the attached Appendix C concerning the comment about remediation of a release to groundwater, with attachments. | Cossette, Brent J. (NWO) | Tracy, Thomnas J. (NWO); Grow, Catherine E. (NWO); Jacobsen, Julie A. (NWO) | RAR017166-RAR017198.pdf | |
| RAR017199 | RAR017199 | 1/8/2018 | Meeting invite scheduling the 1/12/2018 meeting to discuss the Remand narrative. | Cossette, Brent J. (NWO) | Cossette, Brent J. (NWO); Shelman, Johnathan A. (NWO); Rowe, Steve (HDR, Inc.); Borkland, Carl G. (Sunoco Logistics) (ETP); Aubele, Michael C. (ETP); Borkland, Carl G. (Sunoco Logistics) (ETP); Oh, Meghan (HRD, Inc.) | RAR017199-RAR017199.pdf | |
| RAR017200 | RAR017200 | 12/18/2017 | Email string discussing the DAPL spill model and the differences between OILMAPLand and SIMAP. | Rowe, Steve (HDR, Inc.) | Cossette, Brent J. (NWO) | RAR017200-RAR017200.pdf | |
| RAR017201 | RAR017201 | 12/15/2017 | Email string discussing how the casino uses the water supply on the reservation. | Ames, Omar J. (Joel) (NWO) | Rowe, Steve (HDR, Inc.) | RAR017201-RAR017201.pdf | |
| RAR017202 | RAR017210 | 12/15/2017 | Supplemental geological figures for Morton County and Emmons County. | | | RAR017202-RAR017210.pdf | |
| RAR017211 | RAR017215 | 11/29/2017 | Email string discussing the coordination for the in-person spill model presentation. | Rowe, Steve (HDR, Inc.) | Noel, Mark R. (ERDC) | RAR017211-RAR017215.pdf | |
| RAR017216 | RAR017216 | 11/28/2017 | Meeting invite scheduling the 12/21/2017 meeting to discuss comment responses to the technical reports submitted to the courts. | Cossette, Brent J. (NWO) | Cossette, Brent J. (NWO); Shelman, Johnathan A. (NWO); Laux, Eric A. (NWO); Harlon, William D. III (NWO); Rowe, Steve (HDR, Inc.); Aubele, Michael C. (ETP); Borkland, Carl G. (Sunoco Logistics) (ETP); Grow, Catherine E. (NWO) | RAR017216-RAR017216.pdf | |
| RAR017217 | RAR017217 | 11/27/2017 | Meeting invite changing the meeting location for the 11/28/2017 to discuss the DAPL Remand to review comment responses. | Cossette, Brent J. (NWO) | | RAR017217-RAR017217.pdf | |
| RAR017218 | RAR017218 | 11/26/2017 | Meeting invite scheduling a bi-weekly reoccurring meeting starting on 10/26/2017 to discuss the DAPL Remand. | Cossette, Brent J. (NWO) | | RAR017218-RAR017218.pdf | |
| RAR017219 | RAR017219 | 10/19/2017 | Meeting invite for 10/19/2017 scheduling the review of the DAPL Remand technical analysis. | Cossette, Brent J. (NWO) | | RAR017219-RAR017219.pdf | |
| RAR017220 | RAR017220 | 9/28/2017 | Meeting invite scheduling the 10/19/2017 meeting to discuss comment responses to the technical reports submitted to the courts. | Cossette, Brent J. (NWO) | | RAR017220-RAR017220.pdf | |
| RAR017221 | RAR017222 | 10/16/2017 | Email discussing the logisitics for the 10/19/2017 meeting concerning the DAPL Remand technical analysis. | Rowe, Steve (HDR, Inc.) | Cossette, Brent J. (NWO) | RAR017221-RAR017222.pdf | |
| RAR017223 | RAR017223 | 9/27/2017 | Email transmitting the write-up on the SIMAP modeling and model schedule, with attachment. | Rowe, Steve (HDR, Inc.) | Cossette, Brent J. (NWO) | RAR017223-RAR017223.pdf | |
| RAR017224 | RAR017225 | Undated | Attachment: HDR, Inc. SIMAP modeling information and schedule. | HDR, Inc. | | RAR017224-RAR017225.pdf | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RAR017226 | RAR017227 | 9/22/2017 | Email string discussing the requested revisions to the 9/8/2017 meeting minutes. | Rowe, Steve (HDR, Inc.) | Shelman, Johnathan A. (NWO) | RAR017226-RAR017227.pdf | |
| RAR017228 | RAR017228 | 9/22/2017 | Email string discussing the 9/8/2017 meeting minutes and the discussion on medicinal aquatic plants near the shore. | Ames, Omar J. (Joel) (NWO) | Shelman, Johnathan A. (NWO); Laux, Eric A. (NWO); Grow, Catherine E. (NWO); Tracy, Thomas J. (NWO); Janis, Larry D. (NWO); Price, Julie A. (NWO); Wallace, Arthur L. Jr. (NWO); Harlon, William D. (NWO) | RAR017228-RAR017228.pdf | |
| RAR017229 | RAR017283 | 8/3/2017 | Pipeline Safety - Additional Actions Could Improve Federal Use of Data on Pipeline Materials and Corrosion, GAO-17-639. | U.S. Government Accountability Office (GAO) | | RAR017229-RAR017283.pdf | |
| RAR017284 | RAR017285 | 7/20/2017 | How Oil Spills Affect Fish and Whales | National Oceanic and Atmospheric Administration, Office of Response and Restoration | | RAR017284-RAR017285.pdf | |
| RAR017286 | RAR017331 | 6/2/2017 | DAPL Gathering System, DAPL Mainline and ETCOP Oil Pipeline Surge Analysis, Final Report. | Fluid Flow Consultants | | RAR017286-RAR017331.pdf | |
| RAR017332 | RAR017472 | Jun-2017 | On/Off Close Interval Structure-To-Electrolyte Potential Surveys Report | Aegion | Energy Transfer - DAPL | RAR017332-RAR017472.pdf | |
| RAR017473 | RAR017480 | 4/4/2017 | The effects of oil spills on marine fish: Implications of spatial variation in natural mortality, 119 Marine Pollution Bulletin 102-109 (2017) | Langangen, O., et al. | | RAR017473-RAR017480.pdf | |
| RAR017481 | RAR017509 | 5/4/2016 | North Dakota Lake Oahe Crossing Spill Model Discussion, Dakota Access Pipeline Project | Wood Group Mustang | Dakota Access, LLC | RAR017481-RAR017509.pdf | SUBJECT TO PROTECTIVE ORDER |
| RAR017510 | RAR017630 | 5/1/2016 | BakkenLink Risk Assessment and Environmental Consequences Analysis, EA Appendices | Stantec Consulting Services, Inc. | BakkenLink Pipeline, LLC | RAR017510-RAR017630.pdf | |
| RAR017631 | RAR018119 | Nov-2015 | Expert Panel Report on the Behavior and Environmental Impacts of Crude Oil Released into Aqueous Environments, Royal Society of Canada (2015) | Lee, K., et al. | Cadadian Energy Pipeline Association; Canadian Association of Petroleum Producers | RAR017631-RAR018119.pdf | |
| RAR018120 | RAR018229 | 1/1/2015 | BakkenLink EA Appendix A Risk Assessment and Environmental Consequences Analysis | Stantec Consulting Services, Inc. | BakkenLink Pipeline, LLC | RAR018120-RAR018229.pdf | |
| RAR018230 | RAR018256 | Jun-2014 | Changes in Areas with Concentrated Poverty: 2000-2010 | Bishaw, Alemayehu (U.S. Department of Commerce - U.S. Census Bureau) | | RAR018230-RAR018256.pdf | |
| RAR018257 | RAR018294 | 5/14/2014 | A Survey of Bakken Crude Oil Characteristics Assembled for the U.S. Department of Transportation | American Fuel & Petrochemical Manufacturers; Dangerous Goods Transport Consulting, Inc. | U.S. Department of Transportation (USDoT) | RAR018257-RAR018294.pdf | |
| RAR018295 | RAR018314 | 3/23/2010 12:00 AM | Bakken Oil Storage Tank Emission Models | Peacock, Paul (Marathon) | | RAR018295-RAR018314.pdf | |
| RAR018315 | RAR018372 | 8/26/2008 | Report on the toxicity of oil to fish, DFO Contract #F2471-080006 | Hodson, Peter V. | | RAR018315-RAR018372.pdf | |
| RAR018373 | RAR018458 | Aug-2003 | Models for Design of Free-Product Recovery Systems for Petroleum Hydrocarbon Liquids, Publication No. 4729 | Charbeneau, Randall J. (University of Texas at Austin) | American Petroleum Institute (API) | RAR018373-RAR018458.pdf | |

| RAR018459 | RAR018472 | Sep-2001 | Predicting the Effect of Hydrocarbon and Hydrocarbon-Impacted Soil on Groundwater | O'Reilly, Kirk T.; Magaw, Renae I.; Rixey, William G. | American Petroleum Institute (API) | RAR018459-RAR018472.pdf | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| RAR018473 | RAR018484 | 2000 | Free-Product Recovery of Petroleum Hydrocarbon Liquids | Charbeneau, Randall J. ; Johns, Russell T.; Lake, Larry W.; McAdams, Michael J. III | | RAR018473-RAR018484.pdf | |
| RAR018485 | RAR018494 | 1999 | Polyaromatic Hydrocarbon Content in Crude Oils Around the World, SPE 52724. | Kerr, J.M.; Melton, H.R. (Exxon Production Research, Co.); McMillen, S.J.; Magaw, R.I. (Chevron Research & Technology, Co.); Naughton, G.; Little, A.D. | Society of Petroleum Engineers (SPE) | RAR018485-RAR018494.pdf | |
| RAR018495 | RAR020394 | Apr-1997 | The CERCLA Type A Natural Resource Damage Assessment Model for Coastal and Marine Environments (NRDAM/CME) | French, Deborah P., et al. | Office of Environmental Policy and Compliance, U.S. Department of the Interior (OEP-DOI) | RAR018495-RAR020394.pdf | |
| RAR020395 | RAR020430 | Jan-1987 | Hydrocarbons in the freshwater environment, Advances in Limnology | Müller, Helga | | RAR020395-RAR020430.pdf | |
| RAR020431 | RAR021054 | 1979 | Groundwater | Freeze, R. Allan; Cherry John A. | | RAR020431-RAR021054.pdf | |
| RAR021055 | RAR021060 | Undated | Fishing/Small Game/Prairie Dog, Standing Rock Game & Fish Website | Standing Rock Sioux Tribe (SRST) | | RAR021055-RAR021060.pdf | |
| RAR021061 | RAR021090 | Undated | Emergency Flow Restricting Devices (EFRD) Inspection and Test Plans, 4/23/2013, 6/26/2014, and 8/1/2014. | Wood Group Mustang | | RAR021061-RAR021090.pdf | |