# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, <br><br> Plaintiffs, <br><br> and <br><br> CHEYENNE RIVER SIOUX TRIBE, <br><br> Intervenor Plaintiff, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, <br><br> Defendant, <br><br> and <br><br> DAKOTA ACCESS, LLC, <br><br> Intervenor Defendant. | Case No. 1:16-cv-01534-JEB <br> (and consolidated case nos. 16-cv-1796 and 17-cv-267) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address of Michael L. Roy, Jennifer P. Hughes, and Elliott A. Milhollin, counsel for plaintiff Oglala Sioux Tribe, has changed. The new address and contact information is:

Hobbs Straus Dean and Walker, LLP

1899 L Street, NW Suite 1200

Washington, DC 20036

All other contact information remains unchanged.

Respectfully submitted,

s/ *Michael L. Roy*
Michael L. Roy (DC Bar No. 411841)
mroy@hobbsstraus.com
Jennifer P. Hughes (DC Bar No. 458321)
jhughes@hobbsstraus.com
Elliott A. Milhollin (DC Bar No. 474322)
emilhollin@hobbsstraus.com
Hobbs, Straus, Dean & Walker, LLP
1899 L Street NW, Suite 1200
Washington, DC  20036
202-822-8282 (Tel.)
202-296-8834 (Fax)

*Attorneys for Oglala Sioux Tribe*

July 9, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Michael L. Roy*
Michael L. Roy