AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STANDING ROCK SIOUX TRIBE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-1534-JEB |
| U.S. ARMY CORPS OF ENGINEERS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The National Congress of American Indians, The Great Plains Tribal Chairman's Association, The Association on American Indian Affairs, The American Civil Liberties Union, Americans for Indian Opportunity, The Indian Law Resource Center, The Inter Tribal Association of Arizona, Tribal Law and Policy Institute, United South and Eastern Tribes Sovereignty Protection Fund and Fourteen Indian Tribes. (See atachment)

Date:   08/23/2019

/s/ Michael R. Sklaire
*Attorney's signature*

Michael R. Sklaire       Bar No.: 445364
*Printed name and bar number*

1750 Tysons Blvd.
Suite 1000
McLean, VA 22102
*Address*

sklairem@gtlaw.com
*E-mail address*

(703) 749-1300
*Telephone number*

(703) 749-1301
*FAX number*

## TRIBAL NATIONS AMICI

1. Big Valley Band of Pomo Indians of the Big Valley Rancheria
2. Confederated Tribes of the Umatilla Indian Reservation
3. Fort Belknap Indian Community
4. Hoonah Indian Association
5. Miccosukee Tribe of Indians of Florida
6. Nez Perce Tribe
7. Pascua Yaqui Tribe
8. Ramapough Lenape Nation
9. Red Cliff Band of Lake Superior Chippewa Indians
10. Rosebud Sioux Tribe
11. San Carlos Apache Tribe
12. Seneca Nation
13. Swinomish Indian Tribal Community
14. Wampanoag Tribe of Gay Head (Aquinnah)