IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE, ET AL.<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant.<br><br>and<br><br>DAKOTA ACCESS, LLP,<br><br>Intervenor-Defendant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Pursuant to LCvR 83.6(b), the undersigned counsel, Joseph V. Messineo, hereby withdraws his appearance in this matter as *pro hac vice* counsel for Intervenor-Plaintiffs Cheyennne River Sioux Tribe and Steve Vance. I am leaving the firm of Big Fire Law & Policy Group LLP and will no longer be involved in representing the Cheyenne River Sioux Tribe and Steve Vance.

The declaration of Nicole E. Ducheneaux, counsel of record for the Cheyenne River Sioux Tribe and Steve Vance indicating the consent of the Cheyenne River Sioux Tribe and Steve Vance is attached to this notice.

Dated: September 16, 2019

        Respectfully submitted,

        /s/ Joseph V. Messineo
        Joseph V. Messineo, *Pro Hac Vice*
        Big Fire Law & Policy Group LLP
        1404 Fort Crook Road South
        Bellevue, NE 68005
        Telephone: (531) 466-8725
        Facsimile: (531) 466-8792
        Email: jmessineo@bigfirelaw.com

*Counsel for Cheyenne River Sioux Tribe and Steve Vance*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Joseph V. Messineo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE, ET AL.<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant.<br><br>and<br><br>DAKOTA ACCESS, LLP,<br><br>Intervenor-Defendant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br>DECLARATION OF NICOLE E. DUCHENEAUX ON BEHALF OF PLAINTIFF INTERVENORS, CHEYENNE RIVER SIOUX TRIBE AND STEVE VANCE CONSENTING TO WITHDRAWAL OF COUNSEL |

I, Nicole E. Ducheneaux, as lead counsel to Intervenor Plaintiffs Cheyenne River Sioux Tribe and Steve Vance, declare that Intervenor-Plaintiffs hereby consent to the withdrawal of Joseph V. Messineo as *pro hac vice* counsel in the above-captioned matter. Joseph V. Messineo is leaving the law firm of Big Fire Law & Policy Group LLP and will no longer be involved in representing the Cheyenne River Sioux Tribe and Steve Vance.

Dated: September 12, 2019

_____
Nicole E. Ducheneaux, Counsel for the
Cheyenne River Sioux Tribe and
Steve Vance