# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLP,<br><br>Intervenor-Defendant. | Case No. 1:16-cv-1534-JEB<br>[Consolidated with 1:16-cv-1796 and 1:17-cv-267] |

## PLAINTIFFS YANKTON SIOUX TRIBE AND ROBERT FLYING HAWK'S EXPEDITED MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff Yankton Sioux Tribe ("Tribe"), by and through its attorney, and hereby requests an extension of time to submit its reply in support of its motion for summary judgment and response in opposition to Defendants' motions for summary judgment. Counsel for Plaintiff is ill and has been so for the past week. Due to illness and unforeseen and unavoidable circumstances, Plaintiff seeks an additional five (5) calendar days to file its reply in support of its consolidated motion for summary judgment and response in opposition to Defendants' motions for summary judgment, making Plaintiff's filing due November 4, 2019.

Plaintiff's counsel has conferred with counsel for Defendants and counsel for the other Plaintiffs. The Corps does not oppose Yankton's request provided the Corps also receives an extension for its reply to Yankton to November 22, 2019. Dakota Access does not oppose Yankton's request provided it receives an extension to file a consolidated reply brief to November 25, 2019. Plaintiffs Standing Rock Sioux Tribe, Cheyenne River Sioux Tribe, and the Oglala Sioux Tribe do not oppose any of the requests described herein.

Respectfully submitted this 30th day of October, 2019.

YANKTON SIOUX TRIBE, et al.

By: *s/ Jennifer s. Baker*
Jennifer S. Baker, OKBA #21938
(*Pro Hac Vice*)
Jeffrey S. Rasmussen, WA #21121
(*Pro Hac Vice*)
Fredericks Peebles & Patterson LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 673-9600
Facsimile: (303) 673-9155
jbaker@ndnlaw.com
jrasmussen@ndnlaw.com

*s/ Patricia A. Marks*
Patricia A. Marks, DCBA #446702
Fredericks Peebles & Patterson LLP
401 9th Street, N.W., Suite 700
Washington, D.C. 20004
Phone: (202) 450-4887
Facsimile: (202) 450-5106
pmarks@ndnlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2019, a copy of the foregoing was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

_____
Legal Assistant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLP,<br><br>Intervenor-Defendant. | Case No. 1:16-cv-1534-JEB<br>[Consolidated with 1:16-cv-1796 and 1:17-cv-267]<br><br>[PROPOSED]<br>ORDER GRANTING PLAINTIFF YANKTON SIOUX TRIBE'S<br>AND ROBERT FLYING HAWK'S EXPEDITED MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff's Motion for Extension of Time. Having reviewed the parties' pleadings, exhibits, and the entire record of this case, it is hereby ORDERED that Plaintiff Yankton Sioux Tribe's Motion for Extension of Time is hereby GRANTED. *Plaintiff Yankton Sioux Tribe's Opposition to the Cross-Motions and Reply in Support of Summary Judgment Motion* shall be due on or before November 4, 2019. The Corps shall have until November 22, 2019, to file its *Reply to Yankton Sioux Tribe's Motion for Summary Judgement* and Dakota Access shall have until November 25, 2019, to file its *Consolidated Reply to Motions for Summary Judgement*.

IT IS SO ORDERED.

Dated: _____          _____
                                  JAMES E. BOASBERG
                                  United States District Judge


Presented by:

                                  YANKTON SIOUX TRIBE, et al.

                                  *s/ Jennifer S. Baker*
                                  Jennifer S. Baker, OKBA #21938
                                  (*Pro Hac Vice*)
                                  Jeffrey S. Rasmussen, WA #21121
                                  (*Pro Hac Vice*)
                                  Fredericks Peebles & Patterson LLP
                                  1900 Plaza Drive
                                  Louisville, CO 80027
                                  Phone: (303) 673-9600
                                  Facsimile: (303) 673-9155
                                  jbaker@ndnlaw.com
                                  jrasmussen@ndnlaw.com


                                  *s/ Patricia A. Marks*
                                  Fredericks Peebles & Patterson LLP
                                  Patricia A. Marks, DCBA #446702
                                  401 9th Street, N.W., Suite 700
                                  Washington, D.C. 20004
                                  Phone: (202) 450-4887
                                  Facsimile: (202) 450-5106
                                  pmarks@ndnlaw.com

                                  *Attorneys for Plaintiffs*