## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br> and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br> v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendant-Cross Defendant,<br><br> and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br>NOTICE OF CHANGE OF ADDRESS |

TO: THE CLERK OF COURT; and

TO: ALL COUNSEL AND PARTIES OF RECORD

   YOU ARE HEREBY NOTIFIED that the address for Jan E. Hasselman, Stephanie K. Tsosie, and Patti A. Goldman, counsel for Plaintiff Standing Rock Sioux Tribe**,** has changed effective immediately to the following:

**EARTHJUSTICE**
**810 3rd Avenue, Suite 610**
**Seattle, WA 98104**

   The telephone numbers and email addresses will remain the same.

NOTICE OF CHANGE OF ADDRESS
(No. 1:16-cv-1534-JEB) - 1

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

Please ensure that all pleadings and correspondence are directed to the undersigned at the new location, effective immediately.

Respectfully submitted this 7th day of November, 2019.

/s/ Jan E. Hasselman
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCBA # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
pgoldman@earthjustice.org

*Attorneys for Plaintiff*

NOTICE OF CHANGE OF ADDRESS
(No. 1:16-cv-1534-JEB) - 2

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of this filing to the

attorneys of record and all registered participants.


*/s/ Jan E. Hasselman*

Jan E. Hasselman

NOTICE OF CHANGE OF ADDRESS
(No. 1:16-cv-1534-JEB) - 3

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*