# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Plaintiff-Intervenor,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)<br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to LCvR 83.6(b), please withdraw the appearance of Amarveer Brar as counsel for the Federal Defendants in these consolidated cases. Mr. Brar is now an Assistant United States Attorney for the Central District of California and no longer represents Federal Defendants in this case. Federal Defendants will continue to be represented by Matthew Marinelli, Reuben Schifman, and Erica Zilioli of the Environment and Natural Resources Division of the Department of Justice.

- 2 -

Dated: November 14, 2019                Respectfully submitted,

/s/ *Amarveer Brar*
AMARVEER BRAR, CA Bar 309615
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
Federal Building, Suite 7516
300 N. Los Angeles Street
Los Angeles, CA 90012
Tel:  (213) 894-4061
Fax: (213) 894-7819
Amarveer.brar2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Amarveer Brar*