IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>Plaintiff-Intervenor,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**PLAINTIFF STANDING ROCK SIOUX TRIBE'S MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD APPENDIX**

Plaintiff Standing Rock Sioux Tribe respectfully moves for an order extending the deadline for filing the joint appendix required under L.R. 7(n). Under that rule, plaintiff is directed to work with other parties to prepare a shared index of all documents cited in the summary judgment motions within 14 days. Because there are multiple parties filing multiple cross motions, the index of administrative record citations is voluminous. Additionally, some documents are covered by this Court's protective order and may need to be filed under seal.

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

Accordingly, Plaintiff respectfully requests an extension to December 13, 2019, to file the record appendix in this action.

Undersigned counsel has conferred with all counsel and no party has objected to this motion.

Dated: December 5, 2019

Respectfully submitted,

*/s/ Jan E. Hasselman*

Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCBA # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
stsosie@earthjustice.org
pgoldman@earthjustice.org

*Attorneys for Plaintiff*

MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD APPENDIX (No. 1:16-cv-1534-JEB) - 2

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2019, I electronically filed the foregoing *Plaintiff Standing Rock Sioux Tribe's Motion for Extension of Time to File Administrative Record Appendix* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman

MOTION FOR EXTENSION OF TIME TO FILE
ADMINISTRATIVE RECORD APPENDIX
(No. 1:16-cv-1534-JEB) - 3

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE,

Plaintiff,

and

CHEYENNE RIVER SIOUX TRIBE,

Plaintiff-Intervenor,

v.

U.S. ARMY CORPS OF ENGINEERS,

Defendant-Cross Defendant,

and

DAKOTA ACCESS, LLC,

Defendant-Intervenor-Cross Claimant.

Case No. 1:16-cv-1534-JEB
(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)

**[PROPOSED] ORDER GRANTING PLAINTIFF STANDING ROCK SIOUX TRIBE'S MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD APPENDIX**

This matter comes before the Court on Plaintiff Standing Rock Sioux Tribe's Motion for Extension of Time to File Administrative Record Appendix. Having reviewed the parties' pleadings, exhibits, and the entire record of this case, it is hereby ORDERED that *Plaintiff Standing Rock Sioux Tribe's Motion for Extension of Time to File Administrative Record*

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

*Appendix* is hereby GRANTED. The Administrative Record Appendix shall be due on or before December 13, 2019.

IT IS SO ORDERED.

Dated: __________________________

____________________________________________
JAMES E. BOASBERG
United States District Judge

Presented by:

/s/ Jan E. Hasselman
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCBA # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
stsosie@earthjustice.org
pgoldman@earthjustice.org

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD APPENDIX (No. 1:16-cv-1534-JEB) - 2

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2019, I electronically filed the foregoing [PROPOSED] ORDER GRANTING PLAINTIFF STANDING ROCK SIOUX TRIBE'S MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD APPENDIX with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD APPENDIX (No. 1:16-cv-1534-JEB) - 3

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*