IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE,

        Plaintiff,

   and

CHEYENNE RIVER SIOUX TRIBE,

        Plaintiff-Intervenor,

  v.

U.S. ARMY CORPS OF ENGINEERS,

        Defendant-Cross
        Defendant,

   and

DAKOTA ACCESS, LLC,

        Defendant-Intervenor-
        Cross Claimant.

Case No. 1:16-cv-1534-JEB
(and Consolidated Case Nos. 16-cv-1796
and 17-cv-267)

## JOINT APPENDIX OF
## REMAND ADMINISTRATIVE RECORD

JOINT APPENDIX OF
REMAND ADMINISTRATIVE RECORD
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Omaha District (NWO) Memorandum for Record (MFR): Consideration of the Issues Remanded by the U.S. District Court for the District of Columbia related to the Dakota Access Pipeline (DAPL) Crossing at Lake Oahe, North Dakota. | RAR000001-RAR000140 **(SUBJECT TO PROTECTIVE ORDER)** **[FILED UNDER SEAL]** |
| U.S. Army Corps of Engineers (USACE) review and analysis of Tribal documents expressing issues of concerns about the DAPL project. | RAR000141-RAR000280 **[REDACTED]** **(UNREDACTED VERSION SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL)** |
| Email string discussing SRST response to NWO's request for additional remand information, dated 7/23/2018, with attachment. | RAR000330- RAR000421 |
| Email string discussing questions about the PHMSA Reportable Incident Data for Hazardous Liquid and Gas Transmission Pipelines database data. | RAR000426-RAR000428 |
| Email string discussing ETP cleaning up their DAPL submittal, Environmental Justice, and willingness to schedule a conference call to discuss the edits. | RAR000454-RAR000455 |
| Email to YST transmitting a copy of NWO's 8/3/2018 response to YST's 6/5/2018 letter concerning the Spill Model Analysis and a 3/15/2018 spill inspection report, with attachments. | RAR000559-RAR000561 |
| NWO letter in response to YST's 6/5/2018 letter discussing the 5/31/2018 meeting, and their request for a copy of an inspection report for a spill that did not occur on USACE property. | RAR000732-RAR000732 |
| Email string discussing questions about the PHMSA Reportable Incident Data for Hazardous Liquid and Gas Transmission Pipelines database data, with attachments. | RAR000733-RAR000740 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Email transmitting the HDR, Inc.'s rationale for selecting a 1-mile buffer in response to NWD's questions, with attachments. (Excerpts) | RAR000812-RAR000813; RAR000834<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Email transmitting new Remand Study documentation from SRST, dated 7/6/2018, with attachments. (Excerpts) | RAR001070-RAR001074 |
| Email string transmitting YST emergency point of contact information for DAPL related emergencies. (Excerpts) | RAR001163-RAR001165 |
| Email string transmitting a copy of the transcript for 5/29/2018 meeting with CRST, with attachments. (Excerpts) | RAR001173-RAR001212 |
| USACE DAPL Remand "Highly Controversial" Report Compilation. (Excerpts) | RAR001237-RAR001516; RAR001901-RAR001932; RAR001969-RAR002256 |
| Cheyenne River Sioux Tribe (CRST) letter to NWO transmitting a copy of the meeting transcript. | RAR002411-RAR002475 |
| Email string discussing the Environmental Justice, and the preferred and alternate routes, with attachments. | RAR002476-RAR002541<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Email transmitting revised Appendix C – Table 4, with attachment. | RAR002643-RAR002648<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Review of Potential Environmental Effects of Oil Releases on Downstream Receptors, Dakota Access Pipeline Project. | RAR002739-RAR002867<br><br>**[REDACTED]**<br><br>**(UNREDACTED VERSION SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL)** |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Email transmitting final consultation notes for 5/31/2018 meeting with YST, and 6/1/2018 meeting with OST. | RAR003034-RAR003044 |
| Email discussing meeting with ETP next week to complete the review of the Remand document. | RAR003047-RAR003047 |
| Email transmitting final consultation notes and agenda for 3/26/2018 meeting with SRST, and 5/22/2018 meeting with SRST, and 5/29/2018 meeting with CRST. (Excerpts) | RAR003056-RAR003061 |
| Email transmitting a copy of the meeting agendas for the 5/29/2018 meeting with CRST, 5/31/2018 meeting with YST, and the 6/1/2018 meeting with OST, with attachments. | RAR003093-RAR003096 |
| Email transmitting the final SRST 5/22/2018 consultation meeting notes. | RAR003100-RAR003106 |
| Email string confirming OST's emergency point of contact for DAPL issues. | RAR003107-RAR003109 |
| YST letter to NWO follow-up on the Preliminary Information Session and their request for a copy of the spill model data. | RAR003115-RAR003115 |
| Email string discussing ETP's response to SRST's request to conduct a site visit at the valve locations, and expected response to CRST's request. | RAR003119-RAR003120 |
| Presentation and hard copy documents provided by OST to NWO during the 6/1/2018 meeting. (Excerpts) | RAR003123-RAR003132; RAR003137-RAR003138; RAR003142; RAR003152-RAR003156 |
| Agenda: Oglala Sioux Tribe Meeting with United States Army Corps of Engineers, June 1, 2018 – 9:00AM – 1:00PM (MDT) | RAR003172-RAR003172 |
| Meeting Notes: Oglala Sioux Tribe Consultation Meeting, June 1, 2018, 9:00 am. | RAR003173-RAR003177 |
| Agenda: Yankton Sioux Tribe DAPL Preliminary Information Session Agenda, May 31, 2018, 9:00 am – 1:00 pm | RAR003190-RAR003190 |

JOINT APPENDIX OF
REMAND ADMINISTRATIVE RECORD
(No. 1:16-cv-1534-JEB) - 3

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Meeting Notes: Yankton Sioux Tribe Consultation Meeting, May 31, 2018, 9:00 am. | RAR003191-RAR003195 |
| Email string discussing YST's fax requesting confirmation that the 5/31/2018 meeting is not a consultation meeting. | RAR003199-RAR003199 |
| Email string transmitting's the scanned copy of YST's fax requesting confirmation that the 5/31/2018 meeting is not a consultation meeting. | RAR003202-RAR003204 |
| YST letter to NWO requesting confirmation that the 5/31/2018 is not a consultation meeting, it is a preliminary informational session. | RAR003205-RAR003206 |
| NWO letter in response to YST's 5/30/2018 regarding the meeting scheduled for 5/31/2018 | RAR003207-RAR003207 |
| Transcript: Meeting between Cheyenne River Sioux Tribe and U.S. Army Corps of Engineers, Green Grass, South Dakota on May 29, 2018. | RAR003214-RAR003277 |
| Meeting Notes: Cheyenne River Sioux Tribe Consultation Meeting, May 29, 2018, 9:00 am. | RAR003278-RAR003284 |
| Agenda: Meeting between Cheyenne River Sioux Tribe and U.S. Army Corps of Engineers, May 29, 2018. | RAR003285-RAR003285 |
| Email transmitting SRST's letter following up on the 5/22/2018 meeting concerning SRST's emergency response plan, request for the spill model data, Environmental Justice, and mitigation, with attachment. | RAR003286-RAR003289 |
| Meeting notes: Standing Rock Sioux Tribe Consultation Meeting, May 22, 2018, 10:00 am | RAR003297-RAR003302 |
| Email advising NWO that YST will be observing the meeting 5/22/2018 with SRST, and transmitting the Tribe's consultation protocols, with attachment. | RAR003303-RAR003309 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Email string discussing the draft response to SRST's questions, with attachment. | RAR003314-RAR003330 <br><br> **[REDACTED]** <br><br> **(UNREDACTED VERSION SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL)** |
| Email requesting to talk in response to SRST's 5/16/2018 letter requesting a site visit to ETP's Emergency Flow Restriction (EFRD) or the Pipeline Emergency Isolation Valves (EIV) locations, with attachment. | RAR003331-RAR003332 |
| SRST letter to NWO discussing SRST's request to perform a site visit of the Emergency Flow Restriction Devices (EFRD) or Pipeline Emergency Isolation Valves (EIV) and equipment with the USACE and ETP. | RAR003338-RAR003338 |
| Email string discussing the draft agenda for the 5/22/2018 meeting with SRST, and additional discussion topics such as the DAPL audit, Risk Assessment and the DAPL O&M manual. | RAR003342-RAR003344 |
| Email providing an update on status of contacts made with CRST. | RAR003353-RAR003353 |
| Email requesting additional information to schedule the 5/30/2018 meeting with CRST. | RAR003354-RAR003354 |
| Email requesting to talk about the meeting scheduled with CRST | RAR003358-RAR003358 |
| Email requesting a phone call from CRST to discuss the 5/30/2018 meeting CRST. | RAR003359-RAR003359 |
| Email transmitting supplemental information received from CRST, OST, and YST, with attachments. (Excerpt) | RAR003384 |
| Email transmitting CRST's 4/20/2018 response to NWO's 9/25/2018 letter requesting additional information, with attachment. | RAR003419-RAR003422 |
| Email transmitting CRST's 4/20/2018 response to NWO's 9/25/2018 letter requesting additional information, with attachment. | RAR003423-RAR003426 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
| --- | --- |
| **DESCRIPTION** | **PAGE NOS.** |
| Email transmitting OST's cover letter and the Preliminary Evaluation of DAPL response plans by their expert, with attachments. | RAR003427-RAR003437 |
| YST letter to NWO discussing Kip Spotted Eagle's affidavit, request for a two-week extension, and an invitation to a pre-consultation meeting on 5/31/2018, with attachments. | RAR003449-RAR003458 |
| CRST letter to NWO's 9/25/2017 request for additional information related to the remand, and concerns related to NWO's questions. | RAR003459-RAR003698 |
| Email string transmitting the SRST Environmental Justice document, Saha-Mohai DAPL EJ Analysis, with attachments. | RAR003801-RAR003837 |
| Email string transmitting information handed out at the 3/26/2018 meeting with SRST, with attachment. | RAR004110-RAR004125 |
| Email transmitting the final SRST 3/26/2018 consultation meeting notes, with attachment. | RAR004128-RAR004133 |
| Email string scheduling a meeting with CRST for 5/30/2018. | RAR004135-RAR004135 |
| Email requesting assistance with scheduling a meeting with CRST between 5/29/2018 to 5/31/2018. | RAR004137-RAR004137 |
| Email string discussing the transmission of the Sunoco Logistics DOT 195 Maintenance Manual, with attachment. (Excerpts) | RAR004499-RAR004500<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Email requesting a call to discussing scheduling a meeting with CRST between 5/29/2018 through 5/31/2018. | RAR004902-RAR004902 |
| Email transmitting NWO's 3/30/2018 letter to OST discussing USACE's request for additional information related to the DAPL remand, with attachment. | RAR004910-RAR004911 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| NWO letter to OST discussing NWO's 9/25/2017 request for additional information to be included in the remand analysis. | RAR005800 |
| NWO letter to CRST discussing NWO's 9/25/2017 request for additional information to be included in the remand analysis. | RAR005801-RAR005801 |
| NWO letter to YST discussing NWO's 9/25/2017 request for additional information to be included in the remand analysis. | RAR005802-RAR005802 |
| NWO letter to SRST discussing NWO's 9/25/2017 request for additional information to be included in the remand analysis. | RAR005803-RAR005803 |
| Email string transmitting meeting notes from the 3/26/2018 meeting with SRST, with attachment | RAR005819-RAR005822 |
| Summary of DAPL Issues Meeting with USACE (Excerpt) | RAR005827-RAR005828 |
| Email string transmitting additional information submitted by SRST to supplement their 2/21/2018 submission. (Excerpt) | RAR005855-RAR005856 |
| NWO letter to YST in response to YST's letters dated 1/30/2018 and 3/7/2018 discussing the remand analysis and setting up a meeting. | RAR005892 |
| NWO letter to SRST transmitting a CD with the Geographic Response Plan and the 3/7/2018 meeting. | RAR005893 |
| NWO letter to CRST transmitting a CD with the Geographic Response Plan and the 3/7/2018 meeting. | RAR005894 |
| Email string discussing the amount of time needed for the meeting between SRST and NWO. | RAR006373-RAR006373 |
| Email string discussing the DAPL Remand, the Facility Response Plan (FRP), Geographic Response Plan (GRP), and the Risk Analysis. | RAR006374-RAR006380 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
| --- | --- |
| **DESCRIPTION** | **PAGE NOS.** |
| Email string discussing the SRST's 3/6/2018 letter transmitting the Tribal Council Resolution 080-18 concerning the emergency planning and response meeting, with attachment. | RAR006385-RAR006396 |
| Email string transmitting YST's 3/7/2018 letter that was faxed to NWO discussing NWO's request for additional information and the protocols for consultation, with attachment. | RAR006400-RAR006402 |
| Email transmitting CRST's 3/7/2018 letter to ETP concerning the Emergency Response Plan, with attachment. | RAR006403-RAR006405 |
| YST letter mailed to NWO in response to an undated letter requesting information for the remand analysis, request to initiate consultation in accordance with Ihanktonwan Consultation Wo'ope. | RAR006412-RAR006418 |
| SRST letter to Energy Transfer Partners, L.P. (ETP) transmitting SRST Council Resolution No. 080-18, and a request for a meeting between ETP and SRST. | RAR006421-RAR006430 |
| CRST letter to ETP inviting ETP to meet with the CRST on 3/7/2018, as well as requests a list of all information that is relevant to the meeting, release this information as soon as possible, and to schedule a meeting two weeks after releasing the information. | RAR006431-RAR006432 |
| Email string transmitting the scanned copy of SRST's letter dated 2/21/2018 to NWO, with attachment. | RAR006433-RAR006435 |
| NWO letter to SRST discussing the spill model, cathodic protection, and transmitting documents requested by SRST on 12/18/2017, with attachment. | RAR006436-RAR006564 **[REDACTED]** **(UNREDACTED VERSION SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL)** |
| Email string discussing the scheduling for the emergency planning meeting between ETP, SRST and NWO. | RAR006565-RAR006577 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Email string discussing state of emergency declared in Montana, DAPL's response plan, and EPA's Mid-Missouri River Sub-Area Contingency Plan (SCAP). | RAR006578-RAR006580 |
| Email string discussing the proposed response to the Tribes, and the 2/28/2018 letter SRST sent to ETP discussing the emergency planning and response meeting, with attachment. | RAR006581-RAR006587 |
| SRST letter to ETP requesting a meeting to discuss the emergency response planning for the DAPL project, ETP's request to enter the Reservation. | RAR006588-RAR006589 |
| Email transmitting NWO's 2/23/2018 letter in response to SRST's 12/18/2017 letter transmitting the a copy of the requested of the draft Geographic Response Plan (GRP) and the list of Oahe Project Irrigation/Municipal Easements, with attachment (The GRP and easement list are provided with the letter mailed to SRST). | RAR006593-RAR006595 |
| Email transmitting NWO's 2/23/2018 letter in response to OST's 12/20/2017 letter transmitting a copy of the letter, with enclosures, sent to SRST (The SRST letter, GRP and easement list are provided with the letter mailed to OST). | RAR006596-RAR006598 |
| Email transmitting NWO's 2/23/2018 letter in response to CRST's 1/30/2018 letter transmitting a copy of the letter, with enclosures, Geographic Response Plan (GRP), and list of Oahe Project Irrigation/Municipal Easements, with attachment. (The SRST letter, GRP and easement list are provided with the letter mailed to CRST). | RAR006599-RAR006601 |
| Email transmitting NWO's 2/23/2018 letter in response to SRST's 12/18/2017 letter transmitting the a copy of the requested of the draft Geographic Response Plan (GRP) and the list of Oahe Project Irrigation/Municipal Easements, with attachment (The GRP and easement list are provided with the letter mailed to SRST). | RAR006604-RAR006606 |

JOINT APPENDIX OF
REMAND ADMINISTRATIVE RECORD
(No. 1:16-cv-1534-JEB) - 9

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| DA's Geographical Response Plan Missouri River/Lake Oahe Emmons County, North Dakota February 2018. | RAR006811; RAR006836 **(SUBJECT TO PROTECTIVE ORDER)** **[FILED UNDER SEAL]** |
| NWO letter to OST in response to OST's 12/20/2017 letter discussing the remand analysis, NWO's 9/25/2017 request for additional information, and transmitting a copy of NWO's response to SRST, with attachment. (Excerpt) | RAR006890-RAR006893 **(SUBJECT TO PROTECTIVE ORDER)** **[FILED UNDER SEAL]** |
| NWO letter to CRST in response to CRST's 1/30/2018 letter discussing the remand analysis, NWO's 9/25/2017 request for additional information, and transmitting a copy of NWO's response to SRST, with attachment. | RAR007132-RAR007376 **(SUBJECT TO PROTECTIVE ORDER)** **[FILED UNDER SEAL]** |
| Email discussing the Facility Response Plan (FRP) and transmitting the Material Safety Data Sheet (MSDS) for Bakken Crude Oil, with attachment. | RAR007377-RAR007382 |
| SRST letter to NWO transmitting the report, *Impacts of an Oil Spill from the Dakota Access Pipeline on the Standing Rock Sioux Tribe*. Letter discusses SRST's request for a consultation meeting with NWO, with attachment. | RAR007449-RAR007450 |
| Impacts of an Oil Spill from the Dakota Access Pipeline on the Standing Rock Sioux Tribe (SRST), Report. | RAR007451-RAR007554 |
| Impacts of an Oil Spill from the Dakota Access Pipeline on the Standing Rock Sioux Tribe (SRST), Appendix. | RAR007555-RAR007774 |
| Email transmitting the DAPL Remand Package to Counsel for review, with attachments, DAPL Remand Package (Evaluation of Hydrocarbon Releases into Lake Oahe using OILMAPL and SIMAP Trajectory, Fate, and Effects Modeling for the Dakota Access Pipeline). | RAR007775; RAR007986; RAR008065-RAR008400 **(SUBJECT TO PROTECTIVE ORDER)** **[FILED UNDER SEAL]** |
| List of Oahe project irrigation/municipal easements, Location - South of Cannonball River. | RAR008401-RAR008402 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
| --- | --- |
| **DESCRIPTION** | **PAGE NOS.** |
| Email discussing the requirement for a non-disclosure agreement to provide the confidential information to the Tribe. | RAR008403-RAR008403 |
| Email transmitting the final ProjNet review comments for the DAPL Remand, with attachment. | RAR008406-RAR008430 |
| Email string discussing the 2/8/2018 emergency planning meeting between SRST, CRST, ETP and NWO. (Excerpt) | RAR008453-RAR008454 |
| DAPL Remand ProjNet Comments | RAR008455-RAR008478 |
| Draft Review of Potential Environmental Effects of Oil Releases on Downstream Receptors, Dakota Access Pipeline Project, with edits. | RAR008489-RAR008607 **(SUBJECT TO PROTECTIVE ORDER]** **[FILED UNDER SEAL]** |
| Email transmitting 2/7/2018, and the 2/8/2018 letters from SRST and CRST to ETP at the meeting requesting additional information and scheduling another meeting, with attachments. | RAR008727-RAR008734 |
| Final Evaluation of Hydrocarbon Releases into Lake Oahe using OILMAPLand and SIMAP Trajectory, Fate, and Effects Modeling for the Dakota Access Pipeline. | RAR008743-RAR008964 **[REDACTED]** **(UNREDACTED VERSION SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL)** |
| Email string discussing the emergency response planning meeting scheduled for 2/8/2018, logistics, invitation to the Reservation, and schedule a meeting with the Tribe. | RAR009082-RAR009090 |
| SRST letter to ETP identifying their representatives authorized to speak on the Tribe's behalf, discussing the consultation process with the Tribe, and request for information. | RAR009096-RAR009099 |
| Dakota Access Pipeline Meeting Minutes for the 2/8/2018 meeting. | RAR009101- RAR009103 |
| CRST letter to ETP inviting ETP to meet with the CRST on 2/8/2018, as well as requests a copy of the FRP and ETP/Sunoco's oil spill responses. | RAR009127-RAR009127 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| CRST letter to ETP inviting ETP to meet with the CRST to discuss the emergency response planning. | RAR009128-RAR009129 |
| Downstream Receptor ProjNet tracker comments. | RAR009502-RAR009504 **(SUBJECT TO PROTECTIVE ORDER)** **[FILED UNDER SEAL]** |
| Email string transmitting screenshots of data discussing oil spills along the Bakken System involving DAPL and Energy Transfer, with attachments. | RAR009526-RAR009528 |
| Spill Model Report ProjNet tracker comments. | RAR009537-RAR009539 **(SUBJECT TO PROTECTIVE ORDER)** **[FILED UNDER SEAL]** |
| Email transmitting the draft Remand Package for review, and comments about the Appendix, with attachments. (Excerpts) | RAR010097; RAR010165 **(SUBJECT TO PROTECTIVE ORDER)** **[FILED UNDER SEAL]** |
| Technical Analysis of Remand Items regarding DAPL Crossing at Lake Oahe, North Dakota | RAR010203-RAR010240 **(SUBJECT TO PROTECTIVE ORDER)** **[FILED UNDER SEAL]** |
| Email string transmitting the scanned copy of YST's 1/30/2018 letter to NWO in response to NWO's 10/20/2017 letter regarding the DAPL remand. | RAR010307-RAR010314 |
| Email string inviting ETP to SRST to discuss the emergency planning meeting, requested information, scheduling a meeting between ETP, SRST, and USACE, with attachment. | RAR010315-RAR010322 |
| YST letter to NWO in response to NWO's letter dated 10/20/2017 requesting additional information, and including the Tribal consultation protocols, with attachment. | RAR010343-RAR010349 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| CRST letter to NWO in response to NWO's 12/18/2017 discussing the CRST's timeline to provide the additional information and their request for the DAPL spill model information. | RAR010350-RAR010351 |
| Email providing an update on the schedule of actions related to the DAPL Remand | RAR010353-RAR010353 |
| Email string discussing CEQ regulations and the highly controversial section of the DAPL Remand | RAR010354-RAR010355 |
| OST's 12/20/2017 letter in response to NWO's request for additional information. | RAR010900-RAR010911 |
| Email string transmitting OST's 12/20/2017 letter in response to NWO's request for additional information, 9/25/2016 letter to the President of the United States, and 1/7/2017 letter requesting government-to-government consultation, with attachments. | RAR010912-RAR010924 |
| Email discussing the roles and responsibilities for everyone involved with the Remand review. | RAR010950-RAR010950 |
| Email transmitting the draft Downstream Receptor Report, with attachment. | RAR010951-RAR011058 **(SUBJECT TO PROTECTIVE ORDER)** [FILED UNDER SEAL] |
| Email transmitting SRST 1/4/2018 letter to NWO discussing the government-to-government consultation requirements for the remand study, with attachment | RAR011224-RAR011228 |
| Email string discussing the scheduling, agenda, attendance for scheduling an emergency planning meeting about the oil-spill response plan. | RAR011229-RAR011237 |
| SRST letter to NWO discussing NWO's obligation to consult on the remand study. | RAR011246-RAR011248 |
| SRST letter to ETP concurring with scheduling a meeting in February to discuss the FRP, ERAP, and GRP response plans for DAPL.  SRST requests to review the FRP and its data. | RAR011249-RAR011250 |

JOINT APPENDIX OF
REMAND ADMINISTRATIVE RECORD
(No. 1:16-cv-1534-JEB) - 13

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Email string discussing scheduling a meeting about the emergency response plan, as well as earlier communications about the meeting, with attachments. | RAR011252-RAR011256 |
| Email string transmitting the scanned copy of SRST's letter in response to NWO's 11/27/2017 letter concerning the process, scope and the timing of the remand, with attachment. | RAR011257-RAR011260 |
| Email string discussing the receipt and downloading of the Risk Assessment files from AMRDEC. | RAR011445-RAR011446 **(SUBJECT TO PROTECTIVE ORDER)** [FILED UNDER SEAL] |
| OST response to NWO's letters dated 9/25/2017 and 11/27/2017 discussing the consultation obligations, and remand analysis concerning associated with the EA, water quality, and environmental justice. (Excerpt) | RAR011555-RAR011566 |
| Email discussing the technical review of the environmental documentation and the Spill Model report. | RAR011604-RAR011604 |
| Email notification that the draft Environmental Justice Discussion has been uploaded to the USACE FTP site. | RAR011605 |
| Email string transmitting the scanned copy of YST's 12/12/2017 letter to NWO discussing the DAPL remand, with attachment. | RAR011950-RAR011952 |
| Email string discussing the status of uploading the DAPL Supplemental Response, DAPL Comment Response Tables, and DAPL Supplemental Figures to the USACE FTP site. | RAR011955-RAR011957 |
| SRST letter to NWO discussing National Environmental Protection Act (NEPA) requirements with respect to the Treaty right to hunt and fish, consultation process, and a request for additional information concerning the remand. | RAR011958-RAR011960 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS ||
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| CRST response to NWO's 11/27/2017 letter discussing the timeline for submitting the requested information, and the request to review the DAPL spill modeling data. | RAR011961-RAR011962 |
| YST response to NWO's 11/27/2017 letter expressing their intent to participate in the government-to-government consultation in the remand process. | RAR011979-RAR011980 |
| Email transmitting NWO's 11/27/2017 to CRST requesting additional information concerning the DAPL Remand, with attachment. | RAR011995-RAR011996 |
| Email transmitting NWO's 11/27/2017 to SRST requesting additional information concerning the DAPL Remand, with attachment. | RAR011997-RAR011998 |
| NWO response to OST's 10/24/2017 letter discussing NWO's request for additional information concerning the DAPL remand. | RAR011999-RAR011999 |
| NWO response to YST's 9/29/2017 letter discussing NWO's request for additional information concerning the DAPL remand. | RAR012001-RAR012001 |
| Email string transmitting comments on the oil spill modeling, and scheduling/rescheduling the spill modeling presentation, with attachment. | RAR012006-RAR012012 |
| Email transmitting the SXL - Integrity Management Plan Pipeline and supporting documents. (Excerpt) | RAR012015<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Email string discussing "assumptions" requiring review prior to the oil spill modeling presentation. | RAR012241-RAR012250<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Email scheduling meeting to discuss the comments as a result of a review of the technical documents. | RAR012252-RAR012252 |
| Email scheduling meeting to review the draft responses to the tribal technical reports. | RAR012253-RAR012253 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Agenda DAPL Remand Discussion, 11/9/2017 meeting. | RAR012254-RAR012254 |
| Email transmitting OST's 10/24/2017 letter in response to NWO's 9/25/2017 letter, and documenting the phone call with Jennifer Hughes, with attachment. (Excerpt) | RAR012271-RAR012272 |
| Email string transmitting CRST's 10/24/2017 letter in response to NWO's 9/25/2017 letter requesting additional information, with attachment. | RAR012273-RAR012281 |
| CRST letter to NWO discussing their proposed timeline for submitting the requested information, and CRST's request for Dakota Access, LLC's spill modeling data. | RAR012292-RAR012297 |
| Email string discussing the corrected letter sent to YST requesting additional information concerning the DAPL Remand, with attachment. | RAR013039-RAR013041 |
| Email string transmitting the scanned copy of Fredericks Peebles & Morgan 9/26/2017 letter, sent on behalf of YST, to the U.S. Department of Justice (DOJ) concerning correspondence sent between NWO and YST, with attachment. | RAR013256-RAR013257<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Email discussing ERDC's review of the SIMAP modeling data, and funding. | RAR013270-RAR013272 |
| SRST letter to NWO in response to NWO's letter dated 9/25/2017 requesting information from SRST. | RAR013275-RAR013277 |
| Letter from Tribal Chairman Dave Archambault II to Corps (June 29, 2017) | RAR013278-RAR013283 |
| Email transmitting corrected letter to YST requesting additional information concerning the DAPL Remand, with attachment. | RAR013304-RAR013306 |
| YST letter to NWO in response to NWO's letter dated 9/25/2017 requesting information from YST, with attachment. | RAR013307-RAR013316 |
| Email providing notice on calls made to both YST and OST to confirm receipt of the letter. | RAR013317-RAR013317 |

JOINT APPENDIX OF
REMAND ADMINISTRATIVE RECORD
(No. 1:16-cv-1534-JEB) - 16

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS ||
| :-- | :-- |
| **DESCRIPTION** | **PAGE NOS.** |
| Email transmitting NWO's letter to YST requesting additional information concerning the DAPL Remand, with attachment. | RAR013318-RAR013320 |
| NWO letter to YST requesting information and supporting documentation from YST about issues remanded to the USACE for further review. | RAR013323- RAR013324 |
| NWO letter to SRST requesting information and supporting documentation from SRST about issues remanded to the USACE for further review. | RAR013325-RAR013327 |
| NWO letter to OST requesting information and supporting documentation from OST about issues remanded to the USACE for further review. | RAR013328- RAR013329 |
| NWO letter to CRST requesting information and supporting documentation from CRST about issues remanded to the USACE for further review. | RAR013330-RAR013332 |
| DAPL Meeting Notes Final - August 24 Request for Information Letter. | RAR013360-RAR013363 |
| Agenda DAPL Remand Discussion, 9/13/2017 meeting | RAR013365-RAR013365 |
| Office of the Assistant Secretary of the Army for Civil Works OASA(CW) response to CRST's 8/15/2017 letter discussing the initiation of Tribal consultation. | RAR013366-RAR013366 |
| SRST letter to NWO requesting information about the remand process order arising from the litigation, with attachment. | RAR013367-RAR013378 |
| NWO letter to ETP requesting information and supporting documentation from ETP about the issues remanded to the USACE for further review. | RAR013605-RAR013607 |
| Email string transmitting the scanned copy of CRST's 8/15/2017 letter to the Acting ASA and Acting ASA(CW) discussing the Tribal Consultation Policy and request for consultation, with attachment. | RAR013608-RAR013611 |
| *Characterization of chemical fingerprints of unconventional Bakken crude oil*, Environmental Pollution 230 (2017) 609-620 | RAR013687-RAR013698 |

JOINT APPENDIX OF
REMAND ADMINISTRATIVE RECORD
(No. 1:16-cv-1534-JEB) - 17

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Email string transmitting the scanned copy of the CRST's 7/7/2017 letter to NWO request for cooperating agency status, with attachment. | RAR013699-RAR013706 |
| CRST letter to the Acting ASA(CW) and NWO requesting cooperating agency status, with attachment. (Excerpts) | RAR013709; RAR013726-RAR013729; RAR013827; RAR013923 |
| DODI 4710.01, attachments, and Corps' Tribal Consultation Policy. | RAR013975-RAR013990 |
| Dakota Access Pipeline Project - Threat Assessment Report, Missouri River and Lake Oahe HDD Crossings. | RAR014861-RAR014864; RAR014869; RAR014882; RAR014888; RAR014894; RAR014909<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Dakota Access Pipeline Project - North Dakota Lake Oahe Crossing Spill Model Discussion | RAR014959-RAR014987<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Promising Practices of EJ Methodologies in NEPA Review | RAR015019-RAR015074 |
| The Pipeline and Hazardous Materials Safety Administration (PHMSA) Rail Safety Alert concerning the transportation of Bakken crude oil. | RAR016018-RAR016019 |
| Environmental Justice: Guidance Under the National Environmental Policy Act | RAR016187-RAR016226 |
| Cheyenne River Sioux Tribe's Preliminary Informational Paper Concerning Dakota Access LLC's Request for an Easement to Cross Lake Oahe, North Dakota, Pursuant to 30 U.S.C. § 185, Attachment 10 - Examining the Potential Adverse Impacts of the Dakota Pipeline Crossings to the Water Quality at the Cheyenne River Sioux Tribe Water Intake in the Missouri River, Undated. (Excerpts) | RAR016679; RAR016685-RAR016686 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Emergency Response Action Plan (ERAP) and Facility Response Plan (FRP), Dakota Access Pipeline, North Response Zone, Version 1.0<br><br>(Excerpts) | RAR016798-RAR016800;<br>RAR016804-RAR016809;<br>RAR016817-RAR016818<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Email string regarding YST Consultation Protocols and Photography Permit between Thomas Tracy and Jennifer Baker (4/20/18-8/27/18), with attachment. | RAR017092-RAR017100 |
| DAPL Gathering System, DAPL Mainline and ETCOP Oil Pipeline Surge Analysis, Final Report. | RAR017286-RAR017331 |
| Predicting the Effect of Hydrocarbon and Hydrocarbon-Impacted Soil on Groundwater. | RAR018459-RAR018472 |
| Kerr, et al. "Polyarqmatic Hydrocarbon Content in Crude Oils Around the World" | RAR018485-RAR018494 |
| MFR Re MVR Alteration #2016-896, DAPL Summary of Findings (Excerpt) | USACE_DAPL0000053 |
| Notes from 2-18-16 & 2-19-16 Tribal Meeting in Niobrara, NE. | USACE_DAPL0004777-0004778 |
| Letter from Nelson (ACHP) to Henderson re: ACHP Section 106 concerns. | USACE_DAPL0004936-0004937 |
| Spreadsheet: DAPL Tribal Consultation Administrative Record. (Excerpts) | USACE_DAPL0005628;<br>USACE_DAPL0005634 |
| Letter from Nelson to Henderson re: Section 106 Consultation | USACE_DAPL0005649-0005652 |
| Letter from Nelson (ACHP) to Bostick re: premature effects findings. (Excerpt) | USACE_DAPL0005716-0005717 |
| Letter from Strobel, EPA Region 8, to Cossette re: EPA Request for 2nd Draft EA and Public Comment period. (Excerpt) | USACE_DAPL0005747 |
| Letter from Roberts, DOI, to Cossette re: request for EIS. | USACE_DAPL0005750-0005751 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Signed Mitigated Finding of No Significant Impact (FONSI) for the DAPL Project - Section 408 Crossings of Federal Projects and Flowage Easements, Pike, Morgan, Scott, and Fayette Counties, Illinois. | USACE_DAPL0013680-0013697 |
| Letter subj:  Response to comments received on Draft EA | USACE_DAPL0064058-0064061 |
| Letter subj:  Yankton Sioux finalizing its Consultation Protocols | USACE_DAPL0064074-0064074 |
| Email subj:  YST Meeting - "pre-consultation" | USACE_DAPL0064213-0064213 |
| CRST Letter to Corps regarding submission of concerns and comments to proposed DAPL project. | USACE_DAPL0064221-0064224 |
| Agenda for Pre-Consultation Meeting with Army COE | USACE_DAPL0064234-0064235 |
| Letter subj:  Written objection to NHPA Findings - DAPL | USACE_DAPL0064246-0064252 |
| Letter subj:  Confirm government to government request for consultation meeting | USACE_DAPL0064260-0064260 |
| Letter subj:  Written objection to NHPA Findings - DAPL | USACE_DAPL0064262-0064264 |
| Letter subj:  Confirming the Corps' position that it is considering each linear crossing to be a single and complete undertaking for purposes of the NWP verification. | USACE_DAPL0064266-0064268 |
| Letter subj:  Response to 4/29/2016 letter | USACE_DAPL0064286-0064286 |
| Letter subj:  Acknowledging Request for government to government consultation | USACE_DAPL0064293-0064294 |
| Email subj:  DAPL Consultation with Yankton Sioux Tribe | USACE_DAPL0064320-0064323 |
| Letter subj:  Third Written Request for Consultation | USACE_DAPL0064400-0064402 |
| Letter to Corps advising the Corps that Mr. Hasselman represents the SRST in potential litigation concerning DAPL (Excerpts) | USACE_DAPL0064441-0064449; USACE_DAPL0065385-0065389 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Letter subj:  Advising the Corps that Mr. Hasselman represents the SRST in potential litigation concerning DAPL (Excerpt) | USACE_DAPL0065394-0065396 |
| Email subj:  YST THPO and meeting | USACE_DAPL0065413-0065415 |
| Letter subj:  DAPL Determination letter | USACE_DAPL0065416-0065428 |
| Letter subj:  DAPL Request for consultation and Environmental Impact Statement | USACE_DAPL0065507-0065513 |
| List of Tribes who have RSVP on having another meeting with Corps Atch. | USACE_DAPL0066086-0066086 |
| Appendix I Cultural Resources Report – Confidential (Excerpts) | USACE_DAPL0066105; USACE_DAPL0066124; USACE_DAPL0066138-0066139 <br><br>**(SUBJECT TO PROTECTIVE ORDER)** <br><br>**[FILED UNDER SEAL]** |
| Letter subj:  Supplemental comments of the Standing Rock Sioux Tribe on DAPL | USACE_DAPL0066166; USACE_DAPL0066183-0066187 |
| Email subj: AAR DAPL Oahe Crossing Ex. 32 | USACE_DAPL0066222-0066223 |
| Letter subj:  Confirm government to government request on DAPL | USACE_DAPL0066279-0066279 |
| Email subj: AAR DAPL Oahe Crossing w/atch | USACE_DAPL0066293-0066297 |
| Letter subj:  PCN Survey for DAPL | USACE_DAPL0066335-0066335 |
| Meeting Notes:  Matt McCullor, Martha Chieply, Joel Ames, Brent Cossette. | USACE_DAPL0066415-0066419 |
| Transcript of DAPL Meeting at Sheraton, Sioux Falls, South Dakota (Excerpt) | USACE_DAPL0066575-0066577 |
| Memo to Cheyenne River Agency | USACE_DAPL0066801-0066806 |
| List of Attendees at DAPL Tribal Consultation Meeting in Sioux Falls, SD. | USACE_DAPL0066810-0066810 |
| Letter subj:  Purpose of this letter is to notify you of a NHPA Section 106 consultation meeting that will be taking place Dec. 8 and 9 in Sioux Falls, SD. | USACE_DAPL0066822-0066823 |
| DAPL Tribal Follow-up letter list of addressees. | USACE_DAPL0066824-0066825 |

JOINT APPENDIX OF
REMAND ADMINISTRATIVE RECORD
(No. 1:16-cv-1534-JEB) - 21

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Letter subj: DAPL Crossing PA | USACE_DAPL0067004-0067012 |
| Letter subj: The SRST THPO office is interested in participating in consultation on the proposed DAPL pipeline. | USACE_DAPL0067021-0067034 |
| Letter subj: Unresolved issues regarding the soil bore testing by DAPL | USACE_DAPL0067074-0067075 |
| Email subj: DAPL Test Bores defers to Cheyenne and Stand Rock Tribes | USACE_DAPL0067125-0067125 |
| DAPL Geotech PA Info letter | USACE_DAPL0067130-0067136 |
| Final Programmatic Agreement for the Operation & Management of the Missouri River Mainstem System | USACE_DAPL0067201-0067242 |
| Memorandum for Record: Documenting Nationwide Permit/Regional General Permit Verification, Application NWO-2014-1809-PIE | USACE_DAPL0067368-0067381 |
| Letter: Response to June 2, 2016 letter (with enclosure) | USACE_DAPL0067392-0067404 |
| Email Attachment: July 15, 2016 letter regarding continued work on consultation protocols | USACE_DAPL0067484-0067484 |
| Letter: Follow-up from pre-consultation meeting | USACE_DAPL0067621-0067621 |
| Letter: Request for Consultation and Environmental Impact Statement | USACE_DAPL0068344-0068350 |
| Email Attachment: January 25, 2016 DAPL Public Meeting Court Reporter Transcripts. (Excerpts) | USACE_DAPL0068918; USACE_DAPL0068951-0068954; USACE_DAPL0069023-0069031 |
| Email: DAPL tribal coordination | USACE_DAPL0069064-0069072 |
| Letter: Comments on Draft Environmental Assessment | USACE_DAPL0069152-0069169 |
| Letter from Corps to OST dated September 3, 2015 regarding consultation. | USACE_DAPL0069606-0069608 |
| Letter from Corps to YST dated September 3, 2015 regarding consultation. | USACE_DAPL0069702-0069704 |
| Letter from Corps to SRST dated September 3, 2015 regarding consultation. | USACE_DAPL0069755-0069757 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Letter from Corps to CRST dated September 3, 2015 regarding consultation. (Excerpt) | USACE_DAPL0069758-0069760 |
| Presentation: Energy Transfer Dakota Access Pipeline Project | USACE_DAPL0071137-0071149 |
| Environmental Assessment: Mitigated Finding of No Significant Impact. | USACE_DAPL0071174-0071179 |
| Environmental Assessment: Final Section 408 Environmental Assessment. | USACE_DAPL0071220-0071382 |
| Environmental Assessment: Appendix K Notice of Availability of Draft EA for Comment | USACE_DAPL0071777-0071778 |
| Environmental Assessment: Appendix L Draft Facility Response Plan (Excerpt) | USACE_DAPL0071779-0071784 |
| Email Attachment: March 29, 2016 letter requesting USACE prepare an EIS | USACE_DAPL0072159-00712160 |
| ProjNet: Environmental Review of DAPL Project - Comments and Resolutions. | USACE_DAPL0072161-0072270 |
| Email Attachment: May 2016 Environmental Assessment, Dakota Access Pipeline Project, Crossings and Flowage Easements and Federal Lands (Excerpt) | USACE_DAPL0072377 |
| Email Attachment: May 2016 Environmental Assessment, Dakota Access Pipeline Project, Crossings and Flowage Easements and Federal Lands - Summary of Comments Received | USACE_DAPL0072424-0072436 |
| Email Attachment: Environmental Assessment - DAPL Crossings of Flowage Easements and Federal Lands - Summary of Comments Received. | USACE_DAPL0072463-0072475 |
| Email Attachment: March 11, 2016 letter - Additional Comments on Dakota Access Pipeline Draft Environmental Assessment | USACE_DAPL0073187-0073191 |
| Draft Environmental Assessment - Dakota Access Pipeline Project Crossings of Flowage Easements and Federal Lands | USACE_DAPL0074119-0074226 |
| Draft Environmental Assessment - Dakota Access Pipeline Project Crossings of Flowage Easements and Federal Lands. | USACE_DAPL0074591 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
|---|---|
| **DESCRIPTION** | **PAGE NOS.** |
| Email Attachment: North Dakota Lake Oahe Crossing Spill Model Discussion | USACE_DAPL0074713-0074729<br><br>**(SUBJECT TO PROTECTIVE ORDER)**<br><br>**[FILED UNDER SEAL]** |
| Coordination meeting agenda. | USACE_DAPL0079890-0079890 |
| Letter from standing rock supplemental comments. (Excerpt) | USACE_DAPL0080039-0080069 |
| Email revised final notes of Niobrara meeting. | USACE_DAPL0084463-0084464 |
| Dakota Access Pipeline (DAPL) Easement DACW45-2-16-8059 (Redacted). (Excerpts) | USACE_ESMT000001-000042 |
| OASA(CW) Letter to Federal Register Notice of Withdrawal of NOI to Prepare an EIS. | USACE_ESMT000103-000104 |
| DAPL Technical and Legal Review (Redacted). (Excerpt) | USACE_ESMT000224-000240 |
| Presidential Memorandum, Fed Reg Notice, 82 Fed Reg 8661 | USACE_ESMT000430-000431 |
| Notice of Intent (NOI) to Prepare an Environmental Impact Statement. | USACE_ESMT000467-000468 |
| Email string discussing OST consultation request | USACE_ESMT000474-000499 |
| Email string discussing follow-up DAPL questions (Redacted) (Excerpts) | USACE_ESMT000544-000546;<br>USACE_ESMT000556-000559 |
| DOI Sol Memo M-37038 Subject Tribal Treaty and Environmental Statutory Implications of DAPL. | USACE_ESMT000565-000601 |
| ASA(CW) DAPL Memo. | USACE_ESMT000602-000605 |
| OST letter to ASA(CW) re DAPL easement (Excerpts) | USACE_ESMT000611;<br>USACE_ESMT000624-000642 |
| NWO DAPL Easement Recommendation. | USACE_ESMT000652-000700 |
| ASA(CW) letter to CRST and DAPL discussing review of previous DAPL decisions | USACE_ESMT001000-001001 |
| SRST letter to ASA(CW) discussing the Final Environmental Assessment. (Excerpt) | USACE_ESMT001073-001082 |
| Memo for ASA(CW) Subject Dakota Access Pipeline Crossing at Lake Oahe ND (Redacted ) | USACE_ESMT001095-001097; |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS | |
| --- | --- |
| **DESCRIPTION** | **PAGE NOS.** |
| (Excerpts) | USACE_ESMT001123 |
| Email string discussing DAPL and possible permit conditions to consider | USACE_ESMT001173-001190 |
| USACE memo to ASA(CW) discussing review of key issues and decisions (Redacted) | USACE_ESMT001213-001249 |
| PHMSA Data, Incidents per mile | USACE_ESMT001255-001256 |
| PHMSA, Serious Incidents-HL template | USACE_ESMT001257-001258 |
| PHMSA Miles by Commodity - AR HL 2010 and forward | USACE_ESMT001259-001259 |
| Sierra Club letter to USACE requesting additional review under NEPA | USACE_ESMT001262-001292 |
| OST letter to POTUS, AG, SOI, SA discussing decision to halt DAPL construction. | USACE_ESMT001353-001367 |
| Advisory Council on Historic Preservation (ACHP) letter to ASA(CW) concerning DAPL determinations | USACE_ESMT001498-001499 |
| DAPL ND PSC wetland report (Excerpt) | USACE_ESMT002911-002918 |
| PHMSA Leak Detection Study (Excerpt) | USACE_ESMT003680-003764 |
| Meeting attendees Niobrara Feb. 18-19, 2016 | USFWS_DAPL0001974-0001976 |
| Meeting notification to people who attended the January 27, 2016 | USFWS_DAPL0001977-0001978 |
| DA letter dated October 21, 2014 to Corps regarding request for pipeline easement and temporary construction license for the proposed DAPL project at Lake Oahe. (Excerpt) | OAHE0000034-OAHE0000036 |

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

Respectfully submitted this 13th day of December, 2019.

/s/ Jan E. Hasselman
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCBA # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
pgoldman@earthjustice.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2019, I electronically filed the foregoing JOINT

APPENDIX OF REMAND ADMINISTRATIVE RECORD with the Clerk of the Court using

the CM/ECF system, which will send notification of this filing to the attorneys of record and all

registered participants.


*/s/ Jan E. Hasselman*
Jan E. Hasselman

JOINT APPENDIX OF
REMAND ADMINISTRATIVE RECORD
(No. 1:16-cv-1534-JEB) - 27

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*