IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>             Plaintiff,<br><br>  and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>             Plaintiff-Intervenor,<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>             Defendant-Cross Defendant,<br><br>  and<br><br>DAKOTA ACCESS, LLC,<br><br>             Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT**

Plaintiff Standing Rock Sioux Tribe respectfully moves this Court to reschedule oral argument, currently scheduled for February 21, 2020, due to counsel's unavailability that week. Undersigned counsel has conferred with all other parties to find a date on which all parties are available. The earliest dates on which all parties were available are March 18 and 19, 2020.

Counsel for DAPL has requested this motion indicate that DAPL is available to argue on February 21, 2020, prefers a prompt hearing, and is only joining in the request to accommodate others.

UNOPPOSED MOTION TO
RESCHEDULE ORAL ARGUMENT
(No. 1:16-cv-1534-JEB)  - 1 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

Respectfully submitted this 29th day of January, 2020.

/s/ Jan E. Hasselman
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCBA # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
stsosie@earthjustice.org
pgoldman@earthjustice.org

*Attorneys for Plaintiff*

UNOPPOSED MOTION TO
RESCHEDULE ORAL ARGUMENT
(No. 1:16-cv-1534-JEB)  - 2 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2020, I electronically filed the foregoing *Unopposed Motion to Reschedule Oral Argument* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Jan E. Hasselman
Jan E. Hasselman

UNOPPOSED MOTION TO
RESCHEDULE ORAL ARGUMENT
(No. 1:16-cv-1534-JEB)  - 3 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br> and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br> v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendant-Cross Defendant,<br><br> and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT**

Upon review of the Unopposed Motion to Reschedule Oral Argument, and for good cause shown, the Court GRANTS the motion and hereby ORDERS that Oral Argument be rescheduled to:

 _____ March 18, 2020, at _____am/pm; or

 _____ March 19, 2020, at _____am/pm.

IT IS SO ORDERED.

Dated: _____   _____
                    JAMES E. BOASBERG
                    United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO RESCHEDULE ORAL ARGUMENT
(No. 1:16-cv-1534-JEB)  - 1 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*