IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>        Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>        Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>        Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**DAKOTA ACCESS, LLC'S MOTION FOR GUIDANCE AS TO
ORAL ARGUMENT ON SUMMARY JUDGMENT MOTIONS**

Dakota Access, LLC writes to seek the Court's guidance as to the March 18, 2020 oral argument on the pending Motions and Cross-Motions for Summary Judgment. The U.S. Army Corps of Engineers joins in the request and no Plaintiff objects.

The primary reason for this request is that counsel who will be arguing on behalf of Dakota Access is hoping to attend the Supreme Court Historical Society's annual dinner in New York City that same evening and needs to make travel arrangements. The Court has scheduled argument to begin at 11:00 a.m. It would help to know whether the Court intends to allot a particular amount of time to each side (including rebuttal time). It would also assist, for purposes of making travel

arrangements, to know whether the Court is planning for argument to continue after the lunch hour and, in particular, whether the Court anticipates completing argument by 1:00 p.m.  Counsel will, of course, be available for the entirety of the hearing if it ends up lasting longer than the Court states that it anticipates in its response to this request.

## CONCLUSION

Dakota Access respectfully asks that this Court clarify the format and timing of oral argument as discussed herein.

Dated:  March 9, 2020

Respectfully submitted,

 /s/ William S. Scherman
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2020, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

      /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>      Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>      Intervenor Plaintiff,<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>      Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>      Intervenor Defendant. | Case No. 1:16-cv-01534-JEB<br>[Consolidated with Case Nos. 1:16-cv-1796 and 1:17-cv-267] |

**[PROPOSED] ORDER ON DAKOTA ACCESS, LLC'S MOTION FOR GUIDANCE AS TO ORAL ARGUMENT ON SUMMARY JUDGMENT MOTIONS**

The Court clarifies that the hearing in this case scheduled for March 18, 2020 will proceed as follows: _____.

**SO ORDERED** this __ day of _____, 2020.

                   _____
                   The Honorable James E. Boasberg
                   United States District Judge