IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>        Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>        Plaintiff-Intervenor,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>        Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>        Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**MOTION TO CONDUCT HEARING TELEPHONICALLY**

Plaintiffs Standing Rock Sioux Tribe, Cheyenne River Sioux Tribe, Yankton Sioux Tribe, and Oglala Sioux Tribe respectfully move this Court to convert the summary judgment hearing scheduled for March 18, 2020 to an all-telephonic format. Additionally, plaintiffs respectfully request that the Court make audio of the hearing available to the public in real time, if such technology is available to the Court. In support of this motion, plaintiffs offer the following:

Counsel for three out of four plaintiffs must travel from out of state to participate in the hearing. Such travel is inadvisable in light of current public health emergency and uncertainty about potential restrictions on travel that may occur next week. However, Plaintiffs submit that

MOTION TO CONDUCT HEARING TELEPHONICALLY
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

allowing counsel for some parties to appear telephonically, while others appear in person, is potentially prejudicial in a complex motion hearing like this one.  Having all counsel appear telephonically puts the parties on an equal footing.

Additionally, while hearings in this matter have historically generated significant public interest, the Court has today restricted public access to the Court.  Similarly, some of plaintiffs have enacted restrictions on travel to protect public health, and elected officials have cancelled plans to attend the hearing.  Providing access to the hearing, via telephone or webcast, would allow plaintiffs and the public to attend the hearing remotely.

Counsel for defendant Army Corps of Engineers has stated that it supports Plaintiff's requested relief of converting the hearing to an all-telephonic hearing on public health grounds.  The Corps takes no position on making audio available to the public in real time.  Counsel for intervenor Dakota Access opposes making the hearing all telephonic but does not oppose parties having the option of appearing telephonically, nor does it oppose providing remote access to the hearing.

Dated:  March 13, 2020                               Respectfully Submitted,

| | |
|---|---|
| */s/ Jan E. Hasselman* | */s/ Nicole E. Ducheneaux* |
| Jan E. Hasselman, WSBA # 29107 | Nicole E. Ducheneaux, DC Bar No. NE001 |
| (*Admitted Pro Hac Vice*) | Big Fire Law & Policy Group LLP |
| Patti A. Goldman, DCB # 398565 | 1404 South Fort Crook Road |
| Stephanie Tsosie, WSBA # 49840 | Bellevue, NE 68005 |
| (*Admitted Pro Hac Vice*) | Telephone: (531) 466-8725 |
| Earthjustice | Facsimile: (531) 466-8792 |
| 810 Third Avenue, Suite 610 | nducheneaux@bigfirelaw.com |
| Seattle, WA 98104 | *Counsel for Cheyenne River Sioux Tribe* |
| Telephone: (206) 343-7340 | |
| jhasselman@earthjustice.org | |
| pgoldman@earthjustice.org | |
| stsosie@earthjustice.org | |
| *Attorneys for Plaintiff Standing Rock Sioux Tribe* | *(Counsel continued on following page)* |

MOTION TO CONDUCT HEARING TELEPHONICALLY
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

*Counsel continued from previous page:*

/s/ Michael L. Roy
Michael L. Roy (DC Bar No. 411841)
mroy@hobbsstraus.com
Jennifer P. Hughes (DC Bar No. 458321)
jhughes@hobbsstraus.com
Elliott A. Milhollin (DC Bar No. 474322)
emilhollin@hobbsstraus.com
Hobbs, Straus, Dean &Walker, LLP
2120 L Street, NW, Suite 700
Washington, DC 20037
Telephone: (202) 822-8282
Facsimile: (202) 296-8834
*Counsel for Oglala Sioux Tribe*

/s/ Jennifer S. Baker
Jennifer S. Baker, *Pro Hac Vice*
Jeffrey S. Rasmussen, WA #21121
Fredericks Peebles & Patterson LLP
1900 Plaza Drive
Louisville, CO 80027
Telephone: (303) 673-9600
Facsimile (303) 673-9155
jbaker@ndnlaw.com
*Counsel for Yankton Sioux Tribe and Robert Flying Hawk*

MOTION TO CONDUCT HEARING TELEPHONICALLY
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 13, 2020, I electronically filed the foregoing MOTION TO CONDUCT HEARING TELEPHONICALLY with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

                          */s/ Jan E. Hasselman*
                          Jan E. Hasselman

MOTION TO CONDUCT HEARING TELEPHONICALLY
(No. 1:16-cv-1534-JEB) - 1

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>               Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>               Plaintiff-Intervenor,<br>   v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>               Defendant-Cross<br>               Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>               Defendant-Intervenor-<br>               Cross Claimant. | Case No. 1:16-cv-1534-JEB |

**[PROPOSED] ORDER GRANTING MOTION
TO CONDUCT HEARING TELEPHONICALLY**

The motion to conduct the hearing telephonically is GRANTED.  The clerk is ordered to arrange a call for the motions hearing scheduled for March 18, 2020.  Additionally, the clerk is directed to arrange for parties and members of the public to listen to audio of the hearing.

SO ORDERED.

Dated: _____

                                                               JAMES E. BOASBERG
                                                               United States District Judge

[PROPOSED] ORDER GRANTING MOTION
TO CONDUCT HEARING TELEPHONICALLY
(No. 1:16-cv-1534-JEB) - 1

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, I electronically filed the foregoing [PROPOSED] ORDER GRANTING MOTION TO CONDUCT HEARING TELEPHONICALLY with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jan E. Hasselman*
Jan E. Hasselman

[PROPOSED] ORDER GRANTING MOTION
TO CONDUCT HEARING TELEPHONICALLY
(No. 1:16-cv-1534-JEB) - 1

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*