IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br> and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br> v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendant-Cross Defendant,<br><br> and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**NOTICE OF FILING**

During the March 18, 2020 hearing on plaintiff Standing Rock Sioux Tribe's motion for summary judgment on the remand, the Court asked the Tribe's counsel to identify places in the administrative record where experts identified the problems of slow leaks, and the difficulty of detecting such leaks, prior to the initiation of the remand. This filing responds to that request. The following list should be considered illustrative rather than exhaustive, as the issue was raised in multiple places and comments.

NOTICE OF FILING - 1
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

RAR 1250 (Earthfax Report) ("Hence, if a spill occurs from a pinhole and not as a result of a catastrophic failure, it has been my experience that the incident could go undetected for several days without being detected by the SCADA system. Such an incident is often identified on after a visual inspection of the area through the use of internal inspection tools. If such a pinhole occurs and results in a leak of 1 gallon per minute, 1,440 gallons (34 bbl) of crude oil would be lost in 1 day.")

RAR 1260 (Kuprewicz Report) ("A study performed in 2012 reported that for hazardous liquid pipelines that utilized CPM and SCADA leak detections, 'The pipeline controller/control room identified a release occurred around 17% of the time.'")

RAR 1291 (ENVY Report) ("Undetectable underground leaks pose as some of the most significant environmental pollution risks throughout the life of the pipeline and potential risks increase over time through corrosion, landslide movement or other disruptive forces.")

RAR 1339 (Nezafati Report) ("All the pipelines' leak detection systems are only set up to detect spills of greater than 2 percent of their liquid. This might sound like a small amount, but when you have a pipeline pumping almost 20,000,000 gallons of oil every day, it is no longer a small amount. These pipelines are often seeping or leaking in small places, and there is no way to detect them.")

RAR 1387 (CRST Comments) ("The EA fails to assess any risk to the underlying aquifers or assign any weight to that risk in the risk analysis the Tribe has been provided with. Further, such risk was not assessed in light of the inability to detect leaks of less than 1 percent leakage by the LDS system. A slow low grade leak could go on for weeks on end before crude oil bubbles to the surface of the Lake and is detected by residents.")

RAR 1421 (Kuprewicz Declaration) ("In addition, as I've previously noted, remote sensing systems can only detect significant leaks—DAPL claims that it can detect to 1%, which I believe to be wildly over-optimistic—but even if the claimed threshold is correct, those systems are effectively blind to leaks below that level.")

RAR 1469 (Holmstrom Declaration) ("The problem of leaks under Oahe was discussed at length in the scoping comments as well, and in my view is critical to the selection of alternatives. Given that there is no technology in place that can identify leaks below the detection limit underground, any slow leak would not be detected until the potential occurrence of oil being visible on the surface of Lake Oahe….As we pointed out in the scoping comments, industry considers slow leaks from pipelines to be 'acceptable because even the best practices cannot limit their existence.'")

RAR 1856 (Standing Rock comments) ("Long slow leaks are perhaps one of the two biggest risks associated with HDD applications under a fresh water body like Lake Oahe. The long slow leak leads to soil contamination and saturation around the HDD that is

NOTICE OF FILING - 2
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

eventually carried into the fresh water aquifers located just above the HDD and eventually directly into the lake itself.")

Respectfully submitted this 19th day of March, 2020.

/s/ Jan E. Hasselman
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Stephanie Tsosie, WSBA # 49840
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCBA # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
stsosie@earthjustice.org
pgoldman@earthjustice.org

*Attorneys for Plaintiff*

NOTICE OF FILING - 3
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 19, 2020, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

                                          */s/ Jan E. Hasselman*
                                          Jan E. Hasselman

NOTICE OF FILING - 4
(No. 1:16-cv-1534-JEB)

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*