UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants. | Civil Action No. 16-1534 (JEB) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby ORDERS that:

1. Plaintiff Standing Rock Sioux Tribe's [433] Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART;

2. Plaintiff Oglala Sioux Tribe's [434] Motion for Partial Summary Judgment is GRANTED IN PART AND DENIED IN PART;

3. Plaintiffs Robert Flying Hawk and Yankton Sioux Tribe's [435] Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART;

4. Plaintiff-Intervenor Cheyenne River Sioux Tribe's [436] Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART;

5. Defendant United States Army Corps of Engineers' [445] Cross-Motion for Summary Judgment against Cheyenne River Sioux Tribe is GRANTED IN PART AND DENIED IN PART;

6. Defendant United States Army Corps of Engineers' [447] Cross-Motion for Summary Judgment against Yankton Sioux Tribe is GRANTED IN PART AND DENIED IN PART;

7. Defendant United States Army Corps of Engineers' [449] Cross-Motion for Summary Judgment against Oglala Sioux Tribe is GRANTED IN PART AND DENIED IN PART;

8. Defendant United States Army Corps of Engineers' [451] Cross-Motion for Summary Judgment against Standing Rock Sioux Tribe is GRANTED IN PART AND DENIED IN PART;

9. Defendant-Intervenor Dakota Access LLC's [455] Cross-Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART;

10. Defendant and Defendant-Intervenor shall submit briefing on remedy by April 8, 2020;

11. Plaintiffs and Plaintiff-Intervenor shall submit their responses by April 15, 2020; and

12. Defendant and Defendant-Intervenor shall submit their replies by April 22, 2020.

So ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: March 25, 2020