# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>    Plaintiffs,<br><br> and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,<br><br>    Plaintiff-Intervenors,<br><br>   v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendant-Cross Defendant,<br><br> and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

## DAKOTA ACCESS, LLC'S NOTICE OF FILING ON THE PUBLIC DOCKET CERTAIN DOCUMENTS PREVIOUSLY FILED UNDER SEAL

On April 29, 2020, Dakota Access, LLC ("Dakota Access") filed all declarations attached to its Remedy Brief, D.E. 509-1, as attachments to its sealed Motion for Leave to File Under Seal, D.E. 509. That Motion contemplated a review and conferral process for identifying particular information appropriate for sealing. Dakota Access has since notified the other parties that no material in the following attachments needs to be sealed:

- D.E. 509-2 – Sealed Declaration of William S. Scherman ("Scherman Dec.");
- D.E. 509-6 – Scherman Dec. Ex. D, Declaration of William J. Rennicke;
- D.E. 509-7 – Scherman Dec. Ex. E, Declaration of Guy F. Caruso;

- D.E. 509-8 – Scherman Dec. Ex. F, Declaration of Elaine Kub;

- D.E. 509-10 – Scherman Dec. Ex. H, Declaration of Laura T.W. Olive; and

- D.E. 509-11 – Scherman Dec. Ex. I, Declaration of Jeff D. Makholm.

Those declarations are therefore attached for public filing.  Dakota Access will continue the review and conferral process for the remaining declarations.

Dated:  April 30, 2020                                              Respectfully submitted,

                                                                     /s/ William S. Scherman
                                                                    William S. Scherman
                                                                    David Debold
                                                                    GIBSON, DUNN & CRUTCHER LLP
                                                                    1050 Connecticut Avenue, N.W.
                                                                    Washington, D.C.  20036
                                                                    (202) 955-8500
                                                                    wscherman@gibsondunn.com

                                                                    *Counsel for Dakota Access, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2020, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

    /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*