IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>　　　　Plaintiffs,<br><br>　and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　Defendant-Cross Defendant,<br><br>　and<br><br>DAKOTA ACCESS, LLC,<br><br>　　　　Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**DECLARATION OF WILLIAM S. SCHERMAN IN
SUPPORT OF DAKOTA ACCESS, LLC'S BRIEF REGARDING REMEDY**

I, William S. Scherman, declare as follows:

　　　1.　　I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Dakota Access, LLC.  I am a member in good standing of the Bar of this Court.

　　　2.　　The attachments hereto are true and accurate copies of the following documents:

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Declaration of Michael C. Aubele, Vice President at EXP Energy Services, Inc., addressing the Dakota Access Pipeline's ("DAPL") stellar safety record; the comprehensive safety and response measures already in place for the pipeline; the positive environmental effects from DAPL's continued operation; and the adverse environmental consequences if DAPL is shut down. |

| EXHIBIT | DESCRIPTION |
|---|---|
| B. | Declaration of John F. Godfrey, Senior Principal Consultant at DNV GL USA, Inc., addressing how no other U.S. pipeline has a better safety record than DAPL; the ways DAPL exceeds multiple requirements in federal safety regulations, including for leak detection systems; misconceptions about DAPL's safety and operations; and the negative safety consequences of suspending DAPL operations. |
| C. | Declaration of Todd Stamm, Vice President at Energy Transfer LP, addressing the safety features that make DAPL one of the safest pipelines in the world, with even more features at Lake Oahe; DAPL's multiple independent means for detecting even small leaks quickly; misconceptions as to the safety and operations of DAPL; the response plans in place capable of containing and remediating a spill many times larger than that modeled by the U.S. Army Corps of Engineers; and the environmental risks of shutting DAPL down. |
| D. | Declaration of William J. Rennicke, Partner at Oliver Wyman, addressing how limited railroad capacity prevents oil producers from being able to shift to rail for the majority of crude oil now carried on DAPL; and the serious disruptive market effects that would result from shifting to rail capacity that exists. |
| E. | Declaration of Guy F. Caruso, Senior Advisor at Center for Strategic and International Studies, addressing how shutting down DAPL, which carries 4.5% of all U.S. crude oil production, would significantly weaken our nation's critical energy infrastructure and national security. |
| F. | Declaration of Elaine Kub, independent market economist, addressing how a shift of even a fraction of DAPL's crude oil volume to rail would cause serious economic harm to farmers and others in the agricultural sector throughout the Midwest. |
| G. | Declaration of Glenn Emery, Vice President at Energy Transfer LP, addressing the multi-billion-dollar direct and indirect losses that shutting down DAPL would inflict on states (including reduced tax revenue), regional economies, Native American tribes including Plaintiffs, other third parties, Dakota Access, and Energy Transfer Crude Oil Company, LLC; and the lack of an alternative for the shipper community. |
| H. | Declaration of Laura T.W. Olive, Associate Director at National Economic Research Associates, Inc., addressing how a shutdown of DAPL would impede our nation's recovery from the current economic downturn and other serious economic consequences it would inflict on many third parties. |
| I. | Declaration of Jeff D. Makholm, Managing Director at National Economic Research Associates, Inc., addressing and quantifying the disruptive economic effects of shutting down DAPL, including multi-billion-dollar annual losses to North Dakota oil producers, a direct loss of thousands of jobs in that industry alone, hundreds of millions of dollars per year in reduced tax revenue to states, and annual losses of more than $1 billion to Dakota Access and its affiliate. |

| EXHIBIT | DESCRIPTION |
|---|---|
| J. | Declaration of Marathon Petroleum Company LP, through Rick D. Hessling, Senior Vice President of Crude Oil Supply and Logistics for MPC Investment LLC, on how shutting down DAPL would be an unprecedented event with harmful disruptions to the established logistical networks on which refiners, oil shippers and others rely. |
| K. | Declaration of Garth R. Doll, Vice President, Marketing, at Enerplus Corporation, an upstream customer of DAPL, addressing the numerous disruptive effects on, and economic losses to, third-party oil producers and Native American tribes if DAPL is shut down. |

Executed:  April 29, 2020

    /s/ William S. Scherman
William S. Scherman