# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, | Case No. 1:16-cv-1534-JEB (and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

STANDING ROCK SIOUX TRIBE, YANKTON
SIOUX TRIBE; ROBERT FLYING HAWK;
OGLALA SIOUX TRIBE,

        Plaintiffs,

  and

CHEYENNE RIVER SIOUX TRIBE; SARA
JUMPING EAGLE ET AL.,

        Plaintiff-Intervenors,

     v.

U.S. ARMY CORPS OF ENGINEERS,

        Defendant-Cross Defendant,

  and

DAKOTA ACCESS, LLC,

        Defendant-Intervenor-Cross
        Claimant.

Case No. 1:16-cv-1534-JEB
(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)

---

**DECLARATION OF WILLIAM J. RENNICKE IN SUPPORT OF**

**DAKOTA ACCESS, LLC'S BRIEF ON THE QUESTION OF REMEDY**

---

1.      My name is William J. Rennicke. I am a Partner with Oliver Wyman, a leading general management consulting firm, which maintains one of the largest practices in the world dedicated to serving the transportation and logistics sectors. That practice provides a comprehensive set of services and capabilities to transportation carriers across all modes, and to the users and regulators of transportation services. Oliver Wyman's transportation clients include national and regional governments on six continents, as well as many of the world's largest users of rail services, railroads, motor carriers, leasing companies, and industrial and consumer manufacturing firms. My business address is 99 High Street, 32nd Floor, Boston, MA 02110.

2.      I have been a railroad executive and a consultant to railroads for more than 40 years. I have worked extensively with the railroad industry in the United States and Canada, and also have worked with railroads in Europe, Asia, South America, Australia, and Africa. I specialize in railroad strategic planning, cost analysis, revenue management, and operations. I have particular expertise in transportation pricing, restructuring, organizational design, and transactions (including mergers and acquisitions) to improve the performance of rail operators, major rail equipment suppliers, and users of transportation services. I have worked with senior executives at all of the major North American railroads, as well as with senior officials at many government-owned railroads worldwide. I have testified before federal transportation agencies, the United States Congress, and the Canadian Parliament concerning railroad regulation, rate policy, access issues, and rail mergers. I have spoken and published widely on issues affecting the railroad industry.

3.      Before joining Oliver Wyman, I was a vice president of the Boston & Maine Railroad; during my tenure, I managed rail industry service performance project case studies as part of the industry-wide Freight Car Utilization Program. I also have held operating positions with the Southern Pacific (now Union Pacific) and New Haven (now CSX) railroads and was a transportation consultant with Deloitte Haskins & Sells (the predecessor of Deloitte & Touche). I

have a BSBA in accounting from the School of Business Administration at Georgetown University and an MBA with a concentration in transportation and logistics from the University of Minnesota. I am a member of the Council of Supply Chain Management Professionals. My curriculum vitae is attached as **Exhibit 1**.

4.     This declaration describes my conclusions regarding the capacity to shift crude oil transportation to rail if the Dakota Access Pipeline ("DAPL") is shut down and the potential disruptive effects associated with doing so.

5.     I conclude that:

a.     If DAPL were shut down, the regional railroad network could not transport anywhere near the crude oil volumes currently being shipped on DAPL. Setting aside logistical and other infrastructure hurdles, there simply are not enough specialized tank cars available in the United States or Canada to transport this volume of crude oil. To transport by rail the equivalent volume carried by DAPL of 570,000 barrels per day ("bpd") would require a fleet of between 8,500 and 12,800 specialized tank cars, depending upon the oil's ultimate destination. There are at most, however, only 3,700 of these specialized tank cars that could be made available. Thus, **using the most conservative (i.e., the largest) estimate of specialized cars available, the existing tank car fleet could transport only 29 to 43 percent of DAPL's maximum capacity**, or 165,00 to 246,000 bpd, if the pipeline is shut down. The remaining 57 to 71 percent of the crude oil production currently shipped in DAPL would have no immediate viable transportation outlet. **Further,** because of surcharges and rail carriers' and producers' hesitancy to ship crude oil in less safe cars, there may be as few as *1,500 available cars*, which could transport only 12 to 18 percent of DAPL's capacity, leaving 82 to 88 percent of DAPL crude oil volume stranded. My understanding is that without viable transportation options, many producers will have no choice but to shut-in their wells.

b.      It is unlikely that additional cars capable of shipping any appreciable percentage of DAPL's volume will become available in the near term. Production capacity for these specialized tank cars is limited. Manufacturers can build at most 12,000 to 14,000 of these cars per year. Because only 1,500 to 3,700 tank cars are currently available for Bakken crude oil transportation, 4,800 to 11,300 tank cars (depending on the destination) would need to be built to carry DAPL's full volume. Even assuming that crude oil shippers could secure 50 percent of production capacity (6,000 to 7,000 cars per year), it would take at least eight months, and up to nearly 24 months, to manufacture a fleet of tank cars large enough to transport DAPL's full capacity. It is highly unlikely that crude oil shippers could secure that much manufacturing capacity, however, due to existing backlogs and car orders by other users of these same car types and the lack of financing available to purchase these specialized cars, given the serious possibility that they may only be used for a limited period of time.

c.      As for the tank cars that are available, transferring even just a portion of DAPL's current volume to rail will increase rail line congestion significantly. The rail lines on which this crude oil would travel are already congested in some sections. Thus, quickly increasing the volume of crude oil shipped out of the Bakken region by 29 to 43 percent of DAPL's capacity would rapidly increase congestion, cause delays, and crowd out capacity for other commodities on rail routes of vital importance to the Upper Midwest's economy.

d.      Increasing the volume of crude oil shipped by rail would also have many other impacts, including passenger train disruptions, potentially dangerous blockages of road crossings, increased pedestrian fatalities, and effects on environmentally sensitive areas.

**I.   The Available Rail Tank Car Fleet Is Insufficient to Handle DAPL's Volume and It Would Take Up to Two Years to Build Sufficient Tank Cars**

**A.   The Available Rail Tank Car Fleet Is Insufficient to Handle DAPL's Volume**

6.      I estimate that under the most conservative calculation of the equipment that could be available on day 1 following the safe shutdown of DAPL, the current tank car fleet could provide capacity to transport only 165,000 to 246,000 bpd of crude oil, equivalent to 29 to 43 percent of DAPL's shipping capacity of 570,000 bpd.

7.      The North American rail tank car fleet is in transition, and regulatory changes have made obsolete the vast majority of the surplus equipment in the existing fleet that would have been capable of transporting crude oil. After several catastrophic accidents in the United States and Canada involving rail-hauled crude oil, the Federal Railroad Administration ("FRA") revised tank car specifications by approving the "DOT 117" tank car design and making obsolete the most popular tank car types then in crude oil service (Exhibit 1). These now obsolete cars include "DOT 111" tank cars, which were widely used to move crude oil, until removed from this service in 2018.[1] A slightly newer design that predated the DOT 117, called the "jacketed CPC 1232," can still be used to move crude oil until May 1, 2025. After this date, CPC 1232 cars will be phased out, and all crude oil must move in DOT 117 tank cars—either new builds (DOT 117J) or older cars upgraded to the new specifications (DOT 117R).[2] As a result of these regulations' forced obsoleting of older tank cars, relatively few excess cars are available currently to move crude oil.

8.      While some industry observers believe there may be a large number of tank cars currently in storage,[3] most of these are likely obsolete DOT 111 cars that were retired due to regulatory

---

[1] *US Fast Act deadlines*, Railway Supply Institute (2019), https://tankcarresourcecenter.com/progress/#1498485683737-d827ba72-1369.
[2] *Id.*
[3] Jim Blaze, *Commentary: Railroad tank cars take a hit*, Freightwaves, Apr. 3, 2020.

changes. Exhibit 2 provides a summary of the tank car fleet currently capable of transporting crude by rail (with some of these cars currently being used to move ethanol).

**Exhibit 1: DOT-117 Specification Tank Car[4]**



**Exhibit 2: Current Tank Cars Configured to Move Crude Oil[5]**

|  | Crude Oil Service | Ethanol Service | Total |
|---|---|---|---|
| CPC 1232 Jacketed | 8,825 | 192 | 9,017 |
| DOT 117R | 11,021 | 12,252 | 23,273 |
| DOT 117J | 8,000 | 8,554 | 16,554 |
| Total car fleet | 27,846 | 20,998 | 48,844 |

9.     Further reducing car availability, the railroads strongly prefer, and in some cases *insist* on,

---

[4] US Dep't of Transp.

[5] Note that DOT 111 and CPC 1232 non-jacketed cars are still allowed in ethanol service (until May 1 and July 1, 2023, respectively), so this total does not reflect the total ethanol fleet, which is estimated at around 36,000 cars. Jim Blaze, Commentary: Railroad tank cars take a hit, Freightwaves, Apr. 3, 2020. Jacketed CPC 1232 cars must be phased out for ethanol as well as crude oil service on May 1, 2025. Presentation by David Humphrey, Senior Data Scientist,

transporting crude oil in DOT 117J equipment.[6] Some railroads are placing surcharges on phasing-out CPC 1232 cars and even upgraded DOT 117R cars, under the assumption that these car types have a higher risk for product loss and fire in an accident. For example, BNSF and UP charge premiums of up to $1,000 per car for crude oil or ethanol shipped in DOT 117R or CPC 1232 cars.[7]

10.     This combination of a fleet in transition and railroads' preference for using primarily DOT 117J cars has reduced potentially available cars capable of transporting crude oil. Usage data from the US Energy Information Administration ("EIA") and Statistics Canada on crude oil shipments for November 2019 to January 2020 suggest that there may be as many as 3,700 stored or underutilized crude oil tank cars of all specifications (Exhibit 3) that could be obtained through a redeployment or return to active service. Many of these tank cars are still on lease, however, and shippers would likely have to attempt to negotiate with both lessees and lessor owners of these cars to press them into service to carry crude oil displaced by a shutdown of DAPL. Further, as a result of rail carriers' hesitancy to use older or retrofitted cars to carry crude oil, tank car leasing brokers believe that there might be no more than 1,500 tank cars actually available to transport any crude oil currently being transported by DAPL, because shippers likely will be constrained to use only DOT 117J cars.[8] Notwithstanding these many potential obstacles, I conservatively used the

---

Railinc, at the Railroad Equipment Finance Conference, March 2, 2020 (data from Railinc, Q3 2019).

[6] Gary Wollenhaupt, *BNSF bans retrofitted tank cars from crude oil service*, Supply Chain Dive (August 1, 2018), https://www.supplychaindive.com/news/bnsf-bans-retrofitted-tank-cars-from-crude-oil-service/529162/.

[7] *Report: BNSF to limit retrofit tank cars*, Railway Age (July 24, 2018); https://www.railwayage.com/freight/bnsf-to-limit-retrofit-tank-cars-report/; Petroleum/LPG/Crude Tariff Renewal Announcement Number CH2018-1, Union Pacific (March 9, 2018), https://www.up.com/customers/announcements/chemicals/crudeoil/CH2018-1.html.

[8] Oliver Wyman interviews with David Nahass, President of Railroad Financial Corporation, April 23, 2020, and Richard Kloster, President of Integrity Rail Partners, April 27, 2020.

figure of 3,685 from Exhibit 3 below, rounded up to 3,700, as an estimate of tank cars that could be immediately available to handle the DAPL displaced volume.

**Exhibit 3: Crude Oil Carloadings as of January 2020[9]**

| Month | Jan-20 |
|---|---|
| Crude oil carloads, US | 20,251 |
| Crude oil carloads, Canada | 28,380 |
| Total crude oil carloads | 48,631 |
| Estimated crude oil tank car fleet | 28,000 |
| Minimum railcar fleet at 15-day cycle time[10] | 24,316 |
| Potential spare crude oil railcars | 3,685 |

11.    It also is unlikely that cars currently in ethanol service could be repurposed to the degree necessary to carry crude oil to support DAPL's volume. First, these cars are already in demand and under long-term contracts to move ethanol. Second, switching cars from ethanol to crude oil requires extensive cleaning to prevent cross-contamination of products. The cost of converting a car from ethanol to crude oil service and back again is estimated to be in the range of $8,000 per car and can take approximately 30-60 days per car. In addition, ethanol tank cars are not usually equipped with steaming coils, which may be necessary to warm some grades of crude oil to get it to flow from tank cars, particularly in winter conditions. Third, as noted in footnote 5 above, about 16,000 of the estimated 36,000 tank cars currently in ethanol service will be phased out by mid-

---

[9] *Petroleum & Other Liquids*, U.S. Energy Info. Admin., https://www.eia.gov/dnav/pet/PET_MOVE_RAIL_A_EPC0_RAIL_MBBL_M.htm.  (release date Mar.31, 2020) (The reported value for Jan 2020 is 14,176k bbl, which divided by 700 bbl/car = 20,251 tank cars); Railway carloadings statistics, by total tonnage transported, monthly, Statistics Canada, https://www150.statcan.gc.ca/t1/tbl1/en/tv.action?pid=2310021601 (last updated Apr. 29, 2020); Oliver Wyman analysis.

[10] Cycle times, the time from when a tank car is loaded until the next time the same tank car is loaded, vary depending on the trip distance, average train speed, car maintenance requirements, and number of railroads involved in the move. A single railroad hauling crude oil from Bakken to the Pacific Northwest can complete a cycle in 7 to 8 days. Crude from Alberta to the Gulf Coast, on the other hand, has a cycle time of 24 days. A reasonable approximation is that a tank car can complete two loaded trips per month, or about a 15-day cycle time.

2023 (and are ineligible for crude oil service for the reasons discussed above), and will likely need to be replaced, making it less likely that ethanol lessors or lessees would be willing to release a significant amount of newer cars to crude oil service.

12.     To transport the full amount of crude oil shipped daily in DAPL (570,000 bpd) would require a fleet of approximately 8,500 to 12,800 tank cars, depending on the actual destinations of the oil and the cycle times for each destination (Exhibit 4). Cycle times between 10 and 15 days would be needed to permit travel to all reasonable expected destinations, including the Gulf Coast, which is the ultimate destination for the majority of DAPL's current capacity. Meeting this demand would at a minimum require an over 50 percent increase in the existing DOT 117J crude-by-rail ("CBR") tank car fleet, even if it is assumed that all of the approximately 3,700 potentially obtainable cars could be used.

**Exhibit 4: Estimated Tank Cars Required to Move Full 570,000 Barrels of DAPL's Volume[11]**

| Volume to be moved | 570,000 barrels/day | |
| --- | --- | --- |
| Tank car capacity[12] | 700 barrels/car | |
| Minimum daily carloads | 814 cars/day | |

| Car cycle time | 10 days | 15 days |
| --- | --- | --- |
| Minimum fleet size | 8,140 | 12,210 |
| Adding 5% spare cars | 8,547 | 12,820 |

13.     Putting these estimates together leads to a conservative estimate that the current fleet of available tank cars could transport only 29 to 43 percent of the 570,000 bpd production that would be displaced by a shutdown of DAPL. As discussed, analyses indicate that there may be as few as 1,500 cars available. For the purpose of the analysis below, I conservatively assumed that the full

---

[11] Oliver Wyman analysis.

[12] The capacity of a tank car is restricted by both volume and weight. Based on calculations by Oliver Wyman, crude oil from Bakken with an American Petroleum Institute (API) gravity of 40 would be able to ship approximately 700 barrels in a DOT 117 tank car.

complement of 3,700 cars could and would be used during a DAPL shutdown. Assuming that it would take between 8,500 and 12,800 cars to fully transport all of DAPL's volume, this translates into a capacity to move an additional 165,000 to 246,000 bpd of crude oil, or 29 to 43 percent of DAPL's shipping capacity. As described above, however, it is likely that only a portion of these 3,700 cars would actually be available. Thus, if only 1,500 cars are available, and using the same cycle times discussed above, the current fleet may only be capable of transporting as little as 66,700 to 100,100 bpd of additional crude oil, or 12 to 18 percent of DAPL's shipping capacity.

## B. It Would Take Up to Two Years to Build Enough Tank Cars to Transport DAPL's Capacity

14.     Not only is the inventory of cars capable of moving crude oil extremely limited, but it could take manufacturers two years (or more) to build enough tank cars to accommodate DAPL's current volume, making it highly unlikely that shippers could obtain enough tank cars to replace DAPL's capacity in the short term. A reasonable annual production capacity for tank car manufacturers is around 12,000 to 14,000 cars per year.[13] But nearly *16,000* cars currently used to transport ethanol (DOT 111's and unjacketed CPC 1232's) must be replaced with DOT 117 cars by mid-2023. The replacement of these cars alone could take over a year to achieve and would likely create an order backlog for the builders that also would be tasked with manufacturing a new fleet of tank cars to carry DAPL's volume. Similarly, almost a third of the current crude oil fleet (nearly 9,000 jacketed CP-1232s) must be replaced within the next five years, as new regulations require them to be phased out by mid-2025, further straining manufacturing capacity for new tank cars.

15.     Therefore, if DAPL were shut down, I conservatively estimate that, at most, 50 percent of tank car manufacturers' annual production capacity could be dedicated to building tank cars to

---

[13] *See* U. S. Dep't of Transp., *Fleet Composition of Rail Tank Cars Carrying Flammable Liquids: 2019 Report 12*, Table 2 (Oct. 4, 2019), available at: https://doi.org/10.21949/1504519.

carry additional DAPL crude oil. Fifty percent of 12,000 to 14,000 cars per year is 6,000 to 7,000 cars. To meet DAPL's volume of 570,000 bpd, the number of new tank cars that would need to be constructed could range from an estimated high of 11,300 cars (assuming 1,500 cars are available, a 15-day cycle time, and a total fleet of 12,800 cars) to a low of 4,800 cars (assuming 3,700 cars are available, a 10-day cycle time, and a total fleet of 8,500 cars). Thus, under the low scenario and assuming the best-case production of 7,000 cars per year (50 percent of 14,000), it would still take approximately 8 months to build enough cars; and under the high scenario and assuming production of 6,000 cars per year (50 percent of 12,000), it would take approximately 23 months (Exhibit 5).

**Exhibit 5: Tank Car Manufacturing Requirements to Ship Full DAPL Volume by Rail**



16.    Investment obstacles could further delay or halt the building of new tank cars to transport DAPL's volumes. At an estimated tank car purchase price of $125,000 per car, the financial commitment to add enough capacity to the fleet to service DAPL's volume would require an

investment of $1 billion to $1.5 billion dollars.[14] Yet, financiers know that in the event that DAPL shuts down, it could be restarted upon completion of the EIS, or the Court's decision could be overturned on appeal.[15] Either scenario means the pipeline coming back online, immediately obviating the need for this large fleet.[16] Moreover, history has demonstrated that shippers view rail as a long-haul bulk transport mode of last resort for crude oil because of rail's inefficiency, high cost compared to pipelines, and the environmental risks of moving crude by rail. (These environmental risks are discussed by DAPL witness Michael Aubele.) The potential of an operational pipeline that could be quickly restarted makes an investment in such a large number of tank cars highly risky for a financier.

## II.   Quickly Increasing the Volume of Bakken Crude Oil Transported by Rail Would Cause Congestion and Delays

### A.   If 29 to 43 Percent of DAPL's Volume Were Quickly Moved on to Rail, the Overwhelming Majority of This Volume Would Need to Utilize Already Congested Main Rail Lines and Would Cause Congestion Equal to or Greater Than That Which Occurred in 2014

17.     A rapid increase in the volume of crude oil transported by rail, equivalent to up to half of the crude oil tank car fleet capacity currently being utilized, would cause increasing congestion on rail networks, disrupting the supply chain and creating safety risks.

18.     As discussed above, I conservatively estimate that the existing fleet of available tank cars could carry 29 to 43 percent of the volume of crude oil transported on DAPL (165,000 to 246,000 bpd), which it could do as soon as the cars could be brought to North Dakota (one to two weeks).

19.     Rapidly increasing the volumes of crude oil transported by rail by 165,000 to 246,000 bpd

---

[14] Oliver Wyman interview with David Nahass, President, Railroad Financial Corporation, April 27, 2020.
[15] *Id.*
[16] *Id.*

would push crude oil volumes above the average seen in 2014 (and close to the *maximum* volumes observed at that time), when rail congestion in the Upper Midwest caused heavy delays and drove up rail freight prices to catastrophic levels. In 2010, Class I railroads[17] carried an average of 2 million barrels of crude oil per month; by 2014, this had increased to an average of 31.8 million barrels per month, representing growth of more than 1,500 percent in four years (Exhibit 6). This run-up over several years was the result of domestic crude oil production outpacing the development of pipeline capacity. After peaking in 2014, rail shipments of crude oil declined sharply through 2017, due to the growth of pipeline capacity (including DAPL) and other factors. Carloads of crude oil increased again in 2018 and 2019, to about 70 percent of the 2014 peak.

---

[17] The seven Class I railroads in the United States are BNSF Railway ("BNSF"), Canadian National Railway ("CN"), Canadian Pacific Railway ("CP"), CSX Transportation ("CSX"), Kansas City Southern Railway ("KCS"), Norfolk Southern Railway ("NS"), and Union Pacific Railroad ("UP"). The US Surface Transportation Board defines railroads based on revenue and miles operated. Currently, Class I railroads are those that have $489.94 million or more in annual revenues. Regional, or Class II, railroads have annual revenues of $39.19 million or more (but less than Class Is). Class III, local railroads, have less than the Class II minimum. Terminal and switching railroads are all Class III; these railroads engage in switching and terminal services for other railroads. *Railroad Facts 2019*, Association of American Railroads 3 (2019).

**Exhibit 6: Total Crude Oil by Rail, January 2010 to January 2020[18]**
US monthly barrels in millions, includes all PADD regions, includes domestic, imports, and exports



20.     In terms of share of crude oil production in the Bakken region (which accounts for the largest share of US rail crude oil originations), at the end of 2014, rail accounted for about 60 percent of North Dakota crude oil production, dropping to 17 percent of production in 2019; at the same time, pipeline share grew from about 31 percent in 2014 to 72 percent in 2019.[19]

21.     As shown in Exhibit 7, moving 43 percent of DAPL's volume to rail would push rail volumes from 14.2 million to ~21.8 million barrels per month, just shy of the estimated 24 million barrels per month seen at the highest point in the 2014 crude-by-rail boom. And moving 29 percent of DAPL's volume would increase volumes from 14.2 million to ~19.3 million barrels per month,

---

[18] *Total Crude Oil by Rail*, US Energy Information Administration, (Mar, 31, 2020), https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=pet&s=esm_epc0_rail_zamn-zamn_mbbl&f=m.
[19] *Id.*

short of the 2014 peak but still well above the average of the volumes being transported when congestion and delays reached their worst levels during the 2014 congestion crisis.

**Exhibit 7: Rail Shipments of Crude Oil from PADD 2 (Midwest) to Other PADD Regions[20]**
Millions of barrels per month



22.     Rail networks are most efficient when the number of trains does not exceed 70 percent of the total practical capacity of a rail line.[21] It is important to understand what "capacity" means in this context. For any transportation network, including rail lines, "Capacity is not so much a function of the capability to move trains over a line at all, as it is of the ability to move trains over a line *without undue delay*."[22] In other words, a rail line reaches its capacity when delays occur

---

[20] Note: Estimate of 31.8M bpd is 14.2M in Jan 2020 from EIA + 570,000 bpd in DAPL * 31 days in Jan = 31.8M. Source: US Energy Information Administration Data Set, https://www.eia.gov/dnav/pet/PET_MOVE_RAIL_A_EPC0_RAIL_MBBL_M.htm (last visited Apr. 29, 2020); Oliver Wyman analysis.
[21] Practical capacity is the number of trains per day that can operate on a rail line given the characteristics of the line and the typical mix of train types, allowing for outages due to regular planned events such as scheduled maintenance.
[22] John C. Prokopy & Richard B. Rubin, *Parametric Analysis of Railway Line Capacity, Final Report prepared for the US DOT FRA by Peat, Marwick, Mitchell & Co* at vi (emphasis added) (Aug. 1975), https://railroads.dot.gov/elibrary/parametric-analyis-railway-line-capacity.

that adversely impact the traffic on that line, and ultimately shippers and the supply chain. A 30 percent buffer of practical capacity is preferred by railroads to recover from unplanned events, such as weather delays, cyclical surges in traffic volumes (such as grain harvests), and unscheduled maintenance.

23.    As more and more trains are added to a rail line, the volume of trains on the line begins to approach or even exceed the practical capacity of the line, creating delays for all shippers dependent on the rail network. The 30 percent buffer evaporates, and the railroads have less ability to recover from unplanned events.

24.    The likely impact of diverting 29 to 43 percent of DAPL's volumes to rail can be seen by reviewing the run up of crude oil by rail in the 2013-2014 period. During that time, the practical capacity of the rail network in the Upper Midwest evaporated when a surge of crude oil and frac sand[23] shipments, a record grain harvest, and a harsh winter left the railroads with no ability to recover. As a result, delays accumulated and then spread throughout the US Northern Tier of states, from Illinois in the east to Washington in the west. These delays cost shippers hundreds of millions of dollars, required months of recovery actions, and prompted intervention by the Surface Transportation Board ("STB"), the federal rail regulator to try to alleviate these severe service issues. For example, a study by North Dakota State University estimated that rail service problems in North Dakota cost farmers $66.6 million in lost revenue during January-April 2014 alone, while a similar study by the Minnesota Department of Agriculture estimated that Minnesota corn, soybean, and wheat growers lost nearly $100 million in revenue.[24]

---

[23] Frac sand is used in shale fracturing to release oil and natural gas.
[24] *Agriculture bracing for railroad delays as record harvest looms*, Argus Leader (Sept. 15, 2014), https://www.argusleader.com/story/news/2014/09/15/ag-bracing-railroad-delays-record-harvest-looms/15653623/.

25.    It is important to understand that rail line capacity options for the diverted volume from DAPL are *even more constrained* in 2020 than they were in 2014. Because of its flammability, crude oil is typically moved on the limited set of rail lines that make up the rail hazardous materials network.[25] To improve the safety of hazardous materials transportation and gain regulatory approval for lines to be included as part of the hazardous materials network, railroads utilize a traffic management system known as positive train control ("PTC").[26] PTC is designed to automatically stop a train before accidents caused by human error can happen. Routing on PTC lines improves the risk assessment score for a specific hazardous materials line; this risk score must reach a certain level for the line to be approved by regulators to be included in the hazardous materials network. Thus, although the new regulations do not require PTC, they create a strong preference for PTC by tying it to higher risk scores. Further, the federal government strongly encourages railroads to run crude oil trains on PTC lines as part of their hazardous materials network plans. (Maps for these routes in the region for BNSF and CP, two of North America's largest hazardous material transporters, are shown in Exhibits 8 and 9). As a result, crude oil and all other hazardous materials are generally routed on PTC corridors. At the same time, however, PTC corridors are *also* rail main lines, which already have among the highest overall traffic densities in the region.

---

[25] Hazardous materials regulations are set out in 49 CFR §172.820, §172.822 & App. D to Part 172.

[26] Positive train control is a system designed to automatically stop trains in the event of certain operational errors. PTC can prevent train-to-train collisions, over-speed derailments, incursions into established work zone limits, and the movement of a train through a switch left in the wrong position. PTC must be implemented on certain lines used by passenger trains or over which poison- or toxic-by-inhalation hazardous (PIH/TIH) materials are transported. *See* 49 CFR §270.5.

**Exhibit 8: Positive Train Control Rail Corridors for BNSF[27]**



---

[27] *Leading the Way in PTC*, BNSF Railway, https://www.bnsf.com/in-the-community/safety-and-security/positive-train-control.html (last visited Apr. 28, 2020).

**Exhibit 9: Positive Train Control Rail Corridors for CP**[28]



26.     While it is possible to route crude oil and other hazardous materials on a limited number of rail lines or line segments without PTC capability, rail carriers strongly prefer to, and generally do, route these commodities only over PTC corridors. The railroads understandably prefer PTC because it protects against excessive train speeds and collisions with other trains or maintenance equipment on the line. Therefore, in all likelihood, the vast majority of DAPL volumes, if moved by rail would be required to and would be transported on PTC corridors—the main lines that are already the most congested without any additional crude oil volumes.

27.     Diverting DAPL's volume to rail could create a higher level of congestion on the region's

---

[28] Note: Not all lines shown and not to scale. CP's US East and US West regions shown; CP's Northeast US Service Area stretching from Montreal to Albany, NY, not shown. PTC is in place from the US border south to the Albany area. Erle W. Roberts & David P. Strems, Bytown Railway Soc'y, *Canadian Trackside Guide 2014*, (2014); Canadian Pacific 2018 System Map, https://www.cpr.ca/en/choose-rail-site/Documents/cp-network-map-2018.pdf (last visited Apr. 28, 2020); Canadian Pacific, *2019 Annual PTC Progress Report* (2020), https://railroads.dot.gov/train-control/ptc/ptc-annual-and-quarterly-reports; Oliver Wyman analysis.

rail lines than that which was experienced in 2014, during the last peak in rail shipments of crude oil. This is true even if, as estimated, the volume of barrels per month shipped by rail were slightly below peak levels experienced in 2014. First, unlike in 2014, this growth would be rapid. Second, updated federal regulations creating a preference for PTC corridors would limit the ability to divert some shipments to other routes to relieve congestion.

## B. Specific Capacity Impacts of Rail Routing Scenarios

28.     The routing scenarios in this section provide a more granular overview of the potential impacts of moving a portion of DAPL's volumes to the main rail lines. Just as a highway can become congested at rush hour due to too many people needing to arrive at work at the same time, a rail line can become congested when there are more trains that need to use it to meet shipper demand than there is available capacity. The lines in the US Northern Tier are likely to experience these effects if DAPL is shut down, as refineries will need to rely on rail services to transport the crude oil necessary to ensure a steady supply.

29.     For the purposes of illustrating the potential impact on rail capacity in the region as a result of moving displaced crude oil from a DAPL shutdown, eastbound/southbound and westbound rail movement scenarios were developed.

30.     BNSF and CP are the two originators of crude oil traffic in North Dakota, and for eastbound/southbound movements, both can deliver shipments directly to Chicago (or beyond in the case of BNSF). For westbound movements, BNSF can deliver directly to Seattle. Under a DAPL shutdown scenario, the most likely rail routes that would be used are described and illustrated in Exhibits 10 through 12. Exhibit 10 provides a high-level description of the routes and their distances from North Dakota to Chicago on BNSF and CP, and from North Dakota to Seattle on BNSF. Exhibits 11 and 12 illustrates these routes from the various loading terminals in North Dakota to the destination points.

**Exhibit 10: Rail Routes from North Dakota through the US Northern Tier to Chicago, IL and Seattle**

| Origin | Destination | BNSF | Canadian Pacific (CP) |
|---|---|---|---|
| **Bakken Region, North Dakota** | Chicago area | • Preferred route from North Dakota to Western Avenue (Chicago) via Fargo, Staples, and Minneapolis<br>• Second option via Fargo, Willmar, and Minneapolis<br>• Both routes are approximately 990 miles | • North Dakota to Western Avenue (Chicago) via Glenwood and Minneapolis (975 miles) |
| **Bakken Region, North Dakota** | Seattle area | • Preferred route via the Northern Tier through Montana and Idaho, entering Washington State at Spokane and traveling along the Columbia River Gorge to Seattle (1,433 miles) | • Not applicable |

**Exhibit 11: BNSF and CP Routes from Crude Oil Loading Points in North Dakota to Chicago, IL[29]**



[29] Data Statistics, N.D. Pipeline Auth., https://northdakotapipelines.com/datastatistics/; Oliver Wyman Analysis. Not to scale and not all rail lines shown.

**Exhibit 12: BNSF Route from Crude Oil Loading Points in North Dakota to Seattle, WA[30]**



31.     To illustrate potential levels of line capacity and congestion, an analysis was completed on the impact of additional trains on rail line segments in Minnesota and Montana. There was sufficient information from state rail plans and the Association of American Railroads ("AAR") Capacity Study to provide an accurate assessment of line characteristics and capacity. Minnesota is at the center of the US Northern Tier and Montana is a key link to the West. Further, rail activity is representative of other portions of the route in both states, so capacity considerations in Minnesota and Montana likely reflect conditions in the rest of the region. Additionally, it is important to note when reviewing these scenarios that congestion does not respect state borders, so delays in one area will propagate through neighboring areas.

### *1. Eastbound/southbound analysis (Minnesota example)*

32.     Under the eastbound/southbound scenario, crude oil could move to either the Chicago or

---

[30] Data Statistics, N.D. Pipeline Auth., https://northdakotapipelines.com/datastatistics/; William C. Vantuono, *RBN Energy: CBR to Northwest Resilient*, Railway Age (Mar. 23, 2016), https://rbnenergy.com/rbn-energy-cbr-to-northwest-refineries-resilient; State of Wash., Dep't of Ecology, *Crude Oil Movement by Rail and Pipeline Quarterly Report: October 1, 2018 through December 31, 2018* (Jan. 2019); Oliver Wyman analysis. Note: Map not drawn to scale and not all rail lines shown.

Patoka areas, where it could be interchanged to other railroads for distribution to refineries. Patoka does not have rail access, however, so rail unloading facilities east or south of Patoka sufficient in size to unload multiple daily unit trains, each with 110 or more tank cars, would need to be constructed at the refineries where the crude oil is processed. Hence Chicago, with the ability to interchange traffic with the larger number of railroads serving the area, would be the more logical rail connection for this displaced oil. Therefore, the analysis of line congestion in this section assumes traffic is routed via Chicago and then on to final destinations. The line capacity assessment ends in Chicago and assumes thereafter that volume is spread over several routes, where DAPL volume would have less of an impact. Exhibit 13 shows the assumptions used to develop the eastbound/southbound scenario.

**Exhibit 13: Assumptions for Rail Movement Scenarios: Eastbound/Southbound**

| Movement direction: Eastbound/southbound | Four scenarios analyzed[31] |
|---|---|
| **Class I railroad options: BNSF or CP** | • 29 percent of 570K bpd moves in six trains (three loaded, three empty) on BNSF to Chicago for distribution to destination<br>• 43 percent of 570K bpd moves in eight trains (four loaded, four empty) on BNSF to Chicago for distribution to final destination<br>• 29 percent of 570K bpd moves in six trains (three loaded, three empty) on CP to Chicago for distribution to destination<br>• 43 percent of 570K bpd moves in (four loaded, four empty) on CP to Chicago for distribution to final destination |

33.     Detailed descriptions of the lines used by BNSF and CP through Minnesota are described in Exhibit 14 and illustrated in Exhibit 15. Each line segment description includes a definition,

---

[31] Three loaded trains could haul approximately 37 percent of DAPL's volume of 570,000 bpd and four loaded trains 50 percent. However, the 29 percent and 43 percent scenarios are based on projected limitations to tank car supply. Under a 29 percent scenario, two loaded trains are insufficient, so the volume would either move in three shorter trains each day (fewer cars per train) or, more likely, would move in five loaded trains over two days. The capacity modeling shows the impact of three loaded trains, since that would occur every other day. Four loaded trains are similar, since moving 43 percent of the volume would require seven loaded trains over two days.

length, signal type, speed limit, existing freight and passenger trains per day, and current level of

service ("LOS")—i.e., a measure of the amount of congestion on the line segment.

**Exhibit 14: BNSF and CP Likely Rail Routes for Crude Oil Through Minnesota: Route Segments[32]**

Note: Lines 1-32 are for BNSF and 33-40 for CP. The current level-of-service is estimated by Oliver Wyman based on AAR Capacity Study methodology. LOS is not reported by the railroads.

| Route Segments for BNSF | |
| --- | --- |
| 1 | Segment definition: BNSF KO Subdivision from Fargo, ND, to Moorhead Jct., MN<br>Length/type: 2.8 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 68, passenger trains/day: 0<br>Current Level-of-Service: D |
| 2 | Segment definition: BNSF KO Subdivision from Moorhead Jct. to East Dilworth, MN<br>Length/type: 6.4 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 56, passenger trains/day: 2<br>Current Level-of-Service: C |
| 3 | Segment definition: BNSF Staples Subdivision from East Dilworth to Staples, MN<br>Length/type: 101.7 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 56, passenger trains/day: 2<br>Current Level-of-Service: C |
| 4 | Segment definition: BNSF Staples Subdivision from Staples to Philbrook, MN<br>Length/type: 6.0 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 40, passenger trains/day: 2<br>Current Level-of-Service: C |
| 5 | Segment definition: BNSF Staples Subdivision from Philbrook to CP W. Darling, MN<br>Length/type: 22.7 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 40, passenger trains/day: 2<br>Current Level-of-Service: F |
| 6 | Segment definition: BNSF Staples Subdivision from CP W. Darling to CP E. Little Falls, MN |

[32] Freight trains per day from Minn. Dep't of Transp., Office of Freight and Commercial Vehicle Operations, Minnesota Freight Railroad Map, (January 2015), https://www.dot.state.mn.us/ofrw/maps/MetroRailMapLarge.pdf; Minn. Dep't of Transp., *Minnesota Comprehensive Statewide Freight and Passenger Rail Plan: Final Report* 4-5 (Feb. 2010) (Figure 4.2). Distances, signaling, and number of tracks from BNSF timetables (Chicago Division #6, June 20, 2007; Twin Cities Division #3, 24 October 2007); Press Release, BNSF, BNSF Plans $326 Million Capital Program in Minnesota to Maintain and Expand Rail Capacity and Ensure Safe, Reliable Operations (Feb. 5, 2015), https://www.bnsf.com/news-media/news-releases/minnesota-capital-plan-2015.html; Bytown Railway Society, *2014 Canadian Trackside Guide* (2014); Canadian Pacific, *2019 Investor Fact Book* (2019); Dakota, Minnesota & Eastern/Iowa, *Chicago & Eastern Timetable #1*, May 19, 2008; Google Earth, https://www.google.com/earth/ (last visited Apr. 29, 2020). Passenger trains from the Northstar and Amtrak timetables were accessed online at https://www.metrotransit.org/ and https://www.amtrak.com/.

|   | |
|---|---|
| | Length/type: 5.6 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 40, passenger trains/day: 2<br>Current Level-of-Service: C |
| 7 | Segment definition: BNSF Staples Subdivision from CP E. Little Falls to CP Gregory, MN<br>Length/type: 2.6 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 40, passenger trains/day: 2<br>Current Level-of-Service: F |
| 8 | Segment definition: BNSF Staples Subdivision from CP Gregory to Big Lake, MN<br>Length/type: 56.1 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 40, passenger trains/day: 2<br>Current Level-of-Service: C |
| 9 | Segment definition: BNSF Staples Subdivision from Big Lake to Coon Creek, MN<br>Length/type: 25.9 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 40, passenger trains/day: 14<br>Current Level-of-Service: C |
| 10 | Segment definition: BNSF Staples Subdivision from Coon Creek to University, MN<br>Length/type: 9.7 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 49, passenger trains/day: 14<br>Current Level-of-Service: D |
| 11 | Segment definition: BNSF Midway Subdivision from University to Van Buren, MN<br>Length/type: 1.2 miles of double-track CTC territory<br>Maximum authorized freight train speed: 30 MPH<br>Freight trains/day: 10, passenger trains/day: 14<br>Current Level-of-Service: B |
| 12 | Segment definition: BNSF Midway Subdivision from Van Buren to Minneapolis Jct., MN<br>Length/type: 0.7 miles of single-track CTC territory<br>Maximum authorized freight train speed: 30 MPH<br>Freight trains/day: 10, passenger trains/day: 14<br>Current Level-of-Service: C |
| 13 | Segment definition: BNSF Midway Subdivision from Minneapolis Jct. to Midway, MN<br>Length/type: 4.4 miles of double-track CTC territory<br>Maximum authorized freight train speed: 30 MPH<br>Freight trains/day: 23, passenger trains/day: 2<br>Current Level-of-Service: B |
| 14 | Segment definition: BNSF Midway Subdivision from Midway to Seventh St., MN<br>Length/type: 4.6 miles of double-track CTC territory<br>Maximum authorized freight train speed: 30 MPH<br>Freight trains/day: 23, passenger trains/day: 0<br>Current Level-of-Service: B |
| 15 | Segment definition: BNSF St. Paul Subdivision from University to Seventh St., MN<br>Length/type: 11.4 miles of double-track CTC territory<br>Maximum authorized freight train speed: 50 MPH<br>Freight trains/day: 59, passenger trains/day: 0<br>Current Level-of-Service: C |
| 16 | Segment definition: BNSF St. Paul Subdivision from Seventh St. to Hoffman Ave., MN<br>Length/type: 0.9 miles of double-track CTC territory<br>Maximum authorized freight train speed: 50 MPH<br>Freight trains/day: 59, passenger trains/day: 0<br>Current Level-of-Service: C |
| 17 | Segment definition: BNSF St. Paul Subdivision from Hoffman Ave. to St. Croix, MN<br>Length/type: 17.9 miles of single-track CTC territory; directional running joint with CP Merriam |

Park and River subdivisions
Maximum authorized freight train speed: 50 MPH
Freight trains/day: 36, passenger trains/day: 1
Current Level-of-Service: E

**18** Segment definition: BNSF St. Croix Subdivision from St. Croix to Burns, MN
Length/type: 2.7 miles of double-track CTC territory
Maximum authorized freight train speed: 60 MPH
Freight trains/day: 51, passenger trains/day: 0
Current Level-of-Service: C

**19** Segment definition: BNSF St. Croix Subdivision from Burns to Prescott, WI
Length/type: 0.2 miles of single-track CTC territory
Maximum authorized freight train speed: 60 MPH
Freight trains/day: 51, passenger trains/day: 0
Current Level-of-Service: F

**20** Segment definition: BNSF Prosper Subdivision from Moorhead Jct. to South Moorhead, MN
Length/type: 1.7 miles of single-track ABS territory
Maximum authorized freight train speed: 49 MPH
Freight trains/day: 10, passenger trains/day: 0
Current Level-of-Service: B

**21** Segment definition: BNSF Moorhead Subdivision from South Moorhead, MN, to Wahpeton Jct., ND
Length/type: 41.3 miles of single-track ABS territory
Maximum authorized freight train speed: 60 MPH
Freight trains/day: 10, passenger trains/day: 0
Current Level-of-Service: B

**22** Segment definition: BNSF Moorhead Subdivision from Wahpeton Jct., ND, to CP 212, MN
Length/type: 4.5 miles of single-track CTC territory
Maximum authorized freight train speed: 60 MPH
Freight trains/day: 11, passenger trains/day: 0
Current Level-of-Service: B

**23** Segment definition: BNSF Morris Subdivision from CP 212 to Benson, MN
Length/type: 80.0 miles of single-track CTC territory
Maximum authorized freight train speed: 40 MPH
Freight trains/day: 11, passenger trains/day: 0
Current Level-of-Service: B

**24** Segment definition: BNSF Morris Subdivision from Benson to CP 105, MN
Length/type: 27.3 miles of single-track CTC territory
Maximum authorized freight train speed: 40 MPH
Freight trains/day: 20, passenger trains/day: 0
Current Level-of-Service: C

**25** Segment definition: BNSF Morris Subdivision from CP 105 to Sioux City Line Jct., MN
Length/type: 2.3 miles of double-track CTC territory
Maximum authorized freight train speed: 40 MPH
Freight trains/day: 20, passenger trains/day: 0
Current Level-of-Service: A

**26** Segment definition: BNSF Morris Subdivision from Sioux City Line Jct. to CP 98, MN
Length/type: 4.7 miles of double-track CTC territory
Maximum authorized freight train speed: 40 MPH
Freight trains/day: 17, passenger trains/day: 0
Current Level-of-Service: A

**27** Segment definition: BNSF Wayzata Subdivision from CP 98 to Wayzata, MN
Length/type: 73.7 miles of single-track CTC territory
Maximum authorized freight train speed: 40 MPH
Freight trains/day: 17, passenger trains/day: 0
Current Level-of-Service: B

**28** Segment definition: BNSF Wayzata Subdivision from Wayzata to Harrison St., MN

| | |
|---|---|
| | Length/type: 14.6 miles of single-track ABS territory<br>Maximum authorized freight train speed: 40 MPH<br>Freight trains/day: 17, passenger trains/day: 0<br>Current Level-of-Service: C |
| 29 | Segment definition: BNSF Wayzata Subdivision from Harrison St. to Minneapolis Jct., MN<br>Length/type: 0.2 miles of single-track CTC territory<br>Maximum authorized freight train speed: 40 MPH<br>Freight trains/day: 20, passenger trains/day: 12<br>Current Level-of-Service: E |
| 30 | Segment definition: BNSF Marshall Subdivision from Sioux City Line Jct., MN, to Alvord, IA<br>Length/type: 158.0 miles of single-track TWC territory<br>Maximum authorized freight train speed: 49 MPH<br>Freight trains/day: 13, passenger trains/day: 0<br>Current Level-of-Service: C |
| 31 | Segment definition: BNSF Appleton Subdivision from Benson to Appleton, MN<br>Length/type: 22.1 miles of single-track TWC territory<br>Maximum authorized freight train speed: 40 MPH<br>Freight trains/day: 9, passenger trains/day: 0<br>Current Level-of-Service: C |
| 32 | Segment definition: BNSF Appleton Subdivision from Appleton, MN, to Big Stone, ND<br>Length/type: 23.9 miles of single-track ABS territory<br>Maximum authorized freight train speed: 40 MPH<br>Freight trains/day: 9, passenger trains/day: 0<br>Current Level-of-Service: B |
| **Route Segments for CP** | |
| 33 | Segment definition: CP Elbow Lake Subdivision from Fairmount, ND, to Glenwood, MN<br>Length/type: 71.1 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 12, passenger trains/day: 0<br>Current Level-of-Service: B |
| 34 | Segment definition: CP Paynesville Subdivision from Glenwood to University, MN<br>Length/type: 120.3 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 20, passenger trains/day: 0<br>Current Level-of-Service: C |
| 35 | Segment definition: CP Merriam Park Subdivision from Hoffman Ave. to St. Paul Yard, MN<br>Length/type: 1.5 miles of single-track CTC territory; directional running joint with BNSF St. Croix Subdivision<br>Maximum authorized freight train speed: 50 MPH<br>Freight trains/day: 41, passenger trains/day: 1<br>Current Level-of-Service: E |
| 36 | Segment definition: CP River Subdivision from St. Paul Yard to St. Croix, MN<br>Length/type: 15.3 miles of single-track CTC territory; directional running joint with BNSF St. Croix Subdivision<br>Maximum authorized freight train speed: 50 MPH<br>Freight trains/day: 41, passenger trains/day: 1<br>Current Level-of-Service: E |
| 37 | Segment definition: CP River Subdivision from St. Croix to Hastings, MN<br>Length/type: 1.0 mile of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 26, passenger trains/day: 2<br>Current Level-of-Service: D |
| 38 | Segment definition: CP River Subdivision from Hastings to Vermillion, MN<br>Length/type: 5.2 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 26, passenger trains/day: 2 |

| | |
|---|---|
| | Current Level-of-Service: B |
| **39** | Segment definition: CP River Subdivision from Vermillion to River Jct. West, MN<br>Length/type: 97.9 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 26, passenger trains/day: 2<br>Current Level-of-Service: D |
| **40** | Segment definition: CP Marquette Subdivision from River Jct. West. MN, to New Albin, IA<br>Length/type: 22.7 miles of single-track TWC territory<br>Maximum authorized freight train speed: 49 MPH<br>Freight trains/day: 4, passenger trains/day: 0<br>Current Level-of-Service: A |

**Exhibit 15: Minnesota Portion of BNSF and CP Routes from North Dakota to Chicago, IL[33]**

Not to scale and not all rail lines shown



34.     Notably, under the Minnesota scenario, a significant portion of the crude oil displaced by a shutdown of DAPL could cross the Missouri River at Mobridge, South Dakota. If DAPL were shut down, it would most likely be necessary to reopen loading facilities in the Bakken region not currently in use in order to transfer higher volumes of crude oil onto rail. One such facility that is especially capable of handling such higher volumes is the Enserco load-out facility in Gascoyne, North Dakota, which has the capacity to load 65,000 bpd. This facility could be an important link

---

[33] Oliver Wyman analysis.

to rail access under a DAPL shutdown scenario, because it would allow crude oil to be placed on the BNSF line passing through northern South Dakota. This line is the only viable route to transport crude oil from the southwestern Bakken region through South Dakota to link up with the lines in Minnesota that reach the Chicago area, and loading crude oil onto it would prevent having to transport oil from the southwestern Bakken region a longer distance to reach the rails. This line crosses the Missouri River at Mobridge, South Dakota. Thus, if the Enserco facility were reopened, up to 65,000 bpd of Bakken crude oil could travel along the BNSF line passing through Mobridge.

35.    Using the methodology provided in the AAR Capacity Study, the level-of-service ("LOS") can be calculated to determine how congested a particular line or line segment may be. (LOS is determined by dividing the volume of trains on a line by the line's practical capacity).[34] The LOS or level of congestion is expressed by a letter, from A to F, as shown in Exhibit 16.[35] An LOS of D, E, or F means that a line is becoming too congested; that is, there are too many trains running on the line compared to available capacity, which could result in slowdowns and service failures. Such congestion indicates that the line needs capital investment to expand capacity, or it may be necessary to reduce the number of trains if service impacts become too severe.

---

[34] Assoc. of Am. Railroads, *National Rail Freight Infrastructure Capacity and Investment Study* 4-9 (September 2007) (hereinafter, "AAR Capacity Study"), http://www.coaltrainfacts.org/docs/natl_freight_capacity_study.pdf.
[35] *Minnesota Comprehensive Statewide Freight and Passenger Rail Plan*, *supra* note 32, at 4-5 (Figure 4.2).

**Exhibit 16: Rail Line Level-of-Service Definitions[36]**

| Level-Of-Service Grade | Theoretical Capacity Boundary |
|---|---|
| **F: volume exceeds capacity (V/C > 1.0)** | • Unstable flows with a breakdown in service conditions |
| | **Practical Capacity Boundary (C in V/C calculation)** |
| **E: volume at capacity (V/C = 0.8 to 1.0)** | • Very heavy train flows with very limited capacity for unplanned maintenance and incident recovery |
| **D: volume near capacity (V/C = 0.7 to 0.8)** | • Heavy train flows, moderate capacity for maintenance and incident recovery |
| | **Target Level-of-Service** |
| **C: volume below capacity (V/C = 0.4 to 0.7)** **B: volume below capacity (V/C = 0.2 to 0.4)** **A: volume below capacity (V/C = 0.0 to 0.2)** | • Low to moderate train flows, good capacity for maintenance and incident recovery |

36.     LOS is an intuitive way to describe the relationship between the number of trains and train delay. As shown in Exhibit 17, as more trains are added to a rail line, the average delay for all trains increases. Curves linking average delay and number of trains are specific to the track characteristics and traffic mix. The curve below is for a single-track line with CTC signaling.

---

[36] AAR Capacity Study 4-8 (September 2007).

**Exhibit 17: Example of Average Hours of Train Delay vs. Number of Trains[37]**
For 100 miles of single track, CTC, and two types of trains (assume merchandise and intermodal)



37.     Exhibits 18 shows the estimated level of service on the Minnesota portion of the BNSF preferred line from North Dakota to Chicago for the current traffic volumes, a scenario where 29 percent of the DAPL 570,000 bpd are added to the line, with six trains (three loaded and three empty), and a scenario where 43 percent of the DAPL 570,000 bpd are added to the line, with eight trains (four loaded and four empty).

---

[37] Krueger, Harald, *Parametric Modeling in Rail Capacity Planning, Proceedings of the 1999 Winter Simulation Conference* (1999), available at: https://dl.acm.org/doi/pdf/10.1145/324898.325036; Prokopy & Rubin, *supra* note 22, at vi.; AAR Capacity Study; Oliver Wyman analysis.

**Exhibit 18: Projected Level-of-Service for BNSF Rail Lines in Minnesota with Movement of Bakken Crude Oil to Chicago, IL[38]**



38.     As can be seen in Exhibit 18, an estimated 79 percent of the BNSF route-miles in Minnesota that would be used to transport the crude oil moved by DAPL are currently operating at an LOS of A, B or C (green), which means there is sufficient capacity to handle traffic for other shippers. However, if 29 percent of DAPL's volume is moved over these lines, then only 26 percent of the miles will continue at an LOS A, B, or C, while 74 percent will be at near capacity (yellow), at capacity (orange), or over capacity (red). If 43 percent of DAPL's volume switches to the BNSF route, the amount of track operating over capacity increases from 25.5 to 43.4 miles. Exhibit 19 shows the specific capacity changes that would occur in each line segment along the BNSF line from Fargo to Prescott in Minnesota.

---

[38] Oliver Wyman analysis.

**Exhibit 19: Projected Level-of-Service for BNSF Rail Lines in Minnesota at Current Volume, and with 6 and 8 Additional CBR Trains/Day from Bakken to Chicago [39]**

Not to scale



[39] Oliver Wyman analysis.

39.     Exhibit 19 shows how adding crude oil displaced by a shutdown of DAPL would overwhelm already congested segments. If 43 percent of the volume currently moving on DAPL were added to the BNSF route, the LOS on the Hoffman Avenue to St. Croix line segment would deteriorate from its current rating of E (orange), which indicates that the line is at capacity and there is very limited buffer capacity for unplanned maintenance and incident recovery, to F (red), which indicates that the line is overwhelmed and service disruptions will occur.

40.     Further, the 102-mile segment from East Dilworth to Staples in Exhibit 19 shows how adding trains also would cause deterioration of line segments that currently have sufficient capacity. This segment currently supports an estimated 56 freight and two passenger trains each day. With a practical capacity estimated at 86 trains per day, this line is supporting these 58 trains at LOS C (green). If 29 percent of the volume currently moving on DAPL was shifted to this line, there would be 64 daily trains, and the LOS would deteriorate to D (yellow), indicating the line is near capacity and there is only moderate buffer capacity for maintenance and incident recovery.

41.     In addition, currently congested sections of the route become worse bottlenecks that can slow down traffic across the entire the route. For example, a number of congested areas that would worsen with additional volume are single-track bridges with double-track approaches or line segments with already heavy train volumes (including passenger trains). Exhibit 20 highlights selected bottlenecks on the BNSF route in Minnesota.

**Exhibit 20: Example Bottlenecks for BNSF Rail Lines in Minnesota[40]**
Not to scale; shown on capacity route map for 8 additional CBR trains/day



*St. Croix River Bridge on BNSF*

42.    Exhibit 21 shows the estimated level of service on the Minnesota portion of the CP preferred line from North Dakota to Chicago for the current traffic volumes, a scenario where 29 percent of DAPL's volume is added to the line in six trains (three loaded and three empty), and a scenario where 43 percent of DAPL's volume is added to the CP line in eight trains (four loaded and four empty).

43.    As can be seen in Exhibit 21, five percent of the CP route-miles in Minnesota that would be used to transport the crude oil moved by DAPL are currently operating at LOS E (orange), which means they are *already* at capacity and have limited ability to recover from unplanned events. However, if 29 percent of DAPL's volume was moved over these lines, then 33 percent

---

[40] Oliver Wyman analysis. Photo: © Tony Webster, licensed under a Creative Commons CC BY-SA 2.0 Attribution-ShareAlike 2.0 Generic license.

would be at capacity. If 43 percent of DAPL's volume was switched to the CP route, then 13

percent of line segments would be operated at LOS F (red), which means the volume of trains

exceeds the practical capacity of the rail line. The specific changes in capacity for line segments

are shown in Exhibit 22, while Exhibit 23 highlights selected bottlenecks on this route.

**Exhibit 21: Projected Level-of-Service for CP Rail Lines in Minnesota with Movement of Bakken Crude Oil to Chicago, IL[41]**



Number of Additional CBR Trains Added to the CP Route

---

[41] Oliver Wyman analysis.

**Exhibit 22: Projected Level-of-Service for CP Rail Lines in Minnesota at Current Volume, and with 6 and 8 Additional CBR Trains/Day from Bakken to Chicago** [42]

Not to scale



**Exhibit 23: Example Bottlenecks for CP Rail Line in Minnesota**[43]
Not to scale; shown on capacity route map for 8 additional CBR trains/day



CP train between Vermillion and River Jct.

## 2. Westbound analysis (Montana example)

44.    I also have prepared an analysis of the westward movement of displaced DAPL volume, which would significantly increasing the volume of crude oil moving west and would likely cause congestion on western rail routes.

45.    Under the westbound scenario, rail would move crude oil to the Seattle/Tacoma area for distribution to refineries or export. Exhibit 24 shows the assumptions used to develop the westbound scenario.

---

[43] Oliver Wyman analysis. Photo: © Jerry Huddleston, licensed under a Creative Commons Attribution 2.0 Generic (CC BY 2.0) license.

**Exhibit 24: Assumptions for Rail Movement Scenarios: Westbound**

| Movement direction: Westbound | Two scenarios analyzed |
| --- | --- |
| **Class I railroad option: BNSF** | • 29 percent of 570K bpd moves in six trains (three loaded, three empty) on BNSF to Seattle for distribution and/or export<br>• 43 percent of 570K bpd moves in eight trains (four loaded, four empty) on BNSF to Seattle for distribution and/or export |

46.     Detailed descriptions of the lines used by BNSF through Montana are described in Exhibit 25 and illustrated in Exhibit 26. Each line segment description includes a definition, length, signal type, speed limit, existing freight and passenger trains per day, and current level of service ("LOS")—i.e., a measure of the amount of congestion on the line segment.

**Exhibit 25: BNSF Likely Rail Routes for Crude Oil Through Montana: Route Segments[44]**
Current level-of-service is estimated by Oliver Wyman based on AAR Capacity Study methodology. LOS is not reported by the railroads.

| Route Segments | |
| --- | --- |
| 1 | Segment definition: BNSF Glasgow Subdivision from Trenton, ND to Snowden, MT<br>Length/type: 14.0 miles of single-track CTC territory<br>Maximum authorized freight train speed: 70 MPH<br>Freight trains/day: 18, passenger trains/day: 2<br>Current Level-of-Service: C |
| 2 | Segment definition: BNSF Glasgow Subdivision from Snowden, MT to Glasgow, MT<br>Length/type: 130.3 miles of single-track CTC territory<br>Maximum authorized freight train speed: 70 MPH<br>Freight trains/day: 18, passenger trains/day: 2<br>Current Level-of-Service: C |
| 3 | Segment definition: BNSF Milk River Subdivision from Glasgow, MT to CP Havre East, MT |

---

[44] Freight trains per day from the Federal Railroad Administration, Grade Crossing Inventory Database, *available at:* https://safetydata.fra.dot.gov/OfficeofSafety/publicsite/DownloadCrossingInventoryData.aspx; Route descriptions from Google Earth, https://www.google.com/earth/ (last visited Apr. 28, 2020); BNSF Railway, Montana Division Timetable #7 (Dec. 19, 2007), *available at*: http://www.multimodalways.org/docs/railroads/companies/BNSF/BNSF%20ETTs/BNSF%20Montana%20Div%20ETT%20%237%2012-19-2007.pdf; BNSF Railway, Montana Division Timetable No. 4 (Jan. 20, 2002), *available at* http://fobnr.org/bnsf-timetables-phase-4/; *BNSF plans $180 million capital program in Montana for 2016*, BSNF Railway (Mar. 2, 2016), https://www.bnsf.com/news-media/go/doc/7090/2793810/BNSF-plans-180-million-capital-program-in-Montana-for-2016.html; Level of Service calculated by Oliver Wyman using the methodology in the AAR Capacity Study; distances calculated by Oliver Wyman from Oak Ridge National Laboratories railroad network data.

| | |
|---|---|
| | Length/type: 149.1 miles of single-track CTC territory<br>Maximum authorized freight train speed: 70 MPH<br>Freight trains/day: 18, passenger trains/day: 2<br>Current Level-of-Service: C |
| 4 | Segment definition: BNSF Milk River Subdivision from CP Havre East, MT to CP Pacific Jct., MT<br>Length/type: 7.5 miles of double-track CTC territory<br>Maximum authorized freight train speed: 70 MPH<br>Freight trains/day: 20, passenger trains/day: 2<br>Current Level-of-Service: B |
| 5 | Segment definition: BNSF Hi Line Subdivision from CP Pacific Jct., MT to Gilford East, MT<br>Length/type: 24.0 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 20, passenger trains/day: 2<br>Current Level-of-Service: C |
| 6 | Segment definition: BNSF Hi Line Subdivision from Gilford East, MT to Joplin, MT<br>Length/type: 23.1 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 22, passenger trains/day: 2<br>Current Level-of-Service: B |
| 7 | Segment definition: BNSF Hi Line Subdivision from Joplin, MT to Shelby, MT<br>Length/type: 54.2 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 24, passenger trains/day: 2<br>Current Level-of-Service: D |
| 8 | Segment definition: BNSF Hi Line Subdivision from Shelby, MT to CP Cut Bank Center, MT<br>Length/type: 24.8 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 26, passenger trains/day: 2<br>Current Level-of-Service: B |
| 9 | Segment definition: BNSF Hi Line Subdivision from CP Cut Bank Center, MT to CP Cut Bank, MT<br>Length/type: 0.3 miles of single-track CTC territory<br>Maximum authorized freight train speed: 45 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: E |
| 10 | Segment definition: BNSF Hi Line Subdivision from CP Cut Bank, MT to Blackfoot, MT<br>Length/type: 25.2 miles of double-track CTC territory<br>Maximum authorized freight train speed: 50 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: B |
| 11 | Segment definition: BNSF Hi Line Subdivision from Blackfoot, MT to Spotted Robe, MT<br>Length/type: 15.2 miles of single-track CTC territory<br>Maximum authorized freight train speed: 50 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: E |
| 12 | Segment definition: BNSF Hi Line Subdivision from Spotted Robe, MT to Grizzly, MT<br>Length/type: 4.3 miles of double-track CTC territory<br>Maximum authorized freight train speed: 50 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: B |
| 13 | Segment definition: BNSF Hi Line Subdivision from Grizzly, MT to Summit, MT<br>Length/type: 13.6 miles of single-track CTC territory<br>Maximum authorized freight train speed: 45 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: E |
| 14 | Segment definition: BNSF Hi Line Subdivision from Summit, MT to Java East, MT<br>Length/type: 14.3 miles of double-track CTC territory |

| | |
|---|---|
| | Maximum authorized freight train speed: 35 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: B |
| 15 | Segment definition: BNSF Hi Line Subdivision from Java East, MT to Java West, MT<br>Length/type: 0.9 miles of single-track CTC territory<br>Maximum authorized freight train speed: 25 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: E |
| 16 | Segment definition: BNSF Hi Line Subdivision from Java West, MT to Pinnacle, MT<br>Length/type: 7.1 miles of double-track CTC territory<br>Maximum authorized freight train speed: 25 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: B |
| 17 | Segment definition: BNSF Hi Line Subdivision from Pinnacle, MT to Paola, MT<br>Length/type: 4.3 miles of single-track CTC territory<br>Maximum authorized freight train speed: 40 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: E |
| 18 | Segment definition: BNSF Hi Line Subdivision from Paola, MT to Nyack, MT<br>Length/type: 10.4 miles of double-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: B |
| 19 | Segment definition: BNSF Hi Line Subdivision from Nayak, MT to Conkelley, MT<br>Length/type: 19.9 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: E |
| 20 | Segment definition: BNSF Hi Line Subdivision from Conkelley, MT to Whitefish, MT<br>Length/type: 8.9 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 28, passenger trains/day: 2<br>Current Level-of-Service: B |
| 21 | Segment definition: BNSF Kootenai River Subdivision from Whitefish, MT to CP W. Whitefish, MT<br>Length/type: 2.4 miles of double-track CTC territory<br>Maximum authorized freight train speed: 20 MPH<br>Freight trains/day: 24, passenger trains/day: 2<br>Current Level-of-Service: B |
| 22 | Segment definition: BNSF Kootenai River Subdivision from CP W. Whitefish, MT to Katka, ID<br>Length/type: 141.3 miles of single-track CTC territory<br>Maximum authorized freight train speed: 60 MPH<br>Freight trains/day: 22, passenger trains/day: 2<br>Current Level-of-Service: C |

**Exhibit 26: Montana Portion of BNSF Routes from North Dakota to Seattle, WA[45]**
Not to scale and not all rail lines shown



47.     If DAPL were shut down and 29 to 43 percent of its volume was moved west, this could cause substantial congestion on the main western lines. Exhibits 27-29 show the projected impacts of additional crude oil trains on the BNSF Northern Tier route through Montana, which is the primary rail line connecting the Pacific Northwest to Chicago and eastern locations. This line traverses the Rocky Mountains through Glacier National Park and has several single-track bridges and tunnels that limit capacity.

48.     As can be seen in Exhibit 27, an estimated 84 percent of the BNSF route-miles in Montana that would be used to transport DAPL's volume are currently operating at an LOS of A, B or C (green), which means there is sufficient capacity to handle traffic for other shippers. However, if 29 percent of DAPL's volume was moved over these lines, then only 60 percent of the miles would

---

[45] Oliver Wyman analysis.

continue at an LOS A, B, or C, while 40 percent would be near capacity (yellow) or at capacity (orange). If 43 percent of DAPL's volume was to move on the BNSF route, the amount of track operating at capacity (orange) would increase from 54 miles currently to 250 miles. The specific changes in capacity for line segments are shown in Exhibit 28.

**Exhibit 27: Projected Level-of-Service for BNSF Rail Lines in Montana with Movement of Bakken Crude Oil to Seattle, WA[46]**



[46] Oliver Wyman analysis.

**Exhibit 28: Projected Level-of-Service for BNSF Rail Lines in Montana at Current Volume, and with 6 and 8 Additional CBR Trains/Day from Bakken to Seattle[47]**

Not to scale



---

[47] Oliver Wyman analysis.

49.     As with the eastbound/southbound scenario, under the westbound scenario, multiple segments of the line would deteriorate from having sufficient capacity to operating near capacity. For example, the 141-mile segment from CP W. Whitefish, Montana to Katka, Idaho currently supports an estimated 22 freight and two passenger trains each day. With a practical capacity estimated at 37 trains per day, this line is supporting these 24 trains at LOS C (green). If 29 percent of DAPL's volume was shifted to this line in six trains, there would be 30 daily trains, and the LOS would deteriorate to D (yellow). If 43 percent of DAPL's volume was added to the BNSF route, then there would be an increase of eight daily trains to 32 and the LOS would deteriorate to E (orange). Moreover, currently congested sections of the route would become worse bottlenecks that could slow down traffic across the entire the route, as shown in Exhibit 29.

**Exhibit 29: Example Bottlenecks for CP Rail Line in Minnesota[48]**
Not to scale; shown on capacity route map for 8 additional CBR trains/day



[48] Oliver Wyman analysis. Photo: © Jerry Huddleston, licensed under a Creative Commons Attribution 2.0 Generic (CC BY 2.0) license.

## III. Economic Impacts of Moving DAPL's Volume to Rail

50.     An immediate increase in the volumes of crude oil transported by rail as a result of a shutdown of DAPL would impact many other industries using these lines. It is highly unlikely the railroads could add capacity fast enough or even at all, given the uncertainty of the period of demand that would be caused by taking DAPL offline.

## A. The Region's Economy Is Dependent on Rail[49]

51.     The rail network of Montana, North Dakota, Minnesota, Wisconsin, and Illinois is of vital importance in many ways, including, for example, extending the reach of regional industries and helping alleviate congestion on state roadways. For instance, Minnesota's Statewide Rail Plan highlights the importance of rail transportation to the state's economy:

> "Minnesota's railroads form a critical part of the State's multimodal transportation system. Many of the State's major industries rely on the rail system for efficient delivery of goods. The rail system is particularly critical in providing efficient connections to markets beyond the State's borders, throughout North America, and to the world through the seaports on the Pacific and Atlantic coasts, and the Great Lakes."[50]

52.     Railroads originate $125 billion in goods in the region, bringing raw materials into the region's factories and hauling finished products to markets throughout North America and to seaports for delivery to international markets.[51] The railroads also are the primary source of

---

[49] "Region" is defined in this section as MT, ND, MN, WI, and IL—the states through which rail-hauled DAPL volume would pass on rail lines west of Chicago/Patoka and east of Seattle, WA.

[50] *Minnesota Comprehensive Statewide Freight and Passenger Rail Plan*, *supra* note 32, at 1-2.

[51] Based on data extracted from the US DOT Freight Analysis Framework, Ver 4, Release 5.1, U.S. Dep't of Transp., available at https://faf.ornl.gov/fafweb/ (last modified Dec. 17, 2019).

transportation for moving the region's bulk products, such as grain, crude oil, and ores. For example, agricultural products in aggregate represent 42 percent of rail loadings, with cereal grains accounting for nearly 24 percent of rail tonnage originating in the region in 2018.[52] The states of Illinois, Minnesota, North Dakota, Wisconsin, and Montana rank 1, 5, 8, 11, and 15, respectively in the United States for transported grain originations (all modes), accounting for 29 percent of all domestic originations in the United States.[53] Exhibit 30 provides an overview of the major rail-hauled commodities that originate in the region in terms of the value and tonnage of goods.

**Exhibit 30: Primary Rail Commodity Groups Originating in the Region (MT, ND, MN, WI, IL)[54]**
Percent of total value and tons, top 10 commodities by value of goods



53.    Agricultural shippers in the region are highly dependent on rail transportation, as there are

---

[52] *Id.* "Agricultural products" include cereal grains, fertilizer, other agricultural products and foodstuffs, animal feed, and milled grain products. "Cereal grains" include corn, barley, wheat, sorghum, and oats.
[53] *Id.*
[54] *Id.*

few alternatives for low-value, bulk commodities in rural areas that are distant from water transportation and markets. Grain and oilseed shippers in Montana and North Dakota, for example, are distant from inland waterways, making hauling product long distances to markets and ports by truck cost prohibitive, yet there is limited local demand for this product.

54.     The railways deliver a variety of products to the region as well. For rail trips that end in the region, coal is the highest-volume commodity, accounting for nearly 31 percent of tonnage, but many different commodity groups arrive on trains. Exhibit 31 provides an overview of the major rail-hauled commodities terminating in the region in terms of the value and tonnage of goods.

**Exhibit 31: Primary Rail Commodity Groups Terminating in the Region (MT, ND, MN, WI, IL)[55]**
Percent of total value and tons, top 10 commodities by value of goods



[55] US DOT Freight Analysis Framework Version 3.5, U.S. Dep't of Transp.,
https://ops.fhwa.dot.gov/freight/freight_analysis/faf/ (last modified Oct. 4, 2019). Note that the

55.    Agricultural businesses in the region in particular require highly reliable and, at times, "on demand" rail freight service, as time-to-market and the ability to move perishable product to meet price "windows" is crucial to the region's competitiveness as an agricultural supplier to both domestic and export markets. Added competition with crude oil on rail lines that are already near or above capacity is likely to reduce the effectiveness of this and other sectors of the regional economy, in terms of delivering product on demand to high-value markets. When coupled with external factors, such as harsh winters and flooding, which are commonplace in the region and capable of further disrupting rail service, congested railways can heavily impact markets and the public.

56.    Rail service in the region impacts not only local shippers and receivers of freight, but potentially many other shippers that move their goods through the region. Rail capacity is shared with local and pass-through (overhead) freight. For example, over $2 billion of freight is moved by rail between more eastern states and Montana by way of Minnesota rail corridors. Exhibit 32 below details commodity mix, tonnage, and value of goods of Montana shippers and receivers that rely on Minnesota rail infrastructure for efficient and timely shipments.

---

US DOT Freight Analysis Framework contained no crude oil terminations by rail in MN; crude oil only crosses the state by rail.

**Exhibit 32: Primary Rail Commodity Groups To/From Montana via Minnesota[56]**
Montana originations (left) and terminations (right). Showing percent of total value and tons, top 10 commodities by value of goods



57.    Eastbound freight originating in Montana includes primarily coal (95 percent by tonnage), as well as agricultural and mineral products. Westbound freight terminating in Montana includes primarily fuel oils and fertilizer for local agriculture. In 2014 and most likely with 29 to 43 percent of DAPL's volume, congestion and service deterioration on the eastern end of the US Northern Tier would impact a wide range of commodities and Montana economic activity. In addition, essential westbound shipments of export agricultural and other products would be impacted by a loss of car supply. Exhibit 33 details the commodity mix, tonnage, and value of goods of Montana rail shippers and receivers to and from Oregon and Washington state to the west.

---

[56] US DOT Freight Analysis Framework, Ver 4, Release 5.1, U.S. Dep't of Transp., available at https://faf.ornl.gov/fafweb/ (last modified Dec. 17, 2019). Originating or terminating states included in commodity statistics include Connecticut, Delaware, Washington DC, Florida, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia and Wisconsin.

**Exhibit 33: Primary Rail Commodity Groups between Montana and OR and WA[57]**

Montana originations (left) and terminations (right). Showing percent of total value and tons, top 10 commodities by value of goods



58.    Unlike pipelines, which only carry a few commodities (e.g., fuel, diluent), the rail system carries hundreds of different commodities and serves the needs of a wide range of US shippers and industries. In 2018, this rail network transported goods impacting nearly every US industry, as shown in Exhibit 34.

**Exhibit 34: Top Commodities Carried by US Freight Railroads in 2018[58]**

| Commodity group | Million carloads |
|---|---|
| Intermodal containers and trailers | 14.5 (units) |
| Coal | 4.4 |
| Chemicals, plastics, fertilizers | 2.4 |
| Motor vehicles and parts | 1.8 |
| Grain and other farm products | 1.6 |
| Agricultural and food products | 1.6 |
| Sand, stone, and gravel | 1.5 |
| Paper and lumber | 1.2 |

59.    As noted previously, if the alternative to moving DAPL's volume is rail, this additional rail

---

[57] *Id.*
[58] *Overview of America's Freight Railroads*, AAR (June 2019), https://www.aar.org/wp-content/uploads/2018/08/Overview-of-Americas-Freight-RRs.pdf.

traffic would traverse the region over primary corridors, many of which carry high densities of rail freight for shippers of other commodities. As discussed in the next section, the addition of trains could create congestion on regional rail lines equal to or greater than that experienced during the last peak in rail shipments of crude oil in 2014, which would heavily impact other industries using these lines.

## B.   Sudden Increases in Rail Volume Can Cause Congestion, Impacting Other Users of Rail Services

60.     The collapse of rail freight service in the region in 2014 negatively affected a wide array of markets and individuals. These disruptions are a perfect case study of the potential rail-related economic impacts of shutting down DAPL, because such a shutdown would create the same or worse conditions that led to the 2014 congestion.

61.     The following paragraphs, derived from testimony at hearings before the STB in 2014 on rail service issues and other reports at the time, summarize some of the impacts attributed to the high volumes of crude oil being shipped by rail at the time.

### 1. Cereal crops and grain transport service were heavily disrupted by the 2014 CBR volume run up

62.     Farmers were particularly adversely impacted by the 2014 CBR volume run up. The US Department of Agriculture ("USDA") summarized the effects as follows:

> "Increased demand to ship coal, oil, intermodal containers, sand, gravel, and a combined record harvest of corn, soybeans, and wheat in the United States put added demands on the rail network. Consequently rail service delays occurred in the Upper Midwest across a number of States…The farmers in that region have limited local markets for their products, less access to barge or other transportation alternatives, and more limited crop storage relative to the recent expansion of corn production. Rail service available to grain shippers in those States lagged far behind shippers' demand to move the record grain harvest… Crop prices in those States

were driven lower due to the extra costs of transportation and storage. Finally, the winter of 2014 was particularly harsh with cold temperatures often requiring rail operators to cut train lengths by as much as 50 percent, directly limiting the availability of rail services."[59]

63.     **Substantial, confirmed delays for grain trains.** The USDA reported that BNSF grain train speeds decreased by 15 percent in February 2014.[60] During January, grain unit trains from Minnesota to the Pacific Northwest were taking up to 22 days, compared to a normal transit time of 12 days.[61] Grain carloads for 2013-2014 (October through March) were reported to be running about 42,000 carloads behind the 2009-2010 harvest and about 110,000 carloads behind the 2007-2008 harvest (both record harvests).[62] The executive director of the Minnesota Grain and Feed Association blamed crude oil shipments for increasing congestion in regional rail yards (such as St. Paul and Chicago), further delaying grain trains.[63]

64.     **Hundreds of millions in monetary losses due to delays.** In May 2014, US senators representing Minnesota, North Dakota, and South Dakota asked regulators to "push the railroad companies to step up grain shipments," noting that if the situation did not improve, "some farmers faced financial hardship due to their inability to market their crops."[64] A study by North Dakota

---

[59] U.S. Dep't of Agric., *Rail Service Challenges in the Upper Midwest: Implications for Agricultural Sectors* 3 (Jan. 2015),
https://www.usda.gov/oce/economics/papers/Rail_Service_Challenges_in_the_Upper_Midwest.pdf.

[60] Comments of the U.S. Department of Agriculture at 3, *United States Rail Service Issues*, Ex Parte No. 724-0, Doc. No. 235838 (Surface Transp. Bd. Apr. 10, 2014).

[61] *Id.*

[62] *Id.*

[63] Tom Meersman, *Grain shipments still on hold as railroads struggle to keep up*," Star Tribune (July 3, 2014), https://www.startribune.com/grain-shipments-still-on-hold-as-railroads-struggle-to-keep-up/265773581/.

[64] Jacob Bunge, *Where's the Fertilizer? Some Farmers Grow Worried*, *Wall Street J.* (May 13, 2014), https://www.wsj.com/articles/wheres-the-fertilizer-farmers-grow-worried-1400023741.

State University estimated that rail service problems in the state cost farmers $66.6 million in lost revenue during January-April 2014, while a similar study by the Minnesota Department of Agriculture estimated that Minnesota corn, soybean and wheat growers lost nearly $100 million in revenue.[65]

65.     Even large food and agribusiness companies in the region were impacted. For example, in March 2014, General Mills reported that "disruptions in plant operations and logistics, including rail, resulted in a loss of 62 days of production in the quarter ending in February"; while in August 2014, "agribusiness giant Cargill reported a decline in earnings due in part to higher costs related to railcar shortages."[66]

66.     Overall, the USDA estimated that transport costs incurred by grain and oilseed producers in MN, ND, MT, and SD, as an example, for January 1 to November 30, 2014, were "above what would be expected from regular seasonal increases" and "could be as much as 3 percent of cash receipts, or about $570 million."[67]

67.     **Lost buyers and lost contracts.** Bill Gordon, Minnesota Soybean Association President, related to the STB during an April 2014 hearing that Chinese buyers, who purchase a large percentage of US soybeans, had turned to South American producers because US farmers were not getting their crops to market.[68] Wheaton-Dumont Elevator, one of the largest shippers of agricultural products in the area, reported having to buy back some of its contracts because of a lack of railcars arriving on time, cutting outgoing shipments from 600 a month to 300-400 a

---

[65] *Agriculture bracing*, *supra* note 24.
[66] *Id.*
[67] *Rail Service Challenges*, *supra* note 59, at 3.
[68] Jim Spencer, *Rail Execs Deny Any Preference for Crude*, Star Tribune (Apr. 15, 2014), https://www.startribune.com/april-10-rail-execs-deny-any-preference-for-crude/254835671/.

month.[69]

68.     **Crippling increases in grain car prices and loss of competitiveness with foreign supply sources.** In a hearing before the STB in September 2014, "a wide range of witnesses" from the region testified that "If the carriers do not provide cars to ship wheat, corn, soybeans, and other commodities this fall, farmers and agribusiness risk losing billions of dollars and the US reputation as a reliable supplier of agricultural products will be tarnished."[70] An Iowa newspaper also noted in September 2014 that "Farmers and operators of ethanol plants and grain elevators have criticized the railroads for favoring the oil industry by siphoning off engines and crew to handle the boom in domestic production in North Dakota, leaving them to endure longer waits to move their cargo."[71]

69.     The USDA reported to the STB that the secondary railcar market for empty grain cars set new records in December through March of 2014, with shippers paying up to $6,000 per empty grain car delivery or approximately $1.65 per bushel. Exhibit 35 provides a look at the changes in secondary grain car auction markets during the 2013-2014 period. The USDA reported that secondary railcar market prices "became so high at times during 2013 and 2014 that they doubled the cost of shipping grain by rail on specific routes."[72] The USDA opined that these added costs could make US grain less competitive in world markets and reduce the amount of revenue earned by producers.[73]

---

[69] Karen Speidel, *Crude oil causes shipping delays*, Walpeton, ND-Breckenridge MN Daily News, May 19, 2014, at 1.

[70] Jerry Hagstrom, *It's Not Been Working on the Railroads*, NJ Daily Extra, Sept. 8, 2014, at 1.

[71] *Agriculture bracing, supra* note 24.

[72] *Rail Service Challenges, supra* note 59, at 19.

[73] Comments of the U.S. Department of Agriculture at 2, *United States Rail Service Issues*, Ex Parte No. 724-0, Doc. No. 235838 (Surface Transp. Bd. Apr. 10, 2014).

**Exhibit 35: Secondary Auction Market Grain Railcar Bids, 2005-2019[74]**

Monthly averages by train type



70.     According to the Montana Farmer's Union, BNSF's Montana Rail Equipment Summary of March 31, 2014 showed that the total number of non-shuttle covered hopper orders for Montana was 3,369 cars past due for an average of 28.3 days.[75] In a March 28, 2014 podcast, a BNSF representative reported that the railroad would have limited ability that season to pre-position cars in preparation for the winter wheat harvest, meaning that farmers would not have cars immediately available to ship grain.[76]

71.     **Grain storage shortages.** In May 2014, Reuters reported that farmers in a number of Northern Tier states "are holding the largest grain stocks in years after months of worsening delays

---

[74] Historical Secondary Auction Market Grain Railcar Bids, USDA data set, U.S. Dep't of Agric., https://agtransport.usda.gov/Rail/Historical-Secondary-Auction-Market-Grain-Railcar-/hhwj-j9ps (last visited Apr. 28, 2020).

[75] A "non-shuttle covered hopper" refers to railcars used to haul grain (covered hoppers), which are operating as individual cars rather than in large dedicated blocks of cars.

[76] Comment by Montana Farmers' Union at 1-2, *United States Rail Service Issues*, Ex Parte No. 724-0, Doc. No. 235844 (Surface Transp. Bd. Apr. 8, 2014).

that crippled the backbone of the US farm transportation system. Rail operators blame the snarled service on the coldest winter in decades and changing freight flows. Yet the delays are growing in some areas even as spring sets in, fueling renewed ire at oil companies that are increasingly competing for space on the same rails."[77] The STB even took the step of ordering the railroads serving the region to provide specific plans and schedules, with weekly updates, to ensure that all of the prior year's grain got shipped before the next harvest.[78]

72.    **Missing grain export windows and increased demurrage charges.** A grain ship (the *Federal Mattawa*) had to wait from May 19 to June 10, 2014 at the Port of Duluth for grain to arrive by train. This was reportedly symptomatic of shortages of grain at various terminals in the Twin Ports, the result of rail congestion and weather issues delaying grain cars.[79] According to the USDA, some grain shippers had reported either paying ocean vessel demurrage charges, estimated between $30,000 and $50,000 per day ($0.07 to $0.11 cents per bushel), or missing vessels that departed before the delayed grain shipments could be loaded.[80]

## 2. Coal transport service was also disrupted

73.    During the 2014 run up of CBR, the Western Coal Traffic League ("WCTL") submitted comments to the STB expressing concerns about rail's ability to deliver coal.[81] Rail service issues,

_____

[77] Karl Plume, *Analysis: Trains for grains scarce on the U.S. Plains,* Reuters News (May 14, 2014), https://www.reuters.com/article/uk-usa-farms-railroads-analysis/analysis-trains-for-grains-scarce-on-the-u-s-plains-idUKKBN0DU1VQ20140514.

[78] Meersman, *supra* note 63; *STB orders rail companies to deliver weekly reports on grain car delays*, AgWeek (June 23, 2014), http://www.agweek.com/event/article/id/23571.

[79] Mary Kennedy, *Trains Take Longer to Get to Destination and Back*, DTN Progressive Farmer, (June 13, 2014), https://www.dtnpf.com/agriculture/web/ag/blogs/market-matters-blog/blog-post/2014/06/13/trains-take-longer-get-destination.

[80] Comments of the U.S. Department of Agriculture at 3, *United States Rail Service Issues*, Ex Parte No. 724-0, Doc. No. 235838 (Surface Transp. Bd. Apr. 10, 2014).

[81] Comment by Western Coal Traffic League at 1, *United States Rail Service Issues*, Ex Parte No. 724-0, Doc. No. 235923 (Surface Transp. Bd. Mar. 13, 2014).

according to the WCTL, had led to low coal stockpiles, cost/price increases (to protect coal stockpiles and replace reduced coal-fired generation), and a lack of railroad-provided cars for shippers.[82]

74.     Senator Chuck Grassley reported to the STB in July 2014 that the Dairyland Power Cooperative "is running short on fuel because it can't get enough coal to its two facilities along the Mississippi River due to capacity issues with BNSF. The cooperative supplies electricity to Wisconsin, Minnesota, Iowa and Illinois."[83] At their April 2014 meeting, members of the Federal Energy Regulatory Commission ("FERC") also voiced their concern that "a tight rail system, events during the winter and increasing crude shipments on some lines" were disrupting coal deliveries to utilities in the upper Midwest.[84]

75.     Mines also were affected by the rail gridlock: "Congested rail lines have slowed shipments of Powder River Basin coal from Wyoming and Montana during the first quarter of 2014, dragging down the profit margins of several major companies that mine there. …The problems are particularly acute for mines along BNSF's northern route out of the Powder River Basin, and increased rail shipments for the Bakken oil boom in North Dakota and Montana also added to traffic."[85]

### 3. The 2014 congestion caused fertilizer shortages, resulting in millions in lost revenue

76.     Another concern expressed by the farming community was the need to ensure fertilizer

---

[82] *Id.* at 2.
[83] *Senators highlight coal, grain rail issues*, Am. Shipper (July 29, 2014), https://www.freightwaves.com/news/senators-highlight-coal-grain-rail-issues.
[84] Bobby McMahon, *FERC officials raise concerns over coal shipments in US Upper Midwest*, Platts, (Apr. 17, 2014), http://www.platts.com/latest-news/coal/washington/ferc-officials-raise-concerns-over-coal-shipments-21505390.
[85] *Rail line congestion slows coal shipments*, Northern Wyoming Daily News, May 22, 2014.

supplies are available in time for spring planting. In May 2014, for example, the *Wall Street Journal* reported that "The rail snarls have created a backlog in fertilizer supplies, raising fears that farmers…won't have adequate nutrients to sow corn, wheat, and barley."[86] Dave Andresen, who led a farmer's cooperative in South Dakota, reported that suppliers were having difficulties delivering product, and that without a quick improvement in rail service, only two-thirds of required product might be available.[87]

77.    In mid-April of 2014, the STB took the step of requiring the railroads serving the upper Midwest to report weekly for six weeks (through May 30) on their progress in delivering fertilizer to the region, to ensure the backlog was resolved. Mosaic, a Minneapolis-based company and one of largest fertilizer producers in the world, reported being "hundreds of thousands of tons behind" in spring fertilizer shipments at one point, and saw a 43 percent decline in first-quarter 2014 earnings.[88]

### 4. Many other commodities were impacted

78.    Several examples serve to illustrate how other commodities were impacted during the 2014 CBR volume run up, including ethanol, sugar, timber, and motor vehicles.

79.    Ethanol makers reported delays because they were unable to secure railcars for transport. This led in some cases to scaling back production and shutting down plants. One of the first ethanol plants in the region reported slow and unpredictable returns of its own railcars by the railroad through March.[89] Redfield Energy, LLC of South Dakota reported a $1 million loss in revenue due

---

[86] *Train Logjams Threaten to Stall Crops*, Wall Street J., May 14, 2014.
[87] Spencer, *supra* note 68.
[88] Bunge, *supra* note 64.
[89] David Shaffer, *Rail delays hurt energy and commodities*, Star Tribune (Mar. 21, 2014), http://www.startribune.com/business/251623281.html.

to rail transport issues.[90] American Crystal Sugar, a major cooperative, reported delays in the rail shipment of coal to sugar processing plants and in receiving railcars for sugar transport during the first quarter of the year.[91]

80.     Montana senators Jon Tester and John Walsh, in a letter to BNSF in May 2014, complained that "Monthlong shipping delays are having damaging consequences on Montana agriculture, timber and natural resource industries….Shipping delays have troubled the Northern Tier of the United States for months as Bakken oil traffic drives up freight demand and weather and construction slow rail travel."[92]

81.     Congestion problems also spread to the automotive manufacturing plants in Illinois, Indiana, Michigan, and Ohio: At a public hearing before the US Senate Commerce Committee in September 2014, Mr. Shane Karr, Vice President of Federal Government Affairs, Alliance of Automobile Manufacturers, testified that the rail industry service problems "caused an unprecedented disruption in the ability of auto manufacturers to deliver vehicles to their customers… auto manufacturers are spending tens of millions of dollars a month to find other means of moving stranded vehicles or to store them until rail service is available."[93]

### 5. The Chicago bottleneck

82.     Chicago is a critical interchange point for rail grain traffic and a major distribution center

---

[90] Bunge, *supra* note 64.
[91] Dan Gunderson, *Farmers, elevators fume at costly grain train delays; oil trains to blame?* MPR News (Mar. 26, 2014), http://www.mprnews.org/story/2014/03/26/business/train-delays.
[92] Tom Lutey, *Senators ask BNSF for better Montana service*, Billings Gazette (MT), May 3, 2014, at 1.
[93] Statement of the Alliance of Automobile Manufacturers, before the US Senate Committee on Commerce, Science, and Transportation, September 10, 2014, at 2-3. The AAM represents 12 car and light truck manufacturers, which account for approximately three out of every four new vehicles sold in the US each year.

for grain.[94] In the winter of 2014—as the April 2014 STB hearings made clear—rail capacity fell for "operations emanating both east and west" of Chicago, as the city became "a significant chokepoint."[95]

> "Chicago is the busiest rail hub in the United States, but for many years has been adversely affected by chronic rail congestion and long interchange times between railroads. Six of the seven largest railroads in the United States switch cargo in Chicago. More railroad tracks originate from Chicago than any other city in the United States. Roughly a quarter of all rail traffic passes through Chicago, including most cross-country traffic."[96]

83.    Chicago is also host to six tenant Amtrak routes and regional commuter rail, with growing demand for more passenger rail routes and higher train frequencies. Thus, perhaps the most critical change to Chicago as a rail hub in the past 100 years is that it is more congested and capacity-challenged than ever: "The 30-hour average wait time through the city is equivalent to the 30 hours it takes trains to go from Chicago to the East Coast, and only 18 hours less than the average train travel time between Los Angeles and Chicago."[97]

### 6. Passenger trains were delayed

84.    D. J. Stadtler, Vice President of Operations at Amtrak, described in testimony before the STB delays to Amtrak passenger trains reported in FY 2014. These included especially trains on the Empire Builder route, which runs from Seattle through Montana, North Dakota, and Minnesota en route to Chicago. Stadtler noted that the Empire Builder intercity rail service reaches an area

---

[94] *Rail Service Challenges*, *supra* note 59, at 14.
[95] *Id.* at 13.
[96] *Id.* at 14.
[97] Scott Beyer, *A Private Proposal to Solve Chicago's Freight Rail Bottleneck*, Forbes (Apr. 26, 2016), https://www.forbes.com/sites/scottbeyer/2016/04/26/a-private-proposal-to-solve-chicagos-freight-rail-bottleneck/#1e986a8b1ca8.

that does not have a parallel interstate highway system or intercity bus service, and limited essential air service. As of July 2014, Empire Builder trains had been on time only 21 percent of the time in the previous 12 months; by November, that had fallen to 4 percent on time.[98] According to Stadtler, freight train interference rates had nearly tripled and delays were of longer duration on the Empire Builder run, leading to a year-over-year falloff in ridership and ticket revenues.[99] Similarly, Amtrak reported that for two quarters of 2014, the on-time performance of the Capitol Limited, which runs between Chicago and Washington, D.C., with stops in Pittsburgh, Cleveland, Toledo and South Bend, Indiana, first fell to 33.6 and then to 2.7 percent, due to freight train interference.[100]

## IV. Safety, Environmental, and Community Impacts of Additional Trains

85.     In addition to the various adverse economic impacts, adding crude oil trains to already busy main rail lines also can produce a bevy of safety, environmental, and community impacts. These include, for example, increased numbers of accidents at rail crossings; blockage of vital town streets intersected by rail lines; and transport of crude oil near or through dense population centers,

---

[98] Transcript of Public Hearing at 4, *United States Rail Service Issues*, Ex Parte No. 724 (Surface Transp. Bd. Apr. 10, 2014) (Testimony of D.J. Stadtler, Vice President of Operations, Amtrak), https://www.stb.gov/TransAndStatements.nsf/8740c718e33d774e85256dd500572ae5/a3e019b85 169e49285257d27006bc689/$FILE/final%20transcript%20for%20April%2010%202014- %20EP-724.pdf; Paul Tosto, *Empire Builder Blues*, MPR News (July 10, 2014), https://blogs.mprnews.org/newscut/2014/07/empire-builder-blues-oil-trains-kill-amtrak- schedule/; Don Seabrook, *Delays Plague Amtrak Despite Track Upgrades*, Wenatchee World (Nov. 25, 2014), https://www.wenatcheeworld.com/news/local/delays-plague-amtrak-despite- track-upgrades/article_a2d35e75-8bd2-5b54-8274-a73f6e7dfc73.html.
[99] Transcript of Public Hearing at 5, *United States Rail Service Issues*, Ex Parte No. 724 (Surface Transp. Bd. Apr. 10, 2014) (Testimony of D.J. Stadtler, Vice President of Operations, Amtrak), https://www.stb.gov/TransAndStatements.nsf/8740c718e33d774e85256dd500572ae5/a3e019b85 169e49285257d27006bc689/$FILE/final%20transcript%20for%20April%2010%202014- %20EP-724.pdf
[100] Bill Laitner, *Amtrak Blames Freight Operators for Hours-Long Delays*, Detroit Free Press (Nov. 19, 2020), https://www.freep.com/story/news/local/michigan/oakland/2020/02/24/amtrak- blames-freight-trains-passenger-delays-getting-worse/4851468002/.

waterways, and national parks.

## A.   Additional Trains Can Increase Road-Rail Crossing Accidents

86.     Unlike pipelines, which are typically buried underground and out of public view, trains often pass through towns, traverse waterways, intersect roadways at grade crossings, and pass by recreational and environmentally sensitive areas. The sizes of the cities and towns involved vary from populations under 100 to the cities and suburbs of the Chicago and the Minneapolis-St. Paul metropolitan area, home to millions of people.

87.     While railroads have made major inroads in improving safety, at-grade crossings are one of the largest safety concerns with train operations. Motorists often think they have time to drive around a crossing gate if they do not see a train. As exposure to these crossings increases, the number of accidents could increase.

88.     As in all US states, it is common for automobile drivers in the region to cross railroad tracks on their daily drives and sometimes to be stopped waiting for a train at one of over 24,000 public road-rail at-grade crossings in the region states.[101] In 2019, there were 239 road-rail crossing accidents in the region, resulting in 37 fatalities and 59 injuries.[102]

89.     Estimates of the risk of incidents from an increase in crude oil traffic can be inferred by considering accidents occurring where railroads and roadways cross. Crossing accidents cause an average of 837 injuries and 270 fatalities across the US each year.[103] If more trains are added to

---

[101] Highway-Rail Crossings, Fed. R.R. Admin., Office of Safety Analysis (Mar. 31, 2020), https://safetydata.fra.dot.gov/OfficeofSafety/default.aspx. Includes at-grade crossings for MT, MN, IL, ND and WI only, with specified (not null) railroads and mileposts. Excludes closed crossings, private road crossings, and crossings with no specified (null) street or highway.
[102] Frequency of Crossing Collisions, Fed. R.R. Admin., Office of Safety Analysis (last updated Jan. 31, 2020), https://safetydata.fra.dot.gov/OfficeofSafety/default.aspx.
[103] Ten Year Accident/Incident Overview, Fed. R.R. Admin., Office of Safety Analysis (last updated Jan. 31, 2020), https://safetydata.fra.dot.gov/OfficeofSafety/default.aspx; Oliver Wyman analysis. Based on an average from 2016 to 2019 involving 2,155 accidents.

haul DAPL's crude oil volume, the opportunity for more at-grade crossing accidents will increase, and more injuries and fatalities can be expected. The increased number of accidents will vary proportionally with the increase in trains.

90.     Exhibit 36 shows the projected increase in accidents, injuries, and fatalities for different scenarios if there is an increase in loaded and empty crude oil trains due to a shutdown of DAPL. If 43 percent of DAPL's volume is diverted to destinations in the Pacific Northwest, then an estimated 11.4 additional accidents will occur each year, resulting in 4.4 injuries and 1.4 fatalities. If 29 percent of DAPL's volume is diverted to Chicago on CP, then an estimated 4.7 additional accidents will occur each year, resulting in 1.8 injuries and 0.6 fatalities.

**Exhibit 36: Projected Increase in Accidents, Injuries, and Fatalities Due to the Addition of DAPL Volume to Rail[104]**

| | Bakken-Pacific Northwest | | Bakken-Chicago, IL | | | |
|---|---|---|---|---|---|---|
| Percent of DAPL Oil | 29% | 43% | 29% | 43% | 29% | 43% |
| Railroad | BNSF | BNSF | BNSF | BNSF | CP | CP |
| Rail distance (miles) | 1,433 | 1,433 | 912 | 912 | 892 | 892 |
| Estimated additional annual grade crossing incidents | 7.6 | 11.4 | 4.8 | 7.2 | 4.7 | 7.1 |
| Estimated additional annual grade crossing injuries | 3.0 | 4.4 | 1.9 | 2.8 | 1.8 | 2.8 |
| Estimated additional annual grade crossing fatalities | 1.0 | 1.4 | 0.6 | 0.9 | 0.6 | 0.9 |

## B.  Additional Trains Can Increase Road Congestion and Block Emergency Access Vehicles

91.     Another concern for communities in the Upper Midwest is the prospect of trains blocking intersections and disrupting traffic. These blockages are not just inconvenient; they can lead to economic disruption and adversely impact quality of life. Indeed, such blockages can impact public safety, because police and fire departments may be delayed or unable to reach emergency sites or

---

[104] Oliver Wyman analysis.

hospitals in the many communities where rail crossings intersect main roads, which are often the only viable routes in smaller and/or older towns.

92.     During peak CBR volumes in 2014, it was reported in Buffalo, Minnesota, for example, that freight trains, which "residents believe are longer and more numerous than ever thanks to the North Dakota oil boom, have increasingly been blocking intersections, cutting off the city's north side from its south side and sending drivers scrambling sometimes out of town to find an open crossing."[105] The article reported similar problems with blocked tracks and traffic disruptions in nearby towns. The situation went on long enough that in June 2014, police in Benson, Minnesota began ticketing trains that blocked streets longer than state law allows.[106] In Benson, because the rail line bisects the town, there was a concern that not only were trains blocking motorists, but they could impede emergency vehicles and fire trucks.

93.     Similar issues were reported in Wisconsin in 2014: "More rail traffic in Wisconsin is leading to more blocked railroad crossings, a trend affecting drivers across the state....with the increased traffic due partly to the state's proximity to Chicago. Rail carriers are busy moving crude oil from the Dakotas to refineries across the county and sand used in hydraulic fracturing."[107] Wisconsin Railroad Commissioner Jeff Plale noted that, "At one point we had 61 trains stuck in Wisconsin. It was nuts. We've got to fix this and I don't know if there is a magic wand, but we

---

[105] Bill McAuliffe, *Buffalo getting impatient with old No. 9 (and 10, and 11 ...)*, Star Tribune (Apr. 16, 2014), https://www.startribune.com/buffalo-grows-impatient-with-north-dakota-oil-boom-trains/255429531/.

[106] John Croman, *Minnesota Town Issues Traffic Tickets to BNSF Railroad*, KARE11.com (June 11, 2014), https://www.kare11.com/article/news/local/minnesota-town-issues-traffic-tickets-to-bnsf-railroad/89-107117084.

[107] *Wisconsin Drivers Experience Delays Due to Trains*, Associated Press (Sept. 18, 2014), https://www.weau.com/home/headlines/Wisconsin-drivers-experience-delays-due-to-trains-275571031.html.

can't have trains backed up all over Wisconsin."[108]

94.    Even into the summer of 2015, reporters were investigating reports in Wisconsin Rapids and Stevens Point "from local officials and residents that no one could stop the railroads from blocking streets for as long as they wanted. The investigation revealed that a sharp increase in rail traffic, driven primarily by the oil industry, is a direct contributor to the problem, which has endangered residents cut off by stalled trains."[109]

## C.   Additional Trains Can Increase Impacts on Environmentally Sensitive Areas

95.    Finally, the east and west rail main lines that would transport DAPL's volume pass near or through rivers, population centers, national parks, and many environmentally sensitive areas—and moving a portion of crude oil displaced by a shutdown of DAPL would introduce increased volumes of hazardous materials to these routes. Railroad lines cross waterways via bridges or over culverts. For example, the rail lines that would be used to move DAPL's volume cross various branches of the Missouri and Mississippi River and tributaries. Rail shipments entering into Minneapolis from the west cross the Mississippi River, and if going to Chicago, cross it again when exiting the suburbs south of Saint Paul. Moreover, the lines most likely to be used to transport crude oil displaced by a shutdown of DAPL pass through numerous population centers, including Bismarck, the Twin Cities, Chicago, Milwaukee, Tacoma, and Seattle.

---

[108] *Id.*

[109] Karen Madden & Sari Lesk, *Trains Still a Problem Across Region*, Wisconsin Rapids Tribune (Nov. 19, 2015), https://www.wisconsinrapidstribune.com/story/news/2015/11/19/trains-still-problem-across-region/75947458/.

Pursuant to 28 U.S.C. § 2746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 29, 2020

_____
William J. Rennicke
Partner
OLIVER WYMAN

# RENNICKE EXHIBIT 1

**◈ OLIVER WYMAN**

## William J. Rennicke

William J. Rennicke, a Partner in Oliver Wyman's Transportation & Services practice, specializes in transportation strategic planning, management, marketing, economics, and operations. He has particular expertise in restructuring, organizational redesign, and transactions to improve financial and operating performance of transport operators around the world.

Mr. Rennicke's career in the transportation industry spans four decades, including senior management and operating positions at Class I railways. He has been in the forefront of restructuring and transaction-related activities for both private and government-owned transport operators. He has also managed the development of strategic and financial planning, simulation, and control models for transportation companies. Mr. Rennicke has worked closely with service providers and operating companies; commercial and investment banks; large investors and investment fund firms; operators; equipment manufacturers and leasing companies; construction and engineering companies; and government transportation entities in many countries.

Drawing on his extensive experience, Mr. Rennicke has served as an expert witness in litigation, regulatory and arbitration cases, and he has provided expert testimony before the Canadian and US legislatures. His relevant experience includes the following:

| Testimony on Behalf of or Before | Subject | Year |
|---|---|---|
| Comisión Federal de Competencia Económica (COFECE) | Effective Rail Market Competition Assessment | 2020 |
| *Provided expert rebuttal report, as an input to a writ of amparo (amicus curiae), analyzing COFECE findings on the lack of effective rail competition for certain commodity/route pairs* | | |
| Confidential North American client | Crude-by-Rail Volume Movement Analysis | 2016-2020 |
| *Provided expert witness reports analyzing failure of a crude-by-rail shipper to provide sufficient trains and capacity to deliver minimum monthly volume commitments to a terminal operator* | | |
| Confidential arbitrator | Car Cycle Process Improvement Programs | 2020 |
| *Provided an expert witness report on the use of car cycle process improvement programs by North American Class I railroads* | | |
| Confidential litigation | Infrastructure Component Reliability Assessment | 2019 |
| *Provided expert witness testimony on the installation, operation, maintenance, and reliability of a key rail infrastructure component* | | |
| Comisión Federal de Competencia Económica (COFECE) | Concession Design and Railroad Pricing | 2019 |
| *Provided an expert witness report that outlined concession design and railroad pricing concepts, and analyzed rates for specific route/commodity pairs subject to review* | | |

| Testimony on Behalf of or Before | Subject | Year |
|---|---|---|
| Confidential Competition Bureau | Analysis of the Competitive Impacts of a Proposed Acquisition of a Trucking Company by a Railroad | 2018 |
| *Provided an expert witness report detailing the range of effective sources of competition for a country's trucking and intermodal industries* | | |
| Confidential arbitrator | Asset Management and Capital Planning – Transit | 2018 |
| *Provided an expert witness report on a US transit agency's adoption of and compliance with both mandated and best practice transit industry approaches to asset management and capital planning* | | |
| Comisión Federal de Competencia Económica (COFECE) | Hearing on Effective Competition in the Provision of Rail Services | 2018 |
| *Provided expert witness testimony on the state of rail competition and the impacts of concessioning in Mexico* | | |
| Federal Transit Administration, Northern Indiana Commuter Transit District | Assessment of Double-Tracking Options and Impact on Freight Operations | 2017 |
| *Provided an expert report assessing FTA/NICTD double-tracking options for a shared-used main line and the impact on freight operations for a local yard* | | |
| International Court of Arbitration | Rail and Port Capacity, Operations, Investment | 2017 |
| *Provided several expert witness reports on rail and port capacity, operations, and investment for an arbitration between a bulk mine-port owner and a state-owned railroad* | | |
| Confidential North American client | Federal Economic Competition Commission, Investigative Authority, Preliminary Opinion, DC 002-2016 | 2017 |
| *Provided an expert witness statement on the state of rail competition in Mexico and the potential impacts of mandated trackage rights* | | |
| Minnesota Public Utilities Commission | Applications of Enbridge Energy for a Certificate of Need for the Line 3 Replacement Project in Minnesota (PL-9/CN-14-916 & PL-9/PPL-15-137) | 2017 |
| *Provided an expert witness report on likely crude-by-rail transportation routes in the event of non-approval of the project, and the potential impact on other freight and passenger traffic on these routes of additional crude-by-rail traffic* | | |
| US Surface Transportation Board | Ex Parte No. 711 (Sub-No. 1), Reciprocal Switching: Opening Comments | 2016 |
| *Provided an expert witness report on the potential impact on US railroad operating performance of mandated switching* | | |
| Federal Railway Administration | Notice of Proposed Rulemaking: Train Crew Staffing (FRA-2014-0033) | 2016 |
| *Provided an expert witness report on the comparative characteristics of US and European railroads and an analysis of European one-person and two-person train crew safety data* | | |

| Testimony on Behalf of or Before | Subject | Year |
|---|---|---|
| Pipeline and Hazardous Materials Safety Administration/ Federal Railway Administration | Assessment of the Enhanced Braking Requirements in the Hazardous Materials: Enhanced Tank Car Standards and Operational Controls for High-Hazard Flammable Trains: Final Rule | 2015 |
| *Provided an expert witness report comparing PHMSA's data to the actual results of electronically controlled pneumatic (ECP) brake testing and the costs of ECP brake implementation for the US freight rail industry* | | |
| Minnesota Public Utilities Commission | Application of the North Dakota Pipeline Company for a Certificate of Need for the Sandpiper Expansion and Extension Project (PL-6668/CN-13-473) | 2014 |
| *Provided an expert witness report on likely crude-by-rail transportation routes in the event of non-approval of the project, and the potential impact on other freight and passenger traffic on these routes of additional crude-by-rail traffic* | | |
| US State Department | Review of Enbridge Energy's Application for Amendment of the August 2009 Presidential Permit for Line 67, Supplemental Environmental Report on "No Action" Alternatives | 2014 |
| *Provided an expert report identifying "no action" transportation options (i.e., if permit amendment were denied). This assessment included detailed route descriptions, capacity constraints, and capital investment requirements for the most feasible "no action" options* | | |
| Federal Energy Regulatory Commission | Petition for Declaratory Order, North Dakota Pipeline Company LLC (OR14-21-00) | 2014 |
| *Provided an expert witness statement on the nature of railroad-shipper contracts, the characteristics of rail network capacity, and the multi-commodity nature of rail operations* | | |
| Minnesota Public Utilities Commission | Application of Enbridge Energy for a Certificate of Need for the Line 67 Station Upgrade Project, Phase 2 (PI-9/Cn 13-153) | 2014 |
| *Provided expert witness testimony on the potential impact of the "no action" alternative (i.e., non-approval of the upgrade project) on freight and passenger rail capacity and services in the State of Minnesota* | | |
| US Surface Transportation Board | Ex Parte No. 711, Petition for Rulemaking to Adopt Revised Competitive Switching Rules | 2014 |
| *Provided expert witness testimony concerning the operation of railroad interchanges and the potential service and cost impacts of a proposed change to switching rules* | | |
| US Surface Transportation Board | Finance Docket No. 27590/4, TTX Company Application for Approval of Pooling of Car Service with Respect to Flatcars | 2014 |
| *Provided an expert report assessing the benefits provided by TTX's flatcar pooling activities and the potential consequences for the railroad industry if TTX were no longer authorized to engage in pooling* | | |
| US District Court for the District of | Civil Action MDL No. 1869 (confidential client) | 2013 |

| Testimony on Behalf of or Before | Subject | Year |
|---|---|---|
| Columbia | | |
| *Provided expert witness testimony on surface freight modal competition and rail freight network operations* | | |
| US Surface Transportation Board | Genesee & Wyoming Application for Control of RailAmerica, FD 35654 | 2012 |
| *Provided an expert report on the impact of G&W's acquisition of RailAmerica on competition in the North American rail industry* | | |
| Department of Commerce and Consumer Affairs, State of Hawaii | Evidentiary Hearing in the Matter of Sumitomo Corporation of America vs. City and County of Honolulu and Ansaldo Honolulu JV (PCX-2011-5) | 2011 |
| *Provided expert witness testimony on price realism and past performance as a criterion in bid evaluations* | | |
| US Surface Transportation Board | Ex Parte No. 705, Competition in the Railroad Industry | 2011 |
| *Provided expert witness testimony concerning the current state of competition in the freight railroad industry and proposals to change the current regulatory structure* | | |
| Confidential North American client | Confidential arbitration proceeding | 2010 |
| *Provided expert witness testimony on rail costs and rates for an arbitration between a company-owned bulk railroad and a major shipper* | | |
| Confidential North American client | Confidential arbitration proceeding | 2010 |
| *Advised on approaches and analytic techniques to more accurately attribute variable and fixed costs in a volatile volume environment. Built a dynamic tool that captured all direct cost for a commodity's movement to calculate the true cost to serve at various volume levels* | | |
| US Surface Transportation Board | Standalone rate case, NOR 42110 (confidential client) | 2010 |
| *Provided expert witness testimony on railroad general and administrative costs in a standalone rate case between a North American Class I railroad and a major shipper* | | |
| US District Court for the California Eastern District | Civil Action No. 08-CV-1086-AWI (confidential client) | 2009 |
| *Provided expert witness testimony with regard to the appropriate rate divisions and escalation of revenue shared between two railroads, and estimated damages for the client* | | |
| US House of Representatives Committee on Transportation & Infrastructure | Hearing on Rail Competition and Service | 2007 |
| *Provided expert witness testimony evaluating the current performance of the US freight rail industry, the challenges it will face, and the potential for differential pricing to support a sound US rail network* | | |
| US House of Representatives Committee on Transportation & Infrastructure | Congressional Forum on High-Speed Rail | 2007 |
| *Provided a perspective on the role high-speed rail could play in the United States, potential high-speed rail markets, structural reform options, and options for public-private development of high-speed rail* | | |
| US Bankruptcy Court, Southern District of Texas | Confidential bankruptcy proceeding | 2007 |
| *Provided expert witness testimony that a copper refining mill satisfied the criteria to be considered a going* | | |

| Testimony on Behalf of or Before | Subject | Year |
|---|---|---|
| *concern and the appropriate methods for valuing such an operation* | | |
| Confidential North American client | Confidential arbitration proceeding | 2006 |
| *Provided expert witness testimony on 1) trends in the North American surface transportation and logistics market, with a focus on motor carriers, and 2) third-party logistics contracting processes and risk mitigation strategies for an arbitration between a major consumer products company and a third-party logistics provider* | | |
| Confidential Canadian client | Confidential arbitration proceeding | 2006 |
| *Provided expert witness testimony on the North American rail wheel market and rail wheel supply and demand for an arbitration between a railroad equipment distributor and a European manufacturer* | | |
| US District Court of New Jersey | Civil Action No. 05-4010 (confidential client) | 2005 |
| *Provided expert witness testimony on the interface between rail and intermodal facilities for litigation involving a Class II railroad and state environmental agency* | | |
| Confidential Canadian client | Confidential arbitration proceeding | 2005 |
| *Provided expert witness testimony on rail costs and rates for an arbitration between a company-owned bulk railroad and a major shipper* | | |
| Confidential Canadian client | Confidential arbitration proceeding | 2005 |
| *Provided expert witness testimony on rail costs and rates for an arbitration between a company-owned bulk railroad and a major shipper* | | |
| Confidential Canadian client | Confidential arbitration proceeding | 2005 |
| *Provided expert witness testimony on rail costs and rates for an arbitration between a company-owned bulk railroad and a major shipper* | | |
| US Surface Transportation Board | Standalone rate case, NOR 41191 (confidential client) | 2004 |
| *Provided expert witness testimony analyzing the construction schedule and cost estimates for a standalone railroad in a dispute between a utility and railroad over common carrier rates* | | |
| Confidential Canadian client | Confidential arbitration proceeding | 2004 |
| *Provided expert witness testimony on rail costs and rates for an arbitration between a company-owned bulk railroad and a major shipper* | | |
| US Surface Transportation Board | Ex Parte No. 646, Rail Rate Challenges in Small Cases | 2004 |
| *Submitted a statement that identified key issues and challenges facing the rail industry (in particular long-term capital funding needs) and explained how the risk of increasing the regulatory exposure of significant portions of railroad revenue would adversely affect the financial condition of the industry and its ability to meet the challenges it faces.* | | |
| US House of Representatives Committee on Transportation and Infrastructure, Subcommittee on Railroads | Hearing on the Status of the Surface Transportation Board and Railroad Economic Regulation | 2004 |
| *Testified regarding Oliver Wyman's perspective on the state of the railroad industry, including its current financial conditions and transformation since enactment of the Staggers Rail Act of 1980* | | |
| US Surface Transportation Board | Arbitration (confidential client) | 2003 |
| *Submitted a statement analyzing the economic and business conditions faced by the railroad industry and by a Class I railroad  preceding its decision to furlough certain MOE and MOW employees* | | |

| Testimony on Behalf of or Before | Subject | Year |
|---|---|---|
| US House of Representatives Committee on Transportation and Infrastructure, Subcommittee on Railroads | Hearing on Passenger Rail Service in America | 2002 |
| *Testified regarding worldwide trends in private sector involvement in passenger railroad restructuring and privatization, and potential public policy changes and restructuring options for the US passenger rail system* | | |
| US Senate Commerce Committee | Hearing on S. 1991, the National Defense Rail Act | 2002 |
| *Testified as to worldwide trends toward private sector involvement in passenger railroad restructuring and privatization over the past 10 years* | | |
| Canadian Transportation Agency | In the matter of an application by the Ferroequus Railway Co. Ltd. pursuant  to sections 93 and 138 of the *Canada Transportation Act*, seeking third-party running rights over CN infrastructure | 2002 |
| *Testified as to the adverse impacts on CN and the Canadian rail system of granting FE, a "virtual railroad," forced access to CN's privately owned infrastructure* | | |
| Canadian Transportation Agency | In the matter of complaints filed by Naber Seed and Grain Co. Ltd. pursuant to section 116 of the *Canada Transportation Act,* alleging CN's failure to fulfill its level of service obligations | 2002 |
| *Testified as to the adverse impacts on CN and the Canadian rail system of Naber's requested remedy of granting a third-party carrier access to CN's network* | | |
| US District Court for the Northern District of Maryland | In the matter of Allfirst Bank vs. Progress Rail Services Corp. and Railcar Ltd. | 2002 |
| *Submitted a statement assessing the market demand for certain railcar equipment sold by PRSC and RL to Allfirst Bank* | | |
| US District Court for the Eastern District of Virginia, Alexandria Division | Civil Action No. 00-1489-A (confidential client) | 2001 |
| *Expert witness in a major service dispute between one of the six North American Class I railroads and a major bulk shipper. Submitted a statement analyzing the actual service performance of the carriers and the underlying causes of transit time and reliability performance issues* | | |
| US Senate Subcommittee on Surface Transportation and Merchant Marine | Hearing on the State of the Rail Industry | 2001 |
| *Testified as to the current financial conditions and transformation of the US rail industry since enactment of the Staggers Rail Act of 1980, infrastructure capacity and its impact on rail service, and long-term capital funding needs* | | |
| United States District Court for the District of Nebraska | Case No. 8:98CV 34 (confidential client) | 2000 |
| *Expert witness in a major service dispute between a North American Class I railroad and a major coal shipper. Analyzed the actual service performance of the carriers and the underlying causes of transit time and reliability performance issues as well as the impact of the logistics practices of the rail customer* | | |

| Testimony on Behalf of or Before | Subject | Year |
|---|---|---|
| Canada Transportation Act Review Panel | Review of the Canada Transportation Act | 2000 |
| *Submitted a statement regarding the state of the Canadian rail industry and the application of differential pricing and efficient component pricing theory relative to the industry's financial needs* | | |
| US Surface Transportation Board | Ex Parte No. 582, Public Views on Major Rail Consolidations | 2000 |
| *Assisted in preparation of Oliver Wyman's testimony with respect to Oliver Wyman's views on major railroad consolidations and the future structure of the North American railroad industry* | | |
| US Surface Transportation Board, on behalf of Assoc. of American Railroads | Ex Parte No. 575, Review of Rail Access and Competition Issues: | 1998 |
| *Testified as to why open access or forced access is not required for the US freight rail network and the likely impacts if it were instituted* | | |
| US Senate Subcommittee on Surface Transportation and Merchant Marine | Hearing on the Financial Viability of Amtrak | 1997 |
| *Assisted in the preparation of Oliver Wyman's testimony on the financial viability of Amtrak (US intercity passenger rail)* | | |
| Connecticut Department of Transportation | In the Matter of Arbitration Between the Connecticut Department of Transportation and the Metropolitan Transportation Authority (NY) | 1996 |
| *Testified regarding Oliver Wyman's assessment of the economics of the New Haven commuter rail line and the fair and equitable allocation of operating deficit and shared capital costs between the two states that share the line* | | |
| Canadian National Railway | Before the Interstate Commerce Commission: FD 32640 – Contract to Operate Grand Trunk Western Railroad Inc. and Duluth, Winnipeg and Pacific Railway Co. | 1994 |
| *Testified before the ICC concerning a restructuring of the GTW and DWP to enhance operational efficiency and overall profitability* | | |
| General Electric | For the Department of Justice and Federal Trade Commission: In the Matter of Chrysler Rail Transit | 1993 |
| *Statement to the DOJ and FTC concerning the level of competition relative to the ownership of rail boxcars and the impact of the proposed acquisition on competition* | | |
| Consolidated Rail Corp. | President's Emergency Board No. 221: Dispute Between Consolidated Rail Corp. and Its Employees Represented by the Brotherhood of Maintenance of Way Employees | 1992 |
| *Testified regarding the outlook for Conrail in the context of the financial condition and prospects of the Class I railroad industry* | | |
| Wisconsin Central | Before the Interstate Commerce Commission: FD 32036 – Wisconsin Central Transportation Corp. et al. – Continuance in Control – Fox Valley & Western Ltd. | 1992 |

| Testimony on Behalf of or Before | Subject | Year |
|---|---|---|
| *Testified before the ICC regarding the effect on competition of Wisconsin Central's proposed acquisition of the Fox Valley & Western Railroad* | | |
| National Carriers Conference Committee | Before Presidential Emergency Board No. 219, Financial Condition and Prospects for the Class I Railroad Industry | 1990 |
| *Testified concerning the financial challenges facing the US freight rail industry, as part of the process of government intervention to resolve a labor dispute over wages and benefits* | | |
| Citicorp | Before the Federal Bankruptcy Court re: Chicago and Missouri Western Railway | 1988 |
| *Testified on behalf of a major institutional creditor of the CM&W concerning the outlook for profitable operation of the railway* | | |
| Santa Fe Southern Pacific Corporation | Before the Interstate Commerce Commission: Docket Nos. 30400, 30400 (Sub No. 1) et al. – Santa Fe Southern Pacific Corp. – Control – Southern Pacific Transportation Company | 1984-85 |
| *Testified on behalf of the Applicants regarding the effect on competition of the proposed merger of the Santa Fe and Southern Pacific railroads* | | |
| Boston & Maine Railroad | Before a Federal Arbitration Panel re: Crew Consist Issues on the B&M | 1980s |
| *Was a key witness for the B&M in the first crew consist arbitration case in the United States. Result was the creation of single brakeman and conductor only crews, ten years before the rest of the industry* | | |
| Boston & Maine Railroad | Before the Federal Bankruptcy Court re: Boston & Maine Railroad | 1980s |
| *Testified numerous times on a wide variety of subjects related to the future of the B&M and the validity of the reorganization plan* | | |

Before joining Oliver Wyman, Mr. Rennicke held various senior positions at the Boston and Maine Railroad. He is a member of the Transportation Research Forum and the Council of Supply Chain Management Professionals.

Mr. Rennicke holds a BSBA in accounting from the School of Business Administration at Georgetown University and an MBA with a concentration in transportation and logistics from the University of Minnesota.