# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, | Case No. 1:16-cv-1534-JEB (and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |
| Plaintiffs, | |
| and | |
| CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL., | |
| Plaintiff-Intervenors, | |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, | |
| Defendant-Cross Defendant, | |
| and | |
| DAKOTA ACCESS, LLC, | |
| Defendant-Intervenor-Cross Claimant. | |

———————————————

**DECLARATION OF GUY F. CARUSO IN SUPPORT OF
DAKOTA ACCESS, LLC'S BRIEF ON THE QUESTION OF REMEDY**

———————————————

1.   My name is Guy F. Caruso.  I am a Senior Advisor to the Energy and National Security Program at the Center for Strategic and International Studies ("CSIS") in Washington, D.C.  My business address is 4526 Banff St., Annandale VA 22003.

2.   I hold an MPA from Harvard University, where my studies focused on economics and energy, and an M.A. in International Economics and a B.S. in Business Administration from the University of Connecticut.

3.   I have over 50 years of energy-related experience with an emphasis on energy markets, policy, and security.  I spent the first 12 years of my career, from 1966 to 1978, as a Senior

Economic Analyst for the Central Intelligence Agency in Washington, D.C., where I prepared in-depth analyses of global energy supply and demand and political and economic developments affecting petroleum supply.  From 1978 to 2008 I held various leadership positions at the International Energy Agency in Paris, France, including as the head of its Oil Industry Division, and the U.S. Department of Energy ("DOE") in Washington, D.C.  My posts at DOE included Director of the Office of Market Analysis, and from 2002 to 2008, Administrator of the Energy Information Administration ("EIA").  The EIA is the agency within DOE that provides energy data and statistics, forecasts, and analysis to policy makers and the public to promote an understanding of energy and its interaction with the economy and the environment.  I have served as project director for three major studies:  the CSIS *Geopolitics of Energy Study* in 2000, the U.S. Energy Association's National Energy Strategy Project, *Toward a National Energy Strategy*, in 2001, and an update of that study, *National Energy Strategy Post 9/11*, in 2002.

    4.   Since 2008, I have provided strategic and analytical advice on global energy and economic issues as a Senior Advisor at CSIS and a consultant with The Caruso Group.  I recently closed The Caruso Group.  In 2018, I was elected President of the United States Association for Energy Economics.  My experience and professional associations are further detailed in my curriculum vitae, attached as **Exhibit 1** to this declaration.

    5.   This declaration describes my professional assessment of the potential disruptive national security consequences if the easement at Lake Oahe is vacated and the Dakota Access Pipeline ("DAPL") is shut down.  The positions expressed in this declaration are my own.  CSIS does not take any specific policy positions.

    6.   Based on many years of experience, it is my opinion that shutting down DAPL would significantly weaken our nation's critical energy infrastructure and our national security.  This

conclusion is supported by the critical role that DAPL plays in transporting a significant share of all U.S. crude oil to end users.  DAPL transports 4.5 percent of all U.S. crude oil production.  The ability to transport the recently developed Bakken oil production (roughly 12 percent of U.S. crude oil production) in a safe, efficient, and environmentally friendly manner is critically important in responding to crude oil supply disruptions from any source, whether they be geopolitical events or natural disasters.  Supply disruptions, which are possible throughout the world, can cause damage to the global economy and to U.S. consumers.  Having a reliable and robust domestic supply and the ability to transport it, means that the U.S. is less prone to the whims of foreign actors.

**DAPL Has Contributed to Increased Domestic Oil Production**

7.    The oil and gas industry has been transformed in the last 10-15 years.  As recently as 2014, when DAPL was initially being developed, and the Energy Transfer Crude Oil Pipeline ("ETCOP") was being repurposed, approximately 44 percent of the U.S. crude oil supply was imported.[1]  In September 2019, the United States became a net petroleum exporter (*i.e.*, crude oil and petroleum products combined) for the first time since the U.S. began keeping monthly records in 1973.[2]  As of late January 2020, the EIA projected that the U.S. would continue to be a net petroleum exporter through at least 2050 based on then-current production forecasts.[3]  DAPL contributes significantly to that expectation, as it currently transports approximately 4.5 percent of all U.S. crude oil

---

[1]    *See Crude Oil Supply, Disposition, and Ending Stocks by PAD District, 2014*, U.S. Energy Info. Admin. (2014), https://www.eia.gov/petroleum/supply/annual/volume1/archive/2014/pdf /table13.pdf (reporting that in 2014 2,680,626 barrels of crude oil were imported out of the total U.S. crude oil supply of 5,863,209 barrels).

[2]    *See Despite the U.S. becoming a net petroleum exporter, most regions are still net importers*, U.S. Energy Info. Admin. (Feb. 6, 2020), https://www.eia.gov/todayinenergy /detail.php?id=42735.

[3]    *See Annual Energy Outlook 2020 with projections to 2050*, U.S. Energy Info. Admin., 9 (2020), https://www.eia.gov/outlooks/aeo/pdf/AEO2020%20Full%20Report.pdf.

production.[4]  DAPL transports as many barrels of crude oil each day as the entire U.S. residential

sector consumes of petroleum products.[5]

8.   The Bakken shale formation currently accounts for approximately 12 percent of U.S.

petroleum production, making North Dakota the state with the second-highest production.[6]  From

2011 to when DAPL went into service in mid-2017, production in the Bakken shale formation

tripled from just over 300,000 barrels per day (bpd) to nearly 1 million bpd.[7]  Since DAPL has

been in service, production in the Bakken shale formation has increased by another 500,000 bpd

to nearly 1.5 million bpd.[8]  DAPL currently transports about 40 percent of oil produced in the

Bakken region.[9]  Despite the recent petroleum market disruptions related to COVID-19 and the

dispute between Russia and Saudi Arabia, and absent any disruptive acts like shutting down DAPL,

---

[4]    This figure is calculated by dividing DAPL's throughput of 570,000 bpd by the 12,804,000 bpd of crude oil produced nationally in December 2019.  *See U.S. Field Production of Crude Oil*, U.S. Energy Info. Admin. (release date Mar. 31, 2020), https://www.eia.gov/dnav/pet/hist /LeafHandler.ashx?n=PET&s=MCRFPUS2&f=M (reporting 12,804,000 bpd total U.S. crude oil production in December 2019).

[5]    *See Oil: crude and petroleum products explained*, U.S. Energy Info Admin. (last updated Oct. 3, 2019), https://www.eia.gov/energyexplained/oil-and-petroleum-products/use-of-oil.php.

[6]    *Drilling Productivity Report*, U.S. Energy Info. Admin. (release date Apr. 13, 2020), https://www.eia.gov/petroleum/drilling/#tabs-summary-2 (see "Report data.xlsx" for complete historical data and "Bakken Region" tab:  reporting 1,482,224 bpd of crude oil produced in the Bakken region in December 2019); *U.S. Field Production of Crude Oil*, *supra* (reporting 12,804,000 bpd total U.S. crude oil production in December 2019).

[7]    *Drilling Productivity Report: For key tight oil and gas shale regions*, U.S. Energy Info. Admin., 7 (2020), https://www.eia.gov/petroleum/drilling/pdf/dpr-full.pdf.

[8]    *Id.*

[9]    This figure is calculated by dividing DAPL's throughput of 570,000 bpd by the 1,482,224 bpd of crude oil produced in the Bakken region in December 2019.  *Drilling Productivity Report*, *supra* (see "Report data.xlsx" for complete historical data:  reporting 1,482,224 bpd of crude oil produced in the Bakken region in December 2019).

production in the Bakken shale formation is likely to continue to increase in the near-term.[10]

9.    This transformation has been made possible by large investments in advanced oil extraction technology in shale formations like the Bakken and Three Forks in North Dakota, and in critical infrastructure to transport that oil, such as DAPL.[11]  In 2019, investment in U.S. shale oil and gas exploration and development was approximately $70 billion.[12]  As the following graph shows, the success of shale oil production in the U.S. has depended on significant upfront investment, which peaked in 2014 at over $125 billion.

---

[10]    *EIA forecasts U.S. crude oil production will keep growing through 2021, but more slowly*, U.S. Energy Info. Admin. (Jan. 27, 2020), https://www.eia.gov/todayinenergy/detail.php?id=42615 ("EIA forecasts that the Bakken region in North Dakota will be the second-largest growth area in 2020 and 2021, growing by about 0.1 million b/d in each year.").

[11]    *Investment in tight oil, oil sands, and deepwater drives long-term oil production growth*, U.S. Energy Info. Admin. (Mar. 9, 2018), https://www.eia.gov/todayinenergy/detail.php?id=35272 ("From 2010 to 2014, global investment in tight oil, oil sands, and offshore deepwater development increased from 20% to 30% of total upstream investment."); Olivier Lejeune, *Infrastructure investments key to unlocking more US oil supply*, Int'l Energy Agency (Mar. 28, 2018), https://www.iea.org/commentaries/infrastructure-investments-key-to-unlocking-more-us-oil-supply; *North Dakota State Profile and Energy Estimates*, U.S. Energy Info. Admin. (last updated Apr. 16, 2020), https://www.eia.gov/state/analysis.php?sid=ND (reporting that North Dakota's "oil output in 2019 was more than four times higher than in 2010," largely due to technologies like horizontal drilling and hydraulic fracturing).

[12]    *See World Energy Investment 2019: Financing and funding trends*, Int'l Energy Agency, https://www.iea.org/reports/world-energy-investment-2019/financing-and-funding-trends#trends-in-oil-and-gas-financing (last visited Apr. 23, 2020).

**Figure 1**



*Source: World Energy Investment 2019: Financing and funding trends*, *supra*.

10. Increased production in the Bakken shale formation in North Dakota has led to a major change in the direction petroleum products are shipped in the United States. Historically, U.S. oil production and refining capacity was centered in southern states near the Gulf of Mexico and in Oklahoma. As such, refined oil products moved from the south towards U.S. population centers in the north, west, and east. Since the development of shale formations like the Bakken in North Dakota, though, crude oil now moves from producers in the north to refineries and terminals in the east and south.

11. DAPL allows for efficient production of crude oil in the Bakken formation by providing safe, direct, and low-cost transportation to terminals and refineries to the east and south of the Bakken shale formation. Without this pipeline, producers would have to seek out rail or truck transportation to reach other markets. As of January 2020, 68 percent of oil produced in North

Dakota was transported by pipeline.[13]  Rail and other means are used primarily to move crude oil that cannot fit on existing pipeline infrastructure.  That is because it is safer and less expensive to transport crude oil by pipeline as compared to rail and truck.  Statistics from the Pipeline and Hazardous Materials Safety Administration ("PHMSA") clearly show that crude oil pipelines have fewer incidents per ton-mile traveled than these other transportation methods.[14]  Further, pipeline transportation generally costs substantially less per barrel than rail and truck transportation. Depending on the destination and other factors, pipeline transportation costs approximately $5 per barrel shipped compared to $10-15 per barrel for rail transportation and $20 per barrel for truck transportation.[15]

12. Even if rail and truck transportation of oil were not cost prohibitive, a topic I leave to others, rail and truck could not transport the amount of oil currently being produced in the Bakken region because there is not sufficient capacity on existing rail and truck infrastructure.  Without the significant capacity that DAPL provides, a transportation bottleneck would necessitate substantial production cuts in the Bakken region.

**National Security Benefits Of Increased Production**

13. The current Bakken production, coupled with DAPL's efficient means of transporting it to refiners and other downstream entities, has significant national security benefits because it supports stable energy prices and supplies, and it makes the U.S. less susceptible to disruptive geopolitical events and natural disasters.

---

[13]  *Monthly Update:  January 2020 Production & Transportation*, N.D. Pipeline Auth., 2 (2020), https://ndpipelines.files.wordpress.com/2020/03/ndpa-monthly-update-mar-17-2020.pdf.

[14]  Megan E. Hansen & Ethan Dursteler, Strata, *Pipelines, Rail & Trucks: Economic, environmental, and safety impacts of transporting oil and gas in the U.S.* 5-6 (2017).

[15]  *Id.* at 5.

14. Because crude oil prices are set globally, strong growth in U.S. domestic crude oil production has contributed significantly to crude oil averaging approximately $50 per barrel from 2015 through 2019.[16]  By contrast, global crude oil prices averaged approximately $90 per barrel from 2008 to 2014, the period just before the DAPL project was proposed.[17]  The price and availability of crude oil supplies are also major factors in the retail prices of gasoline and other refined petroleum products, because crude oil costs typically account for over 50 percent of the retail gasoline price.[18]  Increased availability of domestic supplies of crude oil—particularly if transported by the lower-cost mode of pipelines—helps to reduce or stabilize the price of the supply of oil as well as giving refineries additional competitive options.

15. In addition, moving away from unstable oil suppliers in the Middle East, North Africa, and South America towards domestic suppliers enhances U.S. national security by insulating U.S. consumers from the geopolitical headwinds and natural disasters that often make prices and access to energy resources volatile.  Supply diversity also reduces the risk of global oil supply disruptions and damage to the U.S. economy or the pressure to send troops to protect foreign oil sources.  For example, the attack on Saudi Arabian oil facilities on September 14, 2019 reduced Saudi oil production by 5.7 million bpd and crude oil prices sharply increased by approximately $10 per barrel.[19]  However, the price returned to pre-attack levels within one week, rather than having

---

[16]   *Petroleum Marketing Monthly – Table 1. Crude oil prices*, U.S. Energy Info. Admin. (2020), https://www.eia.gov/petroleum/marketing/monthly/pdf/pmmtab1.pdf.

[17]   *Id.*

[18]   *See Gasoline and Fuel Diesel Update*, U.S. Energy Info. Admin. (release date Apr. 20, 2020), https://bit.ly/3aErhAc (reporting 51% of retail price of gasoline in February 2020 was based on cost of crude oil).

[19]   Frank A. Verrastro, *Attack on Saudi Oil Infrastructure: We May Have Dodged a Bullet, at Least for Now . . .*, Ctr. for Strategic Studies (Sept. 18, 2019), https://www.csis.org/analysis/attack-saudi-oil-infrastructure-we-may-have-dodged-bullet-least-now.

longer-term impact.[20]  Market analysts attributed this rapid recovery to several factors, including the availability of crude oil supply from U.S. production sources.[21]

16. Similarly, greater domestic oil production has decreased U.S. energy dependence on sometimes hostile nations like Iran, Russia, and Venezuela.  For example, in 2006 approximately 65 percent of U.S. crude oil and refined petroleum products were imported and 11 percent of those imports came from Venezuela.[22]  When Venezuela decreased its oil production and announced plans to sell a larger portion of its supply to non-U.S. markets, it became a U.S. policy priority to resolve the issue.[23]  The U.S. considered a number of solutions, given the strained relations between the countries, including drawing down the U.S. Strategic Petroleum Reserve to compensate in the near term for reduced Venezuelan supply.[24]  Because the U.S. is now a net oil exporter, it can focus its foreign policy efforts in other directions and does not need to take emergency measures based on a need for foreign oil.  If DAPL were to shut down, it would likely

---

[20]   Myra P. Saefond & Mark DeCambre, *Oil ends sharply lower as saudis project early return to normal for damaged facilities*, MarketWatch (Sept. 17, 2019), https://www.marketwatch.com/story/oil-prices-pull-back-after-saudi-strike-led-to-historic-surge-2019-09-17.

[21]   *See, e.g.*, Dan Eberhart, *How Saudi Attacks Will Continue to Benefit American Oil Companies*, Forbes (Sept. 27, 2019), https://www.forbes.com/sites/daneberhart/2019/09/27/american-oil-industry-stands-to-profit-from-attack-on-saudi-oil-field/#9803350510d1 (explaining that the risk premium in the oil market was lower because of U.S. output, meaning prominent U.S. oil supply mitigated the price spike following the attack).

[22]   *Issues Related to Potential Reductions in Venezuelan Oil Production*, U.S. Gov't Accountability Office, 1 (2006), https://www.gao.gov/new.items/d06668.pdf.

[23]   *Id.* at 3 (describing "threat[s]" from Venezuelan officials to stop exporting to the U.S. and to develop new markets for their crude oil).

[24]   *Id.* at 32-33 (describing diplomatic efforts and concluding that, nonetheless, "the poor bilateral relationship between the United States and Venezuela makes it difficult for [U.S. oil companies] to operate and compete for new investment contracts in Venezuela"); *id.* at 33-34 (recommending drawing from the U.S. Strategic Petroleum Reserve as a short-term solution to reduced supply).

cause an increase in regional or national imports of foreign crude, weakening the U.S.'s foreign policy efforts.

17. Robust domestic supply and infrastructure also give the U.S. tools to stabilize the supply and price of oil for U.S. consumers when organizations like the Organization of Petroleum Exporting Countries ("OPEC") or individual oil producing countries attempt to manipulate the global price of oil by either curtailing supply or dumping excess supply into the markets. Recently, for example, Saudi Arabia (OPEC's leading producer) and Russia engaged in a dispute over supply quotas in an attempt to boost oil prices during an oil market that was weak even before the COVID-19 pandemic decreased global demand. When Russia refused to decrease its supply as part of a group effort to increase commodity prices, Saudi Arabia flooded the market with oil and drove prices down further in an effort to make Russia cooperate. They reached an agreement after several weeks. During talks about reducing production, the Administration took a lead role in convincing producers to cut production.[25] The Administration was able to do so, in significant part, because the U.S. has become a significant global producer of crude oil. The impacts of the price dispute are just the most recent examples of the boom and bust nature of the oil market that can be expected in the future as a result of foreign actions.

18. Reliable domestic production and transportation, such as that provided by the Bakken shale formation and DAPL, also preserves national security in the event of domestic natural disasters. For example, almost 25 percent of domestic refining capacity went offline following Hurricanes Rita and Katrina in 2005. As a result, crude oil producers had no place to sell their product and

---

[25] Clifford Krauss, *Oil Nations, Prodded by Trump, Reach Deal to Slash Production*, N.Y. Times (updated Apr. 13, 2020), https://www.nytimes.com/2020/04/12/business/energy-environment/opec-russia-saudi-arabia-oil-coronavirus.html (quoting an energy market expert as saying "President Trump . . . became the de facto president of the producer group").

had to reduce production, and the price of refined petroleum products, such as diesel fuel and gasoline, increased significantly.[26]  Maintaining both production and reliable transportation to alternative refining centers in other regions can cushion such setbacks.  DAPL, for instance, transports Bakken production to the major oil hub in Patoka, Illinois, from which crude can head to refineries in the Midwest or the Gulf Coast.  Bakken production was minimal in 2005, but has since surged and given rise to a complex crude oil delivery system of which DAPL is the key component.  The production and delivery system will be essential when natural disasters in the Gulf Coast inevitably hit.

**Effects On National Security From Removing DAPL**

19. The national security and economic benefits of increased domestic crude oil supplies can only be realized if these fuels are able to get to market.  Because DAPL transports approximately 4.5% of domestic crude oil production, removing this system would threaten national security by making the entire national crude oil transportation system less efficient and therefore less able to respond to supply disruptions, no matter the source.  Decreased efficiency also adds to the cost of energy, which harms the U.S. economy and therefore national security.

20. Our national security benefits from stability within our infrastructure.  Commodities markets have high and low cycles.  Prices decrease but inevitably rise again.  Because of these cycles, decisions about infrastructure—which require a long planning time and even longer usefulness—need to be made with a longer horizon in mind than a month or even a year of lower prices.

---

[26]   Reuters, *Rita and Katrina Have Shut 23 Percent of U.S. Oil Refining Capacity*, N.Y. Times (Sept. 22, 2005), https://www.nytimes.com/2005/09/22/business/rita-and-katrina-have-shut-23-percent-of-us-oil-refining-capacity.html; *Short-Term Energy Outlook*, U.S. Energy Info. Admin. (2005), https://www.eia.gov/outlooks/steo/archives/sep05.pdf.

21. In addition to the direct economic effects of closing the door on the second-largest oil producing state in the nation, shutting down DAPL would result in the curtailment of the very investments in national resource production that have benefited our national security.  Large, upfront investments are required to ensure a smooth petroleum delivery system over the long term. Investors will only commit to funding upstream and downstream projects if they are likely to recoup their investment.  DAPL has provided stability, and has encouraged many large, upfront investments from oil producers and refiners and others further down the supply chain.  Uncertainty is detrimental to these large investment decisions, and could lead to less investment on the production or downstream, refining side, which will lead to lower domestic oil production, and thus diminished national security, in the longer term.

22. In addition, if DAPL were to be shut down, producers would have to use less efficient modes of transportation for crude oil.  As noted by Glenn Emery and Jeff Makholm in their declarations, some of those alternative methods, like rail, do not serve the same markets as DAPL and ETCOP, which together move oil from North Dakota through Patoka, Illinois down to the Gulf Coast.  As a result, shutting down the DAPL-ETCOP system would strand investments that were made assuming the pipelines would be operational, and it would also deny Bakken producers access to their markets.  The added time, cost, and liability of using alternative methods of transportation would also chill investment in production in the Bakken region.  Therefore, in the long run, one would expect less oil produced from the Bakken shale formation, which in turn means less ability for the U.S. to respond to petroleum supply disruptions, whether as a result of geopolitical events or natural disasters.

23. The DAPL-ETCOP system also supports national security by providing the ability to transport large volumes of crude oil from the Bakken region to the U.S. Strategic Petroleum

Reserve ("SPR") when that system is activated or when otherwise necessary.  The SPR has an authorized storage capacity of 713.5 million barrels.[27]  The Nederland Terminal in Texas, which is the destination point for ETCOP, is connected through U.S. Department of Energy-owned pipelines to the SPR storage areas in the Gulf Coast regions of Texas and Louisiana.  Shutting down DAPL would remove a vital source for this reserve system.  The importance to national security of ensuring the nation's ability to provide a stable, reliable supply of crude oil to the SPR, "a key tool in foreign policy," is clear.[28]  The federal government also uses the SPR as additional storage for excess crude oil supply during times of decreased consumer demand in order to stabilize oil prices while shoring up reserves.  Indeed, in April 2020, the U.S. Department of Energy announced that it plans to enter storage agreements with several U.S. companies for this purpose.[29]  Shutting down DAPL would jeopardize these efforts because, as explained above, DAPL transports a significant portion of all U.S. crude oil (4.5 percent), and it is not realistically feasible for that production to reach the Gulf Coast and the SPR by other means.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

---

[27]  *About the SPR*, U.S. Dep't of Energy, https://www.energy.gov/fe/services/petroleum-reserves/strategic-petroleum-reserve (last visited Apr. 23, 2020).

[28]  *Id.*

[29]  *DOE Announces Crude Oil Storage Contracts to Help Alleviate U.S. Oil Industry Storage Crunch*, U.S. Dep't of Energy (Apr. 14, 2020), https://www.energy.gov/articles/doe-announces-crude-oil-storage-contracts-help-alleviate-us-oil-industry-storage-crunch; *see also Department of Energy Executes On Direction Of President Trump, Announces Solicitation To Purchase Crude Oil For The SPR To Provide Relief To American Energy Industry*, U.S. Dep't of Energy (Mar. 19, 2020), https://www.energy.gov/articles/department-energy-executes-direction-president-trump-announces-solicitation-purchase-crude.

Executed: April 28, 2020

Guy F. Caruso

# CARUSO EXHIBIT 1

CURRICULUM VITAE

GUY F. CARUSO

4526 Banff Street                                     e-mail: caruso555@aol.com
Annandale, Virginia 22003                 Office telephone 202 741 3866
                                                          Home telephone 703 323 4741
                                                          Mobile telephone 703 402 0944


        This resume summarizes my professional experience of studying, analyzing, writing, and speaking about the international energy industry for more than 50 years. During that time I have developed a wide ranging and deep network of contacts at high levels in government and industry in more than 40 countries in every region of the world. This network covers all of the major energy consuming and producing countries.

POSITION AND RESPONSIBILITIES

THE CARUSO GROUP, Annandale, VA

 October 2008 to January 2019   President and Founder

- Provide strategic and analytical advice on global energy and economic issues.

CENTER FOR STRATEGIC AND INTERNATIONAL STUDIES, Washington, DC

October 2008 to Present

- Senior Advisor to Energy and National Security Program

ENERGY INFORMATION ADMINISTRATION, (EIA) U.S. DEPARTMENT OF ENERGY, WASHINGTON, D.C.

August 2002-September 2008   ADMINISTRATOR, EIA

- Managed and directed organization of 370 federal employees and 200 contractors with an annual budget of $84 million.
- Numerous presentations to Congress, industry associations and other public events in the United States and Internationally.
- Frequent interviews and conferences with all forms of media nationally and internationally.

CENTER FOR STRATEGIC AND INTERNATIONAL STUDIES, WASHINGTON, D.C.

October 1998 – July 2002     EXECUTIVE DIRECTOR, STRATEGIC ENERGY INITIATIVE

- Directed and managed the study "The Geopolitics of Energy into the 21st Century" published in November 2000
- Prepare analysis and commentary of major global energy events.
- Presented results to media, congress and various expert groups.


UNITED STATES ENERGY ASSOCIATION, WASHINGTON, D.C.

July 2000-July 2002   DIRECTOR, NATIONAL ENERGY STRATEGY PROJECT

- Directed the USEA study "National Energy Strategy: Post 9/11" published in July 2002.
- Directed the USEA study "Toward a National Energy Strategy" published February 2001.
- Coordinated the input of more than 100 energy experts in preparing the USEA studies
- Frequent presenter of USEA studies to conferences and seminars representing a broad spectrum of energy producers and consumers.

PREVIOUS PROFESSIONAL EXPERIENCE

INTERNATIONAL ENERGY AGENCY, PARIS, FRANCE

April 1993 - June 1998     DIRECTOR, OFFICE OF NON-MEMBER COUNTRIES

- Managed and directed two divisions with a staff of ten senior international energy policy experts, three support staff, and a budget of US $2 million per year.
- Planned, developed and implemented co-operative activities with large energy consuming and producing countries that are not members of the International Energy Agency.  This involved extensive contacts with key energy policy makers in countries such as Russia, China, India, Brazil, Saudi Arabia and Venezuela.  Directs analyses and studies on energy-related developments in non-IEA countries.
- Frequent speaker in wide variety of international meetings.

OFFICE OF DOMESTIC AND INTERNATIONAL ENERGY POLICY
DEPARTMENT OF ENERGY, WASHINGTON, D.C.

March 1992 - April 1993     DIRECTOR, OFFICE OF OIL AND NATURAL GAS POLICY

- Managed and directed staff of ten senior policy analysts and two support staff.
- Analyzed, developed and implemented oil and natural gas policy to support National
- Energy Strategy objectives; legislative developments and administration actions.
- Directed analyses of a broad range of economic/energy issues relating to domestic and international oil and natural gas policy.
- Frequent participant/presenter in bilateral and multilateral discussions with domestic and international industry, academic and government officials.

OFFICE OF ENERGY EMERGENCIES AND INTERNATIONAL AFFAIRS, DEPARTMENT OF ENERGY, WASHINGTON, D.C.

January 1986 - March 1992          DIRECTOR, ENERGY EMERGENCY OPERATIONS AND DIRECTOR, ENERGY EMERGENCY POLICY
- Managed and directed staff of ten professionals and two clerical employees.
- Planned, directed and implemented energy emergency policy including- domestic and international issues such as the Strategic Petroleum Reserve, contingency planning, for energy supply disruptions and Federal Emergency Response Strategies.
- Lead responsibility for SPR release policy during Desert Shield/Desert Storm.
- Represented the Department of Energy in frequent meetings and speaking engagements with industry, foreign governments and international organizations.

INTERNATIONAL ENERGY AGENCY, PARIS, FRANCE

September 1982 - September 1985          HEAD, OIL INDUSTRY DIVISION

- Managed and directed international staff of three senior analysts and three support staff.
- Monitored and analyzed world oil industry issues and market developments to support Standing Group on the Oil Market, the Governing Board and the IEA Secretariat.
- Responsible for developing and launching the IEA Monthly Oil Market Report in September 1983.  The publication was a commercial success and is highly regarded among oil market analysts in government and industry.

OFFICE OF INTERNATIONAL AFFAIRS, U.S. DEPARTMENT OF ENERGY, WASHINGTON, D.C.

August 1978 - September 1982          DIRECTOR, OFFICE OF MARKET ANALYSIS

- Managed and directed staff of eight professionals and two support staff.
- Monitored and analyzed world energy market developments and assessed their implications for U.S. international energy policy.

CENTRAL INTELLIGENCE AGENCY, WASHINGTON, D.C.

July 1966 - July 1978 SENIOR ECONOMIC ANALYST, OFFICE OF ECONOMIC
RESEARCH

- Prepared in-depth analytical studies of energy supply/demand on worldwide basis
  and on political and economic developments affecting petroleum supply in major
  producing areas and demand in major consuming areas.
- Served as CIA's principal Middle East oil analyst during 1973 / 1974 oil interruption;
  prepared oral and written reports for policy makers at the highest levels.
- Responsible for economic analyses of OPEC during the critical years of 1970 - 1974.
- Responsible for energy studies involving Eastern Europe during 1966 - 1968.

AWARDS

- French National Order of Merit, January 2008
- U.S. Department of Energy Performance Awards, 1989, 1990, 1991, 2008
- Secretary of Energy commendation for performance during Desert Shield/Desert
  Storm l991
- U.S. Department of Energy Special Achievement Award, 1979; in recognition of
  lead analytical role during the Iranian crisis.

EDUCATION

Harvard University, JFK School of Government, MPA 1975 (Course emphasis on
economics and energy)

University of Connecticut Graduate School, MA 1966 (International Economics)

University of Connecticut, BS 1964 (Business Administration)

PROFESSIONAL ASSOCIATIONS AND SELECTED RECENT PUBLICATIONS
** President, United States Association for Energy Economics 2018

**  "Oil Policy and the Middle Eastern Kingdom" Journal of South Asia and Middle
Eastern Studies  Vol 41 No. 4 Summer 2018 (co-author with Andrew Stanley)
- Contributing Author, Chapter 1, "Changing Structure of the World Oil Market," Oil
  Markets in the 1990s, Eds. Fesharaki and Reed, Praeger, 1990.
- "Energy to 2020", Oxford Energy Forum, May 2001
- "Energy in Central and Eastern Europe: Progress and Challenges," International
  Association for Energy Economics (IAEE) Newsletter, (co-author with Erich
  Unterwurzacher), Volume 7, Winter
- "Experiences of Electricity - Sector Restructuring in Asia," The Journal of Energy
  and Development, International Research Center for Energy and Economic
  Development (ICEED),Vol. 22, No. 1 (co-author with Xavier Chen) Autumn 1997
- "China: The Energy Outlook," Energies (International Magazine of Total), No. 30,

Winter 1996.
- "Russian Energy- Policies," International Association for Energy Economics (IAEE) Newsletter, Volume 4, Fall 1995.