# EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE, YANKTON
SIOUX TRIBE; ROBERT FLYING HAWK;
OGLALA SIOUX TRIBE,

               Plaintiffs,

   and

CHEYENNE RIVER SIOUX TRIBE; SARA
JUMPING EAGLE ET AL.,

               Plaintiff-Intervenors,

     v.

U.S. ARMY CORPS OF ENGINEERS,

               Defendant-Cross Defendant,

   and

DAKOTA ACCESS, LLC,

               Defendant-Intervenor-Cross
               Claimant.

Case No. 1:16-cv-1534-JEB
(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)

---

## DECLARATION OF ELAINE KUB IN SUPPORT OF
## DAKOTA ACCESS, LLC'S BRIEF ON THE QUESTION OF REMEDY

---

1. My name is Elaine Kub. I am an independent market economist based in Roscoe, South Dakota. My business address is 35036 141st St., Roscoe, SD 57471.

2. I have over 13 years of experience in analyzing grain markets. In my current position as an independent consultant, I develop quantitative analyses of commodity market influences, primarily as they relate to agricultural producers' interests. My analysis is either published as a column for *DTN Progressive Farmer* or prepared, as requested, for commercial agricultural businesses, investment companies, conferences and seminars, or national live and print media. In 2012, I published a book about the grain markets, *Mastering the Grain Markets*. Before becoming an

independent consultant, I worked for three years as a market analyst with DTN and for two years as a grain merchandiser with The Scoular Grain Company. As a market analyst, I conducted daily analyses of the futures and options markets and the cash markets for corn, soybeans, and wheat. As a grain merchandiser, I conducted cross-country trading of corn, wheat, and sorghum, coordinating inbound grain supply for an ethanol plant and a wheat gluten plant, and originated and traded wheat and corn for a terminal elevator.

3.   I received a Bachelor of Science degree in Industrial and Management Systems Engineering from the University of Nebraska–Lincoln and a Masters of Business Administration from the Rady School of Management at the University of California San Diego. My current curriculum vitae is attached as **Exhibit 1**.

4.   This declaration describes my professional assessment of the economic effects on the agricultural sector that would result if the Dakota Access Pipeline ("DAPL") is shut down. If DAPL is shut down, the demand to ship crude oil by rail will likely increase heavily. I defer to rail experts who conclude there are insufficient rail tanker cars capable of carrying the crude oil volumes currently transported on DAPL and that sufficient additional cars cannot be financed or built in the short term. Because rail lines on which DAPL volumes would need to flow are *already constrained* in places, even the modest amount of DAPL's crude oil capacity that could be accommodated by available rail tanker cars *would constrain those lines further* and divert substantial rail capacity away from agricultural and other commodities. It is my opinion that this capacity reduction would cause serious economic harm to the agricultural sector, because that sector in particular relies on rail to ship its products to market. The modest amounts of crude oil that can be shipped by rail if DAPL is shut down will displace significant amounts of agricultural commodities and result in freight congestion and slower train service on existing rail lines in North

Dakota, South Dakota, Minnesota, Iowa, and elsewhere, which will translate to poor service to grain shippers, and higher freight prices for grain shipped by rail, with the economic brunt borne heavily by farmers. This will also result in higher transportation costs for value-added agricultural goods like ethanol and soybean meal that are processed throughout the Midwest, and therefore lower net income for the American agriculture sector overall.

5.   In the analysis below, I use data from 2014 (before DAPL went into service), when increased oil production from the Bakken region and lack of a pipeline shipping option caused severe rail congestion and drastic increases in rail transportation costs, as a case study to demonstrate the scale of these potential disruptive economic effects. I then compare that data to data from 2020, when crude oil shipments on DAPL facilitated a "normal" amount of freight volume as compared to the volumes in 2014. Although these comparisons are illustrative, as detailed below, I expect that the economic impacts on the agricultural sector of moving crude oil shipments to rail may be more severe in 2020 than those experienced in 2014.

6.   To summarize, if DAPL is shut down and a portion of the crude oil currently transported on the pipeline is shifted to the limited available rail car capacity, I estimate that the agricultural industry would lose more than $1 billion in annual farm revenue across the Corn Belt (Iowa, Illinois, Indiana, Ohio, Michigan, Wisconsin, Minnesota, North Dakota, South Dakota, Montana, Wyoming, Colorado, Nebraska, Kansas, Missouri, Oklahoma, Texas), while higher transportation costs would simultaneously drive up food costs for consumers. The revenue losses would force farmers and processors to go out of business, eliminating jobs in the agriculture industry, particularly in the Upper Midwest states (Minnesota, North Dakota, Montana, and South Dakota), where rail congestion and delays caused by this increased volume would be most acute.

**The Agricultural Sector In The States Through Which DAPL Passes Heavily Relies On Rail Transportation To Move Commodities To Market**

7.   Agriculture, or the cultivation and processing of crops and livestock, is one of the leading industries in each of the states through which DAPL passes. For example, in North Dakota, agriculture is responsible for almost one-fourth of the state's employment.[1] Agriculture is also important in South Dakota, Iowa, and Illinois, where more than 1.5 million people are employed in America's food supply chain.[2]

8.   Rail transportation is critical to the agriculture industry because agricultural products are, by their nature, grown in rural areas and then must be gathered together and shipped to distant customers. Rail is the only effective transportation option for commoditized agricultural products that need to be transported long distances, particularly in those regions that lack access to inland waterways. These products include a wide range of crops, such as corn, soybeans, wheat, barley, sorghum, canola, oats, rye, millet, safflower, dry edible peas, lentils, and chickpeas. For instance, a 1,730-mile corn shipment from Minneapolis to Portland, Oregon costs about $1.31 per bushel if moved by rail, but the shipment would cost about $3.84 per bushel if made by truck, owing to reduced efficiencies of scale.

9.   There is a higher dependence on rail shipping in some regions than in others, even within states, but grain growers in the Upper Midwest states that would be most affected by the rail congestion caused by shutting down DAPL are particularly dependent on rail service. The

---

[1]   Nat'l Ass'n of State Dep'ts of Agric., *North Dakota Department of Agriculture*, https://www.nasda.org/organizations/north-dakota-department-of-agriculture (last visited Apr. 27, 2020).

[2]   Nat'l Ass'n of State Dep'ts of Agric., *Illinois Department of Agriculture*, https://www.nasda.org/organizations/illinois-department-of-agriculture (last visited Apr. 27, 2020).

following chart illustrates the heavy reliance on rail shipping by grain producers in Upper Midwest states.

**Table 1**

| Percent of annual grain volume moved by rail | |
|---|---|
| Montana | 84.6% |
| North Dakota | 79.2% |
| South Dakota | 43.7% |
| Minnesota | 37.5% |
| Iowa | 15.9% |
| Nebraska | 35.2% |
| Kansas | 35.4% |
| Ohio | 38.8% |
| Illinois | 33.6% |
| Indiana | 28.7% |
| Wisconsin | 21.6% |
| Michigan | 20.4% |
| Missouri | 14.7% |

*Source:*  **U.S. Dep't Agric.,** *State Grain Rail Statistical Summary* **(2013).**[3]

---

[3]  To my knowledge, this State Grain Rail Statistical Summary from 2013, with data from 2007 to 2010, is the only instance in which this information has been released to the public. These percentages have not changed substantially since the 2007-2010 period. Although these percentages fluctuated from 2001 through 2007 due to the construction of a large number of domestic ethanol plants, which use grain locally and relieve some of the dependence on rail, as the ethanol industry has matured percentages have since 2007-2010 remained approximately constant. The share of grain moving by rail has stabilized from one year to the next, and the 2020 share is equivalent to the share over the 2007-2010 period.

10. Rail transportation is crucial to downstream processors of agricultural products as well. If grain is not *initially* transported by rail, it is usually trucked to processing plants. Those processing plants must then use rail service to transport value-added derivative products, such as ethanol or soybean meal, to distant customers.

**Pre-DAPL Effects Of Increased Bakken Production On The Agricultural Industry**

11. Conditions in the 17 Corn Belt states in the years before DAPL went into operation are illustrative of the impact that rail transport of Bakken region crude oil production could have on the agricultural industry in the absence of a functioning pipeline transportation system. In the five years before DAPL came online, the rail network in the Corn Belt states (Iowa, Illinois, Indiana, Ohio, Michigan, Wisconsin, Minnesota, North Dakota, South Dakota, Montana, Wyoming, Colorado, Nebraska, Kansas, Missouri, Oklahoma, Texas) experienced significant growth in rail traffic, as well as a change in the types of commodities shipped by rail. Perhaps the most significant change was the increased volume of crude oil. As William Rennicke explains in his declaration, the number of barrels of crude oil shipped by rail grew by more than 1,500 percent from 2010 to their peak in 2014.

12. As a case study of the effects of reduced rail capacity and increased rail congestion on the price of grain in Corn Belt states, I have compared various factors from November 2014 (a pre-DAPL period in which elevated crude oil transportation via rail and other factors resulted in increased rail congestion and insufficient capacity to meet agricultural shippers' transportation needs) to March 2020 (a post-DAPL period in which crude oil transportation via rail was not significantly elevated). Table 2 displays those factors.

**Table 2**

|  | Pre-DAPL<br>Congested scenario<br>*November 2014* | DAPL In Service<br>Normal scenario<br>*March 2020* |
|---|---|---|
| **Grain shuttle cost**<br>AMS Shuttle Cost Index,<br>inclusive of fuel surcharge,<br>baseline year 2000 values = 100 | 411<br>*(peak on 10/1/2014)* | 224 |
| **Grain train speeds** | 19.8 mph | 23.7 mph |
| **Grain origin dwell times[4]** | 35.0 hours | 15.7 hours |
| **N. Plains corn basis**<br>versus benchmark futures price | minus $0.95 | minus $0.65 |
| **Central Corn Belt<br>corn basis**<br>versus benchmark futures price | minus $0.40 | minus $0.05 |
| **Ethanol origin<br>dwell times** | 35.8 hours | 17.1 hours |

**Sources:** U.S. Department of Agriculture, *Agricultural Transportation Open Data Platform*, http://agtransport.usda.gov; U.S. Department of Agriculture, Agricultural Marketing Service, *Grain Transport Cost Indicators*, https://www.ams.usda.gov/services/transportation-analysis/gtr-datasets; DTN ProphetX local basis values database (on file with author).[5]

13. These statistics, which I explain in more detail below, translate to significant loss in potential agricultural revenues. Indeed, the United States Department of Agriculture ("USDA") estimates that grain and oilseed producers throughout the Upper Midwest (Minnesota, North Dakota, Montana, and South Dakota) received $570 million less for the crops they marketed in 2014 than they could have earned in a normal freight environment.[6]

---

[4] Dwell time is the time spent by a loaded train waiting for the rail system space it needs so it can move from its origin.

[5] To my knowledge, these local basis numbers are not publicly available but can be obtained at individual locations. DTN subscribers receive these figures daily, but not the full historical set of data.

[6] U.S. Dep't Agric., Agric. Mktg. Serv., *Rail Service Challenges in the Upper Midwest: Implications for Agricultural Sectors–Preliminary Analysis of the 2013-2014 Situation* 37-38 (Jan. 2015), https://bit.ly/35d9sal.

14. To understand why rail congestion and delays caused such large losses, it is important to understand how such congestion affects the price of agricultural goods. When the rails become congested, fewer cars and less rail space are available to transport crops, and this scarcity of freight drives up freight prices. Someone must absorb those prices:  Either farmers absorb them by receiving less for their commodities from the buyer (this is known as the *origin* price), consumers absorb them by paying higher prices for those commodities (this is known as the *destination* price), or both share the burden as a result of depressed origin prices *and* higher destination prices.

15. In agriculture markets, farmers often shoulder most of the burden of higher transportation costs by receiving lower origin prices for their commodities. During the 2014 freight price surge, though, both farmers and consumers suffered. Destination prices also *rose*, meaning that both farmers and consumers absorbed those higher freight costs. To illustrate, during 2014, origin prices in Des Moines, Iowa were depressed by $0.10 per bushel when compared to their "normal" prices before freight prices began to rise, while destination prices in Lubbock, Texas were inflated by $0.50 when compared to their "normal" prices.[7]

16. This scarcity also caused financial harm in the form of lost produce. Grain producers could not out-compete crude oil producers for rail service because it is more profitable for the railroads to ship crude oil than field crops. As a result, a significant portion of the 2014 corn, soybean, and wheat crops could not be shipped as scheduled to processors, mills, exporters, and other customers. To mitigate this problem, 170 million bushels of "emergency storage" and 556 million bushels of "temporary storage" measures were put in place during the 2014 harvest.[8] A permit for temporary and emergency grain storage authorizes the owner to place grain in structures or on land, such as

---

[7] DTN ProphetX local basis values database (on file with author).

[8] Email from Timothy Mehl, Warehouse License & Examination Div., Farm Serv. Agency, U.S. Dep't of Agric. to Elaine Kub (Oct. 4, 2016) (on file with author).

tarp-covered piles or open-air mounds, other than designated storage facilities. However, these measures were not a complete solution during the 2014 harvest, because most of the emergency storage consisted of grain piled on uncovered land. As a result, millions of bushels of market-ready crops rotted because they could not be moved.

17. In state proceedings, I quantified the effects of rail congestion and higher freight costs specifically on Iowa farmers. I estimated that the average Iowa farmer lost $8,943 of corn revenue and $1,236 of soybean revenue, for a total of $10,179 in damage, due to insufficient freight availability in 2014.[9] I developed this figure based on the fact that an estimated 45,000 active Iowa farmers produced approximately 2.4 billion bushels of corn and 505 million bushels of soybeans in 2014. This means that, on average, each farmer marketed 52,609 bushels of corn and 11,238 bushels of soybeans in 2014. Using the USDA's estimate that increased transportation costs in 2014 reduced corn prices at their origin $0.17 per bushel and soybean prices by $0.11 bushel, I calculated that farmers lost more than $402 million in corn revenue and $55 million in soybean revenue in 2014. Dividing this by 45,000 provides the per-farmer estimated losses set forth above. This is a conservative estimate:  The Farm Bureau reported that increases in transportation costs from Council Bluffs, Iowa to the Gulf of Mexico in 2014 depressed local soybean origin prices from 11 to 27 cents per bushel.[10]

18. States and regions with smaller grain volumes than Iowa, but higher dependence on rail transportation, experienced similarly severe per-bushel losses during the 2014 freight congestion. North Dakota farmers lost an estimated $67 million from the value of their crops during the first

---

[9]  Direct Testimony of Elaine Kub on Behalf of Dakota Access, LLC at 5, *In re Dakota Access, LLC*, No. HLP-2014-0001 (Iowa Utils. Bd. Sept. 8, 2015).

[10]  *Id.*

four months of 2014[11]; and during the months of March, April, and May 2014, Minnesota farmers lost an estimated $100 million in revenue from soybeans, corn, and hard red spring wheat.[12]

19. The proper way to isolate the effects of freight pricing on grain income, and therefore to estimate revenue losses to grain farmers resulting from rail congestion, is to compare corn basis prices from the 2014 period to those in a "normal" period in which sufficient rail capacity was available to ship agricultural products. "Basis" is the difference between a commodity's local price and the price of the commodity's benchmark futures contract. For example, if a local elevator's corn price is $3.00 per bushel, and the Chicago corn futures price is $3.50, the local basis value is -$0.50. Analyzing basis is therefore the method to compare prices, all benchmarked against the futures price, showing differences from one region to another or from one timeframe to another.

20. Transportation costs are the primary influence on basis differences. Basis will tend to be relatively weaker (-$0.65)[13] in more distant regions with longer transport distances and higher transportation costs, like the Upper Midwest, than in regions closer to competitive demand points, like Chicago, where the basis may be $0.00 and match the benchmark futures contract. Over time,

---

[11]   U.S. Dep't Agric., Agric. Mktg. Serv., *Rail Service Challenges in the Upper Midwest: Implications for Agricultural Sectors–Preliminary Analysis of the 2013-2014 Situation* 33 (Jan. 2015), https://bit.ly/35d9sal.

[12]   *Id.* at 32.

[13]   Local basis bids are not publicly available, to my knowledge, but are available daily to DTN subscribers. An example of these basis bids can be seen in the most recent edition of the Agricultural Marketing Service's *Grain Transportation Report*. U.S. Dep't of Agric., Agric. Mktg. Serv., *Grain Transportation Report* (2020), https://www.ams.usda.gov/sites/default/files/media/GTR04232020.pdf. Figure 1 on Page 4 of the report shows some local prices throughout the country and the benchmark futures prices to which they are compared. A limited historical set of basis values can be put together by reviewing prices in previous issues of the *Grain Transportation Report*.

basis values all across the Corn Belt tend to move stronger or weaker at the same time. Stronger (less negative) basis values are more favorable for farmers.

21. To perform this comparison, I reviewed 2014 corn basis values to those from 2017 (when DAPL came online) through April 2020, a period during which DAPL's transportation of crude oil freed up rail capacity. I chose corn basis because corn is frequently used as the bellwether crop to represent the broader grain market. This is because corn is the highest volume standardized commodity grown in the United States, and its industry is widespread across many Midwestern and Plains states.

22. The comparison of 2014 basis values to those post-DAPL is striking. For example, in the Dakotas and Minnesota, corn basis values hit record lows and stayed low throughout the period of rail congestion in 2014. In a normal corn market environment, basis bids in the eastern Dakotas would typically be around $0.65 under the benchmark futures prices (-$0.65 basis). However, as shown in Figure 1, at various points during the 2014 rail congestion crisis, individual elevator bids in North and South Dakota sank to more than $1.20 under the benchmark futures price (-$1.20 basis); and from March 2014 through October 2014, the average corn basis value across North Dakota and Minnesota was never better than -$0.90.[14]

23. It is also important to understand that such rail congestion directly or indirectly affects all members of the agriculture industry that must move raw materials or finished goods to market, not just farmers. These include, for example, farmer-owned cooperatives, commercial grain traders and elevators, livestock feeders, ethanol plants, mills, and processors. Each of these industry participants either relies on the timely arrival of grain by rail (for example, cattle must receive feed

---

[14]  Database of daily basis bids collected from more than 2,500 individual elevators by DTN ProphetX.

to eat every day, and ethanol plants must receive grain to process), or experiences lower revenues when higher freight costs depress their origin prices.[15]

24. For instance, grain processors substantially depend on rail shipment for exports. Approximately one-third of the soybean meal produced in the United States is exported, and therefore typically requires rail transportation to an exporting hub.[16] Rail congestion and delays and higher rail freight prices would likely have a heavy impact on the many grain processors in the Midwest. This, too, is shown by the events of 2014. The ethanol industry particularly struggled in Midwestern states in 2014 as railroads failed to meet the pace of demand for ethanol tankers. During the first week of December 2014, the average origin dwell time—the time spent by a loaded train waiting for the rail system space it needs so it can move from its origin—for ethanol trains throughout the United States was 35.8 hours, a 74 percent longer wait than the average for all types of trains.[17] Origin dwell times for trains transporting grain were similarly long at the peak of the 2014 freight congestion, topping out at 35.0 hours during the week of November 23, 2014.[18] And grain train speeds during that timeframe were abnormally slow through the congested rail network, averaging 19.8 miles per hour.[19] Importantly, the late-November timeframe is the most critical for the grain industry to receive effective service from freight providers, as the total volume of

---

[15]  Reply Testimony of Elaine Kub on Behalf of Dakota Access, LLC at 3, 5, *In re Dakota Access, LLC*, No. HLP-2014-0001 (Iowa Utils. Bd. Oct. 26, 2015).

[16]  Nat'l Oilseed Processors Ass'n., *U.S. Soy Exports—All Destinations for CY 2009–2018*, https://www.nopa.org/resources/datafacts/u-s-soybean-exports-for-cy-2009-2018/   (last   visited Apr. 27, 2020).

[17]  Surface Transp. Bd., *Rail Service Issues Reports*, https://bit.ly/3f1Kvn5 (report filed Dec. 3, 2014).

[18]  *Id.*

[19]  *Id.*

harvested bushels tends to arrive at local cooperative elevators and commercial grain shipping facilities during this timeframe.

**Effects Of DAPL On The Agricultural Industry**

25. DAPL's operation has significantly reduced stress on the rail system in the Upper Midwest, reducing congestion and freeing up capacity to ship agricultural commodities via rail. As a result of DAPL coming online in 2017, significantly less crude oil has been transported out of the Bakken region by rail. As William Rennicke explains, U.S. railroad tonnage of crude petroleum fell to approximately 11 million tons in 2017, compared to nearly 50 million tons in 2014.

26. Freed of the rail congestion from crude oil trains, the grain market's shipments by rail were allowed to return to normal volumes, normal service levels, and less ruinous freight pricing. The average prices per ton charged by the railroads for hauling field crops were lower in 2017 and 2018 than the prices seen during the 2014 freight congestion crisis. Similarly, corn basis values throughout the Corn Belt states recovered after the 2014 freight congestion crisis ended, and the industry's corn basis bids no longer experience pressure from unusually high freight costs. The figure below demonstrates how corn basis values in North Dakota and Minnesota closely and inversely tracked the cost of rail transportation during this period.



**Figure 1 – The inverse relationship between the freight costs of grain shuttles and the basis values bid to regional farmers. Note the relationship is offset by several months as grain buyers book freight in advance and incorporate those expected costs into their basis bids.[20]**

27. In the nearly three years since DAPL went into service in June 2017, corn basis values have reverted to their historically normal means. A comparison to the abnormal corn basis values in Upper Midwest states in 2014 demonstrates that DAPL prevents the freight congestion that destroys the regular functioning of the grain markets. The three figures below illustrate corn basis values in the Upper Midwest by locality in three different time periods. The orange, red, and white colors indicate positive corn basis values (with white and red showing the strongest basis values), and the blue colors indicate negative values (with dark blue showing the weakest basis values). Figure 2 shows corn basis values in 2010, before Bakken crude oil production began to increase substantially and put pressure on rail line capacity. Figure 3 shows corn basis values in May 2014,

---

[20]  Figure 1 is derived from the USDA AMS Shuttle Cost Index, which tracks the secondary market prices for grain shuttle trains in the United States, inclusive of fuel surcharges, using year 2000 values as the baseline = 100; and from DTN ProphetX, which maintains a database of basis bids collected daily from over 2,500 individual grain-buying locations across the United States.

during the period of heavy rail congestion. Figure 4 shows values in 2018, when rail congestion levels returned to normal as a result of DAPL's operation.



**Figure 2 – Baseline historic normal. Corn basis values across the Corn Belt are shown during the 2009-2010 marketing year when there was a normal abundance of grain production and no major transportation problems.**



**Figure 3 – Pre-DAPL congested scenario. Unprecedented volumes of crude oil tankers clogged the rail lines and prevented timely service to other industries, including to grain shippers, which led to higher freight costs and subsequently depressed basis values, especially in the Upper Midwest regions where rail congestion was most disruptive. Pain points (late arrivals and drastically elevated basis values) were also noted in prices for terminal grain customers prices, such as feedlots in the Texas panhandle and poultry feeders in the Southeast.**



**Figure 4 – DAPL In Service normal. Grain basis values reverted to their historic means once the crude oil was instead moved by pipeline and the congestion on the rail lines was relieved.**

28. As the extent of dark blue coloring in Figure 3 illustrates, corn basis prices in the Upper Midwest states weakened sharply as rail shipment costs rose due to increased demand to transport Bakken crude oil by rail before DAPL came online. As the green coloring in the same region in Figure 4 shows, corn basis values reverted to their normal ranges after DAPL relieved this stress on rail infrastructure in the region.

**Effects Of Shutting Down DAPL On The Agricultural Industry**

29. If DAPL is shut down, a portion of its crude oil transportation capacity is expected to shift to rail lines that are already constrained. This increase in the demand for rail transportation of crude oil, even if only a fraction of that transported by DAPL, would cause similar disruptive effects on grain markets in Upper Midwest states to those experienced in 2014. In fact, I expect that these effects could actually be *more* severe today than in 2014.

30. Further compounding these capacity problems, rail carriers typically prefer crude oil over agricultural commodities because shipping crude is more profitable. As of 2018, railroads were receiving average revenue of over $70 per ton for shipping crude petroleum (increasing at a 12

percent compound annual growth rate), but only $40 per ton (increasing at only 4 percent) for shipping field crops.[21] Given that railroads can make 75 percent more revenue on average from shipping crude oil than field crops, and the average revenue from shipping crude oil is growing more than three times faster than that for field crops, railroads will prefer crude oil shipments, all other things being equal.

31. Moreover, potential increased rail shipments of crude would also make it more difficult for some agricultural producers to acquire the appropriate types of rail cars for their products. While different types of railcars are generally used to ship oil and agricultural commodities, the one major exception is ethanol, which is transported in the same type of tanker car as crude oil. I understand that another witness has documented a massive shortage of the tanker cars used to transport crude oil. Those are the *same type of tanker car* used to transport ethanol. If between 8,000 and 12,000 new tanker cars for crude oil were needed to replace DAPL's current capacity, it would likely max out the production of such cars for years. That means that even if demand to ship both agricultural commodities and crude oil were to increase apace, given limits on the manufacturing plants' ability to produce the cars, it will be impossible to produce enough cars to satisfy the needs of both crude oil shippers and ethanol producers (not to mention the needs of other commodities that use this type of tanker car, like chemical producers) at the same time.

32. The yearly volumes of grain transported by rail have not fallen since 2014. In fact, these volumes are expected to increase to a record amount in 2020 given consistently increasing yield trends in U.S. corn production. Given the volumes of crude oil already being moved by rail, the addition of further volumes moving to rail would likely cause the congestion experienced during

---

[21]  Analysis of Association of American Railroads Freight Commodity Statistics (2000-2018) (on file with author).

2014 to re-occur, quite possibly at an even worse level. There have been no changes in any inputs that would prevent recurrence of slower train speeds, longer dwell times, dramatically higher freight costs, dramatically lower grain basis values, and cumulative revenue losses to Corn Belt farmers, all of which predated DAPL.

33. Indeed, the larger grain and oil volumes expected in 2020 and beyond could exacerbate these previously experienced problems by further straining the rail system. U.S. corn yields tend to improve at an average of more than one bushel per acre per year:  In 2014, U.S. farmers planted 90.5 million acres and produced 171 bushels per acre[22]; and four years later (in 2018), they planted 89 million acres and produced 177 bushels per acre.[23] The March 2020 Prospective Plantings survey of farmers suggests the industry will plant 97 million acres of corn this spring.[24] Thus, assuming normal weather conditions and per-acre yields consistent with historical data, this will almost certainly produce a record-large 17 billion-bushel crop, much of which will need to be shipped by rail.

34. Given this demand, increasing rail traffic by even a few hundred rail cars per day could cause severe disruption to the nation's agricultural industry, particularly in the states and regions where these crude oil trains would crowd the rail lines (North Dakota, Montana, Minnesota, South

---

[22]     U.S. Dep't of Agric., Nat'l Agric. Statistics Serv., *Crop Production* 8 (Jan. 2015), https://bit.ly/3bNNXQ1.

[23]     U.S. Dep't of Agric., Nat'l Agric. Statistics Serv., *Crop Production* 10 (Feb. 2019), https://bit.ly/2W4hAG8.

[24]     U.S. Dep't of Agric., Nat'l Agric. Statistics Serv., *Prospective Plantings* 1 (2020), https://bit.ly/2SizGTE.

Dakota, Iowa), but also across the broader Corn Belt as freight prices for grain would reach 2014 levels or beyond.

35. Market effects similar to the 2014 rail-congested scenario would likely result in revenue losses of $0.17 to $0.42 per bushel for corn sold in Upper Midwest states, losses of $0.18 to $0.46 per bushel for wheat sold in the Upper Midwest, and losses of $0.11 to $0.27 per bushel for soybeans sold in the Upper Midwest.[25] I estimate the per-bushel losses for barley would be similar to the per-bushel losses for wheat, and the per-bushel losses for sorghum would be similar to the per-bushel losses for corn. Therefore, conservatively counting these losses only for the portion of grain actually shipped by rail (although all grain prices tend to fall in tandem when the rail market is disrupted), farmers in the Upper Midwest would likely experience the  revenue losses shown in Table 3 through a single grain marketing year if a shutdown of DAPL caused freight congestion and delays comparable to those experienced in 2014:

**Table 3: Projected Single-Year Revenue Losses Resulting from Freight Congestion and Delays Comparable to 2014**

|  | RANGE OF ESTIMATED REVENUE LOST FROM FARM INCOME | LOSS PER INDIVIDUAL FARMING OPERATION | ANNUAL PRODUCTION VOLUME OF CORN, SOYBEANS, WHEAT, BARLEY, AND SORGHUM (BUSHELS) | SHARE OF GRAIN SHIPPED BY RAIL |
|---|---|---|---|---|
| **MONTANA** | $41 to $104 million | $2,709 times 26,800 farming operations | 268,625,000 | 84.6% |
| **NORTH DAKOTA** | $127 to $317 million | $8,508 times 26,100 farming operations | 982,630,000 | 79.2% |
| **SOUTH DAKOTA** | $55 to $137 million | $3,254 times 29,600 farming operations | 793,592,000 | 43.7% |

---

[25]   U.S. Dep't Agric., Agric. Mktg. Serv., *Rail Service Challenges in the Upper Midwest: Implications for Agricultural Sectors–Preliminary Analysis of the 2013-2014 Situation* 36-37 (Jan. 2015), https://bit.ly/35d9sal.

| | | | |
|---|---|---|---|
| **MINNESOTA** | $98 to $243 million | $2,515 times 56,000 farming operations | 1,644,605,000 | 37.5% |
| **UPPER MIDWEST (TOTAL)** | **$321 to $801 million** | **$3,734 times 150,500 farming operations** | **3,689,452,000** | |

*Sources:* **Agric. Mktg. Serv., U.S. Dep't Agric.,** *Rail Service Challenges in the Upper Midwest: Implications for Agricultural Sectors–Preliminary Analysis of the 2013-2014 Situation* **(Jan. 2015)**

36. Even on the low end of the projected range, farmers would lose $321 million, and losses could exceed $800 million. Moreover, the above estimate only includes the market effects on four states' corn, soybean, wheat, barley, and sorghum production, but other crop prices would additionally be affected in these and other states where grain production is less concentrated in corn and soybeans and more diversified into small grains and specialty crops. These include, for example, the canola, dry edible peas, lentils, chickpeas, and flaxseed grown in North Dakota and Montana, as well as the oats, millet, and rye grown in South Dakota and Minnesota.

37. Moreover, the above-estimated one-year revenue loss of up to $800 million includes the market effects on *farm-level* revenue. Industry-wide revenue losses would be much larger, as other agricultural products must also ship by rail and are also affected by rail congestion and higher freight prices. These include the sugar refined from sugar beets in Montana, North Dakota, and Minnesota; the ethanol refined in South Dakota, Minnesota, and North Dakota; the distillers' grains produced as a byproduct of ethanol milling; and the soybean meal and soybean oil (and other softseed oils, like sunflower oil) processed in North Dakota, South Dakota, and Minnesota. Cumulatively, the economic losses suffered by commercial processors of these value-added agricultural products could easily exceed the dollar amounts estimated to be lost from farm income alone, pushing total revenue losses well over $1 billion per year.

38. States outside the Upper Midwest region would also likely be heavily affected. To quantify the losses in these states, a similar analysis as that above can be used. In regions with multiple

supply chain routes for grain (not only rail but also barge shipments and local processors and local animal feeding), higher rail freight prices also depress local basis bids, but the effect is less predictable. Independent modeling[26] suggests that rail freight prices predict half as much basis movement in less rail-reliant Midwestern states as in the above-listed Upper Midwest states. Thus, it is reasonable to estimate that the losses in Midwestern states in a congested-freight scenario would be $0.09 to $0.21 per bushel for corn, $0.06 to $0.14 per bushel for soybeans, and $0.09 to $0.23 per bushel for wheat. Applying this analysis to present-day volumes of grain production beyond the Upper Midwest to include a more comprehensive list of grain-producing states (Montana, North Dakota, South Dakota, Minnesota, Indiana, Iowa, Nebraska, Kansas, Missouri, Ohio, Kentucky, and Idaho) yields total expected losses to farm income over a full marketing year of between $526 million and $1.309 billion. That is why I confidently predict the agricultural industry could lose $1 billion or more in annual revenue if DAPL is no longer in service to prevent rail congestion.

39. In Indiana, for example, lost revenue due to freight congestion would roughly equal the value of 1,450 lost jobs. Annual corn production in Indiana reaches 815 million bushels, annual soybean production reaches 273 million bushels, annual wheat production reaches 16 million bushels,[27] and 27.8 percent of that total grain volume is shipped by rail and therefore affected by freight prices.[28] Applying the same per-bushel loss calculations in the preceding paragraph, I estimate that the cumulative losses to farm income in Indiana would range from $24 to $59 million.

---

[26]  *See* **Exhibit 2**.

[27]  U.S. Dep't of Agric., Nat'l Agric. Statistics Serv., *2019 State Agriculture Overview: Indiana* (as of Apr. 28, 2020), https://www.nass.usda.gov/ Quick_Stats/Ag_Overview/stateOverview.php?state=Indiana.

[28]  U.S. Dep't of Agric., *State Grain Rail Statistical Summary* 43 (2013), https://bit.ly/2SeOtir.

In Indiana, annual per capita median income is $28,461.[29] Thus, the midpoint of the projected income losses, $41.3 million, is the equivalent to 1,450 lost jobs at the per capita median.

40. As mentioned, lost agricultural revenue if DAPL were to shut down could well exceed the losses in 2014, because the demand for rail transportation of crude oil would increase rapidly as opposed to the gradual change in the years leading up to 2014. Rail congestion would therefore likely be worse than what was seen in the past, and the scarcity of service could lead to record-high grain shuttle freight costs, and, as a result, record-low grain basis prices.

41. For these reasons, I expect that the strain on the agricultural industry resulting from shutting down DAPL and moving a substantial portion of Bakken crude oil shipping back to rail would be even worse than before DAPL entered service. I also expect that these disruptions would last significantly longer than the short-term peak of freight prices in 2014. Farmers can store grain rather than market it during a three-month period when freight prices are particularly high (and basis values are particularly weak), such as when this occurred for a relatively short period in 2014. However, if freight scarcity and weak basis values persist, as they could if DAPL were out of service for a year or more, farmers could be forced eventually to sell their entire annual crop production at depressed prices, causing catastrophic effects on rural economies across the United States.

## A Personal Perspective On The Effects Of Shutting Down DAPL On The Residents Of Edmunds County, South Dakota

42. Finally, I would like to add an observation on the disruptive effects of shutting down DAPL based on personal experience, rather than expert analysis. I live on a farm in Edmunds County, South Dakota. My home is located approximately five miles east of DAPL and seven miles south

---

[29] U.S. Census Bureau, *Quick Facts: Indiana*, https://www.census.gov/quickfacts/fact/table/IN/PST045218 (last visited Apr. 28, 2020).

of a rail line on which additional crude oil trains are projected to travel if DAPL is shut down. The water my family and my cattle drink is drawn from a point on Lake Oahe downstream from the DAPL crossing. While I cannot speak as an expert on the topic of the relative safety of transporting crude oil by pipeline versus train, I can say that my neighbors and I can barely notice anymore where the pipeline was installed and almost never think of its existence. But during the 2014 rail congestion, I vividly recall the fear inspired by knowing that multiple crude oil trains were traveling through my hometown each day. I also vividly recall the inconvenience, and even danger, caused when congested trains parked at rail crossings that blocked major roads, including roads emergency personnel would have to take to reach my farm to assist my family members or me in an emergency. Finally, I recall the drastically lower prices I received for the grain my farm produces (an example of depressed origin prices) and the economic pain felt at my local cooperative elevator, where emergency grain storage had to be used at harvest time due to poor rail service and caused damage to the grain. Numbers alone cannot fully capture these real-world effects.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 28, 2020

_Elaine Kub_
Elaine Kub

# KUB
# EXHIBIT 1

# Elaine Kub

Commodity market economist
Author of "Mastering the Grain Markets: How Profits Are Really Made"

35036 141st St
Roscoe SD  57471

(605) 728-2189

www.elainekub.com

**E-mail**
elaine.m.kub@gmail.com

**Twitter**
@elainekub

**YouTube**
www.youtube.com/
masteringmarkets

## Recent Publications

"Mastering the Grain Markets: How Profits Are Really Made." 2012.

"Kub's Den." Bi-weekly column published by DTN The Progressive Farmer since 2008. Selected recent titles:
- *Energy Markets Spooked By "Overpriced" Corn.* April 9, 2020
- *The Old-Fashioned Idea of Cattle Prices Following Stock Prices.* March 11, 2020
- *Sickness Spreads Through Freight Markets.* February 26, 2020
- *Traditional Time for Pre-Harvest Hedging.* February 12, 2020

"The price of rain: breaking down potential gains or losses." Emerge magazine, South Dakota Corn Growers Association. September 2016.

"Insufficient Freight: An Assessment of U.S. Transportation Infrastructure and Its Effects on the Grain Industry." American Farm Bureau Federation. July 2015.

## Selected Recent Presentations

"Market to Market." Produced by Iowa Public Television; aired by public television stations across America. Analysis provided on a regular rotation, most recently during the March 6, 2020 episode.

"AgDay" and "U.S. Farm Report." Produced by Farm Journal Media; aired by NBC-affiliated television stations across America. Analysis provided on a regular rotation, most recently during the week of April 13, 2020.

"Market Journal." Produced by the University of Nebraska – Lincoln; aired by RFD-TV and Nebraska's PBS stations. Analysis provided on a regular rotation, most recently during the April 17, 2020 episode.

"Commodity Week." Produced and aired by University of Illinois Extension and WILL radio. Analysis provided on a regular rotation, most recently on February 13, 2020.

Market analysis also provided regularly to WHO radio's "The Big Show," Radio 570 WNAX's "Opening Grain Markets and Analysis," Red River Farm Network's "Market Update," Farm Journal's "Market Rally Radio," and the "Ag News Daily" podcast.

"Physical Grain Market Vulnerabilities Amid COVID-19 Pandemic." Online webinar presented on behalf of Farm Credit Services of America. March 24, 2020.

"Grain Marketing – Develop a Plan." Seminar series presented on behalf of Compeer Financial. March 2, 3, 4, 5, 9, 10, 11, 12, 2020.

"2020 Soybean Market Outlook." Keynote at AGP (Ag Processing Inc.) annual meeting. January 17, 2020.

"New Frontiers for Grain Trading: Blockchain Opportunities Beyond the Hype." Conference presentation at Farmtech 2019, Edmonton Alberta.

"Prepping for the 2019 Grain Markets." Market outlook presentation given for:
- Fremont Corn Expo, Fremont, Nebraska
- Ag Country Farm Credit Marketing Day, Fargo, North Dakota
- BankIowa market outlook meeting, Independence, Iowa
- Nebraska Women in Agriculture conference, Kearney, Nebraska
- Iowa Corn Growers Association, Rock Rapids, Iowa
- Iowa Women in Agriculture conference, Ankeny, Iowa
- Sietec Genetics market outlook meeting, Fremont, Nebraska
- Illinois Farm Bureau market outlook meeting, Henry County Illinois
- Northern Canola Growers Association expo, Langdon North Dakota

Expert testimony at the evidentiary hearing regarding the petition for the Dakota Access pipeline permit. State of Iowa Department of Commerce Utilities Board. November 17, 2015.

"Maize and Bean Value Chain Analysis." Presentation series for Bora Denbel Farmers' Cooperative Union. Meki, Oromia, Ethiopia. April 1 through April 11, 2015.

"Topics on Ag Market Diversification." Presentation for Iowa NRCS at the Farm Progress Show. Boone, Iowa. August 26, 2014.

"Mastering the Grain Market Outlook." Presentation for the 'Agrishow' farm show. Ribeirão Preto, São Paulo state, Brazil. April 28, 2014.

"Corn: Mastering the Global Food System Through Cutting-Edge Supply-Side Technology." Presentation for the Social & Technological Innovation in Global Food Systems lecture series. Yale University. New Haven, Connecticut. February 12, 2014.

### Employment and Experience

Independent market economist and consultant. July 2010 to Present.

Grain merchandiser; The Scoular Company, Overland Park, KS. January 2009 to July 2010.

Market analyst; DTN The Progressive Farmer, Omaha, NE. December 2006 to January 2009.

Analyst Intern; Altegris Investments, San Diego, CA. June 2006 to September 2006.

### Education and Licenses

Series 3 License registered November 2010. NFA ID: 0425944.

Masters of Business Administration. 2007. Rady School of Management, University of California San Diego.

Bachelor of Science, Industrial and Management Systems Engineering. 2005. University of Nebraska – Lincoln.

CFA Level II candidate. Level I passed June 2018.

# KUB
# EXHIBIT 2

## Analysis of the relationship between freight prices for grain shuttle trains and the local corn basis bids in eleven U.S. grain-producing regions

*Analysis conducted by Elaine Kub, independent market economist in April 2020*
*Contact: elaine.m.kub@gmail.com, (605) 728-2189*

**Methodology:** For each of the eleven regions, the statistical relationship between the USDA's Shuttle Cost Index *(Grain Transport Cost Indicators https://www.ams.usda.gov/services/transportation-analysis/gtr-datasets)* and the average regional corn basis bids *(DTN ProphetX local basis values database on file with author)* was modeled using weekly data from January 2010 through April 2020, using a simple univariate function to show the predictive power of freight costs on local corn basis bids. The Shuttle Cost Index was not adjusted for inflation over time, nor was the relationship explored with the Shuttle Cost Index as a three-month leading indicator, for example, although either of these adjustments would likely have improved the predictive power of the model. "Predictive power" was represented by the coefficient of determination.

The charts below show that all regions display an inverse relationship between freight prices and local corn basis bids, and some regions display stronger predictive power between the two variables than others.

**Conclusions:**

1. Local corn prices are inversely related to grain-by-rail freight prices. When freight prices go up, local corn prices go down (and vice versa).

2. The predictive power of freight prices to affect local corn prices is strongest in the followinig regions: North Dakota, Minnesota, South Dakota, Nebraska, Wisconsin, Michigan, Illinois, Northern Missouri, and Eastern Kansas.

3. Freight prices are roughly half as effective at predicting local corn price changes in the following regions: Northeast Iowa, Northwest Iowa, Southern Iowa, Southern Minnesota, and Western Kansas.

4. Corn basis values in the Upper Midwest (North Dakota, Minnesota, South Dakota) reverted to their historically normal values in the period after the Dakota Access Pipeline came in service, post June 2017.



Regions with strong inverse relationship between rail freight prices and local corn basis values



Regions with inverse relationship between rail freight prices and local corn basis values which is less strong



average regional corn basis
(cents +/- benchmark futures price)

USDA grain shuttle train cost index
(baseline year 2000 values = 100)