# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, | Case No. 1:16-cv-1534-JEB (and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,

        Plaintiffs,

  and

CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,

        Plaintiff-Intervenors,

      v.

U.S. ARMY CORPS OF ENGINEERS,

        Defendant-Cross Defendant,

  and

DAKOTA ACCESS, LLC,

        Defendant-Intervenor-Cross Claimant.

Case No. 1:16-cv-1534-JEB (and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)

---

**DECLARATION OF LAURA T.W. OLIVE, PHD IN SUPPORT OF DAKOTA ACCESS, LLC'S BRIEF ON THE QUESTION OF REMEDY**

---

1.  My name is Dr. Laura T.W. Olive.  I am an Associate Director at National Economic Research Associates, Inc. ("NERA").  My business address is 99 High Street, Boston, Massachusetts, 02110.

2.  I have a PhD in economics from Northeastern University, with a major field of Industrial Organization.  My coursework and dissertation focused on regulated industries

and those facing competition including energy, transport, and communications.  I also have a B.A. in economics with a minor in public policy from Simmons College.

3.   I joined NERA in 2012 as an associated consultant while finishing my dissertation, and as a full-time consultant in 2014.  I frequently analyze the economics of gas and oil markets and long-lived energy infrastructure projects (such as pipelines, refineries, and liquefied natural gas export facilities) around the world.  I have evaluated energy markets, development, transport, and processing in the context of regulation and disputes in North and South America, Africa, Australia, and New Zealand.  In 2016, I published "The Politics of U.S. Oil Pipelines:  The First Born Struggles to Learn from the Clever Younger Sibling," in the *Energy Law Journal* (with Dr. Jeff D. Makholm), which discusses the regulation of oil and gas pipelines in the United States.  I regularly speak to legal and industry groups on energy regulation, competition, and market dynamics.  My curriculum vitae is attached as **Exhibit 1**.

4.   This declaration describes my conclusions regarding the impact to those that rely on the Dakota Access Pipeline ("DAPL") during this period of economic uncertainty if the pipeline is shut down while the U.S. Army Corps of Engineers completes its Environmental Impact Study ("EIS") as ordered by the Court.

5.   I conclude that shutting down DAPL would impede or lengthen the recovery from the current economic downturn for many who currently rely on the pipeline.  DAPL represents an important crude oil transport link between producers and consumers—it is the most efficient and direct means of moving crude oil from the Bakken region to major refineries in the Midwest and the Gulf Coast.  Producers, refineries, and consumers benefit

2

from the lower costs of crude oil transport through DAPL and states such as North Dakota rely on oil revenues as a large portion of their budgets.  Taking DAPL offline would also reduce significantly state tax revenue at a time when public and private resources are, or will be, strained.  In addition, current economic conditions are particularly difficult for the U.S. oil industry because of added pressures of simultaneously declining demand and oil prices.  The entities directly upstream and downstream of DAPL have made significant, long-term infrastructure investments in part due to reliance on the stable means of crude oil transport that the pipeline provides.  Shutting down DAPL at a time of economic uncertainty and forcing those entities to find alternate sources of transportation or supply will negatively affect investor expectations for the U.S. oil and gas industry as well as the larger U.S. economy because the oil industry contributes significantly to the U.S. Gross Domestic Product ("GDP").

*DAPL Represents An Important Transport Link Between Producers And Consumers*

6.   DAPL plays an important part in the North American crude oil market, which has experienced significant change in recent years due to a shift in the source of the crude oil supply (primarily from foreign sources to domestic sources and from increased supply in the Northern Plains states and Texas).  The Bakken region—an area in North Dakota, Montana, and across the border into Canada—is a new source of domestic crude oil that has become increasingly prominent due to improvements in extraction technologies.  North

Dakota is now the second largest oil-producing state in the United States.[1]  In December 2019, the Bakken region produced 11.6 percent of total U.S. crude oil.[2]  With a maximum authorized throughput of 570,000 barrels per day (bpd) in December 2019, **DAPL transported nearly 40 percent of all Bakken production and 4.5 percent of all crude oil produced in the United States.**[3]  The majority of the crude oil shipped on DAPL from the Bakken to Patoka, Illinois is then carried by the Energy Transfer Crude Oil Pipeline ("ETCOP") to refineries in the Gulf Coast region.

7.   The Bakken region produces light, sweet crude oil.  Crude oil used by refineries across the United States has become lighter since 2011 as U.S. refineries use more domestically produced light crude oil than before, particularly in the Gulf Coast region. The share of domestic crude oil used by Gulf Coast refineries increased from 36 percent to 70 percent between 2011 and 2018 due in part to Bakken light crude transported by DAPL

---

[1]   *Crude Oil Production*, U.S. Energy Info. Admin. (release date Mar. 31, 2020), https://www.eia.gov/dnav/pet/pet_crd_crpdn_adc_mbblpd_m.htm.

[2]   *See Drilling Productivity Report*, U.S. Energy Info. Admin. (release date Apr. 13, 2020), https://www.eia.gov/petroleum/drilling/#tabs-summary-2 (see "Report data.xlsx" for complete historical data and "Bakken Region" tab:  reporting 1,482,224 bpd of crude oil produced in the Bakken region in December 2019); *U.S. Field Production of Crude Oil*, U.S. Energy Info. Admin. (release date Mar. 31, 2020), https://www.eia.gov/dnav/pet/hist /LeafHandler.ashx?n=PET&s=MCRFPUS2&f=M (reporting 12,804,000 bpd total U.S. crude oil produced in December 2019).

[3]   *See Drilling Productivity Report*, *supra* (reporting 1,482,224 bpd of crude oil produced in the Bakken region in December 2019); *U.S. Field Production of Crude Oil*, *supra* (reporting 12,804,000 bpd total U.S. crude oil production in December 2019).

and ETCOP.[4]  Overall the portion of lighter grades of crude oil receipts increased in recent years as more domestically produced light crude oil displaced foreign oil at U.S. refineries.

8.   Transport links between resource basins and consuming regions necessarily follow discoveries of new crude oil fields and sometimes alter direction or add capacity to bring that crude oil to refineries to produce petroleum products.  Pipeline companies (such as Dakota Access) react to changes in the market, either in supply or demand, by modifying existing infrastructure (e.g., ETCOP, a converted natural gas pipeline) or building new infrastructure (e.g., DAPL).[5]  But it takes time for such new transport options to develop. Pipelines, fixed in location and serving particular routes, cannot redeploy to respond to new market conditions.  Oil and gas pipelines are characterized by high, upfront costs and long useful lives.  They are fixed and irretrievably sunk assets that require significant capital expenditures for construction, rights of way, and licensing by state and federal authorities well before transporting fuel.  In the United States, financing for pipelines comes from private capital where investor-owners provide funds with the expectation of a stream of future revenue to recoup that investment.

9.   DAPL and ETCOP represent an important transport link between the producers in the Bakken, Midwest and Gulf Coast refineries that rely upon the pipelines as a source of crude oil, and consumers of refined petroleum products.  DAPL moves more crude oil out

---

[4]   *Crude oil used by U.S. refineries continues to get lighter in most regions*, U.S. Energy Info. Admin. (Oct. 11, 2019), https://www.eia.gov/todayinenergy/detail.php?id=41653.

[5]   *Crude Oil*, Energy Transfer, https://www.energytransfer.com/crude-oil/ (last visited Apr. 25, 2020).

of the Bakken region per day than any other asset, and it is the least expensive, most direct mode of crude oil transportation to major oil hubs in the Midwest and, through ETCOP, the Gulf Coast.[6]   As domestic production of crude oil has increased, particularly in North Dakota and Texas, refineries have expanded capacity in both Petroleum Administration for Defense District ("PADD") II (the Midwest), which includes refineries that can receive crude oil that DAPL delivers to the oil hub in Patoka, Illinois, and numerous refineries in PADD III (Gulf Coast), through ETCOP's terminus at Nederland, Texas.   Table 1 shows that between 2014 and 2019, refineries in PADD II expanded capacity by 299,970 bpd or almost 8 percent.   Similarly, Table 2 describes increased capacity at refineries in PADD III of 686,570 bpd or 7.5 percent between 2014 and 2019.[7]

**Table 1: Refinery Operating Capacity in PADD II Increased Over the Last 5 Years**

| Region | 2014 | 2019 | Difference | Growth |
|---|---|---|---|---|
| | **(bpd)** | **(bpd)** | **(bpd)** | **( % )** |
| | [A] | [B] | [C] = [B] - [A] | [D] = [C] / [A] |
| Indiana-Illinois-Kentucky | 2,457,745 | 2,650,465 | 192,720 | 7.8% |
| Minnesota-Wisconsin-North and South Dakota | 467,500 | 508,515 | 41,015 | 8.8% |
| Oklahoma-Kansas-Missouri | 850,300 | 916,535 | 66,235 | 7.8% |
| **TOTAL** | 3,775,545 | 4,075,515 | 299,970 | 7.9% |

---

[6]   *U.S. Williston Basin Crude Oil Export Options - April 2020*, N.D. Pipeline Auth. (Apr. 2020), https://ndpipelines.files.wordpress.com/2020/04/25.jpg.

[7]   *Refinery Capacity Report 2014*, U.S. Energy Info. Admin. (release date June 25, 2014),     https://www.eia.gov/petroleum/refinerycapacity/archive/2014/refcap2014.php; *Refinery Capacity Report 2019*, U.S. Energy Info. Admin. (release date June 21, 2019), https://www.eia.gov/petroleum/refinerycapacity/archive/2019/refcap2019.php.

**Table 2: Refinery Operating Capacity in PADD III Increased Over the Last 5 Years**

| Region | 2014 | 2019 | Difference | Growth |
|---|---|---|---|---|
| | (bpd) | (bpd) | (bpd) | ( % ) |
| | [A] | [B] | [C] = [B] - [A] | [D] = [C] / [A] |
| Louisiana Gulf Coast | 3,606,200 | 3,695,685 | 89,485 | 2.5% |
| New Mexico | 130,700 | 136,000 | 5,300 | 4.1% |
| North Louisiana-Arkansas | 242,920 | 256,420 | 13,500 | 5.6% |
| Texas Gulf Coast | 4,502,626 | 5,007,029 | 504,403 | 11.2% |
| Texas Inland | 671,583 | 745,465 | 73,882 | 11.0% |
| TOTAL | 9,154,029 | 9,840,599 | 686,570 | 7.5% |

10. For example, in PADD II Marathon Petroleum completed a capacity expansion at its Robinson, Illinois Refinery in 2016 to process light crude oil.[8]  In PADD III, Valero increased the ability of its Corpus Christi refinery to process lighter crudes with a $350 million investment in 2015 and completed a similar $400 million project at its Houston refinery in 2016.[9]  ExxonMobil announced an expansion of more than 65 percent (or by 250,000 bpd) at its Beaumont, Texas refinery to process light crude oil as part of a $20 billion, 10-year investment plan in the Gulf Coast.[10]  Producers and refiners have made these investments due to the increased, reliable supply of domestically produced light,

---

[8]   *Marathon Petroleum Corporation Reports First-Quarter 2016 Results*, Marathon Petroleum Corp. (Apr. 23, 2016), http://ir.marathonpetroleum.com/file/Index?KeyFile =394128599.

[9]   Kristen Hays, *Valero starting up new crude topping unit at TX refinery*, Reuters (Dec. 14, 2015), https://www.reuters.com/article/us-valero-energy-topper-startup-idUSKBN0TX2DX20151214; *BRIEF - Valero starts crude topping unit at Houston refinery*, Reuters (July 8, 2016), https://www.reuters.com/article/idUSL1N19U1M2.

[10] *ExxonMobil to proceed with new crude unit as part of Beaumont refinery expansion*, ExxonMobil (Jan. 29, 2019), https://corporate.exxonmobil.com/News/Newsroom/News-releases/2019/0129_ExxonMobil-to-Proceed-with-New-Crude-Unit-as-Part-of-Beaumont-Refinery-Expansion; *Multi-billion Gulf investment to create tens of thousands of high-paying jobs*, ExxonMobil (Feb. 5, 2019), https://corporate.exxonmobil.com /Energy-and-environment/Where-we-work/Growing-the-Gulf/20-billion-Gulf-investment-to-create-tens-of-thousands-of-high-paying-jobs#Beaumont.

crude oil, much of which comes from the Bakken region through DAPL.

*Current Economic Conditions Are Particularly Difficult For The U.S. Oil Industry*

11. Taking DAPL out of service for a year or more during the EIS process would cause an additional shock to the energy industry during a time of economic uncertainty and would cause additional economic hardship to those businesses that rely upon the pipeline for a stable transport method of crude oil.  In addition to the health crisis currently affecting the global economy, the U.S. oil industry faces additional pressure from simultaneously declining demand and oil prices (due to geopolitical events and in large part, temporary quarantine of U.S. individuals and businesses).  The oil and gas industry represents an important part of the U.S. economy.  The Federal Reserve Bank of Dallas credits the shale boom of the last decade with supporting employment and economic growth, particularly in North Dakota and Texas, and 10 percent of the increase in overall U.S. GDP growth between 2009 and 2019.[11]

12. The impact of COVID-19 and the resulting slowdown of economic activity and increasing unemployment reveal strong signs of a global recession.  The International Monetary Fund April 2020 World Economic Outlook labels this decline "The Great

---

[11] Mine Yucel & Michael D. Plante, *GDP Gain Realized in Shale Boom's First 10 Years*, Fed. Reserve Bank of Dallas (Aug. 20, 2019), https://www.dallasfed.org/research /economics/2019/0820; Neil Edwards, *What Negative Oil Prices Mean to the Top Exporting Countries*, Forbes (Apr. 21, 2020), https://www.forbes.com/sites/neiledwards /2020/04/21/what-negative-oil-prices-mean-to-the-top-exporting-countries /#50df15afd164 ("For the U.S. and Canada, oil industry jobs impact consumer spending, which in turn drives GDP."); Bob Iaccino, *How Much Does Oil and Gas Drive U.S. GDP?*, CME Grp. (June 4, 2019), https://openmarkets.cmegroup.com/15157/how-much-does-oil-and-gas-drive-u-s-gdp.

Lockdown" and posits the  worst recession since the Great Depression.[12]  Bloomberg's U.S. Recession Model indicates a 100 percent chance of a recession within 12 months given increases in unemployment and falling stock prices.[13]  The length and severity of the economic impact of COVID-19 is unknown, given the extent of the health emergency and containment measures.  However, prominent economists well versed in business cycles express concern that without extensive policy responses this economic downturn will be worse than the global financial crisis in 2008.[14]

13. Policymakers' role in fighting the virus, providing funds to constrained households and firms, and encouraging economic activity has been made more difficult by the restrictions required to control the spread of the virus.  The federal government has recently

---

[12]   Int'l Monetary Fund, World Economic Outlook, *April 2020: Chapter 1 - The Great Lockdown* (Apr. 2020), https://www.imf.org/en/Publications/WEO/Issues/2020/04/14/weo-april-2020.

[13]   Reade Pickert, Yue Qiu, & Alexander McIntyre, *U.S. Recession Model at 100% Confirms Downturn is Already Here*, Bloomberg (updated Apr. 8, 2020), https://www.bloomberg.com/graphics/us-economic-recession-tracker/.

[14]   Kenneth Rogoff, *Mapping the COVID-19 Recession,* Project Syndicate (Apr. 7, 2020), https://www.project-syndicate.org/commentary/mapping-covid19-global-recession-worst-in-150-years-by-kenneth-rogoff-2020-04; Carmen M. Reinhart, *This Time Truly Is Different*, Project Syndicate (Mar. 23, 2020), https://www.project-syndicate.org/commentary/covid19-crisis-has-no-economic-precedent-by-carmen-reinhart-2020-03; Paul Krugman, *The Covid-19 Slump Has Arrived*, N.Y. Times (Apr. 2, 2020), https://www.nytimes.com/2020/04/02/opinion/coronavirus-economy-stimulus.html; Olivier Blanchard, *'Whatever it takes.' Getting into the specifics of fiscal policy to fight COVID-19*, Peterson Inst. for Int'l Econ. (Mar. 30, 2020), https://www.piie.com/blogs/realtime-economic-issues-watch/whatever-it-takes-getting-specifics-fiscal-policy-fight-covid; Christina Pazzanese, *Economists cheered by relief package but see long, tough slog ahead*, The Harvard Gazette (Mar. 25, 2020), https://news.harvard.edu/gazette/story/2020/03/economists-cheered-by-stimulus-plan-but-see-long-tough-slog-ahead/.

taken steps to ease the current economic downturn through monetary and fiscal policy actions.  The Federal Reserve reduced target interest rates to between 0 and 0.25 percent, decreased the cost to banks of borrowing from the Federal Reserve, and established a program to assist money market funds facing increased investor demand for redemptions.[15] Congress has also passed  roughly $2.5 trillion in relief packages that provide for various loans and grants for financially distressed households, businesses, industries, local governments, and hospitals.[16]

14. As these measures seek to lift the economy in general, the energy industry faces additional strain from declining demand due to travel restrictions and business closures intended to protect public health.[17]  Additionally, the American oil industry faces declining

---

[15] *See Implementation Note issued March 15, 2020*, Bd. of Governors of the Fed. Reserve Sys. (Mar. 15, 2020), https://www.federalreserve.gov/newsevents/pressreleases /monetary20200315a1.htm.  The Federal Reserve changes the federal funds rate ("[t]he interest rate at which depository institutions lend their excess Federal Reserve deposits to each other") to affect short-term interest rates.  Banks borrow from the Federal Reserve through the "discount window" which is "[a] generic term used to refer to Federal Reserve's lending programs…under which credit may be provided to eligible depository institutions."  *See Glossary*, Bd. of Governors of the Fed. Reserve Sys., https:// www.federalreserve.gov/regreform/reform-glossary.htm (last updated Dec. 13, 2012) (defining "Federal funds rate" and "Discount window"); *see also Federal Reserve Board broadens program of support for the flow of credit to households and businesses by establishing a Money Market Mutual Fund Liquidity Facility (MMLF)*, Bd. of Governors of the Fed. Reserve Sys. (Mar. 18, 2020), https://www.federalreserve.gov/newsevents /pressreleases/monetary20200318a.htm.

[16] Coronavirus Aid, Relief, and Economic Security Act, H.R.748, 116th Cong. (2019-2020), https://www.congress.gov/116/bills/hr748/BILLS-116hr748enr.pdf.;Paycheck Protection Program and Health Care Enhancement Act, H.R.266, 116th Cong. (2019-2020), https://www.congress.gov/bill/116th-congress/house-bill/266.

[17] *See* U.S. Energy Info. Admin., Short-Term Energy Outlook April 2020 at 1-2 (released Apr. 7, 2020), https://www.eia.gov/outlooks/steo/pdf/steo_full.pdf.

oil prices because of geopolitical events and large crude inventories at storage facilities.[18] Removing DAPL from service while the U.S. Army Corps of Engineers conducts its analysis will place even more burdens on producers and refineries connected to DAPL and ETCOP that are already facing significant challenges, as well as states that rely on the oil industry for tax revenues and employment.

***Producers, Refineries, Consumers, And States Benefit From DAPL***

15. DAPL provides a stable, low-cost and direct means to transport Bakken light crude oil for upstream producers to access downstream refineries.  Increasing the cost of crude oil transport to refineries increases the cost of producing refined products.  Removing the most efficient means of transporting oil out of the second most productive region in the country in the current economic climate could make it difficult for upstream and downstream firms to continue production if higher-priced truck and rail transport are the only options to move crude oil from North Dakota to refining regions in the Midwest and Gulf Coast.

16. DAPL transported about 4.5 percent of all domestically produced crude oil in December 2019, and almost 40 percent of the nearly 1.5 million barrels of crude oil produced each day in the Bakken region (that is, DAPL transported nearly 17.7 million of the 46 million barrels produced in the Bakken region that month).[19]  Shutting down DAPL could potentially strand a significant portion of that oil in North Dakota because, as I

---

[18] *Id.* at 7.

[19] *Drilling Productivity Report*, *supra* (see "Report data.xlsx" for complete historical data); *U.S. Field Production of Crude Oil*, *supra*.

understand Dr. Jeff D. Makholm and Mr. William Rennicke describe in their declarations, alternative transport options, such as rail, are not necessarily available, nor are they comparable from a cost or operational perspective.  DAPL and ETCOP provide the only direct link between the Bakken region and crucial crude oil hubs in Patoka, Illinois and Nederland, Texas, from which oil can reach Midwest and Gulf Coast refineries.

17. Consumers in many states benefit from lower cost transportation for the crude oil used to make refined products such as gasoline, jet fuel, and home heating fuel.  While the Energy Information Administration ("EIA") currently forecasts U.S. demand for refined products to decline in the second quarter of 2020, it expects demand to increase again by the second half of the year.[20]

18.  Demand for refined petroleum products has increased in the last 10 years.[21]  Table 3 shows that in 2019 consumption of refined petroleum products exceeded crude oil production in seven of the nine states through which DAPL and ETCOP pass.  Only North Dakota and Texas produced more crude oil than the volume of refined products consumed. In 2019, Illinois residents consumed more than 20 times the volume of refined products than the crude oil the state produced.  For Kentucky, the ratio is more than 30 times, and for Tennessee the ratio is more than 600 times.

---

[20]   Short-Term Energy Outlook April 2020, *supra*, at 8 (EIA expects lower demand "to persist through most of 2020, but in the second half of 2020, EIA expects liquid fuels consumption will gradually increase from these low levels as some business activity resumes and stay-at-home orders gradually ease").

[21]   *Prime Supplier Petroleum Product Sales*, U.S. Energy Info. Admin. (release date Apr. 1, 2020), https://www.eia.gov/dnav/pet/pet_cons_prim_dcu_R20_a.htm (select "Midwest (PADD 2)" in "Area" tab).

**Table 3: Consumption of Refined Products Exceeds Crude Oil Production in Most States along the DAPL and ETCO Pipeline Route in 2019**

| Pipeline | State | Crude Oil Production | Refined Product Consumption | Ratio of Refined Product Consumption to Crude Oil Production |
|---|---|---|---|---|
| | | (thousand barrels) | | |
| | | [A] | [B] | [C] = [B] / [A] |
| **DAPL** | North Dakota | 512,287 | 28,415 | 0.1 |
| | South Dakota | 1,162 | 19,306 | 16.6 |
| | Iowa* | 0 | 54,992 | - |
| **DAPL/ETCO** | Illinois | 8,243 | 184,766 | 22.4 |
| **ETCO** | Kentucky | 2,505 | 84,291 | 33.6 |
| | Tennessee | 201 | 128,259 | 638.1 |
| | Mississippi | 17,100 | 69,269 | 4.1 |
| | Lousiana | 43,875 | 133,494 | 3.0 |
| | Texas | 1,850,105 | 403,031 | 0.2 |

*Notes: *Iowa does not produce crude oil or have any proved oil reserves. Refined products consist of (1) motor gasoline, (2) kerosene-type jet fuel, and (3) distillates and kerosene.*

*Sources: Crude Oil Production, U.S. Energy Info. Admin. (release date Apr. 3, 2020), https://www.eia.gov/dnav/pet/pet_crd_crpdn_adc_mbbl_a.htm; Prime Supplier Sales Volumes, U.S. Energy Info. Admin. (release date Apr. 1, 2020), https://www.eia.gov /dnav/pet/pet_cons_prim_dcu_SSD_a.htm.*

19.   Table 4 describes the same for other states in close proximity to DAPL and ETCOP. Most of the states in that table consumed more refined petroleum products than the amount of crude oil produced in 2019 (the exceptions are Wyoming and Oklahoma).   While demand has temporarily decreased as a result of the travel restrictions, it is expected to begin rising again later this year.[22]

---

[22]   *See* Short-Term Energy Outlook April 2020, *supra*, at 8.

**Table 4: Consumption of Refined Products Exceeds Crude Oil Production in Most States Surrounding the DAPL and ETCO Pipeline in 2019**

| State | Crude Oil Production | Refined Product Consumption | Ratio of Refined Product Consumption to Crude Oil Production |
|---|---|---|---|
| | | (thousand barrels) | |
| | [A] | [B] | [C] = [B] / [A] |
| Montana | 22,993 | 33,247 | 1.4 |
| Wyoming | 101,653 | 25,162 | 0.2 |
| Indiana | 1,579 | 119,056 | 75.4 |
| Wisconsin* | 0 | 85,456 | - |
| Minnesota* | 0 | 83,530 | - |
| Nebraska | 1,951 | 40,859 | 20.9 |
| Missouri | 82 | 105,601 | 1,287.8 |
| Kansas | 33,056 | 66,500 | 2.0 |
| Oklahoma | 211,856 | 97,247 | 0.5 |
| Arkansas | 4,657 | 53,792 | 11.6 |

*Notes: *Wisconsin and Minnesota do not produce crude oil or have any proved oil reserves. Refined products consist of (1) motor gasoline, (2) kerosene-type jet fuel, and (3) distillates and kerosene.*

*Sources: U.S. Energy Info. Admin. (release date Apr. 3, 2020), https://www.eia .gov/dnav/pet/pet_crd_crpdn_adc_mbbl_a.htm; Prime Supplier Sales Volumes, U.S. Energy Info. Admin. (release date Apr. 1, 2020), https://www.eia.gov/dnav /pet/pet_cons_prim_dcu_SSD_a.htm.*

20. States and residents along the DAPL route also benefit from the pipeline directly through tax revenue and jobs. As discussed more extensively in Dr. Makholm's declaration, North Dakota received more than half of its total state revenue in fiscal year 2019 from oil extraction and production taxes and a significant portion of that revenue is traced to DAPL going into service in 2017. In addition, the DAPL project was approved

in South Dakota,[23] Iowa,[24] and Illinois[25] because, among other reasons, the pipeline would bring jobs and other economic benefits to each State.  As Dr. Makholm explains, those states benefit from tax revenues as well as lower cost crude oil at refineries with access to Patoka, Illinois.

21.  Shutting down DAPL would have direct negative impacts on many parties, from suppliers to refiners and producers all the way to individual consumers, whether in the form of reduced access to lower-cost crude oil or in reduced benefits from states who rely on the pipeline for tax and royalty revenue.  There is significant uncertainty in the global energy markets due to geopolitical events and rapidly changing demand.  However, taking DAPL out of service at this time would be an additional shock to the U.S. energy industry, an important component of the U.S. economy, and it would therefore deepen economic uncertainty and could inhibit economic recovery.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 28, 2020

_____
Laura T.W. Olive, PhD

---

[23] S.D. Pub. Utils. Comm'n, *In Matter of Application of Dakota Access, LLC*, No. HP14-002, Final Decision and Order at 20 (Dec. 14, 2015).

[24] Iowa Dep't of Commerce Utils. Bd., *In re Dakota Access, LLC*, No. HLP-2014-0001, Final Decision and Order at 46 (Mar. 10, 2016).

[25] Ill. Commerce Comm'n, *Dakota Access LLC*, No. 14-0754, Order at 26-28 (Dec. 16, 2015).

# OLIVE
# EXHIBIT 1



**Laura T. W. Olive, Ph.D.**
Associate Director

NERA Economic Consulting
16th Floor, 99 High Street
Boston, Massachusetts 02110
Tel: +1 617 927 4588  Fax: + 1 617 927 4501
laura.olive@nera.com
www.nera.com

# LAURA T. W. OLIVE
## Associate Director

Dr. Olive is an Associate Director in NERA's Global Energy Practice, based in Boston. She has 8 years of experience in analyzing the regulation and economics of energy and transport including gas, liquefied natural gas, oil, petroleum products, electricity, pipelines and rail industries. She has extensive experience in the economics of many facets of energy markets including the value of oil and gas assets (including LNG) from exploration and production to gathering, transport to market, marketing, and distribution. She has written extensively on the topic of gas markets and the role of LNG as a source of supply. She has also published papers on the interaction of gas and electricity regulation and markets during New England's polar vortex events. Dr. Olive recently published a paper on the applications of demand response and energy efficiency in gas markets.

Dr. Olive holds a PhD in economics from Northeastern University, specializing in Industrial Organization, where research focused on analyzing competition and market structure issues in the telecommunications and freight rail industries. She completed her Bachelor of Arts degree, *summa cum laude*, at Simmons College, majoring in economics and minoring in public policy.

## Qualifications

| 2013 | **NORTHEASTERN UNIVERSITY**<br>Ph.D. Economics |
|------|-----------------------------------------------|
| 2008 | **SIMMONS COLLEGE**<br>B.A. Economics |

## Career Details

| 2012-Present | **NERA ECONOMIC CONSULTING**<br>Associate Director, Senior Consultant, Consultant, Associated Consultant<br>Boston, Massachusetts |
|--------------|----------------------------------------------------------------------------------------------------------------------------------|
| 2010–2013 | **NORTHEASTERN UNIVERSITY**<br>Lecturer, Principles of Microeconomics, Boston, Massachusetts |
| 2008–2010 | **NORTHEASTERN UNVERSITY**<br>Research & Teaching Assistant, Department of Economics, Boston, Massachusetts |

| 2007, 2008 | **VERIZON COMMUNICATIONS** |
| | <u>Summer Intern, Video Network Services,</u> Basking Ridge, New Jersey |
| 2006–2008 | **SIMMONS COLLEGE** |
| | <u>Writing Assistant, Department of Economics, Department of Political Science,</u> Boston, Massachusetts |

## Testifying Experience

Surrebuttal Testimony on behalf of Dakota Access, LLC and Energy Transfer Crude Oil Company, LLC., Docket No. 19-0673, regarding a *Joint Petition for an Order under Section 8-503 of the Public Utilities Act for authority to install additional pumping stations and pumping facilities on existing certificated pipelines in the State of Illinois*, before the Illinois Commerce Commission, January 17, 2020.

Rebuttal Testimony on behalf of Dakota Access, LLC and Energy Transfer Crude Oil Company, LLC., Docket No. 19-0673, regarding a *Joint Petition for an Order under Section 8-503 of the Public Utilities Act for authority to install additional pumping stations and pumping facilities on existing certificated pipelines in the State of Illinois*, before the Illinois Commerce Commission, October 22, 2019.

Direct testimony (with Julie M. Carey), on behalf of American Electric Power Service Corporation, regarding *American Electric Power Service Corporation's Market Power Analysis for Southwest Power Pool Balancing Authority Area*, before the Federal Energy Regulatory Commission, June 26, 2018.

Direct testimony, on behalf of Constellation NewEnergy, Inc. and Constellation Energy Services Inc., in *In the matter, on the Commission's own motion, to open a docket to implement the provisions of Section 6w of 2016 PA 341 for Cloverland Electric Cooperative's service territory*, Case No 7-18258, before the Michigan Public Service Commission for the State of Michigan.

Direct testimony, on behalf of Constellation New Energy, Inc. and Constellation Energy Services, Inc., in *In the matter, on the Commission's own motion, to open a docket to implement the provisions of Section 6w of 2016 PA 341 for Upper Michigan Energy Resources Corporation's service territory*, Case No. U-18253, before the Michigan Public Service Commission for the State of Michigan.

Direct testimony, on behalf of Constellation New Energy, Inc. and Constellation Energy Services, Inc., in *In the matter, on the Commission's own motion, to open a docket to implement the provisions of Section 6w of 2016 PA 341 for Upper Peninsula Power Company's service territory*, Case No. U-18254, before the Michigan Public Service Commission for the State of Michigan.

## Project Experience

Laura T.W. Olive

| | |
|---|---|
| **2020** | **State of Alaska, Department of Natural Resources**<br>Provide analysis and support to DNR on asset transfer between two oil firms in Alaska. |
| **2019** | **Institutional Equity Investors**<br>Cost of capital for investors in Pacific Gas & Electric. |
| **2019** | **CAMMESA Argentina**<br>International review of gas markets and regulation for the electric system operator in Argentina. |
| **2019** | **Confidential Client**<br>Common carriage and market power dynamics for a major crude oil pipeline in Canada. |
| **2019** | **Just Energy**<br>Support for retail energy provider in litigation regarding prices charged for energy supply service in New York. |
| **2019** | **Confidential Client**<br>Support creditors in US bankruptcy litigation. |
| **2019** | **Council of Australian Governments (COAG)**<br>Report for COAG to review alternative regulatory models for natural gas pipelines and provide potential reform options. |
| **2018** | **Confidential International Oil Company**<br>International arbitration for a pipeline transportation contract dispute between two major oil companies. |
| **2018** | **Confidential Canadian Rail Company**<br>Support for questions with regulations of transportation in merger between a rail company and a trucking firm in Canada. |
| **2018** | **Comisión Reguladora de Energía (CRE)**<br>Support the Mexican government separate wholesale and retail energy functions in Mexico. |
| **2018** | **Comisión Reguladora de Energía (CRE)**<br>Support the Mexican government initiative to reform its natural gas sector. |
| **2018** | **Confidential US Electric and Gas Utility<br>Innovative Regulatory Frameworks**<br>Develop report on North American regulatory frameworks for a large utility. |

**Laura T.W. Olive**

| | |
|---|---|
| **2018** | **Interstate Natural Gas Association of America (INGAA)**<br>Support for comments on the FERC Notice of Inquiry on changes to Pipeline Certification requirements. |
| **2018** | **Confidential US Electric Utility**<br>Analysis of vertical market power concerns in a merger between two electric utilities. |
| **2018** | **Enbridge Gas Distribution**<br>Report for Enbridge in discussions with the Ontario Energy Board regarding the OEB initiative to change its structure and role. |
| **2017 – 2018** | **Confidential North American Oil Company**<br>**Crude Oil Pipeline Affiliates**<br>Complaint before the National Energy Board regarding common carrier obligations. |
| **2017** | **Confidential Shortline Railroad Company**<br>**Trackage Rates**<br>Analysis of interest rental component associated with trackage rights on a freight railroad. |
| **2017** | **Confidential Shortline Railroad Company**<br>**Rail Rates**<br>Analysis of revenue factors associated with commodity shipments on shortlines. |
| **2017** | **Constellation NewEnergy, Inc. and Constellation Energy Services**<br>**Capacity Charge**<br>Economic analysis and testimony regarding Michigan's SRM capacity charge for retail electricity suppliers in Michigan |
| **2017** | **Enbridge Gas Distribution, Union Gas Limited**<br>**Total Factor Productivity**<br>Calculation of X-factor for the Companies' Price Cap IR Plans. |
| **2017** | **Retail Energy Supply Association**<br>**Retail Electricity and Gas**<br>Analysis of the retail electricity and gas market in New York State for regulatory hearings. |
| **2017** | **Oil Production/Marketing Company**<br>**International Arbitration**<br>Valuation of an oil product distribution and marketing firm in Japan. |

**Laura T.W. Olive**

| | |
|---|---|
| **2017** | **Confidential Coal Producer**<br>**International Arbitration**<br>Analysis of damages associated with transportation of coal by rail in Colombia. |
| **2016-2017** | **Plains Midstream Canada ULC**<br>**Cost of Service and Toll Design**<br>Analysis of cost of service and toll design for a Group 2 NGL pipeline in Canada. |
| **2016** | **Confidential Construction Company**<br>**Chilean Toll Road Concessions**<br>Analysis of bid model for toll road concessions in Chile. Calculation of damages related to unsuccessful bid. |
| **2016** | **New Gulf Resources**<br>**Gas Gathering Assets Valuation and Damages**<br>Conducted analysis and prepared a report describing the value of gas gathering assets in Texas using a blended approach of the market value and income capitalization methods. Determined damages resulting from a sale of these assets. |
| **2016** | **FortisBC Energy Inc**<br>**Tolling for Pipeline Extension and Expansion in British Columbia**<br>Analysis of the impact of NGTL's Towerbirch Expansion Project on competition in the Northeast British Columbia market. Assisted in preparation of testimony to describe the impact of rolled-in tolls in contrast to incremental tolls for the Project. |
| **2015-2016** | **Confidential Unconventional Gas Producer**<br>**Pipeline Cost of Service**<br>Analysis of the cost of service for gathering lines in a major natural gas shale play in the United States. |
| **2015-2016** | **Confidential Asphalt Producer**<br>**Oil Futures Liquidity**<br>Analysis of the liquidity of WTI during temporary southbound capacity constraints at Cushing, OK. |
| **2015-2016** | **Smithyman & Zakoura, Chartered/Jayhawk Pipeline**<br>**Oil Pipeline Policy and Tariffs**<br>Development of expert testimony and calculation of tariff in relation to a Kansas oil pipeline capacity lease case before the FERC. |
| **2015-2016** | **SFF-TIR**<br>**Valuation** |

Laura T.W. Olive

Development of expert testimony and modeling to evaluate appropriate cash-out merger share price for minority shareholders in a pipeline inspection services firm.

**2014-2015**      **Confidential Australian Joint Venture**
**Gas Supply Agreement Negotiation**
Assisted in development of materials, presentations, and IR responses in a cost review and LNG contract price negotiation in Australia.

**2014-2015**      **Alliance Pipeline**
**Restructuring of services and tolls**
Development of expert testimony and IR responses as part of Alliance's restructuring proposal with the National Energy Board, including modelling of pipeline tolls and first-of-its-kind assessment of natural gas pipeline market power in the United States and Canada.

**2014-2015**      **STP Energy**
**Offshore Exploration and Production Permit Arbitration**
Development of expert testimony with regards to an agreement between STP Energy and Discovery Geo to develop an offshore gas field in New Zealand in arbitration at the ICC International Court of Arbitration.

**2014-2015**      **Gazprom OAO**
**Civil dispute involving gas field development and LNG importation**
Assisted in modelling of LNG netback prices and development of an expert report, and preparation for a jury trial in front of a Tarrant County, Texas District Court in relation to a dispute between a U.S oil company and Russian oil company regarding ownership of the a Russian gas field, tortious interference, and trade secret misappropriation with regards to a plan to import LNG into the United States in the mid-2000s.

**2014-2015**      **North West Shelf Joint Venture (NWSJV)**
**Gas Supply Agreement Arbitration**
Development of expert testimony with regard to contract take-or-pay provisions and gas swap agreements in Australia.

**2014**      **FortisBC Energy Inc**
**Tolling for pipeline extensions in Canada**
Analyzed toll methodology, opposing expert evidence, and regulatory precedent to develop expert testimony, IR responses, and closing arguments in front of the National Energy Board with regards to the appropriateness of rolled-in versus incremental tolling of NGTL's proposed North Montney Mainline extension of the existing NGTL Alberta System.

**2014**      **Gáz Métro, Enbridge Gas Distribution, Union Gas Distribution**

**Contract renewal provisions**
Analyzed settlement provisions, opposing expert evidence, market access in Ontario and Quebec, and regulatory precedent to develop expert testimony and IR responses in front of the National Energy Board with regards to the Market Area Shippers settlement agreement with TransCanada.

2014 | **Confidential Australian Joint Venture**
**Pricing Principles for Domestic Gas Reservation Policy**
Formulated a methodology to determine a schedule of reasonable prices based on long-run incremental average cost (LRAIC) for obligations to sell gas under the Western Australian Domestic Gas Reservation Policy.

2014 | **Royal Bank of Canada**
**Gas Supply Agreement Dispute**
Development of an expert report in a gas supply agreement dispute between RBC and three municipal gas distributors in Nevada and Iowa involving analysis of Basel III regulations, capital requirements, commodity swaps and interest rate swaps. The case was settled prior to completion of the report.

2014 | **Energy Transfer Partners**
**Damages Calculations and Economic Analysis in Pipeline Dispute**
Economic analysis and research of the oil refinery market in the Gulf Coast as well as review of case documents and information in the public domain to assist in preparation for jury trial in Texas court.

2014 | **Confidential Automobile Manufacturer**
**Damages calculation in EPA dispute**
Assisted in the collection and analysis of market cost, price, and vehicle characteristic data negotiation between two manufacturers and the Environmental Protection Agency.

2012-2014 | **Confidential US Telecommunications Firm**
**Damage calculation in a class action suit**
Developed various methodologies to sample data and to calculate damages based on errors in billing system data that resulted in incorrect charges to customers.

2013 | **Mexican Association of Mass Distribution and Delivery Enterprises (AMEDEM)**
**Mexican postal sector reform**
Assisted in the development of a report providing economic analysis of the Mexican Postal Sector. Conducted extensive economic literature review on economies of scale, scope, density, demand characteristics, as

well as reviewed studies examining the impact of liberalization in postal markets and other network industries around the globe. Reviewed international experience with regards to various policies including pricing and universal service provisions. Conducted market power assessment of AMEDEM and SEPOMEX.

| | |
|---|---|
| **2013** | **Sprint**<br>**Early termination fee class action**<br>Compilation and analysis of advertising data for a class action suit regarding mobile telephone contract early termination fees. |
| **2012-2013** | **Puerto Rico Telephone**<br>**Cable television antitrust**<br>Conducted economic and regulatory literature review to assist in the relevant market definition for cable television in Puerto Rico by examining cable demand, inclusion of direct broadcast satellite systems, quality and price impacts, and the effect of telco entry into the market. Assisted in the development of demand models and measures of consumer surplus in this market. |
| **2012-2013** | **AméricaMóvil**<br>**Asymmetric regulation and must carry obligations**<br>Conducted economic literature review on asymmetric mobile termination rates and must carry obligations around the globe. |
| **2012-2013** | **Confidential Retail Client**<br>**Evaluation of exclusive supplier agreements in Mexico**<br>Assisted in the development of explanatory tables displaying data and results and auditing of calculations presented in the report which analyzed market power based on the impact of consumer perceptions on exclusive supplier agreements collected through surveys conducted in various Mexican cities. |
| **2012** | **AméricaMóvil**<br>**Fixed-line Infrastructure**<br>Research of Telmex fixed-line telecommunications network infrastructure based on public filings with the Securities and Exchange Commission. |
| **2012** | **Verizon Communications**<br>**Bankruptcy Litigation**<br>Assisted in the development of an expert report discussing regulatory precedent and firm prudence in the sale of Verizon Communications assets |

Laura T.W. Olive

in Maine, New Hampshire, and Vermont to FairPoint Communications which later resulted in bankruptcy of FairPoint.

## Publications

**2019**   **Polar Vortexes in New England: Missing Money, Missing Markets, or Missing Regulation?**
*Economics of Energy & Environmental Policy, March 2019, Volume 8, Issue 2* (with Jeff D. Makholm)

**2019**   **A Hitchhiker's Guide to Gas Demand Response**
*Working Paper*

**2019**   **Extending Demand Response to the Natural Gas Industry**
*Environmental & Energy Litigation, American Bar Association, Winter 2019, Volume 3, Issue 2*

**2018**   **Risky Business: New Trends in North American Regulation**
*Working Paper* (with Max N. Luke)

**2016**   **Vision of Liquefied Natural Gas Hub: Mirage on the Ocean?**
*Public Utilities Fortnightly, 154(11): 26-29,84.*

**2016**   **Variations in Inland Transport Regulation: a Barrier to a Competitive Global LNG Market**
*Current Sustainable/Renewable Energy Reports, 3(1): 10-17.*

**2016**   **The Politics of US Oil Pipelines: The First Born Struggles to Learn from the Clever Younger Sibling**
*Energy Law Journal*, November 2016. pp. 409-427. (with Jeff D. Makholm)

**2015**   **A Petroleum Tanker of a Different Color: Barriers to a Global Gas Market via LNG**
*Working Paper* (with Jeff. D. Makholm)

**2013**   **Three Essays on the Impact of Market Structure on Network Industries**
*Dissertation, completed in partial fulfillment of the requirement for the degree of Doctor of Philosophy in the Field of Economics*

## Presentations

**2020**   **"Oil, Gas and the Energy Transition,"** MIT Energy Conference 2020, Cambridge, MA,  April 2, 2020

**Laura T.W. Olive**

| | |
|---|---|
| **2019** | **"The Economics of an Arbitration,"** 3rd BVI International Arbitration Conference, British Virgin Islands, November 22, 2019 |
| **2019** | **"Discounted Cash Flow Method of Valuing Damages in Arbitration,"** Harvard International Arbitration Law Students Association, Cambridge, MA, March 26, 2019 |
| **2017** | **"Crude Oil and Transportation Market and Regulatory Developments,"** 2017 AOPL Annual Business Conference, Seattle, WA, September 21, 2017 |
| **2017** | **"An Institutional Perspective on the Regulation of Pipelines in the United States,"** Energy Bar Association 2017 Annual Meeting and Conference, Washington, D.C., April 3, 2017 |
| **2016** | **"The Uncertain Connection between Unbundled Electricity Distributors and Interstate Pipeline Capacity,"** Law Seminars International Energy in the Northeast Seminar, Boston, Massachusetts, September 23, 2016. |
| **2015** | **"A Petroleum Tanker of a Different Color: Barriers to a Global Gas Market via LNG,"** 80th International Atlantic Economic Society Conference, Boston, Massachusetts, October 9, 2015. |

## Memberships

**Boston International Arbitration Council,** Advisory Board Member

**Institute for Energy Law Young Energy Professionals**, Member

**Chartered Institute of Arbitrators, North America Branch Young Members Group**, Steering Committee Member