# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:16-cv-01534-JEB |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

To:  The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the:

States of Indiana, Montana, Alabama, Arkansas, Iowa, Kansas, Kentucky, Louisiana, Nebraska, Ohio, South Dakota. Texas, Utah, and West Virginia as Amici Curiae.

                                        Respectfully submitted,
                                        CURTIS T. HILL, JR.
                                        Indiana Attorney General

Date: May 1, 2020                By:    *s/Thomas M. Fisher*
                                                 Thomas M. Fisher
                                                 Solicitor General
                                                 Office of the Attorney General
                                                 302 W. Washington St.
                                                 Indiana Government Center South, 5th Floor
                                                 Indianapolis, IN 46204-2770
                                                 Phone:  (317) 232-6255
                                                 Fax:  (317) 232-7979
                                                 Email: Tom.Fisher@atg.in.gov

                                                 *Counsel for Amici Curiae State of Indiana, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to any CM/ECF participants.

*/s/ Thomas M. Fisher*
Thomas M. Fisher
Solicitor General

Office of the Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov