# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE, ET AL.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB (and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

---

**DECLARATION OF MICHAEL C. AUBELE IN SUPPORT OF
DAKOTA ACCESS, LLC'S BRIEF ON THE QUESTION OF REMEDY**

---

1.      My name is Michael C. Aubele.  I am Vice President, Environmental and Regulatory, with EXP Energy Services, Inc. in Houston, Texas.  My business address is 1800 West Loop South, Houston, TX 77027.

2.      I have over 20 years of experience in the oil and gas industry with both operating and consulting firms, including EXP Energy Services, Inc., Energy Transfer, L.P., and the Williams Companies, Inc.  I have held various roles with these companies relative to environmental permitting and compliance of interstate and intrastate pipelines.  At Williams Companies, I held several positions including as a Staff Environmental Scientist responsible for permitting and

compliance of major capital natural gas pipeline projects and minor projects across the United States.  At Energy Transfer, I held the title of Director of Environmental Projects, which included oversight and project management of multiple interstate and intrastate projects along the Energy Transfer network of pipeline systems, including the Dakota Access Pipeline ("DAPL").  In my current role as Vice President, Environmental and Regulatory at EXP Energy Services, I manage a group of environmental professionals responsible for environmental-related matters for interstate and intrastate natural gas and liquid pipelines and LNG facilities for multiple clients.  Our clients include major midstream pipeline and terminal operators across the United States.  I hold a Bachelor of Science Degree in Biology and Zoology from Humboldt State University.  I also hold a Master of Science Degree in Zoology from Texas A&M University.

3.      This declaration describes my professional assessment of the potential environmental effects on Plaintiff Tribes (the "Tribes") from the continued operation of DAPL and, conversely, the potential disruptive environmental consequences if the easement at Lake Oahe is vacated in the above-captioned matter and DAPL is shut down as a result.

4.      There would be no negative environmental impacts to the Tribes from DAPL continuing to operate while the U.S. Army Corps of Engineers ("Corps") prepares an Environmental Impact Statement.  This is true for several reasons.  First, DAPL has a stellar safety record in the three years it has been in operation.  There have been no incidents on the nearly 1,200 miles of DAPL mainline, which include the segment of pipe under Lake Oahe.  Second, there is an extremely low likelihood of any kind of oil spill at Lake Oahe.  Third, there is no other comparable oil pipeline in America with as many safety measures in place to detect, minimize, and mitigate a potential spill.  Fourth, it is critical to keep in mind the placement of the pipeline relative to the Tribes' reservations and water intakes.  Most significantly, the pipeline crosses Lake Oahe approximately

75 miles upstream of the Standing Rock Sioux Tribe's main drinking water intake and is even further removed from the intakes of the other Plaintiff Tribes.  The detailed spill modeling done for DAPL, which evaluated an oil plume traveling downstream unmitigated for 10 days, predicted that Standing Rock's water intake would not be impacted even under the highly unlikely, and unmitigated, worst-case discharge event.  It further concluded that the other Tribes' water intakes (which are even further away) would also not be impacted.  The pipeline's monitoring and response measures, moreover, have been both reviewed and approved by the Corps and are conditions of the Corps' easement and the Section 408 permission for the crossing at Lake Oahe (these would stay in full force during the EIS process).  Additionally, DAPL has developed a detailed Facility Response Plan ("FRP") for the pipeline and a Geographic Response Plan ("GRP") for Lake Oahe that include specific measures to be taken in the event of an improbable and hypothetical incident at the Lake Oahe crossing.  These plans are attached as **Exhibit 1** and **Exhibit 2**, respectively. DAPL worked through these measures with the Corps and sought input from the Tribes.  Tribal officials have been included in the GRP as individuals who should receive notifications of a suspected or confirmed release.

5.    Although keeping DAPL in operation during the remand would therefore be safe, with no adverse environmental impacts, that would not be the case if the pipeline were shut down. Shutting down the pipeline could result in significant, adverse environmental consequences to the Tribes and other individuals (including other tribes) in the region.  As described in the Corps' final Environmental Assessment ("EA"), truck and rail are the only other means of transporting even a portion of DAPL's throughput of 570,000 barrels of crude oil per day (bpd) to market.  The trains or trucks moving this oil would likely be in close proximity to (or even cross) the reservations or lands of Plaintiff Tribes and other individuals living nearby.  The possibility that portions of

DAPL's capacity could be transferred to rail or truck is highly concerning.  An order shutting down the pipeline would be the equivalent to a major federal action with no regulatory oversight or environmental agency review and approval.  Such an order would convert the extremely low risk of a spill or incident from a highly studied means of proven safe transport with massive response and remediation infrastructure in place (at Lake Oahe), into a significantly increased risk of an incident from less safe modes of transportation at other locations (including Mobridge, South Dakota, Bismarck, North Dakota and numerous other places that the railroads pass through) without the benefit of any federal environmental review and oversight, spill response planning, or in-place remediation infrastructure.  In particular, transportation by rail raises the possibility of increased transportation across Lake Oahe at Mobridge, South Dakota where at least one rail line crosses Lake Oahe near the new Standing Rock Sioux Tribe water intake and the Cheyenne River Sioux Tribe reservation.  The rate of accidents for crude oil transportation by rail and truck is significantly higher than that for transportation by pipeline.

6.     Putting aside these safety issues, there is insufficient truck and rail capacity available to ship the amount of crude oil currently being moved through DAPL.  Insufficient capacity would likely lead to the near-term closure of a significant number of production wells in North Dakota, which, if done improperly, could lead to accidents or leaks that harm human health and the environment.

**Environmental Effect On The Tribes If DAPL Continues To Operate**

7.   DAPL is a state-of-the art pipeline, and one of the safest ever built, with advanced leak detection systems and components.  Since it began operating in 2017, the pipeline has had no major incidents.  As Todd Stamm and John Godfrey explain in their declarations in this briefing, in almost three years of operations there have been no incidents on the nearly 1,200 miles of DAPL mainline, which includes the segment of pipe under Lake Oahe.  In fact, there have been only

seven minor and limited incidents at DAPL facilities, none larger than two barrels and none near the Lake Oahe crossing.  Of those seven incidents, only one resulted in oil leaving the facility, and that was less than half a barrel of misting, which was quickly cleaned up.  *Id.*  Moreover, six of the seven events occurred within the first 12 months of DAPL operations.  And these events were due primarily to commissioning or debugging issues that have since been systematically reengineered.

***Construction and Design Methods Contribute to Safety***

8.     With respect to the Lake Oahe crossing, DAPL was designed to eliminate any foreseeable risk of oil reaching the water in Lake Oahe, even under the most extreme circumstances.  The pipeline was installed, via horizontal directional drilling ("HDD"), more than 90 feet below the bottom of the lake.  "Installation of the pipeline at a depth of 92 feet below the bottom of Lake Oahe 'virtually eliminate[s] the ability of a spill to interact with the surface water.'" RAR 13 (citing USACE_ESMT 937, attached as **Exhibit 3**).  The following figure illustrates the pipeline's placement under the lake through use of the HDD method:

**Figure 1**



*Source: Addressing Misconceptions About the Dakota Access Pipeline*, https://daplpipelinefacts.com/The-Facts.html

9.     Figure 1 was prepared prior to DAPL's construction, but a survey performed after the pipeline was installed confirmed that the placement depth shown in Figure 1 is correct.

Additionally, soil boring data obtained during the survey confirmed that the layers shown in Figure 1 are correctly illustrated.  Drawings derived from the survey and showing the pipeline's as-built location and depth are attached as **Exhibit 4** and **Exhibit 5**.

10.     The HDD method also "allows for construction across a feature without the excavation of a trench by drilling a hole significantly below conventional pipeline depth and pulling the pipeline through the pre-drilled hole."   USACE_DAPL 71242.   This minimizes "impacts to resources within and adjacent to the waterbodies" and avoids "impacts on the steep banks, cultural resources, and sensitive habitat immediately adjacent to the waterbody."  USACE_DAPL 71243. This "proposed installation methodology" contributed to the Corps' conclusion that "the risk of an inadvertent release in, or reaching, Lake Oahe is extremely low."  USACE_DAPL 71311.

11.     DAPL was also planned and built with state of the art spill prevention and mitigation in mind.  It meets or exceeds every federal safety standard.  For instance, as Todd Stamm and John Godfrey explain, Dakota Access used thicker pipe on its mainline than federal guidelines call for, and used *even thicker* pipe in the segment of pipe under Lake Oahe.  Dakota Access also has more valves than are typical in pipelines, meaning that the segments of pipeline in between valves are shorter and hold less oil that could potentially drain down in the event of an incident.   Dakota Access also has sensors at its valves and pump stations that monitor the pipeline's pressure, temperature, volume and flow rate—all of which are checked every six seconds by the Computation Pipeline Monitoring ("CPM") system as it looks for leaks or other anomalies.  And, despite some misconceptions that Plaintiffs may have, the CPM system can and does detect leaks smaller than one percent.  The difference with smaller leaks is the time needed to distinguish between a pinhole leak and ordinary fluctuations.  A one percent (or lower) leak can be detected in an hour or less.  One percent of pipeline flow for one hour is only 237 barrels.

12.     In addition to these comprehensive, state-of-the-art design and construction features, Dakota Access conducts extensive post-construction integrity testing that exceeds PHMSA requirements.  At Lake Oahe, these measures include, for example, surveys to check for stray electrical current from unexpected sources, thus avoiding a source of corrosion over time; corrosion surveys; frequently running cleaning "pigs" through the pipeline based on the analysis of oil constituents; liquid test results; tools designed to detect corrosion by measuring weight ("weight loss coupons") in areas with the greatest internal corrosion threat, and other internal corrosion threats; and inline inspections with Magnetic Flux Leakage, high-resolution deformation, and ultrasonic crack-detection tools, based upon pipeline segment integrity threats. Some of these additional measures are conditions of Dakota Access's easement from the Corps. *See* USACE_ESMT 37-42.  These will remain in place during the EIS process.

13.     That DAPL is safe and has an excellent safety record is not surprising.  Pipelines installed via HDD experience lower risk of release.  The Corps correctly relied on the "PHMSA Reportable Incident Data for Hazardous Liquid and Gas Transmission Pipelines (2010-Present)" to report that "the likelihood of a failure at an HDD crossing is extremely low."  RAR 18.  "Of the 3,368 reportable accidents that occurred over the past 8.5 years," the Corps explained, "only 3 were reported as involving an HDD crossing (0.09%)," and the only one involving a crude oil pipeline "resulted in a 1.7 bbl release with a subsequent 0.9 bbl recovery."  *Id.*

***Conservative Modeling Indicates Low Likelihood of Environmental Effects from a Spill***

14.     Even under the conservative risk-assessment modeling Dakota Access performed, a discharge at the Lake Oahe crossing that hypothetically went unmitigated for 10 days would not affect the Tribes' water supply.  Dakota Access modeled and assessed the effects of an unmitigated release of Bakken crude oil for 10 days along the Lake Oahe crossing in a February 2018 Spill

7

Model Report and June 2018 Downstream Receptor Report.  *See* RAR 8065-8400 (Spill Model Report); RAR 2739-2867 (Downstream Receptor Report).  The Spill Model Report utilized two representative "worst case" release volumes.  The modeling first analyzed a volume of ███ barrels, which represented the worst-case discharge, based on PHMSA regulations, from a full bore rupture, also known as a "guillotine break."  RAR 8069-70.[1]  The modeling additionally analyzed a volume of ██████ to represent the "majority of spills."  *Id.*  The Spill Model Report then evaluated these releases of oil at two locations along the pipeline at or near the Lake Oahe crossing for a total of four scenarios.  RAR 8069-70.  The four scenarios modeled springtime high river flow conditions, summer and fall average river flow conditions, and wintertime low river flow conditions.  RAR 8070.

15.    The modeling included several conservative assumptions.  In particular, the Spill Model Report evaluated a hypothetical release at the sediment / water interface for the full-bore-rupture scenario, which overestimates the volume of an actual release and increases the speed and total volume of oil entering the water column beyond what would ordinarily occur.  RAR 8068.  For the model runs, it was assumed that 100 percent of the oil was able to travel to the bottom of the lake bed and enter the water column.  *Id.*  In reality, this oil would need to rise vertically more than 90 feet through the low permeability alluvium and glacial deposits, as well as the low permeability sediments that have accumulated at the bottom of the lake.  Because it is difficult for liquids to

---

[1]  The "worst case" volume and duration at each release location was calculated by the OILMAPLand model assuming a given time to detect a break on the line, analyze the issue, "and shutdown pumps (9 minutes), and the time [to] close the valves (3.9 minutes for standard valves, and 3 minutes for valves with faster actuators)."  RAR 8790.  "The total spill volume includes the sum of the volume released during the period when the pumps are operating (based on the designed flow rate of 600,000 bbl/day for the pipeline), the volume able to drain unimpeded by any valves before the valves are closed, and the volume available to drain from the pipeline between adjacent valves once the valves are closed."  *Id.*

pass through low permeability materials, including the clay and other sediments under Lake Oahe through which the pipeline is placed, and because the water in Lake Oahe puts additional downward pressure on the lake bed, it is highly unlikely, even in the unlikely event of a discharge, that any oil could rise through the ground to interact with the lake water.  *Id.*  Multiple variables, if accounted for in the modeling, would further lower the volume and speed of a potential release through the soil and sediments and into the Lake.  These include the pressure of the oil at the point of release; the weight of the soil overburden; the type, thickness, and orientation of the different soil types; and the permeability of each of the soil types.  The modeling eliminated each variable that might slow or prevent the movement of oil through the low-permeability sediments and soils, thus increasing the volume of oil predicted to enter the water column and eliminating the factor of delay in such a release.  *Id.*

16.     The Downstream Receptor Report, discussed further below, reviewed the results of the Spill Model Report and linked those results to the general effects of hydrocarbons to summarize the potential unmitigated effects on the specific downstream receptors.  RAR 2741.  These receptors included, among other things, aquatic receptors, such as fish; semi-aquatic receptors, such as birds; and other receptors relevant to humans, such as hunting, fishing, recreation, and cultural use.  RAR 2742.

17.     The Spill Model Report concluded that there would be *no* impacts to the Standing Rock Sioux Tribe drinking water intake—or the water intakes for the other Plaintiff Tribes, which are further downstream from the Lake Oahe crossing—because the maximum predicted downstream travel extent, even assuming 10 days with no response, was still 25 miles upstream of the Standing Rock Sioux Tribe drinking water intake near Mobridge, South Dakota, RAR 8072, and because the maximum predicted concentrations of hydrocarbons in the water column were within five

meters of the surface, and they decreased to near zero at a depth of 10 meters, *see* RAR 8270.  The

Standing Rock intake is located more than 75 miles downstream of the DAPL Lake Oahe crossing,

RAR 8271, and almost 20 meters beneath the surface, RAR 8267.  The Cheyenne River Sioux

Tribe water intake is more than 150 miles downstream of the pipeline crossing, and the Oglala

Sioux Tribe water intake is more than 200 miles downstream of the crossing (and downstream of

the dam itself).  RAR 278.

18.    This means that the modeling predicts that none of the Tribes' water intakes would be

affected by any release that could realistically occur even if no steps were taken to contain it for

*10 days*.  In reality, however, any release like those modeled could not and would not remain

unmitigated for 10 days, or even a single day.  PHMSA's regulations require Dakota Access to be

on-site and deploying equipment within six hours of detection, and Dakota Access's practice drills

show that it can be on site and deploying equipment within one to two hours.

19.    As mentioned, the Downstream Receptor Report evaluated impacts to hunting and

fishing.  The Report explained that "[g]ame species most susceptible to the effects of an oil spill

are typically birds and shoreline mammals that would come into physical contact with oil from a

spill;" however, "behavioral responses of terrestrial game species would help to reduce potential

adverse effects," meaning, birds and mammals can limit their exposure to a spill because they are

"mobile."  RAR 2745.  Because of this, and the "limited total area that could be affected," the

report concluded that "the impact to hunting in the area from an oil spill would be minimal and of

a temporary short duration."  *Id.*  Regarding fishing, while "[a] large spill in Lake Oahe would

likely cause a localized fish kill," the report concluded that "even under the worst case unmitigated

discharge scenarios," impacts to fish species would be of "limited scale and of temporary

duration." *Id.* The modeled effects, however, are even more unlikely as they were assessed based on spill modeling that assumed oil would flow unmitigated with no response by DAPL for 10 days.

***Response Procedures Plan for Spills Larger Than Those Likely to Occur at Lake Oahe***

20.   The primary purpose of the spill models is to simulate a conservative worst-case scenario so that the operator of the pipeline can establish emergency response procedures. Indeed, DAPL is required to respond to a release within six hours. *See* 49 C.F.R. Parts 194, 195. (As noted above, in reality response times would be much less.) To satisfy this obligation and others under the American Petroleum Institute ("API") recommendations for onshore liquid pipeline emergency preparedness and response (RP 1174), as well as North Dakota and South Dakota law, DAPL approached its spill response planning conservatively and worked diligently to develop response plans and implement protective measures in an FRP and GRP.

21.   During the last remand period in this litigation, while I was in charge of the majority of environmental matters related to Dakota Access, the company attempted to work in good faith to update the FRP and GRP with the Standing Rock Sioux Tribe and Cheyenne River Sioux Tribe in order to satisfy their environmental and safety concerns. RAR 240; *see also Standing Rock Sioux Tribe v. U.S. Army Corps of Eng'rs*, 280 F. Supp. 3d 187, 191 (D.D.C. 2017). The company attempted to meet with the Standing Rock Sioux Tribe and the Cheyenne River Sioux Tribe three times in Bismarck, North Dakota from January to March 2018 to collaborate on revised spill response planning, and the company brought un-redacted plans and modeling information to these meetings for the Tribes to review and take home at each of these meetings. RAR 240. However, the Tribes did not participate. Dakota Access's prior briefing in the litigation accurately describes this. *See, e.g.*, D.E. 456, Dakota Access Cross-Motion for Summary Judgment at 59-62.

22.     Beginning with the FRP, the purpose of the response planning is to "provide guidelines to quickly, safely, and effectively respond to a spill from the [DAPL] system." RAR 16720.  The FRP covers the "North Response Zone," which includes "pipelines and facilities" in several counties of North Dakota and South Dakota, including the Lake Oahe crossing.  RAR 16721. Importantly, the FRP, in accordance with PHMSA regulations, calculated the worst-case discharge for the *entire* North Response Zone.  RAR 16851.  That figure is ███ barrels and represents a ███████████████████████ at ███████████████████████.   RAR  16850-51.   The FRP proceeded to design notification procedures, spill mitigation procedures, and containment and recovery methods for different types of spills (including spills under ice) at each point along the pipeline, including the Lake Oahe crossing, capable of responding to a release of ███ barrels. *See generally* RAR 16807-17091.  In other words, despite the Tribes' concerns that the site-specific worst-case discharge for Lake Oahe of ███ barrels may understate a potential release *at that location* by a few hundred or even a few thousand barrels, the company's FRP plans for, and puts measures in place to mitigate and remedy, a potential release of up to ███ barrels at Lake Oahe.  Dakota Access has enough spill equipment staged immediately at Lake Oahe to respond to a ███ barrel worst-case discharge, *see* USACE_ESMT 42 (Condition 35), and it has arranged for additional personnel and equipment (including through highly trained, oil-spill response organizations) sufficient to respond to a ███ barrel spill within the six-hours mandated by PHMSA, *see* RAR 6651, 6662-63, 6811-84.

23.     Dakota Access's preparation for a spill ███ the size of the modeled worst-case discharge at Lake Oahe is important in the context of concerns about any potential slow leak.  As a threshold point, and as detailed in Todd Stamm's declaration, in the company's experience even a "pinhole" leak would be quickly detected, minimizing potential leak volumes.  The concerns of

tens or hundreds of thousands of barrels leaking out in a "slow pinhole leak" are unrealistic, especially where, as here, the pipeline is buried 92 feet below the lake.  The largest such leak that the Tribes point to is 20,000 barrels from a North Dakota pipeline in 2013 due to a dime-sized hole in a six-inch pipeline.  RAR 16685-86.  That 20,000 barrel leak was ██████ barrels lower than the ██████ barrel spill the company is prepared for at Lake Oahe.  Moreover, even if, in the extremely unlikely scenario of the valve directly upstream of Lake Oahe failing during a full guillotine break (another rare occurrence), and even if the full 21,000 barrels between operating valves were added to the modeled worst-case discharge at Lake Oahe (which would be physically impossible due to gravity and elevation changes in that segment and because Dakota Access would have someone onsite to manually close the valve within an hour), the result would still be less ██████ the volume the company has prepared for at the Lake Oahe crossing.

24.     In addition to the FRP, the measures for addressing a hypothetical release at Lake Oahe are also described in the site-specific Lake Oahe GRP.  RAR 6645-6886.  Dakota Access used the hypothetical worst-case discharge volume to design a location-specific GRP for the crossing that "describes cleanup procedures and remediation activities during operations."  RAR 125.  *Id.* Response measures include, but are not limited to, "the deployment of containment or diversionary boom[s] at predetermined locations and oil collection/recovery activities to prevent further migration of crude oil."  RAR 6649.  Containment equipment is staged at three locations around Lake Oahe, and each location includes thousands of feet of containment and sorbent boom and monitoring and communication equipment, among other things.  *See* RAR 6661.  The GRP also lists dozens of local vendors that can provide clean up and monitoring equipment and provide for wildlife rehabilitation, including millions of gallons of cleaning solution.  RAR 6662-63. Additionally, it includes a list of people who must immediately be notified in the event of a

suspected or confirmed release, which includes personnel at Dakota Access, government agencies, and representatives of the Standing Rock Sioux Tribe and Cheyenne River Sioux Tribe.  RAR 6650-51.  Dakota Access provided the GRP to the Tribes for review.  It also incorporated into revised versions of the GRP comments the Tribes made during this litigation.  RAR 6649.  As included in DAPL's GRP and required in PHMSA's regulations, sufficient resources and materials are pre-positioned for rapid deployment in the event of a release.  As required by the Corps' Lake Oahe Easement (Condition No. 34), DAPL has completed full-scale winter training exercises in Lake Oahe and response timing has been quicker than that required by the regulations. USACE_ESMT 42.

25.    More specifically, Dakota Access has conducted two response drills to date.  The first was a swift water drill on the Missouri River near Williston, North Dakota, which included a full tabletop exercise and full boom deployment.  The second was a winter ice drill on Lake Oahe, which involved a full day of training and associated tabletop drills, followed the next day by a full equipment exercise and training installing ice slots in the surface of Lake Oahe.  These drills were coordinated efforts involving participation by Dakota Access, the Corps, PHMSA, the U.S. Environmental Protection Agency, the North Dakota Game and Fish Department, county local-emergency planning committees, the primary Oil Spill Response Organization team found in the FRP and GRP, and other state, county, and local agencies.  In both drills, the response teams' performance was significantly better than the response time required by the applicable regulations. USACE_ESMT 42.

***Comprehensive Mitigation and Response Measures Will Limit or Remediate Impacts***

26.    Dakota Access's comprehensive mitigation and spill-response plans and training, combined with its state-of-the-art construction and spill detection systems, will help ensure that,

in the extremely unlikely event of a release under Lake Oahe, it will be mitigated and remediated promptly and result in minimal, if any, environmental consequences to the Tribes.

27.     Further minimizing possible hunting, fishing, recreation, and cultural use effects near Lake Oahe, light crude oils "may be easier to clean up such that recovery occurs more quickly." RAR 2847.   As the Downstream Receptor Report explains, Dakota Access "is committed to minimizing impacts to the local wildlife populations" and "[i]mpacts to hunting resources would be mitigated by following the cleanup procedures and remediation activities" described in the FRP and GRP.   RAR 2848.   Similarly, the Downstream Receptor Report states that "adherence to the cleanup procedures and remediation activities described in the [FRP] and [GRP] would reduce impacts on game fish species."   *Id.*   Dakota Access is committed to "help restore, replace, or acquire the equivalent natural resources in accordance with the Oil Pollution Act of 1990 (OPA 90)."   RAR 2849.   Indeed, and as further discussed below, Dakota Access maintains financial responsibility for the duration of response actions.   *Id.*   In addition to all of the physical response planning, in the unlikely event of a spill that causes environmental damage, DAPL has dedicated significant financial resources to remediating any harm.   Dakota Access's stand-alone insurance coverage; the insurance coverage its parent, Energy Transfer, provides; and an available credit facility all provide approximately ███████ that may be accessed in the event of a hypothetical remediation or damage event.   Of this amount, approximately ███████ is with insurance carriers unaffiliated with Dakota Access or its parent, and approximately ██████ is available through a credit facility with a non-affiliated third party.   Any person or organization that has suffered damages due to an oil spill that exceed the company's liability limits may also submit a

15

claim to the U.S. Coast Guard's Oil Spill Liability Trust Fund, which is financed by an oil tax.[2] That federal Fund may pay up to $1 billion for a single discharge incident, of which $500 million may be allotted to remediate natural resource damages.  26 U.S.C. § 9509.  In addition, while it is highly unlikely that any of the Tribes' food sources, water intakes, or water supplies would be affected by a potential leak, Dakota Access has nevertheless committed to assure that adequate drinking water and food supplies will be available on the reservations for the duration of any hypothetical disruption.  RAR 2849.

**Environmental Effects If DAPL Is Shut Down**

28.     Pipelines are the least environmentally impactful means to transport oil, whether measured in rate of accidents per ton-mile travelled, net amount of oil spilled per ton-mile travelled, human safety (*e.g.*, death, fire/explosions, injuries), or air pollution.

29.     As discussed in the declarations of Glenn Emery, Jeff Makholm, and William Rennicke, much of the crude oil volume from DAPL could not be shifted to truck or rail if the pipeline is shut down.  But to the extent transport shifts to those means, the likelihood of environmental impacts and potential human injury or harm would increase proportionally, rather than decrease.

30.     A very large fleet of trucks would be required to move DAPL's current throughput of 570,000 bpd.  Assuming the average oil tanker truck holds 220 barrels of oil, transporting 570,000 bpd would require more than 2,500 trucks to depart from tank terminals per day and over 100 trucks would have to be filled every hour with a 24-hour per day operation.  USACE_DAPL 71230.  Even assuming that trucks could be filled at that rate, this type of operation is not realistic because

---

2  *The Oil Spill Liability Trust Fund (OSLTF)*, U.S. Coast Guard, https://www.uscg.mil/Mariners /National-Pollution-Funds-Center/About_NPFC/OSLTF/ (last visited Apr. 12, 2020); Adm. Karl L. Schultz, *Report to Congress:  Oil Pollution Act Liability Limits in 2019*, U.S. Coast Guard (Feb. 25, 2020), https://www.uscg.mil/Portals/0/NPFC/docs/PDFs/Reports/2020-02-25-Oil-Pollution-Act-Liability-Limits-in-2019.pdf?ver=2020-02-25-133009-910.

of the time each truck would spend in transit, loading and offloading, and being idled for maintenance. *Id.* Assuming that each truck takes just three days to load, travel to Patoka, offload, and return to North Dakota to pick up another load, a fleet of about 7,500 trucks dedicated exclusively to moving crude oil from the Bakken to Patoka would be required to move 570,000 bpd, with no allowance for wear and tear, maintenance, downtime or accident. If the oil traveled all the way to the Gulf Coast by truck (as opposed to using the more direct, environmentally conscious choice of the DAPL-ETCO system) the trip would take more than twice as long, meaning it would need a fleet of more than 15,000 trucks dedicated solely to moving this oil. While I understand that William Rennicke and Jeff Makholm have determined that only a minimal amount of DAPL's current throughput will likely shift to trucks if DAPL shuts down, that change would have significant environmental impacts compared to transportation of the same volume by pipeline. Transportation of hazardous liquids (including crude oil) on highways results in about five times more fatalities as transportation by pipelines and about 37 times as many injuries on a per ton-mile basis.[3] Trucking would also result in significant congestion to highways from North Dakota to Illinois, causing disruption to local communities and other businesses using the roadways. In addition, an increase in exhaust would occur due to the combustion of diesel fuel in truck engines, which would lead to an increase in air pollution from emissions of criteria pollutants such as volatile organic compounds ($VOC_s$), carbon monoxide (CO), nitrogen dioxide ($NO_x$), sulfur dioxide ($SO_2$), and particulate matter ($PM_{10}$ and $PM_{2.5}$). Air pollution laws target criteria pollutants because they are particularly harmful to human health, wildlife and the environment. Table 1 below provides a conservative view of the air emissions that would result if trucks

---

[3]    Diana Furchtgott-Roth, *Pipelines are Safest for Transportation of Oil and Gas*, Manhattan Inst. for Pol'y Research 7 & Tbls. 7-8 (2013) (reporting U.S. Department of Transportation data).

transported DAPL's entire daily throughput, and shows that those emissions would be many orders of magnitude greater for all criteria pollutants than with pipeline transport over the same distance.

**Table 1**

**Alternative Crude Oil Transportation Emission Calculation Summary For 1,000 Miles Crude Delivery Via Various Transportation Alternatives**

| Source (Alternative) | Annual Emissions (tons per year) | | | | | | |
|---|---|---|---|---|---|---|---|
| | CO | NO$_x$ | VOC | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$e |
| *Truck Transport* | *2,015.4* | *8,587.8* | *797.6* | *273.9* | *252.1* | *27.3* | *3,188,249* |
| *Rail Transport* | *1,923.7* | *6,888.6* | *1,735.7* | *159.6* | *154.9* | *6.6* | *706,635* |
| *Pipeline Transport* | *0* | *0* | *88.2* | *0* | *0* | *0* | *0* |

31.     Similar to trucking, rail transport of crude oil is more hazardous to the environment in terms of human injury, potential for spills, and air pollution. Based on 2019 data for the average carload of crude oil, more than 800 rail tank cars would be required per day to transport the 570,000 bpd of crude oil that flow on DAPL. *See* USACE_DAPL 71230. Trains would have to be deployed and devoted exclusively to this transport, to the level of approximately 8 trains per day (assuming 110 tank cars per train). Whether measured by the number of incidents, injury rates, fatalities or recoverability of discharged liquids, rail transport poses far higher safety risks than empirical research shows that per ton-mile petroleum incident rates for rail lines are at least 4.5 times higher than for hazardous liquid pipelines.[4] As to fatality rates, research shows that pipeline transportation of oil and gas resulted in 1.7 fatalities per year in the United States, while rail

---

[4]     Kenneth P. Green & Taylor Jackson, *Safety in the Transportation of Oil and Gas: Pipelines or Rail?*, Frasier Inst. 8-10 (2015).

transportation resulted in 2.4 fatalities per year.[5]  Although the volumes spilled per ton-mile have historically been higher for pipelines than for rail, this is considerably mitigated by the percentage of spilled oil that can be, and is, recovered in pipeline incidents.[6]

32.     Increases in rail traffic necessary to transport the volume of crude oil that flows on DAPL would also increase the emissions of combustion products due to the use of diesel engines which could have an adverse impact on air quality in the region.  One recent study found that "[f]or shipments of crude oil from North Dakota to the Gulf Coast in 2014, the air pollution and greenhouse gas costs are nearly twice as large for rail as for pipelines," and that "ground-level emissions, such as those from locomotives, tend to be more harmful than the same level of emissions released from tall smokestacks."[7]  Another found that pipeline transportation produces 61 to 77 percent less greenhouse gases as compared to rail transportation carrying large capacities of oil over long distances.[8]  Further, if new rail transfer terminals are built to accommodate DAPL's current capacity, that construction would result in additional emissions of criteria pollutants such as VOCs, CO, NOx, SO$_2$, PM$_{10}$, and PM$_{2.5}$.  *See* USACE_DAPL 71231.

33.     Given the circuitous routes that rail or truck would have to take to ship crude oil from the Bakken to refineries in the Midwest and the Gulf Coast if DAPL is offline, the oil would have to travel additional miles which further increases the amount of emissions and the geographic areas exposed to a potential spill.  This is true even if only a fraction of DAPL's crude oil capacity can

---

[5]  Megan E. Hansen, *Pipelines, Rail & Trucks: Economic, Environmental, and Safety Impacts of Transporting Oil and Gas in the U.S.*, Strata 4-5 (2017).

[6]  Kenneth P. Green & Taylor Jackson, *supra*.

[7]  Clay et al., *External Costs of Transporting Petroleum Products: Evidence from Shipments of Crude Oil from North Dakota by Pipelines and Rail*, 40 Energy J. 55, 55-56 (2019).

[8]   Nimana, et al., *Life Cycle Analysis of Bitumen Transportation to Refineries by Rail and Pipeline*, 51 Envtl. Sci. & Tech. 680 (2016).

realistically be diverted to truck and rail.

34.     To illustrate the greater air impacts from truck and rail, I summarize in Table 1 above the different air impacts that would occur if all of DAPL's maximum authorized throughput of 570,000 bpd were transported by truck or train as opposed to pipeline for 1,000 miles.  The model accounts for DAPL's specifications (*e.g.*, number of valves, pumps, and pump stations) and the typical specifications for tanker trucks and rail cars in terms of size and weight.  The model was conservative.  It used the unrealistically low number of trucks quoted above (2,591), by assuming no stops, maintenance, or time to load and offload, and it used the low end of the range of trains and train cars estimated to replace DAPL's full daily throughput (approximately 2,704 full trains per year and 2,704 trains returning empty, for a total of 5,408 trains with 110 cars per train).  The model also compares emissions for 1,000 miles of travel, which is a stand-in for the DAPL's length of about 1,200 miles and allows for a direct comparison between modes.  As explained above, oil shipped on truck or rail would need to travel further than on DAPL because only indirect roads and rail tracks are available from crude oil pickup points in North Dakota to Patoka, Illinois and down to refineries around Nederland, Texas.  The model also predicts fewer emissions because it assumes the rail and truck operations will use effective emissions control technology.

35.     Even with all of these conservative assumptions, the pipeline option has far fewer emissions than truck and rail.  Of the six criteria pollutants considered, pipelines only emit volatile organic compounds ("VOCs") and then only through "fugitive emissions," meaning leakage during oil transfer operations.  As pipeline operation does not involve combustion, the values for other pollutants are all calculated to be zero.  Even comparing VOCs, trucks emit nine times more than the pipeline per thousand miles traveled and trains emit almost 20 times more than the pipeline over that same distance.  Table 1 shows that for truck and rail the values for all other criteria

pollutants are high, particularly $CO_2$ emissions.  These emissions exceed three million tons per thousand miles traveled for trucks, which, for scale, is the same as *annual* emissions from the energy use for almost 400,000 homes.[9]

36.     Substantially increasing rail transportation of oil to make up as much as possible for the volumes lost if DAPL were shut down would also present a greater risk to Standing Rock's reservation because one freight railroad track capable of carrying crude crosses Lake Oahe at Mobridge, South Dakota, just 1.6 miles upstream of the reservation's new water intake.[10]  For instance, if a 110-car train carrying crude oil were to derail at or around the crossing at Mobridge with damage to all tank cars, it could potentially spill more than 75,000 barrels of oil into the lake and surrounding area (110 cars, each carrying 700 barrels, is equal to 77,000 barrels).  Such an incident would be more harmful to the Tribe (and the environment and human health more generally) than a pipeline incident 90 feet below Lake Oahe, because the oil would spill directly onto land and into Lake Oahe in close proximity to the Standing Rock Sioux Tribe's drinking water intake.  As discussed above, any crude oil that leaks under Lake Oahe at the location of the DAPL crossing would not impact the Tribe's drinking water supply.  That is true even under the hypothetical worst-case discharge scenario for the Lake Oahe crossing of approximately ███ barrels.

37.     The possibility that portions of DAPL's capacity could be transferred to rail or truck is highly concerning.  *An order shutting down the pipeline would be the equivalent to a major federal*

---

9     *See Greenhouse Gas Equivalencies Calculator*, U.S. Envtl. Prot. Agency, https://www.epa .gov/energy/greenhouse-gas-equivalencies-calculator (last updated Mar. 2020) (searched emissions equivalent of 3,188,249 tons of $CO_2$).

10    Kevin Cramer, *What the Dakota Access Pipeline Is Really About*, Wall Street J. (Dec. 6, 2016), https://www.wsj.com/articles/what-the-dakota-access-pipeline-is-really-about-1481071218.

*action with no regulatory oversight or environmental agency review and approval.*  Such an order could convert the extremely low risk of a spill or incident from a highly studied means of proven safe transport with massive response and remediation infrastructure in place (Lake Oahe), with a significantly increased risk of an incident at other locations (including Mobridge, South Dakota, Bismarck, North Dakota and numerous other places that the railroads pass through) without the benefit of any federal environmental review and oversight, dedicated spill response planning, or in-place remediation infrastructure.

38.    In addition, shutting down DAPL could lead to the closure of many production wells because DAPL is the most cost-effective oil transportation method and, given certain oil pricing and other factors, the only cost-effective transportation method.  Major oil producing states, like Texas and Oklahoma, have seen a large number of hasty well closures or abandonments when oil production becomes uneconomic.[11]  It is reasonable to expect similar behavior and impacts in North Dakota, the second biggest oil-producing state.  While I expect that most producers in North Dakota would shut-in wells responsibly, the likelihood of errors and abandonments increases when there are a large number of shut-ins in a short time frame.  If production wells are not plugged properly—procedures that are up to the individual well owners to follow—they can leak and contaminate groundwater with hydrocarbons and other toxins.  Spills into the soil at ground level can occur if oil, drilling mud, or salty water rise up a well that is plugged poorly, and seepage can

---

[11] *See* Jim Malewitz, *Abandoned Texas Oil Wells Seen as "Ticking Time Bombs" of Contamination*, The Texas Tribune (Dec. 21, 2016), https://www.texastribune.org/2016/12/21 /texas-abandoned-oil-wells-seen-ticking-time-bombs-/ (discussing a "surge of abandoned drilling sites" in Texas, Louisiana, and Oklahoma "[a]mid a recent oil market crash that followed years of frenzied drilling" that led to "migration of oil and other toxic minerals into aquifers or water supplies" and caused land to "sink or collapse" in some instances).

occur over time as the well's casing degrades.[12]  Abandoned wells can also impair air quality and threaten human health and safety because they emit significant amounts of methane, a greenhouse gas.[13]  Methane leaks from inactive oil and gas wells have caused explosions in and around population centers nationwide.[14]  Inactive wells are more of an environmental and safety concern than active wells because while active wells are constantly monitored for leaks and safety concerns, inactive wells are rarely monitored after being plugged.[15]

39.    The potential environmental and safety effects from shut-in wells are a significant concern in North Dakota, where there were 18,876 active wells as of February 2020.[16]  As shown in Figure 1 below, these wells are concentrated in the western third of the state and are near many shallow aquifers and rivers and streams that feed into larger water bodies, like the Missouri River.[17]

---

[12]   E. Allison & B. Mandler, *Abandoned Wells: What Happens To Oil And Gas Wells When They Are No Longer Productive?*, Am. Geosciences Inst. (2018), https://www.americangeosciences.org/sites/default/files/AGI_PE_AbandonedWells_web_final.pdf.

[13]   *Inventory of U.S. Greenhouse Gas Emissions and Sinks 1990-2016: Abandoned Oil and Gas Wells*, U.S. Envtl. Prot. Agency, 8 Tbl. 8 (Apr. 2018), https://www.epa.gov/sites/production/files/2018-04/documents/ghgemissions_abandoned_wells.pdf.

[14]   Sophie Quinton, *Why 'Orphan' Oil and Gas Wells Are a Growing Problem for States*, Pew Charitable Trusts (July 9, 2018), https://bit.ly/3aUe9rb ("Methane leaking from abandoned wells caused explosions at a Colorado construction site in 2007 and at a Pennsylvania home in 2011.").

[15]   Stephanie Joyce, *Living On Top Of Forgotten Oil And Gas Wells*, Inside Energy (Feb. 9, 2016), https://bit.ly/2KGOuY8 (explaining that the "conventional wisdom—that a well is dead once it is plugged with cement—means there's no systematic monitoring for leaks of any of the millions of abandoned wells in the U.S." and quoting a Stanford University scientist as saying, "When a state sees a well is plugged, they typically put a checkmark by that well in a database, or in a file somewhere, and they don't do anything [else]"); *Reclamation Frequently Asked Questions*, N.D. Dep't Mineral Res., https://www.dmr.nd.gov/oilgas/reclamation.asp (last visited Apr. 27, 2020) (stating that, in North Dakota, "[l]ess than 1%" of abandoned well sites the State reclaims are given "long term environmental evaluation").

[16]   *February 2020 Oil and Gas Production Report*, N.D. State Industrial Comm'n, 1 (2020), https://www.dmr.nd.gov/oilgas/mpr/2020_02.pdf.

[17]   *See* Zhulu Lin et al., *Impacts of Bakken Shale Oil Development on Regional Water Uses and Supply*, 54 J. Am. Water Res. Assn. 225, 227 Fig.1 (2018), https://bit.ly/2YgasJB (reflecting U.S. Geological Survey (USGS) data).

**Figure 2**



*Source:* Zhulu Lin et al., *supra* (reflecting U.S. Geological Survey (USGS) data).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 28, 2020

_____

Michael C. Aubele

24

# AUBELE
# EXHIBIT 1

FILED UNDER SEAL

SUBJECT TO THE PROTECTIVE ORDER

AUBELE
EXHIBIT 2

FILED UNDER SEAL

SUBJECT TO THE PROTECTIVE ORDER

# AUBELE
# EXHIBIT 3

**From:**  Spellmon, Scott A BG USARMY CENWD (US)
**To:**  Jackson, Donald E Jr MG USARMY CEHQ (US); Crook, Lowry A SES USARMY HQDA ASA CW (US)
**Subject:**  DAPL Vertical Due-Outs: 29 Nov
**Date:**  Tuesday, November 29, 2016 10:05:40 PM
**Attachments:**  Response to October 28, 2016 Comments.docx

Gentlemen - I have three due-outs to you following this morning's DAPL vertical call.

1. Attached is our consolidated list of replies from Energy Transfer Partners/Dakota Access regarding the 6 issues raised by Chairman Archambault and the 13 issues presented by his consultant, Accufacts, in their 28 October letter to Ms Darcy.  The original replies came to us in a series of attachments which we have consolidated here for your ease of review.  We are currently staffing these responses with the Dept of Transportation (specifically, the Pipeline and Hazardous Material Safety Administration [PHMSA]) as the regulator of pipeline safety.

███████████████████████████████████████████████████████

3. Finally, there have been no significant preparations (in terms of temporary infrastructure) in the planned protestor camp location south of the Cannonball River in the vicinity of the Cannonball Community.

v/r
Scott

BG Scott A. Spellmon
Commanding General
Northwestern Division
US Army Corps of Engineers
Office: (503) 808-3700
Cell: (503) 354-4205

USACE_ESMT000936

# Response to October 28, 2016 Comments
## from the Standing Rock Sioux Tribe

### Response to Comments, October 28, 2016 AccuFacts Inc. (Comments on Final EA)[1]

**Comment 1-1.**
The EA fails to properly evaluate the impact of the DAPL, including the risk of oil spills, on the federal easements and waters of the United States. While the EA largely focuses on the above identified water crossing activities related to construction HDD, the USACE does not provide appropriate detailed analysis as to the oil spill risks to these sensitive waters, either from the specific crossings or from other sections of the pipeline that could release oil that could reach these High Consequence Areas, or HCAs (e.g., unusually sensitive areas, or USAs). For the DAPL segments that could affect these HCAs, the EA fails to provide sufficient detail to support the finding of low risk with the proposed mitigations. The sources of risks are not prudently explained, and information is not provided in enough detail to permit an independent confirmation of USACE findings.

***Response 1-1.***
*The EA and supplemental documents adequately assess the risk of oil spill on federal lands and into waters of the United States. Given the engineering design and proposed installation methodology the risk of a leak is low. Dakota Access has prepared PHMSA approved spill models that consider potential interaction with all HCAs as defined by PHMSA. The spill models account for the presences of HCAs and DAPL has designed the pipeline and developed operational parameters to reduce the risk of a release at HCAs in accordance with PHMSA requirements. Much of the information included in these documents is considered "Security Sensitive Information" by both DAPL and PHMSA and are protected from public disclosure and therefore were not included within the EA as indicated in the response to public comments in Appendix J of the EA. Although not available to the public, this information has been provided to, and reviewed by, appropriate representatives at the USACE and state agencies.*

*The figure on page 16 of the Lake Oahe Crossing Spill Model Discussion illustrates the surrounding HCA's and a full-size version of this figure was included in Appendix 3 of that document. The table presented on page 16 of that document illustrates the downstream distances from the pipelines crossing, and where the simulated oil plumes are predicted to interact with the HCAs.*

*An analysis of the hypothetical worst case spill data indicated that the Lake Oahe crossing  is not considered a high risk with a risk ranking between 2 and 3 (out of a possible 10). Additionally, in the unlikely event of a spill, the actual amount spilled is expected to be significantly smaller than that maximum volume predicted in the model due to the way the model calculates releases. For example the model assumes a surface spill directly into water whereas in reality the pipeline is 90 to 115 feet below the water virtually eliminating the ability of a spill to interact with the surface water.*

*As indicated in Table 2-1 of the EA (Alternatives Evaluation Matrix Between Preferred Crossing at Lake Oahe and Alternative Crossing North of Bismarck), the proposed crossing had similar or less impact to mapped HCA's than the Alternate Route Crossing north of Bismarck.*

*Further evaluation of the data (provided to the USACE in the Confidential "DAPL – Route Comparison and Environmental Justice Considerations" memorandum) disclosed that the Fort Yates municipal drinking water intake, which is the first known Tribal-related drinking water intake downstream of the Lake Oahe crossing, is over 26 miles downstream of the Lake Oahe crossing. There is an estimated travel time of approximately 40 hours to reach the Fort Yates intake from a spill at the Lake Oahe crossing. PHMSA requires a response action within 6 hours.   In the unlikely event that the response team does not contain the spill within the PHMSA required 6 hours and the spill continues unabated for some time period, it is extremely unlikely like the plume would go unabated for 40 hours to reach the minority*

---

[1] Additional references and citations are included in Attachment 1 to this enclosure.

USACE_ESMT000937

*community intake at Fort Yates. This risk is further reduced with the plans to eliminate that water intake with a new intake structure located 73.5 miles south of the pipeline crossing, making this risk factor even less.*

**Comment 1-2.**
Further analysis and information as to the pipeline's location in such landslide areas and its potential impacts to the federal crossings and sensitive waterways, should the pipeline fail, must be clearly incorporated into the EA. The EA specifically states, "This strength and ductility effectively mitigates the effects of fault movement, landslides, and subsidence. Therefore, by implementing the mitigation measures presented here, impacts on the pipeline from geologic hazards are expected to be minimal."[7] But this conclusory statement is insufficient. Placing pipeline in areas with high risk of landslide is unwise, as even modern steel pipe cannot survive such high abnormal loading threat activity which usually results in pipeline rupture with high rate high volume oil spill releases.

*Response 1-2.*
*We believe that the analysis of pipeline's location relative to landslide areas was appropriate. It appears that the basis for the comment regarding landslide susceptibility in the vicinity of Lake Oahe is the digital landslide incidence/landslide susceptibility map data compiled by Godt (1997). Because these data were compiled at a small scale (1:4,000,000), we believe the resolution of the data to be insufficient to make conclusions on specific areas. Evidence that this mapping is very generalized is that large portions of the area identified as High Susceptibility extends across Lake Oahe and across upland areas that are predominantly flat to gently inclined (gradients less than 15 percent).*
*Existing ground surface slope inclinations within the entry (east side) and exit (west side) workspaces and the stringing area are relatively flat with gradients generally less than 15 percent. Portions of the stringing area on the west side of the lake have gradients ranging from 15 to 30 percent where the workspace traverses drainage networks. The ground surface along the majority of the pipeline alignment in the vicinity of the lake is also relatively flat with gradients less than 15 percent with ground surface gradients along portions of the pipeline alignment ranging from 15 to 30 percent where the alignment crosses existing drainage networks.*

*The Fox Hills Formation (late Cretaceous, about 99.6 million to 65.5 million years ago) is mapped at the Lake Oahe Crossing Site by Carlson (1983) and Clayton (1980). The Fox Hills Formation consists of "olive-brown sand, shale and sandstone" deposited in marine shoreline and offshore environments and can be up to 400 feet thick (U.S. Geological Survey, 2015). Geologic mapping indicates that the Fox Hills Formation extends several miles along the pipeline alignment on both sides of Lake Oahe.*

*Geotechnical borings completed on the west side of Lake Oahe indicate that the Fox Hills Formation at the site predominately consists of medium dense to very dense sand with variable silt and clay content. These subsurface conditions are not conducive to landslide activity in areas with ground surface gradients less than 30 percent. These areas may be prone to surficial erosion processes, which can be addressed through Best Management Practices for Temporary and Permanent Erosion and Sedimentation Control. In addition, review of aerial imagery does not indicate a high incidence of landslide activity within several miles of Lake Oahe.*

*Although the areas of the Proposed Action and Connected Action are within general mapping areas classified as having a high incidence of landslides according to the USGS, there are no slopes that exceed 25% on either the east or west side of Lake Oahe within the HDD workspaces. At the location of the steep bluff on the west side of Lake Oahe, the pipeline passes through material that is not conducive to landslide activity and the depth of the drill profile is 100 to 120 feet below the ground surface and 90 to 115 feet below the mud line of the river, and therefore not at risk for landslide. The only areas of the Proposed Action and Connected action that have a slope of greater than 25% are those associated with the pipe stringing areas or temporary workspace where no pipeline would be installed.*

*The geotechnical analysis above was used to facilitate engineering and design, including selection of appropriate materials and construction methods to limit any environmental impacts attributable to landslides. Results of the geotechnical analysis are included in Appendix D of the EA.*

USACE_ESMT000938

**Comment 1-3.**

I have observed that it is not unusual for the pipeline industry to overstate ILI [In-line Inspection] tool effectiveness in identifying certain types of threats to prevent pipeline failure, especially rupture. The EA fails to identify the use of ILI inspection tools and associated trigger parameters that might prevent pipeline failure and releases into sensitive waterways. Failure to incorporate such detail leaves the pipeline open to misuse of ILI tools from overconfident and misleading statements of ILI capabilities.

*Response 1-3.*

*Dakota Access will maintain and inspect the pipeline in accordance with PHMSA regulations, industry codes and prudent pipeline operating protocols and techniques.   49 CFR 195,452 195.452 Pipeline Integrity Management in High Consequence Areas describes the minimum scopes of maintenance and inspection that will be achieved by Dakota Access.*

*We do not agree that Dakota Access failed to identify in the EA that in-line inspection tools would be utilized.  In Section 3.11, the use of inline tools was referenced numerous times.  Additionally, as with all available inspection measures, there are limitation to the effectiveness of ILI tools; however, the best available technology will be utilized per the PHMSA Liquid Integrity Management rule, §195.452. Multiple inspection measures in excess of the ILI tool runs during operations of the pipeline will be implemented before and during operations of the pipeline including: the pipeline right-of-way will be inspected approximately every 10 days, weather permitting, by aerial means; continuous SCADA pipeline monitoring that remotely measures changes in pressure and volume on a continual basis at all valve and pump stations, is immediately analyzed to determine potential product releases anywhere on the pipeline system; Leak Detection System - LeakWarn - a Computational Pipeline Monitoring System (CPM) to monitor the pipeline for leaks via computational algorithms performed on a continual basis; periodic above-ground Close Interval Surveys (CIS) conducted along the pipeline; and routine inspection of the cathodic protection system, internal corrosion coupons,  cleaning pigs, etc.  Additionally, validations digs can be performed to confirm the results of the ILI run.  The pipeline is constructed with pre-determined locations where internal corrosion inhibitors can be injected as necessary.*

*The key elements of an effective integrity management program that may rely upon ILI are best characterized as follows:*

- *Threat Assessment*
- *In-Line Inspection (ILI) Technology Selection*
- *Assessment of ILI Results*
- *Re-Assessment Interval*
- *ILI Tool Effectiveness*
- *Pipeline Industry Experiences.*
- *SCADA and Leak Detection*

*The key elements of an effective ILI program rely upon the use of appropriate ILI technologies for the threats identified, assessment and validation of the ILI results, and re-assessment schedules that consider all available information.  DAPL will be required to operate and implement a PHMSA required Integrity Management Plan to continually assess the pipeline based upon industry determined integrity threats.*

**Comment 1-4.**

A more complete and detailed analysis may determine that the current federal easement crossings and pipeline route entering/leaving these federal easements are inappropriate because of potential impacts from off easement locations that could have a much greater impact on the sensitive waterways. For example, since no pipeline can be designed to withstand massive landslide forces, if such a threat exists, the pipeline should be routed out of the landslide threat area.

*Response 1-4.*

USACE_ESMT000939

*Suggesting to reroute the pipeline outside of landslide threat areas is not a reasonable solution since the threat of massive landslide forces is not realistic.  It fails to consider that the route was selected, in part, due to existing energy infrastructure in the area – a 1982 natural gas line and electric transmission line with which the crossing is collocated.  As indicated in the response to Item 1-2, conclusions of high risk based solely on the review of a generalized map without including site-specific topography and geotechnical boring data are misleading  The crossing location and installation method (HDD) have been designed to minimize risks associated with geologic hazards.*

*Additional text related to this comment is provided under the response to Item 1-2.*

**Comment 1-5.**
I recommend that if remote detection via SCADA is incorporated, such detection and response should be primarily directed on rupture detection. Leak detection, the smaller rate releases, may be warranted on selective segments of the pipeline, but such efforts complicate the efforts (i.e., generate excessive false alarms) to reliable remotely indicate pipeline release to control room operators. Such a release approach should also clearly identify the measurement equipment, its precision and placement, and important transient analysis (i.e., changes in pipeline operating parameters such as crude oil variations and pump start up and shutdown impacts on parameters being monitored by the release detection system) that would indicate a rupture has most likely occurred. Pressure loss is not the most likely timely indicator of pipeline rupture for the pipeline segment(s) that could impact the sensitive watersheds.

***Response 1-5.***
*As stated in Section 3.11 of the EA, remote detection via SCADA will be implemented during operation of the pipeline to provide constant remote oversight of the pipeline facilities.  The SCADA system would alert Dakota Access' OCC Operators, located in Sugarland, Texas of rapid drops in pressure, who would then activate the controls as necessary and initiate procedures for an appropriate response.  The OCC prioritizes and responds to all alarms in accordance with the control room management regulations referenced in PHMSA CFR 195.446 (e). This regulation requires that the OCC Operator have a SCADA system alarm management plan; in general, the plan must include review of the SCADA alarm operations to ensure alarms support safe pipeline operations, identify any required maintenance that may affect safety at least once every calendar month, verify correct safety-related alarm values and descriptions at least once every calendar year when associated field equipment are changed or calibrated, determine effectiveness of the alarm management plan through a yearly review, and monitor content and volume of activity at least once a calendar year to assure controllers receive adequate information.*

**Comment 1-6.**
Additional information and analysis is needed that would permit an independent verification that the rapid identification mentioned in the EA is even possible for the particular pipeline segments that could release into the unusually sensitive areas. Even if the claimed release detection parameters are true, which is highly unlikely given the lack of more detailed information in the EA, a large volume of oil would still be released before the control room were to take appropriate action. Overstatement of remote response timing in an oil spill understates the risks associated with the pipeline.

***Response 1-6.***
*We disagree with the commenter's assertion that the remote response timing in the event of an oil spill is overstated and that a large volume of oil would have to be released before the control room were to take appropriate action.  Dakota Access will be installing state-of-the-art pipeline monitoring tool whose features provide real-time transient modeling that are based on numerous factors including pipeline pressure, flow, and pipeline and ground temperature data.  They are scanned from various field instruments every 6 seconds and updates the model calculations to detect pipeline system variations every 30 seconds.   Dakota Access will be utilizing Leak Warn, which is a leading Computational Pipeline Monitoring (CPM) system software program for monitoring pipelines, to monitor the pipeline for leaks. This system will be modeled, configured and tuned specific to the Dakota Access pipeline installation facilities including elevation profiles and pipeline MOP in accordance with PHMSA requirements and API-RP-1130 guidance.*

USACE_ESMT000940

*This LeakWarn CPM system is capable of detecting leaks down to 1 percent or better of the pipeline flow rate within a time span of approximately 1 hour or less and capable of providing rupture detection within 1 to 3 minutes.*

*API-RP-1130 includes methodology for system testing.  The effectiveness of the leak detection systems may be evaluated through simulated leak tests, actual leak tests, or the analysis of confirmed releases. The simulated leak tests may be performed by electronically overriding the computers to simulate a leak condition, whereas the actual leak tests are performed by removing product from the pipe.  The results of each of these tests, and the response to actual releases, are evaluated to optimize the system capabilities, refine the product release tolerances, validate the response times, and train the control room operators.  Instrument and custody grade measurement equipment have been included as part of the pipeline design, and will provide data for the leak detection system.  This data will be used to tune the detection system during transient and steady state conditions.*

## Comment 1-7.

The lack of specific information in the EA strongly suggests deficiencies in the worst case discharge determination that could affect the unusually sensitive areas and related oil spill response planning. Information concerning the worst case discharge barrels is not verifiable because the value that could reach or impact the federal easements and unusually sensitive areas has not been provided in the public documents associated with the EA. However, the lack of certain additional information, based on my experience, indicates that worst case discharge values are most likely understated.

## Response 1-7.

*The lack of certain information does not indicate that the worst case discharge values are understated. 49 CFR Section 194.105 requires a pipeline company to determine the relative impact of a hypothetical worse-case release in each of its emergency response zones.  Dakota Access has filed spill model information on hypothetical worst case discharge volumes, intake locations, and an analysis of the flow distance and the time that it would take for the first oil from an unabated release to travel downstream and reach water intakes and this information has been used to design location-specific Geographic Response Plans. A Spill Model Discussion Report and Lake Oahe HDD Risk Analysis Report have also been submitted to the USACE as "Privileged and Confidential".*

*As indicated in the North Dakota Lake Oahe Crossing Spill Model Discussion Report, the predicted spills generated by the model actually take a very conservative approach and do not correlate with the majority of spills seen in actual releases. This is due to a number of factors such as:*

*- Most releases are not caused by full ruptures of the pipeline.*
*- Due to anti-siphoning effects, a full gravity drain-down rarely occurs*
*- The spill model assumes the pipeline is lying directly on top of the water. In reality, because of the*

*Horizontal Directionally Drilled (HDD) crossing of the waterway, the overburden over the deeply installed pipeline restricts the spill volume that could be released and restricts the affected area.*
*This position is supported by actual incident data from the "Hazardous Liquid Pipeline Risk Assessment" (California State Fire Marshal, 1993). This report indicates that actual documented spill volumes were significantly less than the maximum theoretical volumes calculated by the computer models. For example, in 50% of all documented incidents, the actual release volume was less than 0.75% of what the computer models predicted.*

*Further, in 75% of all documented incidents, the actual release volume was less than 4.6% of what the computer models predicted.  However, taking a conservative analysis approach, a hypothetical worst-case scenario was used in the spill model in accordance with PHMSA modeling requirements.*

## Comment 1-8.

Corrosion threats should be based on actual measured in the field readings verifying ILI runs and not based on assumed "conservative" corrosion rates. Corrosion rates can vary considerably and should not

USACE_ESMT000941

be based on so-called industry averages that may be low for a specific pipeline operation. Such field confirmations will verify the effectiveness of external/internal corrosion efforts mentioned in the EA.

***Response 1-8.***
It is agreed that corrosion rates will vary considerably and industry averages may not accurately reflect a particular pipeline operation.  However, pipeline-specific corrosion rates cannot be calculated until the pipeline is in service; therefore a "conservative" corrosion rate was used until actual data is collected. Corrosion management is a dynamic process that is continuously evaluated to insure that all the Dakota Access assets are optimally protected. The federal pipeline integrity management regulations for hazardous liquid pipelines (49 CFR 195.452) requires operators to perform risk assessments of their pipelines to ensure that integrity assessment methods are employed to address significant threats. This ensures that integrity assessments of the highest risk segments are scheduled with priority over lower risk segments.  Dakota Access will have pipeline integrity risk assessments completed after the pipeline is constructed and each year after as required in 49 CFR 195.  Approximated corrosion rates will be used in this risk assessment when these corrosion rates are available.  The Dakota Access pipeline is designed with internal corrosion coupons that give approximated worst case corrosion rates.  The internal corrosion coupons will be examined at least twice each calendar year, but with intervals not exceeding 7.5 months per 49 CFR 195.579.

In addition, per the pipeline integrity management regulations for hazardous liquid pipelines (49 CFR 195.452) and according to the Sunoco Integrity management plan, the Dakota Access Pipeline will be subject to a robust integrity testing which can include in-line inspection.

**Comment 1-9.**
ILI cannot identify all construction and transportation (i.e. cracking) defects that can survive a 1.25 MAOP hydrotest. Given the nature of the product anticipated to be moved on the system, the operator should provide evidence that transportation cracking threats are not introduced that might survive a hydrotest but grow with time because of pressure cycling that may be associated with the crude oil operation.

***Response 1-9.***
*In order for stress corrosion cracking (SCC) to occur, a susceptible coating type is required. As indicated in the EA in Section 3.11, Dakota Access will utilize the highest quality FBE external pipe coating. External coating will be provided in accordance with DOT CFR 195, Subpart H, Corrosion Control, ASME B31.4, and Dakota Access's construction specifications. Modern, high-performance FBE and Abrasion-Resistant Overcoat (ARO) will be utilized on both the Dakota Access Pipeline mainline pipe and on the joints.*

*The exterior of the line pipe will be coated with a 14-16 mil thick single layer of FBE.  An additional 40 mil layer of ARO will be applied over the FBE coating for bores and horizontal directional drills.  These measures will reduce the risk of potential threats.*

**Comment 1-10.**
Insufficient design detail has been provided in the EA to permit an evaluation as to the risks associated with incorrect operation and/or equipment failure on the segments that could affect the sensitive water crossings.

***Response 1-10.***
*During the design process, Dakota Access evaluated the potential for incorrect operation and/or equipment failure at the terminals, pump stations, mainline valves, and pig launcher / receivers.  The control design is established to safeguard against incorrect operation using alarms and shutdowns to operate the pipeline within the guidelines of DOT CFR 195.  Pipeline failure due to incorrect operations and equipment failure is discussed in the EA at Section 3.11.  The EA states that pipeline failure due to incorrect operations (e.g. overpressure event caused by human error) is ranked low for the section of the pipeline that crosses Lake Sakakawea and Lake Oahe. This section of the Dakota Access pipeline has a design factor nearly 2-times greater than the maximum allowable operating pressure (1440 psig) of the pipeline. In addition, the system is controlled and monitored 24 hours a day, 365 days a year by*

USACE_ESMT000942

*experienced controllers in the control center in Sugarland, Texas. The system is designed with instruments and surge relief systems to minimize the opportunity for overpressure.  Additionally, pipeline failure due to equipment failure for the section of the pipeline that crosses the Missouri River above Lake Sakakawea and Lake Oahe are categorized as low. The only equipment located in this section of the pipeline are the shut-off valves on either side of the Missouri River above Lake Sakakawea and Lake Oahe which are remotely operated. These valves are secured in perimeter fencing.*

*The "Privileged and Confidential" Lake Oahe HDD Crossing Risk Analysis Report prepared by Dynamic Risk using the guidance of ASME B31.8S provided the Army with sufficient detail regarding major categories of threats to the pipeline.  This report concluded that the combined threat/combined consequence risk score of the Lake Oahe Crossing is 1.27 of to 100, and falls into the low risk portion of the risk matrix.*

**Comment 1-11.**

Additional information is needed concerning the type of fusion bonded epoxy, or FBE, coating and whether it is of the more recent generation or type that permits CP current pass-through should the FBE disbond (separate from the pipe wall). This threat potential should be an easy issue to resolve.

***Response 1-11.***

*As indicated in the response to Item 1-9, Dakota Access will utilize the highest quality FBE external pipe coating.  The latest technology coatings allow for cathodic protection to protect the pipe steel even under failed or disbonded of coating to reduce the risk of corrosion and eliminate the potential for stress corrosion cracking.  Dakota Access pipeline is utilizing 3M Scotchkote 6233 FBE external pipe coating and SPC-2888 (field applied epoxy) as a joint coating.  These are industry accepted high performance epoxy coatings that provide excellent adhesion and resistance to cathodic disbondment.*

**Comment 1-12.**

Nondestructive testing for girth weld inspection should clearly specify 100% radiographic testing.

***Response 1-12.***

*100% of welds would be inspected via radiographic testing as stated in Section 2.3.2.3 and Section 3.2.1.2.  This commitment far exceeds the DOT CFR 195 requirements which require nondestructive testing for just 10% of girth welds made by each welder per day (CFR 195.234).*

**Comment 1-13.**

Specific information is needed to perform a complete and prudent risk analysis.  Any analysis should include the following information to provide assurances that the pipeline route/ design/ operation/ maintenance activities are complete to avoid failure, the risk analysis appropriate, and more importantly, that an oil spill response plan would likely be effective if ever needed[:]

1. The pipeline elevation profile (approximate elevation vs milepost for the pipeline segments between the nearest upstream and downstream pump stations) spanning the sensitive easements,
2. On the elevation profile, a line indicating the Maximum Operating Pressure, or MOP, 3. on the elevation profile, a hydraulic profile at the design rate case (various additional rates may be included as well for large elevation changes),
4. Location of mainline valves and their type of operation (e.g., manual, remote, automatic), as well as specific safety design if warranted,
5. General location/type of critical leak detection monitoring devices by milepost,
6. Identification by milepost range of High Consequence Areas, and
7. given the numerous pipeline failures following ILI tool runs, further requirements are warranted on the type of ILI tool to be run, its frequency, and tool limitations for the segments that could threaten and affect the federal waters.

***Response 1-13.***

*Dynamic Systems, the third party engineers who conducted the risk analysis, had the following information at hand during their preparation of the risk analysis of the Lake Oahe and Missouri River*

USACE_ESMT000943

crossings:

*1. Elevations of the Lake Oahe and Missouri River crossings including elevations of the upstream and downstream isolating valves on either side of the HDD crossings of Lake Oahe and Missouri River, along with locations and type of operation, and the time to detect and isolate a leak.*
*2. The Design Basis Memorandum including the Project MOP values at the locations of the two HDD crossings*
*3.  A hydraulic profile for the design rate case and elevations which account for elevation changes*
*4. Location of mainline valves and the type of operation (e.g., manual, remote, automatic) with all excess flow restriction design analysis (EFRD) as design safety measures*
*5. Information on Critical leak detection monitoring devices associated with the Leak Warn System consisting of pressure transmitters and ultra-sonic flow meters by milepost location,*
*6. Identification High Consequence Areas by milepost location at the locations of the two HDD crossings*
*7. The determination of protocol for the ILI tool run is made on more than just the results of the preliminary risk assessment, and therefore it is not available at this time.  The protocol for the ILI tool run is made post-construction in conjunction with the results of the as-built survey, the close interval survey, 3rd party construction risks, other identified threats,  and the preliminary risk assessment.  In accordance with the PHMSA regulations and the USACE 408 Permission Terms and Conditions, this protocol for the ILI tool run is required one year post-operation. Information on the risk analysis is provided in the HDD Crossing Risk Analysis Reports that were prepared by Dynamic Risk.  These reports summarize risk analysis results and identify actions that would reduce the calculated likelihood of failure.  The Reports were provided to the USACE and concluded that the combined threat/combined consequence risk score of the Lake Oahe Crossing is 1.27 of to 100, and falls into the low risk portion of the risk matrix.*

*A Draft Facility Response Plan (FRP) has been prepared that complies with the applicable requirements of the Oil Pollution Act of 1990 (OPA 90), and has been prepared in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP) and the Mid-Missouri Sub-Area Contingency Plan (SACP).*

*Privileged and Confidential spill model documents for the pipeline crossings at the Missouri River and Lake Oahe have been provided to USACE staff with the results of worst case risk analysis for spills at the proposed crossings.  The spill models follow PHMSA modeling guidance and include information on hypothetical worst case discharge volumes, intake locations and an analysis of the flow distance and the time that it would take for the first oil from an unabated release to travel downstream and reach water intakes.  This information has been used to design a location-specific Geographic Response Plan (GRP) for each crossing.  These documents have been provided to the USACE for review and USACE comments have been incorporated into revised versions of these documents.*

*Conditions of Easement (Lake Oahe crossing) and Consent to Modify Flowage Easements (Missouri River crossing) state that the USACE will have another opportunity for review and comment on key documents.*

## Response to Comments, October 28, 2016 Letter to USACE from Dave Archambault, Chairman, Standing Rock Sioux Tribe (Comments on Final EA)[1]

### Comment 2-1.

[T]he final EA dismisses our [SRST's] concerns about protecting these waters from oil spills, stating that direct and indirect impacts of the proposed crossing at Lake Oahe "will not affect members of the Standing Rock Sioux Tribe or the Tribal reservation." Final EA at 85

### *Response 2-1.*

*We do not agree that EA is dismissive of SRST's concerns about protecting water from oil spills. In fact, these concerns are addressed repeatedly in multiple sections of the EA including: Sections 3.2 Water Resources, 3.2.1 Surface Waters, 3.2.1.2 Surface Waters Impacts and Mitigation, 3.4 Wildlife Resources, 3.6.3 Land Use and Recreation, 3.11 Reliability and Safety. The section of the EA that the comment*

USACE_ESMT000944

*refers to is from Section 3.9 Environmental Justice. This statement is made in the context that the Proposed Action would not affect members of the SRST Tribe because the pipeline is not on tribal reservation property. The route and installation methods (i.e. HDD technology) is at a distance sufficient such that there are no direct or reasonably foreseeable indirect impacts to Tribal lands, members or protected cultural resources. As discussed in more detail in the EA, Dakota Access utilized a complex routing model to examine alignment options for the Project and an array of environmentally protective criteria were used to cite the Project. Perhaps most important for purposes of this analysis, are the citing criteria that require the avoidance of Tribal reservations and federal lands. Since the route must cross the Missouri River, it was not practicable to fully avoid federal land (see discussion in Section 2.1.3), and hence the need for Dakota Access to coordinate with the Army and the necessity for this EA. However, maintaining a minimum distance of 0.5 mile from Tribal land, consistent with other federal citing criteria, avoided tribal land as a mitigation and routing measure. The route and installation methods, is at a distance sufficient such that there are no direct or reasonably foreseeable indirect impacts to Tribal lands, members or protected cultural resources.*

**Comment 2-2.**
It [the Final EA] assumes, without foundation that placing a massive oil pipeline just upstream from the Reservation present no risk to the Tribe.  This raises the question - if the Dakota Access pipeline is so safe that it present no risk at all when situated on the Tribe's doorstep, why isn't' the pipeline safe enough to cross the River north of Bismarck, as originally proposed?  The Final EA provides no answer.

***Response 2-1.***
*The proposed pipeline crossed private land for 99.98% of the route and the crossing at Lake Oahe as contemplated by the EA as only 1,094 feet inclusive of the east and west side of the Lake crossing. Although this EA is limited to the pipeline placement on federal real property interests administered by the Corps, major route alternatives were evaluated for the pipeline route as a whole including a route that crossed Lake Oahe approximately 10 miles north of Bismarck.  After thorough and careful consideration this route was eliminated in favor of the proposed crossing location for numerous reasons.  While the alternative does avoid Corps fee owned land at Lake Oahe; therefore, would not require a Corps real estate out grant or Corps EA review, approximately 11-miles of length would be added to the pipeline route, consisting of roughly 165 additional acres of impact, multiple additional road crossings, waterbody and wetland crossings, etc.  This route alternative is in proximity to and/or crossing multiple conservation easements, habitat management areas, National Wildlife Refuges, state trust lands, waterfowl production areas, and private tribal lands.   Furthermore, this route alternative crossed other populated PHMSA high consequence areas (HCAs) that are not present on the preferred route.*

*Another issue of significant concern and comment received from the SRST is that tribal water intakes would be disproportionately affected in the highly unlikely event of a pipeline product release to Lake Oahe.  To address this concern, Dakota Access prepared and submitted a memorandum to the USACE on May 12, 2016 "DAPL – Route Comparison and Environmental Justice Considerations".  The evaluation included a comparison of the North Bismarck Crossing alternative and the water intakes downstream of the Lake Oahe. Because the details of water location intakes and estimated plume travel times to these intakes are not to be made available to the public, this document was provided "Confidential" to the USACE for the record.*

*The North Bismarck Crossing alternative contains two municipal drinking water intakes within the first 12 miles downstream of the crossing location (City of Mandan municipal intake and a City of Bismarck municipal intake).  By comparison, the Lake Oahe crossing contains only one municipal water intake within 12 miles downstream of the crossing location. It belongs to the South Central Regional Water District (SCRWD). The first known SRST intake for public consumption is the Fort Yates intake located over 25 miles downstream of the Lake Oahe crossing.  Therefore, the disproportionate impacts in the event of a spill are clearly worse along the North Bismarck Crossing alternative (Note: the City of Mandan intake is about 4 miles closer to a crossing evaluated than the SCRWD).*

*The City of Mandan intake services 19,381 people and the City of Bismarck intake services 65,123 people.  The total population served by the intake located at the SCRWD includes 3,491 people in*

USACE_ESMT000945

*Emmons County, North Dakota. The SRST Fort Yates intake services 229 people in Fort Yates and potentially up to 4,317 in Sioux County, North Dakota. Even if it was assumed that all of the intakes were given equal consideration regardless of distance from the proposed crossing, the disproportionate impacts in the event of a spill are clearly worse along the North Bismarck Crossing alternative for the number of people served by the municipal intakes.*

*Lastly, in the memorandum it is estimated that in the unlikely event that there is a spill at the Lake Oahe crossing, and in the response team does not contain the spill within the PHMSA required 6 hours, it is extremely unlikely that the plume would go unabated for over six times the PHMSA required response time in order to reach the minority community intake at Fort Yates. Furthermore, the tribal water intake is being moved 47.5 miles further south from its current location.*

**Comment 2-3.**
[T]he Final EA does not adequately address pipeline safety and the risk that the pipeline poses to the waters of Lake Oahe and the Tribe.

***Response 2-3.***
*Pipeline safety and the risk posed to Lake Oahe is discussed in multiple sections of the EA. After agency and public comment periods, the EA was expanded to further clarify Dakota Access' commitment to pipeline safety and reliability in regards to effects to Lake Oahe and the SRST. The project does not cross the reservation and no impacts to the reservation are anticipated. As the pipeline will be installed no less than 90 feet below the mud line under the river, the installation and operation of the pipeline will not have direct impacts to the waterway and there are no anticipated impacts to water rights. Water impacts were addressed in the EA, Section 3.2 Water Resources. Additionally, the Dakota Access has filed "Security Sensitive Information" protected from public disclosure (and therefore not included within the EA) that evaluates the risk of an oil spill into Lake Oahe. "Privileged and Confidential" Spill model documents for the pipeline crossings for both the Missouri River and Lake Oahe locations provide USACE staff with the results of worst case risk analysis for spills at both of these crossings. The spill models follow PHMSA modeling and include information on hypothetical worst case discharge volumes, intake locations and an analysis of the flow distance and the time that it would take for the first oil from an unabated release to travel downstream and reach water intakes. This information has been used to design location-specific Geographic Response Plans for the appropriate staff to utilize during training exercises, also filed as "Privileged and Confidential".*

**Comment 2-4.**
Mr. Kuprewicz's findings reflect the common sense point that was somehow lost in the Final EA - pipelines leak, and that when they do so there are often devastating consequences, particularly when the leak contaminates water. The public record is filled with examples which further substantiate this point.

***Response 2-4.***
*As detailed in many sections of the EA and supplemental documents provided to the USACE as Privileged and Confidential, the project has been designed and will be operated in a manner to mitigate risks of a pipeline leak. Due to the design and many mitigation measures described in the EA and supplemental documents the risk due to a pipeline leak has been determined to be low. Although a pipeline leak could affect water, the transportation of crude oil via pipelines is the safest, most economical, and most ecologically sound way to transport large volumes of crude oil. Alternate methods of crude oil transportation such as rail or truck would pose significant risks to water resources that also must be taken into consideration when evaluating environmental consequences. It should be noted that the crude is already being transported across the Missouri River in Bismarck with a 4 to 5 x's greater chance of spilling and therefore the pipeline provides a safer, more efficient means of transporting the oil to reduce the chances of a spill into the Missouri River and Lake Oahe. Based upon the location of the new water intake structure for the Standing Rock Reservation published by the Bureau of Reclamation, the new water intake will be located 1.6 mile from an existing rail road that according to public data on the rail road utilization and commodities being transported, approximated 300,000 bbls of oil are transported daily across this rail line.*

USACE_ESMT000946

**Comment 2-5.**

The monitoring systems used for oil pipelines do not prevent leaks and are all too often ineffective in detecting leaks in a timely manner.  Despite continued promises by pipeline proponents of their efficacy, these systems have repeatedly failed in other pipelines, including catastrophic pipeline oil spills like the ones in the Kalamazoo and Yellowstone Rivers.  Simply put, there is no technology in existence today that can prevent spills or even quickly notify operators of an incident: technology that is repeatedly portrayed as "state of the art" is, in truth, dated and ineffective. A 2012 Inside ClimateNews evaluation of PHMSA data showed that only 5% of pipeline spills between 2002 and 2012 were detected via remote sensors.

**Response 2-5.**

*Dakota Access has committed to maintain and inspect the pipeline in accordance with PHMSA's established regulatory requirements for the operation, maintenance, monitoring and inspection of liquid pipelines.  There is no single technology in existence today that can prevent spills.  However, by employing multiple technologies (ILI tools through Cathodic Protection) and operating practices (Integrity Management Plans) pipelines remain a safe and environmentally sound method for transportation of large volumes of crude.  Many of the technologies are described in the response to the Items above provided by AccuFacts, Inc.*

*In addition to the "state of the art" leak detection system discussed in EA, Section 3.11 Reliability and Safety, the pipeline would be monitored via aerial patrol every 10 days, weather permitting, but at least every three weeks and not less than 26 times per year.  The DAPL would be constructed, maintained, and inspected using all available methods and technology per the governmental requirements and standards.  Additionally, Dakota Access has already agreed to adhere to all terms and conditions imposed by the USACE should the easement across federal lands at Lake Oahe be authorized.*

**Comment 2-6.**

In addition to the direct and irreparable damage that result from an oil spill itself, response to an oil spill may well require further dredging and attendant environmental impacts.  As illustrated by the March 2016 oils spill that occurred in the Keystone pipeline in South Dakota, the company could not determine the location of the leak until after it dug up 275 feet of pipeline.  The need for additional dredging to detect and then correct a leak further underscores that oil pipelines are not appropriately covered by nationwide permits because the potential risks and impacts of spill and response vary by location and local conditions.  Accordingly, they warrant review and evaluation pursuant to individual permits.

**Response 2-6.**

*The actions and events regarding a spill that occurred on the Keystone Pipeline are not relevant to the Proposed Action.  The commenter's argument that oil pipelines are not appropriately covered by nationwide permits is also not relevant to this EA or the Corps' decisions which is whether to grant an easement on federal lands at Lake Oahe.  Nationwide Permit 12 authorization under Section 404 of the Clean Water Act was verified by the USACE on July 25, 2016.*

USACE_ESMT000947

AUBELE
EXHIBIT 4



# AUBELE
# EXHIBIT 5