# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE; YANKTON
SIOUX TRIBE; ROBERT FLYING HAWK;
OGLALA SIOUX TRIBE,

          Plaintiffs,

   and

CHEYENNE RIVER SIOUX TRIBE; SARA
JUMPING EAGLE, ET AL.,

          Plaintiff-Intervenors,

     v.

U.S. ARMY CORPS OF ENGINEERS,

          Defendant-Cross Defendant,

   and

DAKOTA ACCESS, LLC,

          Defendant-Intervenor-Cross
          Claimant.

Case No. 1:16-cv-1534-JEB
(and Consolidated Case Nos. 16-cv-
1796 and 17-cv-267)

---

### DECLARATION OF GLENN EMERY IN SUPPORT OF
### DAKOTA ACCESS, LLC'S BRIEF ON THE QUESTION OF REMEDY

---

1.  My name is Glenn Emery.  I am the Vice President, Commercial Operations, of Energy Transfer LP, one of the indirect equity owners of Dakota Access, LLC ("Dakota Access").  My business address is 800 E. Sonterra Blvd., San Antonio, Texas.

2.  In my current role at Energy Transfer, I am responsible for the day-to-day commercial transportation services as well as the business development activities on the Dakota Access pipeline ("DAPL") and the Energy Transfer Crude Oil pipeline ("ETCOP").  I am also the main point of contact with our customers that transport product on DAPL and ETCOP.  I have worked at Energy Transfer for over eight years.  Prior to that, I worked for Williams, Magellan Midstream

Partners, and NuStar Energy in various senior management roles.  I have over 34 years of experience in the domestic and international pipeline and terminal industries.  My responsibilities have included business and commercial development, field operations management, products movement scheduling, pipeline hydraulics and mainline power optimization, SCADA control center supervision, safety and environmental, project implementation, and profit and loss responsibility for business units.  I hold a degree in Chemical Engineering from Colorado School of Mines.

3.  This declaration describes my professional assessment of the disruptive economic effects on states; regional economies; Native American tribes, including Plaintiffs; other third parties; and Dakota Access, Energy Transfer Crude Oil Company, LLC ("ETCO," the owner of ETCOP) if DAPL is shut down, as well as the lack of economic alternatives to DAPL for the shipper community if DAPL is taken out of service.

4.  Based on my experience and familiarity with operations at Dakota Access and Energy Transfer, taking DAPL out of service would have significant disruptive economic impacts not only to Dakota Access, but also to numerous third parties, including producers, refiners, oil field services companies, midstream companies, employees of these third parties, and royalty owners including Native American tribes.  This is because DAPL provides the largest and most efficient outlet for crude oil being produced in the Bakken region.  DAPL transports approximately 40 percent of Bakken crude, and roughly 4.5 percent of all U.S. crude production.

5.  If DAPL were shut down, North Dakota producers would have to look for alternative transportation options, all of which are more expensive, have insufficient capacity in the aggregate, and often do not go directly to the key hubs or markets that producers use.  The associated costs— shipping the same volume by rail would cost at least $1 billion more annually—would create a

climate unfavorable to existing and new production.  Given the already depressed Bakken crude price and struggling demand due to the current pandemic, the short-term distress to producers in the Bakken region would be even greater.  Shutting down DAPL would also cause long-term disruption, because when crude oil demand returns to previous levels, this reliable, low-cost means to transport oil to key hubs will be needed to incentivize oil production.  Without DAPL, producers would shut-in wells, lay off employees, and cancel third-party vendor service contracts. Landowners and royalty owners, including Native American tribes, would receive greatly reduced royalty payments—payments that DAPL has made possible through more economic production— and downstream refiners would lose a critical, economic source of crude oil.  Increased crude costs to downstream refiners would in turn cause economic harm to the businesses and individual end users that rely on the consistent and low-cost supply of refined petroleum products.  States would also lose many streams of tax revenue from DAPL and those related businesses if DAPL shut down.  These effects would be particularly hard felt in North Dakota, where tax revenue from DAPL and the oil and gas industry accounts for more than 50 percent of tax revenue collections. As described further in the declarations of Jeff Makholm, Laura Olive, and Elaine Kub, the economic effects of shutting down DAPL would be far reaching and would have significant impacts across many different sectors of the regional and national economies.

**Direct Economic Effects**

6.  Dakota Access and its equity owners would suffer significant and sustained economic losses if DAPL is shut down during the remand period.  Dakota Access expects steep losses if it is required to shut down, despite the current economic downturn and temporarily reduced crude oil demand due to the COVID-19 pandemic and other global forces.  First, even in the face of the current temporary market downturn and resulting decreased national and global crude oil demand,

DAPL volumes have remained strong and DAPL continues to transport approximately 40 percent of Bakken production in North Dakota.[1]  Second, while it is uncertain how long and to what degree these forces would negatively affect the economy and crude oil demand, forecasts show that DAPL will see a steady and prolonged increase in volumes as the country enters into a recovery from the current pandemic.  Multiple factors support this forecast, including historic data trends, DAPL's contracts with suppliers, and still-strong market preference for DAPL transportation services compared to more costly options, as evidenced by continued ongoing market share of volumes nominated to DAPL during this period by those seeking to transport oil.  DAPL's consistent performance of flowing at or near maximum capacity, coupled with the concomitant decrease in alternative modes of transportation when DAPL came online and ramped up, show that DAPL is the preferred transportation option out of the Bakken region.

7.  DAPL has been in service since June 2017.  DAPL originates near Stanley, North Dakota, and terminates at the major oil hub near Patoka, Illinois (the "Patoka Hub").  It then connects to ETCOP, which originates at the Patoka Hub and terminates at two crude oil distribution terminals near Nederland, Texas.  DAPL and ETCOP together form a contiguous pipeline system connecting the Bakken crude oil production areas in North Dakota with the Gulf Coast refinery region.

8.  As shown in Figure 1 below, DAPL has been consistently at its maximum allowable throughput of 570,000 barrels per day ("bpd") for the 19 months between September 2018 and March 2020, with the pipeline being "oversubscribed" during nearly all of those months, meaning shippers (both contracted and walk-up or spot shippers) have requested transportation service on

---

[1]  I calculate this by dividing DAPL's throughput of 570,000 bpd by the total Bakken production in March 2020 of 1,418,528.73 bpd.  *See Drilling Productivity Report*, U.S. Energy Info. Admin. (release date Apr. 13, 2020), https://www.eia.gov/petroleum/drilling/#tabs-summary-2 (see "Report data.xlsx" for complete historical data and "Bakken Region" tab:  reporting 1,418,528.73 bpd of crude oil produced in the Bakken region in March 2020).

DAPL for a volume of crude oil in excess of its current throughput capacity of 570,000 bpd.  This is apparent in Figure 1 from the blue bars (representing nominations) that go above the red-dotted line representing DAPL's 570,000 bpd maximum capacity.  In fact, Figure 1 shows that there have been times in the last 18 months when capacity equating to the entire production in the Williston Basin (of which the Bakken formation is a part) has attempted to get onto DAPL.  Even with current economic conditions, DAPL's nominations have remained strong and, as of April 28, 2020, all transportation contracts for committed shippers remain in effect.

**Figure 1**

DAPL Nominations and Shipments



<span style="color:cyan">■</span> Original  Nominations    <span style="color:green">■</span> Shipments    <span style="color:olive">—</span> Williston Basin Production    <span style="color:red">- - -</span> DAPL Capacity

9.   If DAPL is shut down, Dakota Access and ETCO will lose 100 percent of their expected revenue because DAPL and ETCOP are the only material assets owned by Dakota Access and ETCO, respectively, and ETCOP gets all of its supply from DAPL.  Forecasted revenue for Dakota Access and ETCO for calendar year 2020 (including the effects of COVID-19 and geopolitical events) currently ranges from approximately $1.078 to $1.220 billion, and their forecasted revenue for calendar year 2021 ranges from approximately $1.035 billion to $1.298 billion.  Roughly 75

percent of the forecasted revenue is attributable to DAPL, with the remainder attributable to ETCOP. Dakota Access and ETCO also forecast incremental revenue increases for DAPL/ETCO for calendar years 2022 and 2023, based on indexing of rates payable on DAPL and ETCOP as well as increased contractual commitments. The low ends of these forecasts assume revenue from committed shippers only and no walk-up shippers, while the high ends assume nominations for the pipelines' full capacity. These forecasts are detailed in Figure 2 below.

**Figure 2**
**Dakota Access-ETCOP Revenue Projections CY 2020-2023**

| Revenue | 2020 | July - Dec 20 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Low | $ 1,077,524,305 | $ 516,433,327 | $ 1,034,775,212 | $ 1,050,311,606 | $ 1,067,238,346 |
| High | $ 1,219,880,698 | $ 643,170,494 | $ 1,288,717,922 | $ 1,314,140,264 | $ 1,340,140,682 |

10. Based on the foregoing, during the second half of calendar year 2020, Dakota Access and ETCO would lose between $2.8 million and $3.5 million in unrecoverable revenue *every day* that DAPL and ETCOP are shut down, amounting to between $516.43 million and $643.17 million for the second half of calendar year 2020. These losses would increase to between $1 billion and $1.4 billion during each of calendar years 2021, 2022, and 2023. Dakota Access alone will incur 75 percent of these losses.

11. In addition to the billions of dollars in lost revenue, Dakota Access and ETCO would have liabilities including continuing maintenance, safety, and preservation, and costs to shut down the pipelines. These liabilities would amount to approximately $67.5 million per year. Stamm Dec. ¶ 44. Further, as explained by Todd Stamm, Vice President of Crude and Liquid Pipeline Operations for Energy Transfer, in his declaration, to safely preserve DAPL and ETCOP while not in operation, the pipelines would need to be entirely purged and filled with an inert gas such as nitrogen. The estimated cost for this procedure is $25 million based on more than 1,900 miles of pipeline and a timeframe of up to 90 days. *Id.* ¶ 46.

12. These collective losses and costs would cause severe harm to Dakota Access and ETCO. They would need to reduce or eliminate the use of services under various support and services contracts with third parties such as utilities and maintenance contractors.  It is difficult to forecast these longer-term effects, because it is unprecedented for long-running and operationally sound pipelines like DAPL and ETCOP to be taken offline for reasons unrelated to economics or pipeline damage, and many factors are at play.  As noted below, it is clear, however, that because many of these support services are provided in small, rural communities, the impact of this lost income to those communities would be substantial.

13. In the event of a shutdown, each of the owners of Dakota Access and ETCO will bear their proportionate share of the economic losses described above.  Approximate ownership of the DAPL-ETCOP system is as follows:  Energy Transfer owns 36.3681 percent, Enbridge Inc. owns 27.5625 percent, PSXP owns 25 percent, MPLX owns 9.1875 percent, and Exxon-Mobil owns 1.8819 percent.[2]

**Economic Effect To Third Parties**

14. In the three years since DAPL went into service, the pipeline has become integral to local, state, and regional economies to such a degree that a significant number of third parties depend on its continued operation.  The most immediate effects would be felt by upstream and downstream entities that rely on the pipeline for cost-effective transportation or supply.  Many of these entities have made significant investments that depend on DAPL being in service uninterrupted for decades to come.  For instance, I have learned through my conversations with producers that shutting down DAPL would cause a significant number of the crude oil wells in North Dakota to

---

[2] *Business Overviews: Crude Oil*, Energy Transfer, https://www.energytransfer.com/crude-oil/ (last visited Apr. 15, 2020).

be shut-in because alternative transportation options, to the extent even available, are so much more expensive than pipeline transport that they would be uneconomic for many producers. This would add to the number of wells that are already being shut in as a result of the current pandemic and economic downturn. Taking DAPL offline would also have a chilling effect on producers' plans to drill additional wells in the future. Shutting in existing wells and curtailing future production expansion would have a massive, disruptive economic impact on third-party upstream entities, such as producers, oil field services companies, trucking companies, other support industries and their employees, as well as states and royalty owners, including Native American tribes. Shutting down DAPL would also cause adverse economic impacts for downstream entities, such as refineries and terminal companies and their employees. The likelihood of these impacts has been confirmed through conversations with our partners, industry representatives, and state officials.

15. DAPL has been critical to marketing Bakken oil production because of its large capacity, its reliable and safe service, and an important unique attribute: It is the *only* pipeline that provides direct transportation service from the Bakken region to the major oil hub in Patoka, Illinois. In addition, through ETCOP, DAPL provides the most direct route from the Bakken region to the major U.S. refining centers along the U.S. Gulf Coast. The Gulf Coast areas that DAPL and ETCOP jointly serve have an aggregate refinery capacity of some 8.5 million bpd, *see* **Exhibit 1**, comprising 90 percent of the total Gulf Coast refining capacity of more than 9.3 million bpd, *id.* which in turn constitutes approximately 50 percent of total U.S. refining capacity.[3] Additionally,

---

[3] I calculate this by dividing Gulf Coast refining capacity in 2019 (9,312,000 bpd) by total U.S. refining capacity of 18,974,000 bpd as of April 17, 2020. *See Weekly Inputs & Utilization*, U.S. Energy Info. Admin. (release date Apr. 22, 2020), https://www.eia.gov/dnav/pet/pet_pnp _wiup_dcu_nus_w.htm (reporting refining U.S. capacity as of April 17, 2020).

crude oil transported by DAPL from the Bakken region to Patoka can be transferred to other pipelines at Patoka for shipment to Midwestern refineries.  Since DAPL came online in 2017, refinery capacity in Petroleum Administration for Defense District 2 (known as "PADD 2," which is generally the Midwest region) has grown from about 3.9 million bpd to about 4.14 million bpd.[4] The Midwest and Gulf Coast refineries accessed by DAPL and ETCOP produce petroleum products like gasoline, heating oil, and the pre-cursor petrochemicals used in the medical and consumer product industries throughout the United States.

16. The Bakken region accounts for roughly 12 percent of national oil production,[5] and North Dakota is second only to Texas as the biggest oil producing state in the nation.[6]  DAPL accounts for roughly 40 percent of Bakken transport today, the majority of which is under long-term contract, as shown in Figure 3 below.  Because DAPL is the most economic crude oil transportation option for many North Dakota producers, if it is shut down, current Bakken crude oil production will have its value depressed even further due to the inability to find alternative economic transportation options.  If the oil cannot be transported economically, then it will have little value.

---

[4]  *Number and Capacity of Petroleum Refineries*, U.S. Energy Info. Admin. (June 21, 2019), https://www.eia.gov/dnav/pet/PET_PNP_CAP1_DCU_R20_A.htm.

[5]  *See Drilling Productivity Report*, U.S. Energy Info. Admin. (Apr. 13, 2020) https://www.eia.gov/petroleum/drilling/#tabs-summary-2 (reporting 1,482,224 bpd of crude oil produced in the Bakken region in December 2019); *U.S. Field Production of Crude Oil*, U.S. Energy Info. Admin. (Mar. 31, 2020), https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=MCRFPUS2&f=M (reporting 12,804,000 bpd total U.S. crude oil production in December 2019).

[6]  *North Dakota: State Profile and Energy Estimates*, U.S. Energy Info. Admin. (last updated Mar. 21, 2019), https://www.eia.gov/state/analysis.php?sid=ND.

**Figure 3**

DAPL % of Williston Basin Oil Production



*Sources:* DAPL actual shipments and production data for the Williston Basin (North Dakota, Eastern Montana, and Northern South Dakota) provided by the North Dakota Pipeline Authority. Does not include Canadian volumes.

17. DAPL currently has long-term contracted capacity from shippers for ███ bpd, which means it is fully contracted based on contract terms and the Federal Energy Regulatory Commission guideline that pipelines reserve at least ███ of capacity, or ███ bpd, for walk-up shippers. *See, e.g.*, *CenterPoint Energy Bakken Crude Services, LLC*, 144 FERC ¶ 61,130, at P 24 (2013) ("a reservation of at least 10 percent of the pipeline's capacity for uncommitted shippers is sufficient to provide reasonable access to the pipeline"). When DAPL went into commercial operations in June 2017, the pipeline had ███ bpd covered under long-term contracts. This volume increased in 2018 to the current contracted capacity due to customer contracts becoming effective and customers signing up for incremental capacity during supplemental open seasons that were held in 2018. As shown in Figure 1, above, from September 2018 until March 2020, DAPL has consistently transported at or near 570,000 bpd, which is its total allowable capacity. During that period, DAPL has often received nominations from interested shippers that were well in excess of 570,000 bpd. While Dakota Access forsees a temporary

reduction in demand for transportation due to the current COVID-19 pandemic, demand is fully expected to steadily increase as the economy recovers.

***Effects To Upstream Entities***

18. Shutting down DAPL would have a swift and significant impact on upstream producers and related entities. As discussed above, closing the pipeline would largely result in the shut-in of wells and production rather than shifting production to alternative, less economic, transportation options. I have already received feedback from producers that putting crude oil volume onto trucks is not a feasible long-term solution for transporting crude oil. While some short-haul movements may be possible with trucks, long-haul movements would be far too expensive to be viable. In addition, I have received feedback from producers that because rail is not feasible as a long term solution either, producers will most likely shut in wells if DAPL is shut down. Alternative transportation, to the extent available, is either too expensive (resulting in negative return to producers and making it more economic for those producers to simply cease production) or does not transport the crude oil to the right markets. Furthermore, these alternatives present an increased safety and environmental risk that many producers are not willing to take.

19. For example, Enerplus Corporation, an oil and gas exploration company and Dakota Access customer, produces about half of its oil in the Bakken region and relies on DAPL to reach refiners in Texas. Enerplus has invested over $1 billion in crude oil production in North Dakota since 2017, and makes royalty payments to landowners (including members of the Three Affiliated Tribes, discussed below), which equaled nearly $200 million in 2019 alone. Enerplus made these investments with the understanding that DAPL would be in service for years to come. Through Enerplus's declaration, I have learned that its continued investment and production may be at risk

11

if it has to switch to more expensive, less reliable transportation alternatives, to the extent alternatives are even available.  Enerplus will lose production revenue if DAPL shuts down.

20. There is significant cost to producers shutting in.  In addition to the cost to shut in a well, a well owner will have to account for ongoing maintenance and security costs, fixed costs for the property and equipment, and the equipment and labor costs required to bring production back online at a particular well, if even practicable.  The North Dakota Industrial Commission recently advised its members that "[o]n average, costs to get a shut-in Bakken well back to production range from $50,000 to $100,000, and up to $400,000 in some circumstances."[7]

21. Shutting in oil wells, and the lack of new wells being drilled, will also negatively impact third-party service vendors, such as maintenance contractors, utility companies, trucking companies and other oil field service companies, and workers who will lose their jobs.  These job losses will be in addition to the losses that the industry is already suffering as a result of the current pandemic and market conditions.  Because many of these support services are provided in small, rural communities, the impact of this lost income to those communities would be substantial.  In addition, shutting in wells will have a significant impact on landowners and royalty owners, including Native American tribes, because lower production will lead to lower royalty payments to them.  In certain circumstances, the royalty payments made to these landowners/royalty owners could be eliminated permanently if a well is ultimately abandoned or lease rights are forfeited by

---

[7] NDIC Special Meeting Update, N.D. Indus. Comm'n (Apr. 21, 2020) (e-mail on file with author); *see also* James MacPherson, *North Dakota Searches for Oil Production Salve amid Outbreak*, Bismarck Tribune (Apr. 21, 2020), https://bismarcktribune.com/bakken/north-dakota-searches-for-oil-production-salve-amid-outbreak/article_aeac5cc5-d943-5991-a629-95b5df55ab35.html (reporting that North Dakota Department of Mineral Resources Director Lynn Helms estimated at an April 21, 2020 Commission meeting that "it could cost $50,000 or more to bring a single well back online and producing").

a producer due to a prolonged shut-in.  Because there are nearly 19,000 oil wells in North Dakota alone,[8] the economic impacts could be vast.

22. Aside from these impacts, crude oil gathering networks in North Dakota have been constructed or modified to bring barrels from the field to the origin points on DAPL.  DAPL currently has 20 active connections to third-party carriers.  *See* **Exhibit 2** (DAPL third-party gathering map).  If DAPL were shut down, these connecting carriers would see a significant reduction in revenue causing irreparable harm to their businesses.

***Effects To Downstream Entities***

23. Shutting down DAPL would also have significant economic impacts on a variety of third-party downstream entities, including refiners of crude oil; employees at those refineries and related facilities; and end users who depend on plentiful and economic fuel and industrial, medical, and consumer goods.

24. Supply from DAPL and ETCOP flows to multiple other pipelines and refiners.  Each of these entities will suffer significant economic impacts if DAPL must stop operating.  The pipeline companies will suffer economically because DAPL provides a key supply of crude oil which flows through those pipelines.  Refineries in the Midwest will suffer economically if DAPL is shut down, because DAPL provides a significant percentage of the crude oil that flows to the Patoka Hub, which is connected to the majority of the major refineries in the Midwest.[9]  There is no rail service into the Patoka Hub.[10]  Disrupting the supply of Bakken crude oil to these refineries could cause

---

[8]  *February 2020 Oil and Gas Production Report*, N.D. State Indus. Comm'n 1 (Apr. 13, 2020), https://www.dmr.nd.gov/oilgas/mpr/2020_02.pdf.

[9]  *See* Derek Taylor, *Patoka Terminal & Midwest Overview*, Plains All Am. Pipeline, L.P.  6-7, 9 (June 8, 2017) https://www.coqa-inc.org/docs/default-source/st.-louis-2017/060817-taylor-patoka-terminal.pdf?sfvrsn=ac9344bb_2.

[10]  *Id.* at 4.

these refineries to incur increased supply costs, which are in turn passed on to the ultimate end user of the refiner's products.  Disrupting DAPL's supply of Bakken crude oil to these refineries could also lead to increased dependence on Canadian crude oil.  For refineries that have rail access (and that are willing to pass the increased cost of rail to consumers), the increased rail traffic from using railroads to transport that supply from the Bakken region and/or Canada will cause adverse environmental and safety effects, as explained in Michael Aubele's declaration.  These railroads travel through both rural and high-density urban areas such as Chicago, Illinois.

25. Further, refineries have a significant amount of capital tied up in long-term supply contracts, and they make plans in reliance on those contracts such as expanding their refining operations or committing to provide goods further downstream.  For instance, refineries in the Midwest and Gulf Coast that DAPL and ETCOP indirectly serve have been increasing their capacity to handle the increased domestic supply of light crude oil, like that produced in the Bakken region, and the demand for refined petroleum products.[11]  Figure 4 below clearly shows that since DAPL came online in mid-2017, crude oil inputs to Midwest and Gulf Coast refineries have become progressively lighter, as reflected by higher API gravity.

---

[11]  *See Midwest and Rocky Mountain Transportation Fuels Market*, U.S. Energy Info. Admin. 1 (Mar. 2017), https://www.eia.gov/analysis/transportationfuels/padd2n4/pdf /transportation_fuels.pdf ("The development of Canadian oil sands crude and the emergence of light, tight crude oil in the United States have provided refiners in the Midwest and Rocky Mountain regions with access to abundant, cost-advantaged crude supply, providing opportunities to optimize crude slates and expand refinery capacity and utilization."); Jarrett Renshaw, *U.S. Midwest Oil Refiners Boost Output, Cut Region's Dependence on Gulf Coast*, Reuters (Oct. 23, 2017), https://www.reuters.com/article/us-usa-refiners-midwest/u-s-midwest-oil-refiners-boost-output-cut-regions-dependence-on-gulf-coast-idUSKBN1CS0AN (reporting "crude coming from Canada and North Dakota has pushed U.S. Midwest refining activity to record levels" and expecting this to increase with the addition of DAPL).

**Figure 4**



*Sources*: "Series history" spreadsheets at the following links: *Crude Oil Input Qualities*, U.S. Energy Info. Admin. (release date Mar. 31, 2020), https://www.eia.gov/dnav/pet/pet_pnp_crq_dcu_r2a_m.htm (Illinois, Indiana, and Kentucky); *Crude Oil Input Qualities*, U.S. Energy Info. Admin. (release date Mar. 31, 2020), https://www.eia.gov/dnav/pet/pet_pnp_crq_dcu_r3c_m.htm (Louisiana Gulf Coast); *Crude Oil Input Qualities*, U.S. Energy Info. Admin. (release date Mar. 31, 2020), https://www.eia.gov/dnav/pet/pet_pnp_crq_dcu_r3b_m.htm (Texas Gulf Coast).

26.  The inability to get crude oil from a secure source—which is primarily the DAPL-ETCOP system for Midwest refineries—may adversely impact refinery economics and lead to reduced employment at such refineries.  This could be significant in Illinois, for example, where over 20,000 workers were employed in the petroleum and fossil fuel sector in 2019.[12]

27. For example, Marathon Petroleum Corporation, which operates the largest refining system in the United States, relies on DAPL to transport crude oil from the Bakken region to its Midwest refineries and also purchases Bakken crude oil delivered to the Patoka Hub via DAPL.  Marathon explains in its declaration that it has made strategic investments across its broader operations based on the long-term availability of pipelines such as DAPL, and if DAPL goes offline, then the company may have to pay higher costs for alternative sources of the light, sweet crude that its

---

[12]  Nat'l Ass'n of State Energy Officials & Energy Futures Initiative, Energy Employment by State – 2019, at 95-97, https://static1.squarespace.com/static/5a98cf80ec4eb7c5cd928c61/t/5c7f375515fcc0964aa19491/1551841115357/USEER+Energy+Employment+by+State.pdf.

refineries require.   Marathon also explains that this type of supply disruption would be unprecedented and have widespread impacts to refineries in the Midwest.

***Economic Effects On States And The Regional Economy***

28. Shutting down DAPL would also have direct and indirect effects on the economies of several states and the Midwest region as a whole.  DAPL provides significant direct economic benefits to various states, including North Dakota, South Dakota, Iowa, Illinois, and Texas, in the form of tax revenue and jobs.  These states, and their local communities, will lose such economic benefits if DAPL is shut down.  For example, approximately $1 billion in tax revenue from the oil and gas industry that North Dakota collected in 2019 alone was attributed to the operation of DAPL. In addition, North Dakota has received more than $300 million in incremental tax revenue from producers and other upstream entities over DAPL's three-year operational period as a result of DAPL's more economic transportation costs, resulting in higher taxable revenue to producers and upstream entities.[13]  Revenue from the oil and gas industry in North Dakota constitutes, directly and indirectly, more than 50 percent of the taxes collected by the State of North Dakota.  If DAPL were to shut down, North Dakota's economy would be severely impacted.

29. DAPL and ETCOP directly benefit all of the states they traverse through property taxes; however, a significant amount of tax will not be incurred if DAPL is shut down.  For example, if DAPL is shut down, Dakota Access and ETCO project that in 2021/2022 their property taxes will be reduced by approximately $45 million in the states they pass through, including approximately

---

[13]   In the first two years of DAPL's operations, the State of North Dakota collected approximately $250 million in additional tax revenues that it attributes to DAPL.  *See* Dustin Moore, *11/7/19 - DAPL 2.0 Pipeline - Ryan Rauschenberger, ND Tax Commissioner*, AM 1100 The Flag (Nov. 7, 2019), https://www.am1100theflag.com/news/12220-11719-dapl-20-pipeline-ryan-rauschenberger-nd-tax-commissioner.  My understanding from conversation from state officials and others confirms that the figure is now over $300 million.

$22.5 million to Iowa, $7 million to North Dakota, $4.5 million to South Dakota, $5 million to Louisiana, $3.5 million to Mississippi, $1 million to Tennessee, $500,000 to Kentucky, and smaller amounts in Illinois, Arkansas, and Texas.  If the shutdown continues, the total property tax reduction for these pipelines is projected to increase in 2022/2023 and 2023/2024 to approximately $65 million, including approximately $32.5 million to Iowa, $10 million to North Dakota, $6.5 million to South Dakota, $7.5 million to Louisiana, $5.25 million to Mississippi, $1.25 million to Tennessee, $800,000 to Kentucky, and smaller amounts in Illinois, Arkansas, and Texas.  These estimates were prepared by a property tax consultant working for Dakota Access and ETCO.

30. In addition, all of the states that DAPL and ETCOP cross benefit from reduced prices for refined products due to the DAPL-ETCOP system's reliable and economical transportation of Bakken crude oil to refineries in the Gulf Coast, as well as a modest number of jobs and service contracts related to operation of the pipeline and the operation of refining and other ancillary services in the destination states.

***Economic Effects On Native American Tribes In The Region***

31. DAPL's operation results in significant, direct economic benefits to several Native American tribes in North Dakota.  If the pipeline stopped operating, these tribes would likely suffer a corresponding direct economic loss.

32. For example, the Three Affiliated Tribes—the Mandan, Hidatsa and Arikara Nation—have received significant economic benefits in the form of tax revenue, royalties, and jobs from the exploration and development of oil production on their land,[14] which has been facilitated by

---

[14] *See* Amy Sisk, *While One Tribe Fights Oil, Another Cautiously Embraces It*, Inside Energy (Nov. 22, 2016), http://insideenergy.org/2016/11/22/while-one-tribe-fights-oil-another-cautiously-embraces-it/.

DAPL's reliable and economic takeaway capacity.  About 20 percent of North Dakota's oil production takes place on The Three Affiliated Tribes' land.[15]  As of July 2019 there were 14 active drilling rigs on the Three Affiliated Tribes' land and more than 2,000 wells producing more than 315,155 bpd.[16]  A single drilling rig can provide about $8 million per year in tax revenue to the Three Affiliated Tribes.[17]  Thus, shutting down each rig and well represents significant lost revenue to these tribes.  Moreover, the Three Affiliated Tribes recently negotiated a more favorable revenue sharing arrangement with the State, valued at an additional $33 million to the Three Affiliated Tribes over the next two years.[18]  For the reasons discussed below, it is unlikely that more than a small fraction of oil produced on the Three Affiliated Tribes' land would be shipped through alternate means and, given the more expensive nature of those alternatives, much of the production that *could* otherwise be transported may be uneconomic.  Thus, the result of shutting down the pipeline will be significant economic losses to The Three Affiliated Tribes, who rely on tax revenue for schools, hospitals, and government services.

**<u>Lack of Viable Transportation Alternatives</u>**

33. As noted above, I have already had feedback from customers that switching crude oil transportation to trucks is not a feasible replacement for DAPL.  In addition, as explained below,

---

[15]  KVRR Staff, *Burgum Signs Oil Tax-Sharing Bill with Three Affiliated Tribes*, KVRR (Mar. 28, 2019), https://www.kvrr.com/2019/03/28/burgum-signs-oil-tax-sharing-bill-with-three-affiliated-tribes/.

[16]  Eloise Ogden, *Number of Producing Wells Reaches Preliminary All-Time High*, Minot Daily News (July 17, 2019), https://www.minotdailynews.com/news/local-news/2019/07/number-of-producing-wells-reaches-preliminary-all-time-high/.

[17]  *See, e.g.*, Amy Dalrymple, *North Dakota, MHA Nation Sign New Oil Tax Compact*, Bismarck Tribune (Feb. 28, 2019), https://bismarcktribune.com/bakken/north-dakota-mha-nation-sign-new-oil-tax-compact/article_ed956d9d-f35a-5f2b-8a07-37451881e082.html.

[18]  James MacPherson, *North Dakota Leaders Unveil Oil Tax-Sharing Deal with Tribe*, AP News (Jan. 17, 2019), https://apnews.com/0632efc87d2c4b1b9055a2d4888cedf3.

rail is not a feasible replacement either due to economic obstacles and safety concerns, some of which were mentioned above.

34. DAPL is the most economically efficient means to transport crude oil out of the Bakken region.  Historically, crude oil only moved from the Bakken region on rail in the short term to serve as a bridge during the period between when DAPL was announced (and producers ramped up production in response) to the time when DAPL went into service.  As expected, that capacity shifted quickly to DAPL when it commenced operation in June 2017.[19]  Depending on destination, rail transportation generally costs about $5-10 per barrel more than pipeline transport, and truck transport generally costs another $5 per barrel more than rail across short distances.[20]  As compared to pipeline transport, the increased costs for rail transport mean that it is not a sustainable option.  In addition, the rail network does not serve routes used by producers and refiners.  Transporting crude oil by rail, after considering all costs involved (obtaining rail cars, modifications of rail facilities, etc.), generally costs twice as much as by pipeline, and truck is generally three to four times the cost of pipeline.  For these reasons, transporting crude oil by a means other than pipeline is unattractive even when crude oil prices are favorable.

35. Even if transporting by rail were economically feasible, it will not happen to a large degree for several reasons.  First, as rail expert William Rennicke explains in his declaration, there simply are not enough specialized tanker rail cars to transport the amount of crude oil coming from the Bakken region.  Rail cars designed to transport crude oil typically carry around 700 barrels.[21]  Thus,

---

[19]  *December 2018 Production & Transportation*, N.D. Pipeline Authority 3 (Feb. 19, 2019), https://ndpipelines.files.wordpress.com/2019/02/ndpa-monthly-update-feb-15-2019.pdf.

[20]  Megan E. Hansen & Ethan Dursteler, *Pipelines, Rail & Trucks: Economic, Environmental, and Safety Impacts of Transporting Oil and Gas in the U.S.*, Strata 3 (2017).

[21]  *See Tank Car Standard*, Railway Supply Inst., https://www.rsiweb.org/files/Tank-Car-Handout1.pdf (standard tank cars have a capacity of up to 30,145 gallons).

to replace the 570,000 barrels per day that DAPL has consistently flowed for the last few years would require about eight 110-car unit trains *each day*, meaning an additional almost 300,000 car loads and about 2,700 locomotives per year.  Because there is an extreme shortage of the type of rail cars permitted to carry crude oil (only 1,500 to 3,700 of such cars are available), and because, depending on destination, 8,500 to 12,800 such cars would be needed to transport DAPL's full 570,000 bpd capacity, Mr. Rennicke expects that, at most, approximately 250,000 bpd of DAPL's 570,000 bpd could be transported by rail out of the Bakken region in the near term if DAPL goes offline, and it could be as little as 70,000 bpd.  At the low end (70,000 bpd shifted to rail), approximately 500,000 bpd would be stranded, resulting in all of the effects described above, including massive well shut-ins and follow-on devastating economic effects to producers, states, and landowners, service companies, Native American tribes, and all of the people who rely on those entities for jobs or services.  At the high end (250,000 bpd shifted to rail), more than 300,000 bpd would still be stranded if DAPL shuts down, which would have proportionally severe economic effects in addition to the much greater cost for transporting those barrels that did make it on rail.  Further, Mr. Rennicke expects that it would take upwards of 24 months for sufficient rail cars to be produced to supplement the existing rail fleet and accommodate DAPL's 570,000 bpd capacity.  Even assembling the 1,500 to 3,700 tanker cars in service today to reach the pickup points for DAPL's current capacity would take a significant amount of time, assuming they were not already committed elsewhere.  The delay in being able to switch any capacity to rail will exacerbate the negative economic effects of shutting down the pipeline.

36. Second, even if capacity eventually were to become available to shift some of DAPL's flows to rail transport,[22] moving those barrels would be far more expensive than transport on DAPL. Typically, rail transport is $5-10 more per barrel than pipeline transport of oil, and truck is typically even more expensive ($15 more per barrel).[23] In the case of rail, the incremental cost could be even higher because, as Mr. Rennicke explains, more than half of the current tanker rail car fleet is made up of older, less safe cars that incur a shipping surcharge of about $1,000 per car. Because the typical railcar holds 700 barrels of oil, $1,000 is almost an additional $1.50 per barrel. That is to say, a 10 percent increase over and above the $10-15 per barrel cost of rail transport. Even if the incremental increase for rail transport is only $5 per barrel (it could be $10, $11.50, or more) that means it would cost producers an additional **billion dollars per year** to transport DAPL's 570,000 bpd capacity by rail ($5 x 570,000 barrels x 365 days = $1.04 billion).

37. Third, transportation of crude oil by railcars diverts rail capacity from other uses such as transportation of agricultural commodities like grain or ethanol from farm to market and processing centers. This is of great concern in the states DAPL runs through—North Dakota, South Dakota, Iowa, and Illinois—and the surrounding states that may see increased rail traffic. As explained by Elaine Kub, this is precisely what happened in 2014, before DAPL came online. That year, rail lines were already constrained because of large crop yields. Increased Bakken oil production combined with inadequate pipeline service led to more rail transport of oil, which further constrained the rail system. This drove up shipping costs along with commodity prices down the supply chain to consumers. Further, a portion of crop yields could not be shipped to market at all and went to waste as storage space filled. Farmers across the Midwest and plains

---

[22]  It is questionable whether banks or other entities will be willing to finance the production of this added rail capacity.

[23]  Hansen, *supra*, at 3.

states suffered enormous economic losses as a result.  Ms. Kub expects that if DAPL were shut down, it would result in a replay of what happened in 2014.  As Mr. Rennicke explains, the rails that would be needed to accommodate DAPL's flows are currently congested, and adding any additional volumes will congest them even further, similar to what occurred in 2014.

38. Fourth, as Jeff Makholm, John Godfrey, and Mike Aubele explain in their declarations, it is widely accepted that pipelines are the safest mode to transport crude oil.  Shifting such large volumes to truck and rail—if that were even physically or economically possible—would dramatically increase the environmental and safety risks of moving oil from the Bakken region.  Finally, and independent of these other barriers, the existing rail transport simply doesn't provide a direct route to Patoka,[24] and only a circuitous one to Nederland, Texas too, as Mr. Rennicke explains.

39. While no one in the industry believes transportation by truck is a long-term replacement option, the cost to ship oil by truck would be even more than rail—about $15 more per barrel than pipeline.  Michael Aubele explains that were it even possible to shift DAPL's full capacity to tanker truck, it would require a fleet of about 7,500 dedicated trucks to move the oil from North Dakota to the Patoka Hub (assuming a three-day round trip), and more than 15,000 dedicated trucks to move oil to the Gulf Coast (assuming a six-day round trip).  Because the typical tanker truck holds 220 barrels of oil, shipping DAPL's full capacity by truck—just to Patoka—would cost over $8.5 million *more* per day, and ***more than $3 billion more per year*** than shipping the oil the same distance by pipeline ($15/barrel x 570,000 barrels per day = $8,550,000 per day x 364 days = $3,112,200,000 per year).  Not only is shipping oil by truck extremely expensive, it is also environmentally damaging, as Mr. Aubele discusses in his declaration.

---

[24]  Taylor, *supra*, at 4.

40. In addition, no existing pipelines can provide the same service as DAPL.  If there were viable, existing alternative routes for the volume of oil that DAPL moves (570,000 bpd), then DAPL would not have been built.  The other pipelines that move product from the Bakken region are not viable alternatives, because they either do not meet the demands of shippers in terms of origin and destination pairs; they do not provide direct routing from the Bakken region to the terminals in Patoka, Illinois, and/or the Gulf Coast; or they do not have sufficient available capacity to handle the volume that is currently being transported on DAPL.  During DAPL's development phase, Dakota Access offered Cushing, Oklahoma and other destinations that other pipelines serve, but shippers elected Patoka, Illinois and Nederland, Texas.  This clearly showed that shippers need the direct service from the Bakken region to Patoka and the Gulf Coast that is only served by DAPL and ETCOP.

41. In addition to the economics, DAPL's direct route to Patoka and, through ETCOP, on to the Gulf Coast, avoids the potential mixing of Bakken crude oil with other grades in tanks at different locations, such as Cushing, Oklahoma due to multiple carriers in the movement.  For example, a shipper seeking to move its crude oil another way from the Bakken region to the Gulf Coast would need to use several different pipelines and storage terminals.  Shippers try to avoid these interconnected movements because it has the potential for interaction with other types of crude oil (non-Bakken) which can degrade the product and lead to lower-quality and less valuable barrels being delivered to the shipper at the ultimate destination.  DAPL is the only direct connection from the Bakken region to Patoka and the Gulf Coast that avoids this problem.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 29, 2020

Glenn E. Emery

EMERY
EXHIBIT 1

**Processing Capacity (bpd) of Gulf Coast Refineries Served by DAPL and ETCOP and Total Capacity (bpd) of Gulf Coast Refineries**

| Area | Refinery | Capacity |
|------|----------|---------:|
| AL | Saraland | 91000 |
| HOU | Chevron | 112000 |
| HOU | ExxonMobil Baytow | 561000 |
| HOU | Lyondell | 268000 |
| HOU | Marathon Galveston | 585000 |
| HOU | Shell Deer Park | 340000 |
| HOU | Valero Texas City | 260000 |
| HOU | Valero | 250000 |
| LC | Calcasieu | 75000 |
| LC | Citgo | 425000 |
| LC | P66 Westlake | 249000 |
| MISSR | Delek Krotz Springs | 74000 |
| MISSR | ExxonMobil BR | 503000 |
| MISSR | Marathon Garyville | 564000 |
| MISSR | P66 Belle Chasse | 250000 |
| MISSR | PBF Chalmette | 189000 |
| MISSR | Placid Port Allen | 75000 |
| MISSR | Shell Convent | 240000 |
| MISSR | Shell Norco | 250000 |
| MISSR | Valero Meraux | 135000 |
| MISSR | Valero St. Charles | 340000 |
| MS | Chevron | 351000 |
| PA/Beau | ExxonMobil | 369000 |
| PA/Beau | Motiva | 603000 |
| PA/Beau | Total | 185000 |
| PA/Beau | Valero | 395000 |
| SW | P66 Sweeney | 265000 |
| O | Ergon Vicksburg | 25000 |
| O | Hunt Tuscaloosa | 46000 |
| O | Delek El Dorado | 80000 |
| O | Calmet Shreveport | 60000 |
| O | Tyler Delek | 75000 |
| O | Valero Memphis | 195000 |
| **Total** | | **8485000** |

| Other Gulf Coast | | Capacity |
|------------------|---|---------:|
| CC | Flint Hills | 300000 |
| CC | Valero | 370000 |
| CC | Citgo | 157000 |
| | | *827000* |
| **Total (w/above)** | | **9312000** |

*Source:  U.S. Crude Oil Pipelines and Refineries – 2019*, Canada's Oil & Nat. Gas Producers (2019), https://www.capp.ca/wp-content/uploads/2019/11/Crude-oil-pipelines-and-refineries.pdf.

*Note:* The abbreviations in the "Area" column represent Alabama (AL), Houston, Texas (HOU), Lake Charles, Louisiana (LC), Mississippi River (MISSR), Mississippi (MS), Port Arthur-Beaumont, Texas (PA-Beau), Sweeny (SW), Other (O), and Corpus Christi, Texas (CC).

EMERY
EXHIBIT 2