# EXHIBIT K

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>            Plaintiffs,<br><br>  and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,<br><br>            Plaintiff-Intervenors,<br><br>      v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>            Defendant-Cross Defendant,<br><br>  and<br><br>DAKOTA ACCESS, LLC,<br><br>            Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**DECLARATION OF GARTH R. DOLL IN SUPPORT OF
DAKOTA ACCESS, LLC'S BRIEF ON THE QUESTION OF REMEDY**

- My name is Garth R. Doll. I am the Vice President, Marketing of Enerplus Corporation ("Enerplus"), a customer of Dakota Access, LLC which uses the Dakota Access Pipeline ("DAPL") to transport its crude oil production to downstream refiners. My business address is Suite 3000, 333 - 7th Avenue SW, Calgary, AB T2P 2Z1.

- This declaration describes my professional assessment of the potential disruptive economic effects on Enerplus if DAPL is shut down.

- Based on my experience and familiarity with Enerplus' operations, taking DAPL out of service at this time would have numerous disruptive effects on third-party upstream producers like us that depend on the pipeline to move a significant portion of their crude products to refiners. DAPL transports more than one-third of North Dakota production, providing producers like us an alternative physical destination for our product. Shutting the pipeline down may also have a negative impact on numerous other stakeholders.

**Economic Effect on Enerplus**

- Enerplus Corporation is a North American oil and gas exploration company headquartered in Calgary, Alberta, Canada. In addition to its Canadian activities and through its wholly owned subsidiary, Enerplus Resource (USA) Corp., Enerplus owns substantial exploration and production operations in the Bakken shale oil resource play in North Dakota and Montana, the Denver-Julesburg basin in Colorado, and the Marcellus natural gas shale resource play in Pennsylvania.

- In 2019, Enerplus Corporation produced an average of 101,042 barrels of oil equivalent ("BOE") per day, 87% of which was in the United States. Our crude oil produced in North Dakota and Montana in 2019 represented 48% of the Corporation's overall oil and gas production.

- Our crude oil production from North Dakota is able to be delivered directly into the Dakota Access Pipeline. Alternatively, it can be sold to buyers that hold firm capacity on that pipeline. This provides us the opportunity to sell a portion of our production into the refining and export markets in the US Gulf Coast.[1]

- Enerplus entered into a contract for 3,550 barrels per day of firm capacity on DAPL for delivery into Beaumont, Texas in order to diversify our pricing exposure to a variety of markets. Our commitment increases to over 10,000 barrels per day once the system expansion currently in front of state regulators is approved to proceed.

- Enerplus, the state of North Dakota, and landowners and members of the Three Affiliated Tribes of the Fort Berthold Indian Reservation (the region on which we lease the majority of our acreage in North Dakota), will be directly impacted if DAPL is required to cease operations until the environmental proceedings in front of the DC District Court are resolved, either through lower production revenue, taxes or royalty payments.

- Enerplus invested over $460 million in the development of its North Dakota crude oil play in 2019 (over $1.2 billion since 2017).[2] This capital has a positive economic benefit to the communities in which we operate.

---

[1] https://www.enerplus.com/files/pdfs/ir/2019/2019_Annual_Information_Form.pdf

[2] https://www.enerplus.com/investors/reports-and-filings.cfm

*(Cont'd on next page)*

- In 2018, Enerplus paid over $195 million in royalties, production taxes and fees to the State of North Dakota and to the leaseholders of the lands our operations are located on (primarily on the Fort Berthold Indian Reservation).[3]

- Crude oil refiners are largely located in the southern US states - primarily in Texas and Louisiana. There are other regions of localized refining in certain Midwestern, Eastern and Western states, however there is significantly less regional refining demand or consumption of Bakken Light Sweet crude oil in North Dakota itself. As a result, production in the Bakken has generally relied on crude oil pipelines to deliver its production into Minnesota, Illinois and Wyoming refining complexes, and more recently into Cushing, Oklahoma and finally into Texas via DAPL and the Energy Transfer Crude Oil Pipeline.

- The North Dakota Pipeline Authority estimates that in 2019 approximately 1.38 million barrels per day of local production was either refined in state or transported out of the Bakken basin by pipeline.[4] According to the North Dakota Industrial Commission, North Dakota produced approximately 1.55 million barrels per day of crude oil at the end of 2019.[5] This means there were approximately 200,000 barrels per day of oil needed to be transported on rail cars, since there was not enough available pipeline capacity or local refining capacity. Transporting crude by rail is typically a more expensive mode of transportation.

- According to the American Petroleum Institute, liquids pipelines safely deliver their product 99.999% of the time.[6] Therefore, in our view, pipeline transportation is a safer, less costly and more environmentally responsible method to transport crude oil production to end use markets as compared to rail.

- Given the geographic disconnect between sources of crude oil supply and location of demand, pipelines are widely accepted as the safest and most economical method of transporting crude oil to refineries in the regions that supply America with gasoline, diesel, jet fuel, and complex petroleum products that form the building blocks of so many items Americans rely on every single day.

---

[3] https://www.enerplus.com/files/pdfs/ESTMA-Reporting-2018.pdf

[4] https://ndpipelines.files.wordpress.com/2020/04/25.jpg

[5] https://www.dmr.nd.gov/oilgas/stats/annualprod.pdf

[6] https://www.api.org/~/media/APIWebsite/oil-and-natural-gas/primers/2019%20API-AOPL%20Annual%20Pipeline%20Safety%20Report.pdf

- If any regional market does not have sufficient pipeline capacity to transport all of the production within that region to other regions in the country that can refine the crude oil, oil prices within that region will fall until buyers of that production can recoup the higher costs associated with alternative methods of transportation like rail or trucking. If prices fall low enough where producers may not be able to earn enough revenue to cover the costs of production, they may choose to curtail production as a result. In either of these scenarios, prices received for that production will usually be lower than if there was sufficient pipeline capacity to clear the region of supply.

- To illustrate this, in the year preceding the in-service date of DAPL, North Dakota Bakken prices averaged approximately $5/barrel below West Texas Intermediate ("WTI") prices (the benchmark price index for crude oil in America). At that time, North Dakota produced on average approximately 1 million barrels per day of crude oil[7] but there was only 0.85 million barrels per day of pipeline capacity and local demand[8] to consume that production. The remaining production was forced out of the basin either on truck or on rail cars, and that is reflected in the significant weakness in prices relative to benchmarks.

- DAPL was brought into service in mid-2017. In the 6 months following the start of the operations of DAPL, the discount for regional Bakken prices compared to WTI decreased from approximately $5.00/barrel to $0.70/barrel on average. This means that Bakken producers, the state of North Dakota, and landowners and members of the Three Affiliated Tribes of the Fort Berthold Indian Reservationrealized an increase of approximately $4.30 per barrel produced on average as a result of DAPL coming online.   DAPL added over 500,000 barrels per day of pipeline capacity to a region that was short pipeline space, and one can see the impact this had on regional prices.

- If DAPL is required to cease operations, the Bakken region will lose 570,000 barrels per day of pipeline capacity to move production out of the Bakken region. There are no significant new pipelines under development that would replicate the service characteristics of DAPL and that would provide direct access to the Houston, TX crude oil markets. The North Dakota oil market will have insufficient pipeline egress available relative to recent production data from the North Dakota Industrial Commision (cited above).

- This demonstrates that if DAPL is forced to shut down, it will have an impact to prices received by all producers within the region. This would not only impact Enerplus and other oil companies, but it also impacts the amount of money state governments receive through production taxes and, in our case, indigenous landowners on the Fort Berthold Indian Reservation may see through royalty payments. There would also be impacts on regional economic activity if oil companies decide to defer or delay capital spending on their assets if

---

[7] https://www.dmr.nd.gov/oilgas/stats/annualprod.pdf

[8] https://ndpipelines.files.wordpress.com/2020/04/25.jpg

4

the impact on prices is significant enough to sufficiently impair the economics of these types of projects.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 28, 2020     _____

                                                 Garth Doll
                                               Vice President, Marketing
                                               Enerplus Corporation