IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>     Plaintiff,<br><br> and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>     Plaintiff-Intervenor,<br> v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>     Defendant-Cross,<br>     Defendant,<br><br> and<br><br>DAKOTA ACCESS, LLC,<br><br>     Defendant-Intervenor,<br>     Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796<br>And 17-cv-267) |

**[PROPOSED] ORDER**

Upon consideration of the motion of members of Congress for leave to file their proposed *amici curiae* brief in support of Plaintiffs, it is hereby

ORDERED that the motion is GRANTED.


Dated: _____          _____
                           JAMES E. BOASBERG
                           United States District Judge