# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, *et al.*,<br><br>　　Plaintiffs,<br><br>  and<br><br>CHEYENNE RIVER SIOUX TRIBE, *et al*.,<br><br>　　Plaintiff-Intervenors<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　Defendant-Cross Defendant<br><br>  and<br><br>DAKOTA ACCESS, LLC,<br><br>　　Defendant-Intervenor-<br>　　Cross Claimant. | Case No. 16-cv-1534-JEB<br>(and Consolidated Case Nos.<br>16-cv-1796 and 17-cv-267) |

## NOTICE OF APPEARANCE

To:　The clerk of court and all parties of record

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Bold Alliance, Center for Biological Diversity, Dakota Rural Action, Friends of the Earth, Honor the Earth, Save Our Illinois Land, Sierra Club, and 350.org, as *amici curiae*.

Dated: May 20, 2020                                    Respectfully submitted,

/s/ Karimah Schoenhut
Karimah Schoenhut
D. D.C. Bar No. PA0060
D.C. Bar No. 1028390
Sierra Club
50 F Street, NW 8th Floor
Washington, DC 20001
Telephone: (202) 548-4584
Fax: (202) 547-6009

*Counsel for Amici Curiae*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2020, I caused a true and correct copy of the foregoing document to be served on all parties of record via the CM/ECF system.

/s/ Karimah Schoenhut
Karimah Schoenhut
D. D.C. Bar No. PA0060
D.C. Bar No. 1028390
Sierra Club
50 F Street, NW 8th Floor
Washington, DC 20001
Telephone: (202) 548-4584
Fax: (202) 547-6009

*Counsel for Amici Curiae*