**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, | ) |
| Plaintiff, | ) |
| and | ) |
| CHEYENNE RIVER SIOUX TRIBE, | ) Case No. 1:16-cv-1534-JEB |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| | ) Notice of Appearance |
| U.S. ARMY CORPS OF ENGINEERS, | ) |
| Defendant-Cross Defendant, | ) |
| and | ) |
| DAKOTA ACCESS, LLP | ) |
| Defendant-Intervenor-Cross-Claimant | ) |

NOW COMES DANIEL P. SHEEHAN and gives notice of his appearance on behalf of the Lakota People's Law Project seeking permission to file an *amicus* brief in the above-captioned matter.

DATED: Santa Cruz, California, May 20, 2020

Daniel P. Sheehan
(D.C. Bar No. 233874)
455 Henry Cowell Drive
Santa Cruz, California 95060
(831) 459-6136
Attorney for Lakota People's Law Project