**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, | Case No. 1:16-cv-1534-JEB (and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

STANDING ROCK SIOUX TRIBE, YANKTON
SIOUX TRIBE; ROBERT FLYING HAWK;
OGLALA SIOUX TRIBE,

          Plaintiffs,

  and

CHEYENNE RIVER SIOUX TRIBE; SARA
JUMPING EAGLE ET AL.,

          Plaintiff-Intervenors,

     v.

U.S. ARMY CORPS OF ENGINEERS,

          Defendant-Cross Defendant,

  and

DAKOTA ACCESS, LLC,

          Defendant-Intervenor-Cross
          Claimant.

Case No. 1:16-cv-1534-JEB
(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267)

---

**INTERVENOR DEFENDANT DAKOTA ACCESS, LLC'S
MOTION TO EXTEND STAY OF RESOLUTION OF MOTION TO COMPEL
PROMPT COMPLETION OF ADMINISTRATIVE RECORD**

---

In accordance with the Court's April 27, 2020 Minute Order, Intervenor Defendant Dakota

Access, LLC ("Dakota Access") respectfully moves the Court to extend the stay of resolution of

Dakota Access's Motion to Compel Prompt Completion of the Administrative Record ("Motion

to Compel"), D.E. 216, while Dakota Access continues to pursue the outstanding records through

other means.  The Minute Order requires Dakota Access to "update the Court" on or before May

22, 2020.  Dakota Access continues to pursue many of the relevant records through a Freedom of

Information Act ("FOIA") request to the Department of Justice ("DOJ"), Department of the Army

(the "Army"), Department of Interior ("DOI"), and Council for Environmental Quality ("CEQ").

However, Dakota Access's FOIA request to each is still in process.  Since Dakota Access last

updated the Court, it has received no documents or further information from DOJ, DOI, or CEQ,

and its administrative appeal of the Army's response remains pending.  Accordingly, Dakota Ac-

cess respectfully requests that the Court further stay consideration of its Motion to Compel to allow

time for processing Dakota Access's FOIA request.

**CONCLUSION**

For the foregoing reasons, Dakota Access respectfully requests that the Court grant its

motion to extend the stay of resolution of its Motion to Compel.

Dated:  May 22, 2020

Respectfully submitted,

  /s/ William S. Scherman
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2020, I electronically filed the foregoing

document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

     /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STANDING ROCK SIOUX TRIBE;
YANKTON SIOUX TRIBE; ROBERT
FLYING HAWK; OGLALA SIOUX
TRIBE,

                              Plaintiffs,

and

CHEYENNE RIVER SIOUX TRIBE,

                      Intervenor Plaintiff,

          v.

U.S. ARMY CORPS OF ENGINEERS,

                              Defendant,

and

DAKOTA ACCESS, LLC,

                  Intervenor Defendant.

Case No. 1:16-cv-01534-JEB
[Consolidated with Case
Nos. 1:16-cv-1796 and 1:17-cv-267]

---

**[PROPOSED] ORDER GRANTING INTERVENOR DEFENDANT**
**DAKOTA ACCESS, LLC'S MOTION TO EXTEND STAY OF RESOLUTION OF**
**MOTION TO COMPEL PROMPT COMPLETION OF ADMINISTRATIVE RECORD**

---

The Court orders that Intervenor Defendant Dakota Access, LLC's Motion to Extend Stay of Resolution of its Motion to Compel Prompt Completion of the Administrative Record ("Motion") is GRANTED.

Dakota Access, LLC shall update the Court by June 22, 2020 whether it will withdraw the Motion, seek a further stay of the Motion, or ask for the Court to resolve it.

**SO ORDERED** this __ day of _____, 2020.

_____
The Honorable James E. Boasberg
United States District Judge