IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>                Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                Plaintiff-Intervenor,<br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                Defendant-Cross<br>                Defendant,<br><br>and<br>DAKOTA ACCESS, LLC,<br><br>                Defendant-Intervenor-<br>                Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796<br>and 17-cv-267) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE NOTICE the appearance in this action of Rollie E. Wilson, Patterson Earnhart Real Bird & Wilson LLP, as counsel for Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk, and as *pro hac vice* sponsor for attorneys Jennifer S. Baker and Jeffrey S. Rasmussen, in place of Patty A. Marks. All future correspondence, service of pleadings, and other documents submitted in this action should be directed to Mr. Wilson at the following address:

    Rollie E. Wilson (D.C. Bar No. 1008022)
    Patterson Earnhart Real Bird & Wilson LLP
    601 Pennsylvania Avenue, NW
    South Building, Suite 900
    Washington, D.C. 20004
    Phone: (202) 434-8903

Facsimile: (202) 639-8238
Email: rwilson@nativelawgroup.com

DATED this 3rd day of June, 2020.

        PATTERSON EARNHART REAL BIRD & WILSON LLP

        By:*s/ Rollie E. Wilson*
        Rollie E. Wilson (D.C. Bar No. 1008022)
        601 Pennsylvania Avenue, NW
        South Building, Suite 900
        Washington, D.C. 20004
        Phone: (202) 434-8903
        Facsimile: (202) 639-8238
        Email: rwilson@nativelawgroup.com

        *Attorney for Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk*