IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>               Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>               Plaintiff-Intervenor,<br>   v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>               Defendant-Cross Defendant,<br><br>and<br>DAKOTA ACCESS, LLC,<br><br>               Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**

Pursuant to LCvR 5.1(c)(1), notice is hereby given that effective May 21, 2020, Jeffrey S. Rasmussen and Jennifer S. Baker, counsel for the Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk (Plaintiffs), hereby provide notice that they are no longer affiliated with Fredericks Peebles & Patterson LLP.  Mr. Rasmussen and Ms. Baker are now affiliated with the law firm of Patterson Earnhart Real Bird & Wilson LLP.  They will continue to represent the Plaintiffs in this case.  Their contact information is as follows:

| | |
|---|---|
| Jeffrey S. Rasmussen (WA #21121)<br>Patterson Earnhart Real Bird & Wilson LLP<br>357 S. McCaslin Blvd., Suite 200<br>Louisville, CO 80027<br>Telephone: (303) 926-5292<br>Facsimile: (303) 926-5293 | Jennifer S. Baker (OKBA #21938)<br>Patterson Earnhart Real Bird & Wilson LLP<br>357 S. McCaslin Blvd., Suite 200<br>Louisville, CO 80027<br>Telephone: (303) 926-5292<br>Facsimile: (303) 926-5293 |

Email: jrasmussen@nativelawgroup.com          Email: jbaker@nativelawgroup.com

Dated this 3RD day of June, 2020.

                PATTERSON EARNHART REAL BIRD & WILSON LLP

                By:*s/ Jennifer Baker*
                Jennifer S. Baker, OKBA #21938
                (*Pro Hac Vice*)
                Jeffrey S. Rasmussen, WA #21121
                (*Pro Hac Vice*)
                357 S. McCaslin Blvd., Suite 200
                Louisville, CO 80027
                Phone: (303) 926-5292
                Facsimile: (303) 926-5293
                Email: jbaker@nativelawgroup.com
                Email: jrasmussen@nativelawgroup.com

                and

                Rollie E. Wilson (D.C. Bar No. 1008022)
                Patterson Earnhart Real Bird & Wilson LLP
                601 Pennsylvania Avenue, NW
                South Building, Suite 900
                Washington, D.C. 20004
                Phone: (202) 434-8903
                Facsimile: (202) 639-8238
                Email: rwilson@nativelawgroup.com

                *Attorneys for Plaintiffs Yankton Sioux Tribe and Robert Flying Hawk*