IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**SEALED DECLARATION OF WILLIAM S. SCHERMAN IN SUPPORT OF DAKOTA ACCESS, LLC'S REPLY BRIEF REGARDING REMEDY**

I, William S. Scherman, declare as follows:

1. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Dakota Access, LLC. I am a member in good standing of the Bar of this Court.

2. The attachments hereto are true and accurate copies of the following documents:

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Declaration of Michael C. Aubele, Vice President at EXP Energy Services, Inc., refuting Plaintiffs' misrepresentations regarding the Dakota Access Pipeline's ("DAPL's") state-of-the-art leak detection systems, and comprehensive safety and response measures; confirming the adverse environmental consequences if DAPL is shut down; and explaining the lack of any agency review comparable to that required by NEPA if DAPL's volumes are diverted to rail. |
| B. | Declaration of John F. Godfrey, Senior Principal Consultant at DNV GL USA, Inc., addressing DAPL's safety, Plaintiffs' mischaracterizations of Energy Transfer's safety record, and Plaintiffs' misrepresentations about DAPL's leak detection capabilities and worst-case discharge calculation; and explaining why there remains a near-zero risk of a significant incident at Lake Oahe, and the safety and environmental risks of shutting down DAPL. |
| C. | Declaration of William J. Rennicke, Partner at Oliver Wyman, addressing Plaintiffs' misrepresentations and incorrect assumptions regarding the current capacity of the rail infrastructure network and the disruptive market effects that would result from transporting additional volumes of crude oil by rail; and confirming the safety and environmental concerns of increasing crude-by-rail volumes. |
| D. | Declaration of Glenn Emery, Vice President at Energy Transfer LP, addressing Plaintiffs' inaccurate and misleading assertions concerning petroleum market conditions; and confirming the proven need for DAPL, the multi-billion-dollar direct and indirect losses that shutting down DAPL would inflict on multiple stakeholders—including states, regional economies, Native American tribes, other third parties, Dakota Access, and Energy Transfer Crude Oil Company, LLC—under current and expected economic conditions, and the lack of an alternative to DAPL for the shipper community. |
| E. | Declaration of Jeff D. Makholm, Managing Director at National Economic Research Associates, Inc., addressing Plaintiffs' misstatements and incorrect speculation about current and expected economic and market conditions; and confirming the need for DAPL and the quantifiable disruptive economic effects of shutting down DAPL—including multi-billion-dollar annual losses to North Dakota oil producers, a direct loss of thousands of jobs in that industry alone, hundreds of millions of dollars per year in reduced tax revenue to states, and significant increased costs to build interstate oil pipelines in the future due to the risk that they could be shut down years into safe operation. |
| F. | Declaration of Continental Resources, Inc., through Ramiro Rangel, Senior Vice President of Marketing, an upstream customer of DAPL, explaining that DAPL has become more important to crude oil operations in the Bakken region given the current economic climate; that there are no other pipelines in service, or expected to come online, that can meaningfully replace DAPL; and that there is insufficient rail and trucking capacity out of the Bakken to replace the volume that DAPL transports. |

| EXHIBIT | DESCRIPTION |
|---|---|
| G. | Declaration of Garth R. Doll, Vice President, Marketing, at Enerplus Corporation, an upstream customer of DAPL, explaining that industry production is expected to rebound in the near term and that shutting down DAPL will weaken the recovery efforts of oil producers by adding transportation costs; and addressing the numerous disruptive effects on, and economic losses to, third-party oil producers, the State of North Dakota, and Native American tribes if DAPL is shut down. |

Executed:  June 8, 2020

                                                   /s/ William S. Scherman
                                               William S. Scherman