# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, <br><br> Plaintiffs, <br><br> and <br><br> CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, <br><br> Defendant-Cross Defendant, <br><br> and <br><br> DAKOTA ACCESS, LLC, <br><br> Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB <br> (and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**DECLARATION OF GARTH R. DOLL IN SUPPORT OF
DAKOTA ACCESS, LLC'S REPLY BRIEF REGARDING REMEDY**

- My name is Garth R. Doll. I am the Vice President, Marketing of Enerplus Corporation ("Enerplus"), a customer of Dakota Access, LLC, which uses the Dakota Access Pipeline ("DAPL") to transport its crude oil production to downstream refiners. My business address is Suite 3000, 333 - 7th Avenue SW, Calgary, AB T2P 2Z1.

- This declaration describes my professional assessment of the potential disruptive economic effects on Enerplus of taking DAPL offline, and responds to Plaintiffs' assertion shutting down DAPL will not impact upstream entities given the current economic climate because there is sufficient alternative takeaway capacity for Bakken crude oil production.

- Taking DAPL offline would have numerous disruptive effects on third-party upstream producers like Enerplus that depend on the pipeline to move a significant portion of their crude products to refiners. DAPL transports more than one-third of North Dakota production, providing producers like us an alternative physical destination for our product. Shutting the

pipeline down may also have a negative impact on numerous other stakeholders including those receiving royalty payments and taxes.

I. **Enerplus has contracted for long-term service on DAPL, which service relies on its continued operation.**

- Enerplus relies on DAPL because of its existing capacity, its reliable and safe service, and because it is the only pipeline that provides straight-line transportation service to the Patoka, Illinois hub and a more direct route to Gulf Region refiners.

- Enerplus invested over $460 million in the development of its North Dakota crude oil play in 2019 (over $1.2 billion since 2017).[1] This capital has a positive economic benefit to the communities in which we operate.

- Enerplus entered into a contract for 3,550 barrels per day of firm capacity on DAPL for delivery into Beaumont, Texas in order to diversify our pricing exposure to a variety of markets. Our commitment increases to over 10,000 barrels per day once the system expansion currently in front of state regulators is approved to proceed.

- To compete, Enerplus committed to using DAPL to transport a portion of our production due to safety and economic considerations. DAPL has consistently provided one of the strongest netback prices for our crude oil produced in North Dakota since we signed a firm contract for service. We entered into a 10-year firm commitment in order to provide market diversification with a view the pipeline will remain in-service for the duration of our contract term.

II. **Plaintiffs are incorrect that the economic downturn translates to less need for DAPL's takeaway capacity. DAPL remains of critical importance to Enerplus' operation under the current economic conditions.**

- As publicly announced on May 8, 2020, the recent decline in crude oil prices resulted in Enerplus temporarily curtailing approximately 25% of its production across all its assets. Enerplus has publicly stated it does not anticipate curtailing production beyond current levels for the remainder of the second quarter.

- I thank the Plaintiffs for mentioning in their response to our original submission that Enerplus has the "ability to shut-in and quickly restore volumes to pre-shut in production levels". We will not hesitate to make these decisions based on preserving the economics of producing crude oil across all our operations.

---

[1] https://www.enerplus.com/investors/reports-and-filings.cfm

2

- Before DAPL was placed into service, market prices for North Dakota crude oil were approximately $5/barrel lower than in the months immediately after it was placed into service. In today's recovering crude oil price environment, this difference is extremely significant, and will directly influence the amount of oil a company is willing to produce.

- With local prices for North Dakota crude oil trading over $30/barrel for July and for the rest of 2020, based on forward curves on June 2, 2020, it is widely expected by industry analysts (and has been announced by a number of public companies already) that most of the economically curtailed industry production will return in the very near term, which directly refutes the plaintiff's expert witness opinions that curtailed production will remain offline for up to two years.

- If DAPL is taken out of service and local prices fall by $5/barrel or more (as demonstrated based on historical data in our previous submission) due to inadequate pipeline egress, this production recovery will be tenuous as economics will again be significantly challenged in this recovering market. The resultant weakening in local prices will negate much of the positive recovery in prices we have experienced since our original submission and will make it more challenging on the economics of producing oil in North Dakota in the near-term. This will have direct economic impacts to numerous stakeholders in North Dakota.

- Oil and gas will continue to rely on safe and accessible modes of egress for our production to reach end use markets. During this time of gradual oil market recovery, North Dakota producers are increasingly relying on dependable access to DAPL to transport up to 570,000 barrels per day safely and reliably out of North Dakota to end use markets as it has since its inception.

- When Enerplus decided to enter into a 10 year firm commitment for capacity on DAPL in 2019, nearly two years AFTER the pipeline was brought into service, we did so with the understanding that it was operating according to the approvals it received from multiple local, state and federal agencies after very extensive and consultative regulatory process that took a number of years to complete. The pipeline had been operating safely and was effectively delivering North Dakota production into a market that was a preferred destination for Enerplus for market diversification reasons. Enerplus decided that the lowest risk method of contracting available was with a pipeline that had already been in service and operating for several years and was the best alternative available to us at the time of committing to the contract.

- Taking this pipeline out of service when it has been operating legally and safely for a number of years completely negates the careful and thoughtful approach we took when committing to a 10 year contract. Had we known there was a risk of an operating pipeline project being shut-in after permits were issued and after operating safely for over 3 years, we would not have made that term commitment.

3

**III.     If DAPL is shut down in this economic environment, Enerplus will have to assess the potential impacts of increased cost, safety risks and market access before deciding how to transport its production.**

- If DAPL is taken out of service, it is not a simple decision for any company to make to begin redirecting its crude oil production to rail.

- As stated in its 2019 Annual Information Form[2], Enerplus "transports its U.S. crude oil production to its buyers by pipeline and/or truck, and may occasionally sell a portion to buyers who may utilize rail transportation (*after title is transferred into the buyer's name*)" (emphasis added). Enerplus has not transported crude oil under its own title on rail cars due to our unwillingness to be exposed to the potential environmental liability associated with doing so, although certain purchasers of our crude oil production may utilize rail once title to and ownership of that that production has been transferred to them – that is a risk they are willing to accept as part of their business. If DAPL is shut down, Enerplus will lose direct access to the US Gulf Coast under a long-term firm contract for a portion of its production as we will not simply shift to transporting our production on rail under our name and title for the reasons stated above.

- Enerplus will be directly impacted by any requirement of its buyers using higher-cost transportation.

- There are no other operational or planned pipelines in the Bakken region that can meaningfully replace DAPL and the access it provides to the US Gulf Coast market.

    - Any other existing pipeline takeaway capacity in the Bakken region does not service the same markets as DAPL.  There are also practical barriers to using such capacity – e.g., Enerplus does not hold firm contracts to ship a meaningful amount of its production on these competing pipelines.

    - Moreover, as regional production returns based on a recovering oil price environment, these alternative pipeline routes will be likely filled to capacity. North Dakota producers will be left without adequate pipeline infrastructure to transport its production to end us markets if DAPL is shut down.

    - Pipeline infrastructure like DAPL is crucial to meet long-term transportation needs of shippers in the region.

---

[2] https://www.enerplus.com/investors/reports-and-filings.cfm

4

## IV. Shutting down DAPL would be highly disruptive and cause harm to third parties.

- Shutting in wells results in lost revenue from curtailing production. The State of North Dakota estimated in May 2020 there were over 7,000 wells shut-in (approx. 500,000 bbl/day of production) since March 2020 due to market conditions[3]. Every month these wells remain shut-in results in $450 million of lost revenue if oil prices average $30/bbl as an example. The State of North Dakota also estimates it will cost between $185 to $375 million for industry to restart these wells.

- This revenue pays salaries to families and production taxes and royalties to the state and to landowners across North Dakota and on the Fort Berthold Indian Reservation. Shutting DAPL down will require an even stronger oil price recovery in order for that curtailed production and lost tax revenue to be brought back online. Taking one of the lower cost and safest modes of transport out of service will cause harm to the industry and associated stakeholders during this time of economic uncertainty.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 5, 2020   _[signature]_

---

[3] https://www.dmr.nd.gov/oilgas/FinalBakken_Restart_Task_Force_Action_Report.pdf