UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE, *et al.*,

  Plaintiffs,

  and

CHEYENNE RIVER SIOUX TRIBE, *et al.*,

  Plaintiff-Intervenors,

  v.

U.S. ARMY CORPS OF ENGINEERS,

  Defendant,

  and

DAKOTA ACCESS, LLC,

  Defendant-Intervenor.

Civil Action No. 16-1534 (JEB)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Mineral Leasing Act easement authorizing the Dakota Access Pipeline to cross the Missouri River at Lake Oahe is hereby VACATED; and

1

2

2. Dakota Access shall shut down the pipeline and empty it of oil by August 5, 2020.

SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: July 6, 2020