IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>      Plaintiffs,<br><br> and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,<br><br>      Plaintiff-Intervenors,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>      Defendant-Cross Defendant,<br><br> and<br><br>DAKOTA ACCESS, LLC,<br><br>      Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 6th day of July 2020, that Defendant-Intervenor-Cross Claimant Dakota Access, LLC hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's March 25, 2020 Opinion and Order, D.E. 495 & 496, its July 6, 2020 Opinion and Order, D.E. 545 & 546, and its June 14, 2017 Opinion and Order, D.E. 238 & 239, granting *inter alia* partial summary judgment in favor of Plaintiffs against Defendants.

Dated:  July 6, 2020

By: */s/ William S. Scherman*
    Miguel A. Estrada
    William S. Scherman
    David Debold
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C.  20036
    (202) 955-8500
    wscherman@gibsondunn.com

    *Counsel for Dakota Access, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 6, 2020, the foregoing document was filed via the Court's CM/ECF system and served upon ECF-registered counsel for all parties to this proceeding.

>/s/ *William S. Scherman*
>William S. Scherman
>GIBSON, DUNN & CRUTCHER LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C.  20036
>(202) 955-8500
>wscherman@gibsondunn.com