# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor. | Case No. 1:16-cv-01534 (JEB)<br>(consolidated with Cases No. 1:16-cv-01796 & 1:17-cv-00267) |

## UNITED STATES ARMY CORPS OF ENGINEERS' NOTICE OF APPEAL

The Defendant United States Army Corps of Engineers hereby provides notice of its appeal to the United States Court of Appeals for the District of Columbia Circuit of this Court's March 25, 2020 Opinion and Order, ECF Nos. 495 and 496; its July 9, 2020 Opinion and Order, ECF No. 553; and its June 14, 2017 Opinion and Order, ECF Nos. 238 and 239.

Dated: July 13, 2020

Respectfully submitted,

PAUL SALAMANCA
Attorney
United States Department of Justice
Environment & Natural Resources Division

By: *Reuben Schifman*
REUBEN SCHIFMAN, NY BAR
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Phone: (202) 305-4224 (Schifman)
Phone: (202) 305-0293 (Marinelli)
Fax: (202) 305-0506
reuben.schifman@usdoj.gov
matthew.marinelli@usdoj.gov

ERICA M. ZILIOLI, D.C. Bar 488073
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6390
Fax: (202) 514-8865
Erica.Zilioli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:
MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## CERTIFICATE OF SERVICE

     I, Reuben S. Schifman, hereby certify that on July 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

     */s/ Reuben Schifman*
     REUBEN S. SCHIFMAN