IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>        Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL.,<br><br>        Plaintiff-Intervenors,<br><br>        v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>        Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>        Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**INTERVENOR DEFENDANT DAKOTA ACCESS, LLC'S
NOTICE WITH UPDATE ON MOTION TO COMPEL
PROMPT COMPLETION OF ADMINISTRATIVE RECORD**

In accordance with the Court's June 22, 2020 Minute Order, Intervenor Defendant Dakota Access, LLC ("Dakota Access") updates the Court relative to the resolution of Dakota Access's Motion to Compel Prompt Completion of the Administrative Record ("Motion to Compel"), D.E. 216, while Dakota Access continues to pursue the outstanding records through other means. The Minute Order requires Dakota Access to "update the Court" on or before July 22, 2020. Dakota Access continues to pursue many of the relevant records through a Freedom of Information Act ("FOIA") request to the Department of Justice ("DOJ"), Department of the Army (the "Army"),

Department of Interior ("DOI"), and Council for Environmental Quality ("CEQ").  However, Dakota Access's FOIA request to each is still in process.  Since Dakota Access last updated the Court, it has received no documents or further information from DOJ, DOI, or CEQ, and its administrative appeal of the Army's response remains pending.  Because the case is now on appeal to the D.C. Circuit, Dakota Access respectfully requests that the Court continue to refrain from consideration of its Motion to Compel while Dakota Access's FOIA requests are processed, and revisit the requirement of periodic updates after a remand from the D.C. Circuit.

## CONCLUSION

For the foregoing reasons, Dakota Access respectfully requests that the Court refrain from consideration of its Motion to Compel while the case is before the D.C. Circuit.

Dated:  July 22, 2020

Respectfully submitted,

  /s/ William S. Scherman
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2020, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

      /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>                        Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>                    Intervenor Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                        Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>                  Intervenor Defendant. | Case No. 1:16-cv-01534-JEB<br>[Consolidated with Case<br>Nos. 1:16-cv-1796 and 1:17-cv-267] |

**[PROPOSED] ORDER CONCERNING INTERVENOR DEFENDANT
DAKOTA ACCESS, LLC'S NOTICE WITH UPDATE ON MOTION TO COMPEL
PROMPT COMPLETION OF ADMINISTRATIVE RECORD**

The Court orders that Intervenor Defendant Dakota Access, LLC's request that the Court refrain from consideration of Dakota Access's Motion to Compel Prompt Completion of the Administrative Record while the case is before the D.C. Circuit, and revisit the requirement of periodic updates after a remand from the D.C. Circuit is GRANTED.

**SO ORDERED** this ___ day of _____, 2020.

                                                                                                     The Honorable James E. Boasberg
                                                                                                     United States District Judge