IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>       Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>      Intervenor Plaintiff,<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>       Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>      Intervenor Defendant. | Case No. 1:16-cv-01534-JEB<br>[Consolidated with Case<br>Nos. 1:16-cv-1796 and 1:17-cv-267] |

**[PROPOSED] ORDER CONCERNING INTERVENOR DEFENDANT
DAKOTA ACCESS, LLC'S NOTICE WITH UPDATE ON MOTION TO COMPEL
PROMPT COMPLETION OF ADMINISTRATIVE RECORD**

   The Court orders that Intervenor Defendant Dakota Access, LLC's request that the Court refrain from consideration of Dakota Access's Motion to Compel Prompt Completion of the Administrative Record while the case is before the D.C. Circuit, and revisit the requirement of periodic updates after a remand from the D.C. Circuit is GRANTED.

**SO ORDERED** this ___ day of _____, 2020.

                     _____
                     The Honorable James E. Boasberg
                     United States District Judge