# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor. | Case No. 1:16-cv-01534 (JEB)<br>(consolidated with Cases No. 1:16-cv-01796 & 1:17-cv-00267) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b), please take notice of the withdrawal of Erica Zilioli as counsel for Defendant U.S. Army Corps of Engineers. The Corps will continue to be represented by Matthew Marinelli and Reuben Schifman of the U.S. Department of Justice. The Corps is aware of and consents to the withdrawal.

Dated: August 31, 2020        Respectfully submitted,

                                        /s/ *Erica Zilioli*
                                      ERICA ZILIOLI
                                      United States Department of Justice
                                      Environment & Natural Resources Division

Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-6390
Erica.Zilioli@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on August 31, 2020, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF system on all registered counsel.

    /s/ *Erica Zilioli*