IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| CHEYENNE RIVER SIOUX TRIBE, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-01534 (JEB) |
| ) | (consolidated with Cases No. |
| UNITED STATES ARMY CORPS OF ) | 1:16-cv-01796 & 1:17-cv-00267) |
| ENGINEERS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| DAKOTA ACCESS, LLC, ) | |
| ) | |
| Defendant-Intervenor. ) | |

**Proposed Briefing Schedule**

Pursuant to this Court's order of September 11, 2020, ECF No. 567, the Parties conferred and hereby jointly propose a briefing schedule for Plaintiffs' forthcoming motion for injunctive relief. Plaintiffs requested an opening brief deadline of October 16. Defendant and Defendant-Intervenors agreed with the condition that they have a deadline of November 20. After conferring further, the parties agreed to the schedule as follows:

| October 16, 2020 | Deadline to file Plaintiffs' motion and combined brief |
|---|---|
| November 20, 2020 | Deadline for Defendant and Defendant-intervenor's respective opposition briefs |
| December 18, 2020 | Deadline for Plaintiffs' reply brief |

1

Consistent with the Court's September 11, 2020 Order, the Parties will submit briefs of no more than 25 pages for initial and opposition briefs and 15 pages for replies.  ECF No. 567.

Dated: September 16, 2020

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By: *Matthew Marinelli*
REUBEN SCHIFMAN, NY BAR
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Phone: (202) 305-4224 (Schifman)
Phone: (202) 305-0293 (Marinelli)
Fax: (202) 305-0506
reuben.schifman@usdoj.gov
matthew.marinelli@usdoj.gov
*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:
MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

By: */s/ William S. Scherman by /s/ Matthew Marinelli pursuant to permission on September 16, 2020*
Miguel A. Estrada
William S. Scherman
David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com
*Counsel for Dakota Access, LLC*

| | |
|---|---|
| */s/ Jan E. Hasselman by /s/ Matthew Marinelli pursuant to written authorization on September 16, 2020*<br>Jan E. Hasselman, WSBA # 29107 (*Admitted Pro Hac Vice*)<br>Patti A. Goldman, DCB # 398565<br>Stephanie Tsosie, WSBA # 49840 (*Admitted Pro Hac Vice*) Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>Telephone: (206) 343-7340<br>pgoldman@earthjustice.org<br>jhasselman@earthjustice.org<br>stsosie@earthjustice.org<br>*Attorneys for Plaintiff Standing Rock Sioux Tribe* | */s/ Nicole E. Ducheneaux by /s/ Matthew Marinelli pursuant to written authorization on September 16, 2020*<br>Nicole E. Ducheneaux<br>Big Fire Law & Policy Group LLP<br>1404 Fort Crook Road South<br>Bellevue, NE 68005<br>Telephone 531-466-8725<br>Email: nducheneaux@bigfirelaw.com<br>*Counsel for Plaintiff Cheyenne River Sioux Tribe and Steve Vance* |
| */s/ Michael L. Roy by  /s/ Matthew Marinelli pursuant to written authorization on September 16, 2020*<br>Michael L. Roy (DC Bar No. 411841)<br>mroy@hobbsstraus.com<br>Jennifer P. Hughes (DC Bar No. 458321)<br>jhughes@hobbsstraus.com<br>Elliott A. Milhollin (DC Bar No. 474322)<br>emilhollin@hobbsstraus.com<br>Hobbs, Straus, Dean &Walker, LLP 2120 L Street, NW, Suite 700<br>Washington, DC 20037<br>Telephone: (202) 822-8282<br>Facsimile: (202) 296-8834<br>*Counsel for Plaintiff Oglala Sioux Tribe* | */s/ Jennifer S. Baker by  /s/ Matthew Marinelli pursuant to written authorization on September 16, 2020*<br>Jennifer S. Baker, *Pro Hac Vice*<br>Jeffrey S. Rasmussen, *Pro Hac Vice*<br>Patterson Earnhart Real Bird & Wilson LLP<br>357 S. McCaslin Blvd.<br>Suite 200<br>Louisville, CO 80027<br>Telephone: 303-926-5292<br>Fax: 303-962-5293<br>Email: jbaker@nativelawgroup.com<br>*Counsel for Plaintiff Yankton Sioux Tribe and Robert Flying Hawk* |

**CERTIFICATE OF SERVICE**

I, Matthew Marinelli, hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

    */s/ Matthew Marinelli*
    MATTHEW MARINELLI