# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDING ROCK SIOUX TRIBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> CHEYENNE RIVER SIOUX TRIBE, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> DAKOTA ACCESS, LLC, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Case No. 1:16-cv-01534 (JEB) <br> (consolidated with Cases No. <br> 1:16-cv-01796 & 1:17-cv-00267) |

## UNITED STATES ARMY CORPS OF ENGINEERS' NOTICE
## REGARDING THE ENVIRONMENTAL IMPACT STATEMENT PROCESS

On August 10, 2020, the United States Army Corps of Engineers ("Corps") reported to this Court that it expected to take thirteen months from the Corps' Notice of Intent to complete the Environmental Impact Statement ("EIS") ordered by this Court. Transcript of August 10, 2020 Hearing at 10:10-16. The Corps hereby provides an update regarding the status and timing of its EIS process.

1. As part of the EIS process, on September 10, 2020, the Corps issued its Notice of Intent To Prepare an Environmental Impact Statement for an Easement to Cross Under Lake Oahe,

1

North Dakota for a Fuel-Carrying Pipeline Right-Of-Way for a Portion of the Dakota Access Pipeline in the Federal Register. Since then, Corps has also been conferring with Dakota Access, LLC, and has been collecting information to inform in its analysis.

2. In conferring with Dakota Access, LLC, the Corps has had several discussions regarding Dakota Access's request for potential optimization of the pipeline to increase the pipeline's flow rate capacity. *See* Dakota Access, LLC's Reply to Plaintiffs' Status Report at 2 (Sept. 9, 2020) (Potential doubling of pipeline capacity irrelevant to the pipeline's current operation "because no increase in the pipeline's capacity has been approved, nor would it take effect in the near future."). The Corps intends to consider this optimization request as part of the EIS process.

3. The Corps also extended the public scoping period for the EIS by one month—to November 26, 2020—in response to numerous requests, including a request by Plaintiff Standing Rock Sioux Tribe. Scoping Period Extension for Envtl. Impact Statement for an Easement to Cross Under Lake Oahe, North Dakota for a Fuel-Carrying Pipeline Right-of-Way for a Portion of the Dakota Access Pipeline, 85 Fed. Reg. 67530 (Oct. 23, 2020).

4. While the Corps does not anticipate that the EIS process will be protracted, its initial analysis of the potential optimization is that it will impact the timeline. The Corps anticipates that the EIS process may take more than the thirteen months the Corps originally projected, but the Corps has not finished its review of potential impacts to the timeline or settled on a revised timeline. The Corps will provide the Court with the latest information regarding this issue when it files its opposition to Plaintiffs' motion for preliminary injunction on November 20, 2020.

Dated: November 2, 2020                     Respectfully submitted,

                                                        PAUL E. SALAMANCA
                                                        DEPUTY ASSISTANT ATTORNEY GENERAL
                                                        United States Department of Justice
                                                        Environment & Natural Resources Division

By: *Reuben S. Schifman*
REUBEN SCHIFMAN, NY BAR
MATTHEW MARINELLI, IL Bar 6277967
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Phone: (202) 305-4224 (Schifman)
Phone: (202) 305-0293 (Marinelli)
Fax: (202) 305-0506
reuben.schifman@usdoj.gov
matthew.marinelli@usdoj.gov

*Attorneys for the United States Army Corps of Engineers*

OF COUNSEL:

MILTON BOYD
MELANIE CASNER
U.S. Army Corps of Engineers
Office of Chief Counsel
Washington, DC

## CERTIFICATE OF SERVICE

I, Reuben S. Schifman, hereby certify that on November 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Reuben Schifman*___
REUBEN S. SCHIFMAN

3