AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Standing Rock Sioux Tribe ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:16-cv-1534-JEB |
| U.S. Army Corps of Engineers ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Western Dakota Energy Association                                                               .

Date:   11/20/2020

/s/ R. Timothy McCrum
*Attorney's signature*

R. Timothy McCrum (DC #389061)
*Printed name and bar number*
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004

*Address*

rmccrum@crowell.com
*E-mail address*

(202) 624-2752
*Telephone number*

(202) 628-5116
*FAX number*