IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>　　　　　　Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>　　　　　　Plaintiff-Intervenor,<br><br>　　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　　　Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>　　　　　　Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME;
EXTENSION OF PAGE LIMITS**

Plaintiffs Standing Rock Sioux Tribe, et al., respectfully move for an extension of time
for the filing of their reply brief on their Motion for Clarification and Permanent Injunction, to
January 8, 2021.  The extension request is occasioned by changes in counsel's workload over the
next six weeks, which include multiple dispositive motions, an appeal, and multiple depositions
and pre-trial motions in other cases.  No party opposes this request.

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

Additionally, the Tribes seek leave to file a reply brief of up to 25 pages, as the Tribes are responding to 50 pages of primary briefing, as well as numerous exhibits and amici filings.  The Tribes cannot fairly respond to this briefing in the 15 pages currently provided by this Court's previous order.  No party takes a position on this request.

Dated:   December 4, 2020                         Respectfully submitted,

*/s/ Jan E. Hasselman*
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCB # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
pgoldman@earthjustice.org
*Attorneys for Standing Rock Sioux Tribe*

*/s/ Nicole E. Ducheneaux*
Nicole E. Ducheneaux, DC Bar No. NE001
Big Fire Law & Policy Group LLP
1404 South Fort Crook Road
Bellevue, NE 68005
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
nducheneaux@bigfirelaw.com
*Attorney for Cheyenne River Sioux Tribe*

*/s/ Michael L. Roy*
Michael L. Roy (DC Bar No. 411841)
mroy@hobbsstraus.com
Jennifer P. Hughes (DC Bar No. 458321)
jhughes@hobbsstraus.com
Elliott A. Milhollin (DC Bar No. 474322)
emilhollin@hobbsstraus.com
Hobbs, Straus, Dean & Walker, LLP
1899 L Street NW, Suite 1200
Washington, DC  20036
Telephone: (202) 822-8282
Facsimile: (202) 296-8834
*Attorneys for Oglala Sioux Tribe*

UNOPPOSED MOTION FOR EXTENSION OF TIME;
EXTENSION OF PAGE LIMITS
(No. 1:16-cv-1534-JEB) - 2 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

*/s/ Jennifer S. Baker*
Jennifer S. Baker, OKBA #21938
(Pro Hac Vice)
Jeffrey S. Rasmussen, WA #21121
(Pro Hac Vice)
Patterson Earnhart Real Bird & Wilson LLP
357 S. McCaslin Blvd., Suite 200
Louisville, CO 80027
Phone:  (303) 926-5292
Facsimile:  (303) 926-5293
Email: jbaker@nativelawgroup.com
Email: jrasmussen@nativelawgroup.com

*/s/ Rollie E. Wilson*
Rollie E. Wilson  (D.C. Bar No. 1008022)
Patterson Earnhart Real Bird & Wilson LLP
601 Pennsylvania Avenue, NW
South Building, Suite 900
Washington, D.C. 20004
Phone: (202) 434-8903
Facsimile: (202) 639-8238
Email: rwilson@nativelawgroup.com
*Attorneys for Yankton Sioux Tribe and Robert
Flying Hawk*

UNOPPOSED MOTION FOR EXTENSION OF TIME;
EXTENSION OF PAGE LIMITS
(No. 1:16-cv-1534-JEB) - 3 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2020, I electronically filed the foregoing

UNOPPOSED MOTION FOR EXTENSION OF TIME; EXTENSION OF PAGE LIMITS with

the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the

attorneys of record and all registered participants.


*/s/ Jan E. Hasselman*
Jan E. Hasselman

UNOPPOSED MOTION FOR EXTENSION OF TIME;
EXTENSION OF PAGE LIMITS
(No. 1:16-cv-1534-JEB) - 4 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>        Plaintiff,<br><br>   and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>        Plaintiff-Intervenor,<br><br>   v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>        Defendant-Cross Defendant,<br><br>   and<br><br>DAKOTA ACCESS, LLC,<br><br>        Defendant-Intervenor-Cross<br>        Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796<br>and 17-cv-267) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME; EXTENSION OF PAGE LIMITS**

The Court orders that Plaintiffs Standing Rock Sioux Tribe, et al.'s, Unopposed Motion

for Extension of Time; Extension of Page Limits is GRANTED.

IT IS ORDERED that Plaintiffs Standing Rock Sioux Tribe, et al., shall file their reply

brief on its Motion for Clarification and Permanent Injunction on or before **January 8, 2021.**

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

IT IS FURTHER ORDERED that Plaintiffs Standing Rock Sioux Tribe, et al., shall have

up to and including 25 pages for their reply brief on its Motion for Clarification and Permanent

Injunction.

Dated: _____          _____
                                             JAMES E. BOASBERG
                                             United States District Judge

Presented by:

*/s/Jan E. Hasselman*
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCB # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
pgoldman@earthjustice.org

*Attorneys for Standing Rock Sioux Tribe*


*/s/ Nicole E. Ducheneaux*
Nicole E. Ducheneaux, DC Bar No. NE001
Big Fire Law & Policy Group LLP
1404 South Fort Crook Road
Bellevue, NE 68005
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
nducheneaux@bigfirelaw.com
*Attorney for*
*Cheyenne River Sioux Tribe*


*/s/ Michael L. Roy*
Michael L. Roy (DC Bar No. 411841)
mroy@hobbsstraus.com
Jennifer P. Hughes (DC Bar No. 458321)
jhughes@hobbsstraus.com
Elliott A. Milhollin (DC Bar No. 474322)
emilhollin@hobbsstraus.com
Hobbs, Straus, Dean & Walker, LLP

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME;
EXTENSION OF PAGE LIMITS - 2

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

1899 L Street NW, Suite 1200
Washington, DC  20036
Telephone: (202) 822-8282
Facsimile: (202) 296-8834
*Attorneys for*
*Oglala Sioux Tribe*


*/s/ Jennifer S. Baker*_____
Jennifer S. Baker, OKBA #21938
(Pro Hac Vice)
Jeffrey S. Rasmussen, WA #21121
(Pro Hac Vice)
Patterson Earnhart Real Bird & Wilson LLP
357 S. McCaslin Blvd., Suite 200
Louisville, CO 80027
Phone:  (303) 926-5292
Facsimile:  (303) 926-5293
Email: jbaker@nativelawgroup.com
Email: jrasmussen@nativelawgroup.com


*/s/ Rollie E. Wilson*_____
Rollie E. Wilson  (D.C. Bar No. 1008022)
Patterson Earnhart Real Bird & Wilson LLP
601 Pennsylvania Avenue, NW
South Building, Suite 900
Washington, D.C. 20004
Phone: (202) 434-8903
Facsimile: (202) 639-8238
Email: rwilson@nativelawgroup.com

*Attorneys for*
*Yankton Sioux Tribe and Robert Flying Hawk*


[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME;
EXTENSION OF PAGE LIMITS - 3

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing

*[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME;*

*EXTENSION OF PAGE LIMITS* with the Clerk of the Court using the CM/ECF system, which

will send notification of this filing to the attorneys of record and all registered participants.


*/s/ Jan E. Hasselman*
Jan E. Hasselman


[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME;
EXTENSION OF PAGE LIMITS - 4

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*