# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>    Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>    Defendant-Intervenor. | Case No. 1:16-cv-01534 (JEB)<br>(consolidated with Cases No.<br>1:16-cv-01796 & 1:17-cv-00267) |

## UNITED STATES ARMY CORPS OF ENGINEERS' MOTION FOR A CONTINUANCE OF FEBRUARY 10, 2021 STATUS CONFERENCE

The United States Army Corps of Engineers hereby seeks a continuance of the February 10, 2021 status conference for fifty-eight days in order for the United States Department of Justice to brief new officials regarding this case. The Corps therefore respectfully requests a continuance of the status conference in this case until April 9, 2021. In support of this motion the Corps states the following:

    1) On January 8, 2021, the Plaintiff Tribes filed their reply brief in support of their motion for an injunction. ECF No. 586.

    2) On January 27, 2021, the Court issued an order requiring the parties to "appear for a

status hearing on February 10, 2021, at 11:00 a.m. to discuss both the impact of yesterday's Court of Appeals decision on Plaintiffs' pending motion and how the Corps expects to proceed given the vacating of the easement."

3) Department of Justice personnel require time to brief the new administration officials and those officials will need sufficient time to learn the background of and familiarize themselves with this lengthy and detailed litigation. A continuance of fifty-eight days will permit new appointees to be briefed appropriately.

4) Plaintiffs Standing Rock Sioux Tribe, Cheyenne River Sioux Tribe, Oglala Sioux Tribe, and Yankton Sioux Tribe do not oppose this motion.

5) Defendant-Intervenor Dakota Access opposes this motion.

Dated: February 8, 2021                    Respectfully submitted,

                                           JEAN E. WILLIAMS
                                           Acting Assistant Attorney General
                                           United States Department of Justice
                                           Environment & Natural Resources Division

                                           By: */s/ Matthew Marinelli*
                                           REUBEN SCHIFMAN, NY BAR
                                           MATTHEW MARINELLI, IL Bar 6277967
                                           U.S. Department of Justice
                                           Natural Resources Section
                                           P.O. Box 7611
                                           Benjamin Franklin Station
                                           Phone: (202) 305-4224 (Schifman)
                                           Phone: (202) 305-0293 (Marinelli)
                                           Fax: (202) 305-0506
                                           reuben.schifman@usdoj.gov
                                           matthew.marinelli@usdoj.gov
                                           *Attorneys for the United States Army Corps of Engineers*

                                           OF COUNSEL:
                                           MILTON BOYD
                                           MELANIE CASNER
                                           U.S. Army Corps of Engineers

Office of Chief Counsel<br>Washington, DC

## CERTIFICATE OF SERVICE

I, Matthew Marinelli, hereby certify that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Matthew Marinelli*
MATTHEW MARINELLI