AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

STANDING ROCK SIOUX TRIBE, et al. )
*Plaintiff* )
v. ) Case No. 1:16-cv-01534-JEB
U.S. ARMY CORPS OF ENGINEERS, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Cheyenne River Sioux Tribe.

Date: 04/08/2021

*Attorney's signature*

Judith A. Shapiro
*Printed name and bar number*

7059 Blair Road, NW, Suite 202
Washington, DC 20012

*Address*

jshapiro@bigfirelaw.com
*E-mail address*

(202) 257-6436
*Telephone number*

(531) 466-8792
*FAX number*