UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Standing Rock Sioux Tribe; Yankton Sioux Tribe; Robert Flying Hawk; Oglala Sioux Tribe,<br><br>    Plaintiffs,<br><br>and<br><br>Cheyenne River Sioux Tribe; Sara Jumping Eagle et al.,<br><br>    Plaintiff-Intervenors,<br><br>  vs.<br><br>U.S. Army Corps of Engineers,<br><br>    Defendant-Cross-Defendant,<br><br>and<br><br>Dakota Access, LLP,<br><br>    Defendant-Intervenor-Cross-Claimant. | Civil No. 1:16-cv-01534-JEB<br>(Consolidated Case Nos.<br>1:16-cv-01796 and 1:17-cv-00267) |

## STATE OF NORTH DAKOTA'S OPPOSED MOTION TO INTERVENE AS A DEFENDANT

The State of North Dakota ("North Dakota") submits this motion to intervene as a defendant pursuant to Federal Rule of Civil Procedure 24(a)(2) and Local Rule 7(j) of this Court. North Dakota respectfully requests that the Court grant North Dakota's motion to intervene as a defendant-intervenor as of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively for permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

In accordance with Local Rule 7(m), undersigned counsel for prospective Intervener-Defendant North Dakota has conferred with counsel for Plaintiffs and Counsel for Defendants. Counsel for Dakota Access LLC supports this Motion, and counsel for Tribal Plaintiffs and Plaintiff Intervenors oppose. Counsel for the Federal Defendant reserved their position.

In support of the relief requested herein, North Dakota is concurrently submitting the attached memorandum in support of this motion, setting forth the basis for its intervention.

Respectfully submitted this 19th day of April, 2021,

> WAYNE STENEHJEM
> ATTORNEY GENERAL
>
> /s/ *Paul M. Seby*
> Paul M. Seby
> Special Assistant Attorney General
> Greenberg Traurig, LLP
> 1144 15th St, Suite 3300
> Denver, CO 80202
> Phone: (303) 572-6584
> Email: sebyp@gtlaw.com
>
> Matthew Sagsveen
> Solicitor General
> 500 N. 9th Street Bismarck, ND 58501
> Phone: (701) 328-2595
> Email: masagsve@nd.gov
>
> COUNSEL FOR APPLICANT IN INTERVENTION STATE OF NORTH DAKOTA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of April 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Paul Seby*