# Exhibit 2

Supplemental Declaration of William J. Rennicke, Partner, Oliver Wyman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STANDING ROCK SIOUX TRIBE, YANKTON
SIOUX TRIBE; ROBERT FLYING HAWK;
OGLALA SIOUX TRIBE,

          Plaintiffs,

   and

CHEYENNE RIVER SIOUX TRIBE; SARA
JUMPING EAGLE ET AL.,

          Plaintiff-Intervenors,

      v.

U.S. ARMY CORPS OF ENGINEERS,

          Defendant-Cross Defendant,

   and

DAKOTA ACCESS, LLC,

          Defendant-Intervenor-Cross
          Claimant.

Case No. 1:16-cv-1534-JEB
(and Consolidated Case Nos. 16-cv-1796
and 17-cv-267)

---

**SUPPLEMENTAL DECLARATION OF WILLIAM J. RENNICKE IN SUPPORT OF
DAKOTA ACCESS, LLC'S OPPOSITION TO A PERMANENT INJUNCTION**

1.      My name is William J. Rennicke.  I am a Partner with Oliver Wyman, a leading general management consulting firm, which maintains one of the largest practices in the world dedicated to serving the transportation and logistics sectors.  I submitted declarations in this case dated April 29, 2020, D.E. 509-6 (sealed version), D.E. 512-2 (public version); June 11, 2020, D.E. 538-5 (sealed version), D.E. 542-2 (public version); and November 20, 2020, D.E. 576-4 (sealed version), D.E. 585-3 (public version).  My background and qualifications are discussed in those previous declarations.

2.      This declaration updates the information in my three previous declarations, which set forth and described my conclusions regarding the capacity to shift crude oil transportation to rail if the Dakota Access Pipeline ("DAPL") is shut down and the potential disruptive effects associated with doing so.  After reviewing and analyzing the most recent data now available, I have concluded that the adverse effects of a DAPL shutdown would continue to be at least as great as I previously described, with rail traffic continuing to grow in the COVID-19 recovery.  The current information continues to flatly contradict the predictions that Plaintiffs' witness, Dr. Marie Fagan, made in her reports and declarations.  *See* D.E. 525-2; D.E. 525-4; D.E. 569-2; D.E. 569-3.

3.      In the following paragraphs, I provide my assessment based on currently available data and explain why my previous conclusions remain accurate.

4.      A summary of my conclusions is as follows:

a.      I previously explained that transferring even a portion of DAPL's current volume to rail would increase rail line congestion significantly.  It remains the case that the most likely rail lines on which this crude oil would travel are already congested in some sections, and this congestion is growing steadily as the economy recovers.  Thus, quickly increasing the volume of crude oil by rail shipped out of the Bakken region by DAPL's current capacity would rapidly

aggravate congestion, cause delays, and crowd out capacity for other commodities on rail routes of vital importance to the Upper Midwest's economy.

b.     Rail transport of crude oil displaced by a DAPL shutdown also would be costly, even for the volumes that existing rail rolling stock and infrastructure could handle.  Using a current calculation that properly accounts for all rail-related transportation costs, the cost to move crude oil by rail would be $9.30 per barrel higher than pipeline for committed volumes to Nederland, TX, or $6.90 per barrel higher for uncommitted volumes.  (The corresponding numbers if Patoka, IL were the destination are $5.73 and $4.06 per barrel higher, respectively, but as I explain below, this is not an option because of the absence of required infrastructure at Patoka.) DAPL's shippers would incur **between $1.44 billion and $1.93 billion** *each year* in additional transportation costs if the crude oil currently moving in DAPL were instead shipped by rail to Nederland, TX.

c.     If DAPL were shut down, the regional railroad network could not transport anywhere near the crude oil volumes currently being shipped on DAPL.  Setting aside logistical and other infrastructure hurdles, transporting DAPL's volume would require over two-thirds of all available specialized tank cars in North America (US and Canada), limiting the ability for other crude-by-rail shipments to return to pre-pandemic levels as the economy recovers and travel increases.  To transport by rail the equivalent volume that can be carried by DAPL of 570,000 barrels per day ("bpd") would require a fleet of between 8,500 and 12,800 specialized tank cars, depending on the crude oil's ultimate destination.  There are at most, however, only 19,500 of these specialized tank cars that could be made available, and the DAPL volume would consume fully two-thirds of all available tank cars in North America.

d.     Furthermore, if DAPL is ordered to stop operations, it will take well over one year to acquire the 8,500 to 12,800 tank cars needed to shift the volume to rail.  The amount of cars

required for DAPL is equal to 30 to 45 percent of the estimated 28,000 total tank car fleet. Logistics providers will not enter into purchase or lease agreements for tank cars to haul the crude oil currently moved by DAPL while there is uncertainty around the future of DAPL.  Current lease holders will in many cases be unwilling to forgo their leases if a rebound is anticipated in crude oil demand in the crude-by-rail markets they serve.  In addition, the repositioning and cleaning costs associated with shipping the DAPL volume by rail would be too high to make it in the interest of current tank car lessees and owners to divert these railcars to cover DAPL volume for short-term periods.  Given the challenges to acquiring such a large fleet of tank cars, I believe the estimates put forth in my prior statement of 29 to 43 percent (165,000 to 246,000 bpd) of DAPL oil being convertible to rail, *see* D.E. 585-3 ¶ 3(a), still represent an upper bound during the timeframe for completing an Environmental Impact Statement.[1]

  e. Even if enough tank cars were somehow available to transport the volumes carried by DAPL, the crude oil rail terminal unloading capacity in the current destination region is insufficient for rail to handle that volume.  DAPL's terminus – Patoka, IL – lacks rail access or any unloading terminal for getting crude oil off of trains.  Thus, any of DAPL's volume that shifts to rail would need to be rerouted to refineries other than those at or near Patoka, such as destinations on the coasts (East, West, and Gulf).  Transport to those alternate destinations would be significantly more expensive and difficult.  Additionally, some refineries on the East Coast where DAPL volume might otherwise be diverted have mothballed their rail unloading facilities since DAPL came online in 2017.  It would be cost prohibitive to bring these facilities back into service for what is predicted to be short-term and irregular use of only a year or two.  Furthermore, rail *loading* facilities in the Bakken region were taken offline after DAPL became operational.

---

[1] D.E. 573 at 22 (Army Corps of Engineers estimates completion of EIS in late 2021 or early 2022).

They would need to be reopened if rail is to pick up the transportation of crude oil now carried by DAPL.  It would cost millions of dollars to recertify staff and reopen those facilities, and those costs could only be justified if DAPL were expected to be offline for several years.

      f.      Increasing the volume of crude oil shipped by rail also would have many other impacts, including passenger train disruption, potentially dangerous blockages of road crossings with the risk of increased pedestrian fatalities, and effects on environmentally sensitive areas.

      g.      As I explained in my November 2020 declaration, D.E. 585-3 ¶¶ 5–6, Dr. Fagan improperly based all of her projections of rail congestion impacts on a single extreme-outlier data point.  For her analysis, she cherry-picked a single week in late April and early May 2020, when the pandemic's effects on the level of rail traffic were at their greatest.  *Id.*  I explained previously how then-current data proved that this was a serious error.  By late fall, rail traffic volumes already had recovered to 2019 levels.  *Id.* ¶¶ 6–7.  And as discussed below, the projection is even further detached from reality now, since average rail traffic volumes over the past five months have remained similar to pre-pandemic levels and well above their early-pandemic lows.  Moreover, as I explained previously, a DAPL shutdown would create substantial congestion and delays even if the Court were to accept Dr. Fagan's underestimate of prospective rail traffic.  *Id.* ¶¶ 9 *et seq*.  I explain below how the current data continues to bear this out.

5.      As noted above and in my previous declarations, my conclusions were based, in part, on certain data available and current as of the date of each declaration.  In the following paragraphs, I describe the extent to which circumstances and available information have changed since late 2020, and my overall conclusions about the disruptive effects of a DAPL shutdown remain valid in light of current information.

## I.   Increasing the Volume of Bakken Crude Oil Transported By Rail Would Still Cause Congestion and Delays

6.      As of early April 2021, rail traffic has rebounded to pre-pandemic 2019 volumes on a year-over-year weekly basis, following the decline caused by the COVID-19 pandemic in 2020 (**Exhibits 1 and 2**).  With the exception of holidays and the winter storm in mid-February 2021, which closed several regions of the country, rail volumes are again above 500,000 carloads and intermodal units per week.

**Exhibit 1: Total US Originated Rail Traffic, Carloads and Intermodal Units, Through Week 13, 2021[2]**
Thousands



**Exhibit 2: US Rail Traffic, Year-over-Year Percent Change, 2019-2020 and 2020-2021 YTD[3]**



7.      The AAR Capacity Study, a widely recognized and utilized industry study of the current capacity of the US rail network, estimated that the practical capacity of the type of line that would be used to transport crude oil from the Bakken region is 30 to 48 trains per day.[4]  Based on the practical capacity specified in the AAR Study,[5] adding the 16 trains that would be needed to handle DAPL's maximum volume – on a network that has now recovered – would consume between one-third and more than one-half of the available capacity of such a line, likely impeding the movement of many other commodities.  Even moving just half the DAPL volume on these rail lines would add congestion and delays on the routes.

8.      Current data is showing that rail traffic has recovered from pandemic impacts and is now achieving year-over-year increases over consecutive weeks – contrary to Dr. Fagan's predictions.

---

[3] Ass'n of Am. R.R., *Weekly R.R. Traffic,* https://bit.ly/3slUkS1.
[4] Ass'n of Am. R.R., *Nat'l Rail Freight Infrastructure Capacity & Investment Study*, 6-1 tbl. 6.1 (Sept. 2007), https://bit.ly/3uZRfsS.
[5] *Id.*

Thus it is even clearer now, based on the practical capacity specified in the AAR Study, that shutting down DAPL could lead to severe rail congestion issues and attendant harms, such as those experienced during the rail service meltdown of 2013-2014, which I detailed extensively in my April 2020 declaration.  *See* D.E. 512-2 ¶¶ 60-84 (Rennicke Apr. 29, 2020 Dec.).  During that period, rail operators and planners underestimated the impact of crude oil shipments on top of a range of other capacity consuming factors, such as a record grain crop and severe and long-lasting cold weather.  The yearly volume of grain transported by rail has not fallen since 2014.  Given the volume of crude oil already being moved by rail, the addition of further volume would likely cause the congestion experienced during 2014 to re-occur, quite possibly at an even worse level.

9.      My first declaration explained the use of a metric from the AAR Capacity Study, level-of-service (LOS) ratings, which are widely accepted as a tool for measuring the congestion impacts of a sudden increase in rail traffic.[6]  D.E. 512-2 ¶¶ 35-36 (Rennicke Apr. 29, 2020 Dec.).  LOS is expressed by a letter grade, from A to F.  As the LOS moves from D (near capacity), to E (at capacity), to F (over capacity), it indicates that a line segment is becoming increasingly congested; that is, there are too many trains running on the line compared to available capacity, which could result in slowdowns and service failures.  Such congestion indicates that the line needs additional capital investment to expand capacity, or it may be necessary to reduce the number of trains if service impacts become too severe.

10.     **Exhibit 3** demonstrates how rail route congestion increases as the number of trains increases.  As more trains are added to a rail line, the average delay for all trains increases.  A large, sudden increase in trains on a route, as would be the case in the event of a DAPL shutdown, would add delay for *all* trains using the route.

---

[6] *Id.* at 4-8 tbl. 4.3.

**Exhibit 3: Example of Average Hours of Train Delay vs. Number of Trains[7]**
For 100 miles of single track, CTC, and two types of trains (assume merchandise and intermodal)



11.     The impact on specific routes likely to move the crude oil in the event of a shutdown are set forth in greater detail in my April 2020 declaration.  *See* D.E. 512-2 ¶¶ 17-49, Exhibits 18-23 and 27-29 (Rennicke Apr. 29, 2020 Dec.).

12.     As an example, **Exhibits 4 through 6** below show the impacts on the rail lines that would most likely be used to transport DAPL crude oil through Montana and Minnesota to refineries in the Pacific Northwest, or to Chicago for distribution to the East or Gulf Coasts.  As these exhibits demonstrate, an increase in crude oil volumes transported by rail as a result of a shutdown of DAPL could disrupt rail networks by rapidly increasing traffic levels.  The formula is simple: Sudden large volumes of crude-by-rail translate to higher volumes of rail traffic and potentially more congestion.

---

[7] Oliver Wyman analysis.  *See* D.E. 512-2 (Rennicke Apr. 29, 2020 Dec.), Part II for complete analysis of rail capacity and level-of-service scenarios.

**Exhibit 4: Projected Level-of-Service for the Montana Portion of the Rail Route from Bakken to the Pacific Northwest[8]**

LOS of E (at capacity) or F (above capacity) increases from 7.8% of route-miles in Montana using current volume, to 35.9% of route-miles with half the DAPL volume, to 81.6% of route-miles with the full DAPL volume, based on the AAR methodology and public data on train volumes and capacity



---

[8] *Id.*

**Exhibit 5: Projected Level-of-Service for the Minnesota Portion of the Rail Route from Bakken to Chicago via Fargo, ND[9]**

LOS of E (at capacity) or F (above capacity) increases from 15.9% of route-miles in Minnesota using current volume, to 20.5% of route-miles with half DAPL volume, to 74.2% of route-miles with the full DAPL volume, based on the AAR methodology and public data on train volumes and capacity



**Exhibit 6: Projected Level-of-Service for the Minnesota Portion of the Rail Route from Bakken to Chicago via Fairmont, ND[10]**

LOS of E (at capacity) or F (above capacity) increases from 5.0% of the route-miles in Minnesota using current volume, to 34.5% of route-miles with half the DAPL volume, to 77.2% of route-miles with the full DAPL volume, based on the AAR methodology and public data on train volumes and capacity



---

[9] *Id.*
[10] *Id.*

**II.  With a Destination Shift to Nederland, Shipper Costs Would Increase By $1.44 Billion To $1.93 Billion Annually**

13.     To develop an accurate estimate of the cost differential between rail and pipeline, I used the most recent rail operations cost estimates and anticipated diverted volumes along with the current pipeline tariffs.  ETP's joint tariff for DAPL and the ETCO Project Pipeline shows a rate of $5.9534, based on a 10-year commitment for 90,000-plus bpd, for transport of crude oil from Stanley, North Dakota to the Nederland, Texas Terminal.  (The "uncommitted" rate is $8.3492.)[11] Using these inputs, I determined that rail would cost $9.30 per barrel more than the committed rate and $6.90 per barrel more than the uncommitted rate.

14.     I calculated the costs using Nederland as the destination because there are no unit train unloading facilities in the Patoka region; thus, using Patoka as a destination point for the comparison would not reflect the real world of potential rail movements.  D.E. 542-2 ¶ 44 (Rennicke June 11, 2020 Dec.).  DAPL oil moves to Nederland by pipeline now, and importantly there is a rail route and facilities that would provide all the infrastructure for a "real world" rail movement of crude oil there as well.

15.     Unlike Patoka, the Nederland Terminal is served directly by a Class I railroad, Kansas City Southern Railway (KCS), and possesses an existing crude-by-rail unloading terminal with a two-track loop and five-track storage yard.  The most direct rail route from Stanley to Nederland is via the BNSF network to Kansas City, Missouri, and then on KCS from there to Nederland.  The route

---

[11] Uncommitted rates are charged to shippers who have not committed in advance to ship a given quantity of oil on DAPL.  Energy Transfer, Dakota Access, LLC, *Joint Pipeline Tariff In Connection With Energy Transfer Crude Oil Company, LLC* (effective July 1, 2020), https://bit.ly/3efw5js.

is 1,788 miles.[12]  To account for this greater distance, I conservatively adjusted the tank car cycle time to 15.7 days (the time it takes for a tank car to make the round trip).  As a result, the per-barrel cost for rail transport from Stanley, North Dakota to Nederland, Texas is estimated to be $15.25.  Oliver Wyman's data for crude-by-rail movements, as applied to Stanley to Nederland, is shown in **Exhibit 7**.[13]

**Exhibit 7: Oliver Wyman Assumptions and Cost Estimates for a Representative Crude-by-Rail Movement from Stanley, ND to Nederland, TX[14]**

| Item | Values | Unit |
|------|--------|------|
| Oil volume per tank car | 700 | barrels |
| DOT-117J lease cost | 575 | $ per car, per month |
| Excess mileage charge for annual miles over 30,000 | 0.04 | $ per mile |
| DOT-117J crude oil tank car fleet | 12,872 | Tank cars |
| Loading cost | 1.5 | $ per barrel |
| Unloading cost | 1.5 | $ per barrel |
| Freight rate | 0.0440 | $ per ton-mile |
| Fuel surcharge (BNSF) | 0.09 | $ per mile |
| Fuel surcharge (KCS) | 0.18 | $ per mile |
| Rail distance (Stanley, ND, to Nederland, TX) | 1788 | miles |
| Rail distance (BNSF) | 1008 | miles |
| Rail distance (KCS) | 780 | miles |
| Bakken crude oil API | 40 | API gravity |

---

[12] This calculation involves conservative assumptions about the route that could be used.  Although I have used the most direct route, the 2017 Iowa State Rail Plan shows that a 158-mile segment of that route between Sioux City Line Jct., Minnesota, and Alvord, Iowa, is primarily single-track and is considered "dark territory," *i.e.*, it lacks a higher-level train signaling system.  This long segment of dark territory thus makes the line less desirable for operations and significantly reduces capacity.  My calculations show that adding three loaded and three empty trains per day to replace DAPL would cause the entire 158-mile segment to be over capacity, with a level-of-service grade of F.  As a result, crude oil would likely travel along a more circuitous route to avoid this dark territory, further adding to rail transportation costs.  *See* Iowa Dep't of Transp., *2021 Iowa State Rail Plan*, App. A, A-13 tbl. A.4 (Feb. 2021), https://bit.ly/3uYoqwN; BNSF Ry. *Heartland Division Timetable No. 1* (Oct. 5, 2016), https://bit.ly/3uSFunG; BNSF Ry. *Montana Division Timetable No. 7* (Dec. 19, 2007), https://bit.ly/3x5M3VS; BNSF Ry., *Nebraska Division Timetable No. 6* (Dec. 13, 2006), https://bit.ly/3wYy1Wl; BNSF Ry., *Twin Cities Division Timetable No. 3* (Oct. 24, 2007), https://bit.ly/3sw5rI5; Kansas City S. Ry. Co., *System Timetable No. 14* (Apr. 1, 2018) (on file with author).

[13] Estimates to Patoka, IL are contained in **Attachment A**; although, the cost does not include the cost to construct necessary rail access and rail unloading facilities.

[14] Sources for Nederland rail rate estimates are contained in **Attachment A**.

| Item | Values | Unit |
|---|---|---|
| Specific gravity (API 40) | 0.8251 | specific gravity |
| Gallons per barrel | 42 | gallons |
| Tank car cycle time | 15.7 | days |
| Average lease cost | 575 | $ per car, per month |
| Pounds per gallon (API 40) | 6.8855 | pounds |
| Pounds per barrel | 289.189 | pounds |
| Barrels per ton | 6.9159 | barrels |
| Freight rate per barrel | 0.0064 | $ per barrel mile |
| Freight charge | 11.3684 | $ per barrel |
| Annual miles traveled by one tank car in this lane | 83,074 | miles |
| Annual miles over 30,000 miles | 53,074 | miles |
| Total annual excess mileage charge | 2122.96 | $ |
| Average excess mileage charge per barrel | 0.1305 | $ per barrel |
| Rail car lease cost | 0.0270 | $ per barrel per day |
| Rail car lease cost per barrel | 0.4243 | $ per barrel |
| Fuel surcharge per barrel | 0.3302 | $ per barrel |
| **Total estimated cost** | **15.25** | **$ per barrel** |

## III. Railcars Capable of Diversion to Carry DAPL Volumes in the Short Term Could Consume As Much As Two-Thirds of the Available North American Fleet

16.     DOT117 cars, the preferred rail tank cars for the movement of crude oil and ethanol, have increased somewhat in supply since last fall.  Due to a fourth-quarter 2020 aggressive building program for new DOT117J cars, the fleet of DOT117 cars has grown by nearly 20 percent.  In addition, demand for tank cars fell during the COVID-19 pandemic, with January 2021 demand dropping to 16,786 cars, or one-third of January 2020 demand.

17.     This leads to the following updated estimate of surplus tank cars: assuming the new build tank cars went into ethanol service to replace obsolete DOT111 cars (which are being phased out per federal regulations),[15] and that the crude tank car fleet did not increase, the cars available for DAPL and all other users would be 19,600.

---

[15] DOT111 cars were phased out from crude oil service in 2018 and are currently being phased out of ethanol service through May 1, 2023.  *See Hazardous Materials: FAST Act Requirements for Flammable Liquids and Rail Tank Cars*, 81 Fed. Reg. 53,935 (Aug. 15, 2016).

18.     Crude oil shipments out of Canada have grown from a pandemic low of about 1,721 carloads in July 2020, but are still only 42 percent of the volume moved in January 2020. US volumes are about 29 percent of what they were a year ago (**Exhibit 8**). Combined US and Canadian crude-by-rail volumes have been growing steadily from June 2020 to January 2021 (**Exhibit 9**). Demand for US and Canadian crude oil is expected to rise as pandemic concerns abate and automotive and air travel begins to return to more historical volumes. The two largest demand areas for crude-by-rail are Canadian crude from Alberta to various markets and US crude to the West Coast. In both areas, pipeline capacity is very constrained or non-existent. Tank cars will be needed to serve markets lacking pipeline access throughout the United States to help support the post-pandemic recovery.

**Exhibit 8: Total US and Canada Crude-by-Rail Volumes, 2020-2021**[16]
Millions of barrels

| Month | Jan 2020 | Jan 2021 |
|---|---|---|
| Crude oil carloads Canada | 20,251 | 8,659 |
| Crude oil carloads US | 28,380 | 8,127 |
| **Total crude oil carloads** | **48,631** | **16,786** |
| Estimated crude oil tank car fleet | 28,000 | 28,000 |
| Minimum railcar fleet at 15-day cycle time[17] | 24,316 | 8,393 |
| **Potential spare crude oil railcars** | **3,684** | **19,607** |

[16] US Energy Info. Admin., *Short Term Energy Outlook*, https://bit.ly/3akwPCJ (release date Apr. 6, 2021) (US production and forecast); S&P Global Platts, *US and Canada Crude Oil Balances by PADD/Region* (Apr. 7, 2021) (Canadian data); US Energy Info. Admin., *Movements of Crude Oil & Selected Prods. by Rail*, https://bit.ly/32lLY2a (release date Mar. 31, 2021) (crude-by-rail data). Oliver Wyman conducted an analysis of this data to create Exhibit 8.

[17] Cycle times, the time from when a tank car is loaded until the next time the same tank car is loaded, vary depending on trip distance, average train speed, car maintenance requirements, and number of railroads involved in the move. A reasonable average approximation across the entire fleet is that a tank car can complete two loaded trips per month, or about a 15-day cycle time. Some trips, such as from the Bakken region to the Pacific Northwest, may complete a cycle in seven to eight days. Other trips, such as Edmonton, AB to the Gulf Coast, may have a cycle time of 24 days.

**Exhibit 9: Total US Crude-by-Rail Volumes, 2019-2021**[18]

Millions of barrels



19.     Crude oil production forecasts for the US and Canada demonstrate a steady rise through 2021 into 2022, when they are expected to fully recover from pandemic-related declines.  I used crude oil production forecasts to project crude-by-rail shipments through 2022, as shown in **Exhibit 10.** During the second half of 2021, crude-by-rail volumes are projected to be substantially recovered, and by mid-2022, crude-by-rail volumes should return to the highest totals seen in 2019 – over 20 million barrels per month.  **Exhibit 11** shows the impact of adding DAPL's 570 kbd, over 17 million barrels per month, to projected crude-by-rail volumes.  Shifting DAPL's volume to rail would double the projected quantity of crude oil moving on the rail network.

---

[18] US Energy Info. Admin., *Movements of Crude Oil & Selected Prods. by Rail,* https://bit.ly/32lLY2a (release date Mar. 31, 2021).

**Exhibit 10: Historical and Projected US and Canada Crude Oil Production and Crude-by-Rail Volumes[19]**
Millions of barrels per month



---

[19] US Energy Info. Admin., *Short Term Energy Outlook*, https://bit.ly/3akwPCJ (release date Apr. 6, 2021) (US production and forecast); S&P Global Platts, *US and Canada Crude Oil Balances by PADD/Region* (Apr. 7, 2021) (Canadian data); US Energy Info. Admin., *Movements of Crude Oil & Selected Prods. by Rail,* https://bit.ly/32lLY2a (release date Mar. 31, 2021) (crude-by-rail data). Oliver Wyman applied a regression analysis to historical total crude oil production and crude-by-rail volumes to establish the relationship. The regression results were used to convert projected total crude oil production to crude-by-rail projections. Crude-by-rail volumes are for US and US-Canada.

**Exhibit 11: Historical and Projected US and Canada Crude-by-Rail Volumes with DAPL Volumes**[20]
Millions of barrels per month



20.     Following the completion of DAPL-substitute service, organizations subleasing the equipment would need to clean and reposition the tank cars to return them to the original lessee. Cleaning and repositioning costs are estimated to be about $8,000 per tank car and may take approximately 30-60 days per car.  *See* D.E. 512-2 ¶ 11 (Rennicke Apr. 29, 2020 Dec.).  Due to these exorbitant costs and the short-term nature of DAPL-substitute service requirements, organizations are even more unlikely to sublease their equipment to make up for the loss of DAPL.

## IV.  Even If Sufficient Cars Could Be Obtained, the Regions Serviced By DAPL Still Lack the Facilities to Unload Oil Shipped By Rail

21.     There are insufficient facilities available to unload DAPL's volume if transported instead by rail, even if the required tank car capacity could be obtained.  In the first quarter of 2021, there

---

[20] *Id.*  Note: DAPL volume based on 570 kbd converted to monthly total.  *See* Energy Transfer internal data.

is still only *one* facility (Gateway Terminal in Sauget, Illinois) *within 500 miles* of the Patoka hub that is able to unload unit trains of crude oil.  Gateway Terminal can handle only one unit train of 96 cars per day.  D.E. 538-5 ¶ 19.  Moreover, a cumbersome and labor-intensive switching operation is needed for even that small number of cars, in which groups of 12 cars are delivered and moved at eight different times during a 24-hour period.  Further, Gateway Terminal has no storage capacity available for at least the next year, meaning additional tankage would have to be built to accommodate crude oil traffic.  Nor is Gateway connected to refineries in the region.[21]  In short, the almost total lack of suitable unloading terminal capacity would require crude-by-rail diverted by a DAPL shutdown to be routed to destinations outside the Midwest, which would further increase transportation costs and disrupt existing energy supply chains.

22.     Additionally, on the front end of the transportation route, some of the crude-by-rail *loading* facilities in the Bakken region that were available during the crude-by-rail boom in 2014 have been shut down in the wake of DAPL coming online.  D.E. 538-5 ¶ 20.  Moving DAPL's volume back to rail could therefore require additional cost and time to bring these loading facilities back online, which again may not be cost effective given the relatively short expected duration of a DAPL shutdown.

---

[21] US Energy Info. Admin., *Crude Oil Rail Terminals 2017-2018,* https://bit.ly/3gcXeGu (updated Jan. 18, 2019); Union Pacific, *Crude Oil Destination Facilities*, https://bit.ly/3alwyzD (last visited June 6, 2020); BNSF, *Crude-by-Rail Facilities Map*, https://bit.ly/3ec8QHa (last visited June 6, 2020); telephone interview with Marshall Brockman, Operations Manager, Gateway Terminal (June 1, 2020).

## V.   The Proposed Canadian Pacific-Kansas City Southern Merger Could Cause Additional Disruptions Throughout the Rail Network

23.     On March 21, 2021, Canadian Pacific Railway (CP) and Kansas City Southern (KCS) announced that they had entered into a merger agreement.[22]  This proposed $29 billion deal will create the first railroad connecting Canada, Mexico, and the United States.  If the merger is approved by the US Surface Transportation Board (STB) it will be the first merger of two Class I railroads in over 20 years.

24.     While the combined system may provide long-term benefits through single-railroad service to several markets, in the short term the proposed merger adds uncertainty to the use of rail as a replacement for DAPL.  First, the proposed merger will have to be reviewed and approved by the STB in a process that could take up to 18 months.  Both CP and KCS will need to continue with business as usual during this time, while working to integrate the two systems in anticipation of STB approval.

25.     Adding to the uncertainty is whether the STB will elect to evaluate the merger using "old" rules, which were favorable to railroad mergers, or "new" rules, which require the merging carriers to demonstrate public benefits from the merger.  The "new" rules were written 20 years ago and have yet to be tested.  Most of the other Class I railroads have requested that the STB apply the more stringent "new" rules, thus extending the review period.[23]

26.     Furthermore, there is a history of disruption to the entire rail network when two Class I railroads attempt to integrate their operations and their companies.  The merger of Union Pacific and Southern Pacific in 1996 caused extensive delays as the railroads began trying to combine

---

[22] *Canadian Pac. and Kansas City Southern Agree to Combine to Create the First U.S.-Mexico-Canada Rail Network,* Canadian Pac. (Mar. 21, 2021), https://bit.ly/3mTKLJ0.

[23] *Four Class Is ask STB to apply more stringent review of CP-KCS merger*, Progressive Railroading *(*Apr. 5, 2021), https://bit.ly/3slhXKE.

operations.  For example, it was reported in 1998 that "[f]or nearly a year, freight train service west of the Mississippi River has been all but derailed by the merger . . . .  Billions of dollars' worth of freight shipments, supposed to arrive in three or four days, have been taking 30 days, 45 days.  Sometimes they get lost."[24]

27.    The UP-SP merger was followed by Norfolk Southern (NS) and CSX each acquiring part of Conrail in 1998.  Although they tried to avoid repeating the mistakes of the UP-SP merger, both CSX and NS ran into numerous service problems anyway.  For example, it was reported that both NS and CSX had run into computer problems after the mergers, "causing freight tie-ups and service failures for railroad customers."[25]

28.    CP is one of the Class I railroads originating crude oil in the Bakken region, while KCS serves several refineries along the Gulf Coast, including Nederland, TX.  The uncertainty around the merger approval process and the potential for disruptions during integration of the two Class I railroads, should the merger be approved, could lead to disruptions in the use of rail as a replacement for DAPL over the next few years.

## VI.  Increasing Crude-by-Rail Volumes Would Have Adverse Safety, Environmental, and Community Impacts Without Heightened Regulatory Protections or Oversight

29.    The volume of crude oil shipped by rail would have many other impacts and pose additional safety risks, including passenger train disruption, potentially dangerous blockages of road crossings, the risk of increased pedestrian fatalities, and adverse impacts on environmentally sensitive areas such as rivers, population centers, and national parks.  *See* D.E. 512-2 ¶¶ 85-95 (Rennicke Apr. 29, 2020 Dec.); D.E. 542-2 ¶¶ 62-70 (Rennicke June 11, 2020 Dec.).  This would

---

[24]  Brian O'Reilly, *The Wreck of the Union Pacific,* CNN Money (Mar. 30, 1998), https://bit.ly/3tyqNpR.
[25]  Daniel Machalaba, *Norfolk Southern, CSX Struggle with Ex-Conrail's Freight Delays,* Wall St. J. (June 14, 1999), https://on.wsj.com/3x1YGRW.

all occur without added regulatory oversight.  *Id.* ¶ 70.  I detailed these risks extensively in my prior declarations and confirm that those declarations remain accurate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 19, 2021
William J. Rennicke

Partner
OLIVER WYMAN

# Attachment A. Estimated Rail Rates from the Bakken Region to Patoka, IL

The estimated per barrel rail rate does not factor in the cost of additional track and rail unloading facilities at Patoka, which currently do not exist.

| Item | Values | Units |
|------|--------|-------|
| Oil volume per tank car | 700 | Barrels |
| DOT-117J lease cost | 575 | $ per car, per month |
| Excess mileage charge for annual miles over 30,000 | 0.04 | $ per mile |
| DOT-117J crude oil tank car fleet | 12,872 | Tank cars |
| Loading cost | 1.5 | $ per barrel |
| Unloading cost | 1.5 | $ per barrel |
| Freight rate | 0.0440 | $ per ton-mile |
| Fuel surcharge (BNSF) | 0.09 | $ per mile |
| Rail distance (Stanley, ND, to Patoka, IL) | 1,138 | miles |
| Bakken crude oil API | 40 | API gravity |
| Specific gravity (API 40) | 0.8251 | specific gravity |
| Gallons per barrel | 42 | gallons |
| Tank car cycle time | 10 | days |
| Average lease cost | 575 | $ per car, per month |
| Pounds per gallon (API 40) | 6.885 | pounds |
| Pounds per barrel | 289.189 | pounds |
| Barrels per ton | 6.916 | barrels |
| Freight rate per barrel | 0.006 | $ per barrel mile |
| Freight charge | 7.236 | $ per barrel |
| Annual miles travelled by one tank car in this lane | 83,074 | miles |
| Annual miles over 30,000 miles | 53,074 | miles |
| Total annual excess mileage charge | 2122.96 | $ |
| Average excess mileage charge per barrel | 0.0831 | $ per barrel |
| Rail car lease cost | 0.0270 | $ per barrel per day |
| Rail car lease cost per barrel | 0.2701 | $ per barrel |
| Fuel surcharge per barrel | 0.1463 | $ per barrel |
| Total estimated cost | 10.74 | $ per barrel |

Sources:

- William J. Rennicke, Declaration of William J. Rennicke in Support of Dakota Access, LLC's Brief on the Question of Remedy, filed Apr. 30, 2020, Exhibit 4, p. 9 & n.12.

- Energy Transport Insider, Rail Car Lease Rates, March 19, 2021

- David G. Nahass, Correspondence, May 22, 2020

- US Department of Transportation, Fleet Composition of Rail Tank Cars Carrying Flammable Liquids: 2020 Report, Sept. 2020, p. 14

- Dynamic Risk, Final Report: Alternatives Analysis for the Straits Pipelines, October 26, 2017, pp. 7-11 and 7-12

- US Surface Transportation Board, Q4 2020 Quarterly Earnings Report and Q4 2020 Revenue, Expense & Income reports

- RSI Logistics, Mileage Based Fuel Surcharges (https://www.rsilogistics.com/resources/railroad-fuel-surcharge-rates/?submissionGuid=e55b8310-6405-4c1a-a54a-f3329256c25d, accessed Apr. 2, 2021)

- BNSF employee timetables and Google Earth

- KCS employee timetables (for the Nederland, TX route)

- Engineering Toolbox, SG - API Converter (https://www.engineeringtoolbox.com/api-gravity-d_1212.html)

- Sciencing, How to Convert Specific Gravity to Pounds Per Gallon (https://sciencing.com/convert-gravity-pounds-per-gallon-6367099.html)