# Exhibit 3

Supplemental Declaration of Elaine Kub, Market Economist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE, <br><br> Plaintiffs, <br><br> and <br><br> CHEYENNE RIVER SIOUX TRIBE; SARA JUMPING EAGLE ET AL., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, <br><br> Defendant-Cross Defendant, <br><br> and <br><br> DAKOTA ACCESS, LLC, <br><br> Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB <br> (and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**SUPPLEMENTAL DECLARATION OF ELAINE KUB IN SUPPORT OF
DAKOTA ACCESS, LLC'S OPPOSITION TO A PERMANENT INJUNCTION**

1. My name is Elaine Kub. I am an independent market economist based in Roscoe, South Dakota. My business address is 35036 141st St., Roscoe, SD 57471.

2. I submitted a declaration in this case, dated April 28, 2020, addressing potential effects of a DAPL shutdown on the U.S. agricultural sector. D.E. 512-4. This declaration updates my previous analysis.

3. I have over 14 years of experience in analyzing grain markets. In my current position as an independent consultant, I develop quantitative analyses of commodity market influences, primarily as they relate to agricultural producers' interests. My analysis is either published as a column for

*DTN Progressive Farmer* or prepared, as requested, for commercial agricultural businesses, investment companies, conferences and seminars, or national live and print media. In 2012, I published a book about the grain markets, *Mastering the Grain Markets*. Before becoming an independent consultant, I worked for three years as a market analyst with DTN and for two years as a grain merchandiser with The Scoular Grain Company. As a market analyst, I conducted daily analyses of the futures and options markets and the cash markets for corn, soybeans, and wheat. As a grain merchandiser, I conducted cross-country trading of corn, wheat, and sorghum, coordinating inbound grain supply for an ethanol plant and a wheat gluten plant, and originated and traded wheat and corn for a terminal elevator.

4. I received a Bachelor of Science degree in Industrial and Management Systems Engineering from the University of Nebraska–Lincoln and a Masters of Business Administration from the Rady School of Management at the University of California San Diego. My curriculum vitae attached to my earlier declaration is still current.

5. As noted above, in April 2020 I provided a professional assessment of the economic effects on the agricultural sector that would result if the Dakota Access Pipeline ("DAPL") is shut down. I have since updated my analysis based on currently available data. In short, I conclude that the effects I originally identified in April 2020 will be as severe, and in fact even worse, if the pipeline is shut down in 2021. I outline below my previous assessment followed by my conclusions based on current data.

6. I originally concluded that if DAPL were shut down, the demand to ship crude oil by rail would likely increase heavily. I deferred to rail experts, including William Rennicke (with his analysis specific to DAPL), who concluded there are insufficient rail tanker cars capable of carrying the crude oil volumes currently transported on DAPL and that sufficient additional cars

cannot be financed or built in the short term. Because rail lines on which DAPL volumes would need to flow were *already constrained* in places, even the modest amount of DAPL's crude oil capacity that could be accommodated by available rail tanker cars *would constrain those lines further* and divert substantial rail capacity away from agricultural and other commodities. It was my opinion that this capacity reduction would cause serious economic harm to the agricultural sector, because that sector in particular relies on rail to ship its products to market. The modest amounts of crude oil that could be shipped by rail if DAPL were shut down would displace significant amounts of agricultural commodities and result in freight congestion and slower train speeds on existing rail lines in North Dakota, South Dakota, Minnesota, Iowa, and elsewhere, which would translate to poor service to grain shippers, and higher freight prices for grain shipped by rail, with the economic brunt borne heavily by farmers. This would also result in higher transportation costs for value-added agricultural goods like ethanol and soybean meal that are processed throughout the Midwest, and therefore lower net income for the American agriculture sector overall.

7. My previous analysis used data from 2014 (before DAPL went into service), when increased oil production from the Bakken region and lack of a pipeline shipping option caused severe rail congestion and drastic increases in rail transportation costs, as a case study to demonstrate the scale of these potential disruptive economic effects. I then compared that data to data from 2020, when crude oil shipments on DAPL facilitated a "normal" amount of freight volume as compared to the volumes in 2014. Based on this illustrative comparison, I expected that economic impacts on the agricultural sector of moving crude oil shipments to rail would be more severe in 2020 than those experienced in 2014.

8. In particular, I estimated that if DAPL were shut down and a portion of the crude oil currently transported on the pipeline was shifted to the limited available rail car capacity, the agriculture industry would lose more than $1 billion in annual farm revenue across the Corn Belt (Iowa, Illinois, Indiana, Ohio, Michigan, Wisconsin, Minnesota, North Dakota, South Dakota, Montana, Wyoming, Colorado, Nebraska, Kansas, Missouri, Oklahoma, and Texas), while higher transportation costs would simultaneously drive up food costs for consumers. I also concluded that the revenue losses could force farmers and processors to go out of business, eliminating jobs in the agriculture industry, particularly in the Upper Midwest states (Minnesota, North Dakota, Montana, and South Dakota), where rail congestion and delays caused by this increased volume would be most acute.

9. I have updated my assessment based on currently available data. As explained below, the new data reinforces my earlier assessment and leads to the conclusion that effects I discussed previously would be *more severe than the original case study suggested*. Any disruption to rail freight in 2021 is likely to have an even larger impact on the agriculture industry, simply because the production of high-volume crops like corn and soybeans is expected to be larger in 2021 and more grain than ever before will need to move by rail. In fact, the agriculture industry will always have an ever-increasing dependence on disruption-free infrastructure and overall freight capacity, because U.S. corn yields tend to improve at an average of more than one bushel per acre per year and global demand for feed grains and oilseeds is constantly trending higher. Those products need to move efficiently from distant agricultural fields to global population centers. There is virtually no foreseeable circumstance in which a DAPL shutdown *wouldn't* cause a catastrophic disruption to agricultural freight movement.

10. In my April 28, 2020 declaration I relied on available data that predicted farmers would plant 97 million acres of corn and produce 17 billion bushels of corn, the nation's highest-volume crop, in 2020. In fact, due to various weather disruptions, U.S. farmers ultimately planted 90.8 million acres of corn in 2020 and produced 14.2 billion bushels. An unexpectedly large portion of that crop was purchased by China and other nations, leading exports to be 46 percent higher in the 2020 marketing year than the previous year.[1] A similar phenomenon occurred for our second-largest crop, soybeans, of which 4.1 billion bushels were grown in 2020 and more than half that quantity has been or will be exported. This meant the agriculture industry relied heavily on a reliable freight infrastructure to move extra bushels on longer rail and barge hauls to exporting facilities at ports, rather than shorter truck hauls to local Midwestern processing facilities. This trend continues into 2021, when the year-to-date total rail deliveries to ports is more than double what was seen last year at this time.[2]

11. Due to lower-than-expected production and higher-than-expected exports, the current tight supply situation has driven benchmark corn prices as high as $5.97 per bushel, an eight-year high,[3] and similarly, soybean prices as high as $14.40 per bushel.[4] Higher value crops mean the economic scale of any disruption will be greater in 2021 than my 2020 predictions suggested. In the near term, until the 2021 autumn row crops are harvested, there may continue to be a shortage of grain and oilseeds to move by rail or other modes. Any freight disruptions will therefore cause additional

---

[1] U.S. Dep't of Agric., Agric. Mktg. Serv., *World Agricultural Supply and Demand Estimates* 12 (Mar. 9, 2021), https://bit.ly/3dkpzZw.

[2] U.S. Dep't of Agric., Agric. Mktg. Serv., *Grain Transportation Report* 5 (Apr. 1, 2021), https://bit.ly/3tkzML8.

[3] *Corn*, Trading Economics (Apr. 14, 2021), https://bit.ly/2Qkr3df.

[4] *Soybeans*, Trading Economics (Apr. 14, 2021), https://bit.ly/3dlsgdw.

*(Cont'd on next page)*

economic pain to end users in the form of even higher prices. In a price-rationing environment where, for instance, a cattle feedyard near Lubbock, Texas must already pay $6.74 per bushel for corn brought in by rail,[5] sudden oil train congestion and poor rail service would drive freight prices higher, meaning the landed price for feed would also rise penny for penny, destroying their business.

12. The effects beyond the near term would also be great. Starting with the autumn 2021 harvest timeframe, massive volumes of grain will once again need to move by rail. Sudden freight congestion would put pressure on the origin pricing of the grain. Freight price increases would be passed back to farmers through weaker basis bids at the same scale detailed in my 2020 declaration, which concluded there would be one-year farm-level revenue losses between $321 million and $800 million, or easily more than $1 billion in losses to the agriculture industry when the price pressures on ethanol, soybean meal, and other rail-shipped products are included in the analysis. The latest USDA survey results for 2021 suggest that U.S. farmers will grow 91.1 million acres of corn, 87.6 million acres of soybeans, and 46.4 million acres of wheat.[6] Considering the trend of ever-higher yields, that means in normal growing conditions the country will likely produce 14.7 billion bushels of corn, 4.4 billion bushels of soybeans, and 2.0 billion bushels of wheat, a record-sized combined quantity of commodity grain, of which a large portion *must* move by rail.

13. There is simply no other way to efficiently transport these bulk commodities from the regions where they're produced to the population centers or exporting facilities where they're in demand. In North Dakota, for instance, roughly 80 percent of its grain production is ultimately shipped by rail. If the rail infrastructure is disrupted by a lack of freight capacity, there would be

---

[5] *Petersburg TX*, Cash Bids – Equity Exchange (Apr. 14, 2021), https://bit.ly/2RqyVKH.

[6] U.S. Dep't of Agric., Nat'l Agric. Stats. Serv., *Prospective Plantings* 1 (Mar. 31, 2021), https://bit.ly/2Q1Lg7K.

no economically feasible alternative to move North Dakota's grain thousands of miles to the processing facilities or livestock feeders who need it. This will be true in 2021 and each successive year; under no plausible scenario would North Dakota's grain production be low enough to avoid the need to transport large volumes of grain efficiently across thousands of miles. The agriculture industry needs all the infrastructure it can get, because that sector uniquely relies on the nation's freight capacity to move its products, disruption-free, to the places they need to go to feed the world.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 19, 2021

_____
Elaine Kub