# Exhibit 5

## Supplemental Declaration of Kenneth H. Ditzel, Senior Managing Director, FTI Consulting, Inc.

## (FILED UNDER SEAL)