# Exhibit 6
## Supplemental Declaration of Glenn Emery, Vice President, Commercial Operations, Energy Transfer LP

## (FILED UNDER SEAL)