IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>      Plaintiff,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>      Plaintiff-Intervenor,<br><br>   v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>      Defendant-Cross Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>      Defendant-Intervenor-Cross Claimant. | Case No. 1:16-cv-1534-JEB<br>(and Consolidated Case Nos. 16-cv-1796 and 17-cv-267) |

**NOTICE OF FILING RESPONSE TO DAKOTA ACCESS, LLC'S SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION AND A PERMANENT INJUNCTION**

PLEASE TAKE NOTICE that, per the Court's Minute Order dated April 9, 2021, Plaintiffs Standing Rock Sioux Tribe, et al., intend to file a short response to Dakota Access, LLC's Surreply in Opposition to Plaintiff's Motion for Clarification and a Permanent Injunction [Dkt. 593] filed on April 19th. The response will be filed on or before **April 26, 2021**.

NOTICE OF FILING RESPONSE TO SURREPLY
(No. 1:16-cv-1534-JEB) - 1 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

Dated:  April 21, 2021

Respectfully submitted,

<u>/s/ Jan E. Hasselman</u>
Jan E. Hasselman, WSBA # 29107
(*Admitted Pro Hac Vice*)
Patti A. Goldman, DCB # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
jhasselman@earthjustice.org
pgoldman@earthjustice.org
*Attorneys for Standing Rock Sioux Tribe*

NOTICE OF FILING RESPONSE TO SURREPLY
(No. 1:16-cv-1534-JEB) - 2 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2021, I electronically filed the foregoing NOTICE OF FILING RESPONSE TO DAKOTA ACCESS, LLC'S SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION AND A PERMANENT INJUNCTION with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

                                        */s/ Jan E. Hasselman*
                                        Jan E. Hasselman

NOTICE OF FILING RESPONSE TO SURREPLY
(No. 1:16-cv-1534-JEB) - 3 -

*Earthjustice*
810 Third Ave., Suite 610
Seattle, WA 98104
(206) 343-7340