IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, <br><br> Plaintiff, <br><br> and <br><br> CHEYENNE RIVER SIOUX TRIBE, <br><br> Intervenor-Plaintiff <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, <br><br> Defendant-Cross-Defendant <br><br> and <br><br> DAKOTA ACCESS, LLP, <br><br> Intervenor-Defendant <br> Cross-Claimant | Case No. 1:16-cv-1534-JEB |

**NOTICE OF WITHDRAWAL OF COUNSEL FOR *AMICI CURIAE***

Please take notice that, pursuant to Local Rule 83.6, the law firm Greenberg Traurig, LLP and its attorneys Michael Sklaire, Troy Eid, Jennifer Weddle and Kyle Montour withdraw their limited appearance as counsel for *amici curiae* Great Plains Tribal Chairman's Association, Association of American Indian Affairs, American Civil Liberties Union, Americans for Indian Opportunity, Indian Law Resource Center, Inter Tribal Association of Arizona, Tribal Law and Policy Institute, United South and Eastern Tribes Sovereignty Protection Fund, and fourteen Indian tribes. Councilman Tracy King of the Fort Belknap Indian Community has signed this Notice on behalf of *amici*. Derrick Beetso of the National Congress of American Indians and Joel West Williams from the Native American Rights Fund remain as counsel in accord with

1

their limited appearances on behalf of *amici curiae* to the extent any issues arising from the *amicus* brief filed on August 23, 2019 (Dkt No. 439) remain before the Court.

Respectfully submitted this 30th day of April 2021,

/s/ *Michael R. Sklaire*
Michael R. Sklaire, D.C. Bar No. 445364
Jennifer H. Weddle
Troy A. Eid
Kyle R. Montour
GREENBERG TRAURIG
1200 17th St., Suite 2400
Denver, CO 80202
Telephone: 303-572-6500
Fax: 303-572-6540
sklairem@gtlaw.com
weddlej@gtlaw.com
eidt@gtlaw.com
montourk@gtlaw.com

Councilman Tracy King
Fort Belknap Indian Community
*Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2021, a copy of the foregoing Notice of Withdrawal of Counsel for *Amici Curiae* was filed with the Clerk of the Court through the CM/ECF system and on counsel of record who are registered CM/ECF users.

s/ *Michael R. Sklaire*
Michael R. Sklaire
