IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE; ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>         Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE,<br><br>       Intervenor Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>         Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>      Intervenor Defendant. | Case No. 1:16-cv-01534-JEB |

**NOTICE OF SUPPLEMENTAL INFORMATION**

Dakota Access respectfully submits for this Court's consideration in connection with Plaintiffs' pending Motion for a Permanent Injunction, D.E. 569, the May 11, 2021 remarks of Secretary of Energy Jennifer Granholm on the recent shutdown of the Colonial Pipeline. Those remarks reinforce the relative advantages of pipeline transportation of crude oil products and the disruption caused by pipeline shutdowns.

The Colonial Pipeline, like the Dakota Access Pipeline, delivers oil products. Colonial was forced to suspend operations on May 7 after discovering a cyberattack. The shutdown quickly led to widespread gas shortages along the East Coast, William Turton et al., *Colonial Pipeline Paid Hackers Nearly $5 Million in Ransom*, Bloomberg (May 13, 2021),

1

https://bloom.bg/3fgcyQu, and a public panic, Taylor Telford, *Gas stations await relief from panic buyers while Colonial Pipeline restores service,* Wash. Post (May 13, 2021), https://wapo.st/3fjxshM.

Secretary Granholm addressed this situation on May 11. *See* Press Briefing by Press Secretary Jen Psaki, Secretary of Energy Jennifer Granholm, and Secretary of Homeland Security Alejandro Mayorkas, White House Briefing Room (May 11, 2021), https://bit.ly/3y8WGrP. In response to a reporter's question about "the feasibility of using rail cars to transport fuel into the affected areas," Secretary Granholm emphasized the preference for pipeline transportation:

> The [Department of Transportation] is looking at that, and so we'll have to wait until their analysis is done. These . . . are not easy solutions because there may or may not be the right rail cars; there may not or may not be the deep-water ports available for the Jones Act to be able to respond. So this particular area of the country there—this is why we have doubled down on ensuring that there's an ability to truck oil in—gas in. But it's—the pipe is the best way to go.

*Id.*

These comments are instructive on the severe disruption of a pipeline shutdown, as well as the relative superiority of pipeline transportation over rail or truck. Colonial transports a final product of crude oil production; the Dakota Access Pipeline ("DAPL") is a major artery for transportation of that crude oil to refineries in the first place. DAPL transfers to market more than 40 percent of the oil from the Bakken Region and is responsible for 4.5 percent of all daily U.S. crude production. Supplemental Declaration of Glenn Emery, D.E. 596-2 ¶ 5. A DAPL shutdown would leave the second largest oil-producing State without a needed first step in the production-to-consumer supply chain. Thus, DAPL—like Colonial—is a vital component of the supply chain for petroleum and petroleum products in the United States. And, as is the case with Colonial, rail and truck are inferior alternatives due to their limited availability in the short-term, and the greater economic, environmental, and safety costs they impose. Supplemental Declaration of William J.

Rennicke, D.E. 593-2 ¶ 4(d)–(f); Supplemental Declaration of Kenneth H. Ditzel, D.E. 596-1 ¶ 13. Indeed, yesterday's derailment in Iowa of a train carrying hazardous materials, much like the derailment of a train carrying crude oil near Seattle late last year, is a powerful reminder that enjoining the operation of DAPL would create even greater risks to the environment and safety. Joe Sutton & Christina Maxouris, *Train derailment & fire prompts evacuations in northwest Iowa*, CNN (May 17, 2021), https://cnn.it/3uZg1tm; Assoc. Press, *Train cars carrying crude oil derail & burn north of Seattle*, CNBC (Dec. 23, 2020), https://cnb.cx/3bz1Xiv. A shutdown would also weaken the nation's energy infrastructure in a period when its security has already been shown to be precarious. Declaration of Guy F. Caruso, D.E. 512-3 ¶ 6. Thus, "the pipe" at issue here also "is the best way to go."

For these reasons, in addition to lack of irreparable harm and the other grounds already briefed, Plaintiffs' motion should be denied.

Dated: May 17, 2021                                              Respectfully submitted,

                                                                  /s/ William S. Scherman
                                                                 William S. Scherman
                                                                 Miguel A. Estrada
                                                                 David Debold
                                                                 GIBSON, DUNN & CRUTCHER LLP
                                                                 1050 Connecticut Avenue, N.W.
                                                                 Washington, D.C. 20036
                                                                 (202) 955-8500
                                                                 wscherman@gibsondunn.com

                                                                 *Counsel for Dakota Access, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

 /s/ William S. Scherman
William S. Scherman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
wscherman@gibsondunn.com

*Counsel for Dakota Access, LLC*