UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE, *et al.*,<br><br>　Plaintiffs,<br><br>and<br><br>CHEYENNE RIVER SIOUX TRIBE, *et al.*,<br><br>　Plaintiff-Intervenors,<br><br>　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　Defendant,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>　Defendant-Intervenor. | Civil Action No. 16-1534 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Clarification and a Permanent Injunction is DENIED;

2. The State of North Dakota's Motion to Intervene is DENIED WITHOUT PREJUDICE for purposes of the present Motion; and

3. The parties shall file a joint status report by June 11, 2021, concerning potential next steps in this litigation.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: May 21, 2021