IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>             Defendants. | Case No. 1:16-cv-01534-JEB |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), *Amicus Curiae* Great Plains Tribal Chairmen's Association ("GPTCA") respectfully provides this Court notice of the withdrawal of Joel West Williams, Native American Rights Fund, as counsel of record in the above-captioned case. Good cause exists for Mr. Williams' withdrawal. Mr. Williams is leaving the Native American Rights Fund and is no longer able to represent GPTCA in this case. GPTCA will not be prejudiced by Mr. Williams' withdrawal because of the current disposition of this case and because they will continue to be represented by Wesley James Furlong, Native American Rights Fund.

RESPECTFULLY SUBMITTED this 13th day of May, 2022.

*/s/ Wesley James Furlong*
Wesley James Furlong (D.D.C. Bar No. AK0003)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
Fax (907) 276-2466
wfurlong@narf.org

*Counsel for* Amicus Curiae *Great Plains Tribal Chairmen's Association*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2022, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Wesley James Furlong*
Wesley James Furlong
NATIVE AMERICAN RIGHTS FUND

*Counsel for* Amicus Curiae *Great Plains Tribal Chairmen's Association*